IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HILL, | ) | |
|           Plaintiff, | ) | |
|     v. | ) | C.A. No. 03-323 Erie |
| | ) | District Judge McLaughlin |
| JOHN J. LAMANNA, et al., | ) | Magistrate Judge Baxter |
|           Defendants. | ) | |

## ORDER

AND NOW, this 18th day of July, 2005:

IT IS HEREBY ORDERED that the Clerk of Courts copy this entire case file and forward such to Richard Lanzillo, Esquire, of The Knox Firm at 120 West Tenth Street, Erie, Pennsylvania 16501. As Attorney Lanzillo is reviewing this file at the request of this Court, no copy fees will be assessed.

                                                        S/ Susan Paradise Baxter
                                                        SUSAN PARADISE BAXTER
                                                        Chief United States Magistrate Judge