IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. HILL,            )<br>　　　　　Plaintiff,       )<br>　　　v.　　　　　　　　)<br>　　　　　　　　　　　　　)<br>JOHN J. LAMANNA, et al.,   )<br>　　　　　Defendants.    ) | C.A. No. 03-323 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## ORDER

AND NOW, this 2nd day of December, 2005:

IT IS HEREBY ORDERED that Plaintiff's motions for the appointment of counsel [Document # 65 and # 74] are GRANTED.

IT IS FURTHER ORDERED that, in light of the appointment of counsel, Plaintiff's motion for extension of time to file an opposition brief [Document # 71] is DISMISSED AS MOOT and that Plaintiff's motion to permit discovery [Document # 73] is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Defendants' motion to dismiss [Document # 67] is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Plaintiff, now represented by counsel, may file his amended complaint on or before January 20, 2006.

IT IS FURTHER ORDERED that Defendants file either an answer or a dispositive motion in response to the amended complaint before February 17, 2006.

IT IS FURTHER ORDERED that Plaintiff may file a reply brief before March 3, 2006.

　　　　　　　　　　　　　　　　　　　　S/ Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge