IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL W. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 03-323E |
| v. | ) | |
| | ) | Judge McLaughlin |
| JOHN J. LAMANNA, et. al., | ) | Magistrate Judge Baxter |
| | ) | |
| Defendants. | ) | *(Electronic Filing)* |

## **JUDGMENT**

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion for Judgment heretofore filed by Defendants, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that judgment is hereby ordered in favor of the Defendants and against Plaintiff, Michael W. Hill.

IT IS FURTHER ORDERED that the Fifth Amended Complaint of Plaintiff is hereby dismissed with prejudice.

                                                                              _____
UNITED STATES MAGISTRATE JUDGE

cc: All parties of record