# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. HILL,
        PLAINTIFF

v.

JOHN LAMANNA, ET AL.,
        DEFENDANTS

Civil Action No. 03-323E

Judge McLaughlin
Magistrate Judge Baxter

**Declaration of Douglas S. Goldring, Assistant General Counsel**

1. I am an Assistant General Counsel employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), and assigned to Federal Prison Industries, Inc. (FPI or trade name UNICOR). I am licensed to practice law in the Commonwealth of Pennsylvania. I began my service with the BOP on September 27, 1998.

2. I am aware that inmate Michael Hill, Register Number 40428-133, filed a civil rights action, in which he alleges that his Constitutional rights were violated as a result of the condition in the UNICOR factory at the Federal Correctional Institution (FCI) in McKean, Pennsylvania. Additionally, he alleges that he received inadequate dental care at FCI McKean. Finally, he alleges that he was improperly removed from his UNICOR work assignment.

3. According to records maintained in the ordinary course of business by the BOP, Michael Hill, Register Number 40428-133, is a Federal inmate currently incarcerated in the

Federal Correctional Institution (FCI) in Gilmer, West Virginia. He was convicted in the District of Columbia Superior Court of Manslaughter While Armed, and sentenced to 21 years in prison on May 1, 1994. His projected release date is January 16, 2014, via Mandatory Parole. **Attachment A is a true and correct copy of inmate Hill's Sentence Monitoring Computation Data.**

4. At all time relevant to this action inmate Hill was housed in FCI McKean, a medium security facility. Records reflect that he arrived at that facility on or around October 18, 2001. **Attachment B is a true and correct copy of inmate Hill's Inmate History Data.**

5. As an attorney for the Bureau of Prisons, I have access to the medical records of inmates, that are maintained in the ordinary course of business. **Attachment C is a true and correct copy of inmate Hill's complete medical records up to and including January 2006.**

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.

_____          Date  2/9/06
Douglas S. Goldring
Assistant General Counsel
Federal Prison Industries, Inc.