# ATTACHMENT A

```
   BOPUK    540*23 *              SENTENCE MONITORING          *     02-09-2006
   PAGE 001          *             COMPUTATION DATA            *     11:17:34
                                   AS OF 02-09-2006

   REGNO..: 40428-133 NAME: HILL, MICHAEL W


   FBI NO............: 852197P4              DATE OF BIRTH: 04-30-1957
   ARS1..............: GIL/A-DES
   UNIT..............: C                     QUARTERS.....: Z02-116LDS
   DETAINERS.........: NO                    NOTIFICATIONS: NO

   PRE-RELEASE PREPARATION DATE: 07-16-2013

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
   THE INMATE IS PROJECTED FOR RELEASE:  01-16-2014 VIA MAND PAR

   ----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------


   COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
   DOCKET NUMBER....................: F-8049-94(H)
   JUDGE............................: BURNETT
   DATE SENTENCED/PROBATION IMPOSED: 09-13-1995
   DATE WARRANT ISSUED..............: N/A
   DATE WARRANT EXECUTED............: N/A
   DATE COMMITTED...................: 01-04-2001
   HOW COMMITTED....................: DC SUPERIOR COURT COMT
   PROBATION IMPOSED................: NO
   SPECIAL PAROLE TERM..............:

                       FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
   NON-COMMITTED.:    $00.00           $00.00           $00.00          $20.00

   RESTITUTION...:  PROPERTY:   NO   SERVICES:   NO         AMOUNT:    $00.00

   -------------------------CURRENT OBLIGATION NO: 010 --------------------------
   OFFENSE CODE....:   622
   OFF/CHG: MANSLAUGHTER WHILE ARMED.

    SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    21 YEARS
    MINIMUM TERM....................:     7 YEARS
    DC MANDATORY MINIMUM TERM.......:     5 YEARS
    DATE OF OFFENSE.................: 05-01-1994




   G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23  *         SENTENCE MONITORING         *    02-09-2006
   PAGE 002         *         COMPUTATION DATA            *    11:17:34
                              AS OF 02-09-2006

   REGNO..: 40428-133 NAME: HILL, MICHAEL W


   ----------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------


    COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
    DOCKET NUMBER...................: F-2144-86-K
    JUDGE...........................: ALPRIN
    DATE SENTENCED/PROBATION IMPOSED: 07-02-1987
    DATE WARRANT ISSUED.............: 10-04-1994
    DATE WARRANT EXECUTED...........: 08-12-2008
    DATE COMMITTED..................: 11-16-1989
    HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
    PROBATION IMPOSED...............: NO
    SPECIAL PAROLE TERM.............:


   RESTITUTION...: PROPERTY:  NO    SERVICES:  NO          AMOUNT:  $00.00

   -------------------------CURRENT OBLIGATION NO: 010 ---------------------------

   OFFENSE CODE....:  620
   OFF/CHG: POSSESSION WITH INTENT TO DISTRIBUTE HEROIN; 33-541(A)(1)

    SENTENCE PROCEDURE..............: DC CODE ADULT
    SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS
    NEW SENTENCE IMPOSED............: 2530 DAYS
    BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
    DATE OF OFFENSE.................: 03-18-1986

   -------------------------CURRENT COMPUTATION NO: 030 --------------------------


   COMPUTATION 030 WAS LAST UPDATED ON 04-15-2004 AT GIL AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 030: 030 010, 040 010




   G0002          MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23  *          SENTENCE MONITORING           *     02-09-2006
   PAGE 003        *           COMPUTATION DATA             *     11:17:34
                                 AS OF 02-09-2006

   REGNO..: 40428-133 NAME: HILL, MICHAEL W


   DATE COMPUTATION BEGAN..........: 09-13-1995
   AGGREGATED SENTENCE PROCEDURE...: DC CODE OLD LAW / GTCA AGGREGATE
   CONTROLLING SENTENCE............: DC GTCA/OMNIBUS
   TOTAL TERM IN EFFECT............:    21 YEARS    2529 DAYS
   TOTAL TERM IN EFFECT CONVERTED..:    27 YEARS      11 MONTHS      4 DAYS
   AGGREGATED MINIMUM TERM.........:     7 YEARS
   COMBINED MANDATORY MINIMUM......:     7 YEARS
   EARLIEST DATE OF OFFENSE........: 03-18-1986

   JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                         08-19-1995    09-12-1995

   TOTAL JAIL CREDIT TIME..........: 25
   TOTAL INOPERATIVE TIME..........: 0
   STATUTORY GOOD TIME RATE........: 10
   TOTAL SGT POSSIBLE..............: 3351
   PAROLE ELIGIBILITY..............: 11-21-2001
   STATUTORY RELEASE DATE..........: 05-19-2014
   TWO THIRDS DATE.................: N/A
   180 DAY DATE....................: N/A
   EXPIRATION FULL TERM DATE.......: 07-22-2023

   NEXT PAROLE HEARING DATE........: 03-00-2008
   TYPE OF HEARING.................: DC CODE OFFENDER REHEARING

   PROJECTED SATISFACTION DATE.....: 01-16-2014
   PROJECTED SATISFACTION METHOD...: MAND PAR




   G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23  *           SENTENCE MONITORING            *     02-09-2006
PAGE 004         *              COMPUTATION DATA              *     11:17:34
                                 AS OF 08-19-1995

  REGNO..: 40428-133 NAME: HILL, MICHAEL W


  FBI NO............:                         DATE OF BIRTH: 04-30-1957
  ARS1..............: GIL/A-DES
  UNIT..............: C                       QUARTERS.....: Z02-116LDS
  DETAINERS.........: YES                     NOTIFICATIONS: NO

  THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
  THE INMATE WAS SCHEDULED FOR RELEASE:  08-19-1995 VIA FT REL

  REMARKS.........: 10-04-1994, PENDING PAROLE DETAINER

  ------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------


  COURT OF JURISDICTION............: DIST OF COLUMBIA, DISTRICT CRT
  DOCKET NUMBER....................: 89-72
  JUDGE............................: JOHNSON
  DATE SENTENCED/PROBATION IMPOSED: 06-15-1989
  DATE COMMITTED...................: 08-20-1994
  HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
  PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS    FINES            COSTS
  NON-COMMITTED.:  $50.00          $00.00           $00.00           $00.00

  RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

  ---------------------------PRIOR OBLIGATION NO: 010 ---------------------------

  OFFENSE CODE....:  116
  OFF/CHG: 18:751(A) - ESCAPE OF A PRISONER FROM CUSTODY.

    SENTENCE PROCEDURE..............: 3559 SRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS
    TERM OF SUPERVISION.............:     2 YEARS
    DATE OF OFFENSE.................: 06-15-1988




G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23  *           SENTENCE MONITORING          *    02-09-2006
PAGE 005           *            COMPUTATION DATA            *    11:17:34
                                AS OF 08-19-1995

REGNO..: 40428-133 NAME: HILL, MICHAEL W


---------------------------PRIOR COMPUTATION NO: 020 ---------------------------


COMPUTATION 020 WAS LAST UPDATED ON 01-11-2002 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 08-20-1994
TOTAL TERM IN EFFECT............:    12 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS
EARLIEST DATE OF OFFENSE........: 06-15-1988

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 08-19-1995
SIX MONTH /10% DATE.............: 07-15-1995
EXPIRATION FULL TERM DATE.......: 08-19-1995


ACTUAL SATISFACTION DATE........: 08-19-1995
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: MCK
ACTUAL SATISFACTION KEYED BY....: GVS

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: COMPUTATION COMPUTED BASED ON INFORMATION SUPPLIED BY THE D.C.
                DEPARTMENT OF CORRECTIONS.  RECEIVING INSTITUTION SHOULD
                REVIEW ALL MATERIAL UPON ARRIVAL. THE 180 DAY DATE DOES NOT
                APPLY TO THIS D.C. SENTENCE. 5 YEAR MANDATORY MINIMUM.
```

```
G0002        MORE PAGES TO FOLLOW . . .




    BOPUK   540*23  *         SENTENCE MONITORING         *    02-09-2006
    PAGE 006        *          COMPUTATION DATA           *    11:17:34
                                AS OF 09-28-1992

REGNO..: 40428-133 NAME: HILL, MICHAEL W


FBI NO...........: 852197P4              DATE OF BIRTH: 04-30-1957
ARS1.............: GIL/A-DES
UNIT.............: C                     QUARTERS.....: Z02-116LDS
DETAINERS........: YES                   NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  09-28-1992 VIA PAROLE

REMARKS........: 10-04-1994, PENDING PAROLE DETAINER

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------


COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-2144-86-K
JUDGE...........................: ALPRIN
DATE SENTENCED/PROBATION IMPOSED: 07-02-1987
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 11-16-1989
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------

OFFENSE CODE....:  620
OFF/CHG: POSSESSION WITH INTENT TO DISTRIBUTE HEROIN; 33-541(A)(1)

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS
 MINIMUM TERM...................:     4 YEARS
 DATE OF OFFENSE................: 03-18-1986
```

```
   G0002        MORE PAGES TO FOLLOW . . .




   BOPUK   540*23 *           SENTENCE MONITORING            *    02-09-2006
   PAGE 007 OF 007 *            COMPUTATION DATA             *    11:17:34
                               AS OF 09-28-1992

 REGNO..: 40428-133 NAME: HILL, MICHAEL W


 ---------------------------PRIOR COMPUTATION NO: 010 -------------------------


 COMPUTATION 010 WAS LAST UPDATED ON 01-11-2002 AT MCK AUTOMATICALLY

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 PRIOR COMPUTATION 010:    010 010

 DATE COMPUTATION BEGAN..........: 07-02-1987
 TOTAL TERM IN EFFECT............:    12 YEARS
 TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS
 EARLIEST DATE OF OFFENSE........: 03-18-1986

 JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                      05-18-1987    07-01-1987

 INOPERATIVE TIME.........: REASON    FROM DATE     THRU DATE
                            ESCAPE    06-16-1988    10-01-1988

 TOTAL JAIL CREDIT TIME..........: 45
 TOTAL INOPERATIVE TIME..........: 108
 STATUTORY GOOD TIME RATE........: 10
 TOTAL SGT POSSIBLE..............: 1440
 PAROLE ELIGIBILITY..............: 05-17-1991
 STATUTORY RELEASE DATE..........: 09-23-1995
 TWO THIRDS DATE.................: N/A
 180 DAY DATE....................: 03-06-1999
 EXPIRATION FULL TERM DATE.......: 09-02-1999

 PAROLE EFFECTIVE................: 09-28-1992
 PAROLE EFF VERIFICATION DATE....: 09-28-1992
 NEXT PAROLE HEARING DATE........: 06-00-1992
 TYPE OF HEARING.................: STATUTORY INTERIM HEARING

 ACTUAL SATISFACTION DATE........: 09-28-1992
 ACTUAL SATISFACTION METHOD......: PAROLE
 ACTUAL SATISFACTION FACILITY....: MCK
 ACTUAL SATISFACTION KEYED BY....: GVS

 DAYS REMAINING..................: 2530
 FINAL PUBLIC LAW DAYS...........: 0
```

```
                COMPUTATION DATA PROVIDED BY THE DISTRICT OF COLUMBIA.
                12 MOS CCCA SENT CR-89-72 TO RUN C/S TO F-2144-86-K.


G0000           TRANSACTION SUCCESSFULLY COMPLETED
```