# ATTACHMENT B

```
  BOPUK   531.01  *              INMATE HISTORY                *      02-09-2006
PAGE 001            *                ADM-REL                    *       11:16:10
 REG NO..: 40428-133 NAME....: HILL, MICHAEL W
 CATEGORY: ARS          FUNCTION: PRT          FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP   DATE/TIME

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-13-2005 1557 CURRENT
 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-13-2005 1200 12-13-2005 1557

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-07-2005 1752 12-13-2005 1200

 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-07-2005 1206 12-07-2005 1752

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-03-2005 1152 12-07-2005 1206

 GIL    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 10-03-2005 0655 10-03-2005 1152

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-15-2005 1833 10-03-2005 0655

 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-15-2005 1405 08-15-2005 1833

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-23-2005 1554 08-15-2005 1405

 GIL    OTHER ABS  OTHER AUTHORIZED ABSENCE      05-23-2005 1106 05-23-2005 1554

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-23-2005 1722 05-23-2005 1106

 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 03-23-2005 1026 03-23-2005 1722

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-20-2005 1845 03-23-2005 1026

 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-20-2005 0713 01-20-2005 1845

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-10-2004 1728 01-20-2005 0713

 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-10-2004 1016 11-10-2004 1728

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-09-2004 1625 11-10-2004 1016

 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-09-2004 1359 09-09-2004 1625

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-02-2004 1439 09-09-2004 1359

 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-02-2004 0814 09-02-2004 1439

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-19-2004 1453 09-02-2004 0814

 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-19-2004 0911 07-19-2004 1453

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-24-2004 1513 07-19-2004 0911

 GIL    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 03-24-2004 1305 03-24-2004 1513

 GIL    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-23-2003 1031 03-24-2004 1305

 3-N    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-23-2003 1031 12-23-2003 1031

 3-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-23-2003 0340 12-23-2003 1031

 MCK    TRANSFER   TRANSFER                      12-23-2003 0340 12-23-2003 0340

 MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-18-2001 1710 12-23-2003 0340
```

```
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  10-18-2001 1710 10-18-2001 1710
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-18-2001 0746 10-18-2001 1710
LEW    HLD REMOVE  HOLDOVER REMOVED               10-18-2001 0746 10-18-2001 0746
LEW    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  10-09-2001 1808 10-18-2001 0746
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  10-09-2001 1808 10-09-2001 1808
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-09-2001 1010 10-09-2001 1808
OKL    HLD REMOVE  HOLDOVER REMOVED               10-09-2001 0910 10-09-2001 0910
OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  09-26-2001 1630 10-09-2001 0910
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL  09-26-2001 1730 09-26-2001 1730
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-26-2001 1248 09-26-2001 1730
LOM    TRANSFER    TRANSFER                       09-26-2001 0948 09-26-2001 0948
LOM    A-DES       DESIGNATED, AT ASSIGNED FACIL  06-13-2001 1625 09-26-2001 0948


G0002         MORE PAGES TO FOLLOW . . .




   BOPUK   531.01 *              INMATE HISTORY                  *     02-09-2006
PAGE 002          *                ADM-REL                       *     11:16:10
REG NO..: 40428-133 NAME....: HILL, MICHAEL W
CATEGORY: ARS          FUNCTION: PRT         FORMAT:
FCL    ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
LOM    ESCORT TRP  ESC TRIP OTHER THAN LOCAL HOSP 06-13-2001 0844 06-13-2001 1625
LOM    A-DES       DESIGNATED, AT ASSIGNED FACIL  01-04-2001 1251 06-13-2001 0844
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-04-2001 1551 01-04-2001 1551
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-04-2001 0800 01-04-2001 1551
OKL    HLD REMOVE  HOLDOVER REMOVED               01-04-2001 0700 01-04-2001 0700
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   01-02-2001 2215 01-04-2001 0700
0-G    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-02-2001 2315 01-02-2001 2315
0-G    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-14-2000 1136 01-02-2001 2315
```

```
BOP    ADMIN REL   ADMINISTRATIVE RELEASE           12-14-2000 1136 12-14-2000 1136
BOP    A-ADMIN     ADMINISTRATIVE ADMISSION         12-14-2000 1135 12-14-2000 1136
BOP    DCOB REL    REL FROM D.C. OFFENDER BRANCH    12-14-2000 1134 12-14-2000 1135
BOP    A-DCOB      ADMIT TO D.C. OFFENDER BRANCH    12-14-2000 1133 12-14-2000 1134
BOP    DCOB REL    REL FROM D.C. OFFENDER BRANCH    12-14-2000 1131 12-14-2000 1133
BOP    A-DCOB      ADMIT TO D.C. OFFENDER BRANCH    05-04-2000 1002 12-14-2000 1131
PET    DC RETURN   DC BRDER RET TO DC DEPT OF COR   03-12-1992 0541 05-04-2000 1002
PET    A-HLD       HOLDOVER, TEMPORARILY HOUSED     02-05-1992 1813 03-12-1992 0541
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL    02-05-1992 1813 02-05-1992 1813
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL   02-05-1992 0832 02-05-1992 1813
LEW    HLD REMOVE  HOLDOVER REMOVED                 02-05-1992 0832 02-05-1992 0832
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED     01-27-1992 1532 02-05-1992 0832
S01    RELEASE     RELEASED FROM IN-TRANSIT FACL    01-27-1992 1532 01-27-1992 1532
S01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL   01-27-1992 1053 01-27-1992 1532
MCK    ADMIN REL   ADMINISTRATIVE RELEASE           01-27-1992 1053 01-27-1992 1053
MCK    A-ADMIN     ADMINISTRATIVE ADMISSION         01-27-1992 1052 01-27-1992 1053
MCK    DC RETURN   DC BRDER RET TO DC DEPT OF COR   01-27-1992 1051 01-27-1992 1052
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL    01-16-1992 1550 01-27-1992 1051
MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN    01-14-1992 2051 01-16-1992 1550
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL    11-16-1990 0930 01-14-1992 2051
S08    RELEASE     RELEASED FROM IN-TRANSIT FACL    11-16-1990 0930 11-16-1990 0930
S08    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL   11-16-1990 0551 11-16-1990 0930
LEW    HLD REMOVE  HOLDOVER REMOVED                 11-16-1990 0551 11-16-1990 0551
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED     11-14-1990 1620 11-16-1990 0551
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL    11-14-1990 1620 11-14-1990 1620
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL   11-14-1990 0830 11-14-1990 1620
ERE    HLD REMOVE  HOLDOVER REMOVED                 11-14-1990 0730 11-14-1990 0730
ERE    A-HLD       HOLDOVER, TEMPORARILY HOUSED     11-02-1990 2030 11-14-1990 0730
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL    11-02-1990 2130 11-02-1990 2130
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL   11-02-1990 1455 11-02-1990 2130
PHX    TRANSFER    TRANSFER                         11-02-1990 1255 11-02-1990 1255
PHX    A-DES       DESIGNATED, AT ASSIGNED FACIL    11-16-1989 1600 11-02-1990 1255
```

```
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  11-16-1989 1800 11-16-1989 1800




G0002          MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   531.01 *              INMATE HISTORY              *     02-09-2006
PAGE 003 OF 003 *                  ADM-REL                   *     11:16:10

 REG NO..: 40428-133 NAME....: HILL, MICHAEL W
 CATEGORY: ARS        FUNCTION: PRT           FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-16-1989 0645 11-16-1989 1800
ERE    HLD REMOVE HOLDOVER REMOVED               11-16-1989 0545 11-16-1989 0545
ERE    A-HLD      HOLDOVER, TEMPORARILY HOUSED   11-13-1989 1500 11-16-1989 0545
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  11-13-1989 1600 11-13-1989 1600
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-13-1989 0443 11-13-1989 1600
TDG    HLD REMOVE HOLDOVER REMOVED               11-13-1989 0343 11-13-1989 0343
TDG    A-HLD      HOLDOVER, TEMPORARILY HOUSED   10-11-1989 0930 11-13-1989 0343
B09    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-11-1989 1030 10-11-1989 1030
B09    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-10-1989 0620 10-11-1989 1030
PET    HLD REMOVE HOLDOVER REMOVED               10-10-1989 0620 10-10-1989 0620
PET    A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-28-1989 1716 10-10-1989 0620
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  09-28-1989 1716 09-28-1989 1716
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-26-1989 1150 09-28-1989 1716
BOP    ADMIN REL  ADMINISTRATIVE RELEASE         09-26-1989 1150 09-26-1989 1150
BOP    A-ADMIN    ADMINISTRATIVE ADMISSION       09-26-1989 1056 09-26-1989 1150
PET    EXPIRATION EXPIRATION OF SENTENCE         08-27-1982 1003 09-26-1989 1056
PET    A-DES      DESIGNATED, AT ASSIGNED FACIL  04-22-1982 1530 08-27-1982 1003
NYM    TRANSFER   TRANSFER                       04-21-1982 1505 04-22-1982 1530
NYM    A-HLD      HOLDOVER, TEMPORARILY HOUSED   03-23-1982 1615 04-21-1982 1505
```

```
MIL   PAROLE      PAROLE FROM PAR COM OR CT    11-09-1981 1515 03-23-1982 1615

MIL   A-DES       DESIGNATED, AT ASSIGNED FACIL 09-15-1981 1923 11-09-1981 1515

LEW   HLD REMOVE  HOLDOVER REMOVED              09-15-1981 1120 09-15-1981 1923

LEW   A-HLD       HOLDOVER, TEMPORARILY HOUSED  09-09-1981 1700 09-15-1981 1120

MIL   WRIT        RELEASE ON WRIT               05-06-1981 0700 09-09-1981 1700

MIL   A-DES       DESIGNATED, AT ASSIGNED FACIL 12-04-1980 1348 05-06-1981 0700




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```