# ATTACHMENT
# C
# PART 1

SF-600
NSN 7540-634-4176
**Health Record**

600-

## Chronological Record of Medical Care

DATE/TIME: 1/19/06 0840

**Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry)**

CLINICS: ( ) Cardiac ( ) Diabetes (✓) Endocrine/ Lipid ( ) Gastro (✓) General ( ) Hypertension (✓) Infectious Disease ( ) Mental Health ( ) Neurology (✓) Ortho/Rheum ( ) Pulmonary ( ) Other

SUBJECTIVE: (CHIEF COMPLAINT): Nocturia still, Rarely incontinent, overall improved. c/o regular indigestion, tried Zantac before, also c small swelling (R) hand, middle finger painful. Feels good, best in mos.

OBJECTIVE: (Review System) Age: 50 Sex: Male Race: A Med Compliance: Good

B/P: 116/76 P: 72 WT: T: R/R: SO2%: Peak Flow: EKG:

PAIN LEVEL: 1 2 3 4 5 6 7 8 9 10 N/A

HEENT: No OC/E noted Last Optometry Eval:

Heart: RRR ∅ m/G

Lungs: CTAB ∅wRR

Abdomen: ∅ HSM/M noted BS+

Genital/Rectal: Def.

Extremities: Cold Middle (R) c dry skin to tip. Nails mostly all c ↑ pigment.

Neurological: GI

Recent Lab Results:

Discussed Test Results: Yes (✓) No ( )

ASSESSMENTS: Raynauds
Hematuria
HCV
Hyperlipidemia
Hx Membranous Glomerulonephropathy
BPH

PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL): Hill, Michael

40428-133

DATE OF BIRTH: 4/30/57

SEX: MALE

RECORDS ... NED AT ... MER ... ATION

40-634-4176
Record

# Chronological Record of Medical Care

/TIME

Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry)

DSM IV CLASSIFICATION: For Mental Health CCC

Axis I: Axis II: Axis III: See Assessment Side #1

Axis V: GAF SCORE:

Axis IV: Incarceration

PLAN: Change to CII. Renew Rx.
Routine EKG.
Pain assessment q 30 d.

Utilization Review -

PATIENT EDUCATION: Agreeable to CIII → CII

(✓) Discussed treatment plan, diagnosis, risks and benefits of treatment.

(✓) Etiology, Complications, Prognosis, Prevention

( ) Diet, Diabetic/Cardiac Lifestyle Changes/Exercise

( ) No tobacco use.

(✓) Medication Dosage/Administration/Compliance/Side Effects

(✓) Patient Understood Topics

(✓) Patient Verbalized Understanding

(✓) Instructed if problems or if running out of medication, should sign up for sick call

SR 1-19-06
Entered By
Sarah Richards
Pharmacy Technician

DIAGNOSTIC STUDIES: ( ) CBC/DIFF ( ) U/A ( ) LFT ( ) CHEM PROFILE ( ) LIPIDS ( ) HgA1C ( ) PSA ( ) VIRAL LOAD ( ) Other

( ) CD4 ( ) HEPATITIS PANEL ( ) CXR ( ) EKG ( ) Drug Level:

RETURN TO CLINIC FOR ROUTINE (CCC) FOLLOW UP ON: 3 mo / 30 d Pain Assessment.

RETURN FOR PHYSICIAN FOLLOW UP ON: prn S/C.

TREATMENT/MEDICATIONS:

Pepto Bismol ii tabs PO TID prn X 90 d.
Tylenol #3 ii PO BID prn X 30 d.

[signature] E. Anderson, DO
BF8106975-004

JAN 19 2006

STANDARD FORM 600-BACK

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1/3/06 | Called by R. Watkins RN about |
| 1235 | Michael Hill, wants to inform me |
| | about letter from Michael Hill. Concern |
| | about Cozaar & Tylenol #3. |
| | Report to follow [signature] |
| | ...rson, DO [signature] |
| 1/18/06 | Admin Note: Records released to I/M |
| 0730 | per this written authorization. See BP621. |
| | 22 pages released. [signature] I Brannon, RHIT |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FCI GILMER | | | FCI GILMER |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. | WARD NO.

Michael Hill
40428-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SF-600
NSN 7540-634-4176
Health Record

600-108

## Chronological Record of Medical Care

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 12/27/05 | CLINICS: ( ) Cardiac ( ) Hypertension ( ) Diabetes (✓) Infectious Disease (✓) Endocrine / Lipid ( ) Pulmonary ( ) Mental Health |
| 1030 | ( ) Neurology (✓) Ortho/Rheum (✓) General ( ) Gastro ( ) Mental Health ( ) Other |

SUBJECTIVE: (CHIEF COMPLAINT): Still c/o Raynauds regularly. helped alot c̄ Tylenol #3. Voiding improved, nocturia x1 overall frequency ↓, incontinent down to 1x/day.

OBJECTIVE: (Review System) Age: Sex: Male Race: Med Compliance:

B/P: 110/68 P: 72 WT: 171 T: R/R: SO2%:

PAIN LEVEL: 1 2 3 4 5 6 7 8 9 10 N/A Last Optometry Eval:

HEENT: ØNC /E

Heart: RRR ø m/G

Psych: Mood Good ø SI / Depression

Lungs: CTAB ø WRR

Abdomen: NT ⊕HSM

Back:

Genital/Rectal: Def.

Extremities: ø CCE

Feet:

Neurological: GI

Recent Lab Results:

Ⓡ Hand Blue Digit tips ø ulcers
Ⓑ Hands cold

Discussed Test Results: Yes (✓) No ( )

ASSESSMENTS: Raynauds
Hematuria
HCV
Hyperlipidemia
Hx Min. Glomerulonephropathy
BPH
H [illegible] [signature]

RECORDS MAINTAINED AT GILMER

PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL): Hill, Michael 40428-133

SEX: MALE

IDENTIFICATION NUMBER

DATE OF BIRTH: 4/30/57

SF-600
NSN 7540-634-4176
**Health Record**

600-108

## Chronological Record of Medical Care

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| | **DSM IV CLASSIFICATION:** |
| | Axis I: Axis II: Axis III: See Assessment side 1 |
| | Axis IV: Incarceration Axis V: GAF SCORE: |
| | |
| | **PLAN:** Cont Rx |
| | |
| | |
| | Labs |
| | **URC-** ☐ |
| | |
| | **PATIENT EDUCATION:** |
| | (✓) Discussed treatment plan, diagnosis, risks and benefits of treatment [illegible] |
| | (✓) Etiology, Complications, Prognosis, Prevention [illegible] |
| | (✓) Diet, Diabetic/Cardiac Lifestyle Changes/Exercise |
| | (✓) No Smoking |
| | (✓) Medication Dosage/Administration/Compliance/Side Effects |
| | (✓) Patient Understood Topics |
| | (✓) Patient Verbalized Understanding |
| | (✓) Instructed if problems or if running out of medication, should sign up for sick call |
| | |
| | **DIAGNOSTIC STUDIES:** ( ) CBC/DIFF ( ) U/A ( ) LFT ( ) CHEM PROFILE ( ) LIPIDS ( ) HgA1C ( ) PSA ( ) VIRAL LOAD |
| | ( ) CD4 ( ) HEPATITIS PANEL ( ) CXR ( ) EKG ( ) Drug Level: ( ) Other |
| | **RETURN TO CLINIC FOR ROUTINE FOLLOW UP ON:** 1 mo |
| | **RETURN FOR PHYSICIAN FOLLOW UP ON:** — |
| | **TREATMENT/MEDICATIONS:** |
| | Tylenol #3 ii PO BID X 90 d |
| 12/27/05 | Cozaar 25 mg i PO q day x 180 d. |
| | Flomax 0.4 mg i PO q day x 180 d. |
| | Nifedipine ER 90 mg i PO q day x 180 d. |
| | E. Anderson, DO |

BF8106975-004
STANDARD FORM 600-BACK

01/25/2006 12:43 3044620396 FCI GILMER PAGE 07

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 12/16/05 1330 | ADMIN NOTE: NONFORM. REQUEST FOR FLOMAX APPROVED. RX: FLOMAX 0.4MG PO DAILY X180DAYS. |
| | [signature] E. Anderson, DC Date 12/15/05 Rene M. Dye Pharm. D. RPH |
| 12/19/05 1530 | I/M seen @ main line. Request resubmittal of NF b/c incorrect info. States Hx ACE I Allergy. Hx multiple renal stks. Will resubmit. [signature] E. Anderson, DC Date 12/19/05 |
| | Also c/o ↑ pain during cold. Will ↑ T3 for next few mos. during winter only. Rx Tylenol #3 ii Po BID x 30d. |
| DEC 20 2005 | [signature] E. Anderson |
| | BF8106975-004 |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12-13-05 1010 | Admin Note: Requested information faxed to M Eason, Program Analyst. 33 pages faxed |
| | Brannon, RHIT DBrannon RHIT |
| 12-14-05 1400 | S/ F/u for Rheumatology appt. No new c/o |
| | O/ Pt eval for Raynaud's by Rheumatologist who recommended Rx Cozaar 25mg i po qd as well as C3-4, AST, creat |
| | A/P Raynaud's |
| | non-form request for Cozaar 25mg i qd |
| | labs ordered |
| | [signature] MD |
| 12/16/05 0800 | PHARM. NOTE: NONFORMULARY REQUEST FOR COZAAR DENIED (SEE SECTION 6). I/M SCHEDULED w/ MD FOR F/U. |
| | R. DYE, PHARMD, RPh |

HOSPITAL OR MEDICAL FACILITY: GILMER

STATUS

DEPART./SERVICE

RECORDS MAINTAINED AT

SPONSOR'S NAME

SSN/ID NO.

RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO.

WARD NO.

Hill, MICHAEL
40428-133
4-30-57

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-634-4176

**Health Record**

| DATE/TIME | Chronological Record of Medical Care<br>Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 12/1/05<br>0900 | CLINICS: ( ) Cardiac ( ) Hypertension ( ) Diabetes (✓) Infectious Disease ( ) Endocrine (✓) Lipid ( ) Pulmonary ( ) Mental Health ( ) Neurology (✓) Ortho/Rheum (✓) General ( ) Gastro ( ) Mental Health ( ) Other |
| | SUBJECTIVE: (CHIEF COMPLAINT): hx of urin. incont - Sx still present Pending urology consult. Raynauds Sx controlled c̄ T3 |
| | OBJECTIVE: (Review System) Age: Sex: Male Race: Med Compliance: Good |
| | B/P: 118/68 P: 72 WT: T: R/R: SO2%: |
| | PAIN LEVEL: 1 2 3 4 5 6 7 8 9 10 N/A Peak Flow: EKG: |
| | HEENT: NML Last Optometry Eval: |
| | Heart: Rg ⌀ m/g/r |
| | Lungs: CTAB |
| | Abdomen: Soft NT |
| | Genital/Rectal: — |
| | Extremities: ⌀ Celum |
| | Neurological: ⌀ c/c/c intact |
| | Recent Lab Results: cmp |
| | Discussed Test Results: Yes (✓) No ( ) CMP |
| | ASSESSMENTS: |
| | Raynauds Phenom |
| | Chronic hematuria |
| | HCV |
| | hyperlipidemia |
| | hx of Membranous Glomerulopathy |
| | BPH |

RECORDS MAINTAINED AT GILMER

PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL): Hill, Michael SEX: MALE

DATE OF BIRTH: 4-30-57

# 40428-133

[signature]

600-10

SF-600
NSN 7540-634-4176
Health Record

## Chronological Record of Medical Care

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 12-1-05 | DSM IV CLASSIFICATION: |
| 0900 | Axis I: Axis II: Axis III: |
| | Axis IV: Axis V: GAF SCORE: |
| | |
| | PLAN: Refill T3 for pain 2° Peyronie's |
| | ✓ CMP, CBC on next visit |
| | |
| | |
| | UR–Consult completed/UR form completed N/A |
| | |
| | PATIENT EDUCATION: |
| | (✓) Discussed treatment plan |
| | (✓) Etiology, Complications, Prognosis, Prevention |
| | (✓) Diet, Diabetic/Cardiac Lifestyle Changes/Exercise |
| | ( ) No Smoking |
| | (✓) Medication Dosage/Administration/Compliance/Side Effects |
| | (✓) Patient Understood Topics |
| | (✓) Patient Verbalized Understanding |
| | (✓) Instructed if problems or if running out of medication, should sign up for sick call |
| | |
| | DIAGNOSTIC STUDIES: ( ) CBC/DIFF ( ) U/A ( ) LFT ( ) CHEM PROFILE ( ) LIPIDS ( ) HgA1C ( ) PSA ( ) VIRAL LOAD |
| | ( ) CD4 ( ) HEPATITIS PANEL ( ) CXR ( ) EKG ( ) Drug Level: ( ) Other |
| | RETURN TO CLINIC FOR ROUTINE FOLLOW UP ON: |
| | RETURN FOR PHYSICIAN FOLLOW UP ON: 1 mth |
| | TREATMENT/MEDICATIONS: |
| | Tylenol #3 ii tabs qd @ 1930, ii tabs on Fri only @ 0630 # [illegible] |
| | (BA 6824424) |
| | |
| | |
| | |

[signature] M. Lomaneo DO

STANDARD FORM 600-BACK

NSN 7540-634-4176 600-108

**Health Record**

## Chronological Record of Medical Care

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 11-3-05 | CLINICS. ( ) Cardiac ( ) Hypertension ( ) Diabetes (✓) Infectious Disease (✓) Endocrine (✓) Lipid ( ) Pulmonary ( ) Mental Health |
| 1030 | ( ) Neurology (✓) Ortho/Rheum (✓) General ( ) Gastro ( ) Mental Health ( ) Other |
| | SUBJECTIVE: (CHIEF COMPLAINT): Still ē urinary incont. 3-4/10 |
| | Wants to try Rx. Pain well controlled ē T3 |
| | OBJECTIVE: (Review System) Age: Sex: Male Race: Med Compliance: |
| | B/P 118/72 P: 80 WT: T: R/R: SO2%: Peak Flow EKG: |
| | PAIN LEVEL: 1 2 3 4 5 6 7 8 9 10 N/A Last Optometry Eval: |
| | HEENT: [illegible] ∅ icterus |
| | Heart: RRR ∅ m/G |
| | Lungs: CTAB ∅ wRR |
| | Abdomen: NT ∅ HSM |
| | Genital/Rectal: |
| | Extremities: ∅ CCE |
| | Neurological: GI |
| | Recent Lab Results: VL <600 |
| | Discussed Test Results: Yes (✓) No ( ) |
| | |
| | |
| | ASSESSMENTS: (1) Hep B |
| | (2) Hep C - tx |
| | (3) Raynauds - T3 |
| | (4) Glomerulonephritis / cyst |
| | (5) BPH / trigonitis / Incont. |
| | (6) hx hyperlipidemia - stable |

RECORDS MAINTAINED AT FCI GILMER

PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL): Hill, Michael 40138133 SEX: MALE

IDENTIFICATION NUMBER

DATE OF BIRTH: 4-30-57

SF-600
NSN 7540-634-4176
Health Record

600-108

## Chronological Record of Medical Care

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 11/3/05 | DSM IV CLASSIFICATION: |
| 1030 | Axis I Axis II Axis III |
| | Axis IV Axis V GAF SCORE |
| | Would consider qualitative |
| | PLAN: Cont Rx RIBA HCV after |
| | ✓ Labs treatment. |
| | Measures to 50 |
| | |
| | UR Consult completed/UR form completed N/A |
| | |
| | PATIENT EDUCATION: |
| | (✓) Discussed treatment plan |
| | (✓) Etiology, Complications, Prognosis, Prevention |
| | (✓) Diet, Diabetic/Cardiac Lifestyle Changes/Exercise |
| | (✓) No Smoking |
| | (✓) Medication Dosage/Administration/Compliance/Side Effects |
| | (✓) Patient Understood Topics |
| | (✓) Patient Verbalized Understanding |
| 11/3/05 | (✓) Instructed if problems or if running out of medication, should sign up for sick call |
| SR 11/3/05 Entered By Sarah Richards Pharmacy Technician | Scheduled, add Lipids |
| | DIAGNOSTIC STUDIES: ( ) CBC/DIFF ( ) U/A ( ) LFT ( ) CHEM PROFILE ( ) LIPIDS ( ) HgA1C ( ) PSA ( ) VIRAL LOAD |
| | ( ) CD4 ( ) HEPATITIS PANEL ( ) CXR ( ) EKG ( ) Drug Level ( ) Other |
| | RETURN TO CLINIC FOR ROUTINE FOLLOW UP ON: 1 mth |
| | RETURN FOR PHYSICIAN FOLLOW UP ON: |
| | TREATMENT/MEDICATIONS: Oxybutnin 5mg qHS x 180d. |
| | tylenol #3 ii PO qday + ii PO q Friday x 30d. |
| | [signature] |
| | E. Anderson, DO BF8106975-004 |
| | |
| | |

STANDARD FORM 600-BACK

PREVIOUS EDITION IS USABLE

MEDICAL RECORD

AUTHORIZED FOR LOCAL REPRODUCTION

# CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

INMATE REQUEST FOR TRIAGE

INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY

Today's date: 10 / 27 / 05 Your age: 50 Work Assignment: orderly Unit: C-2

SUBJECTIVE: (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Complaint (Queja). What is your main problem (cual es su problema principal?): chronic care medications Nifedipine #60 mg & #30 mg have expired and tylenol #3 at 7:30 pm & 6:15 am daily and Fridays expire 11-02-05 before next chronic care appointment, requesting refills.

History of medical problems (historial de problemas medicos): hep-C, Raynauds, Glomerulopathy, C.T.d.

[ ] none (nada) [ ] high blood pressure (presion alta)

[ ] heart problems (problemas de corazon) [ ] asthma (asthma)

[ ] seizures (convulsiones) [ ] diabetes (diabetes)

[ ] allergies (alergias):

History of mental health problems (historial de problemas mentales): [ ] yes [X] no

How long have you had this problem (durante cuanto tiempo ha tenido este problema)?

[ ] Days (Dias): [ ] Months (Meses): Years (Anos):

List the medications you are taking (que medicinas esta tomando): interferon, Ribavirin, Nifedipine, tylenol #3.

Your signature: Michael Hill

INMATE DO NOT WRITE ON THE BACK OF THIS FORM

| AL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| OR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Inmate Name: Michael Hill

Register Number: 40428-133

Institution:

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 5-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | OBJECTIVE: Temperature ___ Pulse ___ Respiration ___ |
| | Weight ___ Oxygen Saturation ___ Blood Pressure ___ |
| | If diabetic, blood sugar via fingerstick ___ mg/dl (normal range 70 - 120 mg/dl, 1 hour post prandial < 180, |
| | 2 hour post prandial < 150 mg/dl) |
| 10/27/05 | Med Refill |
| | ASSESSMENT |
| | PLAN: [ ] This information will be referred to the primary care physician |
| | [ ] After discussion with the inmate, no appointment for this complaint is necessary at this time. |
| | [ ] The inmate was education to return to sick-call whenever needed |
| | [ ] Other |
| | Tylenol #3 i PO q day + ii PO q Friday X30 d. |
| | Nifedipine ER ~~30 mg~~ error 90 mg qHS X 180 d. |
| | Ribavirin 200 mg iii PO B.I.D X 180 d |
| | Peg IF α 2A 180 mcg IM q wk X 180 d. |
| | ~~Elavil 20 mg BID Tue + Thurs X 180 d.~~ |
| | ~~Doxazosin 2 mg q HS X 180 d.~~ ~~Tylenol 500 mg ii BID prn X 180 d~~ |
| | ~~Salsalate 500 mg BID X 180 d.~~ Tylenol 500 mg ii BID prn X 180 d |
| [signature] | ~~Lisinopril 10 mg q day X 180 d.~~ |
| | ~~HCTZ 25 mg q day X 180 d.~~ |

STANDARD FORM 600 (REV 6-97) BACK

Please update med list, call c̄ any inactive Rx.

Thanks :) [signature] E. Anders

SF-600
NSN 7540-634-4176
**Health Record**

600-108

## Chronological Record of Medical Care

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 10/4/05 | CLINICS: ( ) Cardiac ( ) Hypertension ( ) Diabetes (✓) Infectious Disease ( ) Endocrine (✓) Lipid ( ) Pulmonary ( ) Mental Health |
| 1030 | ( ) Neurology (✓) Ortho/Rheum (✓) General ( ) Gastro ( ) Mental Health ( ) Other |
| | SUBJECTIVE: (CHIEF COMPLAINT): Still c̄ s/p bladder spasm, occ incont. worse c̄ standing, worse @ night, normal day time void. Doing fair o/w. |
| | OBJECTIVE: (Review System) Age: Sex: Male Race: Med Compliance: |
| | B/P: 128/90 P: 72 WT: T: R/R: SO2%: Peak Flow: EKG: |
| | PAIN LEVEL: 1 2 3 4 5 6 7 8 9 10 N/A Last Optometry Eval: |
| | HEENT: ∅ icterus, NC ∅ Dc/E |
| | Heart: RRR ∅ m/G |
| | Lungs: CTAB ∅ WRR |
| | Abdomen: NT min Hepatomegaly ∅ [illegible] |
| | Genital/Rectal: Def |
| | Extremities: ∅ CCE |
| | Neurological: GI |
| | Recent Lab Results: WBC 1.8 AST/ALT ok. |
| | Discussed Test Results: Yes (✓) No ( ) |
| | |
| | |
| | ASSESSMENTS: Hep B |
| | Hep C - TX |
| | Raynauds - T3 |
| | Glomerulonephritis / cyst - |
| | BPH / Trigonitis / Incont. |
| | Hx Hyperlipidemia - Stable |

| RECORDS MAINTAINED AT FCI GILMER | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL) Hill, Michael | SEX: MALE 40428-133 |
|---|---|---|
| IDENTIFICATION NUMBER | DATE OF BIRTH: 4/30/57 | |

SF-600
NSN 7540-634-4176
**Health Record**

600-108

## Chronological Record of Medical Care

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| | **DSM IV CLASSIFICATION:** |
| | Axis I: Axis II: Axis III: |
| | Axis IV: Axis V: GAF SCORE: (Oxybutonin 5mg qHS) |
| | **PLAN:** Consider add bladder Rx for instability p Hep C Tx. ✓ labs. |
| | UR–Consult completed/UR form completed N/A |
| | Addl. 10/26/05 |
| | **PATIENT EDUCATION:** O/w I/m Above Tx postponement b/c Interferon ? poss interaction or liver effect. I/m agrees to hold unless absolutely necc. will start p HCV Tx. Cont T3 per pain. |
| | (✓) Discussed treatment plan |
| | (✓) Etiology, Complications, Prognosis, Prevention |
| | (✓) Diet, Diabetic/Cardiac Lifestyle Changes/Exercise |
| | (✓) No Smoking |
| | (✓) Medication Dosage/Administration/Compliance/Side Effects |
| | (✓) Patient Understood Topics |
| | (✓) Patient Verbalized Understanding [signature] E. Anderson, DO |
| | (✓) Instructed if problems or if running out of medication, should sign up for sick call |
| | **DIAGNOSTIC STUDIES:** ( ) CBC/DIFF ( ) U/A ( ) LFT ( ) CHEM PROFILE ( ) LIPIDS ( ) HgA1C ( ) PSA ( ) VIRAL LOAD |
| | ( ) CD4 ( ) HEPATITIS PANEL ( ) CXR ( ) EKG ( ) Drug Level: ( ) Other |
| | **RETURN TO CLINIC FOR ROUTINE FOLLOW UP ON:** 1 mo |
| | **RETURN FOR PHYSICIAN FOLLOW UP ON:** s/c / p labs. |
| | **TREATMENT/MEDICATIONS:** |
| | T3 as per s/c note. |
| | [signature] E. Anderson, DO |

**STANDARD FORM 600-BACK**

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/3/05 12:15 | Admin Note: I/m returned from med trip to see Gastroenterologist. No Changes made in I/m medications. Will follow up with Doctor C Hammer, mh |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| F.C.I. GILMER | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| Hill, Michael | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|
| 40428-133 | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3/30/05 12:30 | Called c critical WBC = 1.7. Reviewed chart, then seen c s/c today, no c/o other than Rx out. will plan for the next wk for review of CBC results |
| | [signature] E. Anderson, DO |

HOSPITAL OR MEDICAL FACILITY: F.C.I. GILMER | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Hill, Michael
40428-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PREVIOUS EDITION IS USABLE

MEDICAL RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| HR 9/30/05 @1030 | INMATE REQUEST FOR TRIAGE |
| | INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY |
| | Today's date: 9, 30, 05 Your age: 50 Work Assignment: orderly Unit: C-2 |
| | SUBJECTIVE: (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. |
| | Complaint (Queja). What is your main problem (cual es su problema principal?): Tylenol #3 daily at 7:30pm pill line and tylenol #3 at 6:30am on Fridays need to be re-newed for 30 days. prescriptions for both run out October 6th 2005. Please put me down to see doctor before 10-06-05 |
| | History of medical problems (historial de problemas medicos): Also When is my chronic care clinic? |
| | [ ] none (nada) [ ] high blood pressure (presion alta) |
| | [ ] heart problems (problemas de corazon) [ ] asthma (asthma) |
| | [ ] seizures (convulsiones) [ ] diabetes (diabetes) |
| | [ ] allergies (alergias) |
| | History of mental health problems (historial de problemas mentales): [ ] yes [X] no |
| | How long have you had this problem (durante cuanto tiempo ha tenido este problema)? |
| | [ ] Days (Dias) [ ] Months (Meses) Years (Anos) |
| | List the medications you are taking (que medicinas esta tomando): Interferon, Ribavirin, tylenol #3, Nifedipine |
| | Your signature: Michael Hill |
| | INMATE DO NOT WRITE ON THE BACK OF THIS FORM |

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Inmate Name: Michael Hill

Register Number: 40428-133

Institution: F.C.I. GILMER

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

9/30/05 @ 1030

OBJECTIVE: Temperature: Pulse: Respiration:

Weight: Oxygen Saturation: Blood Pressure:

If diabetic, blood sugar via fingerstick: mg/dl (normal range 70 -- 120 mg/dl; 1 hour post prandial <180; 2 hour post prandial <150 mg/dl)

(1) Renewal of T3
(2) Confirm CCC visit scheduled

ASSESSMENT Hep C+
Raynaud's Syndrome

PLAN: ( X ) This information will be referred to the primary care physician. CCC if not already scheduled

( ) After discussion with the inmate, no appointment for this complaint is necessary at this time.

( ) The inmate was education to return to sick-call whenever needed.

X ( ) Other: (1) Tylenol #3 ii tabs po @ 1930 pill line X 30 days
(2) Tylenol #3 ii tabs po @ 0630 pill line On Fridays Only X 30 days

E. Anderson 9/30/05

P. Kyle, RN

STANDARD FORM 600 (REV 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/12/05 0930h | Medicine |
| | Pt seen once again this AM — now complains of "prostate problems." States that his bladder, back + legs hurt which he ascribes to his prostate, has letter with him from Urologist — describes BPH. Also asks for a PSA to be drawn. I/m informed it will be done with next labs draw. Feels Cardura is not working — also states that he doubled dose on his own + felt dizzy. Asked for Flomax — which is not formulary. Pt also on Nifedipine for Raynaud's — need to be wary of ↓ BP here. Pt in NAD today. Prostate symptoms explained to I/m — would not cause leg + back pain. |
| | Pt also informed his Tylenol #3 was renewed last week. |
| | Pt to be seen q 3 mos o.t.i. be of emergencies. Cat last renewed |
| | [signature] |

HOSPITAL OR MEDICAL FACILITY: FCI GILMER | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT W. Dotzman, DO, DPM

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Hill, Michael
#40428-113

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/7/05 0740h | Medicine |
| | Pt's latest labs & notes from |
| | Rheumatologist & Nephrologist reviewed. |
| | Still no definitive diagnosis of SLE. |
| | Please renew: |
| | Rx: Tylenol #3 ii tabs po hs. x 30 dy. |
| | Allow Tylenol #3 ii tabs on Friday morning |
| | only. Thank you! |
| | [signature], DO |
| | W. Dotson, DO, DPM |
| | REVIEWED |
| | BF8106975-001 |
| | [initials] |
| | Renee M. Dye Pharm. D, RPH |

HOSPITAL OR MEDICAL FACILITY: F.C.I. GILMER | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Hill, Michael
# 40428-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

MEDICAL RECORD

AUTHORIZED FOR LOCAL REPRODUCTION

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/6/05 | |
| 200 | INMATE REQUEST FOR TRIAGE |

9/12 Dotzman

INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY

Today's date: 9/6/05 Your age: 50 Work Assignment: Orderly Unit: C-2

SUBJECTIVE: (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Complaint (Queja), What is your main problem (cual es su problema principal?): Need to see doctor so that everyday 7:30 pm and Friday 6:30 am pain meds can be renewed for 30 days, current meds expire 9-10-05. Also, pain, burning during urination with urgent, frequent need to urinate, cannot hold or control urine, meds not working.

History of medical problems (historial de problemas medicos):

[ ] none (nada)

[ ] heart problems (problemas de corazon) [ ] high blood pressure (presion alta)

[ ] seizures (convulsiones) [ ] asthma (asthma)

[ ] allergies (alergias): [ ] diabetes (diabetes)

History of mental health problems (historial de problemas mentales): [ ] yes [X] no

How long have you had this problem (durante cuanto tiempo ha tenido este problema)?

[ ] Days (Dias): [ ] Months (Meses): Years (Anos): 2

List the medications you are taking (que medicinas esta tomando): Nifedipine, tylenol #3, doxozin, interferon, Ribavirin

Your signature: Michael Hill

INMATE DO NOT WRITE ON THE BACK OF THIS FORM

| ...OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| ...S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

...DENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. WARD NO.

...ate Name: Michael Hill

...ister Number: 40428-133

...itution:

FCI GILMER

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

DATE

9/6/05
1300

OBJECTIVE: Temperature Pulse Respiration

Weight Oxygen Saturation Blood Pressure

If diabetic, blood sugar via fingerstick mg/dl (normal range 70 - 120 mg/dl 1 hour post prandial <180, 2 hour post prandial <150 mg/dl) NA

ASSESSMENT: urine Incontinence Renewal
of T#3 (Run out on 10th)

PLAN: [X] This information will be referred to the primary care physician. Call out before 10th

[ ] After discussion with the inmate, no appointment for this complaint is necessary at this time.

[ ] The inmate was education to return to sick-call whenever needed

[ ] Other

C Hamner RN

STANDARD FORM 600 (REV 6-97) BA

MEDICAL RECORD

AUTHORIZED FOR LOCAL REPRODUCTION

# CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

9/2/05
1/0/200

INMATE REQUEST FOR TRIAGE

INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY

Today's date: 9 / 2 / 05 Your age: 50 Work Assignment: orderly Unit: C-2

SUBJECTIVE: (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Complaint (Queja), What is your main problem (cual es su problema principal?): Pain and burning during urination and an urgent, frequent need to urinate cannot hold or control urine. also ulcer/sore in mouth and need medication re-filled (tylenol #3)

History of medical problems (historial de problemas medicos):

[ ] none (nada)

[ ] heart problems (problemas de corazon) [ ] high blood pressure (presion alta)

[ ] seizures (convulsiones) [ ] asthma (asthma)

[ ] allergies (alergias): [ ] diabetes (diabetes)

History of mental health problems (historial de problemas mentales): [ ] yes [X] no

How long have you had this problem (durante cuanto tiempo ha tenido este problema)? 2 years

[ ] Days (Dias): ____ [ ] Months (Meses): ____ Years (Anos): 2

List the medications you are taking (que medicinas esta tomando): interferon, Ribavicin, Nifedipine, tylenol #3, Doxozin,

Your signature: Michael Hill

INMATE DO NOT WRITE ON THE BACK OF THIS FORM

...L OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

...'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

...IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Inmate Name: Michael Hill

Register Number: 40428-133

Institution:

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

DATE: 9/2/05 0700

OBJECTIVE. Temperature N/A Pulse Respiration

Weight Oxygen Saturation Blood Pressure

If diabetic, blood sugar via fingerstick mg/dl (normal range 70 -- 120 mg/dl; 1 hour post prandial <180,

2 hour post prandial <150 mg/dl)

ASSESSMENT Cold sores
Chronic Dyspnea

PLAN [✓] This information will be referred to the primary care physician. ASAP

[ ] After discussion with the inmate, no appointment for this complaint is necessary at this time.

[ ] The inmate was education to return to sick-call whenever needed.

[✓] Other: Viscous lidocain apply on mouth [illegible] Hydrogen Peroxide swish & Spit @ 1130 + 1530 pill line X 3 days.

Marc Dib
MS, PA-C
LT, USPHS

REVIEWED
Renee M. Dye
Pharm-D, RPH

STANDARD FORM 600 (REV 6 97) BAC

PREVIOUS EDITION IS USABLE

MEDICAL RECORD

AUTHORIZED FOR LOCAL REPRO

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| HR 8/23/05 @1330 | INMATE REQUEST FOR TRIAGE |

INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY

Today's date: 8 /23/05 Your age: 50 Work Assignment: orderly Unit: C-2

SUBJECTIVE: (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Complaint (Queja), What is your main problem (cual es su problema principal?): ONE 60 mg tab of Nifedipine is No longer effective vasospastic attacks due to Raynauds, connective tissue, and/or Lupus is the underlying cause. Face itching

History of medical problems (historial de problemas medicos): Lupus, Hep-C, Glomerulopathy, ctd.

[ ] none (nada) [ ] high blood pressure (presion alta)

[ ] heart problems (problemas de corazon) [ ] asthma (asthma)

[ ] seizures (convulsiones) [ ] diabetes (diabetes)

[ ] allergies (alergias)

History of mental health problems (historial de problemas mentales): [ ] yes [ ] no

How long have you had this problem (durante cuanto tiempo ha tenido este problema)? years

[ ] Days (Dias) [ ] Months (Meses): 2 Years (Anos):

List the medications you are taking (que medicinas esta tomando):

Tylenol #3, Nifedipine, interferon, Ribavirin, Doxozin.

Your signature: [signature]

INMATE DO NOT WRITE ON THE BACK OF THIS FORM

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) REGISTER NO. WARD NO.

Inmate Name: Hill, Michael

Register Number: 40428-133

Institution: F.C.I. GILMER

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/23/05 @1330 | OBJECTIVE: Temperature: Pulse: Respiration: |
| | Weight: Oxygen Saturation: Blood Pressure: |
| | If diabetic, blood sugar via fingerstick: mg/dl (normal range 70 -- 120 mg/dl; 1 hour post prandial <180; |
| | 2 hour post prandial <150 mg/dl) |
| | I/M requesting med ↑ per Dr. Dotzman |
| | ASSESSMENT. ① Raynaud's DS |
| | ② R/o Lupus vs MCTD |
| | ③ Age C ⊕. |
| | PLAN. [ ] This information will be referred to the primary care physician. |
| | [ ] After discussion with the inmate, no appointment for this complaint is necessary at this time. |
| | [ ] The inmate was education to return to sick-call whenever needed. |
| | [X] Other: ↑ Nifedipine 30mg ÷ po day for total of 90mg daily #30 tab c̄ 2RF |
| Rx. Nifedipine 90 mg po qD | |
| | 60 in Am, 30 in PM |
| | × 90 days |
| | P. Kyle, RN |
| | Thank you! [signature] |

W. Dotzman, DO, DPM

STANDARD FORM 600 (REV 6-97) BACK

REVIEWED

Renee M. Dye
Pharm. D, RPH

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/16/05 1000 | Admin Note: Returned call to WVU Rheumatology Dept. The nurse stated "I slipped and told the inmate when he's supposed to come back." I told her we would need to reschedule since the inmate knows the date. She was aware of this because the officer had told her. She rescheduled his gastroenterology appointment with the next available. I Brannon RHIT<br>I Brannon, RHIT |

HOSPITAL OR MEDICAL FACILITY: Gilmer | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Hill, Michael
40428-133
4-30-57

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8-10-05 1030 | Admin Note: Requested records faxed to J. Orten as requested. 65 pages sent! I Brannon RHIT |
| | I Brannon, RHIT |
| | W. Dotzman, DO, DPM |
| 8/12/05 1300 | Medicine |
| | Rx Continue Tylenol #3 schedule as Tylenol #3 ii tabs po hs and allow ii tabs in pill line on Friday mornings only. |
| | W. Dotzman, DO, DPM |
| | BP8106975-001 |
| | REVIEWED AUG 12 2005 Renee M. Dye Pharm. D, RPH |
| 11/3/05 | Medicine Pt seen briefly today discussed lab values — cont as planned. Recheck CBC in 1 week. |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| F.C.I. GILMER Gilmer | | | W. Dotzman, DO, DPM |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

Hill, Michael
40428-133
4-30-57

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/15/05 1920 | I/m returned from med trip. I/m states is "fine" Consult Returned to chart. [illegible] |
| | W. Dotzman, DO, DPM |
| 8/16/05 1255h | Medicine (Out Of Sequence) [illegible] |
| | PHARMACY NOTE: I/M ALREADY ON 60MG OF XR NIFEDIPINE. |
| 8/17/05 0750 | |

Renee M. Dye
Pharm D. RPH

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/19/05 1340h | Medicine — ENDOCRINE LIPID, INFECTIOUS DISEASE, PULMONARY, MENTAL HEALTH |
| | [handwritten note, largely illegible] ... aware of possible side effects ... Tylenol #3 ... |
| | Ht: [illegible] |
| | Begin Peg Interferon 180 μg q week × 48 weeks. |
| | Ribavirin 200 ... tabs po BID. |
| | * Note any flu-like symptoms & report! |
| | Tylenol #3 ... po hs × 30 d. |
| | F/U 1 month |

REVIEWED JUL 19 2005

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

Dotzman, DO, DPM

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

HILL, MICHAEL W
40428-133
FCI GILMER HOUSING - C02-205
07/19/2005

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/31/05 @ 1130 | Admin note: I/m C/o Constipation since starting Ribavirin. Given MOM 60cc x 1 now. [signature] [signature] |
| | J. W. Lowry, DO 08-1-05 0830 |
| 8/2/05 1240h | Medicare |
| | [illegible] - Catches |
| 113/73, P=71 | on [illegible]. [illegible] at one point |
| | need to [illegible] follow [illegible] |
| | [illegible] have [illegible] #2, Tylenol #3 on |
| | Fridays morning only following the |
| | Interferon dose. Also [illegible] some |
| | constipation [illegible] Ribavirin. |
| | O/ BP = 113/73, P = 71. |
| | Ht - [illegible] |
| | Lungs: CTA |
| | Abd ⊖ |
| | Ext: ⊖ c/c/E |
| | A/P ⓞ Chronic Hep C infection / mild constipat. - [illegible] previous. |
| Rx: | - allow Tylenol #3 ii tabs |
| | pill line on Friday mornings only. |
| | - Docolax ii tabs po [illegible] x 5 days prn |
| | [illegible] 9 months |
| AUG 0 2 2005 Renee M. Dye Pharm. D, RPH | [signature] W. Dotzman, DO, DPM |

STANDARD FORM 600 (REV. 6-97) BACK

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7/12/05 HR | INMATE REQUEST FOR TRIAGE |

INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY

Today's date: 7 / 13 / 05 Your age: 50 Work Assignment: orderly Unit: C-2

SUBJECTIVE: (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Complaint (Queja). What is your main problem (cual es su problema principal?): ~~[illegible]~~ feels like something is in my ~~[illegible]~~ throat most of the time, hands, face and ear itch (Scleroderma). Pigmentation changing Rash, Pain in throat.

History of medical problems (historial de problemas medicos).

[ ] none (nada) [ ] high blood pressure (presion alta)

[ ] heart problems (problemas de corazon) [ ] asthma (asthma)

[ ] seizures (convulsiones) [ ] diabetes (diabetes)

[ ] allergies (alergias)

History of mental health problems (historial de problemas mentales): [ ] yes [X] no

How long have you had this problem (durante cuanto tiempo ha tenido este problema)?

[ ] Days (Dias) [ ] Months (Meses): 3 Years (Anos): 2

List the medications you are taking (que medicinas esta tomando).

Nifedipine, tyl #3, Doxozin

Your signature

INMATE DO NOT WRITE ON THE BACK OF THIS FORM

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* REGISTER NO. WARD NO.

Inmate Name: Michael Hill

Register Number: 40428-133

Institution: F.C.I. GILMER

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/12/05 | OBJECTIVE: Temperature: 99.9 Pulse: Respiration: |
| 730 | Weight: Oxygen Saturation: Blood Pressure: 127/79 |
| | If diabetic, blood sugar via fingerstick: mg/dl (normal range 70 -- 120 mg/dl); 1 hour post prandial <180, |
| | 2 hour post prandial <150 mg/dl) |
| | C/o knot on outer aspect of throat for a "while" but persistent x3 months. C/o bilateral hand hypopigmentation and on face. C/o rash on ear that itches |
| | ASSESSMENT |
| | PLAN [X] This information will be referred to the primary care physician. |
| | [ ] After discussion with the inmate, no appointment for this complaint is necessary at this time. |
| | [ ] The inmate was educated to return to sick-call whenever needed. |
| | [X] Other |
| | (1) Betamethasone dip lotion apply to rash sparingly as needed Bid # [illegible] 1R |
| | REVIEWED JUL 1 2 2005 Renee M. Dye Pharm. D, RPH |
| | Marc Dib MS, PA-C |

STANDARD FORM 600 REV 6-97 BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/30/05 1000h | Medicine |
| | Pt seen by ... - multiple somatic complaints but in NAD, has seen multiple specialists, multiple lab tests - report from Rheumatologist & Nephrologist noted. He remains ... is a chronic process. Pt ... on Nifedipine for Raynaud, consider ACEI as well at low dose. Pt seems mainly concerned about obtaining more pain medications. Does need Hep C follow-up, ... to ... O/R. ... NAD, ambulated to clinic. |
| | * Pt has copies of lab work reports and ... on lab values - most are not clinically significant. BUN/Creat are normal. He states f/u c Nephrologist 1x/year. Also f/u c GI for eval |
| | A/P ① Raynaud's - cont Nifedipine. Will increase ... to ... BID x 90d. |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

FCI, Gilmer

Hill, Michael # 40428-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6/30/05 1000h | (Cont.) (2) [illegible handwriting] (3) [illegible handwriting] Hep C [illegible] follow Hep C protocol. (4) D/c Salycilates. [signature] |
| 7/1/05 1250h | Medicine [illegible handwriting] [signature] |

REVIEWED
JUL 11 2005
Renee M. Dye
Pharm. D, RPH

Q130 Dotzman

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| HR | INMATE REQUEST FOR TRIAGE |
| 4/28/08 | INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY |
| | Today's date: 6/28/05 Your age: 49 Work Assignment: orderly Unit: C-2 |
| 0650 | SUBJECTIVE: (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. |
| | Complaint (Queja), What is your main problem (cual es su problema principal?): Painful growth/Node ON throat. Also, tylenol #3 for Raynauds Needs to be re-written for 30 days, is about to expire in a few days. This is my third attempt Please assist! See med chart |
| | History of medical problems (historial de problemas medicos): Hep-C, Raynauds, Glomerculopathy |
| | [ ] none (nada) [ ] high blood pressure (presion alta) |
| | [ ] heart problems (problemas de corazon) [ ] asthma (asthma) |
| | [ ] seizures (convulsiones) [ ] diabetes (diabetes) |
| | [ ] allergies (alergias). |
| | History of mental health problems (historial de problemas mentales): [ ] yes [ ] no |
| | How long have you had this problem (durante cuanto tiempo ha tenido este problema)? ONE month |
| | [ ] Days (Dias): [ ] Months (Meses): Years (Anos): |
| | List the medications you are taking (que medicinas esta tomando): |
| | Nifedipine, tylenol #3 for severe Raynauds and possible connective tissue disorder (see). These two medication are needed in combination (together). Need to see Doctor for throat |
| | Your signature: INMATE DO NOT WRITE ON THE BACK OF THIS FORM |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO | WARD NO.

Inmate Name: Michael W. Hill

Register Number: 40428-133

Institution: F.C.I. GILMER

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | OBJECTIVE: Temperature: Pulse: Respiration: |
| 6/28/05 | Weight: Oxygen Saturation: Blood Pressure: |
| | If diabetic, blood sugar via fingerstick: mg/dl (normal range 70 -- 120 mg/dl; 1 hour post prandial <180; |
| | 2 hour post prandial <150 mg/dl) |
| 0650. | Has had for more than 6 wks |
| | ASSESSMENT. Poss rash on neck |
| | PLAN. [ ] This information will be referred to the primary care physician. |
| | [ ] After discussion with the inmate, no appointment for this complaint is necessary at this time. |
| | [ ] The inmate was education to return to sick-call whenever needed. |
| | [ ] Other. |
| | Jack c Dritan |
| | [signature] Butts HSA / [illegible] |

STANDARD FORM 600 (REV 6-97) BACK



PREVIOUS EDITION IS USABLE

MEDICAL RECORD | AUTHORIZED FOR LOCAL REPRODUCTION

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6/23/05 HR 1520 | INMATE REQUEST FOR TRIAGE |

INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY

Today's date: 6/23/05 Your age: 49 Work Assignment: orderly Unit: C-2

SUBJECTIVE: (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Complaint (Queja), What is your main problem (cual es su problema principal?): Swollen lump on throat/wind-pipe, very painful, difficulty swallowing. Became very painful within last two weeks. Also need current medications rewritten.

History of medical problems (historial de problemas medicos): Hep-C, Raynauds, Glomerulopathy

[ ] none (nada) Hep-C, Raynauds, Kidney [ ] high blood pressure (presion alta) NO

[ ] heart problems (problemas de corazon) NO [ ] asthma (asthma) NO

[ ] seizures (convulsiones) NO [ ] diabetes (diabetes) NO

[ ] allergies (alergias): NO

History of mental health problems (historial de problemas mentales): [ ] yes [✓] no

How long have you had this problem (durante cuanto tiempo ha tenido este problema)?

[ ] Days (Dias): ____ [ ] Months (Meses): 90 Years (Anos): ____

List the medications you are taking (que medicinas esta tomando): Nifedipine & tylenol #3 once a day at 2:30pm

Your signature:

INMATE DO NOT WRITE ON THE BACK OF THIS FORM

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

Inmate Name: Michael Hill

Register Number: 40428-133

Institution: F.C.I. GILMER

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6/23/05 | OBJECTIVE: Temperature: N/A Pulse: Respiration: |
| 1315 | Weight: Oxygen Saturation: Blood Pressure: |
| | If diabetic, blood sugar via fingerstick: mg/dl (normal range 70 -- 120 mg/dl; 1 hour post prandial <180; |
| | 2 hour post prandial <150 mg/dl) |
| | S- swollen area to neck. |
| | O- swollen area to neck, tender to touch. |
| | Speaks s̄ difficulty. |
| | ASSESSMENT: Possible cyst on neck |
| | Motrin 800mg TID, Tylenol #3 ~~BID~~ QD /1530 only. T. Coberly, RN |
| | PLAN: [ ] This information will be referred to the primary care physician. |
| | [ ] After discussion with the inmate, no appointment for this complaint is necessary at this time. T. Coberly |
| | [ ] The inmate was education to return to sick-call whenever needed. |
| | [ ] Other: |
| | E- Warm compresses to neck 2-3 times per Day. |
| | E- medication as prescribed T. Coberly, RN |
| | T. Coberly |
| | Dotzman |