# ATTACHMENT
# C
# PART  2

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|----------------------------------------------------------------------|
| 6-7-05 0830 | M.D. NOTE CONT |
| | 2) I/m ADVISED THAT HE NEEDS AUTHORIZATION FOR ↑ OF TYL #3 THRU DR RAMIREZ |
| | 3) I/m INFORMED THAT I DO NOT GIVE "WIDE SHOE PASSES" - TO A/U/O COMMISSARY OR AW RE ORDERING OF PROPER FITTING GYM SHOE |
| | 4) F/U NEXT CCC |

D. Williams, MD

**D. Williams, M.D.**
**Clinical Director**

**REVIEWED**

JUN 0 8 2005

Renee M. Dye
Pharm. D, BPH

| 6-28-05 0930 | Admin Note: Requested information released to I/m per his written authorization. Re BP 621s. 27 pages released. |

DBrannon RHIT

I Brannon, RHIT

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**6-6-05**
**1530**

ADMIN. NOTE

NOT ENOUGH TIME FOR I/M TO BE SEEN. PASS GIVEN
TO RTC IN A.M @0830

*D. Williams* MD

**D. Williams, M.D.**
**Clinical Director**

**6-7-05**
**0830**

M.D. NOTE

S: I/m SEEN IN TRIAGE F/U OF REQUEST FOR ↑ IN
TYL #3. REQ. RENEWAL OF "WIDE TOE SHOE
AUTHORIZATION". CONT'S TO HAVE LOWER ABDOMINAL
PAIN UPON URINATION. ADMITS THAT HANDS HAVE
IMPROVED Ē NIFEDIPINE.

O: VITALS: T=98.4  P=74  B/P = 121/74  WT=172lbs
ABDOMEN - MILD DISCOMFORT REPROD. ON PALP. OF
LOWER ABDOMEN + SUPRA PUBIC AREA
EXTREMS - ↓ BLUISH DISCOLORATION AND COLDNESS
OF HANDS

A: 1) C/O CHRONIC FLANK & ABDOMINAL PAIN
   2) RAYNAUD'S - IMPROVED Ē NIFEDIPINE
   3) CHRONIC HCV - STABLE

P: 1) RENEW TYLENOL Ē CODEINE 300 mg/30 mg ī TABS)
   P.O. @ 1930 PILL LINE X 30 DAYS PRN CHRONIC PAIN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

FCI, Gilmer

HILL, MICHAEL
#40428-133
4-30-57

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

4/6 Williams

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

DATE

6-3-05
0730

......INMATE REQUEST FOR TRIAGE......

......INMATE COMPLETE THE FRONT SIDE OF THIS FORM ONLY......

Today's date: 6-3-05  Your age: 49  Work Assignment: Orderly  Unit: C-2

SUBJECTIVE: (Briefly state your question or concern and the solution you are requesting. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Complaint (Queja). What is your main problem (cual es su problema principal): Pain in lower Stomach/bladder area, pain when urinating. Need to update wide toe shoe authorization, ▮▮▮▮ and need to add/have Pain med's at 11:30 Am P.ll line.

History of medical problems (historial de problemas medicos):

[ ] none (nada)                          [ ] high blood pressure (presion alta)

[ ] heart problems (problemas de corazon)    [ ] asthma (asthma)

[ ] seizures (convulsiones)               [ ] diabetes (diabetes)

[ ] allergies (alergias):

History of mental health problems (historial de problemas mentales): [ ] yes  [ ] no

How long have you had this problem (durante cuanto tiempo ha tenido este problema)?

[ ] Days (Dias):     [X] Months (Meses): 3     Years (Anos):

List the medications you are taking (que medicinas esta tomando): Tylenol #3, and Nifedipine

ONCE A DAY

Your signature: Michael Hill

PITAL OR MEDICAL FACILITY

INMATE DO NOT WRITE ON THE BACK OF THIS FORM

| | STATUS | DEPART /SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| VISOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

NT'S IDENTIFICATION: (If or typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth, Rank/Grade.)  REGISTER NO.  WARD NO.

Inmate Name: Michael Hill

Register Number: 40428-133

Institution: FCI Gilmer

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV 6 97)
Prescribed by GSA/ICMR
FIRMA (41 CFR) 201 9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|

6.3.05
0730
Continued

OBJECTIVE. Temperature _____ Pulse _____ Respiration, _____

Weight: _____ Oxygen Saturation: _____ Blood Pressure: _____

If diabetic, blood sugar via fingerstick _____ mg/dl (normal range 70 – 170 mg/dl; 1 hour post prandial <180.

2 hour post prandial <150 mg/dl)

N/A

ASSESSMENT

Multiple complaints

PLAN. [ ] This information will be referred to the primary care physician.     Dr. William  6-6-05

[ ] After discussion with the inmate, no appointment for this complaint is necessary at this time.

[ ] The inmate was education to return to sick-call whenever needed

[ ] Other

EMaida PA-c
EMaida PA-c

NBN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

5/25/05
1500

Evaluation
will allow:
Tylenol ē codine 30g II q PM × 2 wks (14 days)
↑ procardia × ↓ 60 mg daily in one week.
until then 30 mg daily.

R. RAMIREZ M.D.
CLINICAL DIRECTOR

R. Ramirez

**REVIEWED**

MAY 2 6 2005

Renee M. Dye
Pharm. D, RPH

6/6/05
1245

Admin Note: Records faxed 1 to Lm.
Eason, Central Office and B Ellis at
FMC Butner as Requested. 37 4 pages faxed.

J Brannon RHIT

I Brannon, RHIT

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

FCI. Gilmer   Hill, Michael
                40428-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP I-VN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|---------------------------------------------------------------------------|

MD Eval.

**5/24/05**
**1300**

S: Picked up Nifedipine for possible Raynaud's.
Seen by rheumatology yesterday

O: 175 #

Consult noted - followup to follow -
See consult from yesterday.

A: Connective tissue disorder.

P: Medication as ordered
Add Tylenol 500 g q.i.d. prn pain

E: Advised of prospects related to
Connective tissue disease. Advised of the
followup.

*R. Ramirez*

**REVIEWED**

**MAY 2 4 2005**

Renee M. Dye
Pharm D, RPH

**5/25/05**
**1050**

Admin Note: Spoke with J Bunts HSA
about scheduling conflict with inmate's
Gastroenterology appointment. This inmate
trip had to be rescheduled due to
emergent surgery for another inmate.
Appointment scheduled before follow up
with Dr Sharma who requested gastro
appointment.

*J Brannon RHIT*

I Brannon, RHIT

STANDARD FORM 600 (REV. 6-97) **BACK**

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5/23/05 @ 4fengjin 1610 | S: I/m returned from med trip<br>O: A + O. c/o hand pain<br>A: See Consultation Sheet —<br>Mixed Connective Tissue D/O VS SLE<br>P: ① Procardia XL 30mg · po qd #30 NR<br>② Tylenol #3 · po qd prn @ pill line #30 NR<br>③ F/u c̄ Dr. Ramirez 5/24/05<br>@ 10:30am<br><br>D. Williams<br>**D. Williams, M.D.**<br>**Clinical Director**<br>5/23/05 |
| 5/24/05 0800 | Consultant review<br>D/C Clonidine<br>Procardia XL 30mg daily x 180 days<br>Tylenol ē codeine not indicated — No<br>functional limitation<br>Clonidine taper — 0.1 mg daily for<br>7 days, then D/C |

**REVIEWED**

MAY 2 4 2005

R. RAMIREZ, M.D.
CLINICAL DIRECTOR

| HOSPITAL OR MEDICAL FACILITY<br>Renee M. Dye<br>Pharm. D, RPH | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

FCI, Gilmer
Hill, Michael
#40438-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

  

NSN 7640-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

5-2-05  M.D. NOTE

0830  S: I/M SEEN IN F/U OF MULTIPLE COMPLAINTS FROM TRIAGE. CONT'S TO HAVE ↑ COLDNESS OF FINGER AND KNEES. CONT'S TO HAVE PAIN & NEEDLE SENSATIONS. STATES HE RETURNED THE TYLENOL & SALSALATE BECAUSE THEY DID NOT HELP THE DISCOMFORT. STOPPED THE LISINOPRIL X 3 DAYS 2° TO ↑ ITCHING. ITCHING WENT AWAY ƀ HE STOPPED THE MED. WANTS THE CLONIDINE BACK BECAUSE IT APPEARED TO HELP HIS SX'S AND TO KEEP HIM CALM. RBQ. TO TAKE ELAVIL BID, TWICE A WK. I/M ALSO C/O ↑ CONGESTED COUGH @ H.S.

O: VITALS: T = 97.3  B/P = 131/83  P = 70

GEN - NAD

EXTREMS - ↑ COLDNESS OF HANDS PALP.

LABS FROM 4-26-05: WBC ↓ 3.1  ABS. NEUTS ↓ 1.5  AST/ALT = 32/35, ANA, CRP & ESR STILL PENDING  ↑ CRCL & 24-HR URINE FOR PROTEIN

A: 1) ↑ B/P

2) C/O ↑ PRURITUS 2° CLONIDINE

3) SX'S OF RAYNAUD'S

4) CHRONIC PROTEINURIA 2° MGN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

FCI, Gilmer  HILL, MICHAEL
#40428-133
4-30-57

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT   TREATING ORGANIZATION (Sign each entry) |
|---|---|

5-2-05  M.D. NOTE CONT
0830  5) HCV - STABLE
6) HYPERLIPIDEMIA  7) C/O ↑ COUGH
P: 1) D/C LISINOPRIL
2) CLONIDINE 0.1mg  ✓ TAB P.O. BID FOR RAYNAUDS
AND B/P  X 90 DAYS
3) ELAVIL 10 mg  TT TABS P.O. BID @ @ 1130 & 1930
PILL LINES  ON  TUES & THURS  X 90 DAYS
4) F/U NEXT CCC
5) √ ON F/U APPTS   D. Williams, MD
@ WVU                D. Williams, M.D.
                     Clinical Director
6) TESSALON PEARLES
100 mg  TT CAPS P.O. TID X 5D
PRN COUGH  X 5 DAYS

**REVIEWED**

MAY 3 05

Renee M. Dye
Pharm. D, RPH

D. Williams, MD
**D. Williams, M.D.**
**Clinical Director**

5-19-05  ADMIN. NOTE
1130  RECEIVED CALL YESTERDAY FROM WVU NEPHROLOGIST,
DR. SHARMA. DR. SHARMA STATED THAT I/M HAD
VERY MINOR HEMATURIA AND VERY STABLE RENAL
FUNCTION. FROM RENAL STANDPOINT, THERE WAS NOTHING
FURTHER TO BE DONE. HE WAS INSISTING THAT APPTS C̄
RHEUMATOLOGY & GASTROENTEROLOGY BE KEPT FOR
EVALUATION OF ↑ ANA AND NECESSITY FOR INTERFERON/
RIBAVIRIN Rx FOR HEP C .

D. Williams, MD

STANDARD FORM 600 (REV. 6-97) BACK
**D. Williams, M.D.**
**Clinical Director**

-600
~600-108
SN 7540-634-4176

ealth Record

## Chronological Record of Medical Care

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 4-7-05 0930 | CLINICS: ( ) Cardiac ( ) Hypertension ( ) Diabetes (✓) Infectious Disease (✓) Endocrine ( ) Lipid ( ) Pulmonary |
| | ( ) Mental Health ( ) Neurology ( ) Ortho/Rheum (✓) General ( ) Other |

SUBJECTIVE: (CHIEF COMPLAINT) MULTIPLE COMPLAINTS. NUMBNESS & COLDNESS OF HANDS, KNEES & FEET ; STABBING PAIN TO LT. FLANK AREA ; INABILITY TO fx 2° TO ELAVIL ; ↓ HR 2° NIFEDIPINE. BELIEVES CLONIDINE HELPED

Med. Compliance: SOMEWHAT. REQ. GABAPENTIN FOR PAIN - SUGGESTED

OBJECTIVE: (Review System) Age:     Sex: Male    Race:     BY ANOTHER I/m

B/P: 126/80  P: 65  WT: 167½  T:     R/R:    SO2%:    PEAK FLOW:

HEENT: ——     Last optometry eval.:

Heart: WNL

Lungs: CLEAR TO AUSC

Abdomen: BACK - NO DISCOMFORT REPROD. ON P&P OF FLANK AREA

Genital/Rectal:

Extremities: ↓ TEMP OF HANDS & FEET NOTED C MILD CYANOSIS

Neurological:

Recent Lab Results: 3-30-05 : ALT/AST = 37/35
IgG ↑ 2362   IgA ↑ 405
IgM = 40
CHOL/LDL = 190/115   HDL = 59

ASSESSMENT (S): 1) HCV - STAGE 2) HX FOR MEM. GLOMERULARNEPHRITIS 3) HYPERLIPIDEMIA 4) RAYNAUD'S 5) C/O CHRONIC RT. FLANK PAIN 6) C/O INTOLERANCE TO NIFEDIPINE & ELAVIL

FOOT SENSORY ASSESSMENT

**SENSITIVE**
LIMITED OFFICIAL USE

ORDS NTAINED AT I GILMER

PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL)    SEX: MALE
HILL   Michael

NTIFICATION MBER

DATE OF BIRTH:
40428 - 133    4-30-57

SF-600
NSN 7540-634-4176
**Health Record**

600-108

**Chronological Record of Medical Care**

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 4-7-05 0930 | **DSM IV CLASSIFICATION** N.A. |
| | Axis I:                                    Axis IV: |
| | Axis II:                                   Axis V: GAF SCORE: |
| | Axis III: |
| | Preventive Care:            Diet:                    Exercise. |
| | Tobacco Use:                    Medication Side Effects: |
| | **PAIN LEVEL:** 1 2 3 4 5 6 (7) 8 9 10 |
| | **PLAN:** 1) TRIAL OF TEGRETOL |
| | 2) ADD BACK CLONIDINE |
| | 3) F/U APPT @ WVU RENAL CLINIC PENDING |
| | **PATIENT EDUCATION:** |
| | (✓) Discussed Test Results          ( ) Discussed treatment plan |
| | ( ) Etiology, Complications, Prognosis, Prevention |
| | ( ) Diet, Diabetic/Cardiac Lifestyle Changes        ( ) No Smoking |
| | (✓) Medication Dosage/Administration/Compliance/Side Effects |
| | (✓) Patient understood topics          (✓) Patient Verbalized Understanding |
| | (✓) Instructed if problems or if running out of medication, should sign up for sick-call |
| | **DIAGNOSTIC STUDIES:** ( ) CBC/DIF  ( ) U/A  ( ) LFT  ( ) CHEM PROFILE  ( ) LIPIDS  ( ) HgA1C |
| | ( ) PSA  ( ) VIRAL LOAD  ( ) CD4  ( ) TOXO LGG  ( ) HEPATITIS PANEL |
| | ( ) CXR  ( ) EKG  ( ) OTHER: |
| | **RETURN TO CLINIC FOR ROUTINE FOLLOW UP ON:** 3 MOS |
| | **TREATMENT (S):** 1) CONT. LISINOPRIL 2.5 mg 1 TAB P.O. DLY FOR KIDNEY PROTECTION X90 DAYS 2) D/C NIFEDIPINE ER 30 mg P.O. DLY 3) RESUME CLONIDINE 0.1 mg 1 TAB P.O. BID FOR RAYNAUD'S #30 X 4 rets 4) D/C ELAVIL 10 mg P.O. @ 1930 PILL LINE 5) TEGRETOL 50 mg P.O. BID @ 1130 + 1930 PILL LINES X 90 DAYS |
| | D. Williams  MD |
| | **Doris M. Williams, M.D.** **Clinical Director,** |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

3-28-04  WT 169  T 97.0  P 59  BP 108/91  SAT 597 RR

@ 830

S: I/M c/o many problems. He just got back from a nephrology clinic at Roby Memorial Hospital last week. He wants something for chronic back pain. Dr. Ramirez has wanted him off of Tylenol #3 which is reasonable since the I/M has a history of chronic hepatitis. He is recently Neurontin but refuses to take the Elavil that was prescribed for him. He also is refusing to take the Nifedipine that was prescribed for his Raynaud's. He continues to have numbness & tingling in his finger tips. The Nephrologist from Roby Memorial Hospital has recommended a 8hr Chemistry panel in 10 days. Dr. Ramirez has already ordered these labs to be done on the first week of every month.

O: No apparent distress today.

A: 1) Numbness of lower extremity
   2) Focal Global Sclerosis of kidney
   3) Raynauds
   4) Chronic Hepatitis -C

P: I/M returned his Nifedipine. I tried to encourage him to take it but he still refuses. I tried to encourage him to take his Elavil 10y qhs as recommended but he refuses to take this as well. I informed him I will not reorder Tylenol #3 & suggested he may use ibuprofen or Naprosyn on a prn basis. He declined. I will make sure he is scheduled for monthly labs & monthly MD examinations as suggested by Dr. Ramirez.

J. W. Lowry, DO

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE ᵧ ᴹ ᴦᴼᴹᴸᴺ' DO |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

03/23/05
1740

S: Med trip return
O: B/p 120/78, pulse 56 RR=18 evm nonlabored SpO₂ 98% on room a Temp 97.8.
A: med trip return evaluation
P: schedule fn follow up as needed
E: Verbag, d understanding
No complaints voiced

M.K nYol
M.K

3/24/05
0730

Admin note:
Consultant recommendation:
Lisinopril 2.5mg q day x 180 day
To be followed in ccc.
c mp - Dr k -

R Amussen

3/24/05
Renee M. Dye
Pharm D. RP

4/5/05 1200 S: c/o pain in hands from "Raynauds"
O: instructed on Elavil for pain et that adjustment period to meds was not complete pt should do longer trials
A: t/P inadequate pain relief Elavil 10mg Qhs pain relief

HOSPITAL OR MEDICAL FACILITY
Renee M. Dye
Pharm D RP

SPONSOR'S NAME

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No; SSN or ; Date of Birth; Rank/Grade.)

FCI, Gilmer
Hill, Michael

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

3/4/05

**ADMINISTRATIVE NOTE**

Counseling - 156/94

Hands feel cold; blue

A: Reynauds
focal glomerulonephatis
HCV

P: cmp/CBC/UA - 1st week each month.
MD visit 2nd week of month.
After present tylenol ē codiene order ends, no more
Niphedipine XL 30 mg qd X 90 days
D/C Clonidine 0.1g bid
     Clonidine 0.1g qd X 14 days
     then stop.
Will not take Elavil 10y qPM - will notify HSA

   n Bruner

3/7/05

Renee M. Dye
Pharm D. RPH

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR **SENSITIVE** | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

FCI, Gilmer
Hill, Michael
40428-133.

REGISTER NO. | WARD NO.

LIMITED OFFICIAL USE

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1                    USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

03-01-05
1330

WT 168 T 99.4 P 76  BP 118/73 SATS 98  RR 16

S: I/M C/O ↑ MENTAL CONFUSION 2° TO ELAVIL.
14-D. MEDICALLY UNASSIGNMENT 2° TO
CHRONIC PAIN, URINARY FREQUENCY AND
INABILITY TO SLEEP. STATES TYLENOL ES
DOES NOT HELP BECAUSE HE HAS TO TAKE
4-5 TABS AT A TIME WHICH IS NOT GOOD
FOR HIS LIVER. THE SALSALATE DOES NOT
HELP EITHER. C/O ↑ TIGHTENING PAIN
AROUND CHEST AND WRISTS @ H.S.

O: GEN - NAD
P.E. UNCHANGED

A: 1) C/O ↑ CONFUSION c̄ THE ELAVIL
   2) C/O CHRONIC PAIN OF THORAX UNRELIEVED
      c̄ THE SALSALATE & TYLENOL ES
   3) PERSISTENT C/O URINARY FREQUENCY

P: 1) D/C ELAVIL
   2) TYLENOL c̄ CODEINE 300 mg / 30 mg ī TABS
      P.O. @ 1930° PILL LINE PRN PAIN
      X 7 DAYS

Renee M. Dye
Pharm D, RPH
3/1/04

R. Williams MD

Doris M. Williams, M.D.
Clinical Director

| HOSPITAL OR MEDICAL FACILITY | | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.

WARD NO.

FCI, Gilmer

HILL  MICHAEL  W
484  2c-133

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|---|

referal.

Cr-139; 24° micwalb - 1119. High

To be discussed in petiet care conference

R. RAMIREZ, MD

Admin Note

2/24/05 1530 - inmate interviewed by HSA et GHSA to resolve BP'8 et cop out requests.

GHSA / 18

2/24/05 1530  Admin Note

per conversation c pharm — this was the Best pain tx for him —

Salsalate 500g ī po BID x 5 dy at a time then alternate c the Glenal 500g īī po BID for 10 dys —

each to have # 30 c 10 RF.

Elavil 50mg ī po qhs. on pill line x 30 c 2 RF — this is for pain relief & may be ↑ if needed —

2/24/05
Renee M. Dye
Pharm D. RPH

J Buks RPh /Pa




STANDARD FORM 600 (REV. 6-97) **BACK**

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/15/05 1320. | Wt 164  T 98.6  BP 124/79  HR 70  RR 14 |

S: Finds himself tired; Renal biopsy done —
wt unchanged. Did not get medication back.
Bowels — nocturia x 3;
Taking clonidine.
Consult noted dated 11/10/04.
Biopsy report not back from WVU yet
Labs: 1/12/05  3,100 > $\frac{13.7}{40.7}$ < 221

Liver biopsy — very minimal involvement.
ALT — 28
A: HCV ⊕ No significant disease
Suspicion for glomerulonephritis —
P: D/C Ibuprophen —
Await final report from renal biopsy —
Addendum ANA — Negative — No indication
of Lupus.
Renal biopsy — membranous nephropathy.
Focal global sclerosis
E: Pt advised Inf/Ribovirion is not clinically
indicated at this time.
with focal sclerosis (renal) → MRC

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME  Hill, Michael | SSN/ID NO. | RELATIONSHIP TO SPONSOR  **SENSITIVE** | REGISTER NO.  40928-133 | WARD NO. |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

Hill, Michael

4-30-57

LIMITED OFFICIAL USE

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
| 2/4/05 830 | B/P 130/74 P 96 R 16 T 97.6 WH 164 Sat. 98 |
| | |
| | M.D. NOTE |
| | S: 1° C/O ↑ NUMBNESS IN HANDS & KNEES, 1° WHEN IT'S COLD. ALSO C/O COLDNESS & DISCOLORATION OF KNEES |
| | O: EXTREMS - BLUISH DISCOLORATION OF FINGERS AND NAILBEDS C̄ COLDNESS TO TOUCH. MILD HYPERPIGMENTATION OF SKIN OF KNEES BILAT. |
| | A: 1) C/O ↑ SX'S OF RAYNAUD'S |
| | P: 2) S/P RENAL BX FOR CHRONIC HEMATURIA |
| | P: 1) CLONIDINE 0.1 MG 1 TAB P.O. BID FOR RAYNAUD'S.     (#30 X 3 ref(s)) |
| | 2) REV NEXT CCC |
| | |

**Renee M. Dye**
**Pharm D. RPH**

D. William, MD

**Doris M. Williams, M.D.**
**Clinical Director**

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

02-01-05
1030

wT 165 T 99.3 P 71 BP 124/71 SATS 98 RR 12

S. Inmate has kidney bx for proteinuria & trace hematuria. Results still pending. Has (+) Hep C. with viral load > 200,000. Has elevated Amonia, & SGOT. Pt. feels weak most of the time. He stated he has Raynald's Dis. but his cryoglobulin is normal. Has also hypsp lipiduria on no Report

O. Lungs clear  Heart RoR. Abd. No hepatosplenomegal. No Tenderness.

A. 1. Hepatitis C progressive ② RO Glomerulo-nephritis c̄ Proteinuria ③ Possible Raynald's Dis ④ Liver Fibrosis by bx. done in the past (pt. stated)

P. ① Urine electrophoresis RO heavey Chain Dis.
② Serum " RO Multiplemyeloma
③ Pt. to be Rx for his Hep C. since his titer is progressing.
   Back in 4 wks.

Yahya Fadl, MD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR  **SENSITIVE** | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

**FCI, Gilmer**

HILL MICHAEL
40428-133

REGISTER NO.                    WARD NO.
LIMITED OFFICIAL USE

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 1-21-05 | M.D. NOTE CONT |
| 1000 | GEN- NAD |
| | CHEST - LUNGS CLEAR TO AUSC. HEART SOUNDS WNL. |
| | C/O ↑ DISCOMFORT ON DEEP INSPIRATION. |
| | BACK - BANDAID IN PLACE. MILD SWELLING TO |
| | LT. LOWER BACK. DISCOMFORT REPRODUCED |
| | ON PxP |
| | A: 1) CHRONIC HCV |
| | 2) CHRONIC HEMATURIA |
| | 3) S/P RENAL BX |
| | - ITM C/O ↑ PAIN |
| | P: 1) CONT. TYLENOL #3 ī₁ TABS PO.10630, 1130 |
| | 1930° X 3 DAYS (#18) |
| | 2) F/U IN 2 WKS |

Renee M. Dye
Pharm D. RPH

D. Williams, M.D.
Clinical Director

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1/20/05 @ 1900 | S: I/m return S/P renal biopsy. |
| | O: S/P Renal biopsy |
| | A: A+O x 3 |
| | Gait steady |
| | Rates pain 10:10 |
| | Ø active bleeding |
| | Cooperative & pleasant |
| | P: ① Acetaminophen c codeine #/ tabs po x/ now |
| | ② Acetaminophen 500mg -#/ tabs po q 4-6° |
| | prn pain #21 NR |
| | ③ Return to S/C in A.m. if worsening |
| | ④ pain |
| | ④ Convalescent no work/ no rec thru |
| | 1/23/05. |
| | E: Mgt of pain c Tylenol.     P. Kyle RN |
| | Renee M. Dye Pharm D. RPH |
| 1-21-05 1000° | M.D. NOTE |
| | S: I/m seen today for F/U of renal Bx. 1° c/o |
| | ↑ pain across back. |
| | O: Vitals: T=97.5  P=67  R=18  B/P=124/75  WT=16 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | **SENSITIVE** |

PATIENT'S IDENTIFICATION: *(For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.     WARD NO.

**LIMITED OFFICIAL USE**

FCI, Gilmer

Hill, Michael
# 07198-133

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

1-12-05
0800

ADMIN. NOTE

REVIEWED LABS FROM 1-11-05: WBC ↓ 3.1, ABS
NEUTS ↓ 1.3, AND AMMONIA LEVEL NOT DONE
BECAUSE IT WAS NOT RECEIVED FROZEN

P: REPEAT AMMONIA LEVEL

*D. Williams, MD*

**D. Williams, M.D.**
**Clinical Director**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | **SENSITIVE** | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | LIMITED OFFICIAL USE |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | | REGISTER NO. | WARD NO. |
|---|---|---|---|

FCI, Gilmer    HILL, MICHAEL
# 40428-133
4-30-57

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------|

INFECTIOUS DISEASE        ENDOCRINE / LIPID        GENERAL

01-11-05

0930    WT 165  T 97.4  P 63    BP 114/66  SATS       RR 14

S: I/M SEEN TODAY c̄ c/o FEELING TIRED. ALSO
c/o c/o ↑ DISCOLORATION AROUND EYES. EATING
PRETTY GOOD.

O: GEN - I/M IN NAD. APPEARS VERY SOMBER
HEENT - BLUISH DISCOLATION NOTED AROUND
ORBITS. PALPEBRAL CONJUNCTIVAE WNL.
NECK/NODES — NO LYMPHADENOPATHY or DISCOMFORT
ON PALPATION.
CHEST - LUNGS CLEAR TO AUSC. HEART - SOUNDS
WNL. RHYTHM REG

A: NONSPECIFIC c/o ↑ TIREDNESS & FATIGUE.

P: 1) LABS NOW: CBC, CHEM & AMMONIA LEVELS
   2) RUN I.V. OF D5 1/4 NS
   3) F/U 1-12-05 IF NO IMPROVEMENT
      AND IF LABS ABNL

D. William, M.D.

**D. Williams, M.D.**
**Clinical Director**

1600    LATE ENTRY
        I.V. ACCESS UNSUCCESSFUL. I/M ADVISED
        TO ↑ FLUIDS
        P: F/U TO LAB RESULTS RETURN

D. William MD

**D. Williams, M.D.**
**Clinical Director**

**STANDARD FORM 600** (REV. 6-97) **BACK**

NSN 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

1/6/05
1000
Admin Note: FOIA request #2002
01929 answered and taken to Ms.
Rowe, Executive, Assistant to forward
to S. Wahl, Beckley Consolidated
Legal Center.

I Brannon, RHIT

1/10/05
1430
Admin Note: Pt. Counseled Re:
D/C any Tylenol or
NSAID, as he has an upcoming
Renal Biopsy — I gave him a Pass
To RTC 1630 PM to return his
Motrin 800mg

R. Swanson, PA-C
LT. USPHS

**SENSITIVE**
LIMITED OFFICIAL USE

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)    REGISTER NO.    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1    USP LVN

FCI, Gilmer
Hill, Michael
11-30-57

F-600
ISN 7540-634-4176
Health Record

**Chronological Record of Medical Care**

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 01 04 05 | CLINICS: ( ) Cardiac ( ) Hypertension ( ) Diabetes (X) Infectious Disease (X) Endocrine ( ) Lipid ( ) Pulmonary |
| 11W | ( ) Mental Health ( ) Neurology ( ) Ortho/Rheum (X) General ( ) Other |

SUBJECTIVE: (CHIEF COMPLAINT): CONCERNED ABOUT ↑ CHOL. STOPPED THE LOVA-STATIN. STILL HAS BLOOD IN URINE. STOPPED THE CARDURA 2° TO ↑ HEART PALPITATIONS. C/O ↑ MENTAL CONFUSION TOWARD END OF DAY

Med. Compliance: TAKING HCTZ ONLY

OBJECTIVE: (Review System) Age: 47   Sex: Male   Race: ✓

B/P: 128/80   P: 59   WT: 115 lbs   T: 99.5   R/R: 10   SO2%: 99   PEAK FLOW:

HEENT: WNL                        Last optometry eval.:

Heart: NL S₁, S₂ Ē Ⓜ OR Ⓢ RHYTHM REG.

Lungs: CLEAR TO AUSC.

Abdomen: WNL

Genital/Rectal:

Extremities:

Neurological:

Recent Lab Results: 12-27-04   AMMONIA ↑ 186
AST / ALT = 43/52
12-1-04   CHOL/LDL/HDL = 165/99.2/52.0

ASSESSMENT (S): 1) CHRONIC HCV Ē NL LFT'S & ↑ AMMONIA LEVEL 2) HYPERLIPIDEMIA IMPROVED 3) CHRONIC HEMATURIA AND URINARY FREQUENCY — UNCHANGED. R/O GLOMERULAR NEPHRITIS

| RECORDS MAINTAINED AT FCI GILMER | PATIENT'S NAME (LAST, FIRST, MIDDLE INITIAL)   SEX: MALE |
|---|---|
| | Heil, Michael |
| IDENTIFICATION NUMBER | DATE OF BIRTH: |
| | 40428-133 |

**SENSITIVE**
LIMITED OFFICIAL USE

SF-600
NSN 7540-634-4176                                                              600-108

**Health Record**                    **Chronological Record of Medical Care**

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 1-4-05 1100⁰ | **DSM IV CLASSIFICATION** N.A. |
| | Axis I:                              Axis IV: |
| | Axis II:                             Axis V: GAF SCORE: |
| | Axis III: |
| | Preventive Care:          Diet:          Exercise: |
| | Tobacco Use:              Medication Side Effects: |
| | **PAIN LEVEL:** 1 2 3 4 5 6 7 8 9 10 |
| | **PLAN:** 1) STILL AWAITING SCHEDULING OF KIDNEY BX 2) POSSIBLE INTERFERON/RIBAVIRIN TX PENDING KIDNEY BX RESULTS |
| | **PATIENT EDUCATION:** |
| | (✓) Discussed Test Results          (✓) Discussed treatment plan |
| | (✓) Etiology, Complications, Prognosis, Prevention |
| | ( ) Diet, Diabetic/Cardiac Lifestyle Changes          ( ) No Smoking |
| | (✓) Medication Dosage/Administration/Compliance/Side Effects |
| | (✓) Patient understood topics          (✓) Patient Verbalized Understanding |
| | ( ) Instructed if problems or if running out of medication, should sign up for sick-call |
| | **DIAGNOSTIC STUDIES:** ( ) CBC/DIF  ( ) U/A  ( ) LFT  ( ) CHEM PROFILE  ( ) LIPIDS  ( ) HgA1C |
| | ( ) PSA  ( ) VIRAL LOAD  ( ) CD4  ( ) TOXO LGG  ( ) HEPATITIS PANEL |
| | ( ) CXR  ( ) EKG  (✓) OTHER: REPEAT AMMONIA LEVEL |
| | **RETURN TO CLINIC FOR ROUTINE FOLLOW UP ON:** - ALREADY ORDERED) |
| | **TREATMENT (S):** 1) D/C DOXAZOSIN 2) D/C LOVASTATIN 1-3-05 3) CONT. HCTZ 25 mg. 7 TAB p.o. DAILY (# 30 x 2 refs) |
| | D. William MD                    D. Williams, M.D. Clinical Director |
| | Renee M. Dye Pharm D. RPH 01/05/05 |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

01-03-05 WT 163 T 98.1 P 65 BP 120/76 SATS 99 RR 16

1030 S: Pt. here for F/U of ↑ ammonia levels. He's doing better today. Still having pain if his push - no fever/chills. no N/V/D

D: VSS - A+O x 3   NAD

HEENT: wnl

Lungs: CTAB

Heart: RRR s̄ mm.

A: Chronic HCV
Hematuria
↑ Ammonia levels

P: Repeat ammonia level.
Cont. Diet + exercise.

E: RTC    PRN. watch call out

**Marc Dib**
**MS, PA-C**

**SENSITIVE**
LIMITED OFFICIAL USE

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

FCI, Gilmer

HILL MICHAEL
40428-133

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1    USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 12/30/04 0930 Out. | 2) Bronchitis 3) Dehydration 4) ↑ Amine Level 5) Chronic Hematuria P: ① 2L NSS IV — this improved the patient's condition ② Amoxil 500g ⁱⁱ po BID for 10 days ③ Albuterol MDI 2 puffs QID #1 NR ④ F/U Disposition of Renal Biopsy / monday, ī MLP. ⑤ Consider Lactulose.   Repeat labs on monday. ⑥ Consult ō Dr. Williams and discuss al option for treatment. E: Pt. Advised + Voiced understanding of procedures + treatment. RTC PRN. |
| | Marc Dib MS, PA-C |
| 12/30/04 11:00 | Admin note: IV access obtained using Aseptic technique #22g ® FA, flushed & seated ē tape 2 Liter Bolus of NS infused s̄ difficulty. Pt feels better after bolus, IV site descontinued and pressure dressing applied Pt sent back to unit **SENSITIVE** |

LIMITED OFFICIAL USE

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|
| HILL, MICHAEL | | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Hill Michael
4-3-1957     40428-133

FCI, Gilmer

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 12/20/04  14 35 | Admi pat; Dr Amsil  3 pac as directed |

D. William, MD

**D. Williams, M.D.**
**Clinical Director**

12-30-04

Marc Dib
MS, PA-C

Renee M. Dye
Pharm D. RPH

SR 1230 04

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|
| 12/29/04 1430 | Admin Note: Spoke c Judy WVU Nephrology Department regarding scheduling renal biopsy. Dr. Sharma is out this week - she will speak c him Monday regarding scheduling and return my call. T.Brannon, RHTT |
| 12-30-04 0930 | WT 160.8  T 98.7  P 71  BP 99/61  SATS 99  RR 12  S: I/M complain of back pain bilateral "Kidney Areas" for 2 weeks. Had blood and protein in urine on 12/17/04 and previously on 11/10/2004 was recommended for Live Kidney Biopsy for suspected Glomerulo Nephritis. Pt is requesting this referral be expidited. He also has Chronic HCV and complain of having a fibrotic liver. I/M stopped taking Lovastatin because of fatigue due to taking the medication according to the patient. Started Lovastatin in November - Oct. LFT showed AST 43 + ALT 61 and Dec 30 LFT AST 43 and ALT 52. He's DC'd Cordura, Lovastatin. O: VSS  T 98.7  P 71  BP 99/61  Sat 99  RR 12  HEENT: unremarkable except for sinus congestion  lngs: CTAB  Heart: RRR S mur.  ABD: WNL  ExT: WNL  A: 1 Chronic HCV |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 12/17/04 | S: I/M to medical c̄ cl. bilateral back pain and increased urination. I/M points to below scapula in back and states "constant pressure" in back. Denies CP & S.O.B. States ↑ nocturia |
| | O: B/p 12/81 pulse 74 SPO2 100% on room air, Temp 96.9 (PO) |
| | A: probably early UTI |
| | P: Septra DS one pill BID x 7 days Pyridium 200 mg PO TID x 3 days Motrin 800mg PO TID x 30 days c̄ fwd |
| | E: ↑ fluids Return for problem |
| | M Kimble RN MD |
| | 12/17/04 Renee M. Dye Pharm D. RPH |
| 12/28/04 1130 | Admin note: Requested information released to I/M per this written authorization. See BP 621. 11 pages released. I Brannon, RHIT |

**SENSITIVE**
LIMITED OFFICIAL USE

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |

FCI, Gilmer
HW, Michael
40428-133

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1     USP LVN

h Record                    **Chronological Record of Medical Care**

| TE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---------|---------------------------------------------------------------------|

1/10/04 1730   Admin Note: Pt. returned from Testing @ WVU Nephrology — Says he feels well. Consult enclosed for F/U Needs @ WVU Nephrology.

/S/ Swanson PA

11/15/04 1200   Admin Note: Called WVU Nephrology Dept to schedule inmate for renal biopsy. They are to call back with appointment.

/S/ Brannon RHIT
Brannon, RHIT

|  | INFECTIOUS DISEASE | GENERAL | ENDOCRINE / LIPID |
|--|--------------------|---------|-------------------|

1-22-04 0830   WT 163.5  T 97.6  P 87  BP 138/82  SAS99  RR 14

S: Feeling good; still slow with exertion. nocturia. Getting hot flashes c Niacin; Exercising; trying to follow diet. No GI complaints.

O: Liver biopsy — mild periportal fibrosis
LDL 181.6   T. Chol 260
Chest - clear
Cor NNS
Abd - soft ⊖ organomegaly.
Renal biopsy — pending

A: Proteinuria   ⊕ ANA - FANA panel negative prob related to HCV
⊕ HCV
BPH
↑ Chol.

's Identification

Hill, Michael
40428-133
4/30/1957

| Records Maintained At: | **FCI GILMER** | |
|-----------------------|----------------|--|
| Patient's Name (Last, First, Middle Initial) | | Sex MALE |
| Relationship to Sponsor | Status | Rank/Grade |
| Sponsor's Name | | Organization |
| Dept/Service | SSN Identification No | Date Of Birth |

**SENSITIVE**
LIMITED OFFICIAL USE

Chronological Record or Medical Care          Standard Form 600

SF-600
NSN 7540-634-4176                                                    600-103
**Health Record**          **Chronological Record of Medical Care**

| DATE.TIME | Symptoms. Diagnosis. Treatment. Treating Organization (sign each entry) |
|---|---|
| | P: Doxazocin 2mg Tg d x 90d. |
| | D/C Niacin |
| | Hold ASA. |
| | Lovostatin 10 mg qd x 90d. |
| | Await renal biopsy |
| | S: Advised treatment is not indecated at the |
| | present time c min fibrosis for HCV ←error- 11/22/04 |
| | Advised the need for lipid lowering; to prefer |
| | Monitor hepatic function |
| | Await renal biopsy. |
| | P: HCTz 25mg qd x 90d. |
| | 11/22/04 |
| | **Renee M. Dye**        R. RAMIREZ, MD |
| | **Pharm D. RPH** |
| 11/29/04 | S: States is having "CP" on inspiration, to the |
| 1330 | ® of mid sternum and in ribs. Irreg H.R. |
| | O: color good, skin w/d, no respiratory |
| | distress noted, Sats 97%, pulse reg at this |
| | time. |
| | A: alteration in comfort d/t anxiety |
| | or transient irregular ♯ R. |
| | P: F/U c Health Services as needed. |
| | S: regarding S/S heart attack, possible |
| | causes of CP including angina; lack of |
| | O² to cardiac muscles, narrowing of lumen |
| | in vessels. As I/M has higher cholesterol. |
| | to exercise, take meds and F/U as ordered. |
| | B. Greenwood |
| | B. Greenwood RN |
| 11/29/04 | Admin Note: Spoke c WNu Scheduling |
| 1100 | biopsy. Will call back when arranged by |
| | Dr Shaista. |

Record      Chronological Record of Medical Care

| E/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 804 | ADMW NOTE; EK6 given report shown |
| 300 | to Dr Lowry     a Nichols RN |
| | A NICHOLS RN |
| | Furlow DO, 11-6-4 1626 |

s Identification

HILL MICHAEL
40428-133

| Records Maintained At: | FCI GILMER | | |
|---|---|---|---|
| Patient's Name (Last, First, Middle Initial) | **SENSITIVE** | | Sex MALE |
| Relationship to Sponsor | LIMITED OFFICIAL USE Status | | Rank/Grade |
| Sponsor's Name | | Organization | |
| Dept/Service | SSN-Identification No | | Date Of Birth |

Chronological Record or Medical Care     Standard Form 600

SF-600                                                                600-108
NSN 7540-634-4176

**Health Record**                 **Chronological Record of Medical Care**

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 10/19/04 1715 con't. | prior to seeing Nephrologist irrelevant of past Consults to Urologist. 24h study to be completed as previously stated *[signature]* — MARY BETH LICHTY, PA-C |
| 10/21/04 0630 | Admin Note: Records released to inmate per this written authorization. See BP621. 14 pages released. *D Brannon, RHIT* — I Brannon, RHIT |
| 10/22/04 0800 | Admin Note: Received call from WVU Nephrology Dept to reschedule inmate for consult. *[signature]* — I Brannon, RHIT |
| 10/27/04 1300 | **UTILIZATION REVIEW** pt. will see the nephrologist — seen to seeing the Rheumatologist which is been suggestive of the Reg. Offices. *Janet Bunts [signature]* Health Services Administrator |
| 10-28-04 0830 | ADMIN. NOTE CONCERNED RAISED ABOUT POSSIBILITY OF SLE P: 1) ANTI-ds DNA 2) REPEAT PT/INR *R. Williams, MD* |

500
N 7540-634-4176

lth Record

## Chronological Record of Medical Care

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 9-24-04 1330 | M.D. Note Cont<br>P: 4) F/u p̄ LAB RESULTS RETURN<br><br>D. Williams M.D.<br>**Doris M. Williams, M.D.**<br>**Clinical Director** |
| 10/1/04 10⁰⁰ | U.R.<br><br>Approved for nephrologist.<br><br>J Butts HSA |
| 10-8-04 1130a | late entry: IIM was called over for a 24° urine protein, IIM was explained the reason he was here, and he stated, "I don't need that because Ms. Richty said to cancel this because I'd already been a urologist."<br><br>D. Williams M.D.            Lisa Beall /lab<br>**D. Williams, M.D.**<br>**Clinical Director**<br>10-8-04 |
| 10/13/04 1715 | Admin Note: Chart review<br>Inmate was informed approximately one month ago that the 2th urine testing would be needed |

tient's Identification

Hill, Micheal
40428 -133

| Records Maintained At: | **FCI GILMER** | | |
|---|---|---|---|
| Patient's Name (Last, First, Middle Initial) | | | Sex:<br>**MALE** |
| Relationship to Sponsor | | Status | Rank/Grade |
| Sponsor's Name | | Organization | |
| Dept/Service | SSN/Identification No | | Date Of Birth |

Chronological Record or Medical Care              Standard Form 600

SF-600                                                                                    600-108
NSN 7540-634-4176

**Health Record**                    **Chronological Record of Medical Care**

| DATE/TIME | Symptoms. Diagnosis. Treatment, Treating Organization (sign each entry) |
|---|---|
| 9-24-04 1330 | M.D. NOTE |

S: THIS I/M IS SEEN IN F/U OF SICK CALL COMPLAINTS.
CONT'S TO HAVE FREQUENT URINATION AND INTERMITTENT
RT. SIDED PAIN; INMATE INSISTING THAT SX'S PROBABLY
2° TO "MIXED CRYOGLOBULINEMIA". CONT'S TO HAVE
PROBLEM C̄ FINGERS & TOES MAINTAINING TEMPERATURE
RELUCTANT TO ↑ DOSE OF CARDURA 2° TO ↑ PRESSURE
IN HEAD. I/M STOPPED NIACIN 1 MO AGO. RED. A STATIN.

O: VITALS: T= 100  P= 60  B/P= 104/66  WT= 166 lbs.
GEN - WAD
CHEST - LUNGS CLEAR TO AUSC. HEART SOUNDS WNL,
ABDOMEN - WNL
DISCUSSION OF LAB RESULTS FROM 7/04

A: 1) CHRONIC HCV - STABLE.
      - ALT = 45
   2) S/P CYSTOSCOPY SHOWING MILD BPH, PROSTATITIS &
      TRIGONITIS
   3) PERSISTENT HEMATURIA/PROTEINURIA
   4) PERSISTENT URINARY FREQUENCY
   5) RAYNAUD'S OF FINGERS
   6) HYPERLIPIDEMIA

P: 1) CONT. CARDURA 2mg. @ H.S.
   2) REFERRAL WRITTEN FOR MVU UROLOGY
   3) I/M TO RTC ON TUESDAY FOR LAB
      - FASTING CMP/LIPIDS/LFT'S
      - PT/INR
      - HCV VIRAL LOAD
      - 24 HR URINE FOR PROTEIN & CREAT. CL
      - CRYOGLOBULIN, QUALITATIVE & QUANT. REFLEX

R. Williams, MD.

**Doris M. Williams, M.D.**
**Clinical Director**

th Record

| ATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|

9/2/04
1500

Admin Note.
At RTC from Dr. J. Guispe ⊙ spp
Bladder sx ⊙ IVP, OR notes; dictation to
follow.
Assessment: 1) Chronic prostatitis
2) BPH - mild
3) Hematuria & proteinuria       ⑨
Plan:
Rx 1) Tylenol #3 ↑ po 0630, 1130 & 1930 prn #18 ...
Rx 2) Doxycycline 100mg ↑ po qAM & qPM
before meals. #60 QRF
Rx 3) Cardura 0.2mg ↑ po qPM BPH #30 8RF
4) No Fla indicated at this time.

ENTERED

Beth Lichty, P.A.-C.

D. Williams, M.D.
Clinical Director
9-16-01

Ord.Date HILL, MICHAEL W      M. LICHTY
09/03/04 40428-133        (0)Refills
Exp Date TAKE ONE TABLET BY MOUTH AT
08/05/04 0630, 1130, & 1930 PILL LINES AS
       NEEDED
Rx #
600258   ACETAMINOPHEN/CODEINE 300/30 MG TAB #9
Ord.Date HILL, MICHAEL W      M. LICHTY
09/03/04 40428-133        (0)Refills
Exp Date TAKE ONE TABLET BY MOUTH TWICE
10/03/04 DAILY BEFORE MEALS
Rx #
21041   DOXYCYCLINE 100 MG TAB       #60
Ord.Date HILL, MICHAEL W      M. LICHTY
09/03/04 40428-133        (2)Refills
Exp Date TAKE ONE TABLET BY MOUTH EACH
12/01/04 EVENING FOR BPH
Rx #
21042   DOXAZOCIN 2MG TAB       #30

ent's Identification

Hill, Michael
40428-133

4/30/57

Records Maintained At: FCI GILMER
**SENSITIVE**
LIMITED OFFICIAL USE
Patient's Name (Last, First, Middle Initial) | Sex MALE
Relationship to Sponsor | Status | Rank/Grade
Sponsor's Name | Organization
Dept/Service | SSN/Identification No | Date Of Birth

Chronological Record or Medical Care       Standard Form 600

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

8-26-04  Admin Note: EKG given        A Nichols LPN
0800                                  A Nichols LPN

D. Williams, M.D.
Clinical Director
8-27-04

**SENSITIVE**

LIMITED OFFICIAL USE

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

HILL

40428-133

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

000
J 7540-634-4176
lth Record

**Chronological Record of Medical Care**

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |

9/9/04
16:30    Admin Note:

Pt RTC from Flu c̄ Dr. Fruppe, Middle
States chronic prostatitis, BPH, hematuria &
proteinuria.

Plan:
1) Conservative treatment
2) letter to be sent to Dr. Williams
3) Discharged. RTC prn.

D. Williams, MD

**D. Williams, M.D.**
**Clinical Director**
9-10-04                                    Beth Lichty, P.A.-C.

10/1/04
10:00    UTILIZATION REVIEW

APPROVED for Urologist JB

Janet Bunts
Health Services Administrator

nt's Identification

Hill, Michael
40478-133

| | FCI GILMER |
|---|---|
| Records Maintained At: | **\*\*SENSITIVE\*\*** |
| Patient's Name (Last, First, Middle Initial) | SEX MALE LIMITED OFFICIAL USE |
| Relationship to Sponsor | Status | Rank/Grade |
| Sponsor's Name | | Organization |
| Dept/Service | SSN/Identification No | Date Of Birth |

Chronological Record or Medical Care          Standard Form 600