# ATTACHMENT
# C
# PART 3

N 7540-634-4176
alth Record                                **Chronological Record of Medical Care**

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 3/19/04 0635 | Admin Note: 8 pages of dental records faxed to J. Horikawa, Senior Attorney, NERO as requested. <br><br> I Brannon, RHIT |
| 8/24/04 0910 | Admin Note: Meds (pain) "It came to SC @b "bloody wet dreams" "Can't straighten up due to penis or my prostate pain". States pain is in entire prostate, rectum, bladder, penis, hemorrhoids. <br> Plan: <br> 1) F/u c̄ Urologist - scheduled in 7 days. <br> 2) APAP 300mg ii po q 8h prn pain #28 3RF <br><br> Beth Lichty, P.A.-C |
| 8/31/04 0630 | Admin Note: Records released to inmate per his written authorization. See BP621(s). 7 pages released. <br> I Brannon, RHIT <br><br> DBrannon RHIT |

ENTERED
8/25/04
Sarah Richards
Pharmacy Tech

ient's Identification

Hill, Michael
40428-133
4-30-57

| Records Maintained At: | **FCI GILMER** | |
|---|---|---|
| Patient's Name (Last, First, Middle Initial) | **SENSITIVE** | Sex: **MALE** |
| Relationship to Sponsor | Status | Rank/Grade |
| Sponsor's Name | Organization | |
| Dept/Service | SSN/Identification No | Date Of Birth |

Chronological Record or Medical Care          Standard Form 600

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) | | |
|---|---|---|---|
| | | GENERAL    INFECTIOUS DISEASE    ENDOCRINE / LIPID | | |

7-29-04    M.D. NOTE CONT

0830    ABDOMEN- NONDISTENDED. DISCOMFORT REPORTED ON

PALP OF RUQ, LUQ & EPIGASTRIUM.

· DISCUSSION OF LAB RESULTS

    T. CHOL ↓ 210 FROM 232    *D. Williams* MD

    LDL ↓ 138.8 FROM 155.2    **Doris M. Williams, M.D.**

    HDL ↑ 58 FROM 57    **Clinical Director**

A: 1) CHRONIC HCV - STABLE

   2) S/P LIVER BX - RESULTS STILL PENDING

   3) CHRONIC HEMATURIA - TO BE SEEN BY UROLOGIST

   4) HYPERLIPIDEMIA - MODEST IMPROVEMENT

P: 1) LAB : PT/INR

   2) TO SEND INTERFERON APPROVAL TO C.D. PENDING

     BX RESULTS

   3) REFERRAL TO U.R.C. FOR CYSTOSCOPY AND POSSIBLE

     BLADDER BX

             *D. Williams* MD

             **Doris M. Williams, M.D.**

             **Clinical Director**

8-4-04    ADMIN. NOTE    **UTILIZATION REVIEW**

0945    U.R.C. MTG CONDUCTED. REFERRALS FOR IVP,

CYSTOSCOPY + BLADDER BX & NEPHROLOGY CONSULTS

APPROVED

             *D. Williams* MD

             **D. Williams, M.D.**

             **Clinical Director**

ADDENDUM

REQUEST WRITTEN

FOR 24-HR. URINE

FOR PROTEIN ECrCl.

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/9/04 1700 | Admin Note: |
| | S: Rtc from appts c Drs. Rusope |
| | Urologist, DWason, 8Lichty. |
| | Plan: |
| | 1) S/p liver biopsy c Dr. Hanson |
| | 2) Tylenol #3 ii po q1130u c q1930 x 3d mal |
| | 3) Add PS00mg ii po q8h pr Breakthrough |
| | 4) Activity & Diet ad tolerated |
| | 5) F/u appt c Dr. Rusope |
| | 6) Rec'd cystoscopy c bladder bx pr. |
| | 7) Chart to Dr. Williams |

M.B. Lichty, PA-C

**ENTERED**

D. Williams, M.D.
**Clinical Director**
7-21-01

| | GENERAL    INFECTIOUS DISEASE    ENDOCRINE / LIPID |
|---|---|
| 7-29-04 0830 | M.D. NOTE: |
| | S: THIS IIM IS SEEN FOR F/U OF HCV AND PERSISTANT |
| | HEMATURIA. VOICED NO NEW COMPLAINTS |
| | O: VITALS: T = 97.8 P = 79 B/P = 114/68 WT = 166 lbs |
| | GEN - NAD |
| | CHEST - LUNGS CLEAR TO AUSC. HEART SOUNDS WNL |
| | RHYTHM REG |

| SPITAL OR MEDICAL FACILITY F.C.I. GILMER | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| ONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | **SENSITIVE** |

TIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Hill, Michael

REGISTER NO. 40928-037 WARD NO.

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

7-9-04
1030

M.D. NOTE CONT     **GENERAL     INFECTIOUS DISEASE     ENDOCRINE / LIPID**

7) C/O BILAT. ANKLE EDEMA

P: 1) CONT. CURRENT MEDS
- PRAZOSIN 1mg 1 CAP P.O. BID (#60 X 2 refs)
- NIACIN 100mg 1/2 TAB P.O. BID (#30 X 2 refs)

2) HCTZ 12.5mg 25mg 1/2 TAB P.O. DLY
# 15 X 2 refs

3) LAB RESULTS PENDING

4) UROLOGY CONSULT PENDING

5) LIVER BX PENDING

6) 24-HR URINE FOR PROTEIN & CREAT. CL

7) F/U IN 2 MOS

D. William MD

**D. Williams, M.D.**
**Clinical Director**

**ENTERED**
7/9/04
WP

7-14-04
2100

ADMIN. NOTE
ECG PERFORMED BY LPN ON 7-12-04
A: NL VECG

D. William MD

**Doris M. Williams, M.D.**
**Clinical Director**

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7-9-04 1030 | M.D. NOTE    GENERAL INFECTIOUS DISEASE    ENDOCRINE/LIPID |

S: THIS 47 Y.O. BM IS SEEN TODAY FOR F/U OF MULTIPLE MEDICAL COMPLAINTS. 1RST C/O BILAT SWELLING TO LOWER ANKLES. SOME DAYS SWELLING WORSE THAN OTHERS. 2ND C/O PERSISTENT FREQUENT URINATION & BLOOD IN URINE. 3RD C/O ↑ ANXIETY P̄ HE EATS MEALS. 4TH C/O NAUSEA P̄ HE TAKES MEDS. BLOOD WORK DRAWN YESTERDAY

D: VITALS: T= 98.7  P= 55  B/P= 121/78  WT= 169.6 lb
GEN- NAD              REPEAT BP = 130/100 RA MANUALLY
CHEST- LUNGS CLEAR. HEART SOUNDS WNL
ABDOMEN- NONDISTENDED. MILD DISCOMFORT REPROD
ON PALP OF RUQ.

EXTREMS - NO ACUTE ANKLE EDEMA SEEN AT THIS TIME

UA ON 7-8-04 + FOR LG BLOOD & > 300 PROTEI.

A: 1) CHRONIC HCV - GENOTYPE I

2) CHRONIC HEMATURIA AND URINARY FREQUENCY

3) HX FOR RAYNAUD'S

4) HYPERLIPIDEMIA

5) SX'S OF ANXIETY ATTACKS P̄ EATING MEALS

6) C/O NAUSEA P̄ TAKING MEDS

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| F.C.I. GILMER | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

**SENSITIVE**

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

LIMITED OFFICIAL USE

HILL, MICHAEL B
#40428-133
4-30-57

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6-8-04 13 30 | ADMIN NOTE: EKG GIVEN SEE SHEET A Nichols LRN **D. Williams, M.D.** **Clinical Director** **6-9-04** |
| 6-9-04 1630 | ADMIN. NOTE REVIEWED EKG. ABNL RESULTS PROBABLE QUESTION OF TECHNIQUE. NO SIGNIFICANT Δ FROM ECG ON 9-22-03 P: REFERRAL TO NURSING TO REPEAT IN 7 MO **D. Williams, M.D.** **Clinical Director** |
| 6-14-04 1030 | Admin Note: pt presented for 0930 call-out for U/S of liver and U/S renal completed without incident. Awaiting results. S. Davis HIT **Doris M. Williams, M.D.** **Clinical Director** **6-17-04** |
| 6-18-04 1000 | Admin Note: Requested information released to inmate per his written authorization. See BP 621. 2 pages released. J Brannon RHIT **I Brannon, RHIT** |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

5/17/04
1055

S: Pt. requesting info on F/u c̄ Urologist. Also c/o seasonal allergies and shoulder pain – denies injury. c/o "when I urinate, my shoulders hurt."

O: PE unchanged from 4/6/04

A: 1) Persistant Hematuria – h/o
2) Raynaud's Syndrome – stable
3) Seasonal Allergies – h/o

P: 1) Naproxen 375 mg ī po BID c̄ food/meals
2) Ocean Nasal Spray 1-2 sprays each nostril qd c̄ BID. allergies #1 2 RF (supply shortage of Flucnoside)
3) Confirmed on next list for renal US c̄ liver US, 24h TUP c̄ CBCL
4) Will refer to Urologist c̄ US renal report.
5) U cytology negative for malignency
6) 1) Educated on follow up studies

MARY BETH LICHTY PA C

MAY 17 2004
ENTERED

| HOSPITAL OR MEDICAL FACILITY F.C.I. GILMER | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)  REGISTER NO. 04428-733  WARD NO.

Hill, Michael

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1           USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

4/6/04
1420
CM*

4) Awaiting US of abd & kidneys
5) Approved by per MR for liver biopsy.
6) F/u in 2-3 mos @ C C C c liver profile,
lipid profile c CMP c UA.
6:) Educated pt. w not refilling
Oxybutynin (per request) 2nd. to
urinary complaints of hematuria-
US pending c urine cytology-
sent out (report pending)
_____ , CM*  _____

---

4-21-04
1230

ADMIN. NOTE

REVIEWED LAB: URINE CYTOLOGY NEGATIVE
    FOR MALIGNANT CELLS

_____ D. William _____ MD.

Doris M. Williams, M.D.
Clinical Director

---

4-28-04
0730

Admin Note: Records _____ to
inmate per this written request. See
BP-021.

_____
I Brannon, RHIT

---

5/5/04
1545

Admin Note: 21 pages of requested
information faxed to Dr. Michael Nelson, Chief,
Health Programs Branch.

I Brannon, RHIT
_____

BN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/6/04 1420 | INFECTIOUS DISEASE    ENDOCRINE / LIPID |

BP 122/76 P 70 R 14   wt 176 T 99.6

S: Here for CCC. Concerned about genetic testing (results not available yet).
States prior c/o anal sores has resolved ē tx from 3/9/04. Still taking Prazosin
O: NAD, A: Ox 3                                       despite CPR
                                                        (3/24) 8 PR

undilated fundi - WNL

Neck - supple, Ø JVD, Ø bruit

lungs - CTA bilat  Car - RRR, Ø M, Ø S₃

Abd - soft NTBS, Ø organomegaly,
    slt tenderness to deep palpation RUQ

Extrems - hands nl, no erythema
    ē warmth ē < 2 sec cap. refill.

ALT = 42 (0-40)   Chol = 232 (0-200)
    prior Chol = 242 11/03        LDL = 155
    prior LDL = 165 11/03

A: 1) Chronic Hepatitis C — mild ↑ ALT
    2) Hyperlipidemia — LDL ē Chol mild ↓
N P: 1) Niacin 100 mg, one half tab po TID c̄ food
N 2) ASA 81 mg ī po TID 30 min prior to Niacin
N 3) Prazosin 1 mg ī po BID. Reynolds 15d

| HOSPITAL OR MEDICAL FACILITY F.C.I. GILMER | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | **SENSITIVE** |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name—last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Hal, Michael

Glen Palmer, Pharmacist
ENTERED
APR 7 2004

REGISTER NO.  40128-  WARD NO. USE

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 03/24/04 0730 | Admin Note: Labs and urinalysis released to inmate per this written authorization See BP 621. |
| | I Brannon, RHIT |
| 3/24/04 1550 | Admin Note: Returned from Medical trip to Dr LaMoa No Procedures done — T. Ford, RN |
| | Doris M. Williams, M.D. Clinical Director |
| 3-31-04 1415 | ADMIN. NOTE U.R.C. MTG CONDUCTED. REFERRAL FOR LIVER BX APPROVED. LEVEL 1 PRIORITY 2 |
| | D. Williams, M.D. Clinical Director |
| 4-2-04 0730 | Admin Note: Attempted to copy dental xrays from 11-27-2002 from FCI McKean. The copies are extremely black, however, I have no other way to copy these. |
| | I Brannon, RHIT |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/9/04 1700 | Admin Note: SC Wage recurren seres in mouth. |
| | 1) Caragate Slurry. Use as directed # |
| | 2) Flucloride Nasal Spray. Spray twice into mouth. Swish. Spit. #1 PRF. |

*(stamp:)* ENTERED MAR 10 2004
*(signature)* D. Williams, M.D. Clinical Director 3-10-04

| 3-11-04 1800 | ADMIN. NOTE |
|---|---|
| | REVIEWED LAB: LAST UA ON 2-17-04 STILL |
| | + FOR MOD. BLOOD. DISCREPANCY NOTED IN |
| | LAB SENT TO BATNER & LAB SENT TO LABCORP |

|  | 2-17-04 BATNER | 3-2-04 LABCORP |
|---|---|---|
| AST | 38 (N 14→759) | 72 (N 0→740) |
| ALT | 45 (N 9→772) | 42 (N 0→740) |

A: 1) PERSISTENT HEMATURIA
   2) Hx FOR HCV — ENZYMES STABLE
P: 1) REPEAT UA ———→ REG. TO LAB TECH
   2) URINE FOR CYTOLOGY

*(signature)* D. William MD

...IVE**
D. Williams, M.D.
Clinical Director
...LIMITED
OFFICIAL USE

| HOSPITAL OR MEDICAL FACILITY **F.C.I. GILMER** | STATUS | DEPARTMENT/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 40428-133    WARD NO.

*(signature)* Hill, Michael

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1        USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 2-24-04 0950 | M.D. NOTE CONT |
| | GARGLE c̄ 30 ml P.O. BID @ 0630 AND 1930° PILL LINES X 5 DAYS |
| | 3) ULTRASOUND OF LIVER / ABDOMEN PENDING |
| | 4) ADD ULTRASOUND OF KIDNEY |
| | 5) REFERRAL TO UROLOGIST FOR EVALUATION FOR CYSTOSCOPY |
| | 6) REFERRAL TO PSYCH FOR CLEARANCE |

*D. Williams, M.D.*
Doris M. Williams, M.D.
Clinical Director

**ENTERED**
FEB 25 2004

D. Williams, M.D.
Clinical Director
Julie Boone  2-25-04
Pharmacy Tech

| 2-25-04 1315 | ADMIN. NOTE |
| | U.R.C. MTG CONDUCTED. APPROVAL FOR RENAL ULTRASOUND APPROVED. LEVEL 2 PRIORITY II. REFERRAL TO UROLOGIST DEFERRED UNTIL RENAL ULTRASOUND COMPLETED. |

*D. Williams MD*
**D. Williams, M.D.**
**Clinical Director**

| 02/26/04 1420 | Admin note: |
| | Entire chart copied and sent to Ms. Horikawa, Regional Counsel's Office per request. |

I Brannon, RHIT

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

2-24-04    M.D NOTE

0950    S: THIS 46 Y.O. BM IS SEEN TODAY FOR F/U OF MULTIPLE

COMPLAINTS. ALTHOUGH THE PRAZOSIN DID HELP HIS

RAYNAUD'S & URINARY FREQUENCY, HE STOPPED TAKING

IT 2° TO THE GI DISCOMFORT AND SORES INSIDE

HIS MOUTH. UNABLE TO EAT ANYTHING. THE NYSTATIN

SOLUTION RELIEVES THE DISCOMFORT ONLY BRIEFLY

TO USING IT.

O: VITALS: T=98 P=74 R=12 B/P=$\frac{118}{80}$ WT=176 lbs

GEN-NAD

HEENT- COATING OF TONGUE NOTED. ULCERS TO

BUCCAL MUCOSA BILAT. ADJACENT TO UPPER INCISOR.

EXTREM> - ↓ COLDNESS AND PURPLE DISCOLORATION

OF FINGERS NOTED.

A: 1) CHRONIC HCV

2) ORAL STOMATITIS AND CANDIDIASIS

3) MILD IMPROVEMENT OF RAYNAUD'S + URINARY FREQ

4) C/O GI DISCOMFORT 2° TO PRAZOSIN

5) PERSISTENT HEMATURIA - REPEAT UA TODAY

STILL + FOR MOD. BLOOD

P: 1) CONT. CURRENT MEDS

2) CHLORHEXIDINE GLUCONATE MOUTH-RINSE **

| HOSPITAL OR MEDICAL FACILITY  F.C.I. GILMER | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

LIMITED OFFICIAL USE

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO. |
|---|---|---|

HILL, MICHAEL

#40 428- 133

4-30-57

CHRONOLOGICAL RECORD OF MEDICAL CARE

Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

2-24-04
1200

**Administrative Note:**
**The following records were released per the inmate's written request:**

**No.**

_____ 600's
_____ Medical Record of Federal Prisoner in Transit
__3__ Laboratory reports
_____ X-ray reports
_____ EKG's/other diagnostic reports (specify)

_____

_____ Medication Sheets
_____ Problem List
_____ Immunization Sheets
_____ Medical History
_____ Report of Medical Examination (Physical)
_____ Intake Screening Forms
_____ Consultations
_____ Outpatient Surgeries
_____ Dental Records
_____ Inpatient Hospitalizations
_____ Injury Reports
_____ Civilian Records
_____ Medical Report of Duty Status
_____ Medical Duty Status
_____ Miscellaneous Forms (specify)

_____

_____ Total pages released.

**RELEASED TO:** _____
                              (NAME)
                    _____
                              (ADDRESS)

                    _____
                              (ADDRESS)

I Brannon, RHIT

~~MENTAL HEALTH~~ *error in*

Health Services
F.C.I. Gilmer
201 F.C.I. Lane
Glenville, WV 26351

Hill, Michael

40428-133

4-30-1957

**SENSITIVE**
LIMITED OFFICIAL USE

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**1/29/04**
**0830**
Admin Note: SHU meds
Rx 1) Niacin 100mg 1/2 tab po TID     7d  1RF
Rx 2) ASA EC 81mg 1 po 30 min prior to
each Niacin dose.  7d  1RF
Rx 3) Oxybutin 5mg 1 po BID. Bladder 7d  1RF
Lichtip ___

**ENTERED**

JAN 29 2004

Julie Boone
Pharmacy Tech

**2/24/04**
**1200**
Admin Note: Records released to inmate per
his written request
J Brannon RHIT

I Brannon, RHIT

**2/22/04**
**1230**
**(late Entry)**
Admin Note: Came to HSU c/o mouth being sore unable to
eat or drink 5 pain. On tongue has white patchy
area covering most of tongue, quarter size, red
raw looking area in center. Appears to be thrush.
On call PA Notified. Nystatin 5cc Swish & Swallow
QID. — issued. Referral done to Dr Williams
T.O. MD Lichty / ___
D. Buckingham, R.N.
D. Williams MD

**SENSITIVE**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART/SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FCI Gilmer | Doris M. Williams MD Clinical Director | | |
| SPONSOR'S NAME | SSN/ID NO: | RELATIONSHIP TO SPONSOR | LIMITED OFFICIAL USE |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 40028-133 | WARD NO. |
|---|---|---|

Hill, Michael
4-30-51

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

SF-600
NSN 7540-634-4176
**Health Record**

600-108

**Chronological Record of Medical Care**

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 2/6/04 0930 cont | Extrem - warm, dry @ cyanosis (pt. in waiting area for somein). 2+ pulses BLE Labs - pending. |
| | A: 1) Chronic Hepatitis C - genotype unknow 2) H/o Polyuria |
| | Rx: 1) ↑ Ditropan 5 mg ii po BID. urin freq #60 2RF 2) F/u in 3 mos @ CCC c̄ UA, genotype & HCV viral load c̄ PT, PTT, CMP & liver prof 3) Educated on tx for Raynaud's &/or venous stasis if keeping extremities warm ie. gloves & avoid prolong exposure to cold temps. 4) Voiced Understandin. MARY BETH LICHTY, PA-C |
| | FEB 9 2004 **ENTERED** |
| 2-10-04 0915 | M.D. NOTE **INFECTIOUS DISEASE** S: THIS 46 Y.O. BM IS HERE FOR F/U OF MEDICAL CONDITION VERY CONCERNED THAT HE MAY HAVE OTHER ILLNESSES RELATED TO HEP C. 1st C/O ↑ NUMBNESS & COLDNESS OF HANDS & FEET. FINGERS NOW TURN PURPLE WHENEVER EXPOSED TO COLD. PROBLEM BEGAN IN 2001. DOES NOT FEEL THE NORVASC IS HELPING. 2ND C/O OF ↑ URINARY FREQUENCY THROUGHOUT THE DAY AND NIGHT. SX'S BEGAN PRIOR TO INITIATION OF NORVASC. O: VITALS: T=97.3 P=74 R=14 B/P=124/70 WT=175 lbs |

**Patient's Identification**

Hill, Michael
40428-133
4-30-57

| Records Maintained At: | **FCI GILMER** | |
|---|---|---|
| Patient's Name (Last, First, Middle Initial) | | Sex: **MALE** |
| Relationship to Sponsor | Status | Rank/Grade |
| Sponsor's Name | Organization | |
| Dept/Service | SSN/Identification No | Date Of Birth |

Chronological Record or Medical Care        Standard Form 600

SF-600
NSN 7540-634-4176                                                                                      600-108

**Health Record**                    **Chronological Record of Medical Care**

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|-----------|------------------------------------------------------------------------|
| 2-10-04 | M.D. NOTE CONT |
| | GEN- NAD |
| | CHEST - LUNGS CLEAR TO AUSC. HEART SOUNDS WNL |
| | ABDOMEN - NONDISTENDED. SOFT. C/O MILD DISCOMFORT |
| | ON PALP OF EPIGASTRIUM & UMBILICAL AREAS. NO |
| | MASSES OR ORGANOMEGALY NOTED. |
| | EXTREMS - MILD CLUBBING AND CYANOSIS OF DISTAL |
| | FINGERS NOTED. FINGERS COLD TO THE TOUCH |
| | A: 1) CHRONIC HCV C̄ ↑ ANA 1:1280 C̄ SPECKLED |
| | PATTERN |
| | 2) RAYNAUD'S |
| | 3) C/O ↑ URINARY FREQUENCY |
| | P: 1) ADD HCV GENOTYPE AND VA FOR LABS SCHEDULED |
| | NEXT WEEK |
| | 2) D/C NORVASC |
| | 3) PRAZOSIN 1mg ↑ TAB P.O. BID FOR RAYNAUD'S |
| | (#30 X1 ref) |
| | 4) F/U IN 2 WKS |
| | |
| | **ENTERED** FEB 11 2004          D. Williams MD |
| | S. Richards                      **D. Williams, M.D.** |
| | **Clinical Director** |

**Patient's Identification**

HILL, MICHAEL
#40428-133
4-30-57

FCI-GILMER

| Records Maintained At: | **FCI GILMER** | | |
|---|---|---|---|
| Patient's Name (Last, First, Middle Initial) | | | Sex: **MALE** |
| Relationship to Sponsor | | Status | Rank/Grade |
| Sponsor's Name | | | Organization |
| Dept/Service | SSN/Identification No | | Date Of Birth |

Chronological Record or Medical C            Standard Form 600

40492 - 133

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

2/2/04
1145

(S): Pt @ S/C c/o "Cold Hands"

(O): Amb c̄ NAD, A&Ox4, B/P - 126/84,
H/o Chronic Liver Illness & ?? potential
for Reynauds Symptoms ??

(A): (1) ?? Reynauds Phenomena vs. Venous Stasis ??

(P): (R) Norvasc 2.5mg #30, bref.
1 p.o. QD for Circulation.
Discussed c̄ P.A. Lichty
(NCH provider).

R. Swanson, PA-C
LT. USPHS

**ENTERED** FEB 2 2004

FEB 5 2004
1300

UTILIZATION REVIEW
Request for liver US          **APPROVED**
c̄ D. Williams, MD     M.B. Lichty, PA-C
                Doris M. Williams, M.D.
                Clinical Director
INFECTIOUS DISEASE    ENDOCRINE / LIPID

2/6/04
0930

S: Here for LCC. States occ. "yellow
spots" in visual field. Denies loss or
black curtain over vision. Denies HAs or
visual acuity change. Continues c/o
"cold hands". Did not pick up Norvasc
from Pharmacy. Cont. Urinary spasm

O: NAD, A&Ox3, BP 122/80 P62 R18 T 97.4
lungs - CTA bilat   CW - RRR 0̄3 QM
Abd - soft, NT, 0̄ organomegaly 0̄ mass NLBS

c̄ RLQ tenderness

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

**1/21/04 1500**

Adam Mota

pt. here for response to cap-out — want to know when he is going out to have a liver bx — patient is currently sch for U.S. and to see Dr La Masa for a liver Bx. this is scheduled for Feburary — The inmate wants to see the physician ASAP but as I explained to him all pt are prioritized in order of his or other pt. medical need and scheduling needs — pt. still is very unpleased c this answ. & want to go out as soon as possible — /Jm

Dr. aware c liver Bx p speaking  J Buats HSA

---

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| F.C.I. GILMER | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Hill, Michael W.

40428-133

4 30.57

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 8-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

*Adm Note*

1/20/04
1500

Pt. hell far review of lab & cap on pt 7 auto imm antibody / Hep infection —

Dr William has worked c Su Mau @ FCI McKean. He has stated to me that this person will be going but far a little BF in the future along c a U/S — I will d/c Anutta to see if he has been sch —

Janet Bunts
Health Services Administrator

1-21-04    ADMIN. NOTE
1840    AS ABOVE. REFERRAL FOR ULTRASOUND OF LIVER
        COMPLETED. REFERRAL TO U.R.C.

RD. William MD.

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| F.C.I. GILMER | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | Dr. Williams, M.D. Clinical Director |

Dr. Williams, M.D.
Clinical Director

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;) Date of Birth; Rank/Grade.)

Hill, Michael W.

4-30-57

40428-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

**ENDOCRINE / LIPID    INFECTIOUS DISEASE**

1/9/04

0810  BP 124/74 P 66 R 16 T 96.9  wt. 173.4

S: Here for CCC continuation with Dr. Williams. Concerned about continuity of care from FCI McKean to Gilmer. Kicked up Ditropan ordered 1/7/0

O: NAD, A&O x 3
Exam deferred - refer to MD note 1/5/0
Hgb 3.9 (3.6-5.1)  (Chol = 245 (0-100)
LDL = 161

A: 1) Hyperlipidemia - Avoid Statins 2° to liver disease
2) Chronic HCV
3) H/o Urinary Frequency
4) H/o Autoimmune. c/o ⊕ ANA

P: 1) Niacin 50mg 1 T po TID c̄ meals. Chol #90 2RF
2) ASA EC 325mg 1 T po 30 min prior to Niacin dose. #90 2RF
3) Continue Ditropan
4) F/u c̄ Dr. Williams as previously sch. in 1-2weeks.
5) Will discuss case c̄ Dr. Wms concerning F/u of liver function testing &
6) F/u in 3 mos @ CCC c̄ liver profile, lipids, HCV viral load.
7) Educate on low-salt, fat diet.
8) Void enthusiastically.

MARY BETH LICHTY, PA-C

ENTERED
JAN 9 2004
Janie Boone
Pharmacy Tech
Todd Rohrbough, R.Ph

NSN 7640-00-634-4176                                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**DATE:** 1-5-04
1030

M.D. NOTE

S: THIS 46 Y.O. BM IS SEEN TODAY FOR F/U OF CHRONIC HCV. STATES HE HAS BEEN DIAGNOSED C̄ AUTOIMMUNE LIVER DISEASE, ALTHOUGH HE HAS PAST HX FOR IVDA, RELATES RECEIVING BLOOD TRANSFUSIONS P̄ CUTTING ARTERY IN LT. WRIST WHILE CLIMBING A FENCE. 1° C/O ↑ URINATION. UNABLE TO HOLD URINE IF HE STANDS FOR MORE THAN 4 MINS.

O: VITALS: T=97.6  P=58  R=18  B/P=124/80  WT=170.2 lb
GEN-NAD
CHEST-LUNGS CLEAR. HEART SOUNDS WNL. RHYTHM REG
ABDOMEN- FLAT. NONDISTENDED. NO TENDERNESS, MASSES OR ORGANOMEGALY ON PALP.
(DISCUSSION OF LAB RESULTS) RECTAL EXAM - DEFERRED

A: 1) HX FOR CHRONIC HCV
2) HX FOR + ANA OF 1:1280  C̄ SPECKLED PATTERN
3) HX FOR ↑ CHOLESTEROL
4) C/O POLYURIA

P: 1) WILL DISCUSS CASE C̄ DR. BRAM @ FCI-McKEAN
2) DITROPAN 5mg ī TAB P.O. BID FOR URINARY FREQUENCY ( # 30 X 3 refills)
3) F/U IN 1-2 WKS

D. Williams M.D.
Doris M. Williams, M.D.
Clinical Director

ENTERED
JAN 6 2004
Todd Rohrbough, R. Ph.
Todd S Roh
0900

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| F.C.I. GILMER | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO | |

PATIENT'S IDENTIFICATION: (For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

HILL, MICHAEL
# 40428-133
4-30-57

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1                    USP LVN

SF-600                                                                                                   600-108
NSN 7540-634-4176
**Health Record**                                   **Chronological Record of Medical Care**

| DATE/TIME | Symptoms, Diagnosis, Treatment, Treating Organization (sign each entry) |
|---|---|
| 12/23/03 (030) | **INTAKE SCREENING- (Circle One)**     New Intake     (Transfer)     WRIT Return     Parole Violator |
| | **S:** Medical Complaints?     Ø |
| | Acute / Chronic Pain?     N/A   Nature:     Ø          0 1 2 3 4 5 6 7 8 9 10 |
| | Hx of: (circle) Sexual Assault,   Rape,   STDs:   Yes   (No)   Specify: _____ |
| | Hx Hepatitis B or C:                    (Yes)   No |
| | HIV High Risk Group:            Yes   (No) |
| | Suicide History:                 Yes   (No) |
| | Suicidal Ideation:               Yes   (No) |
| | Chicken Pox/Varicella:     (Yes)   No     Younger 9-10? |
| | Tobacco Use:                     Yes   (No) |
| | Allergies:     (NKDA)   Yes   Specify: _____ |
| | PPD Hx:   Pos          Neg          Ø mm   INH Documentation   11/5/03 |
| | Date Last Chest X-ray: _____     Tetanus Update   Yes   No   Last date given _____ |
| | **O:** Lice noted:     Yes   (No) |
| | Age:   46 |
| | **A:**   Intake |
| | **P:** 1) PPD Given: (NA)   Yes          Read on _____ |
| | 2) Patient Education:     Medical Triage Procedure Explained:   (Yes)   No |
| | Verbalized understanding of given instructions:   (Yes)   No |
| | 3) Labs Test Ordered (circle): CBC   UA   RPR   CMP   EKG   CXR   (N/A) |
| | 4) Add CCC:   No     Yes(circle) HTN, GEN, DM, Psych, Card, Lipid, GI, (ID,) Pulm, Ortho |
| | 5) Medication / Restrictions: |
| | *D. Williams  MD*                              *D. Buckingham, R.N.* |
| | **D. Williams, M.D.**<br>**Clinical Director** |

Hee, Michael
40428-133

| Records Maintained At: | FCI Gilmer, West Virginia | | |
|---|---|---|---|
| Patient's Name (Last, First, Middle Initial) | | | Sex:<br>**MALE** |
| Relationship to Sponsor | | Status | Rank/Grade |
| Sponsor's Name | | Organization | |
| Dept/Service | SSN/Identification No | | Date Of Birth |

SENSITIVE**<br>LIMITED OFFICIAL USE

Chronological Record of Medical Care          Standard Form 600

BP-S659.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISON**

| TB Clearance Yes ✓ No ___ |
|---|
| 1. PPD Completed: _11/5/03_ |
| Date |
| Results: _0x0_ mm |
| 2. CXR Completed: ___ |
| Date |
| Results: ___ |
| 3. Health Authority |
| Clearance: _OK_ |
| _Clen 12/17/03_ |
| Sign        Date |
| Note: |
| Dates listed above must be within one year of this transfer. |

| Name | Prisoner/Alien Reg. # | D.O.B |
|---|---|---|
| Hill, Michael | 40428-133 | 4/20/57 |
| Departed From | Date Departed | |
| McKean | | |
| Destination | Reason for Transfer | |
| Gilmer | non medical | |
| Dist. Name | Dist. # | Date in Custody ___/___/___ |

| Current Medical Problems | 1. Chronic HCV | 4. ___ |
|---|---|---|
| | 2. Hyperlipidemia | 5. ___ |
| | 3. Chronic shoulder problem | 6. ___ |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | None | |
| | | | | |
| | | | | |
| | | | *Arrived P Carlmier FCI Carlmier M/A Reviewed* | |
| | | | *D. Buckingham R.N.* | |

Additional Comments - Blood and Body Fluid Precautions

**Special Needs Affecting Transportation**

| | Yes | No | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes | ___ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes | ___ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes | ___ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes | ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | ___ Yes | ✓ No | If yes, what equipment? |

*SENSITIVE* *LIMITED OFFICIAL USE*

| Sign & Print Name - Certifying Health Authority | Phone Number | Date Signed |
|---|---|---|
| D. Olson, MD Clinical Director _Clen MD_ | | 12/17/03 |

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution
This form may be replicated via WP. **SIMILAR TO (USM 553)**

Replaces BP-S659 of May

NSN 7540-00-634-4176                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

Adv – "phone consult# 4

Dr Marrero re possible autoimmun hepatitis

12/1/03    362 9804 – the low ALT's indicate probably
1400    not autimmune hepatitis.

need: anti mitochondrial Antibody (AMA)
     anti sm muscle antibody (which is ⊖ 12/4/0

* liver biopsy should be useful        add:
     Hep C viral load (r/o false ⊕ Hep C)   HB¡¿
     Anti LKM, (1:80 in adults)   needs r/f
          hypergamaglobulinemia (7½ above nl)
                                            814
Hamot 877–6000 → Rheumatology Dr Fryer 868–85
DR ENGEL – needs Thyroid FCTS – in absence
of muscle weakness – not inclined to do
more Rheumatologic w/u – arc to seut follow
CP ¡L


I'll call 1/wc dom & discus        [signature]

                                    H. BEAM, MD
                                    FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|
| 40428-133 | |

Michael Hill

SENSITIVE
LIMITED OFFICIAL USE

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
| | Adm: macules & capsules |
| 12/2/03 1545 | 1) declines lovastatin - he'll stop & we'll talk about other options |
| | 2) He wants to know if he has autoimmune Hepatitis in addition to hep C - I'll investigate this further |

H. BEAM, MD
FCI McKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

10/31/03
0900

S: C/o dark stool
C/o stomach pain,
O: VAD
exam unremarkable,
A: (1) suspected conditions
P: (1) Hemoccult +3 - Guen
(2) H-Pylori
(3) Education - Flu PRN - Pt understands

Eric Asp PA-C
Eric Asp
PA-C

11/25/03
1630

Adm Mainline 1100. Discussed (+) Anti's &
need for Further Tests. Has
Hx Transient joint pains.
Further Info to follow

H. Beam

11/28/03
1700

Adm
Plan: CBC Sed Anti' ds DNA SSDNA Sm RO
Anti LA Histone cardiogram
LFC coag CPK C3 C4 CH50

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | H. BEAM, MD RECORD MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

**SENSITIVE**

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. WARD NO.
LIMITED OFFICIAL USE
04428-133

Hill, Michael

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

AUTHORIZED FOR LOCAL REPRODUCTION

| DICAL RECORD | CHRONOLOGICAL RECORD OF M___AL CARE |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine

( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General

( )Other: _Hep C  Hx Hep B  Borderline cholesterol_

**10/28/03**
**1315**

SUBJECTIVE: (Chief Complaint)

still c̄ occamed back pains - urgent
alienation - Pan both sides lower chest
Anti gar med helped, Probably Hep C 1993

OBJECTIVE: (Review System) Age: 4/6  Sex: Male  Race: a 10yn before

B/P: 90/60  P: 70  Wt: 165  T:  R/R:  SO2%:  Peak Flow:

HEENT: OK  Last Op/Opht. Eval:

Heart: OK          PTed

Lungs: clean       long disans moral LFTS

Abdomen: Soft BSO  and no need for

Genital/Rectal:    liver bx or further

Extremities:       testing

Neuro:             has sore spoot btwen (R) gum

Recent Lab Results: ALT 63, 66, 60   LDL 160   & chaltc

ASSESSMENT(S):
DSM IV Classification
   Axis I: _cold sore_
   Axis II:
   Axis III: Hep C  Hx Hep B  Borderline
Preventative Care/ Diet watch chol     Exercise yes

Tobacco Use?: no          Medication Side Effects: no

| ___TAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
| ___ISOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

SENSITIVE

___NT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |

michael Hill

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

Pain Level:  1    2    3    4    5    6    7    8    9    10

PLAN:                          C/O continued pain R Shoulder

Patient Education:             wants Cortisone shot ? last
( )Etiology, Complications, Prognosis, Prevention ( )Diet, Diabetic/Cardiac/ _R_O_m_ _S_h_o_u_l_d_e_r_ _p_a_i_n_l_e_ _0_8_/_0_3_

Disease, Lifestyle Changes ( )No Smoking ( )Medication Dosage/Administration/

Compliance/Side Effects ( )Patient Understood Topics ( )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgAlc

        ( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Panel

        ( )CXR ( )EKG ( ) Others:  ferritin PT ANA

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

      ( )Others:                 (NO)


Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on:   3 MO

Treatment(s):


      Lovastatin 10 mgm → po QD #30 RF2
      Penicillin 500 mg → po Qid #40 RF0


Reviewed By:
V. Geza, PharmD

                      H. BEAM, MD
                      FCI MCKEAN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 10/27/03 0730 | Inmate rec'd 9 pgs. Medical Records T. Petruzzi HIT |
| | T. Petruzzi, HIT |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 9/22/03 | Addendum 9/22/03 2005hr |
| 2045hr | Pt. discharged to Housing |
| | (VS:) 102/72, 70, 12 c̄ SaO₂ 99% (RA) |
| | Pt. Feels better c̄ very mild Dyspepsia. |
| | _____ PA-C |

Robert E. Piotrowski, PA-C
FCI McKean

REVIEWED BY:
9/23/03

H. BEAM, MD
FCI McKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

| | |
|---|---|
| 9/22/03 200 Shu | (S) 46 y/o AA ♂ c̄ palpitations c̄ Jivey HR c̄ Ø CP ↓ Ø Dyspnea c̄ ⊕ Nausea Ø ⊘ Emesis <br> — Onset 1730 hrs c̄ supper — stopped eating. <br> — Currently much reduced c̄ ⊕ meal. <br> — ~1800 hr — ASA x2 ⊕ Simethicone x2. <br> — Hx same — ? some years prior Testorp = Ø Dx. <br> — Recently → few mos — dyspepsia & Heartburn <br> (c̄ certain foods — 1° Greasy) <br> → Depression/Anxiety c̄ Ø Suicidal <br> (O) CA O x3, Mod. distress —, Ambulatory, (w/ Ø D. |
| 2010 | (Vi's) 109/70, 74 (reg.), 14 c̄ Temp 96.9 & SaO₂ 96%/RA <br> Chest — CTA ® Ø Wheeze Ø blurd c̄ Heart — RRR, S₁, S₂, Ø ext. <br> Neck — SNT, ↓ nom, Ø JVD, Ø Bruits <br> Abd — soft c̄ diffuse LUQ Exquist. Tender ⊕ Bs x4 |
| 2020 | EKG — Sinus Rhythm c̄ Borderline M c̄ Ø Δ from 5/18/03 |
| 2030 | Emesis x1 c̄ clr. liquid — says Undigested <br> ( feels better — ⊕ Relief c̄ Mild Dyspepsia <br> (A) Gastritis, PUD, Depression/Anxiety, Ø Cardiac <br> (P) Calcium Carbonate Tabs II PO now c̄ #4 Dosed II PO PRN Q6h <br> — Ø milk products — Employ "BRAT" Diet x24h. <br> — ⊕ back to foods/Diet — keep Diary <br> — F/u c̄ clinic c̄ Dr. Beam ® RTC PRN <br> — Pt. Educ/understands. RO ___ MC <br> (over) |

Robert E. Plotrowski <br> FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

*Hill, Michael*

REGISTER NO.
06028-133

WARD NO.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

9/26/03
0820

S/ C/O severe rt shoulder pain × 1 week
Had reconstructive surgery (rotator cuff, shaved bone spurs, bursae) June 200_
"shoulder is locking up"
HAS Probably overused shoulder... Started wt lifting again about
1 week ago p long rest from such activities.
Wants Cortisone shot. + ortho consult.

O/ NAD
M/S   8cm surgical scar across R shoulder
        ⊝edema, erythem, lesions, bony deformities
      ⊕ pain to palpation of medial R scapula → pain radiates
         across scapula to area of humeral head
      ⊕ pain to palp of anterior + posterior aspects of biceps.
      ⊕ pain to palp of achromion → pain radiates down
         upper arm.
      Active ROM: abduction limited to ≈ 160° by pain
                   external rotator limited by pain.

A/  Rt shoulder sprain 2° weight lifting   IM is s/p rotator cuff
                                             surgery 7-2001

P/  1. Indocin 25mg   1-2 po c̄ food/milk/meals TID.   #42  Rx3
    2. IM Education: use of meds, side effects.
    3. IM understand Tx plan, including no more wt lifting.
    4. FU pn. 3lc.

Reviewed by:
J. Geza, PharmD

S. Labrozzi
Steven Labrozzi, PA-C
Physician Assistant

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

**SENSITIVE**

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|
| | 40028-048 | |

OFFICIAL USE
LIMITED

Hill, Michael

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9-18-03 1230 hrs | (S) 46 y/o AA ♂ c/o Chron. Rt. Shoulder ache Pain @ +7/10 c̄ Exacerbations Episodic. Hx 1998 Rt. Shld. Dislocation c̄ RC Tear → RC Repair 07/2001 c̄ Hx Steroidal Inject. 8/0 Currently → Pain @ +7/10 X 2 hrs 2° Poss. ? injury lifting light weights / exercising. Rx - 400 mg Motrin (prior script) c̄ ∅ Relief.
(O) COCX3, MODERATE distress, ambulatory ↓ AROM c̄ Full PROM c̄ ⊕ Tender Pt. Tender @ RC Joint c̄ ∅ deformity +4/5 Strength ∅ Apprehension ∅ Drop arm ∅ Yergason ⊕ Impingement & Hawkins
(A) Tenditis Bursitis c̄ Impingement
(P) • Motrin 800 mg ⊕ PO TID X 72 hrs then PRN #24 c̄ Ref. X2
• Warm/localized Heat Compresses TID X 20 min
• Work & Recreation restrictions X 1 WK
• Orthopaedic Referral
• Wall Walking Exercises
• Pt Ed. & Understands + RTC PRN
[signature] PA-C |

Reviewed By: V. Geza, PharmD

Robert E. Piotrowski, PA-C FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORD MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO: WARD NO.

Hill, Michael

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 4/18/03 | S: C/O ⓛ shoulder pain to arm. |
| 0 9/5 | C/O heartburn/gas after every meal. |
| | Has used rolaids and maalox c̄ relief. |
| | O: NAD |
| | Heart ↓ RRR S1 S2 |
| | Lungs CTA bilateral |
| | Abd ? soft, nontender ⊕ BS, ⊖ gas |
| | A: heartburn |
| | P: ① Education – food avoidance – pt understands |
| | ② Zantac 150 mg 1 PO BID dispense #60 R-2 |
| | ③ simethicone tablets 1 PO TID PRN dispense #60 R-2 |
| | ④ F/u PRN |
| | Eric Asp PAC |

Reviewed By:
V. Geza, PharmD

Eric Asp
PA-C

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

Chnk ck wants to discuss
Cholesterol

7/31/03
1100

S) 46yo - discussed cholesterol
over numberneeded + o/ reat    167#
for his risk factor          nonsmoker
LDL 161                       Exercise
hesitant discussing about    BP 90/60
Hepc and his normal LFTS     P 70
he's highly motivated to take meds    UA
(2) low back pain & urgent urination    glu ⊖
recently x 1 WK    Bili ⊖
(ketones)
Sp1 1.0?
(3) allergic Sx    Bld mor
EV-C    P4 6.5
E40 Vab    prot 100
O) Looks well HEENT neg    WBC
Client clear heart ⊕ ⊕ + ⊕ soft BS ⊕    nitrile
COTS nontend    leukoc

A) ↑ Chol Probable Ureteral Calculus Hepc  allergies
P) PT = as above and 10 glasses water/day
lovastatin 10 mg ↑ po QD #30 RF2    1130
CTM 4 mg → po Qid # 20 RF1    error
HEENT
Benadryl 25 mg ↑ po tid # 30 RF1    7/31/03
Motrin 800 mg ↑ po tid # 30 RF1    / M Beal

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|---|
| | CB 2 WKS | | | FCI McKean |
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | H. BEAM MD FCI McKEAN |

SENSITIVE
OFFICIAL USE
LIMITED

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*   REGISTER NO. 70028-133   WARD NO.

Michael Hill

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Hepatitis B & C

Subjective Findings:

a. Medical complaints or concerns of patient:

**0/26/03**
**1030**

46 yo c/o fatigue - better off when works at night hard to sleep in cell c̄

b. Health Promotion/Disease Prevention Assessment:

1. Cessation of Smoking: no

2. Diet: watch diet.

3. Activity: still walking, needs nap after work

4. Medications:

(1) Drug Side Effects: ) no meds

(2) Drug Interactions:

5. Patient compliance With Therapeutic Regimen:

c. Impact of Condition on Activities of Daily Living:

d. Need for special Accommodations: Unicor

Objective Findings:

a. Temp ____ Pulse 70 Resp ____ BP 90/60 Weight 170#

b. Pt's General Appearance: He's highly focused on getting

c. Other Exam Findings: a liver biopsy last Hct was 68
I explained why liver biopsy is not
indicated. Fairly adversarial interaction.
"he said" "I'll have to pursue this"
looks well HEENT neg chest clear
heart reg Abd soft BS⊕
"I have a lot of books on Hep C"

**SENSITIVE**
LIMITED OFFICIAL USE

PATIENT'S IDENTIFICATION (Use this space for mechanical imprint)

RECORDS MAINTAINED AT: FCI McKEAN HEALTH SERVICES

PATIENT'S NAME (Last, First, Middle Initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/

SPONSOR'S NAME 40920-137 | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE

Michael Hill

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600
Prescribed by GSA
FIRMR (41 CFR) 201-

DATE

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION/(Sign each entry)

d.  Diagnostic Studies

| | Results | | Date of Exam |
|---|---|---|---|
| | WNL | Abnormal | c/o jock itch |
| | WNL | Abnormal | |

Assessment:

a.  Diagnosis:  *Hepatitis  Hx fungel infection*

b.  Disease Progression/Complications:

c.  Attainment of Prior Therapeutic Goals:

d.  Therapeutic Efficacy:

Plan:

a.  Medications:  *Tolnaftate cream use b.d  #1  RF2*

*6/26/05*  Reviewed By: *(than)*
V. Geza, PharmD

b.  Therapeutic Goals for Next Clinic:

c.  Next Diagnostic Studies Due:  *LFTs  lipids  CBC*

d.  Return to Clinic:  *3mo*

e.  Patient Education (Check topics discussed):

(✓)  Nature of Disease

(✓)  Disease Complications, Progression, and Prognosis

(✓)  Treatment Alternatives

( )  Diet

( )  Weight Loss

( )  Smoking

( )  Exercise

( )  Medication mechanism of action, instructions, side effects, interactions.

H. BEAM, MD
FCI MCKEAN

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign/each entry) |
|---|---|
| 6/9/03 1230 | Inmate Rec'd 5 pgs. Medical Records (Signed) #17 *T. Petruzzi, H17* |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

**SENSITIVE**
**LIMITED OFFICIAL USE**

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank/Grade.)

Hill, Michael

| REGISTER NO. | WARD NO. |
|---|---|
| 40428-133 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

**5/18/03 1145** — ⑤ c/o chest pain: EMERGENCY FROM RECREATION. started 10 min ago in REC p̄ having walked from mess hall. IM was sitting when CP started.

"burning" PAIN +5/10

started below left pectorus, radiated up to neck + down left arm into palm of hand. "hot flash".. sensation of oncoming episode of sweating.

going outside: briefly made it feel better
no factors worsened the pain

Pain lasted about 5-10 min
"funniness" in arm (like falling asleep) lasted 10 min.
IM just ate a greasy lunch.

Ⓞ NAD. Ⓝ diaphoresis

T= 98.1°F   BP= 128/78   SaO₂ = 99%   HR = 79

EKG: Normal   No S-T elevations/depressions
A-P compression ⟶ "pressure sensation at sternum"

Ⓐ Chest Pain   R/o dyspepsia

Ⓟ 1. Maalox  45 ml po now.

2. 10RE × 1 day (IM is off duty: no formal idle needed)

3. FU prn via normal s/c procedures

Reviewed by D. Olson, MD
Date: 5/19/03

S. Labrozzi
**Steven Labrozzi, PA-C**
~~Physician Assistant~~

**5-22-03 0930** — SC c/o stomach pain, "off & on for months." States he doesn't eat because of pain. "Feels like an electrical shock. Pain averages a 6/10. Usually occurs in AM. Sometimes pain travels to chest. Eats 2 meals/day. BM's are "like little rabbit turds." Denies pain c̄ BM

O: NAD. Temp 97. Abd: soft, NT, ⊕ BS's × 4 quadrants. ⊝ mass ⊝ guarding

A: c/o diverticula

P: Fibercon, ↑tab po TID c̄ H₂O, #30 + 1K. Pt education re: hydration. RTC PRN. Pt understands.
B Saylor **BONNIE SAYLOR, NP**

**5/27/03** Reviewed By: ... Pharm