# ATTACHMENT
# C
# PART 4

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/12/03 1406 | (S) c/o sinus problems, for "3-4" months — was Tx'd c Amoxicillin see 1/27 3/4 3/6 see 3/6/03 |
| | aggravated by "poor ventilation" in cell. |
| | Sinus HA, itchy throat, itchy eyes, dizziness, sinus pressure |
| | (O) T=97.8°F HEENT: (+) tenderness to palp maxillary sinuses. Turbinates: very erythematous +4/4 bilat |
| | (−) adenopathy. TMs pearly gray. |
| | (A) Sinusitis |
| | (P) 1. Septra-DS i po BID x 14 days #28 NR |
| | 2. Actifed 1/2 to 1 tablet QID prn sinus congestion #80 NR. |
| | 3. Ibuprofen 400mg i po QID prn HA, pain #28 Rx2 |
| | 4. Continue NASALIDE |
| 4/14/03 | 5. F/U prn via SIC. |
| | [signature] PharmD. Violette Geza, PharmD. RPh Chief Pharmacist — Reviewed by D. Olson, MD Date 4/14/03 — [signature] Steven Labrozzi, PA-C Physician Assistant |
| 4-14-03 0730 | Inmate Rec'd 10pgs (1-03 to 4-03) Medical Records [signature] HIT T. Petruzzi, HIT |

**SENSITIVE**

LIMITED OFFICIAL USE

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Hill, Michael

REGISTER NO. 40428-133

WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1



| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5/29/02 0900 | S I.M. presented c/o vab pain 4 on scale 1-10 deep - starts at epigastric area + radiates up into sternum + chest. See prev note last pm. O appears well in NAD P=61 see EKG. A Dyspepsia - esoph spasm. P EKG done & wc. Maalox 30cc PRN or c meals #1 + 1RF. pt ed diet S/S understand F/u in AM prn S/C. Reviewed by D. Olson, MD Date: 5/29/02 [signature] T. Montgomery, MLP |
| 6/10/02 0840 | S I.M. req something strong for GI upset - burning in stomach - Maalox helped - was on Zantac in past. Hx allergies eye itching. O in NAD sore nasal fullness ⊕ PND ⊕ swollen turbs & mucoid DPK. A Seasonal/Allergic rhinitis. Dyspepsia - R/O GERD. P Zantac 150mg i qd #30 + 1RF. Benadryl 25mg i Bid #10. pt ed nasal rinse understands RTC PRN. [signature] T. Montgomery, MLP. [Reviewed by D.] Olson, MD Date: 6/11/02 |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5-28-02 1800 | S: "I had a pain in my chest - stabbing. And then I felt weak. Now my back hurts. I have also been getting small 'pins and needles' pains in my neck for several weeks." The chest pain was initially a '10' on 1-10 scale. 1 hour later "it has backed off to a 4 or 5." I/M states he has a prior cardiac hx. for which he was hospitalized for 3 wks. several years ago. I/M denies Δ in appetite. ⊕ wt lifting for exercise. I/M denies N, V or diaphoresis |
| | O: 46 yo old BM NAD. BP: 146/86, P: 69, O2 Sat: 98% Non-diaphoretic T-98°. Chest: CTA bil c̄ ø adventitious sounds. ø SOB. |
| | A: Chest pain |
| | P: EKG now. Results: NSR c̄ nonspecific IV conduction delay. Consult Dr Beam. ASA, gr ii X now. Pt. education re: Chest pain. RTC in AM or immediately if pain continues or worsens, become SOB, diaphoretic. Pt. understands. B. Saylor NP |
| | BONNIE SAYLOR, NP FCI McKEAN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

**SENSITIVE**

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Hill, Michael

REGISTER NO. 40428-133

WARD NO.

LIMITED OFFICIAL USE

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

F_600 (Face)

SN 7540-00-634-4176

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | 600-108

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5/21/02 | GENERAL MEDICAL CHRONIC CARE CLINIC II |
| 0945 | Hepatitis B & C |
| | Subjective Findings: |
| | a. Medical complaints or concerns of patient: , |
| | Ø abd pain, Ø jaundice |
| | b. Health Promotion/Disease Prevention Assessment: |
| | 1. Cessation of Smoking: N/A |
| | 2. Diet: OK |
| | 3. Activity: OK |
| | 4. Medications: |
| | (1) Drug Side Effects: NA |
| | (2) Drug Interactions: |
| | 5. Patient compliance With Therapeutic Regimen: OK |
| | c. Impact of Condition on Activities of Daily Living: |
| | d. Need for special Accommodations: |
| | Objective Findings: |
| | a. Temp \ Pulse 68 Resp 16 BP 110/70 Weight 175 |
| | b. Pt's General Appearance: NAD |
| | c. Other Exam Findings: |
| | Lungs - clear |
| | Heart - RRR, ØM |
| | Abd - Ø organ |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCI McKEAN HEALTH SERVICES

PATIENT'S NAME (Last, First, Middle Initial): [illegible], Michael

SEX

RELATIONSHIP TO SPONSOR

STATUS

RANK/GRADE

SPONSOR'S NAME

ORGANIZATION

DEPART./SERVICE

SSN/IDENTIFICATION NO. 40424-133

DATE OF BIRTH

**SENSITIVE LIMITED OFFICIAL USE

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

d. Diagnostic Studies — Results — Date of Exam

WNL Abnormal

LFT's (WNL) Abnormal

Assessment:

a. Diagnosis: (1) HCV

b. Disease Progression/Complications: none

c. Attainment of Prior Therapeutic Goals: —

d. Therapeutic Efficacy: —

Plan:

a. Medications:

None

b. Therapeutic Goals for Next Clinic:

c. Next Diagnostic Studies Due: LFT's

d. Return to Clinic: 3 mo

e. Patient Education (Check topics discussed):

(X) Nature of Disease

(X) Disease Complications, Progression, and Prognosis

( ) Treatment Alternatives

(X) Diet

( ) Weight Loss — Understands

( ) Smoking

(X) Exercise

( ) Medication mechanism of action, instructions, side effects, interactions.

test results

D. OLSON, M.D.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4-25-02 | CC: "My wrist hurts real bad." I have allergies my nose + eyes itch! |
| 1110 | S: "I was lifting weights. The weight got too heavy + I dropped it - |
| | it pulled on my (L) wrist and it hurts. I have allergies to dust, etc that |
| | make my nose + eyes itch. I need Benadryl, I'm allergic to cold pills." |
| | O: NAD. Extremities: (L) wrist c̄ s/p sx scar. = size + strength to (R) wrist. |
| | FROM. ⊖ erythema, ⊖ edema. Eyes: clear, s̄ injection. Nose: c̄ bil rhinitis |
| | A: (L) wrist strain (per Dr. Beam) allergies |
| | P: Tylenol 325 mg. i - ii tabs po q 4-6° prn. #20 + 1R |
| | Beconase nasal spray, i spray in ea nostril 2-4x day. #1 OR. |
| | Pt. education re: allergies RTC PRN. Pt. understands. B. Saylor NP |

Reviewed by D. Olson, MD
Date 4/25/02

BONNIE SAYLOR, NP
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 40428-133 | WARD NO.

HILL, Michael
DOB 4/30/57

**SENSITIVE** LIMITED OFFICIAL USE

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | ...W COMMITTEE |
| 4/25/02 | Failed to keep appt, was in HSU |
| 1405 | but left |

H. BEAM, MD
FCI McKEAN

D. OLSON, M.D.

T. Montgomery, MLP

**SENSITIVE**

LIMITED OFFICIAL USE

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1310 3-5-02 | S: C/o cold S/S x 5 days. ⊕ Cough ⊕ Runny nose ⊕ congestion |
| | Denies N, F, V or D. |
| | O: NAD. Temp - 96.7 Eyes & Ears: clear, TM'S intact. Nose: bil rhinitis, |
| | O/P: mm pink - moist ⊖ exudate ⊖ erythema. Neck: supple s̄ adenopathy, |
| | Chest: CTA bil. |
| | A: Viral Syndrome |
| | P: CTM'S, 4mg. T tab po q 8° PRN #12, OR - given |
| | Tyl ES, 500mg. I-II tabs po q 4-6° PRN #20, OR given |
| | Pt education re: virus, RTC as symptoms warrant. Pt understands. |
| | B. Saylor NP |
| | BONNIE SAYLOR, NP FCI McKEAN |
| | |
| 12 Apr 02 1100 | S: C/o cold sore in mouth x 2 wks. Rash between thighs x 1 week itches. |
| | C/o pain in Ⓡ shoulder. |
| | O: NAD. Temp: 97.3. O/P: 2 small lesions in buccal canal < 1 cm, white, |
| | mucoid. thighs: 2 or 3 scattered macular lesions on medial thighs. Ⓡ Shoulder: |
| | FROM, ⊖ deformity ⊖ crepitus. |
| | A: Canker sores x 2, contact dermatitis, arthritis Ⓡ shoulder |
| | P: Rinse mouth c̄ ½ $H_2O_2$ + ½ $H_2O$ NOW. |
| | NC Cream #1 apply to AA bid. OR |
| | Motrin, 400mg. T tab po q 8° prn c̄ food #21 + 1x. Pt education: |
| | re: Canker sores RTC as needed. Pt understands. B. Saylor, NP |

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

BONNIE SAYLOR, NP FCI McKEAN

FCI McKean

Reviewed by D. Olson, MD Date: 4/15/02

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name-last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 40428-133

WARD NO.

Hill, Michael

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1




| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| M 18 2-18-02 | S: c/o stabbing pain in (L) ear x 1 1/2 weeks. This AM pt woke up c blood in mouth. Feels like there is itching deep down in ear. Also c/o bad sinus HA which comes & goes. |
| | O: NAD. Temp. - 96.3. Eyes: clear. Ears: (R) canal clear - TM intact. (L) ear: canal c some erythema, poss. fluid behind drum. Nose: Turbinates boggy, mm pink & moist. O/P: mm c slight erythema, tonsils +1 1/2, ø exudate, no evidence of blood or active bleeding or abscess. Neck: supple s adenopathy. Chest: CTA bil. |
| | A: (L) serous OM, poss. pharyngitis |
| | P: Amoxicillin 500mg po TID. #30, 0R. |
| | Tylenol 325mg i-ii tabs po q 4-6° prn #60, 0R. Pt education re: O.M. & pharyngitis. Pt also questioned about frequency of visitation to HSU. Pt asked if he had emotional concerns. pt emphatically denies emotional problems, states he doesn't like to come here & when he does it is because he is really sick. RTC x 10 days for f/u or prn as sxs warrant. Pt understands. |
| | B Saylor, NP BONNIE SAYLOR, NP FCI McKEAN |
| | Reviewed by D. Olson, MD Date: 2/19/02 |
| 2/25/02 1300 | (S) Here for F/U pharyngitis, states feels better. |
| | (O) NAD throat - ø erythema / exudate ears - TM's pearly gray (+) light nose - WNL |
| | (A) F/U pharyngitis |
| | (P) 1) F/U prn sick call |
| | [signature] PA-C |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/9/02 1200 (cont) | (P) 2) Educated inmate on findings & plan of care (Inmate was upset wants antacid now was given 30cc antacid) 3) Inmate to return to HSU if any further problem 4) Left upset |
| Reviewed by D. Olson, MD Date: 2/11/02 | J. GLENN, FNP FCI McKEAN J. Glenn FNP-C |
| 2/9/02 1400 | Admin. Note - Inmate returned to HSU sat c̄ NP and was educated on exam + findings at 1200 on 2/9/02 Inmate calmer and in better spirits, no c/o pain Agreed c̄ plan and verbalize understanding |
| Reviewed by D. Olson, MD Date: 2/11/02 | J. Glenn FNP-C J. GLENN, FNP FCI McKEAN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

**SENSITIVE**

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. | WARD NO.

LIMITED OFFICIAL USE

Hill, Michael
40428-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/28/02 | S: c/o painful sores on ↓ back x last 1 week |
| 0920 | O: ↑ pea-sized scab over lesions on mid ↓ back c̄ central focus. ∅ drg. ↑ pea sized erythem. area c̄ (+) tenderness to touch) |
| | A: Carbuncle lower back |
| | P: Keflex 250mg #20 ↑ QID x OR |
| | Pt educ: Take medica as directed. Warm compresses to aa. RTC prn. Pt understands |
| | Gracia Fairbanks PA<br>GRACIA FAIRBANKS<br>Physician Assistant |
| | Reviewed by D. Olson, MD<br>Date: 1/28/02 |
| 2/9/02 | (S) Inmate came to HSU this AM wanted $H_2O_2$ to rinse mouth c/o |
| 1200 | cold sores, was told he couldn't get $H_2O_2$, got very upset. Back to HSU at 1200 ask for Tylenol because his mouth hurt was given ↑↑ tylenol then he said he had chest pain and wanted checked. Inmate was seen immediently and EKG was done |
| | (O) NAD 98.2 - 76 - 16 125/68<br>EKG - WNL RRR NSR |
| | (A) Subjective chest pain, nothing on exam |
| | (P) Inmate wants ASA. EC ASA ↑ given (cont) J Glenn FNP-C<br>J. GLENN, FNP<br>FCI McKEAN |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1/4/02 | S) he feeling ⊕ URI Sx |
| 1340 | now on regular duty |
| | ® shoulder fine |
| | now found to have Hep C & Hep B |
| | c/o discoloration ® cheek |
| | O) looks ok red nasal mucosa |
| | sl ↓ pigment ® cheek |
| | Abd soft no organomegaly |
| | A) ® shoulder improved (Hx rotator cuff repair |
| | (® cheek) |
| | Hep C - chronic normal LFT's |
| | URI |
| | reassure about shoulder |
| | P) CTM 4mg ? po bid |
| | Hep C clinic |
| | patient understands [signature] |

Reviewed by D. Olson, MD
Date: 1/7/02

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 40428-135 | WARD NO.

Michael Hill

*SENSITIVE*
LIMITED OFFICIAL USE

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | [illegible] shoe 10 W ; has nail A's of to small shoes |
| 12/19/01 | measured feet re special shoe |
| 1500hr | 12 1/2 AAA box toe shoe |
| | H Beam MD |
| 31 Dec 01 12 25 | ~~S) C/o rash on inner thigh~~ [illegible] |
| | H. BEAM, MD FCI McKEAN |
| 31 Dec 01 1230 | S) C/o rash on inner thigh. itching, x 1 wk. Requests Tx |
| | O: NAD. Sparse macular rash c dry skin on (R) inner thigh |
| | A: dermatitis |
| | P: Lidex [illegible], apply to AA bid Rx 1, Pt. education re: hygiene, RTC as |
| | needed Pt. understands B. Saylor, NP |
| | BONNIE SAYLOR, NP FCI McKEAN |
| | Reviewed by D. Olson, MD Date 12/31/01 |
| 1/2/02 12 30 | S) - |
| | O) Via mainline: |
| | He wants restrictions lifted as he's wanting |
| | to work out & become eligible for |
| | different work |
| | A) s/p (R) rotator cuff repair - healed |
| | P) lift restrictions |
| | H Beam MD |
| | H. BEAM, MD FCI McKEAN |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 12/18/01 | 45yr o? Fx Dislocation (R) Shoulder '98 |
| 1230 hrs | S) Behind the back (R) arm lock by a guard at Corrections Corp of America - Not Dx'd for 6wks he says. Treatment was relocation & physical therapy - He was unable to do certain exercises - (one Dr Gill ortho 'scoped shoulder saw rotator cuff tear and arthritis (march -> june 2001). Saw Dr Gill 3x after surgery - PT was wall exercises, mild isometric exercise. |
| | O) wellhealed deltoid scar |
| | (R) deltoid Atrophy relative to (L) |
| | Full ROM Both shoulders |
| | minimal crepitus (R) shoulder & (L) |
| | Flx/Ext/AB ADD @ shoulder strength all 5/5 |
| | A) Healed Rotator cuff Repair (R) side |
| | Good ROM & Strength |
| | P) OK for progressive wgts - Curls - Flys use 20% less wgt than capacity ?? in 3x10 reps |
| | CB 3wks H. BEAM, MD FCI MCKEAN [signature] |

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

**SENSITIVE**

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 40428-133 | WARD NO.

LIMITED OFFICIAL USE

MICHAEL HILL

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

HEALTH RECORD 600-108

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | GENERAL MEDICAL CHRONIC CARE CLINIC II |
| 12/17/01 | Hepatitis B & C (C circled) |
| 0930 | Subjective Findings: |
| | a. Medical complaints or concerns of patient: |
| | ∅ abd pain, ∅ jaundice |
| | b. Health Promotion/Disease Prevention Assessment: |
| | 1. Cessation of Smoking: N/A |
| | 2. Diet: OK |
| | 3. Activity: [illegible] |
| | 4. Medications: |
| | (1) Drug Side Effects: N/A |
| | (2) Drug Interactions: |
| | 5. Patient compliance With Therapeutic Regimen: OK |
| | c. Impact of Condition on Activities of Daily Living: [illegible] |
| | d. Need for special Accommodations: |
| | Objective Findings: |
| | a. Temp — Pulse 70 Resp 16 BP 120/80 Weight 179 |
| | b. Pt's General Appearance: NAD |
| | c. Other Exam Findings: |
| | HEENT – ∅ icterus |
| | Lungs – clear Heart – RRR, ∅ M |
| | Abd – ∅ ↑ organs |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Hill, Michael | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 40428-133 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

LIMITED OFFICIAL USE

SF_600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | d. Diagnostic Studies — Results — Date of Exam |
| | WNL Abnormal |
| | LFTS (WNL) Abnormal |
| | Assessment: |
| | a. Diagnosis: (1) NCV (2) Hb c Ab |
| | b. Disease Progression/Complications: ↑ |
| | c. Attainment of Prior Therapeutic Goals: — |
| | d. Therapeutic Efficacy: — |
| | Plan: |
| | a. Medications: |
| | None |
| | b. Therapeutic Goals for Next Clinic: — |
| | c. Next Diagnostic Studies Due: none |
| | d. Return to Clinic: 3 mos |
| | e. Patient Education (Check topics discussed): |
| | (X) Nature of Disease — understands |
| | (X) Disease Complications, Progression, and Prognosis |
| | ( ) Treatment Alternatives |
| | (X) Diet — Hep Brochure given & explained |
| | ( ) Weight Loss |
| | ( ) Smoking |
| | (X) Exercise |
| | ( ) Medication mechanism of action, instructions, side effects, interactions. |
| | [signature] |
| | D. OLSON, M.D. |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/6/01 0730 | METAMUCIL ī TSP in 8oz water QD #1 Box x3 |
| | HERB BEAM MD |
| 12-7-01 | S: C/o blackened, sore (L) great hallux. States d/t from shoes, had special permission to have own shoes at last institution. Requests same @ McKean. |
| | O: Blackened toe nail (L) hallux A: Pain + defect d/t improper shoe wear |
| | P: Consult c̄ Dr Beam for permission to wear special shoes. |
| | B. Saylor NP Bonnie Saylor, NP |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 112401 2030 | See injury report —— C Lundberg Cheryl Lundberg, RN reviewed 11/26/01 HBeam HERBERT P BEAM MD |
| 4 Dec 01 0900 | S: Pt. requesting change of status re: sports and wt. lifting. Pt. states he wants to lift light weights so that he can rehabilitate his shoulder and regain strength ↄ̄ SX. procedure. Current status: no sports for 6 months. |
| | O: Pt is able to express full ROM of (R) shoulder although he expresses discomfort when asked to reach behind his back. |
| | A: Request of Δ of status |
| | P: Consult c̄ Dr. Beam re: status. Pt education: pendulum exercises and wall climbing exercises. RTC as needed Pt. understands. |
| | B. Saylor, NP Bonnie Saylor, NP |
| 12/4/01 0920 | S) see above Ofeelnoc |
| | O) (+) Hep C & (+) Hep B on pre HB vaccine screen (will check LFT'S & return GI referral) Abd soft BSA |
| | A) Hep C |
| | P) LFTS — Hep C clinic. Patient understands etiology & F/U. HBeam HERBERT P BEAM MD |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Hill, Michael
40478-133

REGISTER NO. | WARD NO.

**SENSITIVE**

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

LIMITED OFFICIAL USE

Allergies

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| (cont) 29 Oct 01 1515 | P: CTM's #15, T tab po q 6-8°, OK. Tylenol gr 325 mg |
| Meds given 10/29 | #20, I-II tabs po q 4-6° prn, Pt education: ↑ fluids, rest |
| | RTC as needed. Pt. understands. B Snyder, NP |
| | Reviewed by D. Olson, MD Date 10/29/01 |
| 11/14/01 D830 | Admin Note |
| | ⊕ Anti-HCV, ⊕ HbcAb - put in GI/H Fl clinic, N o FIS |
| | Gracia Fairbanks, MLP |
| | D. Olson, MD Clinical Director |
| 11/19/01 0955 | S: Requesting medic. for cold symptoms → congested head, runny nose |
| | O: Nasal turbinates erythem. + inflammed. ø Sinus tenderness. Ears - TM's WNL. Throat - benign Temp 97 |
| | A: URI |
| | P: CTM 4mg i tid prn #6 given |
| | Tylenol 325mg ii Q 6hr prn #12 given |
| | Pt educ. Take medic. as directed. ↑ fluids |
| | RTC prn. Pt understands. Gracia Fairbanks PA |
| | Gracia Fairbanks, MLP |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/19/01 1105 | S: c/o (R) shoulder disc. Hx s/p Rotator cuff repair 7/30/01. Requesting medic + bottom bunk pass. [illegible] c/o cold symp |
| | O: Well healed scar (R) shoulder. ROM sl. ↓ ↓ strength c̄ abduction + adduction against resistance. ø edema, erythema Temp. 97.2. Ears - TM's WNL. Throat - benign nasal turbinates erythem + inflammed. ø sinus tenderness |
| | A: s/p Rotator cuff repair 7/01. URI |
| | P: Motrin 800mg #21 i tid prn c̄ food x 1R CTM 4 mg #15 i tid prn x 0R low bunk pass per CD approval. Pt educ take meds as directed. RTC prn. Pt under-stands |
| | Gracia Fairbanks PA |
| | Reviewed by D. Olson, MD Date: 10/19/01 — Gracia Fairbanks, MLP |
| 27 Oct 01 1415 | S: C/o feeling lousy, sore throat + runny nose x 1 day. |
| | O: NAD. Eyes - Ears: Clear, TMs intact, Nose: Turbinates boggy. O/p: c̄ erythema. ⊖ exudate, ⊕ edema, Neck: supple s̄ adenopathy, Chest: CTA bil |
| | A: URI, (cont.) T: 96.5 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. **SE 40728-133** | WARD NO.

Hill, Michael

LIMITED OFFICIAL USE

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/12/01 0800 | S: Refill of Medication/s for (Rt) Shoulder pain |
| | O: Stable, Vital Signs: BP: ______ PR: Deferred |
| | A: Rotator Cuff tear repaired 4wks ago |
| | P: Refill of the following medications (See below) |
| | Pt. Educ to follow previous instructions. |
| | Motrin 800 mg tid #21 |
| HCB Harold Cozza, RPH | Platin Hilletework, MLP USP Lewisburg |
| | Ord.Date 10/12/01 HILL, MICHAEL W 40428-133 A. SALAM (0)Refills |
| | Exp.Date 10/18/01 TAKE ONE TABLET 3 TIMES A DAY AFTER MEALS |
| | Rx # 53272 IBUPROFEN 800 MG TAB #21 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP LEWISBURG HEALTH SERVICES UNIT LEWISBURG, PA 17837 | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Hill, Michael
40428-133

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**SENSITIVE**

LIMITED OFFICIAL USE

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9/27/2001 9:15 | (S) Reports having surgery for (R) shoulder. Reports feeling better, only slightly stiff. c/o nasal congestion |
| | (O) (see) |
| | musculo/skeletal - (R) shoulder joint presents c̄ surgical scar from repair. ROM is 75-80% rotation, lat. Decedent soft tissue swelling, erythema. |
| | nose - congested mucosa |
| | (A) URI, S/P (R) shoulder repair, NKDA |
| | (P) meds - Ibuprofen 800 mgs po TID X30 days. Chlor otc Naphcon given |
| | (E) Educated on URI, surgery. Verbalized good understanding/compliance. F/u ccc (Orthopedics) Final Destination. Authorized lower bunk. Medication. Unit 3E |

Carlos Mier, PA
Federal Transfer Center
Oklahoma City, OK

Kent Officer, Rph
Federal Transfer Center, OK

**SENSITIVE**
LIMITED OFFICIAL USE

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Hill, M.

| REGISTER NO. | WARD NO. |
|---|---|
| 40428-133 | 3E |

FTC, OKC, OK

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

BP-S149.060 **MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT** CDFRM
JUL 96
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**TB Clearance**

PPD Completed: 11-00 (Date)
Results: 0 mm mm
Interpreted as: NEG (Positive or Negative)
CXR Completed: ______ (Date)
Results: ______

Note: Date(s) listed above must be within one year of this transfer.

Name: HILL, Michael Reg. No. 40428-133
Departed From: USP Lompoc Date Departed: 9-26-2001
Destination: FCI McKean (Name of Institution) Reason for Transfer: Non-Medical
Special Instructions: Blood and Body Fluid Precautions

Diagnoses: 1. S/P SURGERY, RT SHOULDER 2° TO ROTATOR CUFF TEAR 9/k 4/26/01
2. ______ 5. ______
3. ______ 6. ______

**No inmate may be transferred to any BOP facility unless either PPD or CXR results are satisfactory for medical clearance.**

**MEDICATION FOR CARE ENROUTE**

| Medication | Dose | Route | Instructions for Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| none presently | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FTC - Oklahoma City
For most recent medications see computerized prescription labels on the following sheets.

Signature of Certifying Medical Staff Member ______ Title A. RIVERA MLP USP LOMPOC Date Signed 9/25/01 A. RIVERA MLP USP LOMPOC

**PROGRESS NOTES ENROUTE**

| Date | Time | Institution | Symptoms, Findings, Medications, Treatment, Order, Etc. |
|---|---|---|---|
| | | | |

SEP 26 2001

Federal Transfer Center
Oklahoma City, OK
Date ______
Medication: ______ Yes ______ No
Hot Meds: ______ Yes ______ No
Meds Issued: ______ Yes ______ No
Lice Seen: ______ Yes ______ No

Signature & Stamp
D. Mann, RN
Clinical Nurse
Federal Transfer Ctr., OKC, OK

Food or Drug Allergies:
NKA; Allergies: ______

Current Medical Status:
No Complaints; Complaint of ______

TB Signs and Symptom (s): NONE;
cough, hemoptysis, night sweats, wt. loss

**SENSITIVE** LIMITED OFFICIAL USE

Attach SF-600 if additional space is required.

Record copy - Transporting Officer; Copy - Health Record (Top page, Position one); Copy - Transferring Institution

(This form may be replicated via WP) This form replaces BP-149.060 and BP-S149.060 dtd Nov 1994

Printed on Recycled Paper

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189 405-682-4075

RX155938 DR.MIER 10/05/01
HILL, MICHAEL *3E
40428133 40428-133
TAKE ONE TABLET 3 TIMES DAILY
WITH FOOD OR MILK

IBUPROFEN 800MG TAB # 21
NEW 2 REFILL(S) EXPIRES: 10/27/01

Medication Timing
Once Daily = 8:00 AM
2x Daily = 8:00 AM & 3:30 PM
3x Daily = 6:00 AM, 11:30 AM, 3:30 PM
4x Daily = 6:00 AM, 11:30 AM, 3:30 PM, 8:30 PM
Cleared Pharmacy for Transfer
FTC, Oklahoma City, OK OCT 05 2001

NOT warranted while in TRANSIT NO RX SENT Warrants Refill ← [signature] 10/9/01

**O.K. For Transfer** 10/18/01
**USP Lewisburg**
**Medications** Yes ____ No ✓

10/18/01 1820

**FCI/FPC McKean**
**Inmate Received this date** ✓
**Medical History (BP-360) Reviewed** ✓
**Evidence Body Lice: Yes/No**
**Medications: Yes/No - Given** ____

[signature]
**C. Todd Montgomery**
**AHSA/SMLP**

USP LOMPOC
A. RIVERA MLP

FTC - Oklahoma City
For most recent medications
see completed PA prescription
labels on the following sheets.
P. Clements PA

USP Lewisburg
Inmate Received, this date 10-4-01
Medical History Reviewed Yes No
Evidence of lice Yes No
Suicidal Thoughts Yes No
Recent Assault, Trauma or Abuse Yes No
Signs and Symptoms of Infect Dse Yes No
Allergies to Medications Yes No
Medications Yes No
[signature] EMT-P

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8/16/2001 | S: requests hemorrhoidal suppository for his |
| 0800 | anal problem w/ associated itching. |
| | O: Rectal exam – good anal sphincter no |
| IA II | hemorrhoidal lesion noted |
| | A: Pruritus Ani |
| | P: Hemorrhoidal supp. not indicated, advised |
| | on personal hygiene. |
| | ; Cont. hydrocortisone as directed |
| | ; See sey PA as needed; understood advise |
| | [signature] |
| | G. PAGADUAN, MLP |
| | USP LOMPOC |
| 8/30/2001 | S: I/m has been complaining of anal itch, currently on |
| 1100 | hemmorroidal supp. S/P Rt shoulder surgery. Denies |
| IA II | apparent pain. I/m also complains of itchiness on both |
| | Feet. |
| | O: ⊖ ext. nor internal hemmorhoid |
| | ⊕ desquamative lesion in between the nail. |
| | ⊕ good healed scar over the Rt shoulder area. |
| | A: S/p Rt shoulder recent surgery. |
| | Tinea Pedis, Pruritus Ani |
| | P: Rx FTP Powder Tolnaftate # 1 60th c AD R-5 |

HOSPITAL OR MEDICAL FACILITY | STATUS open | DEPART./SERVICE | RECORDS MAINTAINED AT Lompoc

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

**SENSITIVE LIMITED OFFICIAL USE

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO.

HILL, MICHAEL
40428-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8/20/2001 | Rx Dalbucaine ointment # 1 tube [illegible] R-2 |
| — [illegible] | ff-up Ortho - ff-up |
| | ff-up 9/6 [illegible] - H. Truong, R. Ph USP Lompoc |
| | Patient educated on the use of prescribed medications and side effects. Patient understood. Poor Fair (Good) — V. TEJADA, MLP USP LOMPOC |
| E. Villapondo, Pharm. Tech. USP LOMPOC | |

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7/16-2001 0845 | (S) Wants copy of OR report & explanation of exercise. (O) Rt shoulder [illegible] improved. Dr. [illegible] passive exercise & [illegible] to do them. (A) Post rotator cuff repair Rt. shoulder. Bili [illegible] [illegible] discoloration. OR Report [illegible] |
| | (P) Rx (1) Hydrogen peroxide [illegible] S.I.G. [illegible] [illegible] occasionally with water as directed |
| | E. Villapondo, Pharm. Tech. USP LOMPOC H. Truong, R. Ph. USP Lompoc A. SHARP, MD USP LOMPOC Patient educated on the use of prescribed medications and side effects. Patient understood Poor Fair Good S. POLLOCK, MD USP LOMPOC |
| JUL 23 2001 1600 | Orthopedic Consult Reviewed - Good Post Operative recovery. S. G. Pollock S. POLLOCK, MD USP LOMPOC |
| 7-30-2001 | Per cop-out copy of Operative Report dated 06-13-2001 to inmate. 2 pages Navarro, HIM C. NAVARRO, HIM USP LOMPOC |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7/12/2001 | |
| 09:00 | 45yo I/M S/P R Rot cuff surg |
| | has question re surg + exercise |
| | these were reviewed + I/M demonstrated |
| | exercises. Also had question regarding |
| | great toenails has bruises in great toenails |
| | states hard shoes pressure. A |
| | Exam shoulder scar healing well no signs of |
| | infx no swelling |
| | lung CTA |
| | hrt S1S2 RRR |
| | ext bruising (old) under great toenail |
| | ~3-4 wks old |
| | A contusion toenails - improving |
| | S/P shoulder (Rot cuff) repair |
| | P cont exercise |
| | will arrange wide toe shoe. |
| | F/U PRN |
| | R. GROSS, DO USP LOMPOC |

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

**SENSITIVE**

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO.

LIMITED OFFICIAL USE

Hill Michael

40428-183

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/06/2001 1415 | (S) PT c/o Toenail discoloration & rash on both arms. (O) - Ecchymotic, tender, toenail both feet (1st toe), denies injury, claims onset one week ago - reports "toenail is not growing" - also c/o dry scaly flaky formation on armpits - (P)[illegible], (A) - Fungal infestation (P) - Mycolex solution applied on site BID Rx2 - Lidex Cream BID on site Ref x2 - Keep area dry & clean - F/U AT S/C - [illegible] H. Truong, R. Ph USP Lompoc O. SALCIDO, MLP USP LOMPOC |
| 7/9/2001 | (S) [illegible] (O) Toenail B/L discoloration [illegible] (O) Rt-[illegible] [illegible] Bil- Toe [illegible] - not painful, no infection or inflammation [illegible] not growing [illegible] (A) B/L Toe nail (B/L toe) [illegible] [illegible] fungal excluded [illegible] [illegible] (P) Soak b/l in warm water [illegible]. A. SHARF. MD USP LOMPOC H. Truong, R. Ph USP Lompoc (2) Hydro peroxide [illegible] water diluted in water [illegible] x 3 days |

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/20/2001 1300 | Adm. Note Consult generated for orthopedic consult. Seen by staff MD. Extra pillow authorized for medical reason. [signature] V. TEJADA, MLP USP LOMPOC |
| 6-21-2001 1300 | Ortho. Consult Reviewed - Passive Exercises demonstrated - 6 wk. Convalescence written - Note: Return to clinic 6 weeks. K Todd [signature] K. Todd Assistant HSA USP Lompoc |
| | Reviewed: [signature] STERLING POLLOCK, M.D. |
| 7/02/2001 1010 | Per cop-out, 4 copies of Dr. Giles consults sent to I/m. C Navarro, AIH C. NAVARRO, HIM USP LOMPOC |
| 7/[illegible]/2001 | [illegible] Surgery Rt [illegible] ... [illegible] (entry crossed out) |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

HILL, MICHAEL
# 40428 - 183

RECORDS MAINTAINED AT: **SENSITIVE** LIMITED OFFICIAL USE

PATIENT'S NAME *(Last, First, Middle initial)* | SEX
RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE
SPONSOR'S NAME | ORGANIZATION
DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5/10/2001 | S > I/M was rash complain & rash on the Rt knee & |
| 0915 | Elbow area M/L |
| HA4 | O > (+) macular lesion Rt knee & Elbow area B/L |
| | A > Dermatitis |
| | P > Rx Betamethasone cream #1 tube ŝ AD R-3 |
| | > Avoid scratching affected area |
| | > I/M understood Tx plan & Advice |
| | f/f-up Sx PA prn. |
| | H. Truong, R. Ph / USP Lompoc — V. Tejada, MLP / USP Lompoc |
| 6/13/2001 | Adm. Note |
| 1600 | Return from CDH S/P RT shoulder Reconstructive surgery. |
| H unit | Rx Tylenol #3 ii tab BID x 5 days |
| | > Removal of sutures in 10-14 days. Wear sling for comfort |
| | > F/f up w/ ortho on next visit. |
| | > Lower Bunk authorized |
| | Rx Motrin 400mg #60 R-2 — V. TEJADA, MLP / USP LOMPOC |
| | ŝ ii tab TID prn for pain |
| | H. Truong, R. Ph / USP Lompoc — Noted R. GROSS, DO / USP LOMPOC |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5/3/2001 1445 | ADMIN ENTRY: AHSA WANTS TO KNOW WHEN I/M WILL BE SEEN BY ORTHOPEDIC. HIT ASSIGNED FOR ORTHO SCHEDULE UNAVAILABLE AT THIS TIME. WILL FOLLOW. M. ANDAL, MLP USP LOMPOC [signature] |
| 5/3/2001 1520 | HIT INFORMED WRITER THAT I/M IS SCHEDULED FOR ORTHO CONSULT. M. ANDAL, MLP USP LOMPOC [signature] |
| 5/9/2001 0910 HA 4 | S: I/m was seen complaining of neck pain radiating to his [illegible] shoulder area. Also complained of heart burn. |
| | O: P.E. deferred in SHU |
| | A: Neck pain r/o DJD |
| | prob. Dyspepsia |
| | P: Rx Zantac 150 mg 1 tab BID x 30 days. R-2 |
| | C-spine requested |
| | warm compress affected area. |
| | I/m understood TX plan & advice |
| | f/u-up sq [illegible] prn. V. Tejada, MLP USP Lompoc [signature] |

HOSPITAL OR MEDICAL FACILITY: E. Villapondo, Pharm. Tech. USP LOMPOC

STATUS: H. Truong, R.Ph. USP Lompoc

DEPART./SERVICE

RECORDS MAINTAINED AT: USP Lompoc

SPONSOR'S NAME

SSN/ID NO.

RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.

WARD NO.

SENSITIVE LIMITED OFFICIAL USE

HILL, MICHAEL W.
#40428-133

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3/20/2001 | S. c/o itching between toes; tagamet causes |
| 1425 | HA; needs ASA (enteric) for arthritis Ⓡ shoulder |
| | O. AOx3, NAD, ambulatory |
| | cracks, redness between toes; |
| | Hx of arthritis shoulder |
| | A. Tinea Pedis, Arthritis, Dyspepsia |
| | P. Zantac 150mg. i tab BID x 30 days |
| | Tolnaftate cream #1, VAD; 1 refill |
| | ASA (enteric) 325mg. ii tab. q 4-6 hr. c̄ food for pain #45; 1 refill |
| | I/M told to ↑ fluids; avoid greasy, spicy foods. |
| | I/M advised + understood meds. + TX. |
| | Has consult to see orthopedist. |
| | RTC PRN. |
| | H. Truong, R. Ph USP Lompoc F. Croal PAC F. CROAL, PAC USP LOMPOC |
| 12/27/2001 | S. Anal itch x 2 days; bowels normal |
| 1124 | ∅ bleeding, ∅ hemorrhoids |
| | O. AOx3, NAD, ambulatory |
| | Anus - intact, ∅ hemorrhoids, ∅ bleeding |
| | A. Pruritus |
| | P. Anusol suppositories #1 box; VAD; 1 refill |
| | I/M advised as to hygiene |
| | I/M understood meds. + TX. |
| | RTC PRN. |
| | E. Villapondo, Pharm. Tech. USP LOMPOC F. Croal PAC F. CROAL, PAC USP LOMPOC |

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2-5-2001 (cont.) | A 3) Hyperacidity vs dyspepsia c reflux |
| | P) 1) Cimetidine 800mg q HS x 30 days |
| | 2) Motrin 400 mg qid - PRN x 15 days |
| | 3) Educated to R.O.M. & Active/Passive Exercising |
| | 4) Educated to medication & diagnosis |
| | 5) R.T.C. 30 days - PRN - [illegible] |
| | 6) All questions answered - |
| | H. Truong, R. Ph. USP Lompoc — K. Todd Assistant HSA USP Lompoc |
| 2-13-2001 1200 | Admin Entry: |
| | I/M c/o rt shoulder pain. X-ray showed some calcifications of the humeral head superolateral aspect. Refer to ORTHO for evaluation |
| | A. Salandanan Supervisory MLP USP Lompoc |
| FEB 26 2001 1600 | Orthopedic Consult reviewed. R.S. Pollock STERLING POLLOCK, M.D. |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| | | **SENSITIVE** |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

LIMITED OFFICIAL USE

HILL, MICHAEL W. #40428-133

DOB: 04-30-1957

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 01-11-2001 | BOP to DC back to BOP arrived |
| 1510 | at USP Lompoc 01-04-01 at 1251, |
| | without medical record, requested. |
| | D. Hill, HIT |
| | USP Lompoc |
| 1/18/2001 | S: I/M came in for nasal congestion & non productive |
| 1430 | coughing x 2 days. ⊖ fever, ⊕ smoker. Also states |
| BP= 123/63 | that he has arthritis of rt. shoulder & requests |
| PR= 71/min | aspirin for this. |
| T= 98.4 | O: VSS |
| | HEENT: Both TM's intact, ⊕ light reflex |
| | ⊕ congested nasal turbinates |
| | Throat: hyperemic, ⊖ exudate |
| | Neck: supple, ⊖ lymphadenopathy |
| | C/lungs: CTA, ⊖ wheezes, ⊖ rales |
| | Rt. shoulder: grossly normal, FROM, ⊖ crepitus, |
| | NV intact |
| | A: Arthritis, rt. shoulder |
| | Viral syndrome |
| | P: I/M instructed to ↑ oral fluids, salt water |
| | gargle |
| | 2 I/M instructed to cover mouth when coughing (OVER) |

**SENSITIVE**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| US PENITENTIARY | | LIMITED OFFICIAL USE | |
| SPONSOR'S NAME: LOMPOC, CA 93436 | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Hill, Michael
40428-133

REGISTER NO. | WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/18/2000 | continuation: |
| 1430 | > advice constant hand washing |
| | > warm compress + massage to rt. shoulder |
| | > Aspirin 325 EC ii tabs p.o. Q4-6 hours |
| | prn for pain + c/ food # 45 Rx |
| | > Tylenol 325 ii tabs p.o. Q4-hours prn for |
| | pain/HA # 40 |
| | > Humibid i tab p.o. BID x 7 days |
| | > Actifed i tab p.o. TID x 5 days |
| | > I/M advised to d/c smoking |
| | > I/M understood above plans + instructions |
| | > rtc prn |
| | H. Truong, R. Ph. USP Lompoc |
| | A. Rivera, MLP USP Lompoc |
| 2-5-2001 | S) Wants a thick mattress for a sore |
| 1430 | right shoulder - 2° → Fx) Dislocation 12-98 [illegible] |
| | [illegible] dislocation - 3-2000 - involved in |
| | altercation - |
| | 2) - c/o pain lt. Rhomboid [illegible] pressure |
| | or c release of pressure - |
| | 3) c/o belching - terrible taste in the throat |
| | gas + Dr. chest pain - |
| | O) 1) Good R.O.M. - Rt. - ↓ strength Rt. |
| Rt. Rhomboid | 2) Pinpt. pain - of Rhomboid - med. left. |
| | 3) Abd - soft pain - Normal B.S. - |
| | no masses or organomegaly - |
| | A) 1) Suspected D.J.D. - Rt. Shoulder 2° → Trauma |
| | 2) Trigger Point (nerve entrapment) Left for Rt. |

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT

U.S. Department of Justice

TB Clearance ☒ Yes ☐ No

1) PPD Completed: 11/11/00 Date

Results: Neg

2) CXR Completed: 11/10/00 Date

Neg

3) Health Authority Clearance: Clear

Sign [signature] Date 12/27/00

Note: Dates listed above must be within one year of this transfer.

## I. PRISONER/ALIEN

40428133

Name: Hill, Michael

Prisoner/Alien Reg. #: 404[illegible]

D.O.B: 10/14/72

Departed From: DC

Date Departed: 01-02-01

Destination:

Reason for Transfer: Non Medical

Dist. Name:

Dist. #

Date in Custody:

## II. Current Medical Problems

1.
2.
3.
4.
5.
6.

Medication Required For Care En Route

| Medication | Dose | Route | Instructions For Use (include proper time for Administering) | Stop |
|---|---|---|---|---|
| | | | | |

Additional Comments: 1/2/01 CXR WNL

LT. J. GENZER
RN, ICC
FTC, OKC

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR? ☒ Yes ☐ No If no, Why not?

Is prisoner medically able to travel by airplane? ☒ Yes ☐ No If no, Why not?

Is prisoner medically able to stay overnight at another facility on route to destination? ☒ Yes ☐ No If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status? ☐ Yes ☒ No If yes, state reason:

Does prisoner require any medical equipment while in transport status? ☐ Yes ☒ No If yes, What equipment?

**SENSITIVE**

Sign & Print Name- Certifying Health Authority: [signature] MSO 8315

Phone Number: (703) 6436363

Date Signed: 12/27/00

Form USM-553 (Est. 6/98)

Original-Upon Transfer

CXR ORDER DATE: ______

FOLLOW UP PPD, IF INDICATED AT FINAL DESTINATION.

SIGNATURE AND STAMP
Brian Cronenwett, LT
Registered Nurse
Federal Transfer Center, OKC, OK

Federal Transfer Center
Oklahoma City, OK
Date JAN 02 2001

Medication: ______ Yes ✓ No
Hot Meds: ______ Yes ✓ No
Meds Issued: ______ Yes ✓ No
Lice Seen: ______ Yes ✓ No

Signature & Stamp
Brian Cronenwett, LT
Registered Nurse
Federal Transfer Center, OKC, OK

Medication Times:
Once Daily = 6:00 AM
2x Daily = 6:00 AM & 3:30 PM
3x Daily = 6:00 AM, 11:30 AM, 3:30 PM
4x Daily = 6:00 AM, 11:30 AM, 3:30 PM, 8:30 PM
Cleared Pharmacy for Transfer.
FTC, Oklahoma City, OK

JAN 03 2001

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT

I. Name: HILL, Michael No. 40426-135

II. Departed From: FCI McKean On: 1-27-1992
Name of Institution Date

III. Destination USM DC
Name of Institution

IV. Reason for Transfer: Non-Medical

PHOTOGRAPH

V. Major Diagnosis: EHIN

VI. Medication for Care Enroute: None

VII. Special Instructions*: None

VIII. Work Classification:
(xx) Regular ( ) Food Service Qualified ( ) Restrictions (explain)

Recreation Classification:
(x) Regular
( ) Restrictions (explain)

Housing
xx Regular
( ) Other

Certifying Medical Staff Member

## PROGRESS NOTES ENROUTE

| Date | Time | Institution* | Symptoms, Findings, Medications, Treatment, Orders, etc. |
|---|---|---|---|
| | | | |

**SENSITIVE**
LIMITED OFFICIAL USE

INSTRUCTIONS: Original, shall be delivered to Officer in Charge of shipment, who will carry them on a clip board for ready reference and turn them over to the receiving medical personnel at holdover institutions, where they shall serve in lieu of other medical forms. Carbon copy to be packed with prisoner's individual medical file. Bus Drivers will pick up originals from medical department at each holdover institution when shipment is ready to proceed and eventually deliver them to the medical staff at receiving institution. Enter all medical transactions enroute, adding additional sheets, or other records as necessary.
* Signify "Bus" where indicated.

ORIGINAL – Transporting Officer
CANARY COPY – To be placed in Unit Health Record, top page in position one
PINK COPY – To be retained at the Transferring Institution as Backup