# EXHIBIT
# 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Michael Hill,
                    PLAINTIFF

                                        Civil Action No. 03-323

v.                                      Judge McLaughlin
                                        Magistrate Judge Baxter

JOHN LAMANNA, ET AL.,
                    DEFENDANTS

DECLARATION OF MARTIN SAPKO, FACTORY MANAGER

1.    I am the Factory Manager of the Federal Prisons Industries,
      Inc. (FPI or trade name UNICOR) factory at the Federal
      Correctional Institution (FCI) in McKean, Pennsylvania.  I
      have been employed in this capacity since approximately
      February 27, 2000.  As the Factory Manager at FCI McKean, I
      oversee and direct the operations of the UNICOR  furniture
      factory at FCI McKean.

2.    I understand inmate Michael Hill, Register Number 40428-133,
      has filed the above-captioned civil action in the United
      States District Court for the Western District of
      Pennsylvania, naming me as a defendant.  Inmate Hill
      alleges, among other things, that he was exposed to
      hazardous air-borne particulates at his inmate work
      assignment in the UNICOR factory at FCI McKean, and was not

issued proper safety equipment which would permit him to
safely work under the conditions present in the UNICOR
factory.   He further alleges that when he filed a Request
for Administrative Remedy complaining of the conditions in
UNICOR, staff at FCI McKean, including myself, retaliated
against him by forcibly removing from his UNICOR work
assignment, and later having him reassigned to a less
desirable work assignment in the UNICOR factory.

3.    FPI is a wholly-owned government corporation, created by
Congress in 1934 with the mission of providing work
simulation programs and training opportunities for inmates
confined in federal correctional facilities.   In order to
achieve this goal, FPI operates factories in over 100
locations across the country.   It manufactures products and
services in seven different business groups: Electronics,
Clothing & Textiles, Fleet Management & Vehicular
Components, Services, Office Furniture, Recycling, and
Industrial Products.

4.    Typically, each prison (with the exception of minimum
security and administrative/pretrial facilities) in the
Federal system contains one UNICOR factory which is a
division of one of the above referenced business groups.   At

-2-

all times relevant to this case, the factory at FCI McKean
was part of the Office Furniture Business Group.   It is
UNICOR's goal to employ a minimum of 25% of all eligible
inmates incarcerated in the federal system.

5.    Decisions relating to the hiring and removal of inmates from
FPI work assignments are governed by BOP Program Statement
8120.02, FPI Work Programs for Inmates. **Attachment A is a
true and correct copy of Program Statement 8120.02, FPI Work
Programs for Inmates.**

6.    Inmate Hill was first assigned to the UNICOR factory on
August 1, 2002, and was assigned to a position in the
evening shift in Layup 2.  The Layup 2 work assignment is
located in the packing area.  Duties in this work assignment
included cleaning boards, building palettes, and loading
products onto pallets to prepare for shipping.  Notably,
inmates assigned to Layup 2 do not work with Micore Fiber
Board or Lokweld adhesive.  In fact, the Layup 2 work area
is located in a completely separate area in the factory
which is not typically exposed to the Micore or Lokweld work
stations. **Attachment B is a true and correct copy of inmate
Hill's work history.**

-3-

7.    The UNICOR factory at FCI McKean is equipped with two dust
      collection systems, each consisting of large dust
      collectors, extensive duct work, fans, vacuums and a waste
      portal.  The dust collectors have been operational in the
      UNICOR factory at FCI McKean since approximately September
      11, 1989, and each of the two dust collectors have the
      capacity to move  34,000 cubic feet of air per minute from
      the UNICOR factory.  **Attachment C is a true and correct
      copy of Submittal Data regarding the dust collection system
      in use at FCI McKean (2 dust identical dust collection
      units).**

8.    The dust collection system is connected to the furniture-
      manufacturing machinery in the UNICOR building.  According
      to operational procedures in the UNICOR factory at FCI
      McKean, the manufacturing machinery is not to be operated
      unless the dust collection system is turned on first.

9.    Micore Board is initially cut to size on the SCMI Horizontal
      Beam Panel Saw. This machine has two dust collection
      connections: (1)  a six inch port connected to the bottom
      and (2) a five inch port connected to the top portion of the
      machine.  Each of these connections provide dust collection
      to the saw blade at the point of machining.  In the next

-4-

step of the process, the four edges of the Micore Board are shaped on the Delta Shaper machine. This machine has one four inch port connected to the shaper fence, which supplies dust collection directly at the point of machining. In the third and final machining operation, the Onsrud Inverted Router is used to create a pocket in the back side of the Micore Board for support brackets. This operation is only done to half the quantity ordered. This machine has a six inch port connected to the bottom supplying dust collection directly to the point of machining and a four inch port connected to a hood located directly over the point of machining to supply dust collection for particles, if any, that are not collected from the bottom. All of the aforementioned machines are connected to the main dust collection plenum leading to one of the two main dust collection systems.

10. Dust and air entering the dust collection system through spiral pipes such as the ones described above, are moved by fans within the dust collection system from the machinery process through smooth round ducts, to a large vacuum located on the outside of the building. The spiral pipes referenced above, are actually smooth on the inside for better dust collection. The vacuum pulls dust and air from

the factory to one of the two large cone-shaped filter houses where air is filtered and dust is evacuated into to a hopper, which is also located outside of the UNICOR building.  The filtered air is then returned to the factory though square ducts.  The dust that is filtered from the factory air is collected in a hopper and disposed at a site away from FCI McKean and the UNICOR factory.  **Attachment D is a true and correct copy of photographs taken on January 13, 2005, depicting the dust collection system at the UNICOR factory at FCI McKean.  Attachment E is a true and correct copy of a diagram of the air filter house depicting the internal components.**

11.  To the best of my recollection, inmate Hill did not report any work-related injuries or illnesses to me, nor did he request any special safety equipment that he could use at his inmate work assignment.

12.  To the best of my knowledge and recollection, inmates assigned to work assignments in the UNICOR factory at FCI McKean were required to wear hearing protection and goggles. Dust masks and gloves were available to inmates upon request from their work supervisors.  If an inmate were to request special safety equipment to use during his work assignment,

-6-

arrangements would be made through the Safety Department to furnish the appropriate equipment.  Inmate Hill never requested a dust mask or a respirator to use at his inmate work assignment.  If he had done so, an appropriate accommodation would have been made.

13.    Under no circumstances would I ever alter any Material Safety Data Sheet (MSDS) in the UNICOR factory, nor would I direct any person in the institution (be they staff or inmate) to alter the MSDS sheets in the UNICOR factory.

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.

_Martin Sapko_                                    _1/25/06_
Martin Sapko                                       Date
UNICOR Factory Manager
FCI McKean