# ATTACHMENT B

```
BOPUK  531.01  *                INMATE HISTORY              *    02-09-2006
PAGE  001      *                  WRK DETAIL                *    11:16:11

REG NO..: 40428-133  NAME....: HILL, MICHAEL W
CATEGORY: WRK        FUNCTION: PRT          FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| GIL | SHU UNASSG | SPECIAL HOUSING UNASSG | 01-25-2006 1210 | CURRENT |
| GIL | C2 LAUNDRY | C2 LAUNDRY ORDERLY | 12-13-2005 1557 | 01-25-2006 1210 |
| GIL | C2 LAUNDRY | C2 LAUNDRY ORDERLY | 12-07-2005 1752 | 12-13-2005 1200 |
| GIL | C2 LAUNDRY | C2 LAUNDRY ORDERLY | 10-28-2005 1332 | 12-07-2005 1206 |
| GIL | C2 UNT ORD | C2 UNIT ORDERLY | 10-03-2005 1152 | 10-28-2005 1332 |
| GIL | C2 UNT ORD | C2 UNIT ORDERLY | 09-04-2005 0001 | 10-03-2005 0655 |
| GIL | UNASSG-S | UNASSIGNED - SHU RELEASE | 09-01-2005 1304 | 09-04-2005 0001 |
| GIL | SHU UNASSG | SPECIAL HOUSING UNASSG | 08-31-2005 1649 | 09-01-2005 1304 |
| GIL | C2 LAUNDRY | C2 LAUNDRY ORDERLY | 08-15-2005 1833 | 08-31-2005 1649 |
| GIL | C2 LAUNDRY | C2 LAUNDRY ORDERLY | 05-23-2005 1554 | 08-15-2005 1405 |
| GIL | C2 LAUNDRY | C2 LAUNDRY ORDERLY | 04-01-2005 0001 | 05-23-2005 1106 |
| GIL | UNASSG | UNASSIGNED | 03-23-2005 1722 | 04-01-2005 0001 |
| GIL | UNASSG | UNASSIGNED | 03-01-2005 0001 | 03-23-2005 1026 |
| GIL | EDUC PM | EDUCATION PM | 01-20-2005 1845 | 03-01-2005 0001 |
| GIL | EDUC PM | EDUCATION PM | 11-10-2004 1728 | 01-20-2005 0713 |
| GIL | EDUC PM | EDUCATION PM | 09-09-2004 1625 | 11-10-2004 1016 |
| GIL | EDUC PM | EDUCATION PM | 09-08-2004 0001 | 09-09-2004 1359 |
| GIL | UNASSG | UNASSIGNED | 09-05-2004 0641 | 09-08-2004 0001 |
| GIL | SHU UNASSG | SPECIAL HOUSING UNASSG | 09-02-2004 1439 | 09-05-2004 0641 |
| GIL | SHU UNASSG | SPECIAL HOUSING UNASSG | 09-02-2004 0248 | 09-02-2004 0814 |
| GIL | EDUC PM | EDUCATION PM | 07-19-2004 1453 | 09-02-2004 0248 |
| GIL | EDUC PM | EDUCATION PM | 06-18-2004 0001 | 07-19-2004 0911 |
| GIL | UNASSG | UNASSIGNED | 06-14-2004 0817 | 06-18-2004 0001 |
| GIL | SHU UNASSG | SPECIAL HOUSING UNASSG | 06-11-2004 0815 | 06-14-2004 0817 |
| GIL | EDUC PM | EDUCATION PM | 03-24-2004 1513 | 06-11-2004 0815 |
| GIL | EDUC PM | EDUCATION PM | 02-07-2004 0001 | 03-24-2004 1305 |
| GIL | UNASSG | UNASSIGNED | 01-28-2004 0934 | 02-07-2004 0001 |
| GIL | SHU UNASSG | SPECIAL HOUSING UNASSG | 01-22-2004 2030 | 01-28-2004 0934 |
| GIL | EDUC PM | EDUCATION PM | 01-15-2004 0001 | 01-22-2004 2030 |

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| GIL | EDUC AM | EDUCATION AM | 01-14-2004 0001 | 01-15-2004 0001 |
| GIL | A&O | A&O | 12-23-2003 1031 | 01-14-2004 0001 |
| MCK | LAUNDRY | LAUNDRY | 12-01-2003 0001 | 12-23-2003 0340 |
| MCK | UNASSG | UNASSIGNED | 11-13-2003 0001 | 12-01-2003 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 10-15-2003 0001 | 11-13-2003 0001 |
| MCK | VACATION | VACATION | 10-14-2003 0001 | 10-15-2003 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 10-05-2003 0001 | 10-14-2003 0001 |
| MCK | CONV | CONVALESCENT | 09-26-2003 0946 | 10-05-2003 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 09-26-2003 0001 | 09-26-2003 0946 |
| MCK | IDLE | IDLE | 09-18-2003 1328 | 09-26-2003 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 09-04-2003 0001 | 09-18-2003 1328 |
| MCK | UNASSG | UNASSIGNED | 08-20-2003 0001 | 09-04-2003 0001 |

G0002          MORE PAGES TO FOLLOW . . .

```
   BOPUK   531.01  *                INMATE HISTORY              *     02-09-2006
   PAGE 002         *                  WRK DETAIL               *     11:16:11
```
REG NO..: 40428-133  NAME....: HILL, MICHAEL W
CATEGORY: WRK        FUNCTION: PRT           FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | I PROD.1 | PRODUCTION 1 | 08-19-2003 0001 | 08-20-2003 0001 |
| MCK | UNASSG | UNASSIGNED | 08-13-2003 0001 | 08-19-2003 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 08-11-2003 0001 | 08-13-2003 0001 |
| MCK | IDLE | IDLE | 08-05-2003 1320 | 08-11-2003 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 07-22-2003 0001 | 08-05-2003 1320 |
| MCK | VACATION | VACATION | 07-21-2003 0001 | 07-22-2003 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-24-2003 0001 | 07-21-2003 0001 |
| MCK | COMPND PM | FCI COMPOUND PM | 06-06-2003 0001 | 06-24-2003 0001 |

| | | | | |
|---|---|---|---|---|
| MCK | UNASSG | UNASSIGNED | 05-24-2003 0001 | 06-06-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 03-03-2003 0001 | 05-24-2003 0001 |
| MCK | UNASSG | UNASSIGNED | 02-27-2003 1312 | 03-03-2003 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 02-25-2003 0937 | 02-27-2003 1312 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 01-07-2003 0001 | 02-25-2003 0937 |
| MCK | UNASSG | UNASSIGNED | 12-27-2002 1316 | 01-07-2003 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 11-15-2002 1306 | 12-27-2002 1316 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 10-21-2002 0001 | 11-15-2002 1306 |
| MCK | CMSLANDIN2 | INSIDE LANDSCAPE FULL-TIME | 10-09-2002 0001 | 10-21-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 10-03-2002 1106 | 10-09-2002 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 08-24-2002 1747 | 10-03-2002 1106 |
| MCK | CONV | CONVALESCENT | 08-23-2002 1325 | 08-24-2002 1747 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 08-01-2002 0001 | 08-23-2002 1325 |
| MCK | LAUNDRY | LAUNDRY | 10-30-2001 0001 | 08-01-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 10-23-2001 1215 | 10-30-2001 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 10-18-2001 1710 | 10-23-2001 1215 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-09-2001 1808 | 10-18-2001 0746 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 09-26-2001 1630 | 10-09-2001 0910 |
| LOM | DET UNASSG | UNASSIGNED SEGREGATION INMATES | 07-24-2001 1656 | 09-26-2001 0948 |
| LOM | VT SOLDER | VT SOLDERING COURSE | 06-21-2001 0001 | 07-24-2001 1656 |
| LOM | UNASSG | UNASSIGNED WORK DETAIL | 06-19-2001 1328 | 06-21-2001 0001 |
| LOM | DET UNASSG | UNASSIGNED SEGREGATION INMATES | 04-02-2001 1842 | 06-19-2001 1328 |
| LOM | DET UNASSG | UNASSIGNED SEGREGATION INMATES | 04-02-2001 1842 | 06-13-2001 0844 |
| LOM | VT SOLDER | VT SOLDERING COURSE | 01-24-2001 0001 | 04-02-2001 1842 |
| LOM | A&O PROG | A&O UNIT PROGRAM | 01-04-2001 1251 | 01-24-2001 0001 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 01-02-2001 2215 | 01-04-2001 0700 |
| PET | UNASSG | UNASSIGNED WORK DETAIL | 02-05-1992 1813 | 03-12-1992 0541 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 01-27-1992 1532 | 02-05-1992 0832 |
| MCK | A&O | ADMISSION & ORIENTATION | 01-27-1992 1052 | 01-27-1992 1053 |
| MCK | COMMUN SHP | COMMUNICATIONS SHOP | 01-16-1992 1550 | 01-27-1992 1051 |
| MCK | COMMUN SHP | COMMUNICATIONS SHOP | 01-02-1992 0001 | 01-14-1992 2051 |
| MCK | IDLE | IDLE | 12-30-1991 1330 | 01-02-1992 0001 |

```
MCK     COMMUN SHP COMMUNICATIONS SHOP            12-13-1991 0001 12-30-1991 1330



G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK  531.01 *          INMATE HISTORY           *    02-09-2006
PAGE 003 OF 003 *            WRK DETAIL             *    11:16:11

   REG NO..: 40428-133 NAME....: HILL, MICHAEL W
   CATEGORY: WRK        FUNCTION: PRT          FORMAT:

FCL     ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP   DATE/TIME
MCK     IDLE       IDLE                           12-10-1991 1118 12-13-1991 0001
MCK     COMMUN SHP COMMUNICATIONS SHOP            12-05-1991 0001 12-10-1991 1118
MCK     VACATION   VACATION                       11-26-1991 0001 12-05-1991 0001
MCK     COMMUN SHP COMMUNICATIONS SHOP            11-08-1991 1007 11-26-1991 0001
MCK     SHU UNASSG SHU UNASSIGNED                 11-01-1991 1324 11-08-1991 1007
MCK     COMMUN SHP COMMUNICATIONS SHOP            11-28-1990 0001 11-01-1991 1324
MCK     FACL       FACILITIES OFFICE              11-27-1990 0001 11-28-1990 0001
MCK     A&O        ADMISSION & ORIENTATION        11-16-1990 0930 11-27-1990 0001
LEW     UNASSG     UNASSIGNED WORK DETAIL         11-14-1990 1620 11-16-1990 0551
ERE     ADM DET    ADMINISTRATIVE DETENTION       11-02-1990 2030 11-14-1990 0730
PHX     COMM SHOP  COMMUNICATIONS SHOP            12-21-1989 0001 11-02-1990 1255
PHX     A & O      A & O WORK DETAIL (MOJAVE A)   11-16-1989 1600 12-21-1989 0001
ERE     UNASSG     UNASSIGNED WORK DETAIL         11-13-1989 1500 11-16-1989 0545
TDG     UNASSG     UNASSIGNED WORK DETAIL         10-11-1989 0930 11-13-1989 0343
PET     UNASSG     UNASSIGNED WORK DETAIL         09-28-1989 1716 10-10-1989 0620
PET     ELECTRONIC ELECTRONIC                     05-13-1982 2359 08-27-1982 1003
PET     GED AM     GENERAL EQUIVALENCY DIPLOMA AM 05-28-1982 2359 06-01-1982 2359
PET     ORIENT A&O ORIENTATION A&O UNIT           04-22-1982 1530 05-13-1982 2359
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```