# ATTACHMENT C



# SUBMITTAL DATA

☒ OPEN RADIAL
☐ TYPE P
INDUSTRIAL EXHAUSTERS
Arrangement 1

IAP INC.
P.O. BOX 56
PHILLIPS, WI 54555
715/339-3024

**ROTATION DISCHARGE POSITIONS**
(Clockwise sho[wn])

CUSTOMER: Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | CUSTOMER P.O./JOB# | DATE | SALES OFFICE |
|---|---|---|---|---|
| 1 | 2 | VWA0870 / 890843 | 9/11/89 | UAS |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD / SPEC | ROTATION (viewed from drive side) CLOCKWISE / COUNTERCLOCKWISE |
|---|---|---|---|---|---|
| 37 | ☒ | ☐ | ☒ | ☒ UB ☐ | 1 ☒  /  1 ☒ |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

**YES    ACCESSORIES**    **SPECIAL INSTRUCTIONS**

```
              BOLTED   HINGED   RAISED
☐ ACCESS DOOR   ☐        ☐        ☐

☐ DRAIN PLUG

☐ SPLIT HOUSING       ☐ SPLIT BOX
              FLANGED DRILL   SCREEN   BOX
☐ INLET         ☐      ☐        ☐      ☐
                    EXTERNAL
☐ INLET VANE          ☐
                         DRILL
☒ FLANGED OUTLET          ☐
              PARALLEL OPPOSED INLET OUTLET MANUAL AUTO
☐ DAMPER        ☐      ☐       ☐     ☐      ☐     ☐
              STANDARD HI-TEMP  OTHER
☒ PAINT         ☒        ☐        ☐
              SHAFT   BELT   COUPLING
☐ GUARDS        ☐      ☐       ☐

☐ PLUG COOLER

☐ SHAFT COOLING WHEEL
              STANDARD       GAS TIGHT
☐ SHAFT SEALS    ☐              ☐
              TYPE  A    B    C
☐ SPARK RESISTANCE  ☐    ☐    ☐
              RIS  SPRING           W  X  Y  Z
☐ INTEGRAL BASE ☐    ☐    MOTOR POSITION ☐ ☐ ☐ ☐

☐ MOTOR    SUPPLIED BY: IAP ☐    OTHERS ☐

           MOUNTED BY: IAP ☐     OTHERS ☐

              HP  RPM  DUTY   ENCL         FRAME
☐ DRIVE       V-BELT ☐  C.S. ☐   ADJ ☐
              INLET   OUTLET
☐ SILENCER     ☐       ☐

☐ TRANSITIONS

☐ ROTABLE HOUSINGS

☐ FILTER BOXES
```

CERTIFIED FOR CONSTRUCTION
IAP, Inc.
PHILLIPS, WISCONSIN
SEP 11 1989
BY Robert M Shue    DATE

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.    IAP, Inc.

Rotation Discharge Positions:
- Up Blast CW 360
- Top Angular U[p] CW 45
- Top Horizontal CW 90
- Top Angular Dow[n] CW 135
- Down Blast CW 180
- Bottom Angular Do[wn] CW 225
- Bottom Horizont[al] CW 270
- Bottom Angular [] CW 315

FORM RP-1



**IAP, INC.**
P.O. BOX 58
PHILLIPS, WI 54555
715/339-3024

# SUBMITTAL DATA

☒ OPEN RADIAL
☐ TYPE P
INDUSTRIAL EXHAUSTERS
Arrangement 1

ROTATION DISCHARGE POSITIONS
(Clockwise shown)

CUSTOMER: Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | CUSTOMER P.O./JOB# | | DATE | SALES OFFICE |
|---|---|---|---|---|---|
| 1 | 2 | VWA0870 / 890843 | | 9/11/89 | UAS |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD / SPEC | ROTATION (viewed from drive side) CLOCKWISE / COUNTERCLOCKWISE |
|---|---|---|---|---|---|
| 37 | ☒ | ☐ | ☒ | ☒ STD / ☐ UB | 1 ☒ / 1 ☒ |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

**YES  ACCESSORIES**

☐ ACCESS DOOR   BOLTED ☐   HINGED ☐   RAISED ☐
☐ DRAIN PLUG
☐ SPLIT HOUSING   ☐ SPLIT BOX
☐ INLET   FLANGED ☐   DRILL ☐   SCREEN ☐   BOX ☐
☐ INLET VANE   EXTERNAL ☐
☒ FLANGED OUTLET   DRILL ☐
☐ DAMPER   PARALLEL ☐   OPPOSED ☐   INLET ☐   OUTLET ☐   MANUAL ☐   AUTO ☐
☒ PAINT   STANDARD ☒   HI-TEMP ☐   OTHER ☐
☐ GUARDS   SHAFT ☐   BELT ☐   COUPLING ☐
☐ PLUG COOLER
☐ SHAFT COOLING WHEEL
☐ SHAFT SEALS   STANDARD ☐   GAS TIGHT ☐
☐ SPARK RESISTANCE   TYPE A ☐   B ☐   C ☐
☐ INTERGAL BASE   RIS ☐   SPRING ☐   MOTOR POSITION   W ☐ X ☐ Y ☐ Z ☐
☐ MOTOR   SUPPLIED BY: IAP ☐   OTHERS ☐
            MOUNTED BY: IAP ☐   OTHERS ☐

| | HP | RPM | DUTY | ENCL | | FRAME |
|---|---|---|---|---|---|---|
| ☐ DRIVE | | V-BELT ☐ | C.S. ☐ | ADJ ☐ | | |
| ☐ SILENCER | INLET ☐ | OUTLET ☐ | | | | |

☐ TRANSITIONS
☐ ROTABLE HOUSINGS
☐ FILTER BOXES

**SPECIAL INSTRUCTIONS**

CERTIFIED FOR CONSTRUCTION
IAP, Inc.
PHILLIPS, WISCONSIN

BY *Robert M Shue*   DATE SEP 11 1989

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.   IAP, Inc.

**Rotation Discharge Positions:**
- Up Blast CW 360
- Top Angular Up CW 45
- Top Horizontal CW 90
- Top Angular Down CW 135
- Down Blast CW 180
- Bottom Angular Down CW 225
- Bottom Horizontal CW 270
- Bottom Angular Up CW 315

FORM RP-1