# ATTACHMENT D

## SCMI Horizontal Beam Panel Saw



Photo Number i

**Delta Shaper**



Photo Number ii

**Onsrud Inverted Router**



Photo Number iii

## SCMI Horizontal Beam Panel Saw with Flexible Duct Pipe
## Leading to Smooth Round Duct



Photo Number iv



Photo Number v

Horizontal Beam Power Saw with Portal Leading to Duct System

**Delta Shaper (Close-up) With Flexible Duct Pipe Leading to Duct System**



Photo Number vi

**Delta Shaper with Flexible Duct Pipe**



Photo Number vii

## Onsrud Inverted Router with Flexible Duct Pipe Leading to Smooth Duct System



Photo Number viii

## Connection of Flexible Duct Pipe
## to Round Duct to Remove Dust and Air to the Filter System



Photo Number ix



Photo Number x

Interior of UNICOR Factory Showing Network of Round Ducts Leading from Machines to Outside Air Filter House

**Inside of UNICOR Building Showing Round Ducts Leading from Machines to Filter House**



Photo Number xi

**Round Duct Exiting the UNICOR Factory, Connecting with the Vacuum, and Continuing from the Vacuum to the Dust Filter House**



Photo Number xii

**Filtration Chamber of Dust Collection System, with Round Ducts Transporting Dust and Air into Large Air Filtration Chamber, and Square Ducts Directing Filtered Air From Filter Chamber Back to the UNICOR Building.**



Photo Number xiii

**Vacuum Unit Leading Air and Dust from Factory to Filter House**



Photo Number xiv

**Dust Collection System - Cone-Shaped Filter Houses, with Round Duct Connecting at Lower Side Carrying Air and Dust from Factory into the Filter, Square Duct from Top Side of Filter Carrying Filtered Air to Factory, and Pipe Leading From Bottom of Filter Carrying Dust and Waste to Hopper**



Photo Number xv