# ATTACHMENT
# E

## MAC MODEL MCF FILTER

This is a large piece of equipment. When received, the Packing List should be checked against the material received. If any shortages occur, they should be reported to the freight carrier immediately.



- AIR SUPPLY LINE FROM PUMP PACKAGE
- 1" NPT ELECTRICAL CONNECTION
- SERVICE DOOR
- AIR OUTLET
- ⅛" NPT
- HIGH ENTRY AIR INLET
- SERVICE PLATFORM WITH LADDER AND SAFETY CAGE
- EXPLOSION VENT
- MANHOLE WITH QUICK-OPEN VIEW PORT
- DISCHARGE AUGER
- OPTIONAL AIRLOCK
- STRUCTURAL FRAME AND LEGS (OPTIONAL)

**FULL-WELDED HOUSING**