# ATTACHMENT A

**Department of of Justice**
**Federal Prison System**

*Federal Correctional Institution*
*FCI McKean County, PA*

Number: HSU 16
Date: February 10, 2004
Subject: A & O Lesson (FCI and FPC)

**HEALTH SERVICES UNIT**

**PROCEDURE STATEMENT**

# SECTION XVI
# ADMISSION AND ORIENTATION PRESENTATION

Reviewed
2/10/04
[illegible]

# ADMISSION & ORIENTATION
# TABLE OF CONTENTS

I. GENERAL GUIDELINE .... XVI: A&O ... 3

A. LESSON STRATEGY .... XVI: A&O ... 3

B. COURSE OBJECTIVES .... XVI: A&O ... 3

C. LESSON PLAN .... XVI: A&O ... 4

D. TEACHING PLAN .... XVI: A&O ... 4

II. PURPOSE .... XVI: A&O ... 4

III. SCOPE .... XVI: A&O ... 5

IV. TOPICS OF INSTRUCTION .... XVI: A&O ... 5

A. STAFFING .... XVI: A&O ... 5

B. SICK CALL APPOINTMENTS .... XVI: A&O ... 5

C. EMERGENCY MEDICAL TREATMENT .... XVI: A&O ... 6

D. EVENING, WEEKEND, HOLIDAY SCHEDULE .... XVI: A&O ... 6

E. MEDICATIONS - PILL LINE .... XVI: A&O ... 6

F. OVER THE COUNTER MEDICATION.... XVI: A&O.... 7

G. DENTAL EXAMINATIONS .... XVI: A&O ... 8

H. PHYSICAL EXAMINATIONS .... XVI: A&O ... 8

I. UNAUTHORIZED VISITS. .... XVI: A&O ... 9

J. CALL OUTS .... XVI: A&O ...9

K. HIV/AIDS .... XVI: A&O ...9

L. TUBERCULOSIS .... XVI: A&O ...9

M. PATIENT'S RIGHTS .... XVI: A&O ...10

N. GENERAL DISCUSSION .... XVI: A&O ...12

HEALTH SERVICES UNIT
Policy & Procedure

# ADMISSION AND ORIENTATION

## I. GENERAL GUIDELINE

### A. LESSON STRATEGY

During Admission and Orientation, new commitments are provided with guidelines on how to access medical/dental treatment and care. The information is presented verbally by a member of the medical staff designated by the Health Services Administrator. The information necessary for admission and orientation to medical services at this institution is also provided in the "Inmate Handbook".

1. The manner in which health care services are accessed will be clearly described to the new commitments (at the FCI and FPC) in order that they may have access to those services.

2. New commitments will become aware of the formal structure as it is designed for the equal provision of medical services to all inmates.

3. All inmates will be made aware that all inmates who wish to attend sick call are permitted to do so.

### B. COURSE OBJECTIVES

1. Inmates will be advised of their right of access to medical care.

2. Inmates will be informed of the ways to acquire medical attention and dental care through sick call.

3. Inmates will be advised of the way to obtain optometric attention.

4. Inmates will be informed of the availability of emergency medical care at the FCI and FPC, according to their location.

5. Inmates will be informed of what they are to do in the event that they are injured.

6. Inmates will be advised of the procedure regarding the dispensing of medication at the pharmacy pill lines. The times of pill lines at the FCI and FPC will be described.

C. **LESSON PLAN**

1. Infectious disease (HIV-AIDS) and other infectious disease; (Hepatitis & Tuberculosis).

2. Medical staff (DIRECT COMMUNICATION WITH MEDICAL STAFF USING BP-148, REQUEST FORM).

3. Sick call and Call out (appointments).

4. Dental care.

5. Injuries and medical emergencies.

6. Health Services Administration.

7. Optometric examinations.

8. Annual physical exams, Biennial exams and pre- release exams.

9. The right to medical attention.

D. **TEACHING PLAN**

1. Film presentation (AIDS/HIV COUNSELING).

2. Lecture.

3. Question and answer.

4. Inmate handbook.

5. AIDS Information for Inmates. Pamphlets for distribution to inmates in the Federal Bureau of Prisons provided by the Health Services Division.

6. Patient's Rights.

II. **PURPOSE**

The purpose of this procedure statement is to delineate, for the assigned medical staff member, the types of information that must be covered in the A & O

presentation at the Federal Correctional Institution McKean County, PA.

## III. SCOPE

Inmates newly designated to FCI, McKean shall attend an A & O lecture pertaining to Medical and Dental Services. A lecture is presented usually on Tuesday at 7:45 A.M. at the FCI and on every other Wednesday at 9:30 AM at the FPC, by an assigned medical staff member, to inform new commitments and transferee's concerning major medical functions, daily practices, and program availability. Also, at this gathering, the most recent of a series of informative AIDS videos will be shown.

## IV. TOPICS OF INSTRUCTION

### A. STAFFING

Primarily medical, dental and psychiatric services, are rendered on an outpatient basis.

At full staffing, FCI/FPC McKean Health Services Unit will consist of the following (or a combination of personnel as necessary):

1 -- Health Services Administrator
1 -- Assistant HSA/Supervisory Mid-Level Practitioner
2 -- Physicians
1 -- Dentist
5 -- MLP's
2 -- Paramedics
2 -- Medical Records Technicians
1 -- Pharmacist
1 -- Health Services Program Assistant
1 -- LPN

In addition, various support services are contracted, e.g. ophthalmology, optometry, orthopedics, radiology, and internal medicine.

Community hospitalization is available for those **requiring** services beyond the limitation's Health Services Unit.

### B. SICK CALL APPOINTMENTS

Inmates, at the **FCI**, who wish to receive routine medical or dental health care will present themselves, with their ID card, to the Health Services Unit between the

hours of 6:15 - 6:45 AM on Monday, Tuesday, Thursday and Friday. Note: Wednesdays are set aside to perform physicals and emergencies. Appointment times may be prioritized according to severity of each medical problem (triage). Those cases requiring evaluation urgently will be scheduled for the day they make the appointment. **Wednesdays** are for scheduled clinics and routine physicals. **Emergencies will be seen immediately, non-emergency requests will be deferred to another day.** Eye examinations will be scheduled upon receipt of a cop-out from the inmate. Dental sick call requests will report to the HSU at the same time as for medical sick call. All dental sick call requests will be triaged beginning at 7:00 A.M. Other dental care will be scheduled upon receipt of a cop-out from the inmate.

Inmates, at the **FPC**, who wish to receive routine medical care will present with their ID card, to the Health Services Unit at the FPC, between the hours of 7:00AM to 7:15 AM on Monday, Tuesday, Thursday and/or Friday. Dental sick call will be scheduled only on Thursdays until further notice. In all other regards the routine at the FPC is the same as at the FCI.

## C. EMERGENCY MEDICAL TREATMENT

Inmates who become ill after sick call appointment sign-up must request the detail supervisor or unit officer to call the medical department to the Duty MLP for assistance. Emergencies or injuries will be handled as they occur. Outside emergency medical care is available for those cases beyond the scope of the Institution Health Services Unit. This procedure shall be the same at the FCI and FPC.

## D. EVENING, WEEKEND, HOLIDAY SCHEDULE

Evenings, weekends and holidays are for the treatment of acute medical problems usually, not for routine procedures normally handled at sick call. At least one of the clinical medical staff is on duty 11 hours a day, 7 days a week. A physician is on call after hours.

## E. MEDICATIONS - PILL LINES

### FCI Medication Lines:

Pill Line (for controlled or restricted medications) will be open at the following times:

Weekdays at FCI:

| | |
|---|---|
| 6:00 AM - 6:15 AM | Insulin Only!!! |
| 6:45 AM - 7:00 AM | Pill-line &Prescription pick up available |
| 11:30 AM - 12:15 PM | Pill-line &Prescription pick up available |
| 3:15 PM - 3:30 PM(recall) | Prescription pick up only!!! |

| | |
|---|---|
| 5:00 PM - 5:15 PM | Insulin Only!!! |
| 7:30 PM - 7:45 PM | Pill line Only!!! |

Weekends and Holidays at FCI:

| | |
|---|---|
| 7:00 AM - 7:15 AM | Insulin Only!!! |
| 7:15 AM - 7:30 AM | Pill line Only!!! |

Remaining medication lines will be at the same times as weekdays. Prescriptions shall be distributed only at the designated lines on weekdays. No prescriptions are distributed on evenings, holidays or weekends except in emergencies or with prior approval through medical staff.

**FPC Medication Lines:**

Medication will be dispensed at the FPC at the following times:

Weekdays:

| | |
|---|---|
| 6:45 - 7:00 AM | Insulin and medications |
| 6:30 - 6:45 PM | Insulin and medications |

Prescriptions may be picked up at either line.

Weekends and holidays:

| | |
|---|---|
| 8:30 - 8:45 AM | Insulin and medications |
| 6:30 - 6:45 PM | Insulin and medications |

**Over-the-Counter (OTC) Medications**

The institution commissary will stock at least 25 OTC medications. Pharmacy will not provide OTC medications available in commissary unless there is an immediate medical need for the medication. Only medications on the current formulary would be issued. Inmates should fail OTC medications before being prescribed a similar prescription medication. Healthcare providers may review an inmate's commissary record.

Inmates without funds (indigent) will be defined as having an average trust fund account balance of less than $6.00 for the past 30 days. An inmate considered being indigent may request OTC medications, without using sick call, from the pharmacy with the OTC request list. Inmates will only be allowed to choose 2 items per week and are limited to the monthly allowance of each drug. An indigent inmate may obtain additional OTC medications through sick call if health services staff determine the he/she has an immediate medical need which must be addressed before the inmate may apply again for OTC medications. The pharmacy will maintain a record of indigent inmates and their OTC requests. The pharmacy will have access to Trust Fund Accounting and Commissary System (TRUFACS). Inmates showing a pattern of depleting commissary funds before requesting OTC

medications will be referred to sick call. Further sanctions may be imposed with continual abuse as determined by the HSA, Associate Warden, or Warden. Indigent inmates may obtain an OTC request list from the pharmacy. Requests need to be submitted to the pharmacy by Wednesday of the week. OTC medications will be available for pick up starting the following Friday and only at the 11:30 pill line. The pharmacy will maintain a record of OTC items issued to a given inmate for 30 days.

Inmates will be referred to commissary for chronic conditions that can be treated with OTC medications. If a clinician determines through sick call that a condition can be treated with an OTC medication, the clinician may refer the inmate to commissary. The provider has the option to give a medical commissary pass to the inmate to shop on a day other than their assigned day. The pass is only valid for the date written. Inmates should be referred to the afternoon commissary shopping time for OTC medications. If an immediate need is necessary for a condition requiring an OTC medication, a prescription can be written and filled by the pharmacy if available on formulary. A similar formulary agent may be used for any non-formulary OTC medications. The prescription should be limited to a time frame to treat the acute condition and any subsequent refills should be referred to commissary.

Inmates in SHU will adhere to the same OTC policy as general population. In the event commissary privileges are revoked, medical staff can triage the inmate to determine if an OTC medication is medically necessary. Pharmacy will provide OTC medications for SHU inmates with an immediate medical need as determined by the healthcare provider. Indigent inmates in SHU will adhere to the same procedure as general population unless commissary privileges are revoked. In this case, inmates will be referred to sick call and only medically necessary medications will be provided.

## F. DENTAL EXAMINATIONS

Emergency dental appointments will be given during the regular morning sick call sign-up Monday through Friday. Dental emergencies after regular sick call sign-up: the detail supervisor or unit officer must call the Dental Department for assistance. Routine dental exams/work should be requested by way of an institution cop-out. The procedure is essentially the same for the FCI and FPC.

## G. PHYSICAL EXAMINATIONS

Inmates designated to McKean will be given a medical screening during their in processing. Full physicals for new commitments will be performed during the first two (2) weeks at FCI, McKean.

Inmates may request a complete physical examination every two years. Inmates over the age of 50 are eligible for a complete physical examination annually. An inmate being released from the system may submit an Inmate Request to Staff form requesting a medical evaluation if he has not had a physical examination within one year prior to the expected date of release. This request should be submitted approximately 3 to 4 months prior to your release.

Should an inmate refuse any procedure recommended by health services, the health services staff shall counsel the inmate regarding the risks. Counseling and refusal will be documented on a Refusal of Treatment form, signed by the inmate and a witness, then placed in the inmate's medical file.

## H. UNAUTHORIZED VISITS

Inmates are not permitted in the Health Services area unless they are called in for an appointment or are assigned to the Health Services detail. Inmate repair details are not allowed in the Health Services Unit without direct supervision. Inmates must be **fully dressed** in the work uniform when in the Health Services Unit.

## I. CALL-OUTS.

It is imperative that inmates watch the call-outs daily so they do not miss any scheduled examinations/procedures. Failure to respond to the call-out will result in an incident report for failure to respond to a direct order or refusing a program or assignment.

## J. HIV/AIDS

The purpose of the session is to provide information regarding the syndrome of AIDS. This goal is assisted by showing the video about infectious diseases. This video also explains the testing (and confidentiality of results), risk factors, preventive measures, risk reduction behavior and informed consent. Questions, reactions and comments are encouraged.

## K. TUBERCULOSIS

Transmission of tuberculosis (TB) is airborne bacteria. Prevention is by isolation of active cases and annual testing for the disease. Screening tests and annual testing is required for all inmates by policy. Those who have had a positive test in the past shall be tested by chest x-ray annually. Treatment of TB is available and shall be offered to all inmates who test positive, as a prophylaxis. CDC recommendations for testing, prophylaxis, and treatment are discussed.

## M. PATIENT'S RIGHT

While in the custody of the Federal Bureau of Prisons inmates have the right to receive health care in a manner that recognizes basic human rights, and they also accept the responsibility to respect the basic human rights of the health care providers.

1. *Right* - You have the right to health care services, in accordance with the procedures of this facility. Health services include medical sick call, dental sick call and all support services. Normal sick call sign up at this facility is held on Monday, Tuesday, Thursday, and Friday between 0615 and 0645 hours. Emergency health care services are available 24 hours each day, and are accessed by contacting the correctional worker responsible for you.

   *Responsibility* - You have the responsibility to comply with the health care policies of this facility. You have the responsible to follow recommended treatment plans that have been established for you by the facility's health care staff, including proper use of medications, proper diet, and following the instructions of your health care provider.

2. *Right* - You have the right to be offered the chance to obtain a Living Will (at your own expense), or to provide the Bureau of Prisons with Advance Directives, when in a medical center only, that would provide the Bureau of Prisons with instructions if you are admitted as an inpatient of a hospital.

   *Responsibility* - You have the responsibility to provide the Bureau of Prisons with accurate information to complete this agreement.

3. *Right* - You have the right to participate in health promotion and disease prevention programs, including those providing education regarding infectious diseases.

   *Responsibility* - You have the responsibility to maintain your health and not to endanger yourself, or others, by participating in activity that could result in the spreading or catching an infectious disease.

4. *Right* - You have the right to know the name and professional status of your health care providers.

   *Responsibility* - You have the responsibility to respect these providers as professionals and follow their instructions to maintain and improve your overall health.

5. *Right* - You have the right to be treated with respect, consideration, and dignity.

   *Responsibility* - You have the responsibility to treat staff in the same manner.

6. *Right* - You have the right to be provided with information regarding your diagnosis, treatment and prognosis.

   *Responsibility* - You have the responsibility to keep this information confidential.

7. *Right* - You have the right to be examined in privacy.

   *Responsibility* - You have the responsibility to comply with security procedures.

8. *Right* - You have the right to obtain copies of certain releasable portions of your health record.

   *Responsibility* - You have the responsibility of being familiar with the current policy to obtain these records.

9. *Right* - You have the right to address any concern regarding your health care to any member of the institution staff including the physicians, the Health Service Administrator, the members of your Unit Team, and the Warden.

   *Responsibility* - You have the responsibility to address your concerns in the accepted format, such as the *Inmate Request to Staff Member* form, open house, or the accepted *Inmate Grievance Procedures.*

10. *Right* - You have the right to receive prescribed medications and treatments in a timely manner, consistent with the recommendations of the prescribing health care provider.

    *Responsibility* - You have the responsibility to comply with prescribed treatments and follow prescriptions orders. You also have the responsibility not to provide any other person, or accept from any other person, medications or other prescribed items.

11. *Right* - You have the right to be provided healthy and nutritious food. You have the right to instruction regarding a healthy diet.

    *Responsibility* - You have the responsibility to eat healthy and not abuse

or waste food or drink.

12. *Right* - You have the right to request a routine physical examination, as defined by Bureau of Prisons' Policy. (If you are under the age of 50, once every two years; if over the age of 50, once a year.)

    *Responsibility* - You have the responsibility to notify medical staff that you wish to have an examination.

13. *Rights* - You have the right to dental care as defined in Bureau of Prisons' Policy to include preventative services, emergency care and routine care.

    *Responsibility* - You have the responsibility to maintain your oral hygiene and health.

14. *Right* - You have the right to a safe, clean and healthy environment, including smoke-free living areas.

    *Responsibility* - *You* have the responsibility to maintain the cleanliness and safety in consideration of others. You have the responsibility to follow smoking regulations.

15. *Right* - You have the right to refuse medical treatment in accordance with Bureau of Prisons' Policy. Refusal of certain diagnostic test for infectious diseases can result in administrative action against you. You have the right to be counseled regarding the possible ill effects of re-using medical treatment.

    *Responsibility* - You have the responsibility to notify health services regarding any ill effects that occur as a result of your refusal. You also accept the responsibility to sign the treatment refusal form.

16. *Right* - You have the right to be evaluated for pain.

## N. GENERAL DISCUSSION

At the close of the lecture, inmates in attendance are encouraged to discuss special individual medical problems and pertinent Health Services policies not clearly understood during the presentation. In order to protect patient confidentiality, all questions concerning personal medical issues are discouraged and the individual referred to routine sick call

Approved:

Dennis Olson, MD
Dennis Olson, CD 2-10-04

Rodney S. Smith, HSA 2-10-04