# ATTACHMENT B

# FCI McKEAN
# INMATE INFORMATION HANDBOOK

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

INTAKE, CLASSIFICATION, AND THE UNIT TEAM . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Orientation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Classification Teams (Unit Teams) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    General Functions of Unit Staff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
        Unit Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
        Case Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
        Correctional Counselor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
        Unit Secretary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
        Unit Officer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Communications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Program Reviews . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Town Hall Meetings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

DAILY INMATE LIFE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Sanitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Personal Property Limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Storage Space . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Special Purchase Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Legal Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Hobbycraft Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Commissary Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Food Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Letters, Books, Photographs, Newspapers, and Magazines . . . . . . . . . . . . . . 4
    Musical Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Radios and Watches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Jewelry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

QUARTERS RULES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Wake-up . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Unit Assignments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Inmate Dress Code. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Clothing Exchange & Laundry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Commissary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Spending Limitations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Special Purpose Orders (SPO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Deposits to Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Commissary Fund Withdrawals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Commissary Cards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Telephone Regulations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

SECURITY PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Counts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Inmate - Call Out Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Controlled Movement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Contraband . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Shakedowns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Drug Surveillance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Alcohol Detection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Fire Prevention and Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

PROGRAMS AND SERVICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Job Assignments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Performance Pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
UNICOR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Food Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Counseling Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Education Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Vocational Trades . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Recreation and Leisure Time Programs . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Psychology Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Suicide Prevention. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Central Inmate Monitoring System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Marriages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Release Preparation Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Religious Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Inmate Financial Responsibility Program . . . . . . . . . . . . . . . . . . . . . . . . . 15

HEALTH SERVICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Physical Examinations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Emergency Medical Treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Medication - Pill Line . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
On-the-Job Injuries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

CONTACT WITH THE COMMUNITY AND PUBLIC . . . . . . . . . . . . . . . . . . . . . 17
Correspondence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Incoming Correspondence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Incoming Packages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Incoming Publications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Special Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Table of Contents II

Correspondence Between Confined Inmates. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Rejection of Correspondence  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Notification of Rejection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Receipt of Personal Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Forwarding Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Funds Received Through the Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Unauthorized Items Received Through the Mail. . . . . . . . . . . . . . . . . . . . . . . .21
Mailing of Inmate Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Inmate Systems (ISM) and Mail Room Open House . . . . . . . . . . . . . . . . . . . 22

VISITING  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Dress Code for Inmates  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Dress Code for Visitors  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Identification of Visitors  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

ACCESS TO LEGAL SERVICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Legal Correspondence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Attorney Visits  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Legal Material  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Attorney Phone Calls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Law Library  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Notary Public . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Copies of Legal Materials  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Federal Tort Claims  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Inmate Access to Central File  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Inmate Access to Other Documents  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Freedom of Information/Privacy Act of 1974 . . . . . . . . . . . . . . . . . . . . . . . . 26

PROBLEM RESOLUTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Inmate Request to Staff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Administrative Remedy Process  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Sensitive Complaints . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

DISCIPLINARY PROCEDURES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Discipline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Inmate Discipline Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Initial Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Discipline Hearing Officer  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Appeals of Disciplinary Actions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Special Housing Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

RELEASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Sentence Computation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Detainers  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Table of Contents III

ATTACHMENT A /  INMATE RIGHTS AND RESPONSIBILITIES . . . . . . . . . . . . . .  31

ATTACHMENT B / RELIGIOUS SERVICES  SCHEDULE . . . . . . . . . . . . . . . . . . . . .  34

ATTACHMENT C / HEALTH CARE RIGHTS AND RESPONSIBILITIES  . . . . . . . . .  35

ATTACHMENT D / ADMINISTRATIVE/DISCIPLINARY SEGREGATION RULES
            AND REGULATIONS.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  37

ATTACHMENT E /  PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE . . 39

ATTACHMENT F / ITEMS AUTHORIZED FOR TRANSFER BETWEEN
INSTITUTIONS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

ATTACHMENT G / ITEMS AUTHORIZED FOR LOCAL RETENTION ONLY. . . . . . . .48

Table of Contents IV

**FCI, MCKEAN**
**INMATE INFORMATION HANDBOOK**

## INTRODUCTION

The purpose of this handbook is to provide incoming inmates and others interested in the Federal Bureau of Prisons with general information regarding the Bureau of Prisons.

Inmates are given a case management, medical, and mental health screening at the time of arrival. Inmates are immediately provided with a copy of the institution's rules and regulations, which include information outlining inmate rights and responsibilities.

### Orientation

Ordinarily on the first Tuesday following an inmate's arrival, he will be assigned to the admission and orientation (A&O) program. He will be placed on call-out, which is posted daily in the respective housing unit, to report to the institution chapel at 7:30 a.m. While in A&O, inmates will learn about the programs, services, policies, and procedures regarding the facility. Also, they will hear lectures from staff regarding their specific programs and departments. After completion of the A&O program, inmates will be assigned to an appropriate work assignment.

### Classification Teams (Unit Teams)

FCI McKean is organized into a unit management system. A unit is a self-contained inmate living area that includes both housing sections and office space for unit staff. Each unit is staffed by a unit team directly responsible for those inmates living in that unit. Unit offices are located in the housing units so staff and inmates can be accessible to each other. A unit team typically includes one unit manager, two case managers, two correctional counselors, and one unit secretary. When available, an education advisor and the unit officer will sit on a unit team and are considered members of the unit team.

Inmates are assigned to a specific unit team. Generally, the resolutions of issues or matters of interest are more appropriately initiated with the unit team. Unit team members are available to assist in many areas, including parole matters, release planning, personal and family problems, counseling, and assistance in setting and attaining goals while in prison. Ordinarily, a member of your unit staff will be at the institution weekdays from 7 a.m. to 9 p.m. and 7:30 a.m. to 4 p.m. on weekends and holidays. The unit team members usually schedule their work hours in such a manner that at least one (1) team member will be available at times when inmates are not working. A copy of your unit staffs' work schedule is posted on the unit bulletin board.

UNICOR or receive performance pay above the maintenance pay level of $5.25.

The status of any financial plan will be included in all progress reports and will be considered by staff when determining security/custody level, job assignments, eligibility for community activities, and institutional program changes. The U.S. Parole Commission will also review financial responsibility progress at parole hearings.

You may be identified for priority considerations for UNICOR employment if you have court ordered financial obligations. Grades 1-4 will pay a minimum of 50% of their earnings toward their financial responsibility.

## HEALTH SERVICES

During the institution's admission and orientation session, a representative from health services will inform all new arrivals of what health care services are available to inmates. A list of health care rights and responsibilities are found in Attachment C of this handbook.

For urgent care, inmates feeling they need immediate evaluation for medical problems are required to report to health services unit, with their ID card, for triage between 6:15 - 6:45 a. m., Monday, Tuesday, Thursday, and Friday. The inmate will be medically screened at that time by a provider. Serious conditions will be seen that morning. Other problems that do not require immediate medical attention will be scheduled within fourteen days. The inmate will be placed on the callout list for their appointment.

Inmates who become seriously ill any time after 6:45a.m., when triage is over, should ask their work supervisor or unit officer to call health services for an appointment. Inmates may not come to health services on their own after triage is completed.

For routine care, inmates who wish to be seen at sick-call for evaluation of medical problems are required to report to the health services unit, with their I.D. card, for sign-up between 6:15 - 6:45 a.m., Monday, Tuesday, Thursday, and Friday. The inmate will be medically assessed at that time by a provider. Serious conditions will be seen that morning. Other problems that do not require immediate medical attention will be scheduled within seven days. A medical slip will be sent by inmate mail with the day and time of the appointment, and the inmate will also be placed on the call out for their appointment.

Inmates who become seriously ill after the regular sick-call appointment sign-up period should ask their work supervisor or unit officer to call health services for an appointment. Inmates may not come to health services on their own accord after sick-call sign-up is completed.

Inmates in the special housing unit are unable to sign-up for this procedure. For that reason, a medical staff member will conduct sick-call rounds every day.

### Physical Examinations

Inmates may request a complete physical examination every two years. Inmates over the age of 50 are eligible for a complete physical examination annually. An inmate being released from the system may submit an Inmate Request to Staff form requesting a medical evaluation if he has not had a physical examination within one year prior to the expected date of release. This request should be submitted approximately 3 to 4 months prior to your release.

Should an inmate refuse any procedure recommended by health services, the health services staff shall

counsel the inmate regarding the risks.  Counseling and refusal will be documented on a Refusal of Treatment form, signed by the inmate and a witness, then placed in the inmate's medical file.

### Emergency Medical Treatment

All emergencies or injuries will be given priority treatment.  Medical coverage on evenings, weekends, and holidays is for the treatment of acute medical problems only.  Medical staff are available on site Monday through Friday 6:00am to 11:00pmand weekend and holidays 7:00am to 11:00pm. The Clinical Director or a provider will be on call and available by phone during off hours.

### Medication - Pill Line

Controlled medications are dispensed at the pharmacy "pill line" during specified time periods.  These times include:

| Monday - Friday | Saturday, Sunday, & Holidays |
|---|---|
| 6:45 -  7 a.m. | 7:10 -  7:20 a.m. |
| 11:30 a.m. - 12:15 p.m. | 11:30 a.m. - 12:15 p.m. |
| 7:30 - 7:45p.m. | 7:30 - 7:45p.m. |

Insulin will be dispensed at the pharmacy  "insulin line" during the following time periods:

| Monday - Friday | Saturday, Sunday, & Holidays |
|---|---|
| 6 -  6:15 a.m. | 7 -  7:10 a.m. |
| 5:30 -  5:40 p.m. | 5:30 -  5:40 p.m. |

Medications for patients in the special housing unit will be distributed by a clinical staff member.  The institution pharmacy dispenses prescribed medication as authorized by the BOP National Formulary and within the local inventory.

### On the-Job Injuries

If an inmate is injured while performing an assigned duty, he must immediately report the injury to his work supervisor.  The work supervisor will then report the injury to the institution safety manager.  The inmate may be disqualified from eligibility for lost time wages or compensation if he fails to report a work related injury promptly to his work supervisor.

If injured while performing an assigned duty and the inmate expects to be impaired to some degree, he may submit a claim for compensation.   A medical examination must be included before any compensation can be considered.

## CONTACT WITH THE COMMUNITY AND PUBLIC
### Correspondence

In most cases, inmates are permitted to correspond with the public, family members, and others without prior approval or maintenance of a correspondence list.  Outgoing mail is placed in mailboxes located in the housing units.  FCI McKean is classified a medium security level institution.  All outgoing mail (except special and legal mail) "must" be left unsealed at the time of mailing.  All inmates will place their outgoing mail into the mailboxes located in their respective housing units unsealed.  The unit officers on

17

## ATTACHMENT C
## FEDERAL BUREAU OF PRISONS
## HEALTH CARE RIGHTS AND RESPONSIBILITIES

While in the custody of the Federal Bureau of Prisons you have the right to receive health care in a manner that recognizes your basic human rights, and you also accept the responsibility to respect the basic human rights of your health care providers.

*Right* - You have the right to health care services, in accordance with the procedures of this facility. Health services include medical sick call, dental sick-call, and all support services. Request for a sick call appointment are made by filling out a sick call request form and placing it in the box located in the health services during normal business hours. Dental sick call is held in the health services on Monday, Tuesday, Wednesday, and Friday from 6:15 a.m. and 6:45 a.m.

*Responsibility* - You have the responsibility to comply with the health care policies of this facility. You have the responsibility to follow recommended treatment plans that have been established for you by the institution health care staff, to include proper use of medications, proper diet, and following the instructions of your health care provider.

*Right* - You have the right to be offered the chance to obtain a "Living Will" (at your expense), or to provide the Bureau of Prisons with "Advance Directives" that would provide the Bureau of Prisons with instructions if you are admitted as an inpatient of a hospital.

*Responsibility* - You have the responsibility to provide the Bureau of Prisons with accurate information to complete this agreement.

*Right* - You have the right to participate in health promotion and disease prevention programs, including those providing education regarding infectious disease.

*Responsibility* - You have the responsibility to maintain your health and not endanger yourself, or others, by participating in activity that could result in the spreading or catching of an infectious disease.

*Right* - You have the right to know the name and professional status of your health care providers.

*Responsibility* - You have the responsibility to respect these providers as professionals and follow their instructions to maintain and improve your overall health.

*Right* - You have the right to be treated with respect, consideration, and dignity.

*Responsibility* - You have the responsibility to treat staff in the same manner.

*Right* - You have the right to be provided with information regarding your diagnosis, treatment, and prognosis.

*Responsibility* - You have the responsibility to keep this information confidential.

*Right* - You have the right to be examined in privacy.

*Responsibility* - You have the responsibility to comply with security procedures.

*Right* - You have the right to obtain certain releasable portions of your health records.

*Responsibility* - You have the responsibility of being familiar with the current policy to obtain these records.

*Right* - You have the right to address any concern regarding your health care to any member of the institution staff including physicians, the health service administrator, the members of your unit team, and the warden.

*Responsibility* - You have the responsibility to address your concerns in the accepted format, such as the Inmate Request to Staff Member form, open house, or the accepted inmate grievance procedures.

*Right* - You have the right to receive prescribed medications and treatments in a timely manner, consistent with the recommendations of the prescribed health care provider.

*Responsibility* - You have the responsibility to comply with prescribed treatments and follow prescription orders. You also have the responsibility not to provide any other persons, or accept from any other persons, medication or other prescribed items.

*Right* - You have the right to be provided healthy and nutritious food. You have the right to be instructed regarding a healthy diet.

*Responsibility* - You have the responsibility to eat healthy and not abuse or waste food or drink.

*Right* - You have the right to request a routine physical examination, as defined by Bureau of Prisons' policy. (If you are under the age of 50, once every two years; if over the age of 50, once a year.)

*Responsibility* - You have the responsibility to notify medical staff that you wish to have an examination.

*Right* - You have the right to dental care as defined in the Bureau of Prisons' policy to include preventative services, emergency care, and routine care.

*Responsibility* - You have the responsibility to maintain your oral hygiene and health.

*Right* - You have the right to a safe, clean, and healthy environment, including smoke free living areas.

*Responsibility* - You have the responsibility to maintain the cleanliness and safety in consideration of others. You have the responsibility to follow smoking regulations.

*Right* - You have the right to refuse medical treatment in accordance with Bureau of Prisons' policy. Refusal of certain diagnostic tests for infectious diseases can result in administrative action against you. You have the right to be counseled regarding the possible ill effects of refusing medical treatment.

*Responsibility* - You have the responsibility to notify health services regarding any ill effects that occur as a result of your refusal. You also accept the responsibility to sign the treatment refusal form.

*Right* - You have the right to complain of pain, have your pain assessed by medical staff, and have pain treated accordingly.

*Responsibility* - You have the responsibility to be truthful and not overstate your complaint of pain and to adhere to the prescribed treatment plan.