# ATTACHMENT D
# PART 2

P.S. 6000.05
September 15, 1996
Chapter IV, Page 20

**Section 6.  Medical Emergencies in the Dental Clinic**

Each dental department shall be prepared to implement urgent
medical care procedures.  All dental staff shall maintain CPR
certification.  An oxygen source with an ambu-type bag and drug
kit shall be readily available.

This policy, together with knowledge in Cardiopulmonary
Resuscitation (Basic Life Support) should provide a basis for
judgements to be made in the management of emergencies.

**Emergency:**  An unforeseen circumstance that requires immediate
attention.

**Health Evaluation:**  All patients seen in the dental clinic will
be questioned as to their current mental/physical condition.  A
dental/medical history will be conducted utilizing SF 88, SF 360
and the Dental/Medical Health History form.  When indicated,
laboratory test and current blood pressure readings will be
gathered.

    a.  **Emergency Equipment:**

       (1)  **Equipment**

          (a)  Positive pressure breathing equipment

          (b)  Tongue Blade

          (c)  Sphygmomanometer (Blood Pressure Apparatus)

          (d)  Stethoscope

          (e)  Sterile, disposable 3cc syringe (2)

          (f)  Tourniquet

          (g)  Oral Airway

       (2)  **Emergency Drugs:**

          (a)  Oxygen

          (b)  Aromatic Spirits of Ammonia

          (c)  Epinephrine, .5 ml vial (1)

          (d)  Benadryl, 1 ml, steri-dose syringe (1)

          (e)  Nitrostat, .04 mg (1/150gm), 1 bottle 25 tablets

(f)  Sugar (soft drink) 1 can


c.  **Procedure**:

    (a)  Place the patient in a supine position

    (b)  Insure a patent airway

    (c)  Administer oxygen (except in cases of hyperventilation)

    (d)  Send to the medical clinic for a physician or a PA.

    (e)  Be prepared to :

        (i)  Support respiration

        (ii)  Support circulation

b.  **Dental Staff Function**.  All dental staff will respond to the site of an emergency.  A dentist will take charge following the protocols established.  Other staff will set up the oxygen, get emergency drugs and equipment and if necessary seek assistance form the medical clinic. In the event only one dental staff member is available, any inmate in the area will be sent to the medical clinic for assistance.  If a staff member is totally without help, he/she will dial 222, then initiate emergency care.

All dental staff will maintain CPR certification.  Procedures should be practiced at least twice a year.

c.  Protocols

    (1)  Condition - **SYNCOPE**

        (a)  **Cause**:  Cerebral Hypoxia (reduced blood flow to the brain)

        (b)  **Symptoms**:

            Pallor (pale, cold , clammy)
            Anxiety
            Nausea
            Perspiration
            Tremors and convulsions
            (may occur if patient is left in sitting position)

            Loss of consciousness
            Rapid pulse initially; then slow
            Pupils may dilate

Blood pressure may decrease

(c)    **Treatment**:

Place the patient in a supine position
(do not lower head below horizontal)
Secure a patent airway
Administer oxygen
Ammonia by inhalation may be helpful
Cold compresses face and neck
Reassure the patient
refer to the medical clinic when stable

(2)    Condition:    **HYPERVENTILATION**

(a)    **Cause**: Excess loss of Carbon Dioxide produces
respiratory alkalosis

(b)    Symptoms:

Rapid, shallow breathing
Confusion
Vertigo (dizziness)
Paresthesia (numbness or tingling of extremities)
Carpo-Pedal Spasm

(c)    **Treatment**:

Have patient breathe into a paper bag
Reassure the patient
Refer to the medical clinic when stable

(3)    Condition: **AIR WAY OBSTRUCTION**

(a)    **Cause**: Foreign body in larynx or pharynx

(b)    **Symptoms**:

Choking
Gagging
Violent inspiratory effort
Cyanosis
Rapid pulse at first; then slow
Cardiac arrest

(c)    **Treatment**:

Allow the patient to try and clear airway on own;
if unable Perform Heimlech Maneuver
Seek assistance from medical staff

(4)  Condition:  **URTICARIA OR PRURITUS**

    (a)  **Cause**: Allergic reaction

    (b)  **Symptoms**:

        Urticaria
        (rash-usually red skin eruptions, of face, neck,
        arms, hands)
        Pruritus
        (itching of face, neck, arms, hands)

    (c)  **Treatment**:

        Diphenhydramine Hydrochloride (Benadryl) 50 mg
        orally q.6-8hrs
        Refer to medical clinic

(5)  Condition:  **ANGIONEUROTIC EDEMA**

    (a)  Cause: Allergic Reaction

    (b)  Symptoms:

        Swelling of lips, eyelids, cheeks, pharynx, and
        larynx
        Pruritus, urticaria, hoarseness, stridor,
        cyanosis

    (c)  **Treatment**:

        Benadryl 10-50mg IM
        Oxygen
        Refer to medical clinic

(6)  Condition:  **CONVULSIONS**

    (a)  **Cause**:

        Preexisting seizure disorder
        idiosyncrasy to drug (local anesthetic)

    (b)  **Symptoms**:

        Signs of CNS stimulation
        (excitement, tremors, followed by convulsions)
        In epilepsy (Grand Mal), aura  (flash of light,
        unusually smell, followed by cry from patient)
        will precede convulsion

(c)    **Treatment**:

Try to keep the patient from, injuring himself,
attempt to place tongue blade between teeth to
avoid tongue lacerations.
Seek assistance from medical staff.

(7)   Condition:  **ANGINA PECTORIS**

    (a)   **Cause:**  Insufficient blood supply to cardiac muscle; may be precipitated by stress and anxiety.

    (b)   **Symptoms:**

        Pain in chest
        Vital signs usually good
        Pain may radiate to arms or mandible
        Patient usually has a history of this problem
        Pain may persist for 3-5 minutes

    (c)   **Treatment:**

        Semirecumbent position
        Oxygen
        Nitroglycerine, 1/150gr sublingually
        (this may be repeated in 5 minutes, 3 times)
        Reassure patient
        Seek assistance from medical staff

(8)   Condition:  **INSULIN SHOCK**

    (a)   **Cause:**

        Hypoglycemia or hyperinsulinism
        (Often occurs in diabetic patients with an infection who took morning but failed to eat breakfast.)

    (b)   **Symptoms:**

        Nervousness
        Confusion
        Profuse sweating
        Convulsions
        Coma
        Rapid pulse
        Nausea

    (c)   **Treatment:**

        Administer sugar orally, if possible
        Seek assistance form medical staff

(9)   Condition: **CARDIAC ARREST**

    (a)   **Cause:**

May follow myocardial infarct or respiratory
obstruction

(b) **Symptoms**:

Unconsciousness
No respiration or pulse
No blood pressure
Pupils dilated
Cyanosis

(c) **Treatment**:

Seek assistance from medical staff
Initiate CPR

(10) Condition: **EXCESSIVE BLEEDING**

(a) **Cause**: Cutting of major blood vessel

(b) **Symptoms**:

Profuse bleeding

(c) **Treatment**:

Apply direct pressure to bleeding site
Reassure patient
Seek assistance from medical staff

**Section 7. Dental Services**

a. <u>Levels of Care</u>

(1) <u>Dentally Mandatory</u>. Any condition that puts the inmate's health or well-being at immediate risk, such as urgent care for immediate relief of pain, traumatic injury, or acute infection. See Urgent Dental Treatment below.

(2) <u>Presently Dentally Necessary</u>. That without which the inmate could not be maintained without significant risk of either further serious deterioration of the condition or significant reduction of the chance of possible repair after release, or without significant pain or discomfort. See Routine Dental Treatment below.

(3) <u>Dentally Acceptable But Not Dentally Necessary</u>. Includes such treatments as dental implants, fixed prosthodontics, and major orthodontics. See Accessory Dental Treatment below.

b. <u>Extent of Care</u>. The extent of care should be dictated by patients' response to treatment and interest in their oral

health.   Services shall be provided that assist the patient in
developing a healthy oral environment.   Removable partial
dentures shall be provided at the CDO's discretion and must be
justified by a lack of teeth for adequate mastication or an

aesthetic need.  Prosthetic appliances shall only be provided in a periodontally healthy environment after all restorative work is completed.  Some patients' scope of treatment may be limited by a pre-existing medical condition.  To assist the practitioner, a written medical evaluation/consultation shall be done prior to treatment on these medically compromised patients. The SF 513 (Consultation Sheet) should be used for this purpose.

   c.  Examinations

      (1)  Screening

         (a)  Sentenced/Designated Inmates.  For individuals in predictably long-term incarceration (i.e sentenced or designated) an initial examination to determine any treatment needs shall be done at the institution of designation within 14 days of admission on BP-S618.060.

            The examination shall include a head/neck and soft tissue exam and an oral exam with complete charting, noting of any dental pathology, and an assessment of periodontal status based upon the Community Periodontal Index of Treatment Needs (CPITN).  Decayed, Missing, Filled (DMF) findings are to be recorded on the front of the BP-S618.060.  A dental/medical health history shall also be developed.  On rare occasions, this exam may be delayed if warranted by professional judgement. Recommended treatment shall be recorded on the BP-S618.060.  The inmate shall be notified of the findings and instructed on how to acquire treatment.  Provision of oral health education information is encouraged.

         (b)  Unsentenced/hold-over/pretrial Inmates.  For individuals in predictably short-term custody (MCCs/MDCs/Jails), an initial examination to determine treatment needs shall be done within 30 days of admission.  The oral exam portion may be documented on SF 88-Section 44 instead of BP-S618.060.

            The examination shall include a head/neck and soft tissue exam.  This is not to include CPITN or DMF information. Any subsequent provision of dental care must be entered on BP-S618.060, including documentation of the patient's health history.

      (2)  Comprehensive.  A comprehensive dental exam shall be provided for the patient prior to initiating routine treatment, and shall include any necessary x-rays and a complete CPITN. This information, plus a review of the screening exam findings and the patient's medical health history, shall be used to develop a treatment plan.

      (3)  Periodic Oral Exam.  A periodic oral exam is performed

when determined to be necessary by the dentist to reassess the
oral health of the patient.  It shall include a head and neck
exam, an oral hard and soft tissue exam, and the CPITN
assessment.  It may require a charting update on a new
BP-S618.060.

    d.  Urgent Dental Treatment.  Urgent dental treatment is of
the highest priority and is available on a 24-hour basis.  This
care shall be provided at sick call unless urgency dictates
otherwise.  Local institution procedures shall control when
dental sick call is held and how inmates can access this care.
Urgent care includes treatment for immediate relief of pain,
traumatic injuries and acute infections.  Only urgent care
should be provided during dental sick call.  All dental sick
call and urgent dental care procedures are to be documented
using the "SOAP" format.

    e.  Routine Dental Treatment.  As resources of staff, time,
and materials are available, the dental service unit shall
provide routine treatment for sentenced inmates.  Prior to
treatment, a comprehensive exam shall be given and a dental
treatment plan developed.  Routine care includes but is not
limited to radiographs, oral health instructions, indicated
prophylaxis and other periodontal therapy, endodontic and
restorative treatments, oral surgery, and the fabrication of
prosthodontic appliances.  Cast crowns and bridges are normally
not authorized and are considered accessory care.

    Access to routine care shall be equitably controlled through a
treatment list.  Unless prioritized for health or administrative
reasons, inmates on the treatment list shall be called according
to their chronological entry date.  Inmates shall not be
involved in maintaining the treatment list or in the scheduling
process.

    f.  Accessory Dental Treatment.  Accessory dental treatment is
not ordinarily provided to the inmate population.  Accessory
treatment extends beyond the scope of routine treatment; it may
include major orthodontic tooth movement, fixed prosthetics,
dental implants, edentulous ridge augmentations, orthognathic
surgery, and TMJ surgery.  If the CDO determines such treatment
may be warranted, approval must be obtained from the Chief
Dentist and the Medical Director.

    g.  Continuation of Outside Treatment.  Newly incarcerated
inmates may present at the initial screening as "in treatment."
The Bureau is not responsible for completing dental care or
therapy started prior to incarceration.  Care will be provided
as policy and resources dictate.  Fixed or removable prosthetic
appliances that have been fabricated as part of outside care may
be sent to the CDO.  However, the inmate shall be informed that
the Bureau will not deliver or be responsible for any
unsatisfactory prosthetic device from an outside source.  The
judgement as to the acceptability of these appliances is to be
made by the practitioner.  Teeth that have been prepared for
cast crowns may be maintained with metal or
acrylic/polycarbonate pre-formed crowns, unless approval for

accessory care is granted.

Previously started endodontic treatment should be completed if professional judgement indicates. Patients in periodontal therapy shall be maintained or treatment continued as

professional judgement indicates.  For patients involved in
orthodontic tooth movement, active therapy should be
discontinued and the appliances used as passive maintainers.
Removal of any fixed orthodontic appliance is to be done only
with the patient's written consent.

 h.  <u>Continuation of Routine Care</u>.  The CDO at each institution
shall make individual judgements as to the continuation of
dental care begun at other institutions.  A fair judgement will
take into account the nature and extent of the work to be
completed and the priorities already established.

**Section 8.  Dental Records**

<u>General Information</u>.

 a.  All forms shall be completed in black ink only.  All forms
shall contain the patient's name and number and the name of the
institution (see Chapter V, Section 5).

 b.  All clinical dental forms shall be kept in the patient's
health record in Section 3 (see Chapter V, Section 5).  If the
initial Modified Initial exam was done on SF 88, the form is to
be filed in Section 2.  If unique circumstances dictate that
dental records be kept separate from the health record in the
dental service unit, approval shall be obtained from the Chief
Dentist.

 c.  The order of the documents is:

    1-  radiographs,

    2-  treatment records:  BP-S618.060 and HSA-237 (with the
        most recent on top),

    3-  Health History Form,

    4-  consultation form (SF 513),

    5-  Oral Maxillofacial Surgery Consent Form, and

    6-  any other documents.  Radiographs shall be filled at
        the beginning of the health record in Section 3.  All
        other forms shall be filed in chronological order by
        institution.

 d.  The date, time, signature, and professional stamp of the
practitioner shall be included with the documentation of the
patient's visit.

 e.  Documentation shall be legible and made only on the

inmate's current institution's dental forms.

f.   SOAP format shall be used for all sick call/urgent care entries as follows:

Subjective findings, i.e., the symptoms described by the patient.

Objective findings, i.e., what the dentist sees clinically via visual exam, palpation, radiographs, etc.

Assessment/rationale leading to an impression or provisional diagnosis.

Plan/procedure, patient education and treatment rendered.

Routine care entries following a comprehensive oral examination and development of a treatment plan do not need to be entered using the SOAP format.

g.   Entries of medication orders shall include the name of the medication, dosage, frequency, and duration.  The brand names of materials placed during treatment shall also be documented.

h.   Only approved, standard medical and dental forms shall be used.

## Section 9.   Hazard Communication Program

Each dental services unit shall have a Written Hazard Communication Program (HCP), including:

a.   A Regulated Waste Removal Program following Bureau policy.

b.   A chemical inventory and usage log of flammable liquids.

c.   Material Safety Data Sheets (MSDS) on products used in the unit and records of training on MSDSs.

d.   A documented employee training program.

e.   A copy of immunization records.

Each dental unit shall have a fireproof cabinet.

The use of amalgam capsules and covered amalgamators shall be standard in all clinics.  Scrap amalgam shall be handled and disposed of properly.

All Dental Lathes and model trimmers shall be fitted with

shields for user protection.

Each Dental Services Unit shall be monitored for mercury vapor
at least yearly.  Vapor badges shall be funded and distributed
through the Central Office.  A urinalysis test for mercury may
be performed on any dental staff when indicated.

### Section 10.   X-Ray

X-ray units must be inspected in accordance with Bureau policy.
Proper filtration, collimation, shielding, and control over
time-intensity shall be used.  Lead protective aprons and
environmental shielding shall be used and inspected annually
(see Chapter X, Section 13).

Appropriate dental staff and inmate workers shall be issued
radiation monitoring badges and be monitored according to Bureau
policy (see Chapter X, Section 14).

### Section 11.   Dental Diets

Special diets shall be prescribed for a limited time and renewed
consistent with local policy.  An appropriate diet shall be made
available for all patients with intermaxillary fixation (see
Chapter VI, Section 9).

### Section 12.   Intermaxillary Fixation

A means of removing fixation is to be readily available to staff
who are supervising inmates with intermaxillary fixation.

### Section 13.   Biopsy Service

All institutions shall have a pathology service available.  An
agreement between the PHS and the National Naval Dental Center
allows Bureau clinics to send their biopsy specimens to
Bethesda, Maryland, or San Diego, California.  If necessary, a
telephone or telegram response may be requested.  Mail
containers and forms can be obtained from:

        Chief, Oral Pathology Service
        National Naval Dental Center, Bethesda, MD  20014
                        or
        Chief, Oral Pathology Service
        Naval Dental Center, San Diego, CA  92136-5147

All results shall be reviewed and initialed by the referring
practitioner and referred to the Tissue Committee.  Biopsy
findings shall be explained to the patient and so noted in the
treatment record.

P.S. 6000.05
September 15, 1996
Attachment IV-A, Page 1

QUALIFICATION BRIEF - DENTAL HYGIENIST
(EXAMPLE)

_____has demonstrated the necessary qualifications
to perform the below-listed functions.  Performance standards
have been met through education, training, and experience.  The
applicant must provide evidence of current certification and/or
licensure.

I.   Patient Care:

     a.   Plans and conducts oral health educational programs.
     b.   Provides prophylactic and preventive oral hygiene
          procedures for patients.
     c.   Operates radiographic equipment, processes film, and
          makes preliminary interpretation to identify gross
          oral  pathology.
     d.   Performs screening exams and charts existing
          conditions.
     e.   Places transitional restorations in emergency
          situations.

II.  Administration:

     a.   Assist in scheduling.
     b.   Maintains daily statistics.
     c.   Prepares reports as needed.
     d.   Assists in record management.

III. Security Responsibilities:

     a.   Knowledgeable of Bureau policies.
     b.   Knowledgeable of institutional supplemental policies.
     c.   Exercises custodial control in the work area.


_____        _____
Dental Hygienist                            Date


_____        _____
Chief Dental Officer                        Date


_____        _____
Health Services Administrator               Date


_____        _____
Clinical Director                           Date

P.S. 6000.05
September 15, 1996
Attachment IV-B, Page 1

### DENTAL HYGIENE PRIVILEGE STATEMENT
### (EXAMPLE)

_Name:                                    Institution:

Type of Care:                                      Performs
================================================================

A.   Records patient's dental/medical history      yes   no

B.   Performs dental prophylaxis                    yes   no

C.   Performs deep scaling, root planing            yes   no

D.   Takes radiographs; preliminary interpretation  yes   no

E.   Provides oral health education                 yes   no

F.   Performs screening exam                        yes   no

G.   Places periodontal dressing                    yes   no

H.   Places anesthetic, topical                     yes   no

I.   Performs anesthetic injections                 yes   no

J.   Places topical fluoride application            yes   no

K.   Performs CPR                                    yes   no

L.   Places transitional restorations               yes   no

M.   Delivers post-op hemorrhage care               yes   no

N.   Other:_____
     _____

     _____RDH

     Date:_____

     _____CDO

P.S. 6000.05
September 15, 1996
Attachment IV-C, Page 1

## QUALIFICATION BRIEF - DENTAL ASSISTANT
### (EXAMPLE)

_____ has demonstrated the necessary qualifications to perform the below-listed functions. Performance standards have been met through education, training, and experience.  The applicant must provide evidence of current certification and/or licensure.

I.    Patient Care:

    a.    Plans and conducts oral health education programs.
    b.    Is knowledgeable about dental materials.
    c.    Operated radiographic equipment.  Takes, processes, and mounts radiographic films.
    d.    Is knowledgeable about dental terminology and charting techniques.
    e.    Is knowledgeable about restorative, prosthetic, endodontic, periodontic, and oral surgical procedures and can demonstrate the ability to assist the primary care provider.
    f.    Performs CPR.

II.   Administration:
    a.    Assist in scheduling.
    b.    Maintains daily statistics.
    c.    Prepares reports as needed.
    d.    Assists in record management.
    e.    Is knowledgeable of OSHA guidelines for dental practices.

III.  Security Responsibilities:
    a.    Knowledgeable of Bureau policies.
    b.    Knowledgeable of institutional supplemental policies.
    c.    Exercises custodial control in the work area.


_____          _____
Dental Assistant                                    Date


_____          _____
Chief Dental Officer                                Date


_____          _____
Health Services Administrator                       Date


_____          _____
Clinical Director                                   Date

P.S. 6000.05
September 15, 1996
Attachment IV-D, Page 1

## DENTAL ASSISTANT PRIVILEGE STATEMENT
### (EXAMPLE)

---

—

Type of Care:
================================================================
=

| | | |
|---|---|---|
| A. | Records patient's dental/medical history. | yes no |
| B. | Places rubber dam. | yes no |
| C. | Mixes dental materials. | yes no |
| D. | Takes and mounts radiographs. | yes no |
| E. | Provides oral health education. | yes no |
| F. | Performs screening exam. | yes no |
| G. | Places periodontal dressing. | yes no |
| H. | Places anesthetic, topical. | yes no |
| I. | Removes sutures. | yes no |
| J. | Takes preliminary prosthetic impressions. | yes no |
| K. | Performs CPR. | yes no |
| L. | Places transitional restorations. | yes no |
| M. | Delivers post-op hemorrhage care. | yes no |
| N. | Performs minor prosthetic repairs. | yes no |

O.   Performs cementation of crowns and bridges.          yes
no

P.   Places packing for alveolitis condition.            yes
no

Q.   Performs supragingival cavitroning.                 yes
no

R.   Fabricates custom trays, bite rims, night guards.   yes
no

S.   Other:_____     yes
no

P.S. 6000.05
September 15, 1996
Attachment IV-E, Page 1

### FEDERAL BUREAU OF PRISONS
### DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?                    yes
no
   If so, what?_____

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?          yes
no

   _____

3. Have you been under the care of a physician during
   the past two years? If so, why? _____    yes
no

4. Have you been hospitalized in the past two years?
   If so, why? _____     yes
no

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?            yes
no

6. Do your ankles ever swell during the day?              yes
no

7. Have you ever been treated for a tumor or growth?      yes
no

8. Have you ever had abnormal bleeding?                   yes
no

9. Have you ever had serious difficulty with any
   dental treatment?                                 yes
no

10. Have you ever had clicking, popping, or pain
   in your jaw joint?                            yes   no

Circle any of the following that you have had:

| | |
|---|---|
| Congenital heart defects | Heart murmur |
| Heart attack or heart problems | Angina |
| Stroke | High Blood pressure |
| Rheumatic Fever | Heart pacemaker |
| Asthma | Epilepsy or seizures |
| Anemia (blood problems) | Diabetes |
| Thyroid problems | AIDS or HIV infection |
| Chronic bronchitis | Emphysema |
| Venereal disease (syphilis, gonorrhea) | Tuberculosis (TB) |

Arthritis                              Psychiatric treatment
Artificial heart valve                 Artificial joint
Hepatitis

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                                        yes   no

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?


Name:_____    Reg No.
_____

Institution: _____    Date:
_____

P.S. 6000.05
September 15, 1996
Attachment IV-E, Page 2

FEDERAL BUREAU OF PRISONS
HISTORIA CLINICA DE ODONTOLOGIA Y MEDICA

1.  Que medicinas esta tomando actualmente?                     Si  No
    Si es si, el nombre _____

2.  A que medicinas es usted alergico?                          Si  No
    Si es si, el nombre _____

3.  Tuvo alguna enfermedad durante los ultimos
    dos anos que requirio ver un doctor?                        Si  No
    Si es si, por que? _____

4.  Ha estado usted en el hospital durante los
    ultimos dos anos? Si es si, por que?                        Si  No
    _____

5.  Tiene usted o ha tenido historial de un soplo
    en el corazon o ha sido tratado por alguna otra
    condicion cardiaca?                                         Si  No

6.  Se le hinchan los pies?                                     Si  No

7.  Tiene cancer?   Desde cuando? _____                     Si  No

8.  Sangra usted con exceso?                                    Si  No

9.  Ha tenido problemas con algun tratamiento
    dental?                                                     Si  No

10. Ha tenido usted alguna vez temblores,
    dislocaciones o dolores en su mandibula?                    Si  No

   Que enfermedades o sintomas tiene? De reconocerlos
una marca:

Defectos del corazon                    Soplo cardiaco
Ataque del corazon                      Angina
Fiebre reumatica                        Presion alta
Apoplejia o derrame cerebral            Marcapasos
Asma o fatiga                           Convulsiones
Anemia (problemas de sangre)            Diabetes
Hepatitis (problemas del higado)        SIDA o infeccion de HIV
Proplemas de tiroies                    Enfisema
Bronquitis                              Tuberculosis
Enfermedad venerea (gonorrea/sifilis)   Desordenes psiquiatricos
Artritis                                Coyunturas artificiales
Valvulas artificiales

Usa usted frecuentemente tabaco
(cigarrillos, mascar, rape)?                 Si  No

Tiene otras enfermedades que no esten en esta lista?    Si   No
LAS MUJERES:    Esta usted embarazada o encinta?    Si   No

Nombre _____ Numero
_____

P.S. 6000.05
September 15, 1996
Attachment IV-F, Page 1

## INFORMED CONSENT FOR ORAL AND MAXILLOFACIAL SURGERY

Procedure:_____
—

Alternative to surgery:

I understand that if this procedure is not performed my
condition may worsen resulting in complications including but
not limited to:

1. Infection
2. Pain
3. Health complications beyond the present problem.

Possible complications which have been explained to me:

1. Pain
2. Dry socket (alveolitis)
3. Infection
4. Decision to leave a small piece of tooth root in the jaw
   when       its removal would require extensive surgery and
   increased risk of complications.
5. Bleeding and bruising
6. Swelling
7. Injury to adjacent teeth or restorations
8. Maxillary sinus involvement
9. Nerve injury
10. Bony fractures
11. Temporomandibular joint disorder

I have had the opportunity to discuss and to ask question about
my surgery with Dr._____.

I consent to the surgery as described.

Date: _____    Time:_____

_____
Patient's printed name and number

_____
Patient's signature

_____
Doctor's printed name

_____
Doctor's signature

_____

Witness (Not Required)

Institution: _____

P.S. 6000.05
September 15, 1996
Attachment IV-F, Page 2

### PERMISO PARA CIRUGIA ORAL & MAXILLOFACIAL

Procedimiento:

_____

Alternativa a la cirugia: Entiendo que si no me hacen este
prodedimiento se prodria empeorar este problema. Resultados
posibles incluyen:

1.    Infeccion
2.    Dolor
3.    Complicasiones de su salud en el futuro puede suseder si su
      problema present continua.

Se me han explicado estas complicaciones posibles relacionadas
con la cirugia.

1.    Dolor
2.    Alveolo seco
3.    Infeccion
4.    Perdida de sangre, moretones
5.    Hinchazon
6.    Dano a otras muelas o al empaste de otra muela.
7.    Perforacion del seno maxilar.
8.    Dano a un nervio
9.    Fractura de hueso.
10.   Puede que se decida dejar un pedacito de la raiz de la
      muela si se ve que el proceso de extraerla requiere cirugia
      mas complicado y podria resultar en otras dificultade.
11.   Trastorno en la junta temporo-mandibular

Se me ha ofrecido la oportunidad de hablar con el/la doctor(a)
_____ y de hacerle preguntas acerca
de la cirugia.

Doy el permiso para que me la hagan.


_____

Firma del pasiente                              Fecha/Tiempo


_____

Firma del dentista

P.S. 6000.05
September 15, 1996
Attachment IV-G, Page 1

## DENTAL CLINIC BLOOD AND BODY FLUID GUIDELINES

I.   **USE OF PROTECTIVE ATTIRE AND BARRIER TECHNIQUES**

   A.   **Gloves**

   Disposable (latex or vinyl) gloves should be worn by
   persons who are in contact with blood, tissue, body fluids,
   mucous membranes, non-intact skin, excretions, or equipment
   or surfaces potentially contaminated with these fluids.
   Gloves must be changed between all patient contacts.
   Repeated use of a single pair of gloves by disinfecting
   them between patients may not prevent cross-contamination
   between patients, and is not recommended.

   B.   **Face masks and protective eyewear**

   Surgical masks and protective eyewear or chin-length
   plastic face shields should be worn when splashing or
   spattering of blood or other body fluids is likely. Dental
   staff members should wear these items while performing
   treatment on all patients.  The dental patient should also
   be provided with protective eyewear.

   C.   **Gowns**

   Reusable or disposable gowns, laboratory coats, or uniforms
   must be worn when clothing is likely to be soiled with
   blood or other body fluids.  If reusable gowns are worn,
   they may be washed, using a normal laundry cycle at the
   institution or at a commercial laundry.  See the HSA for
   local policy.  Gowns may not be taken home for laundering.
   Gowns should be changed at least daily or when visibly
   soiled with blood.

   D.   **Surface barriers**

   Impervious-backed paper, aluminum foil, or clear plastic
   wrap should be used when ever indicated to cover surfaces
   (e.g., light handles or x-ray unit heads) that may be
   contaminated by blood or saliva and that are difficult or
   impossible to disinfect.  The coverings should be removed,
   discarded, and then replaced with clean material between
   patients.

   E.   **Other protective measures**

   All procedures and manipulations of potentially infective
   materials should be performed carefully to minimize the
   formation of droplets, splatters, and aerosols, where

possible.  Use of rubber dams, where appropriate, high
speed evacuation, and proper patient position should
facilitate this process.

P.S. 6000.05
September 15, 1996
Attachment IV-G, Page 2

## II.  HANDWASHING AND CARE OF HANDS

Hands should be washed before and after the care of each
patient. When gloves are torn, cut or punctured, they must be
removed immediately, hands thoroughly washed, and regloving
accomplished before completion of the dental procedure.  Hands
should be washed with an antimicrobial handwash.  Cuts and sores
on hands should always be covered.  Health care workers with
oozing sores or weeping dermatitis should refrain from
practicing.

## III. USE AND CARE OF SHARP INSTRUMENTS AND NEEDLES

A. All employees who perform or assist in dental procedures
   must use extraordinary care to prevent injuries to hands
   caused by needles, scalpels, and other sharp instruments or
   devices during procedures; and when cleaning dirty
   instruments.  After use, disposable syringes and needles,
   scalpel blades, and other sharp items must be placed into a
   puncture-resistant container located in the dental clinic.
   Only institution staff will handle these items.

B. Dental needles should only be recapped by using the one
   hand technique or by placing the cap in a shield or holder
   so that the needle can be guided back into the cap without
   injury.

C. A new sterile syringe and needle must be used for each
   patient.

## IV.  STERILIZATION AND DISINFECTION OF INSTRUMENTS AND EQUIPMENT

A.  **Instrument Cleaning**

    Before high level disinfection or sterilization,
    instruments must be cleaned to remove debris. Cleaning may
    be accomplished by a thorough scrubbing with soap and
    water, or by using a mechanical device. (e.g., ultrasonic
    cleaner or dishwasher).  Persons involved in cleaning and
    decontaminating instruments should wear heavy duty rubber
    gloves to prevent hand injuries.

B.  **Sterilization of instruments**

    Metal and heat-stable dental instruments will be routinely
    sterilized between use by steam under pressure
    (autoclaving) or by dry heat.  The adequacy of
    sterilization cycles will be verified by weekly use of
    spore-testing devices.  When necessary, high level
    sterilization of heat-sensitive instruments will be

accomplished by up to ten (10) hours exposure in a liquid
chemical agent registered by the EPA as a disinfectant
sterilant.

P.S. 6000.05
September 15, 1996
Attachment IV-G, Page 3

C.  **High level disinfection**

High level disinfection will be accomplished by immersion
into an EPA registered disinfectant/sterilant chemical for
the exposure time recommended by the chemical's
manufacturer.

D.  **Decontamination of work surfaces**

At the completion of work activities, counter tops and
surfaces that may have been contaminated with blood or
saliva should be wiped with absorbent toweling to remove
extraneous organic material, then disinfected with a
suitable chemical disinfectant.

E.  **Use and care of ultrasonic sealer, handpieces, and dental
    units**

1.  Handpieces should be sterilized between patients.  Before
    sterilization, water-cooled handpieces should be flushed by
    running the handpiece for 20-30 seconds, discharging the
    water into a sink or container.  Then the handpiece should
    be scrubbed to remove adherent debris.  If the handpiece
    can not be sterilized, it should be wiped with a material
    saturated with a chemical germicide that is registered with
    the EPA as being a microbactericidal.  The disinfecting
    solution should remain in contact with the handpiece for a
    time specified by the disinfectant's manufacturer.  Every
    effort should be made to obtain sterilizable handpieces.

2.  Ultrasonic scalers and air/water syringes should be treated
    in the same manner as handpieces.

**V.  HANDLING OF BIOPSY SPECIMENS**

Each specimen should be put in a sturdy container with a secure
lid to prevent leaking during transport. Care should be taken to
avoid contamination of the outside of the container.  If the
outside of the container is visibly contaminated, it should be
cleaned and disinfected, and placed in an impervious bag and
then taken to the laboratory.

**VI. DISPOSAL OF WASTE MATERIALS**

A.  Disposable needles, scalpels, or other sharp items will be
    placed intact into puncture-resistant containers before
    disposal.

B.  Other solid waste contaminated with blood or other body
    fluids will be placed in an infectious waste container

located in the dental clinic.  These containers will be disposed of by the Health Systems Administrator or his appointee in accordance with established policy.  Waste containers will be emptied regularly according to local policy.

P.S. 6000.05
September 15, 1996
Attachment IV-G, Page 4

## VII.  INFECTION CONTROL IN THE DENTAL LABORATORY

A. Materials, impressions, and intraoral appliances should be cleaned and disinfected before being handled, adjusted, or sent to a dental laboratory.  These items should also be cleaned and disinfected when returned from the dental laboratory and before placement in the patient's mouth.

B. Impressions and intraoral appliances will be disinfected by immersion.  A suitable chemical germicide which is microbactericidal and correctly diluted will be utilized. The impression should then be rinsed with water and poured.

C. Pumice used for prostheses which have been in the mouth should be changed after each patient.

D. The ragwheel should be properly disinfected.

E. Case pans should also be properly disinfected.

F. Work benches and sinks should be disinfected daily.

## VII.  SPECIAL PRECAUTIONS FOR INFECTIOUS DISEASES

A.  **Medical History**

The medical history should be reviewed before treating each patient. If no history form is located in the chart, a history should be obtained. Questions should be asked regarding medications, current illnesses, hepatitis, recurrent illnesses, unintentional weight loss, lymphadenopathy, oral soft tissue lesions, or other infections.

B.  **Immunizations**

1.    The Center for Disease Control recommends that all dental personnel who have routine patient contact be vaccinated against Hepatitis B.  Contact the HSA and CD about vaccination for dental staff.

2.    All inmates assigned to the dental clinic should be serologically tested for hepatitis associated antigen. Those inmates found with a positive titer of hepatitis antigen B should not be allowed to work in the dental clinic.

3.    Dental clinic inmate workers should be counseled about the Hepatitis B vaccine and provided the vaccine if the serological test so indicates.

P.S. 6000.05
September 15, 1996
Attachment IV-H, Page 1

DATA MANAGEMENT REPORT
BP-DEN-1

Institution: _____    Region:

_____

Quarter _____    Year _____

Provider: _____    SSN: _____

Specialty Code: _____

I.    Dental Appointments:
      A.    Routine (10001):              _____
      B.    Sick Call/Emerg. (10002):    _____
      C.    Consultant I (10003):        _____
      D.    Consultant O (10004):        _____
Total(10000):_____
II.   Examinations
      A.    Initial Screening (21000):   _____
      B.    Modified Init. Screening
            (22000):                     _____
      C.    Oral Examinations
            1.    Comprehensive (23000): _____
            2.    Periodic (24000):      _____    Total(20000):_____

III.  Periodontal Procedures Provided
      A.    Prophylaxis (51000):         _____
      B.    Ging. Curettage/Root
            Plan (52000):                _____
      C.    Perio. Surgery (53000):      _____
      D.    Occl. Equil. (54000):        _____
      E.    TMD Related Procd.
            (55000):                     _____    Total(50000):_____

IV.   Restorative Procedures Provided
      A.    Permanent (61000):           _____
            (no. of surfaces___)
      B.    Interim (62000):             _____
      C.    Units Cr./Bridge (63000):    _____    Total(60000):_____

V.    Endodontic Procedures Provided
      A.    Initial Access Preps
            (71000):                     _____
      B.    Interim Appts. (72000):      _____
      C.    Canals Completed (73000):    _____    Total(70000):_____

VI.   Prosthodontic Appliances/Procedures Provided
      A.    Complete Dentures (81000):   _____
      B.    Removable/Fixed
            Partials (82000):            _____

C.   Unspecified OS
     Procedures (83000):          _____      Total(80000):_____