# ATTACHMENT E

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| 11/27/02 1400 hrs | S: "My tooth aches." (Pt. n/o pain @ #13) O: Med. Hx rev'd. NKDA, PI #4 #13, ⊕ percussion, ⊕ palpation Tx: Restoration possible communication c pulp A: #13 Irreversible pulpitis 2° former - deep caries P: Lidocaine 2% c 1:100,000 4 carpules x 3; elevator o forceps extraction of #13, stasis achieved, no sutures Ø POIC's (written + oral) - Patient understands Rx: Pen VK 500mg x 30, 1 q 6 h Ibuprofen 800mg x 15, 1 q 8 h | W.K. COLLINS, DDS CDO FCI McKean |
| 03/26/03 1145 hrs | S: "I want to know what's going on. I was #29 on the list and now I'm not on it." | William K. Collins, D.D.S. CDO FCI McKean |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: name - last, first, middle; grade; date; hospital or medical facility)
Hill, Robert
REGISTER NO. 40436133
WARD NO.
FCI McKean

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | SIGNATURE |
|---|---|---|
| DATE | DIAGNOSIS — TREATMENT — REMARKS | |
| Jan. 2001 0850 | No chart<br>S: "My tooth is cracked."<br>O: #13 - DO caries. PAXR.<br>Sensitive to cold, air.<br>A: caries #13. restorable.<br>P: 1.8cc 2% lido w/100,000 epi.<br>#13 - Gross decay removed; placed Fuji<br>miracle mix Indirect Pulp Therapy.<br>Pt has already requested Routine Care. | J. ROSE, DMD<br>USP LOMPOC |

(Continued On Reverse Side)

REGISTER NO. 40428-133

**SENSITIVE**
LIMITED OFFICIAL USE

DENTAL TREATMENT RECORD
HSA-237 (6-74) (Formerly HSM-737)

Lompoc, CA 93436

PATIENT'S IDENTIFICATION: Hill, Michael