# ATTACHMENT F

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dental - Department | 4-9-02 |
| FROM: Michael Hill | REGISTER NO.: 40428-133 |
| WORK ASSIGNMENT: Laundry | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have two cavities, one was temporarily filled and the other was left as is, this was approximately 14 months ago that had the temporary filling put in and the cavity diagnosed, both are degenerating "getting worse", I would like to be placed on schedule so as to have both cavities permenently and correctly filled in hope of saving both teeth. This is my forth request, please check records, I came from another federal facility over seven months ago.

(Do not write below this line)

DISPOSITION:

Right now, you are #184 on the puphry list to have perm. fillings. You will have to wait until your name is called. If you have any pain problems though, come right to sickcall.

**SENSITIVE**
LIMITED OFFICIAL USE

| Signature Staff Member | Date |
|---|---|
| A. Douglas, CDA  Amber Douglas, CDA  FCI McKean, PA | 4-9-02 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper