# ATTACHMENT G

## INFORMAL RESOLUTION

**NOTICE TO INMATE:** Before filling a BP-9 ("Request for Administrative Remedy"), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state your complaint in "1" below and in "2" list what efforts you have made to informally resolve the complaint (state names of staff contacted).

This Informal Resolution Form was issued by _____, Correctional Counselor,

on: _____ to: _____.

INMATE: Michael Hill     REG. NO. 40408-133  QUARTERS AA

1. Complaint: I have informed various medical staff members on various occasions that I have a tempory filling that has been in well over it's expected longevity and is slowly come out of my tooth on the dailey basis very soon I'll have a tooth ache that would be facilitated by lack of preventative medical/dental treatment.  → continue on next p

2. Efforts made to informally resolve & staff contacted: _____

_____

Inmate's Signature                          Registration Number

***Do Not Write Below This Line****

### CORRECTIONAL COUNSELOR'S COMMENTS

Date Received From Inmate: _____

EFFORTS MADE TO INFORMALLY RESOLVE & NAMES OF STAFF CONTACTED ___ I suggest ya contact the dentist to see where ya are on the pending list. I assure ya are on the waiting list with numerous other inmates. [redacted]

Date: 6-30-02   ( ) Informally Resolved   (✓) BP-9 Issued [redacted]

_Counselor's Signature_                      Ellen McVeinch 7/31/02.

**COUNSELOR'S SIGNATURE**

**DISTRIBUTION:**  A. I INFORMALLY RESOLVED: Forward original to Warden (Attention: Warden's Secretary).
B. IF BP-9 ISSUED: Forward original (attached to BP-9) to Warden (Attention: Warden's secretary).

CODE MUST BE SUPPLIES BY DEPARTMENT HEAD OR DESIGNEE BEFORE GIVING TO WARDEN'S SECRETARY.

CODE: _____

I have done everything necessary to obtain treatment so as to prevent the pain that is sure to come, I've even talked with the warden about this and he advised Dr. Olson at mainline two week's ago to take care of this before the filling is completely out of the tooth. I would like to be treated as soon as possible