# ATTACHMENT H

**U.S. DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Hill, Michael W.**    REG. NO. **40428-133**    UNIT **AA**    INSTITUTION **McKean**
LAST NAME, FIRST, MIDDLE INITIAL

**Part A- INMATE REQUEST**

I informed various medical staff and the warden on various occasions that I have a temporary filling which was put in well over 15 months ago at U.S.P. Lompoc, the permanent filling should have been done by now, despite this knowledge I am being told to wait until my name comes up for appointment even though there is probably one-hundred people in front of me with less serious dental needs. As a result of waiting this long the temporary filling is eroded badly and is nearly out of the tooth, therefore I am about to suffer great pain which at this point can be prevented. I requested that I be seen by the dentist before this filling comes completly out.

DATE: **07-03-02**

SIGNATURE OF REQUESTER: *Michael Hill*

**Part B- RESPONSE**

DATE _____    WARDEN OR REGIONAL DIRECTOR _____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: **274890**

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: _____

**C- RECEIPT**

Return to: _____ _____ _____ _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE _____    RECIPIENT'S SIGNATURE (STAFF MEMBER) _____

BP-229(13)
APRIL 1982

HILL, Michael
Reg. No. 40428-133
MCK 274890-F2

## PART B - RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on July 29, 2002, in which you request a permanent dental filling.

A review of this matter reveals you have a temporary dental filling in place. The placement of a permanent dental filling is considered as routine dental care and you are on the waiting list for treatment. When your turn comes, you will be examined for a permanent dental filling. If the temporary dental filling comes out or you are in pain, please complete a sick call request.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP-DIR-230 to the regional director.

_8-21-02_
Date

John J. LaMarina, Warden

**LOU Sensitive**

COPY