# ATTACHMENT J

P.S. 6000.05
September 15, 1999
Attachment IV-F. Page 1

INFORMED CONSENT FOR ORAL MAXILLOFACIAL SURGERY     *Originally*

Procedure: _Extraction #13 - Irreversible pulpitis 2° Deep cavity_

Alternative to surgery:

I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:

1. Infection
2. Pain
3. Health complications beyond the present problem.

Possible complications which have been explained to me:

1. Pain
2. Dry socket (Alveolitis)
3. Infection
4. Decision to leave a small piece of tooth root in the jaw when its removal would require extensive surgery and increased risk of complications
5. Bleeding and bruising
6. Swelling
7. Injury to adjacent teeth or restorations
8. Maxillary sinus involvement
9. Nerve injury
10. Bony fractures
11. Temporomandibular joint disorder

I have had the opportunity to discuss and to ask questions about my surgery with

Doctor: _Collins_.

I consent to the surgery as described.

Date: _11/27/02_   Time: _1356 hrs_

Patient's printed name and number: _Hill, Michael 40428-133_

Patient's signature: _Michael Hill_

Doctor's printed name: _William R. Collins_

Doctor's signature: _William R. Collins_

Witness (Not Required): _____

Institution: _FCI McKean_

**SENSITIVE**

LIMITED OFFICIAL USE