# ATTACHMENT B

July 27, 2001

Mr. John H. Stranahan
Area Director Occupational Safety and Health Administration
Suite B-12
3939 West Ridge Road
Erie, Pennsylvania 16506

Dear Mr. Stranahan:

This is in reference to your inquiry of July 3, 2001, concerning the air quality in our UNICOR Factory and the use of dust masks.

Our current dust collection system consists of two separate systems, each producing 34,000 CFM (cubic feet per minute). On system #1, there are eight machines drawing dust collection requiring a total of 9,900 CFM, thus leaving 24,100 CFM available. On system #2, there are 15 machines drawing dust collection directly from the point of operation requiring a total of 13,100 CFM, thus leaving 20,900 CFM available. As you can see by these numbers our current system is not being over taxed from usage. The are no visible signs of extreme amounts of dust particles drifting in the air during high production time.

Dust masks are readily available for use from the UNICOR tool room and, upon request, issued.

Microbac Laboratories, Inc. of Bradford, Pennsylvania, an independent air sampling vendor, has been contacted to conduct air monitoring testing in the factory. They will do a personal and factory wide sampling on Tuesday, July 31, 2001. Once the results are received you will be provided a copy.

If you have any questions or concerns, please contact Stephen E. Housler, Safety Manager, at 814/362-8900, extension 3526.

Sincerely,


John J. LaManna
Warden