# ATTACHMENT D

# Notice of Alleged Safety or Health Hazards

Mon Apr 14, 2003 4:16pm

| | | Complaint Number | | 200381895 |
|---|---|---|---|---|
| Establishment Name | Federal Correctional Institute, McKean | | | |
| Site Address | Rt. 59 and Big Shanty Rd., Lewis Run, PA 16738 | | | |
| | Site Phone | (814) 362-8900 | Site FAX | (814) 363-6811 |
| Mailing Address | P.O. Box 5000, Bradford, PA 16701 | | | |
| | Mail Phone | (814) 632-8900 | Mail FAX | (814) 363-6811 |
| Management Official | Stephen Housler, Safety | | Telephone | |
| Type of Business | Federal Corrections | | Ownership | |
| Primary SIC | 9223 | | Primary NAICS | 922140 |

**HAZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

**DESCRIPTION:**

1. Ventilation is inadequate to control the hazards associated dusts generated during the production processes. These dusts include but are not limited to wood dust, particle board dust, and micore board dust.

2. Ventilation is inadequate to control the hazards associated with vapors that are produced by the glues utilized in the laminating processes.

3. Dust is accumulating on surfaces throughout the factory area. This dust includes but is not limited to wood dust, particle board dust, and micore board dust.

4. Personnel are smoking in close proximity to operations that produce wood dust and utilize flammable glues.

5. Compressed air above 30 psi is being utilized for blow-downs and cleaning operations.

6. Plexi-glass and plywood are being stored on top of electrical boxes. Electrical boxes are located in the back by the dock area.

7. Personnel are potentially exposed to a fire hazard from a heavy accumulation of scrap wood at the loading dock area.

**LOCATION:**
UNICOR Factory (Including but not Limited To):
  * Loading Dock Area
  * Saw Area
  * Laminating Area, Front Area by Office