# ATTACHMENT H

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution, McKean*

P.O. Box 5000
Bradford, PA 16701

September 22, 2003

John H. Stranahan, Area Director
Occupational Safety and Health Administration
Suite B-12
3939 West Rdidge Road
Erie, PA 16506

Dear Mr. Stranahan:

As required by the Occupational Safety And Health Act, an Abatement Certification Letter must be received by your office before October 7, 2003, on citations received during the inspection conducted from April 16 to August 1, 2003.

I certify corrective measures have been taken on all identified Unsafe Working Conditions, with the exception of citation 1, items 7a, 7b, and 9. We are awaiting clarification from our Central Office prior to implementing changes regarding items 7a, 7b, and 9. We will continue to monitor all areas to assure a safe work environment is maintained.
If I can be of further assistance, please contact me.

Sincerely,

John J. LaManna
Warden

# ABATEMENT CERTIFICATION LETTER

**Company Name:** F.C.I McKean
**Inspection Site:** F.C.I. McKean, Route 59 & Big Shanty Road, Lewis Run, PA 16738
**Issuance Date:** 08-20-2003

This is to certify that the hazards referenced in Inspection Number 303712673 have been corrected as described below:

| Citation | 1 | Item | 1 | was corrected on | 4-25-03 | by the following method: |
|---|---|---|---|---|---|---|

LokWeld glue and the fire cabinet were removed from the Special Projects Area. This product will no longer be used in making these type of products.

| Citation | 1 | Item | 2a | was corrected on | 6-18-03 | by the following method: |
|---|---|---|---|---|---|---|

Plywood sheets and cardboard were removed from inside the spray booth, the manufacture was contacted for guidance on the proper method and product for cleaning the spray booth.

| Citation | 1 | Item | 2b | was corrected on | 6-18-03 | by the following method: |
|---|---|---|---|---|---|---|

Plywood and cardboard were removed from the interior walls and above the filter bank. The manufacture was contacted for the proper method and product for cleaning inside the booth.

| Citation | 1 | Item | 3 | was corrected on | 6-24-03 | by the following method: |
|---|---|---|---|---|---|---|

Automatic sprinkler heads were install by an outside contractor in behind the filter bank, exhaust plenums and associated exhaust duct work.

| Citation | 1 | Item | 4 | was corrected on | 5-12-03 | by the following method: |
|---|---|---|---|---|---|---|

Items stored underneath the conveyer at the feed side of the booth were removed and personnel were instructed not to store any items in this area or within three feet of the spray booth.

| Citation | 1 | Item | 6 | was corrected on | 5-14-03 | by the following method: |
|---|---|---|---|---|---|---|

A hydraulic lift will be utilized to retrieve any item stored on upper shelving not reachable by a ladder. Hats and hair nets were purchase and issued to personnel with long hair to be utilized during working hours.

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

F.C.I. McKean/ Safety Manager                                           September 22, 2003
TYPED/PRINTED NAMED OF COMPANY OFFICIAL AND           DATE
TITLE

*Stephen E. Housler* (signature)
SIGNATURE

**NOTE: 29 USC 666.(g):** Whoever knowingly makes any false statements, representation or certification in any application, record plan or other documents filed or required to maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000, or by imprisonment for not more than six months or both.

# ABATEMENT CERTIFICATION LETTER

**Company Name:** F.C.I McKean
**Inspection Site:** F.C.I. McKean
**Issuance Date:** 08-20-2003

This is to certify that the hazards referenced in Inspection Number __303712673__ have been corrected as described below:

| Citation | 1 | Item | 9 | was corrected on | 10-15-03 | by the following method: |
|---|---|---|---|---|---|---|
| Copies of 29 CFR 1910.333 (b)(2) have been distributed to departments that perform electrical work. These procedures will be written into the institutions supplement on lockout/tagout. ||||||||

| Citation | 1 | Item | 7a | was corrected on | 10-15-03 | by the following method: |
|---|---|---|---|---|---|---|
| Lockout/tagout procedures have been utilized during set-up operations on machinery. Policy has been implemented to allow personnel to lockout/tagout equipment with their own lock, checked out from the central tool room. The lock is a combination lock, foremen will still be required to place their lock on the equipment also utilizing a hasp. ||||||||

| Citation | 1 | Item | 7b | was corrected on | 10-15-03 | by the following method: |
|---|---|---|---|---|---|---|
| Personnel have been issued their own lock checked out from the central tool room to be utilized in lockout/tagout procedures, only they will have the means of removing the lock upon completion of maintenance work. ||||||||

| Citation | 1 | Item | | was corrected on | | by the following method: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Citation | 1 | Item | | was corrected on | | by the following method: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Citation | 1 | Item | | was corrected on | | by the following method: |
|---|---|---|---|---|---|---|
| | | | | | | |

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

F.C.I. McKean/ Safety Manager
TYPED/PRINTED NAMED OF COMPANY OFFICIAL AND TITLE                                    DATE

*[Signature: Stephen E. Donals]*

SIGNATURE

**NOTE: 29 USC 666.(g):** Whoever knowingly makes any false statements, representation or certification in any application, record plan or other documents filed or required to maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000, or by imprisonment for not more than six months or both.

# ABATEMENT CERTIFICATION LETTER

**Company Name:** F.C.I McKean
**Inspection Site:** F.C.I. McKean, Route 59 & Big Shanty Road, Lewis Run, PA 16738
**Issuance Date:** 08-20-2003

This is to certify that the hazards referenced in Inspection Number 303712673 have been corrected as described below:

| Citation | 1 | Item | 11 | was corrected on | 8-20-03 | by the following method: |
|---|---|---|---|---|---|---|

Fixed guards were installed along both open sides of the Post-Former Machine. A fixed grated fence barrier was installed around the CNC machine.

| Citation | 1 | Item | 12 | was corrected on | 8-20-03 | by the following method: |
|---|---|---|---|---|---|---|

Adjustable guards were installed on the Delta Shaper, Inverted Router, and Vertical Boring Machine.

| Citation | 1 | Item | 13 | was corrected on | 8-20-03 | by the following method: |
|---|---|---|---|---|---|---|

A fixed guard was installed on the lower portion of the cut-off saws on the Post-Former Machine. An electric eye disconnect was install on the CNC machine.

| Citation | 1 | Item | 14 | was corrected on | 8-26-03 | by the following method: |
|---|---|---|---|---|---|---|

A self adjusting guard was installed on the shaft that was exposed on the Post-Former machine.

| Citation | 1 | Item | 16 | was corrected on | 6-12-03 | by the following method: |
|---|---|---|---|---|---|---|

Staff were instructed that a fire watch must be conducted when hot work is being performed if combustible material is located within 35 feet of the work area.

| Citation | 1 | Item | 17 | was corrected on | 6-12-03 | by the following method: |
|---|---|---|---|---|---|---|

Staff were instructed prior to the beginning of hot work they must inspect the area to determine if there are hazards or combustibles located within the 35 foot work zone.

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

F.C.I. McKean/ Safety Manager
TYPED/PRINTED NAMED OF COMPANY OFFICIAL AND TITLE

September 22, 2003
DATE

*[Signature: Stephen E. Dunkle]*
SIGNATURE

**NOTE: 29 USC 666.(g):** Whoever knowingly makes any false statements, representation or certification in any application, record plan or other documents filed or required to maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000, or by imprisonment for not more than six months or both.

# ABATEMENT CERTIFICATION LETTER

**Company Name:** F.C.I McKean
**Inspection Site:** F.C.I. McKean, Route 59 & Big Shanty Road, Lewis Run, PA 16738
**Issuance Date:** 08-20-2003

This is to certify that the hazards referenced in Inspection Number 303712673 have been corrected as described below:

| Citation | 1 | Item | 19a | was corrected on | 6-18-03 | by the following method: |
|---|---|---|---|---|---|---|

The knockout was replaced in the junction box located in the Second Floor Storage Area.

| Citation | 1 | Item | 19b | was corrected on | 6-18-03 | by the following method: |
|---|---|---|---|---|---|---|

The flexible cord was reattached to the junction box eliminating the hole on motor #4 on the Vertical Boring Machine.

| Citation | 1 | Item | 19c | was corrected on | 6-18-03 | by the following method: |
|---|---|---|---|---|---|---|

The flexible cord was reattached eliminating the conductor from conducting the edges of the hole.

| Citation | 1 | Item | 20a | was corrected on | 6-18-03 | by the following method: |
|---|---|---|---|---|---|---|

The cover plate was readjusted to the proper position on the outlet box in the Second Floor Storage Area.

| Citation | 1 | Item | 20b | was corrected on | 6-18-03 | by the following method: |
|---|---|---|---|---|---|---|

Cover plate was replaced on the junction box located in the Main Maintenance Room.

| Citation | 1 | Item | 21b | was corrected on | 6-18-03 | by the following method: |
|---|---|---|---|---|---|---|

Sidewalks were cut back to eliminate undermining, temporary jacks were repositioned eliminating the possible collapse of the structure.

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

F.C.I. McKean/ Safety Manager                                September 22, 2003
TYPED/PRINTED NAMED OF COMPANY OFFICIAL AND TITLE            DATE

_Stephen E. Hrusler_ (signature)
SIGNATURE

**NOTE: 29 USC 666.(g):** Whoever knowingly makes any false statements, representation or certification in any application, record plan or other documents filed or required to maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000, or by imprisonment for not more than six months or both.

# ABATEMENT CERTIFICATION LETTER

**Company Name:** F.C.I McKean
**Inspection Site:** F.C.I. McKean, Route 59 & Big Shanty Road, Lewis Run, PA 16738
**Issuance Date:** 08-20-2003

This is to certify that the hazards referenced in Inspection Number 303712673 have been corrected as described below:

| Citation | 1 | Item | 21c | was corrected on | 6-18-03 | by the following method: |
|---|---|---|---|---|---|---|
| Penetrometers were purchased to assist staff in typing soil. Spoil piles were moved back 4 feet from the trench. Sidewalks were cut back to eliminate undermining. Temporary jacks were repositioned. ||||||||

| Citation | 1 | Item | 22a | was corrected on | 5-14-03 | by the following method: |
|---|---|---|---|---|---|---|
| Drums were placed over the protruding rebar. Staff were informed they must cover exposed rebar as soon as it is cut. ||||||||

| Citation | 1 | Item | 22b | was corrected on | 5-14-03 | by the following method: |
|---|---|---|---|---|---|---|
| A six foot chain link metal fence was erected along the sidewalk where trenching was being conducted. ||||||||

| Citation | 2 | Item | 1 | was corrected on | 5-20-03 | by the following method: |
|---|---|---|---|---|---|---|
| Inmates issued a respirator will be issued a copy of Appendix D, also they will be given training on proper care, donning procedures, and use. ||||||||

| Citation | 2 | Item | 2 | was corrected on | 5-20-03 | by the following method: |
|---|---|---|---|---|---|---|
| Inmates who do not speak English are supplied with an interpreter during Admission & Orientation Classes, this procedure has been in place since the opening of the institution. ||||||||

| Citation | 2 | Item | 3 | was corrected on | 5-20-03 | by the following method: |
|---|---|---|---|---|---|---|
| Inmates are given training during Admission & Orientation Classes upon arriving at the institution. When assigned to work detail they are given training on Hazard Communications. MSDS books are located at each detail office available for personnel to review. ||||||||

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

F.C.I. McKean/ Safety Manager                                    September 22, 2003
TYPED/PRINTED NAMED OF COMPANY OFFICIAL AND                      DATE
TITLE

_Stephen E. Douglas_ (signature)
SIGNATURE

**NOTE:** 29 USC 666.(g): Whoever knowingly makes any false statements, representation or certification in any application, record plan or other documents filed or required to maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000, or by imprisonment for not more than six months or both.

# ABATEMENT CERTIFICATION LETTER

**Company Name:** F.C.I McKean
**Inspection Site:** F.C.I. McKean, Route 59 & Big Shanty Road, Lewis Run, PA 16738
**Issuance Date:** 08-20-2003

This is to certify that the hazards referenced in Inspection Number 303712673 have been corrected as described below:

| Citation | 1 | Item | 8 | was corrected on | 9-18-03 | by the following method: |
|---|---|---|---|---|---|---|
| Control procedures were reevaluated procedural steps were developed for specific equipment identified during the survey. | | | | | | |

| Citation | 1 | Item | | was corrected on | | by the following method: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Citation | 1 | Item | | was corrected on | | by the following method: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Citation | 1 | Item | | was corrected on | | by the following method: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Citation | 1 | Item | | was corrected on | | by the following method: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Citation | 1 | Item | | was corrected on | | by the following method: |
|---|---|---|---|---|---|---|
| | | | | | | |

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

F.C.I. McKean/ Safety Manager                                    September 22, 2003
TYPED/PRINTED NAMED OF COMPANY OFFICIAL AND                      DATE
TITLE

*[Signature: Stephen E. Douglas]*
SIGNATURE

**NOTE: 29 USC 666.(g):** Whoever knowingly makes any false statements, representation or certification in any application, record plan or other documents filed or required to maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000, or by imprisonment for not more than six months or both.