# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. HILL,
       PLAINTIFF

Civil Action No. 03-323E

v.

**DECLARATION OF JOYCE HORIKAWA,
SENIOR ATTORNEY ADVISOR**

JOHN LAMANNA, ET AL.,
       DEFENDANTS

I, Joyce Horikawa, do declare and state as follows:

1. I am an Attorney employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), and assigned to the Northeast Regional Office (NERO) in Philadelphia, Pennsylvania. I am licensed to practice law in the states of Pennsylvania and New Jersey. I began my service with the BOP on or about September 20, 1993.

2. I am aware that inmate Michael Hill, Register Number 40428-133, has filed the above referenced lawsuit, in which he alleges staff violated his Constitutional Rights, and negligently exposed him to unsafe conditions in the UNICOR factory at FCI McKean.

3. As an attorney in NERO, I have access to the computerized database, in which all of the administrative tort claims filed are maintained and tracked. On or around January 25,

2006, I conducted a search of all administrative tort claims filed in fiscal years 2003-2005. I conducted this search by reviewing the computerized database which indexes all administrative tort claims filed by inmates in the Northeast Region. FCI McKean is located in the Northeast Region.

4. This search revealed that since 2003, inmate Hill has filed only one Administrative Tort Claim. That claim (number TRT-NER-2003-2410), which related to his dental care, was denied on August 8, 2003. **Attachment A is a true and correct copy of Administrative Tort Claim TRT-NER-2003-2410.**

5. My review of the computerized database did not reveal any additional administrative tort claims filed by inmate Hill. Specifically, he has filed no administrative tort claims relating to the conditions of the UNICOR factory in FCI McKean.

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.

_____  
Joyce Horikawa  
Senior Attorney Advisor  
Northeast Regional Office

Jan. 27, 2006  
Date