# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. HILL,
    PLAINTIFF

v.

JOHN LAMANNA, ET AL.,
    DEFENDANTS

Civil Action No. 03-323E

**DECLARATION OF DEBBIE STEVENS, SUPERVISORY ATTORNEY**

I, Debbie Stevens, do declare and state as follows:

1. I am a Supervisory Attorney employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), and assigned to the Federal Correctional Institution (FCI), Beckley, West Virginia. As part of my official duties, I supervise legal services for several BOP facilities within the Mid-Atlantic Region. Specifically, I supervise legal services for FCI Gilmer, where inmate Michael Hill, Register Number 40428-133, is currently housed.

2. I am aware that inmate Hill has filed the above referenced lawsuit, in which he alleges staff violated his constitutional rights, and negligently exposed him to unsafe conditions in the UNICOR factory at FCI McKean.

3. As an attorney for the BOP, I have access to the computerized database, in which all of the administrative

tort claims filed are maintained and tracked. On or around January 25, 2006, I conducted a search of all administrative tort claims filed in fiscal years 2003-2005. I conducted this search by reviewing the computerized database which indexes all administrative tort claims filed by inmates from FCI Gilmer. Inmate Hill has been housed in FCI Gilmer since December 23, 2003.

4.  My review of the computerized database did not reveal any administrative tort claims filed by inmate Hill relating to the conditions of the UNICOR factory in FCI McKean.

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.

_/s/ Debbie Stevens_               1/27/06
Debbie Stevens                     Date
Supervisory Attorney
FCI Beckley