# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. HILL, | ) Docket No. 03-323E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) AFFIDAVIT PURSUANT TO |
| UNITED STATES OF AMERICA, | ) FED.R.CIV.PRO. 56(f) IN OPPOSITION TO |
| JOHN J. LAMANNA, | ) DEFENDANTS' MOTION FOR SUMMARY |
| WILLIAM K. COLLINS, | ) JUDGMENT |
| MARTY SAPKO, | ) |
| STEPHEN HOUSLER, | ) Filed on behalf of:  Plaintiff Michael W. Hill |
| ROBERT KLARK, | ) |
| ROBERT REOME, | ) Counsel of record for this party: |
| BETH FANTASKEY, and | ) Richard A. Lanzillo, Esq. |
| DEBORAH FORSYTH, | ) Knox McLaughlin Gornall |
| | ) & Sennett, P.C. |
| Defendants | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |

## AFFIDAVIT PURSUANT TO FED.R.CIV.P 56(f) IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Richard A. Lanzillo, attorney for Michael W. Hill, hereby state the following pursuant to Fed.R.Civ.P. 56(f):

1. This action is presently pending before the Honorable Magistrate Judge Susan Paradise Baxter and involves claims arising out of injuries and constitutional violations sustained by Plaintiff while he was incarcerated at FCI McKean.

2. The pleadings remain open.  Defendants have not filed an Answer to Plaintiff's Amended Complaint.  Instead, Defendants have filed what they have styled as a Motion to Dismiss or, in the Alternative, for Summary Judgment (the "Motion").

3. Defendants' Motion makes a number of factual allegations with which Plaintiff disagrees.

4. Given the procedural posture of this case, Plaintiff has not had the opportunity to conduct any discovery to support his claims.

5. Plaintiff requires discovery to support his claims and refute the factual allegations made by Defendants in support of their Motion.

6. Among other subjects, Plaintiff requires discovery concerning the following issues raised in Defendants' Motion;

(a) the working conditions existing at the UNICOR facility at FCI McKean during the period of time that Plaintiff was assigned to work at the facility; and

(b) the quality of the medical/dental care that Plaintiff received while at FCI McKean.

7. Plaintiff requires this discovery to be able to respond fully to Defendants' alternative request for summary judgment.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

BY: /s/ Richard A. Lanzillo, Esq.
　　　Richard A. Lanzillo, Esquire
　　　120 West Tenth Street
　　　Erie, PA  16501
　　　Telephone (814) 459-2800
　　　Facsimile (814) 453-4530
　　　Email rlanzillo@kmgslaw.com
　　　PA53811

# 663752