IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HILL, | ) |
|        Plaintiff, | ) |
| | ) |
|        v. | ) Civil Action No. 03-323 Erie |
| | ) |
| JOHN J. LAMANNA, et al, | ) |
|        Defendants. | ) |

**N O T I C E**

TAKE NOTICE that the above captioned case is scheduled for a Case Management Conference before the Honorable Susan Paradise Baxter, on Thursday, August 24, 2006 at 3:30 p.m., Room A280, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. At the case management conference **all** counsel from the Western District of Pennsylvania, Northern District of Ohio and Western District of New York are to be present in person unless excused due to extreme inclement weather or other good cause.

Sincerely,

Leslie R. Wallen
Judicial Assistant/Courtroom Deputy to
Judge Baxter
(814) 464-9630

Dated: August 9, 2006