# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Michael W. Hill )
)
)
Plaintiff )
vs. )   No.   CA 03-323 Erie
John Lamanna, et al )
)
)
Defendants )

HEARING ON   August 24, 2006   Case Management Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Richard A. Lanzillo, Esq.           Michael Colville, Esq., AUSA
Neil Devlin, Esq.                   Douglas Goldring, Esq.

Appear for Plaintiff                Appear for Defendant

Hearing Begun  1:50                 Hearing Adjourned to  3:00

Hearing concluded C.A.V.            Stenographer Ron Bench
                                    CD:           Index:

WITNESSES

For Plaintiff                       For Defendant

Answer due within 30 days
Discovery to end by December 1, 2006.
Dispositive motions due December 15, 2006 &
responses thereto due January 16, 2007.
This case is consolidated with 3-355, 3-368
and 4-11 for purposes of trial.

C. Sanchez
Staff Attorney