**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MICHAEL HILL,                          )
                                       )
                   Plaintiff,          )
                                       )     CIVIL ACTION NO. 03-323 Erie
        v.                             )
                                       )     JUDGE McLAUGHLIN
JOHN LAMANNA, et al.,                  )     MAGISTRATE JUDGE BAXTER
                                       )
                   Defendants.         )     *(Electronic Filing)*


## NOTICE OF ENTRY OF APPEARANCE

TO:    Clerk of Court
       United States District Court
       Western District of Pennsylvania

        And now comes Michael C. Colville, Assistant United States Attorney for the Western

District of Pennsylvania, and respectfully enters his appearance as lead attorney to be noticed for

Defendants in the above-captioned case, in order to ensure that he receives electronic notice of all

documents filed in this proceeding.

        Please also remove Assistant United States Attorney Christy Criswell Wiegand as counsel

in the above-captioned case.

                                Respectfully submitted,

                                MARY BETH BUCHANAN
                                United States Attorney

                                /s/ Michael C. Colville
                                MICHAEL C. COLVILLE
                                Assistant U.S. Attorney
                                Western District of PA
                                U.S. Post Office & Courthouse
                                700 Grant Street, Suite 4000
                                Pittsburgh, PA 15219
                                (412) 894-7337
                                PA ID No. 56668

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2006, a true and correct copy of the

within NOTICE OF APPEARANCE was served, by either electronic means or by postage paid

U.S. Mail, to and upon the following:

Richard A. Lanzillo, Esquire
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney