IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-160E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | | |
|---|---|---|
| MICHAEL HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-323E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | | |
|---|---|---|
| LESLIE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-368E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | | |
|---|---|---|
| KEVIN SIGGERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-355E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

| | |
|---|---|
| MYRON WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN LAMANNA, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 04-11E<br><br>JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE BAXTER<br><br>(Electronic Filing) |

**O R D E R**

AND NOW, to wit, this _____ day of November, 2006, it is hereby ORDERED that the United States Marshal is directed to coordinate and prepare travel arrangements with the Bureau of Prisons and Michael C. Colville, Assistant U.S. Attorney for the Western District of Pennsylvania, in order that the independent medical examinations of the above named Plaintiffs may be conducted by Dr. Gregory Fino at St. Clair Hospital, 1000 Bower Hill Road, Suite 211, Pittsburgh, PA 15243-1899, on the following dates:  Kevin Siggers, December 21, 2006 @ 9:00 a.m.; Kenny Hill, January 2, 2007 @ 10:00 a.m.; Myron Ward, January 3, 2007 @ 10:00 a.m.; Leslie Kelly, January 8, 2007 @ 10:00 a.m.; and Michael Hill, January 16, 2007 @ 10:00 a.m.

_____
DISTRICT JUDGE SEAN J. McLAUGHLIN