# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Michael W. Hill )
)
)
Plaintiff )
vs. ) No. CA 03-323 Erie
Unites States of America )
)
)
Defendant )

**HEARING ON** November 14, 2006   Motion Hearing

**Before** Chief U. S. Magistrate Judge Susan Paradise Baxter

Richard A. Lanzillo, Esq.
Neil Devlin, Esq.
Lori Watson - Paralegal
*Appear for Plaintiff*

Michael C. Colville, Esq., AUSA
Phil O'Connor, Esq.
Douglas Goldring - UNICOR
*Appear for Defendant*

Hearing Begun 11:30

Hearing Adjourned to

Hearing concluded C.A.V. 12:50

Stenographer Ron Bench
CD:   Index:

**WITNESSES**

For Plaintiff                                       For Defendant

Motion to modify case management order [Document #96] is granted as follows:
- dispositive motions are due Feb. 7, 2007.
- responses to dispositive motions are due February 16, 2007.
- Trial is tentatively scheduled for March 19, 2007, before Judge McLaughlin.

C. Sander
Staff Attorney