IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HILL, | ) |
| | ) |
| vs. | ) C.A. NO. 03-323 ERIE |
| | ) |
| JOHN LAMANNA, et al | ) |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania


TO: Warden - FCI Gilmer
        Glenville, WV

GREETINGS:


    WE COMMAND YOU, in the name and by the authority aforesaid that Michael Hill, Reg. No. 40428-133, under your custody detained by whatever name he may be charged, you have before this Court at Erie, Pennsylvania, on December 18, 2006 at 9:00 a.m. for a hearing before Susan Paradise Baxter, Chief United States Magistrate Judge, then and there to permit the said person, Michael Hill, Reg. No. 40428-133, as a very material and necessary witness in the trial of the above entitled case, on behalf of the United States, or show cause why the body of said person cannot be produced.

    When the said person, Michael Hill, Reg. No. 40428-133 is no longer needed as a witness before this Court, Michael Hill, Reg. No. 40428-133 shall be returned to FCI Gilmer.

    AND have you then and there this writ.

                            WITNESS, The Honorable Susan Paradise Baxter
                            Chief Magistrate Judge of the United States
                            District Court this 15th Day of November, 2006, at Erie,
                            Pennsylvania.

                            _____
                            Clerk of Court

                            By:_____
                            Deputy Clerk