```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| KENNY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-160E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MICHAEL HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-323E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LESLIE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-368E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| KEVIN SIGGERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-355E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| MYRON WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN LAMANNA, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 04-11E<br><br>JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE BAXTER |

## **DISCOVERY DISPUTE CERTIFICATE**

I hereby certify that counsel for the parties have on various occasions discussed the discovery dispute set forth in the Defendant's Motion to Compel Discovery. Moreover, counsel for Defendants informed counsel for Plaintiffs that the within Motion to Compel would be filed if responses to the outstanding discovery were not provided on or before January 5, 2007. Notwithstanding, the parties have been unable to resolve the matter and discovery remains outstanding.

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
PA ID No. 56668