IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-160E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MICHAEL HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-323E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LESLIE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-368E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| KEVIN SIGGERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-355E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| MYRON WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN LAMANNA, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 04-11E<br><br>JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE BAXTER |

## **O R D E R**

AND NOW to wit, this _____ day of January, 2007, upon consideration of Defendants' Motion to Compel Discovery, it is hereby ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED, that Plaintiffs are directed to fully respond to all of the outstanding discovery on or before January 17, 2007. Failure to respond to all of the outstanding discovery on or before January 17, 2007 will result in the dismissal of all claims, with prejudice.

IT IS FURTHER ORDERED, that the time within which Defendants may file their dispositive motion is extended until February 12, 2007. Plaintiffs deadline for filing a response to Defendants' dispositive motion shall remain unchanged.

_____
UNITED STATES DISTRICT JUDGE