IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL  HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-323E |
| | ) | |
| v. | ) | JUDGE McLAUGHLIN |
| | ) | MAGISTRATE JUDGE BAXTER |
| JOHN LAMANNA, et al., | ) | |
| | ) | (Electronic Filing) |
| Defendants. | ) | |

**O R D E R**

AND NOW, to wit, this _____ day of _____, 2007, upon consideration

of Defendants' for Summary Judgment, or in the Alternative, Motion to Dismiss heretofore filed

by Defendants John Lamanna, William Collins, and the United States of America ("United

States"), IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Fifth Amended Complaint of Plaintiff Michael Hill

is dismissed with prejudice and with costs being assessed against Plaintiffs.


_____
UNITED STATES DISTRICT JUDGE