IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HILL, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JOHN LAMANNA, et al., )<br>)<br>　　　　Defendants. ) | CIVIL ACTION NO. 03-323E<br><br>JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE BAXTER<br><br>(Electronic Filing) |

## APPENDIX TO DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION TO DISMISS

**EXHIBITS:**

A. **Newly Submitted Exhibits in Support of Defendants' Brief in Support of Defendants' Motion for Summary Judgment**

　　1.　Report of John R. Bush, D.M.D.
　　2.　Deposition of William Collins (December 5, 2006)
　　3.　Deposition of Denise Tanner (December 5, 2006)
　　4.　Deposition of Tina Petruzzi (December 5, 2006)
　　5.　Deposition of Michael Hill (November 1, 2006)

B. **Previously Submitted Exhibits Referenced in Defendants' Memorandum of Law In Support of Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment filed on February 16, 2006**

　　1.　Declaration of William Collins, DDS (with attachments)
　　2.　Declaration of Douglas S. Goldring (with attachments)
　　3.　Declaration of Joyce Horikawa (with attachments)

C. **Unreported Cases**

　　1.　Mayo v. Morris, 2006 WL 3337385

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7337
PA ID No. 56668

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2007, a copy of the within **Appendix to Defendants' Brief in Support of Their Motion for Summary Judgment, or in the Alternative, Motion to Dismiss**, was served either electronically or by first-class United States mail, upon the following:

Richard A. Lanzillo, Esquire
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461


/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney