## Page 1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2
3   MICHAEL W. HILL, et al.,    : C.A. No. 05-160 Erie
         Plaintiff        : C.A. No. 03-323 Erie
4                         : C.A. No. 03-355 Erie
         v.               : C.A. No. 03-368 Erie
5                         : C.A. No. 04-011 Erie
    JOHN J. LAMANNA, et al.,    :
6        Defendants       :
7
8
9       Video Conference Deposition of WILLIAM COLLINS,
        DDS, taken before and by Janis L. Ferguson, Notary
10      Public in and for the Commonwealth of Pennsylvania,
        on Tuesday, December 5, 2006, commencing at 10:00
11      a.m., at the offices of the United States Attorney,
        17 South Park Avenue, Suite A330, Erie, Pennsylvania
12      16501.
13
14
15  For the Plaintiffs:
        Neal R. Devlin, Esquire
16      Knox McLaughlin Gornall & Sennett, PC
        120 West 10th Street
17      Erie, PA 16501
18  For the Defendants:
        Michael C. Colville, Esquire, AUSA
19      Office of the United States Attorney
        700 Grant Street, Suite 4000
20      Pittsburgh, PA 15219
21      Douglas Golding, Esquire
        Federal Prison Industries (UNICOR)
22      400 First Street NW
        Washington, DC 20534
23
24
        Reported by Janis L. Ferguson, RPR
25      Ferguson & Holdnack Reporting, Inc.

## Page 2

1                    I N D E X
2
3   TESTIMONY OF WILLIAM COLLINS, DDS
4       Direct examination by Mr. Devlin . . . . . . . . 3
5       Cross-examination by Mr. Colville . . . . . . . 54
6       Cross-examination by Mr. Golding . . . . . . . . 59
7       Recross-examination by Mr. Colville . . . . . . 60
8       Redirect examination by Mr. Devlin . . . . . . . 60
9
10  EXHIBITS:
11      Collins Deposition Exhibit 1 - Page 20
12      Collins Deposition Exhibit 2 - Page 39
13      Collins Deposition Exhibit 3 - Page 50
14
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1       W I L L I A M  C O L L I N S, D.D.S., first
2   having been duly sworn, testified as follows:
3
4               DIRECT EXAMINATION
5   BY MR. DEVLIN:
6
7       Q.  Dr. Collins, my name is Neal Devlin, and I
8   represent Michael Hill and several other former prisoners or
9   current prisoners at FCI McKean in a series of lawsuits that
10  have been consolidated for discovery purposes.
11      You are named as a Defendant in the lawsuit in
12  which Mr. Hill is the Plaintiff, and it's in that lawsuit --
13  under that lawsuit that we're deposing you here today.
14      Dr. Collins, have you ever been deposed before?
15      A.  Yes, I have.
16      Q.  Okay.
17      A.  Yes, I have.
18      Q.  Then we can -- you know how this works, then.  A
19  couple of ground rules that are maybe more important because
20  we're doing this via video.  We have had one round-through
21  in these cases with video depositions, and there is a bit of
22  a delay between what I say and when you hear it.  And so
23  because of that, I'm going to do my best to pause at the end
24  of my questions and wait until you respond.  If for some
25  reason we start talking over one another, and I want to try

## Page 4

1   to clarify it, what I'll do is I'll put my hand up, just so
2   you can see that, and that will be a signal to both of us to
3   stop talking, and then I'll try to reask the question.
4       Beyond that, the only thing I would request is
5   that you make all of your answers audible and that you do
6   your best to speak slowly, only because the court reporter
7   is on our side of the connection, and so I know it will be
8   harder for her because she's not in the same room as you.
9       A.  Okay.  No problem.
10      MR. COLVILLE:  Let me also -- keep your voice up.
11      A.  Can you hear me okay when I speak right now?
12      Q.  We can.
13      A.  Is it a good level?
14      Q.  It is.  And is it the same here?  I have been
15  accused of being too loud, never too quiet.  So we're all
16  right?
17      MR. GOLDING:  We can hear you fine, Neal.
18      MR. DEVLIN:  Okay, great.
19  BY MR. DEVLIN:
20      Q.  Dr. Collins, I'd like to start with simply asking
21  you your educational history from undergraduate on, through
22  whatever the last educational program you were involved in.
23      A.  Okay.  I graduated from Howard University in 1969.
24  I then attended Temple Dental School in 1971.  I graduated
25  there in 1996 -- really, April of 1996.  I then went into

Ferguson & Holdnack Reporting, Inc.

9682a342-9c03-4a95-8d60-c86c1bf10c50

Page 5

1   private practice of dentistry here in Washington, D.C. for
2   approximately 10 years. At the end of that 10 years, I then
3   secured a position with the D.C. Department of Corrections,
4   and I then worked for the D.C. Department of Corrections for
5   approximately 13 and a half years. At that time -- the end
6   of that time, I then made an application to the Federal
7   Bureau of Prisons and subsequently took a position with the
8   Federal Bureau of Prisons. That was in, then, 1999;
9   January 17th, 1999.
10      Q. Okay. I may have misheard you, but just so the
11   record is clear, did you graduate from Temple Dental in
12   1976? Is that --
13      A. That is -- that is correct.
14      Q. Okay. I thought I had heard --
15      A. That is correct.
16      Q. I thought I had heard '96, and that's why I wanted
17   to clarify that.
18          MR. COLVILLE: You did hear '96.
19          MR. GOLDRING: I think that was just a misspoken
20          word.
21      A. Did I say '96? Oh, I'm sorry. That needs a
22   correction on my part. 1976. Please.
23      Q. After being hired by the Federal Bureau of Prisons
24   on January 17th, 1999, where were you located or stationed?
25      A. I was stationed then at Federal Correctional

Page 6

1   Institute McKean in Bradford, Pennsylvania.
2      Q. And how long did you work at FCI McKean?
3      A. I worked from January 17th of 1999 to November 3rd
4   of 2005. At that time I was able to retire.
5      Q. Since November 3rd of 2005, have you engaged in
6   any other employment related to dentistry?
7      A. Yes, I did, for a period of four months. From
8   February of 2006 to the end of May of this year, 2006, I
9   worked for Unity Healthcare as a general dentist. General
10   practitioner.
11      Q. Okay. So am I correct, then, from your graduation
12   from dental school until your retirement from FCI McKean in
13   2005, all of your dental work and all of your work in the
14   dentistry field was performed within a correctional
15   institution or within a facility, a correctional facility?
16      A. No -- make sure I understood what you said,
17   Mr. Devlin. From 1976 to 1985, I was in private practice.
18      Q. Okay.
19      A. And then from 1985 until I retired in 2003, I was
20   with a Government practice. I did, however, continue to
21   maintain a private practice part-time until approximately
22   1991 or '92.
23      Q. Okay. So from 1976 to 1985, you were in private
24   practice in Washington, D.C. Is that correct?
25      A. That is correct.

Page 7

1      Q. And then from 1985 until, let's say, about 1991,
2   you were working for the State Department of Corrections in
3   Washington, D.C. and also maintaining a part-time private
4   practice. Is that correct?
5      A. That is correct.
6      Q. And then from 1991 until January 17th, 1999, you
7   were working for a State Correctional Facility in
8   Washington, D.C., correct?
9      A. That is correct.
10      Q. And then from 1999 until November 3rd, 2005, you
11   were working for the Federal Bureau of Prisons, and
12   specifically at FCI McKean?
13      A. That is correct.
14      Q. Great. While you were in private practice from
15   1976 to 1985, what type of dental practice was it? And what
16   I mean by that is, general dentistry or any specialized
17   dentistry?
18      A. I was in general dentistry.
19      Q. Were you a solo practitioner, or were you in any
20   type of partnership with someone else?
21      A. I was in partnership with another dentist, who
22   happened to be my father.
23      Q. Upon beginning work at FCI McKean, can you
24   describe for me both your position, and if it changed, any
25   changes in your position, and then your job duties for each

Page 8

1   position you held at FCI McKean.
2      A. When I took the position at FCI McKean, I came in
3   as the chief dental officer, and I maintained that position
4   until I retired November of last year. Again, as I said,
5   November 3rd, 2005. Did you want me to go ahead and state
6   some of the responsibilities?
7      Q. Yes. If you don't mind.
8      A. Okay. At that time, I was responsible for the
9   maintenance of the entire dental clinic. There was at that
10   time -- really, I was by myself. I was responsible for the
11   inmate dental assistant that we had at that time. I was
12   responsible for running sick call, for providing also
13   routine care, the routine care clinic. And just about
14   everything that would pertain to the dental clinic came
15   under my purview.
16      Q. Did you have anyone working within your clinic,
17   any dental hygienists, assistants, or support staff?
18      A. When I first started in 1999, the only person
19   working in the clinic other than myself was the inmate
20   dental assistant, who continued to work there in -- until
21   approximately -- I would say about in April or May of 2000,
22   at which time we then secured a -- a contract dental
23   assistant. And that's when -- that was the first contract
24   dental assistant I had. And after that, we continued to
25   have a contract dental assistant until I retired.

2 (Pages 5 to 8)

Page 9

1    We also secured a dental hygienist in the years --
2    I believe it was 2001. Again, approximately in June, as I
3    recall. And also at that time we got a part-time dentist
4    who worked six hours a week in the dental clinic, and he
5    worked primarily at the camp.
6    Q.  At the camp? Did I understand that correctly?
7    A.  At the camp, that is correct. Late -- later, that
8    particular dentist -- Dr. Sterba is his name -- left the
9    clinic, and we secured a second contract dentist, whose name
10   is Dr. Gary Greer. And Dr. Greer came on board
11   approximately -- beginning about February or March of 2004.
12   And he, unlike Dr. Sterba, was able to work 30 hours a week,
13   which is the maximum a contract employee is allowed to work.
14   And he was -- is still there working to this day.
15   Q.  Can you spell Sterba for us, Doctor, if you don't
16   mind.
17   A.  Yes. His first name is Wayne, and the last name
18   is spelled S-T, as in tall, E as in echo, R-B as in ball,
19   and A as in alpha.
20   Q.  Doctor, did you have set hours while working at
21   FCI McKean?
22   A.  Yes, we did. The hours changed slightly at the
23   whim of the administration at that time, but the hours were
24   basically, in the morning, generally from around 6:30 to
25   7:30, sick call was -- presented for the patients. After

Page 10

1    that, from approximately -- oh, I would say 8:00 or 8:30 on,
2    we then proceeded to treat the patients that were -- had
3    been seen on sick call. And then in the afternoon, we
4    attempted to treat patients from the routine care list.
5    Q.  You had indicated --
6    A.  I might add also -- I might add also, Mr. Devlin,
7    that at that time, also, a patient could always access the
8    clinic through an emergency setup, if you will. If that
9    patient felt that he has had a -- an emergency, he could
10   have his -- from housing unit officer or his counselor or
11   his boss, his supervisor, to call the clinic, and we could
12   then provide that particular person with the time that the
13   patient could come to the clinic that day for examination.
14   Q.  So hypothetically, Doctor, if a prisoner had a
15   problem, let's say in the middle of the night, or at a point
16   in time when you were not there, what procedure would they
17   follow to try to get emergency dental care?
18   A.  They would usually have the -- either -- at that
19   time the housing unit officer to call the medical clinic.
20   The -- there is usually -- but there is always a person
21   there, a medical staff person there, at least until
22   12:00 midnight. In fact, at one point it was 24-hour
23   coverage.
24       But, say, up to 12:00 midnight, that patient would
25   be able to contact the medical staff person who would be in

Page 11

1    the medical clinic, and then they would tell that patient to
2    come down for an examination.
3        After 12:00 midnight, if -- with no -- no medical
4    staff person in the clinic, if a patient had a problem, he
5    could still receive medical care, in that there is a
6    physician that was on call at all times who would come in
7    for -- to treat a patient if that problem is severe enough.
8    Q.  Okay. You had indicated, Doctor, that the hours
9    varied a little bit based upon what the administration
10   wanted. And the reason I bring that up is my next question
11   deals with the chain of authority within the dental clinic.
12   And so you indicating that the administration made certain
13   decisions, that led me to conclude that there were different
14   responsibilities for, for instance, administration, warden,
15   you.
16       What was the chain of authority, if that -- if
17   that phrase means anything in this context, for the dental
18   clinic?
19   A.  Well, chain of command usually for me would -- was
20   that as the chief dental officer, my immediate supervisor
21   was the clinic director, who at that time was Dr. Olsten.
22   From Dr. Olsten, it then proceeded upward to the associate
23   warden for operations. And, of course, the next step would
24   be the warden of the facility at that time.
25       In order to maybe clear up a little, maybe,

Page 12

1    fuzziness about this, Mr. Devlin, when I said that the hours
2    varied slightly, that was due to the fact that they
3    sometimes -- during that time they changed the time that the
4    inmates were allowed to go to breakfast. And as the
5    population of the institution increased, they found that the
6    dining hall could not house everybody at the same time. So
7    then they had to have the people to come in -- or the
8    inmates to come in, in sort of staggered -- staggered
9    phases. Consequently, that caused us to have to change our
10   hours of the sick call piece. But it was always in the
11   morning, and the times were always generally -- near about
12   the same; within a maybe 30-minute variance.
13   Q.  I understand that. I appreciate that
14   clarification.
15       Would it be fair to say, then, that the dental
16   clinic operated within the same purview and sort of under
17   the same umbrella as the medical clinic as a whole? Is that
18   correct?
19   A.  Oh, yes. The dental clinic is considered a part
20   of the medical clinic. In fact, many people tend to isolate
21   dental problems away from medical problems, but dental
22   problems are medical problems. It's simply medical problems
23   that affect the mouth. And the dental clinic definitely is
24   a part of the medical clinic, and as such -- in fact, our
25   sick call hours were completely the same as the medical

3 (Pages 9 to 12)

9682a342-9c03-4a95-8d60-c86c1bf10c50

Page 13

1  clinic sick call hours.  That's the way it was set up.
2      Q.  Okay.  As far as physical space, Doctor, was the
3  dental clinic, was there a -- was there a portion of the
4  overall medical clinic that was sort of your offices and the
5  dental offices, or was it different?  What was the
6  relationship spatially between the medical clinic and the
7  dental clinic?
8      A.  The dental clinic was in -- is housed in the same
9  building as the medical clinic.  And when the patient enters
10  into the medical building, they enter at one end of it,
11  which is into a common waiting area or waiting room.  There
12  are three doors or -- that face off into that common area.
13  One is for the entrance and departure for people working in
14  the pharmacy.
15      Q.  Okay.
16      A.  The second door is for entrance into the dental
17  clinic.  And the third door is for entrance into the rest of
18  the medical clinic.
19      Q.  Okay.  In that waiting room, are there any
20  employees of either the medical or dental clinic or the
21  prison in general who are in that waiting room?
22      A.  No, there are not.  However, there is a window in
23  the waiting area that allows the medical record technicians
24  to look out into the waiting room area, so that the patients
25  are being observed from time to time.  And, also, if there

Page 14

1  are any patients -- I'm sorry -- if there are any questions
2  that the patient may have, they can then go to that window
3  and speak with the medical record technicians.
4      Q.  So, Doctor, again to -- just as a hypothetical, so
5  I can understand the general procedure, if during the sick
6  call hours a prisoner had a dental problem that they wished
7  to have addressed, what would they do first physically?  I
8  mean, they would come into the waiting room and then what
9  would happen?
10      A.  They would come into the waiting room and go to
11  the -- that window, that -- that the medical record
12  technicians use and state that they were here for a dental
13  problem.  The medical record technician would then take down
14  their name and pull the record, pull the medical record
15  jacket and then bring that jacket over to the dental clinic,
16  in which I would be waiting, and give that to me so that I
17  could then call the patient into the clinic for treatment.
18  That was the standard procedure for handling sick call
19  patients.
20          Same thing if they had some other medical problem.
21  Their record would be pulled, and they would then be shown
22  to the appropriate healthcare provider in the medical
23  clinic.
24      Q.  Okay.  If a prisoner were to come in for routine
25  dental care -- and later on, I'll want to get into the

Page 15

1  differences between those and how that happens.  But for
2  right now, if they had routine dental care, would they have
3  a set appointment that they would show up for?  Is that how
4  that would work?
5      A.  Yes, definitely.  The Federal Bureau of Prisons
6  mandates that you have a list for treatment -- rather, I
7  should say, a patient has a required treatment, so that
8  there's some orderly handling of the -- of the inmates at
9  the institution.  And what transpires is that the inmate
10  submits an inmate request to staff or a cop-out requesting
11  to have his teeth cleaned or stating that he would like to
12  be put on the list.  His name is then at that time entered
13  onto the list, and as the patients ahead of him are seen,
14  his name gradually comes up to the top of the list, and then
15  at that time he is shown into the clinic and his routine
16  care, treatment begins.
17      Q.  In that procedure you just laid out, Doctor, do
18  you have any involvement in reviewing those -- and I'll
19  refer to them as cop-out forms, because that's how I've seen
20  them, and I know that's how you just referred to them.  Do
21  you have any involvement in reviewing those cop-out forms at
22  any time when -- either before they are put on the list or
23  after they are put on the list, but before the person's
24  appointment time comes up?
25      A.  I generally see them before they are put on the

Page 16

1  list.  Before they are put on the list.  And I read them
2  and -- you know, so that if there's anything, perhaps,
3  significant that might require perhaps immediate attention
4  that the patient might not be aware of, I can then put them
5  on call-out.
6      Q.  You had indicated "generally".  That doesn't
7  always happen?
8      A.  It does happen.  Actually -- if I said generally,
9  it does happen.  All the time.  I read them when they come
10  in.  I then pass them to my dental assistant, who then at
11  that time would enter them onto the list in the computer for
12  chronic care patients, for routine care patients.
13      Q.  And you had indicated the sick call time for
14  both dental problems and just broader medical problems,
15  nondental medical problems, was the same period of time; is
16  that correct?
17      A.  That is correct.
18      Q.  Doctor, did you review any documents in
19  anticipation of this deposition?
20      A.  Yes, I did.
21      Q.  Okay.  And what documents did you review?
22      A.  I reviewed the patient's dental history and also
23  my own declaration.  And I believe that is it.  Let me just
24  check with my two attorneys here.
25      Q.  Certainly.

4 (Pages 13 to 16)

Page 17

1    (Discussion held off the record.)
2    A.   Mr. Devlin, the other records that I reviewed also
3    was the patient's medical records for that period of time
4    that he came to McKean, up to that point where he came to my
5    clinic for the extraction of the tooth.
6    Q.   Okay. And, obviously, when you say "the patient",
7    you're referring to Michael Hill. Is that correct, Doctor?
8    A.   That is correct.
9    Q.   Do you have an independent recollection of Michael
10   Hill? Beyond his medical records and your review of those
11   records, do you remember him separate and apart from the
12   notes you took and the entries you made in those records?
13   A.   No, I do not. I had never seen or met Mr. Hill
14   until he came to the clinic to have the tooth extracted,
15   which was November the 27th.
16       The only other knowledge that I had of -- that he
17   existed was that his counselor, Miss McNintch, asked me if
18   he had been to the dental clinic, because he had been
19   complaining of a problem. And I told her, no, he had not;
20   send him to the dental clinic at sick call. Other than for
21   having spoken with her on approximately, I would say, three
22   different occasions, I knew nothing about Mr. Hill. I would
23   not have been able to pick him out in a crowd or anything.
24   Q.   Those conversations you had with Ms. McNintch, do
25   you have a recollection as to when those occurred? And if

Page 18

1    you have a specific recollection, that's great. If you
2    don't, and if it's easier to use the date of the extraction,
3    which I believe is November 27, '02 as a benchmark, that's
4    fine as well.
5    A.   All I can remember, Mr. Devlin, is I believe she
6    first mentioned something to me approximately around about
7    in August, maybe the first part of September, that she had
8    an inmate, Michael Hill by name, that had been complaining
9    of a -- a tooth problem. And I at that time told her, well,
10   send him down to sick call to be examined.
11       She then saw me, as I recall, approximately three
12   weeks later and asked me if he had been to sick call. I
13   assumed that she was speaking about Mr. Hill. And I said,
14   well, no, he has not been to the dental sick call yet.
15       When she asked me again, I believe at that time he
16   had been to the dental clinic, and I had performed the
17   extraction on him.
18   Q.   Okay. So that I make sure that I'm clear on
19   that -- and I think I am. But it sounds like two
20   occasions -- two of the conversations you had with
21   Ms. McNintch occurred before the extraction, and one
22   occurred after. Is that correct?
23   A.   That is -- that is correct.
24   Q.   Okay. Beyond those conversations you had with Mr.
25   Hill's counselor, is it fair to say that all of your

Page 19

1    knowledge regarding Mr. Hill is -- is contained in the
2    dental records that we have?
3    A.   That is correct.
4    Q.   Okay. What I'd like to do, then, Doctor, if it's
5    okay with you, is go over those dental records. Beginning
6    with the November 27th, 2002 entry. Again, I -- but I also
7    want to confirm that we're looking at the same documents
8    here. The copy I have of the medical records is the copy
9    that I believe I took off of your declaration, so it does
10   have a control stamp on the top from the Court. I don't
11   know if that's the same copy you have. And your lawyers can
12   probably help you with that to see if the normal header that
13   the District Court puts on them is on your copy.
14       MR. COLVILLE: Neal, on the bottom right-hand
15   corner, is there a Bates stamp, 06?
16       MR. DEVLIN: No, I have a different copy.
17       MR. COLVILLE: Okay. That might make it easier.
18   Q.   My copies, Doctor, it is a two-page dental record.
19   The first page -- at least what I'm calling the first
20   page -- starts with the November 27, 2002 entry by you.
21   Below that is a -- it appears to be a 3/26/03 entry, again
22   by you. And then the -- what I have as the second page is
23   an entry by J. Rose, D.M.D. at USP Lompoc. Is that the same
24   record --
25       MR. GOLDRING: That 11/27, is this the one that

Page 20

1    says 14:00 hours on it? Is that the one that
2    you're --
3       MR. DEVLIN: Yes.
4       MR. GOLDRING: Okay.
5       MR. DEVLIN: So you have that page, as well as the
6    second page, which is the USP Lompoc entry,
7    January 2001 at 08:50.
8       MR. GOLDRING: Yes.
9       MR. DEVLIN: What I'd like to do, then, is I'd
10   like to ask the court reporter to mark this
11   two-page dental history, dental treatment record,
12   as Collins Exhibit No. 1.
13       (Collins Deposition Exhibit 1
14       marked for identification.)
15   BY MR. DEVLIN:
16   Q.   All right, Doctor, looking at the first page of
17   Collins No. 1, along the left-hand side is the entry, the
18   date 11/27/2002 at 14:00 hours. Is that correct?
19   A.   That is correct.
20   Q.   That date, November 27th, 2002, is the date when
21   you extracted Mr. Hill's tooth. Is that correct?
22   A.   That is correct.
23   Q.   And I realize we went over this a little bit
24   before, but just so we're clear, is that the first occasion
25   on which you personally examined Mr. Hill?

9682a342-9c03-4a95-8d60-c86c1bf10c50

Page 21

1    A.   That is correct.

2    Q.   And is that actually the first date upon which you

3    met Mr. Hill?

4    A.   As far as I recall, that is the first time I met

5    Mr. Hill.

6    Q.   Do you have an independent recollection of that

7    tooth extraction; of the visit on November 27th, 2002?

8    A.   I can't say that I have an independent

9    recollection of it, Mr. Devlin.  The problem is that, in all

10   honesty and sincerity, in treating so many patients, I can't

11   remember every single absolute item that was going -- that

12   was going on or taking place at the time.  But if I can

13   refer to my medical record, that -- I have a fair idea of

14   what was taking place at this visit.

15   Q.   And, Doctor, that is fair enough and, quite

16   frankly, the answer I completely expected.  I just wanted to

17   make sure that to the extent that you did have knowledge of

18   that visit that wasn't represented in this note, that we

19   covered everything.

20       So with that understanding, then, can you take me

21   through this entry and describe for me what occurred during

22   the visit on November 27th, 2002.

23   A.   Yes, I can.  When the patient entered the clinic,

24   he came in and stated, as I have in quotations there, "My

25   tooth aches."  And he then pointed to Tooth No. 13.

Page 22

1        I might also state that at this time, 14:00 hours

2    is not the usual time for sick call.  This is -- he had come

3    over apparently from the segregated housing unit.  And I

4    cannot remember exactly -- I would think that possibly he

5    may have spoken with an officer over there who called our

6    clinic, or he may have spoken to one of the mid-level help

7    providers that is a physician assistant or possibly a nurse

8    practitioner who makes rounds every day in the segregated

9    housing unit that he was having a problem.  And that was

10   conveyed to the dental clinic.  But I just wanted to clear

11   that up as far as the time was concerned.

12   Q.   I appreciate that.

13   A.   Right.  He -- at that point, when he pointed to

14   No. 13, I then asked -- of course, under the observation, or

15   "O" as it is represented on his record, I did a medical

16   history review, and he showed that he appeared to be normal,

17   he had no -- well, when I say "normal", he had no known drug

18   allergies, what is what we are primarily concerned about,

19   because certainly we don't want to inject him with anything

20   or prescribe anything that's going to have an adverse

21   reaction.

22       I then, under -- next asked him to what degree did

23   he feel his pain.  And that is what we call a pain index

24   factor.  And that is what the "PI" on -- in his record

25   represents.  The factor is based on a scale of zero to 10;

Page 23

1    zero being no pain and 10 being severe pain.  He stated that

2    he rated his pain at approximately a four.

3        The next thing was to look at the tooth which he

4    was complaining about, and I had him to open his mouth, and

5    I took the handle of my mouth mirror and tapped -- here it

6    says percussion -- his tooth of which he was complaining.

7    He stated that it hurt him more when I tapped it, so I put

8    down a plus beside percussion to indicate that it showed

9    sensitivity.

10       The next step was to palpate or press around the

11   tooth; this being to see if there were any swelling or if

12   there primarily was sensitivity in the tissue around the

13   tooth.  And he said it was, when I pressed on the area above

14   the root of his tooth, No. 13.  He stated that it was

15   sensitive.

16       I then decided that I would take an x-ray of his

17   tooth, and on the next line you can see "PAX", which is

18   periapical x-ray.  And that simply means that an x-ray was

19   taken of the tooth and included the actual end of the tooth

20   or the apex of the tooth as well, so that we might see if

21   there were any signs of a problem there on the x-ray that

22   the tooth was experiencing.

23       When the x-ray was developed, I was able to

24   observe that the restoration that was in the tooth was close

25   to the nerve of the tooth or the pulp, as we call it, and I

Page 24

1    stated it was even possibly communicating with the pulp.

2        The reason that I said "possibly" is because on

3    occasion, the way that an x-ray is taken, it may appear to

4    be in contact with the pulp, but it might not quite be.  So

5    in as far -- and the only way that you can determine this

6    is, of course, to take the filling out.  And at that time I

7    was not -- did not want to take the filling out.  In fact,

8    the filling -- the only -- in fact, the only thing wrong

9    with the tooth, other than being sensitive and being --

10   having a palpation problem, was nothing.  Everything else on

11   the tooth -- the tooth was intact, the filling was intact,

12   the filling was not cracked, the tooth was not cracked.

13   There was no open border between the tooth and the filling

14   itself.

15       So the only thing that I had observed was that the

16   tooth was sensitive to percussion, sensitive to palpation,

17   and had a very large filling present that was in excellent

18   shape, in fact.

19   Q.   Okay.

20   A.   Then explained to the patient under the A, which

21   is assessment, that his tooth -- which I indicated No. 13 --

22   was suffering from what we call irreversible pulpitis, which

23   simply means that the pulp -- or as many people refer to, ·

24   again, the nerve -- in the tooth had reached such a stage

25   that there was no treatment that could reverse the

6 (Pages 21 to 24)

9682a342-9c03-4a95-8d60-c86c1bf10c50

Page 25

1  inflammation and infection that it was experiencing.

2       I also indicated that this had occurred from him

3  having former deep caries. That number two with like a

4  little degree sign beside it means secondary tooth. So his

5  problem was that the pulp or the nerve in his tooth was

6  infected and inflamed, secondary to or, if you will, as a

7  result of having former deep caries, or deep decay.

8       Q. Dr. --

9       A. At that time -- yes.

10      Q. Let me stop you there, because I'd like to ask you

11  a couple of questions about this and then go on and complete

12  the note. I understand that you haven't completed this

13  entry yet. But --

14      A. Surely.

15      Q. -- I think it would be easiest to ask the

16  questions now.

17       When you say that the restoration was possibly

18  communicating with the pulp of the tooth, what do you mean

19  by "communicating"?

20      A. I mean that it is possible -- well, that it is

21  perhaps actually in contact with the pulp of the tooth.

22      Q. The restoration that was in the tooth, in laymen's

23  terms, is that a filling? Is that what that was?

24      A. Yes, it -- that is absolutely correct.

25      Q. And that filling, am I correct that there are both

Page 26

1  temporary and permanent fillings that can be placed in

2  teeth?

3      A. That is correct.

4      Q. Okay. And was this a temporary or a permanent

5  filling in Mr. Hill's tooth?

6      A. This was a temporary filling that was in Mr.

7  Hill's tooth of a unique nature. According to the material

8  that Dr. Rose used, as he indicated in the second entry,

9  which I think you will -- you will get to in a -- in our

10  discussion, this temporary filling or medicated filling --

11  well, temporary filling, if you will, is made up partially

12  of -- it's sort of a hybrid filling. It's half silver and

13  half cement. And it is a very durable filling. And a lot

14  of dentists like to use it, including myself, because of the

15  fact that the cement portion of this filling helps to

16  maintain the filling in place, thereby giving a greater wear

17  factor and a greater chance of remaining in the patient's

18  mouth without any problem until such time that you decide to

19  replace it.

20      Q. Okay. You had indicated that the filling was also

21  medicated. What does that mean?

22      A. That means that at times it -- it -- it will have

23  ingredients in it that are sedative or calming to the pulp

24  in the tooth. And could I stop for one second.

25       (Discussion held off the record.)

Page 27

1      A. Mr. Devlin, I'm back. Thank you.

2      Q. No problem. And, Doctor, the one thing I didn't

3  state that I should have, if at any time you need a break

4  either to confer with your counsel -- with counsel or for

5  any other reason, just let me know, and that won't be a

6  problem.

7      A. Okay. Thank you.

8      Q. Okay. So just so -- where we were so I can get my

9  bearings, you determined that -- well, rather, Mr. Hill had

10  a temporary medicated filling in his No. 13 tooth when you

11  examined him, correct?

12      A. That is correct.

13      Q. Okay. And after going through the various --

14  utilizing the various diagnostic tools you described for us

15  shortly ago, you made the conclusion or the -- if I can, the

16  diagnosis that he had irreversible pulpitis. Is that

17  correct?

18      A. That is correct.

19      Q. Okay. Can you tell me all of the bases upon which

20  you based that diagnosis of irreversible pulpitis.

21      A. The patient was experiencing pain with the tooth.

22  They -- during his examination, under my observations,

23  the -- there was nothing in -- that I observed that -- that

24  I would say was -- be abnormal about the tooth or the

25  filling that's -- was in place that would cause him to have

Page 28

1  a problem with the pulp or the nerve in the tooth. In other

2  words, there was not an open border or margin where food or

3  liquids such as the saliva or coffee or tea or soda could

4  get between the tooth or the filling and cause him

5  discomfort. There was no decay present on the tooth that

6  had occurred since he had the filling put in place that

7  could possibly be triggering his discomfort. The tooth --

8  the filling was not lose, where, again, you would have the

9  seepage problem with food and liquids getting down into the

10  deeper structures of the tooth.

11       Consequently, the only thing that I could make a

12  determination of that had caused him to have a problem was

13  that he had a -- suffered earlier a cavity, which is caused

14  by bacteria, and the cavity had progressed to the point

15  where it was close enough to the pulp in the tooth to infect

16  it.

17       Despite the fact that Dr. Rose attempted to place

18  a temporary filling there to perhaps get -- allow the tooth

19  a sufficient amount of time to perhaps have -- fight this

20  infection, the filling -- this procedure did not work

21  because the -- sort of the same kind of thinking of kind of

22  closing the barn door after the horse has gotten out. The

23  pulp had already been infected. And despite the fact of a

24  very well-placed filling being present, there was nothing

25  else that could be done for the tooth at that time, due to

7 (Pages 25 to 28)

9682a342-9c03-4a95-8d60-c86c1bf10c50

Page 29

1  the fact that the pulp was now suffering from an infection.
2  The infection was manifesting itself as pain to the patient.
3  And, in fact, on the x-ray, although I admit I did not
4  indicate it here, the area around the root of the tooth, as
5  I recollect, was a little questionable, but I did not
6  mention it because I -- it could -- it could be debatable.
7      Q.  Understanding that I'm going to restate a little
8  bit of what you just said, I want to make sure I understand
9  all of the bases upon which you came to your conclusion that
10  this was irreversible pulpitis.
11      What I have is the nature of Mr. Hill's pain and
12  specifically that he was experiencing pain and that your
13  examination of the tooth did not disclose any problem with
14  the tooth in the things you described, such as seepage or
15  allowing food to get in or anything like that.  Therefore,
16  those things were not causing the pain.
17      So am I correct that you concluded that the pain
18  must be being caused by the problem with the pulp or the
19  nerve of the tooth?
20      A.  That is correct.
21      Q.  Okay.  You also indicated that the x-ray presented
22  some questionable aspects of the root, but that that -- am I
23  right -- and tell me if I'm not.  But am I right that that
24  wasn't solely a basis for your conclusion of irreversible
25  pulpitis; it was really the pain and the nature of the pain

Page 30

1  that led you to that conclusion?
2      A.  That is absolutely correct.
3      Q.  Okay.  Is there anything beyond the pain and the
4  physical presentation of the tooth that led you to conclude
5  that this was irreversible pulpitis?
6      A.  The fact that the patient had the filling in place
7  for a -- as long a period of time as he did indicated also
8  that the tooth, if we're going to have been able to have --
9  I should say, have fought off the infection, he would not be
10  experiencing the pain that he was experiencing at the time
11  that I saw him.  In other words, the fact that he was
12  experiencing pain after the filling had been in place as
13  long as it had definitely indicated that the tooth was not
14  going to improve.
15      Q.  In Mr. Hill's complaint that my tooth aches, if
16  you remember specifically in this instance, great, and if
17  not, in general, would you question him or did you question
18  him as to specifically does it ache more at certain times or
19  other times, do certain things cause increased pain, such as
20  air, cold liquids, those types of things?
21      A.  As I recall, Mr. Devlin, I usually do ask that
22  question.  I would ask -- would have asked him, does it hurt
23  you when he bites down on it, perhaps.  And it -- and I
24  would think that it would, since if I tapped on the tooth
25  with my mirror handle, which sort of simulates the opening

Page 31

1  and closing of the mouth and of the teeth coming together,
2  then certainly he would have felt discomfort when he
3  attempted to eat any kind of food.
4      Usually, as you said, we ask them if it's
5  sensitive to air, if it's sensitive -- things such as that.
6  And in this case, the factors that really came into place
7  was the fact that it was sensitive when I percussed it or
8  tapped it.  And when I palpated around the roof area, I
9  suggested that he -- he also had pain.  And usually that's
10  caused from an abscess formation or an abscess forming in
11  the area.  That's what accounts for the sensitivity when you
12  palpate around the tooth.  And also, for that matter, even
13  when you percuss or tap the tooth, there is an abscess
14  that's forming.
15      Again, as I said, I didn't mention anything about
16  the x-ray, because the x-ray was sort of inconclusive as to
17  actually showing an abscess forming.  But, again, people can
18  have abscesses -- or patients, I should say, can have
19  abscesses that do not reveal themselves by x-ray techniques.
20  But, on the other hand, they are very much present and have
21  to, of course, be dealt with similarly.
22      Q.  Okay.  Doctor, am I correct that -- well, let me
23  ask it this way:  I note that in your record entry here,
24  there is no indication of a response to whether the tooth
25  was sensitive to air, whether it was sensitive to cold.  Am

Page 32

1  I correct, then, that that means that it was not sensitive
2  to those things?
3      A.  I would say that is correct, Mr. Devlin.  That is
4  correct.  Everything I put down under my observation were
5  those things which -- is what I observed in his mouth
6  clinically that was -- that was of an abnormal nature.
7      (Discussion held off the record.)
8      Q.  Doctor, before -- when Mr. Hill came in, and
9  you're going through this exam -- and, again, I know we
10  haven't gotten to the entry yet where you actually extract
11  the tooth.  But prior to that, did you review the entry from
12  Dr. Rose at USP Lompoc?
13      A.  Quite frankly, I can't remember if I did or not,
14  Mr. Devlin.  I can't really -- I don't really recall.
15      Q.  Okay.  Understanding that you don't have a
16  specific recollection in this case, do you have a general
17  practice of whether or not you would review that type of
18  entry in a chart prior to seeing or treating a patient?
19      A.  Generally, I would say yes, I do have a practice
20  of doing that.  But I cannot remember if I did so in this
21  case, to be frank or honest with you.
22      Q.  The fact that the -- Dr. Rose's entry appears in
23  the medical record that we have, the dental record we have,
24  does that indicate that it was available to you?
25      A.  Yes, that is correct.

Ferguson & Holdnack Reporting, Inc.

9682a342-9c03-4a95-8d60-c86c1bf10c50

Page 33

1    Q.  All right.  Okay.  Once you made the conclusion --
2    or the diagnosis that Mr. Hill had irreversible pulpitis,
3    what did you -- what did you tell him?
4    A.  I usually explain to the patient their situation;
5    that the reason they are experiencing the problem -- their
6    pain, which is usually the problem.  And with him, I
7    explained to him why he was experiencing this pain.  I
8    explained also to him that there was not anything else that
9    could be really performed, now that I had examined his tooth
10   and taken an x-ray, except that the pain was going to worsen
11   and that the problem that he was experiencing would worsen,
12   and that the choice that he had now was for us to take the
13   tooth out so that he would not continue to experience the
14   pain and that his problem would not worsen overall
15   healthwise.
16   Q.  Okay.  With a diagnosis of irreversible pulpitis,
17   what are the options for a patient, just in general?  And,
18   actually, in general, notwithstanding for a moment any
19   restrictions placed upon you or Mr. Hill as a result of him
20   being in a correctional facility and being under the
21   guidelines.  But just from a purely dental/medical
22   perspective, what are the options for a patient who has
23   irreversible pulpitis of the type from which Mr. Hill was
24   suffering?
25   A.  There are two options, really, available.  The

Page 34

1    first option, of course, is to extract the tooth; take the
2    tooth out.  The second option is to -- is to perform a root
3    canal procedure on the tooth, in which case the pulp of the
4    tooth is completely removed and the area that the pulp once
5    occupied is now filled with a specialized type of material
6    that completely seals up that whole area.  And then at the
7    end of that procedure, usually -- particularly with teeth
8    that is what we call posterior teeth, which are the teeth
9    that fall -- or that occur directly behind the canine tooth
10   in the mouth, are crowned or capped, as is sometimes -- this
11   procedure is called.  The anterior teeth or the teeth in the
12   front of the mouth don't always have to be crowned, although
13   it is still a recommendation to -- we like to see them
14   crowned, but we don't press the patient as hard to have them
15   crowned as we do for a tooth that is in the -- is a
16   posterior tooth, such as was the case with Mr. Hill's tooth,
17   which was No. 13.
18   Q.  Okay.
19   A.  The -- the logic in the crowning of the tooth or
20   the capping of the tooth is that it protects the tooth from
21   fracture.  Teeth that have root canal therapy performed on
22   them tend to become more brittle and, therefore, are subject
23   to fracture quite more easily than a normal tooth, if you
24   will, in the mouth or a tooth that still has the pulp within
25   it.

Page 35

1    This fracture can occur at the slightest
2    provocation.  It can be from eating a very crisp piece of
3    bacon to munching on some peanuts, to biting down on a piece
4    of hard gristle in some meatloaf or hamburger.  Therefore,
5    we always encourage or tell patients ahead of time that you
6    must have the tooth crowned in order to protect it;
7    otherwise, they are going to still lose the tooth.  And the
8    extraction of the tooth may even be more difficult after
9    having had the root canal therapy performed, because very
10   often one of the side effects of performing root canal
11   therapy is that the tooth -- the root of the tooth, if you
12   will, tends to become sort of fused to the socket, the bony
13   socket in which it resides; what we call ankylosis.  And
14   I'll spell that for the court clerk.  Which is
15   A-N-K-Y-L-O-S-I-S.  Ankylosis.
16   Therefore, those are the two options that are
17   available to the patient.
18   Now, to follow up with the extraction, the
19   extraction, after it is performed, usually the tooth is
20   replaced generally through a bridge or through a partial
21   denture or now, of course, through an implant.
22   Q.  Okay.  Understanding that those are the two
23   options, extraction or a root canal, and in this case,
24   followed by a crown, did you describe both of those options
25   to Mr. Hill?

Page 36

1    A.  As my memory serves me again, Mr. Devlin, I
2    believe that I did, with a notation, of course, that, you
3    know, root canal would not be performed because of the fact
4    that the Federal Bureau of Prisons does not provide for the
5    manufacture or for the tooth to be treated with a crown
6    following the root canal therapy.
7    Therefore, for us to perform a root canal therapy
8    on the tooth and not put a crown on it would simply subject
9    him to a -- at a later date having to return from the tooth
10   fractured on him to be removed.
11   Q.  Doctor, obviously, one of the questions I have is
12   where -- where that guideline is that says that Mr. Hill
13   would not have been eligible for a crown.  And, quite
14   frankly, this seems as logical a place as any for us to get
15   into that.  I have looked through both the program
16   guidelines attached to your declaration and the ones
17   produced in discovery here.  I believe the ones in your
18   declaration were from 1996, and the ones in discovery were
19   dated in 2005.
20   I guess as an initial question, which -- which
21   were in effect at the time Mr. Hill's tooth extraction
22   occurred?
23   A.  At the time his tooth extraction occurred, I'm --
24   could you just wait for one second, Mr. Devlin?
25   Q.  Absolutely, Doctor.

9 (Pages 33 to 36)

Page 37

1     (Discussion held off the record.)
2     A.  Okay.  To get back to you on that question,
3  Mr. Devlin --
4     Q.  Yes, Doctor.
5     A.  -- I -- honestly, we're not aware that there's
6  anything in print that addresses that.  But the standing
7  move is that -- well, I guess I should approach it from this
8  point of view:  The laboratories that the Federal Bureau of
9  Prisons has, none of them produce crowns for teeth.  They
10  are not equipped to produce crowns for teeth.  They're
11  equipped to produce partial dentures, they can produce full
12  dentures, they can produce, you know, night guards, they can
13  even produce the sports bite guards, if you will.
14     But none of them, that I -- as I know at the time
15  that I saw Mr. Hill, or even, for that matter, when I left
16  the last year in November of 2005, are equipped to make
17  crowns for teeth.
18     (Discussion held off the record.)
19     Q.  Doctor, I don't know if you completed that
20  previous answer.  I certainly have other questions, but I
21  want to make sure that you're done.
22     A.  No, not quite.
23     Q.  Fair enough.
24     A.  The -- at the time of the -- the -- of the program
25  statements that were in effect at that time, one of the

Page 38

1  things that -- for routine dental treatment, which is what
2  Mr. -- well, I'm sorry -- what is generally proposed or
3  given to patients who are on the list to get regular
4  treatment for their teeth, cast crowns, if you will, and
5  bridges are not normally authorized, and they are
6  considered, actually, accessory care.  And accessory care,
7  in the program statement, again, is not usually available to
8  the inmate population.
9     MR. COLVILLE:  Why don't you reference the page.
10     A.  6000.05.  The date is September 15, 1996.  And
11  this is Chapter IV.  It's Roman numeral IV, Page 27.  That's
12  what I'm referencing.
13     MR. COLVILLE:  Neal, more specifically, that
14  reference can be found in Dr. Collins' affidavit
15  at Exhibit D-2.
16     MR. DEVLIN:  D-2.  Okay.
17     MR. COLVILLE:  I believe so, Neal.  And I believe
18  it's Page 27 of D-2.
19     MR. DEVLIN:  Let me do this, if it's acceptable to
20  you, Mike and Doug:  I am going to take this
21  single page out and mark it as an exhibit.  Is
22  that all right, if we don't do all of D-2?  I --
23     MR. COLVILLE:  I --
24     MR. DEVLIN:  Go ahead.
25     MR. COLVILLE:  I have no problem with doing that,

Page 39

1  so long as you're willing to accept my objection
2  to the extent it is necessary to read any other
3  parts of the program statement with reference to
4  this page.  But for purposes of this deposition --
5  or this -- you know, moving this along, I have no
6  problem with you making it an exhibit and
7  questioning Dr. Collins about it.
8     MR. DEVLIN:  Okay.  Let's do that.  Let's mark
9  Page 27, Chapter IV of the September 15, 1996
10  version of PS-6000.05 as Collins Exhibit 2, with
11  the understanding that it is one page out of a
12  multi-page document, and that, you know, can be
13  read in context as appropriate.
14     MR. COLVILLE:  That sounds fine to me.
15     (Collins Deposition Exhibit 2
16     marked for identification.)
17  BY MR. DEVLIN:
18     Q.  Doctor, before we get into Collins No. 2 and the
19  accessory dental treatment there, I also noted that
20  accessory dental treatment was also addressed on Page 15 of
21  that same program statement.  If you have that available,
22  could you flip to that.
23     A.  (Witness complies.)  Okay, Mr. Devlin, I have it.
24     Q.  And feel free to review that portion of it.  My
25  question is going to be -- I guess my question is, why is

Page 40

1  it -- why is it in there twice?  Is there a difference
2  between Page -- understanding that the language is
3  different, but is the accessory dental treatment addressed
4  at Page 15 different than the accessory dental treatment
5  provisions on Page 27 that you referred to?
6     A.  Just give me one minute here, Mr. Devlin.
7     Q.  Certainly.
8     (Discussion held off the record.)
9     A.  Mr. Devlin, apparently I cannot really state why
10  the entry is in the program statements twice.
11     Q.  Okay.  Well, what I'd like to do, then, Dr. --
12  well, let me ask you a couple of questions about Page 27.
13  As I'm reading through this, would a -- I'm trying to figure
14  out what a crown is on these things.  And is it a -- I
15  believe I read in here -- oh.  So it is fixed prosthetics?
16  Would that be considered a crown?
17     A.  That is correct.
18     Q.  Am I also correct that at the end of Section F on
19  Page 27, it does read -- and I'll simply read this into the
20  record, Doctor, and tell me if I've read it incorrectly.
21  "If the CDO determines such treatment may be warranted,
22  approval must be obtained from the chief dentist and the
23  medical director."
24     I guess the initial question, did I read that last
25  sentence correctly?

Ferguson & Holdnack Reporting, Inc.

Page 41

1    A.   That is correct.

2    Q.   Okay.  And you were the chief dental officer,

3  correct?  I mean, that's what CDO refers to?

4    A.   That is correct.

5    Q.   Okay.  Am I correct, then, that if you had

6  determined that a fixed prosthetic or a crown may be

7  warranted in Mr. Hill's case, there was a procedure you

8  could go through to try to get the appropriate approval to

9  allow for that to occur?  Is that right?

10    A.   That -- that is correct.

11    Q.   Okay.  Did you ever go through that procedure in

12  cases other than Mr. Hill's?

13    A.   No, I did not.

14    Q.   Okay.  And broadening it up even beyond crowns,

15  any of the accessory dental treatments provided in Paragraph

16  F, did you ever make any request to the chief dentist or

17  medical director to allow the use of any of those accessory

18  treatments?

19    A.   No, I did not.

20    Q.   What would have been the time, if you know, with

21  the understanding that you never had made a request before,

22  but are you aware of the time it would have taken to make

23  that request to the chief dentist and the medical director

24  and to get a response from them?

25    A.   Oh, I can't really say, Mr. Devlin, since I had

Page 42

1  never done it -- or never did it.  I would hazard a guess

2  that perhaps maybe --

3        MR. COLVILLE:  Let me ask you not to guess.  If

4     you don't know --

5    A.   Okay.  I really don't know.

6    Q.   Okay.  So going back to what you told Mr. Hill, am

7  I correct, then, that it's your recollection, based upon

8  your notes and whatever recollection you have, that you told

9  him that he had irreversible pulpitis, you explained to him

10  that there could either be an extraction or a root canal,

11  but that a root canal really could not occur because it

12  would not be possible, in your opinion, for a crown -- for

13  him to get a crown?  Is that right?

14    A.   I told him that I -- the Bureau of Prisons does

15  not usually -- does not provide for crowns to be

16  manufactured, and that he would have to have a crown on that

17  tooth in order to protect it if a root canal were to be

18  performed.

19    Q.   Doctor, before getting to, then, the extraction

20  procedure, I have one other question.  How would -- with the

21  understanding that you diagnosed irreversible pulpitis based

22  upon the pain Mr. Hill was experiencing, the physical

23  condition of the tooth, and the length of time that the

24  filling was in -- and that's my understanding of the bases

25  of that diagnosis -- what would have been the difference if

Page 43

1  this had been reversible pulpitis?

2    A.   If it had been reversible pulpitis, the -- the

3  tooth -- well, that -- reversible pulpitis itself is, of

4  course, a state where the tooth -- it would be -- was

5  eventually -- would at some point stop hurting within a

6  reasonable period of time, which I would state probably

7  within two or three days, and then the patient would not any

8  longer have any treatment problem with it.  But in this

9  particular state, considering the depth of the decay that

10  had been present and the size of the filling that was

11  present and the fact that he was experiencing sensitivity

12  above the root, which was the palpation, this was definitely

13  irreversible pulpitis.

14        Now, reversible pulpitis, he quite possibly -- in

15  fact, he would not have had the sensation of sensitivity

16  when I pressed or palpated around the root.

17    Q.   Okay.  Doctor, can you complete taking me through

18  your entry on November 27, 2002.

19    A.   All right.  Under the "P" for procedure, I then

20  injected Mr. Hill with the Lidocaine -- and that's

21  L-I-D-O-C-A-I-N-E -- in order to have anesthesia in the

22  area.  And at that time I then extracted his tooth with

23  forceps.  As I put down, I had elevator -- well, I had

24  elevator and forceps extraction, which means that the tooth

25  was first loosened with the elevator, and then it was

Page 44

1  removed with the forceps.  He was allowed to remain in a

2  chair to ensure that he would not hemorrhage.  And the entry

3  I have here is "stasis", which means stasis of the blood was

4  achieved.  He -- he did not require sutures, so I had no

5  sutures.  PIOG stands for postoperative instructions given,

6  and he was given those instructions both verbally or orally

7  and in a written document as well.  It was discussed with

8  him and he understood what was on this statement and what we

9  had spoken with him.

10        A prescription was then written for him for the

11  penicillin and for Motrin, which is Ibuprofen.  The

12  penicillin was given to him for the infection and abscess

13  that was forming there.  And the Motrin was given to him to

14  allieve [sic] him from the pain of the extraction and also

15  from the infection that was -- had been causing the pain.

16    Q.   Did you discuss with Mr. Hill whether or not a

17  bridge or partial denture might be possible after the

18  extraction?

19    A.   I tend to recollect that I believe I discussed

20  with him a partial denture could be made for him to replace

21  that tooth.

22    Q.   Okay.  Obviously, that's not in your note here.

23  So what do you recall about that conversation?

24    A.   I -- I don't remember a whole lot, except that I

25  tend to remember that he asked me, after the tooth was out,

11 (Pages 41 to 44)

Page 45

1   what could he do. And that's -- and I said, well, a partial
2   denture would be the answer to replace that tooth.
3   Generally, I also look in the records to see if there are
4   other missing teeth and advised the patient that when the
5   partial denture would be made, it would not replace just
6   that tooth, but any other missing tooth in the particular
7   jaw that was involved.
8       Q. And in your review of Mr. Hill's dental record,
9   did he have other missing teeth?
10      A. Yes, he did.
11          (Discussion held off the record.)
12      Q. Doctor, I just have a couple more questions. With
13  respect to irreversible pulpitis, does reversible pulpitis
14  eventually become irreversible pulpitis, if that makes
15  sense?
16      A. Ordinarily, it -- it -- it really depends,
17  Mr. Devlin, on what is causing the problem with the tooth in
18  the very beginning -- or at that time.
19          For instance, if a person drinks a super-cold
20  glass of water or soda and they allow it to hit their front
21  teeth long enough or maybe a tooth in their mouth that has a
22  large metal filling in it, such as silver or gold, they can
23  thermally shock that tooth. And after that, the tooth will
24  then be very sensitive to any kind of temperature changes at
25  all. If the person opens their mouth and in the wintertime

Page 46

1   it hurts them, that would be a reversible pulpitis that
2   occurred as a result of thermal shock.
3           Other problems are also occlusal problems. If the
4   person bites down, say, on a -- likes to eat crabs, and they
5   bite down on a piece of shell and they bite hard on it,
6   that's considered occlusal trauma, or trauma that has
7   occurred as a result of a person biting or chewing. That
8   can also cause the tooth to suffer an irreversible pulpitis,
9   something such as that.
10          When you get into aspects of decay, again, that
11  then creates a different picture, because in Mr. Hill's
12  case, considering the x-ray that demonstrated a very deep
13  cavity, not to mention the x-ray that Dr. Rose had taken,
14  that -- now you have the nerve infected with bacteria, and I
15  think I can safely say that 99 -- 99, 100 percent of the
16  time, that tooth is not going to recover, because the pulp
17  within the tooth has a very poor blood supply, but a very
18  necessary one. And it's just enough to keep the pulp alive
19  and viable, but it doesn't really sufficiently provide a
20  heavy enough blood flow that if he had been put on, say, the
21  penicillin that I prescribed to him for, say, maybe six
22  weeks or even six months, that it would clear up. It would
23  not clear up. Once the pulp is engaged with a bacteria,
24  there's no coming back, really.
25      Q. Okay. Doctor, if you would turn to Collins

Page 47

1   Exhibit 1, which is the medical record, looking at
2   Dr. Rose's entry, the fourth line down, I notice that
3   there's an "A:", then the word "caries" is No. 13, then the
4   word "restorable". What is your understanding of what -- in
5   reviewing that medical record, do you have an understanding
6   as to what Dr. Rose meant when he indicated that -- the word
7   "restorable"?
8       A. When Dr. Rose wrote that, at the time he felt that
9   the tooth could possibly be saved, perhaps. And
10  "restorable" simply means that the patient would have --
11  that the tooth can have a filling placed in it.
12          In this case, when you write that, you usually
13  mean a permanent filling put in place. And that's what
14  Dr. Rose had written there.
15      Q. All right. Assuming that Dr. Rose's diagnosis on
16  January 2001 was correct and that the tooth could have been
17  restorable, is it fair, then, to say that sometime between
18  January 2001 and November 27th, 2002, in your estimation,
19  that tooth became nonrestorable?
20          MR. COLVILLE: Object to the form. But go ahead,
21          Doctor.
22      A. No. The tooth, from the time that this was
23  placed -- that he placed the filling, the temporary filling
24  in Mr. Hill's tooth, to the time that I saw him on
25  November 27th, the -- in fact, I guess what I would like to

Page 48

1   do is to go back to what I had said in the original
2   testimony. The horse was already out the barn and the door
3   was closed, but it was too late.
4           The fact that -- that this tooth presented with a
5   very deep cavity -- and that's indicated where he says
6   "caries" under the "A" which you referenced, Mr. Devlin --
7   and he then later states that he -- he has on -- under the
8   procedure, "P", on the second line he has No. 13, then a
9   dash, "gross decay removed". That generally means a large
10  amount of decay was removed, indicating that, again, this
11  cavity had progressed to a very deep depth within the tooth.
12  And, consequently, he then proceeded to put a temporary
13  filling in place so that, of course, hopefully at a later
14  date, if the tooth accepted this temporary filling, he would
15  then be able to place a permanent filling.
16      Q. Well, I guess I'm a little confused, then. So are
17  you saying that you believe that as of January 2001 this
18  tooth was not restorable?
19      A. I can't really make that decision. The -- again,
20  when you're dealing with decay that has progressed as far as
21  it had -- and what Dr. Rose was attempting to do was to save
22  the tooth, if at all possible. And that's why a temporary
23  filling was put into place. Temporary fillings are kinder
24  and gentler, if you will, to the pulp in the tooth, which is
25  the focus here, because of the fact of the close proximity

12 (Pages 45 to 48)

9682a342-9c03-4a95-8d60-c86c1bf10c50

## Page 49

1  that the cavity had -- and where it had occurred in relation
2  to the pulp itself. The temporary filling was put into
3  place to give the pulp possibly a chance to recover from the
4  insult of the decay.
5      The fact that Dr. Rose wrote "restorable" simply
6  means that if the pulp is able to recover from the insult of
7  the decay and from the further insult of removing the decay,
8  and there is no pain problem later associated with it, then
9  you can go and put a permanent filling in place.
10      Q.  Okay. Doctor, I have one more set of documents
11  I'd like to go over, and those are the documents that I,
12  e-mailed to Attorney Goldring earlier this morning. And
13  there are two pages, both, I believe, entitled Inmate
14  Request to Staff forms. Do you have those there?
15      A.  Yes, I do.
16      Q.  Okay. And the first one I'm looking at is dated
17  12/31/01, and the second one I'm looking at is dated April
18  8th -- I'm sorry. The first one I'm looking at is dated
19  12/3/2001, and the second one I'm looking at is dated April
20  8th, 2002. Are those the same as the ones you are looking
21  at?
22      A.  That is correct.
23      MR. DEVLIN: I would then ask that the court
24      reporter mark those as Collins Exhibit 3
25      collectively.

## Page 50

1      (Collins Deposition Exhibit 3
2      marked for identification.)
3      MR. DEVLIN: And, actually, in the interest of
4      time, Mike, I'll just move on, and Janis can mark
5      these when you are doing your questioning.
6      Q.  Doctor, are these the cop-out forms that you
7  referred to before that should be used for routine care?
8      A.  That is correct.
9      Q.  And so am I correct, then, in looking at this,
10  that based upon just these forms, Mr. Hill requested routine
11  dental care both on December 3rd, 2001 and April 8th, 2002?
12  Is that correct?
13      A.  That is correct.
14      Q.  And do you recall whether you reviewed these forms
15  when they came in?
16      A.  Honestly, I cannot recall, due to the fact that we
17  have -- get -- get on an average approximately nine to 10
18  cop-outs a day, Mr. Devlin. I can't say that I actually
19  recall reading these, to be quite frank with you.
20      Q.  Okay. And that's certainly understandable. Based
21  upon your general practice, do you believe you would have
22  read them when they came in?
23      A.  Yes, I do.
24      Q.  Okay. Now, I see here on the April 8th, 2002
25  request, under "Disposition", it indicates that Mr. Hill was

## Page 51

1  No. 184 on the -- and I can't read that next word --
2      A.  That word -- yes.
3      Q.  Is that prophy. list?
4      A.  That is correct.
5      Q.  Is that short for prophylactic?
6      A.  That -- that is short for prophylactic, right.
7  And that simply means, Mr. Devlin, that he's on the list to
8  have his teeth cleaned.
9      Now, at FCI McKean, we did not separate out
10  cleaning from routine care. That is simply the first step
11  in routine care for the patient.
12      Q.  Okay.
13      A.  So -- and that's why, just to make sure -- just to
14  clear up anything, because there are institutions where a
15  cleaning is -- is not actually a part of the routine care
16  the patient receives. It's a part indistinct.
17      Q.  Do you see that on the April 8th, 2002 request
18  form, in the portion presumably filled out by Mr. Hill, the
19  third line -- third line down, in reference to the temporary
20  fillings he indicates, "Both are degenerating," quote,
21  "getting worse," close quote.
22      Do I understand your testimony correctly that that
23  is inconsistent with your physical examination of his teeth
24  in November of 2002?
25      A.  That -- I only looked at the tooth, which is No.

## Page 52

1  13, that had the temporary filling in it.
2      Q.  Um-hum.
3      A.  He did reference to -- his reference to a second
4  tooth that has a cavity in it, I did not observe or examine
5  that tooth at the time that he entered into the clinic,
6  because he did not complain about that. He complained about
7  No. 13, and this was a sick call visit, so that's what I
8  addressed my attention to.
9      Q.  Okay.
10      A.  And if I -- and if I can continue. The -- at that
11  time that I did examine him in the clinic, the tooth which
12  had the temporary filling in it had not degenerated. In
13  fact, it was in excellent condition, as well as the tooth
14  itself, clinically.
15      Q.  Okay. Do you have any idea as to what Mr. Hill
16  might have been experiencing that would have led him,
17  certainly as a nontrained -- as someone not trained in
18  dentistry, to believe that his temporary filling was
19  degenerating?
20      MR. COLVILLE: Object to the form.
21      A.  He might have -- sometimes a temporary filling
22  might have a little flake. Sometimes there is occasional --
23  an excess part of the filling that might remain after the
24  doctor has finished adjusting it. And on occasion that
25  might flake off and the patient might be aware of that and

13 (Pages 49 to 52)

## Page 53

1  feel that the filling might be wearing down or getting
2  worse, when, in fact, it is not.
3      Q.  In general, about how long would it have taken Mr.
4  Hill to be seen from the routine care list, if he were No.
5  184 on that list?
6      A.  Again, it's -- it depends on the -- on a few
7  factors, Mr. Devlin.  They -- the list is subject to the
8  inmates coming and the inmates leaving.  Some people on the
9  list who were ahead of him would often be transferred to
10  another location, and they would get taken off the list, and
11  he would, therefore, move up on the list even faster.
12      So I would hazard a guess right now that it's
13  really kind of hard to say, but maybe possibly 11 or 12
14  months.
15      Q.  And, finally, Doctor, with Mr. Hill having come to
16  FCI McKean from USP Lompoc -- therefore, an intrabureau
17  transfer -- was there any protocol whereby he would be seen
18  for a dental examination as a result of that transfer?
19      A.  Usually Mr. -- the patients -- the inmate, when
20  they are transferred in from another institution, provided
21  they were already screened at that institution -- they were
22  not just held there temporarily -- he would not be seen in
23  the dental clinic if he had been screened and examined
24  already at another institution prior to his coming to FCI
25  McKean, or for that instance -- for that matter, any other

## Page 54

1  institution as well.  The -- it would sort of be redundant
2  or repetitive.  And the main thing is that he was examined
3  within a certain period of time, and that was done at USP at
4  Lompoc.
5      MR. DEVLIN:  That's all the questions I have,
6      Doctor.  Thank you.
7      THE WITNESS:  Okay, thank you.
8
9          CROSS-EXAMINATION
10  BY MR. COLVILLE:
11
12      Q.  Doctor, I have a few questions.  And I want to
13  reference Exhibit 1, the 11/27 notation.  You were
14  questioned by counsel as to whether or not you discussed
15  with Mr. Hill whether there were complaints of being
16  sensitive to air or having pain when he chewed.
17      With that in mind, I note that you specifically
18  quote in the subjective -- subjective portion of your note
19  here that Mr. Hill told you "my tooth aches".
20      A.  Yes.
21      Q.  Did Mr. Hill tell you that his tooth was sensitive
22  to air or that he was having problems when he chewed?  And
23  if -- if he did, would you have made note of those
24  statements to you in this note?
25      A.  He did not, as I recall, say that his tooth was

## Page 55

1  sensitive to air.  I can't remember if he said it was
2  sensitive to chewing or not.  But, again, as you said,
3  Mr. Colville, if he had said that, I would have put that
4  down under the observations.
5      Q.  Making reference to Exhibit 2, the program
6  statement, again, counsel read from Page 27 of that document
7  in Paragraph F, your accessory dental treatment, and read
8  the statement that, "If the CDO determines such treatment
9  may be warranted, such approval needs to be obtained from
10  the chief dentist or the medical director."  Do you remember
11  reading that?
12      A.  Yes, I do.
13      Q.  And you agree with that statement, at least as it
14  relates to --
15      A.  That is correct.
16      MR. COLVILLE:  Neal, if you wouldn't mind, if you
17      would also include as Exhibit 2 Page 15 of the
18      document.  And I want to refer Dr. Collins to that
19      page presently, and we'll call it, again, Exhibit
20      2, but Page 15 of that exhibit.
21      Q.  And if you look under Paragraph 3(b), this portion
22  of the program statement reads, "If the CDO determines that
23  such treatment may be warranted, approval must be obtained
24  from the chief dentist and the medical director, through the
25  warden and the regional director."  And I guess my question

## Page 56

1  to you, Doctor, is that what you understood the procedure to
2  be at the time that you were treating?
3      A.  That is absolutely correct.
4      Q.  Okay.  Let me ask you this:  The question that
5  wasn't asked was why didn't you elect to use this treatment
6  versus the treatment of extraction?
7      A.  Well, first, there's a time -- time frame
8  involved.  I had no idea how long it might take for approval
9  to go through the normal administrative pathways, if you
10  will, and then come back to me.
11      In the meantime, the patient's state could be also
12  worsening, as now he is already suffering pain, and there is
13  a possibility, a strong indication of an abscess forming.
14  So also the fact that the tooth was so badly destroyed
15  already -- approximately 50 percent of the crown of the
16  tooth had already been destroyed -- and should a crown even
17  be considered, an interim procedure would have had to have
18  been performed between the root canal and the actual
19  preparation of the tooth for a crown.  And that interim
20  procedure is called a post and core.  So the tooth would
21  have had to have first been treated for a root canal and
22  then would have had to have had a post and core buildup.
23  And, finally, then it would have had to have been prepared
24  for a crown.
25      Finally, if I might add also, something that I

Page 57

1  failed to bring out in earlier questioning of you,
2  Mr. Devlin, is that root canal therapy is not a hundred
3  percent successful. It does have a five percent failure
4  rate.
5      Q. In this case, where you diagnosed Mr. Hill with
6  having irreversible pulpitis, was extraction of that tooth
7  acceptable dental treatment within the standard of care?
8      A. Very much so. Yes it is and was.
9      Q. Let me ask you a couple questions about what --
10     (Discussion held off the record.)
11     Q. Did Mr. Hill ever come to you prior to
12  November 27th, 2002 and tell you that he was having pain
13  within Tooth No. 13?
14     A. No, he did not.
15     Q. Did you ever see Mr. Hill in a sick call visit or
16  an open house prior to November 27th of 2002?
17     A. I did not see him in a sick call visit at all, and
18  at that time we had not really quite started open house --
19  the institution open house. So I did not see him at all.
20     Q. Do you recall when open house sessions began at
21  the prison?
22     A. I believe that open house sessions began in the
23  prison around or about in June or July of 2003.
24     Q. Which was after the extraction?
25     A. Exactly.

Page 58

1      Q. So the first open house would have been after the
2  fact in this case?
3      A. Exactly.
4      Q. Did anyone ever tell you prior to your treatment
5  of Mr. Hill in November of 2002 that Mr. Hill had complained
6  about pain in his tooth?
7      A. Only one person as I recall did mention to me that
8  they had an inmate named Michael Hill who was having a
9  problem, and that was his counselor, Ellen McNintch.
10     Q. And did you do anything as a result of being
11  informed of this by the counselor?
12     A. I instructed her to have the patient come to sick
13  call so that he could be examined.
14     Q. And, again, do you recall when this conversation
15  took place?
16     A. I believe it was approximately the -- in either
17  the latter part of August or the first part of September.
18  I'm not quite clear.
19     Q. Between that time and November of 2002, did Mr.
20  Hill ever report to sick call?
21     A. No, he did not.
22     MR. GOLDRING: I just have one question.
23     MR. COLVILLE: We have one question from Mr.
24  Goldring.
25

Page 59

1             CROSS-EXAMINATION
2  BY MR. GOLDRING:
3
4      Q. This is Mr. Goldring. And I'm referring to Page 2
5  of Exhibit 3, which is the April 8th, 2002 cop-out. And,
6  Dr. Collins, I believe this cop-out was signed by Amber
7  Douglas.
8      A. Yes.
9      Q. Do you know her?
10     A. Yes, I do.
11     Q. Can you identify who she is, exactly.
12     A. Amber Douglas was the first contract dental
13  assistant that came to FCI McKean to work with me in the
14  dental plan.
15     Q. And I'm looking at the response that she provided.
16  Could you please read the last sentence of her response.
17     A. That last sentence states, "If you have any pain
18  problems, though, come right to sick call."
19     Q. And did Mr. Hill come right to sick call?
20     A. No, he did not.
21     Q. Did you see him at any time between this response
22  of April 8th, 2002 and November 27th, 2002, when you
23  conducted the extraction?
24     A. No, I did not.
25     MR. GOLDRING: That's all I have.

Page 60

1      MR. COLVILLE: Colville has one follow-up question
2  with regard to that.
3
4             RECROSS-EXAMINATION
5  BY MR. COLVILLE:
6
7      Q. Doctor, what is your -- was that an appropriate
8  response or disposition by Ms. Douglas to Mr. Hill's April
9  8th, '02 cop-out?
10     A. It was definitely in policy, yes. Yes.
11     MR. COLVILLE: That's all I have.
12
13            REDIRECT EXAMINATION
14  BY MR. DEVLIN:
15
16     Q. I just have a couple questions, Doctor, and if we
17  get cut off, that's fine. If I don't get to these
18  questions, I can live.
19     But, sir, if Mr. Hill was in the special housing
20  unit at any period of time, would he be able to come to sick
21  call?
22     A. No, he would not be come -- be able to come to
23  sick call in the morning, but he would have access to a
24  healthcare provider every day, because there is a -- what we
25  call a mid-level healthcare provider, which is either a

Ferguson & Holdnack Reporting, Inc.

9682a342-9c03-4a95-8d60-c86c1bf10c50

Page 61

1  physician assistant or a nurse practitioner. It can even be
2  the clinical director or the staff physician who makes
3  rounds in the morning and they make rounds in the evening.
4  And they are -- are available for medical complaints. And
5  at that time he could have made -- he would have been able
6  to have complained to them about any difficulty that he was
7  experiencing. In fact, I believe that is what happened when
8  he came to me on November the 27th.
9      Q.  And, Doctor, if I understand your testimony a
10  while back in response to my questions correctly, am I right
11  that during your time at FCI McKean, you never placed a
12  crown on anyone's tooth?
13     A.  That is absolutely correct.
14     Q.  Okay. If you were to simply give me a very rough
15  ballpark estimate, how many patients do you think you saw
16  per year while you were at FCI McKean?
17     A.  That's a hard question. By the way, it just
18  flashed, we have five minutes left.
19     Q.  Go ahead. Go ahead.
20     A.  That's -- I -- I -- that would be a -- that's kind
21  of hard for me to say. I would have to think on that a
22  little bit. It was a good number, but I can't --
23     Q.  Well, let me ask you this --
24     A.  -- say right now.
25     Q.  -- do you think you saw more patients on a daily

Page 62

1  basis at FCI McKean than you did when you were in private
2  practice?
3      A.  I would say not really, because in private
4  practice, we didn't have the restraints that you'd encounter
5  in a prison system of time and of location with an inmate.
6  But I -- so I would say I saw less in the prison than I did
7  in private practice.
8      Q.  While you were in private practice, did you ever
9  place a crown on anyone's tooth?
10     A.  Oh, yes. Yes, I did.
11     Q.  Okay. Was that a fairly regular thing for you to
12  do while you were in private practice?
13     A.  Yes, it was.
14     Q.  Okay. Also, based upon some of Mr. Colville's
15  questions, am I correct, then, that notwithstanding the --
16  well, forget about the notwithstanding. One of the reasons
17  you felt that a crown may not be appropriate here would be
18  that even if you had decided to go through the procedure of
19  contacting the chief dentist and the regional director,
20  possibly through the warden and associate warden, to try to
21  get approval for the crown, at the point in time that Mr.
22  Hill came to see you, he was experiencing pain, and,
23  therefore, to wait that period of time would have not
24  resolved his pain problem and would have required you to
25  perform a root canal on a tooth without crowning it, leading

Page 63

1  it to all of the problems that you have previously testified
2  to? Am I right on that?
3          MR. COLVILLE: Let me object -- let me object to
4          the form. But go ahead, Doctor.
5      A.  I think -- what you said, Mr. Devlin, is can I
6  allow -- in other words, if -- I'm kind of unclear about
7  your question. Could you restate it briefly.
8      Q.  Let me rephrase it. My understanding of your
9  responses to Attorney Colville was that one of the reasons a
10  crown would not have been appropriate here was a timing
11  issue, in that it would have taken, you believe -- and tell
12  me if this is wrong. But it would have taken a period of
13  time to get the appropriate approval, if you would even have
14  gotten it. And because Mr. Hill was in present pain, it
15  would not be able to wait that period of time, and, so,
16  therefore, getting a crown really wasn't going to -- wasn't
17  going to deal with the problem. Is that right?
18          MR. COLVILLE: Same -- same objection. But go
19          ahead, Doctor.
20     A.  Well, the problem here was that he had reached an
21  acute state, and putting a -- attempting to wait for
22  approval could also be a factor in the condition continuing
23  to worsen.
24     Q.  Okay.
25     A.  That was one -- that was one of the factors that

Page 64

1  I -- I had in the equation.
2      Q.  So do you believe, then, that his condition was
3  worsening since being seen by Dr. Rose at USP Lompoc?
4      A.  Yes, I do.
5          MR. DEVLIN: Those are all the questions I have.
6          MR. COLVILLE: We're through. Signature waived.
7
8          (Deposition concluded at 11:58 a.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

16 (Pages 61 to 64)

## A

able 6:4 9:12 10:25 17:23 23:23 30:8 48:15 49:6 60:20,22 61:5 63:15
abnormal 27:24 32:6
about 7:1 8:13,21 9:11 12:1,11 17:22 18:6 18:13 22:18 23:4 25:11 27:24 31:15 39:7 40:12 44:23 52:6,6 53:3 57:9,23 58:6 61:6 62:16 63:6
above 23:13 43:12
abscess 31:10,10,13,17 44:12 56:13
abscesses 31:18,19
absolute 21:11
absolutely 25:24 30:2 36:25 56:3 61:13
accept 39:1
acceptable 38:19 57:7
accepted 48:14
access 10:7 60:23
accessory 38:6,6 39:19 39:20 40:3,4 41:15 41:17 55:7
According 26:7
accounts 31:11
accused 4:15
ache 30:18
aches 21:25 30:15 54:19
achieved 44:4
actual 23:19 56:18
actually 16:8 21:2 25:21 31:17 32:10 33:18 38:6 50:3,18 51:15
acute 63:21
add 10:6,6 56:25
addressed 14:7 39:20 40:3 52:8
addresses 37:6
adjusting 52:24
administration 9:23 11:9,12,14
administrative 56:9
admit 29:3
adverse 22:20
advised 45:4
affect 12:23
affidavit 38:14
after 5:23 8:24 9:25 11:3 15:23 18:22 27:13 28:22 30:12 35:8,19 44:17,25 45:23 52:23 57:24 58:1

afternoon 10:3
again 8:4 9:2 14:4 18:15 19:6,21 24:24 28:8 31:15,17 32:9 36:1 38:7 46:10 48:10,19 53:6 55:2,6 55:19 58:14
ago 27:15
agree 55:13
ahead 8:5 15:13 35:5 38:24 47:20 53:9 61:19,19 63:4,19
air 30:20 31:5,25 54:16 54:22 55:1
al 1:3,5
alive 46:18
allergies 22:18
alleve 44:14
allow 28:18 41:9,17 45:20 63:6
allowed 9:13 12:4 44:1
allowing 29:15
allows 13:23
along 20:17 39:5
alpha 9:19
already 28:23 48:2 53:21,24 56:12,15,16
although 29:3 34:12
always 10:7,20 12:10 12:11 16:7 34:12 35:5
Amber 59:6,12
amount 28:19 48:10
anesthesia 43:21
ankylosis 35:13,15
another 3:25 7:21 53:10,20,24
answer 21:16 37:20 45:2
answers 4:5
anterior 34:11
anticipation 16:19
anyone 8:16 58:4
anyone's 61:12 62:9
anything 11:17 16:2 17:23 22:19,20 29:15 30:3 31:15 33:8 37:6 51:14 58:10
apart 17:11
apex 23:20
apparently 22:3 40:9
appear 24:3
appeared 22:16
appears 19:21 32:22
application 5:6
appointment 15:3,24
appreciate 12:13 22:12
approach 37:7
appropriate 14:22 39:13 41:8 60:7

62:17 63:10,13
approval 40:22 41:8 55:9,23 56:8 62:21 63:13,22
approximately 5:2,5 6:21 8:21 9:2,11 10:1 17:21 18:6,11 23:2 50:17 56:15 58:16
April 4:25 8:21 49:17 49:19 50:11,24 51:17 59:5,22 60:8
area 13:11,12,23,24 23:13 29:4 31:8,11 34:4,6 43:22
around 9:24 18:6 23:10 23:12 29:4 31:8,12 43:16 57:23
asked 17:17 18:12,15 22:14,22 30:22 44:25 56:5
asking 4:20
aspects 29:22 46:10
assessment 24:21
assistant 8:11,20,23,24 8:25 16:10 22:7 59:13 61:1
assistants 8:17
associate 11:22 62:20
associated 49:8
assumed 18:13
Assuming 47:15
attached 36:16
attempted 10:4 28:17 31:3
attempting 48:21 63:21
attended 4:24
attention 16:3 52:8
Attorney 1:11,19 49:12 63:9
attorneys 16:24
audible 4:5
August 18:7 58:17
AUSA 1:18
authority 11:11,16
authorized 38:5
available 32:24 33:25 35:17 38:7 39:21 61:4
Avenue 1:11
average 50:17
aware 16:4 37:5 41:22 52:25
away 12:21
A-N-K-Y-L-O-S-I-S 35:15
a.m 1:11 64:8
A330 1:11

## B

back 27:1 37:2 42:6

46:24 48:1 56:10 61:10
bacon 35:3
bacteria 28:14 46:14 46:23
badly 56:14
ball 9:18
ballpark 61:15
barn 28:22 48:2
based 11:9 22:25 27:20 42:7,21 50:10,20 62:14
bases 27:19 29:9 42:24
basically 9:24
basis 29:24 62:1
Bates 19:15
bearings 27:9
became 47:19
become 34:22 35:12 45:14
before 1:9 3:14 15:22 15:23,25 16:1 18:21 20:24 32:8 39:18 41:21 42:19 50:7
began 57:20,22
beginning 7:23 9:11 19:5 45:18
begins 15:16
behind 34:9
being 4:15 5:23 13:25 23:1,1,11 24:9,9 28:24 29:18 33:20,20 54:15 58:10 64:3
believe 9:2 16:23 18:3 18:5,15 19:9 36:2,17 38:17,17 40:15 44:19 48:17 49:13 50:21 52:18 57:22 58:16 59:6 61:7 63:11 64:2
Below 19:21
benchmark 18:3
beside 23:8 25:4
best 3:23 4:6
between 3:22 13:6 15:1 24:13 28:4 40:2 47:17 56:18 58:19 59:21
beyond 4:4 17:10 18:24 30:3 41:14
bit 3:21 11:9 20:23 29:8 61:22
bite 37:13 46:5,5
bites 30:23 46:4
biting 35:3 46:7
blood 44:3 46:17,20
board 9:10
bony 35:12
border 24:13 28:2
boss 10:11
both 4:2 7:24 16:14

25:25 35:24 36:15 44:6 49:13 50:11 51:20
bottom 19:14
Bradford 6:1
break 27:3
breakfast 12:4
bridge 35:20 44:17
bridges 38:5
briefly 63:7
brittle 34:22
broadening 41:14
broader 16:14
building 13:9,10
buildup 56:22
Bureau 5:7,8,23 7:11 15:5 36:4 37:8 42:14

## C

C 1:18 3:1
call 8:12 9:25 10:3,11 10:19 11:6 12:10,25 13:1 14:6,17,18 16:13 17:20 18:10,12 18:14 22:2,23 23:25 24:22 34:8 35:13 52:7 55:19 57:15,17 58:13,20 59:18,19 60:21,23,25
called 22:5 34:11 56:20
calling 19:19
call-out 16:5
calming 26:23
came 8:2,14 9:10 17:4 17:4,14 21:24 29:9 31:6 32:8 50:15,22 59:13 61:8 62:22
camp 9:5,6,7
canal 34:3,21 35:9,10 35:23 36:3,6,7 42:10 42:11,17 56:18,21 57:2 62:25
canine 34:9
capped 34:10
capping 34:20
care 8:13,13 10:4,17 11:5 14:25 15:2,16 16:12,12 38:6,6 50:7 50:11 51:10,11,15 53:4 57:7
caries 25:3,7 47:3 48:6
case 31:6 32:16,21 34:3 34:16 35:23 41:7 46:12 47:12 57:5 58:2
cases 3:21 41:12
cast 38:4
cause 27:25 28:4 30:19 46:8

caused 12:9 28:12,13 29:18 31:10
causing 29:16 44:15 45:17
cavity 28:13,14 46:13 48:5,11 49:1 52:4
CDO 40:21 41:3 55:8 55:22
cement 26:13,15
certain 11:12 30:18,19 54:3
certainly 16:25 22:19 31:2 37:20 40:7 50:20 52:17
chain 11:11,16,19
chair 44:2
chance 26:17 49:3
change 12:9
changed 7:24 9:22 12:3
changes 7:25 45:24
Chapter 38:11 39:9
chart 32:18
check 16:24
chewed 54:16,22
chewing 46:7 55:2
chief 8:3 11:20 40:22 41:2,16,23 55:10,24 62:19
choice 33:12
chronic 16:12
clarification 12:14
clarify 4:1 5:17
cleaned 15:11 51:8
cleaning 51:10,15
clear 5:11 11:25 18:18 20:24 22:10 46:22,23 51:14 58:18
clerk 35:14
clinic 8:9,13,14,16,19 9:4,9 10:8,11,13,19 11:1,4,11,18,21 12:10,16,17,19,20,23 12:24 13:1,3,4,6,7,8 13:9,17,18,20 14:15 14:17,23 15:15 17:5 17:14,18,20 18:16 21:23 22:6,10 52:5 52:11 53:23
clinical 61:2
clinically 32:6 52:14
close 23:24 28:15 48:25 51:21
closed 48:3
closing 28:22 31:1
coffee 28:3
cold 30:20 31:25
collectively 49:25
Collins 1:9 2:3,11,12 2:13 3:7,14 4:20 20:12,13,17 38:14

39:7,10,15,18 46:25 49:24 50:1 55:18 59:6
Colville 1:18 2:5,7 4:10 5:18 19:14,17 38:9 38:13,17,23,25 39:14 42:3 47:20 52:20 54:10 55:3,16 58:23 60:1,1,5,11 63:3,9,18 64:6
Colville's 62:14
come 10:13 11:2,6 12:7 12:8 14:8,10,24 16:9 22:2 53:15 56:10 57:11 58:12 59:18,19 60:20,22,22
comes 15:14,24
coming 31:1 46:24 53:8 53:24
command 11:19
commencing 1:10
common 13:11,12
Commonwealth 1:10
communicating 24:1 25:18,19
complain 52:6
complained 52:6 58:5 61:6
complaining 17:19 18:8 23:4,6
complaint 30:15
complaints 54:15 61:4
complete 25:11 43:17
completed 25:12 37:19
completely 12:25 21:16 34:4,6
complies 39:23
computer 16:11
concerned 22:11,18
conclude 11:13 30:4
concluded 29:17 64:8
conclusion 27:15 29:9 29:24 30:1 33:1
condition 42:23 52:13 63:22 64:2
conducted 59:23
confer 27:4
Conference 1:9
confirm 19:7
confused 48:16
connection 4:7
consequently 12:9 28:11 48:12
considered 12:19 38:6 40:16 46:6 56:17
considering 43:9 46:12
consolidated 3:10
contact 10:25 24:4 25:21
contacting 62:19

contained 19:1
context 11:17 39:13
continue 6:20 33:13 52:10
continued 8:20,24
continuing 63:22
contract 8:22,23,25 9:9 9:13 59:12
control 19:10
conversation 44:23 58:14
conversations 17:24 18:20,24
conveyed 22:10
copies 19:18
copy 19:8,8,11,13,16
cop-out 15:10,19,21 50:6 59:5,6 60:9
cop-outs 50:18
core 56:20,22
corner 19:15
correct 5:13,15 6:11,24 6:25 7:4,5,8,9,13 9:7 12:18 16:16,17 17:7 17:8 18:22,23 19:3 20:18,19,21,22 21:1 25:24,25 26:3 27:11 27:12,17,18 29:17,20 30:2 31:22 32:1,3,4 32:25 40:17,18 41:1 41:3,4,5,10 42:7 47:16 49:22 50:8,9 50:12,13 51:4 55:15 56:3 61:13 62:15
correction 5:22
correctional 5:25 6:14 6:15 7:7 33:20
Corrections 5:3,4 7:2
correctly 9:6 40:25 51:22 61:10
counsel 27:4,4 54:14 55:6
counselor 10:10 17:17 18:25 58:9,11
couple 3:19 25:11 40:12 45:12 57:9 60:16
course 11:23 22:14 24:6 31:21 34:1 35:21 36:2 43:4 48:13
court 1:1 4:6 19:10,13 20:10 35:14 49:23
coverage 10:23
covered 21:19
crabs 46:4
cracked 24:12,12
creates 46:11
crisp 35:2
Cross-examination 2:5

2:6 54:9 59:1
crowd 17:23
crown 35:24 36:5,8,13 40:14,16 41:6 42:12 42:13,16 56:15,16,19 56:24 61:12 62:9,17 62:21 63:10,16
crowned 34:10,12,14 34:15 35:6
crowning 34:19 62:25
crowns 37:9,10,17 38:4 41:14 42:15
current 3:9
cut 60:17
C.A 1:3,3,4,4,5

D
D 2:1
daily 61:25
dash 48:9
date 18:2 20:18,20,20 21:2 36:9 38:10 48:14
dated 36:19 49:16,17 49:18,19
day 9:14 10:13 22:8 50:18 60:24
days 43:7
DC 1:22
DDS 1:9 2:3
deal 63:17
dealing 48:20
deals 11:11
dealt 31:21
debatable 29:6
decay 25:7 28:5 43:9 46:10 48:9,10,20 49:4,7,7
December 1:10 50:11
decide 26:18
decided 23:16 62:18
decision 48:19
decisions 11:13
declaration 16:23 19:9 36:16,18
deep 25:3,7,7 46:12 48:5,11
deeper 28:10
Defendant 3:11
Defendants 1:6,18
definitely 12:23 15:5 30:13 43:12 60:10
degenerated 52:12
degenerating 51:20 52:19
degree 22:22 25:4
delay 3:22
demonstrated 46:12
dental 4:24 5:11 6:12 6:13 7:15 8:3,9,11,14

8:17,20,22,24,25 9:1 9:4 10:17 11:11,17 11:20 12:15,19,21,21 12:23 13:3,5,7,8,16 13:20 14:6,12,15,25 15:2 16:10,14,22 17:18,20 18:14,16 19:2,5,18 20:11,11 22:10 32:23 38:1 39:19,20 40:3,4 41:2 41:15 45:8 50:11 53:18,23 55:7 57:7 59:12,14
dental/medical 33:21
dentist 6:9 7:21 9:3,8,9 40:22 41:16,23 55:10 55:24 62:19
dentistry 5:1 6:6,14 7:16,17,18 52:18
dentists 26:14
denture 35:21 44:17,20 45:2,5
dentures 37:11,12
Department 5:3,4 7:2
departure 13:14
depends 45:16 53:6
deposed 3:14
deposing 3:13
deposition 1:9 2:11,12 2:13 16:19 20:13 39:4,15 50:1 64:8
depositions 3:21
depth 43:9 48:11
describe 7:24 21:21 35:24
described 27:14 29:14
despite 28:17,23
destroyed 56:14,16
determination 28:12
determine 24:5
determined 27:9 41:6
determines 40:21 55:8 55:22
developed 23:23
Devlin 1:15 2:4,8 3:5,7 4:18,19 6:17 10:6 12:1 17:2 18:5 19:16 20:3,5,9,15 21:9 27:1 30:21 32:3,14 36:1 36:24 37:3 38:16,19 38:24 39:8,17,23 40:6,9 41:25 45:17 48:6 49:23 50:3,18 51:7 53:7 54:5 57:2 60:14 63:5 64:5
diagnosed 42:21 57:5
diagnosis 27:16,20 33:2,16 42:25 47:15
diagnostic 27:14
difference 40:1 42:25

differences 15:1
different 11:13 13:5
  17:22 19:16 40:3,4
  46:11
difficult 35:8
difficulty 61:6
dining 12:6
Direct 2:4 3:4
directly 34:9
director 11:21 40:23
  41:17,23 55:10,24,25
  61:2 62:19
disclose 29:13
discomfort 28:5,7 31:2
discovery 3:10 36:17
  36:18
discuss 44:16
discussed 44:7,19
  54:14
discussion 17:1 26:10
  26:25 32:7 37:1,18
  40:8 45:11 57:10
disposition 50:25 60:8
District 1:1,1 19:13
doctor 9:15,20 10:14
  11:8 13:2 14:4 15:17
  16:18 17:7 19:4,18
  20:16 21:15 27:2
  31:22 32:8 36:11,25
  37:4,19 39:18 40:20
  42:19 43:17 45:12
  46:25 47:21 49:10
  50:6 52:24 53:15
  54:6,12 56:1 60:7,16
  61:9 63:4,19
document 39:12 44:7
  55:6,18
documents 16:18,21
  19:7 49:10,11
doing 3:20 32:20 38:25
  50:5
done 28:25 37:21 42:1
  54:3
door 13:16,17 28:22
  48:2
doors 13:12
Doug 38:20
Douglas 1:21 59:7,12
  60:8
down 11:2 14:13 18:10
  23:8 28:9 30:23 32:4
  35:3 43:23 46:4,5
  47:2 51:19 53:1 55:4
Dr 3:7,14 4:20 9:8,10
  9:10,12 11:21,22
  25:8 26:8 28:17
  32:12,22 38:14 39:7
  40:11 46:13 47:2,6,8
  47:14,15 48:21 49:5
  55:18 59:6 64:3

E

drinks 45:19
drug 22:17
due 12:2 28:25 50:16
duly 3:2
durable 26:13
during 12:3 14:5 21:21
  27:22 61:11
duties 7:25
D-2 38:15,16,18,22
D.C 5:1,3,4 6:24 7:3,8
D.D.S 3:1
D.M.D 19:23

E

E 2:1 9:18
each 7:25
earlier 28:13 49:12
  57:1
easier 18:2 19:17
easiest 25:15
easily 34:23
eat 31:3 46:4
eating 35:2
echo 9:18
educational 4:21,22
effect 36:21 37:25
effects 35:10
either 10:18 13:20
  15:22 27:4 42:10
  58:16 60:25
elect 56:5
elevator 43:23,24,25
eligible 36:13
Ellen 58:9
emergency 10:8,9,17
employee 9:13
employees 13:20
employment 6:6
encounter 62:4
encourage 35:5
end 3:23 5:2,5 6:8
  13:10 23:19 34:7
  40:18
engaged 6:5 46:23
enough 11:7 21:15
  28:15 37:23 45:21
  46:18,20
ensure 44:2
enter 13:10 16:11
entered 15:12 21:23
  52:5
enters 13:9
entire 8:9
entitled 49:13
entrance 13:13,16,17
entries 17:12
entry 19:6,20,21,23
  20:6,17 21:21 25:13
  26:8 31:23 32:10,11
  32:18,22 40:10 43:18

44:2 47:2
equation 64:1
equipped 37:10,11,16
Erie 1:3,3,4,4,5,11,17
Esquire 1:15,18,21
estimate 61:15
estimation 47:18
et 1:3,5
even 24:1 31:12 35:8
  37:13,15 41:14 46:22
  53:11 56:16 61:1
  62:18 63:13
evening 61:3
eventually 43:5 45:14
ever 3:14 41:11,16
  57:11,15 58:4,20
  62:8
every 21:11 22:8 60:24
everybody 12:6
everything 8:14 21:19
  24:10 32:4
exactly 22:4 57:25 58:3
  59:11
exam 32:9
examination 2:4,8 3:4
  10:13 11:2 27:22
  29:13 51:23 53:18
  60:13
examine 52:4,11
examined 18:10 20:25
  27:11 33:9 53:23
  54:2 58:13
excellent 24:17 52:13
except 33:10 44:24
excess 52:23
exhibit 2:11,12,13
  20:12,13 38:15,21
  39:6,10,15 47:1
  49:24 50:1 54:13
  55:5,17,19,20 59:5
EXHIBITS 2:10
existed 17:17
expected 21:16
experience 33:13
experiencing 23:22
  25:1 27:21 29:12
  30:10,10,12 33:5,7
  33:11 42:22 43:11
  52:16 61:7 62:22
explain 33:4
explained 24:20 33:7,8
  42:9
extent 21:17 39:2
extract 32:10 34:1
extracted 17:14 20:21
  43:22
extraction 17:5 18:2,17
  18:21 21:7 35:8,18
  35:19,23 36:21,23
  42:10,19 43:24 44:14

44:18 56:6 57:6,24
  59:23
e-mailed 49:12

F

F 40:18 41:16 55:7
face 13:12
facility 6:15,15 7:7
  11:24 33:20
fact 10:22 12:2,20,24
  24:7,8,18 26:15
  28:17,23 29:1,3 30:6
  30:11 31:7 32:22
  36:3 43:11,15 47:25
  48:4,25 49:5 50:16
  52:13 53:2 56:14
  58:2 61:7
factor 22:24,25 26:17
  63:22
factors 31:6 53:7 63:25
failed 57:1
failure 57:3
fair 12:15 18:25 21:13
  21:15 37:23 47:17
fairly 62:11
fall 34:9
far 13:2 21:4 22:11
  24:5 48:20
faster 53:11
father 7:22
FCI 3:9 6:2,12 7:12,23
  8:1,2 9:21 51:9 53:16
  53:24 59:13 61:11,16
  62:1
February 6:8 9:11
Federal 1:21 5:6,8,23
  5:25 7:11 15:5 36:4
  37:8
feel 22:23 39:24 53:1
felt 10:9 31:2 47:8
  62:17
Ferguson 1:9,24,25
few 53:6 54:12
field 6:14
fight 28:19
figure 40:13
filled 34:5 51:18
filling 24:6,7,8,11,12
  24:13,17 25:23,25
  26:5,6,10,10,11,12
  26:13,15,16,20 27:10
  27:25 28:4,6,8,18,20
  28:24 30:6,12 42:24
  43:10 45:22 47:11,13
  47:23,23 48:13,14,15
  48:23 49:2,9 52:1,12
  52:18,21,23 53:1
fillings 26:1 48:23
  51:20
finally 53:15 56:23,25

fine 4:17 18:4 39:14
  60:17
finished 52:24
first 1:22 3:1 8:18,23
  9:17 14:7 18:6,7
  19:19,19 20:16,24
  21:2,4 34:1 43:25
  49:16,18 51:10 56:7
  56:21 58:1,17 59:12
five 57:3 61:18
fixed 40:15 41:6
flake 52:22,25
flashed 61:18
flip 39:22
flow 46:20
focus 48:25
follow 10:17 35:18
followed 35:24
follqwing 36:6
follows 3:2
follow-up 60:1
food 28:2,9 29:15 31:3
forceps 43:23,24 44:1
forget 62:16
form 47:20 51:18 52:20
  63:4
formation 31:10
former 3:8 25:3,7
forming 31:10,14,17
  44:13 56:13
forms 15:19,21 49:14
  50:6,10,14
fought 30:9
found 12:5 38:14
four 6:7 23:2
fourth 47:2
fracture 34:21,23 35:1
fractured 36:10
frame 56:7
frank 32:21 50:19
frankly 21:16 32:13
  36:14
free 39:24
from 4:21,23 5:11 6:3,7
  6:11,12,12,17,19,23
  7:1,6,10,14 9:24 10:1
  10:4,10 11:22 12:21
  22:3 24:22 25:2 29:1
  31:10 32:11 33:21,23
  34:20 35:2 36:9,18
  37:7 40:22 41:24
  44:14,15 47:22 49:3
  49:6,7 51:10 53:4,16
  53:20 55:6,9,24
  58:23
front 34:12 45:20
full 37:11
further 49:7
fused 35:12

fuzziness 12:1

**G**

Gary 9:10
general 6:9,9 7:16,18
  13:21 14:5 30:17
  32:16 33:17,18 50:21
  53:3
generally 9:24 12:11
  15:25 16:6,8 32:19
  35:20 38:2 45:3 48:9
gentler 48:24
getting 28:9 42:19
  51:21 53:1 63:16
give 14:16 40:6 49:3
  61:14
given 38:3 44:5,6,12,13
giving 26:16
glass 45:20
go 8:5 12:4 14:2,10
  19:5 25:11 38:24
  41:8,11 47:20 48:1
  49:9,11 56:9 61:19
  61:19 62:18 63:4,18
going 3:23 21:11,12
  22:20 27:13 29:7
  30:8,14 32:9 33:10
  35:7 38:20 39:25
  42:6 46:16 63:16,17
gold 45:22
Goldring 1:21 2:6 4:17
  5:19 19:25 20:4,8
  49:12 58:22,24 59:2
  59:4,25
good 4:13 61:22
Gornall 1:16
gotten 28:22 32:10
  63:14
Government 6:20
gradually 15:14
graduate 5:11
graduated 4:23,24
graduation 6:11
Grant 1:19
great 4:18 7:14 18:1
  30:16
greater 26:16,17
Greer 9:10,10
gristle 35:4
gross 48:9
ground 3:19
guards 37:12,13
guess 36:20 37:7 39:25
  40:24 42:1,3 47:25
  48:16 53:12 55:25
guideline 36:12
guidelines 33:21 36:16

**H**

half 5:5 26:12,13

hall 12:6
hamburger 35:4
hand 4:1 31:20
handle 23:5 30:25
handling 14:18 15:8
happen 14:9 16:7,8,9
happened 7:22 61:7
happens 15:1
hard 34:14 35:4 46:5
  53:13 61:17,21
harder 4:8
having 3:2 17:21 22:9
  24:10 25:3,7 35:9
  36:9 53:15 54:16,22
  57:6,12 58:8
hazard 42:1 53:12
header 19:12
healthcare 6:9 14:22
  60:24,25
healthwise 33:15
hear 3:22 4:11,17 5:18
heard 5:14,16
heavy 46:20
held 8:1 17:1 26:25
  32:7 37:1,18 40:8
  45:11 53:22 57:10
help 19:12 22:6
helps 26:15
hemorrhage 44:2
her 4:8 17:19,21 18:9
  58:12 59:9,16
Hill 1:3 3:8,12 17:7,10
  17:13,22 18:8,13
  19:1 20:25 21:3,5
  27:9 32:8 33:2,19,23
  35:25 36:12 37:15
  42:6,22 43:20 44:16
  50:10,25 51:18 52:15
  53:4,15 54:15,19,21
  57:5,11,15 58:5,5,8
  58:20 59:19 60:19
  62:22 63:14
Hill's 18:25 20:21 26:5
  26:7 29:11 30:15
  34:16 36:21 41:7,12
  45:8 46:11 47:24
  60:8
him 15:13 17:11,20,23
  18:10,17 22:19,22
  23:4,7 25:2 27:11,25
  28:4,12 30:11,17,18
  30:22 33:3,6,7,8,19
  36:9,10 42:9,9,13,14
  44:8,9,10,12,13,14
  44:20,20 46:21 47:24
  52:11,16 53:9 57:17
  57:19 59:21
hired 5:23
history 4:21 16:22
  20:11 22:16

hit 45:20
Holdnack 1:25
honest 32:21
honestly 37:5 50:16
honesty 21:10
hopefully 48:13
horse 28:22 48:2
hours 9:4,12,20,22,23
  11:8 12:1,10,25 13:1
  14:6 20:1,18 22:1
house 12:6 57:16,18,19
  57:20,22 58:1
housed 13:8
housing 10:10,19 22:3
  22:9 60:19
Howard 4:23
hundred 57:2
hurt 23:7 30:22
hurting 43:5
hurts 46:1
hybrid 26:12
hygienist 9:1
hygienists 8:17
hypothetical 14:4
hypothetically 10:14

**I**

Ibuprofen 44:11
idea 21:13 52:15 56:8
identification 20:14
  39:16 50:2
identify 59:11
immediate 11:20 16:3
implant 35:21
important 3:19
improve 30:14
Inc 1:25
include 55:17
included 23:19
including 26:14
inconclusive 31:16
incorrectly 40:20
increased 12:5 30:19
independent 17:9 21:6
  21:8
index 22:23
indicate 23:8 29:4
  32:24
indicated 10:5 11:8
  16:6,13 24:21 25:2
  26:8,20 29:21 30:7
  30:13 47:6 48:5
indicates 50:25 51:20
indicating 11:12 48:10
indication 31:24 56:13
indistinct 51:16
Industries 1:21
infect 28:15
infected 25:6 28:23

46:14
infection 25:1 28:20
  29:1,2 30:9 44:12,15
inflamed 25:6
inflammation 25:1
informed 58:11
ingredients 26:23
initial 36:20 40:24
inject 22:19
injected 43:20
inmate 8:11,19 15:9,10
  18:8 38:8 49:13
  53:19 58:8 62:5
inmates 12:4,8 15:8
  53:8,8
instance 11:14 30:16
  45:19 53:25
Institute 6:1
institution 6:15 12:5
  15:9 33:20,21,24
  54:1 57:19
institutions 51:14
instructed 58:12
instructions 44:5,6
insult 49:4,6,7
intact 24:11,11
interest 50:3
interim 56:17,19
intrabureau 53:16
involved 4:22 45:7 56:8
involvement 15:18,21
irreversible 24:22
  27:16,20 29:10,24
  30:5 33:2,16,23 42:9
  42:21 43:13 45:13,14
  46:8 57:6
isolate 12:20
issue 63:11
item 21:11
IV 38:11,11 39:9

**J**

J 1:5 19:23
jacket 14:15,15
Janis 1:9,24 50:4
January 5:9,24 6:3 7:6
  20:7 47:16,18 48:17
jaw 45:7
job 7:25
JOHN 1:5
July 57:23
June 9:2 57:23
just 4:1 5:10,19 8:13
  14:4 15:17,20 16:14
  16:23 20:24 21:16
  22:10 27:5,8 29:8
  33:17,21 36:24 40:6
  45:5,12 46:18 50:4
  50:10 51:13,13 53:22
  58:22 60:16 61:17

**K**

keep 4:10 46:18
kind 28:21,21 31:3
  45:24 53:13 61:20
  63:6
kinder 48:23
knew 17:22
know 3:18 4:7 15:20
  16:2 19:11 27:5 32:9
  36:3 37:12,14,19
  39:5,12 41:20 42:4,5
  59:9
knowledge 17:16 19:1
  21:17
known 22:17
Knox 1:16

**L**

L 1:9,24 3:1,1,1,1
laboratories 37:8
laid 15:17
LAMANNA 1:5
language 40:2
large 24:17 45:22 48:9
last 4:22 8:4 9:17 37:16
  40:24 59:16,17
late 9:7 48:3
later 9:7 14:25 18:12
  36:9 48:7,13 49:8
latter 58:17
lawsuit 3:11,12,13
lawsuits 3:9
lawyers 19:11
laymen's 25:22
leading 62:25
least 10:21 19:19 55:13
leaving 53:8
led 11:13 30:1,4 52:16
left 9:8 37:15 61:18
left-hand 20:17
length 42:23
less 62:6
let 4:10 16:23 25:10
  27:5 31:22 38:19
  40:12 42:3 56:4 57:9
  61:23 63:3,3,8
let's 7:1 10:15 39:8,8
level 4:13
Lidocaine 43:20
like 4:20 15:11 18:19
  19:4 20:9,10 25:3,10
  26:14 29:15 34:13
  40:11 47:25 49:11
likes 46:4
line 23:17 47:2 48:8
  51:19,19
liquids 28:3,9 30:20
list 10:4 15:6,12,13,14
  15:22,23 16:1,1,1,11

38:3 51:3,7 53:4,5,7
53:9,10,11
little 11:9,25 20:23
25:4 29:5,7 48:16
52:22 61:22
live 60:18
located 5:24
location 53:10 62:5
logic 34:19
logical 36:14
Lompoc 19:23 20:6
32:12 53:16 54:4
64:3
long 6:2 30:7,13 39:1
45:21 53:3 56:8
longer 43:8
look 13:24 23:3 45:3
55:21
looked 36:15 51:25
looking 19:7 20:16
47:1 49:16,17,18,19
49:20 50:9 59:15
loosened 43:25
lose 28:8 35:7
lot 26:13 44:24
loud 4:15
L-I-D-O-C-A-I-N-E
43:21

**M**

M 3:1
made 5:6 11:12 17:12
26:11 27:15 33:1
41:21 44:20 45:5
54:23 61:5
main 54:2
maintain 6:21 26:16
maintained 8:3
maintaining 7:3
maintenance 8:9
make 4:5 6:16 18:18
19:17 21:17 28:11
29:8 37:16,21 41:16
41:22 48:19 51:13
61:3
makes 22:8 45:14 61:2
making 39:6 55:5
mandates 15:6
manifesting 29:2
manufacture 36:5
manufactured 42:16
many 12:20 21:10
24:23 61:15
March 9:11
margin 28:2
mark 20:10 38:21 39:8
49:24 50:4
marked 20:14 39:16
50:2
material 26:7 34:5

matter 31:12 37:15
53:25
maximum 9:13
may 5:10 6:8 8:21 14:2
22:5,6 24:3 35:8
40:21 41:6 55:9,23
62:17
maybe 3:19 11:25,25
12:12 18:7 42:2
45:21 46:21 53:13
McKean 3:9 6:1,2,12
7:12,23 8:1,2 9:21
17:4 51:9 53:16,25
59:13 61:11,16 62:1
McLaughlin 1:16
McNintch 17:17,24
18:21 58:9
mean 7:16 14:8 25:18
25:20 26:21 41:3
47:13
means 11:17 23:18
24:23 25:4 26:22
32:1 43:24 44:3
47:10 48:9 49:6 51:7
meant 47:6
meatloaf 35:4
medical 10:19,21,25
11:1,3,5 12:17,20,21
12:22,22,24,25 13:4
13:6,9,10,18,20,23
14:3,11,13,14,20,22
16:14,15 17:3,10
19:8 21:13 22:15
32:23 40:23 41:17,23
47:1,5 55:10,24 61:4
medicated 26:10,21
27:10
memory 36:1
mention 29:6 31:15
46:13 58:7
mentioned 18:6
met 17:13 21:3,4
metal 45:22
Michael 1:3,18 3:8
17:7,9 18:8 58:8
middle 10:15
midnight 10:22,24 11:3
mid-level 22:6 60:25
might 10:6,6 16:3,4
19:17 22:1 23:20
24:4 44:17 52:16,21
52:22,23,25,25 53:1
56:8,25
Mike 38:20 50:4
mind 8:7 9:16 54:17
55:16
minute 40:6
minutes 61:18
mirror 23:5 30:25
misheard 5:10

Miss 17:17
missing 45:4,6,9
misspoken 5:19
moment 33:18
months 6:7 46:22 53:14
more 3:19 23:7 30:18
34:22,23 35:8 38:13
45:12 49:10 61:25
morning 9:24 12:11
49:12 60:23 61:3
Motrin 44:11,13
mouth 12:23 23:4,5
26:18 31:1 32:5
34:10,12,24 45:21,25
move 37:7 50:4 53:11
moving 39:5
much 31:20 57:8
multi-page 39:12
munching 35:3
must 29:18 35:6 40:22
55:23
myself 8:10,19 26:14

**N**

N 2:1 3:1
name 3:7 9:8,9,17,17
14:14 15:12,14 18:8
named 3:11 58:8
nature 26:7 29:11,25
32:6
Neal 1:15 3:7 4:17
19:14 38:13,17 55:16
near 12:11
necessary 39:2 46:18
need 27:3
needs 5:21 55:9
nerve 23:25 24:24 25:5
28:1 29:19 46:14
never 4:15 17:13 41:21
42:1,1 61:11
next 11:10,23 22:22
23:3,10,17 51:1
night 10:15 37:12
nine 50:17
nondental 16:15
none 37:9,14
nonrestorable 47:19
nontrained 52:17
normal 19:12 22:16,17
34:23 56:9
normally 38:5
Notary 1:9
notation 36:2 54:13
note 21:18 25:12 31:23
44:22 54:17,18,23,24
noted 39:19
notes 17:12 42:8
nothing 17:22 24:10
27:23 28:24
notice 47:2

notwithstanding 33:18
62:15,16
November 6:3,5 7:10
8:4,5 17:15 18:3 19:6
19:20 20:20 21:7,22
37:16 43:18 47:18,25
51:24 57:12,16 58:5
58:19 59:22 61:8
number 25:3 61:22
numeral 38:11
nurse 22:7 61:1
NW 1:22

**O**

O 3:1 22:15
object 47:20 52:20 63:3
63:3
objection 39:1 63:18
observation 22:14 32:4
observations 27:22
55:4
observe 23:24 52:4
observed 13:25 24:15
27:23 32:5
obtained 40:22 55:9,23
obviously 17:6 36:11
44:22
occasion 20:24 24:3
52:24
occasional 52:22
occasions 17:22 18:20
occlusal 46:3,6
occupied 34:5
occur 34:9 35:1 41:9
42:11
occurred 17:25 18:21
18:22 21:21 25:2
28:6 36:22,23 46:2,7
49:1
off 13:12 17:1 19:9
26:25 30:9 32:7 37:1
37:18 40:8 45:11
52:25 53:10 57:10
60:17
Office 1:19
officer 8:3 10:10,19
11:20 22:5 41:2
offices 1:11 13:4,5
often 35:10 53:9
oh 5:21 10:1 12:19
40:15 41:25 62:10
okay 3:16 4:9,11,18,23
5:10,14 6:11,18,23
8:8 11:8 13:2,15,19
14:24 16:21 17:6
18:18,24 19:4,5,17
20:4 24:19 26:4,20
27:7,8,13,19 29:21
30:3 31:22 32:15
33:1,16 34:18 35:22

37:2 38:16 39:8,23
40:11 41:2,5,11,14
42:5,6 43:17 44:22
46:25 49:10,16 50:20
50:24 51:12 52:9,15
54:7 56:4 61:14
62:11,14 63:24
Olsten 11:21,22
once 33:1 34:4 46:23
one 3:20,25 10:22
13:10,13 18:21 19:25
20:1 22:6 26:24 27:2
35:10 36:11,24 37:25
39:11 40:6 42:20
46:18 49:10,16,17,18
49:19 58:7,22,23
60:1 62:16 63:9,25
63:25
ones 36:16,17,18 49:20
only 4:4,6 8:18 17:16
24:5,8,8,15 28:11
51:25 58:7
onto 15:13 16:11
open 23:4 24:13 28:2
57:16,18,19,20,22
58:1
opening 30:25
opens 45:25
operated 12:16
operations 11:23
opinion 42:12
option 34:1,2
options 33:17,22,25
35:16,23,24
orally 44:6
order 11:25 35:6 42:17
43:21
orderly 15:8
Ordinarily 45:16
original 48:1
other 3:8 6:6 8:19
14:20 17:2,16,20
24:9 27:5 28:1 30:11
30:19 31:20 37:20
39:2 41:12 42:20
45:4,6,9 46:3 53:25
63:6
otherwise 35:7
out 13:24 15:17 17:23
24:6,7 28:22 33:13
34:2 38:21 39:11
40:14 44:25 48:2
51:9,18 57:1
over 3:25 14:15 19:5
20:23 22:3,5 49:11
overall 13:4 33:14
own 16:23

**P**

P 43:19 48:8

**PA** 1:17,20
**page** 2:11,12,13 19:19
19:20,22 20:5,6,16
38:9,11,18,21 39:4,9
39:11,20 40:2,4,5,12
40:19 55:6,17,19,20
59:4
**pages** 49:13
**pain** 22:23,23 23:1,1,2
27:21 29:2,11,12,16
29:17,25,25 30:3,10
30:12,19 31:9 33:6,7
33:10,14 42:22 44:14
44:15 49:8 54:16
56:12 57:12 58:6
59:17 62:22,24 63:14
**palpate** 23:10 31:12
**palpated** 31:8 43:16
**palpation** 24:10,16
43:12
**Paragraph** 41:15 55:7
55:21
**Park** 1:11
**part** 5:22 12:19,24 18:7
51:15,16 52:23 58:17
58:17
**partial** 35:20 37:11
44:17,20 45:1,5
**partially** 26:11
**particular** 9:8 10:12
43:9 45:6
**particularly** 34:7
**partnership** 7:20,21
**parts** 39:3
**part-time** 6:21 7:3 9:3
**pass** 16:10
**pathways** 56:9
**patient** 10:7,9,13,24
11:1,4,7 13:9 14:2,17
15:7 16:4 17:6 21:23
24:20 27:21 29:2
30:6 32:18 33:4,17
33:22 34:14 35:17
43:7 45:4 47:10
51:11,16 52:25 58:12
**patients** 9:25 10:2,4
13:24 14:1,19 15:13
16:12,12 21:10 31:18
35:5 38:3 53:19
61:15,25
**patient's** 16:22 17:3
26:17 56:11
**pause** 3:23
**PAX** 23:17
**PC** 1:16
**peanuts** 35:3
**penicillin** 44:11,12
46:21
**Pennsylvania** 1:1,10,11
6:1

**people** 12:7,20 13:13
24:23 31:17 53:8
**per** 61:16
**percent** 46:15 56:15
57:3,3
**percuss** 31:13
**percussed** 31:7
**percussion** 23:6,8
24:16
**perform** 34:2 36:7
62:25
**performed** 6:14 18:16
33:9 34:21 35:9,19
36:3 42:18 56:18
**performing** 35:10
**perhaps** 16:2,3 25:21
28:18,19 30:23 42:2
47:9
**periapical** 23:18
**period** 6:7 16:15 17:3
30:7 43:6 54:3 60:20
62:23 63:12,15
**permanent** 26:1,4
47:13 48:15 49:9
**person** 8:18 10:12,20
10:21,25 11:4 45:19
45:25 46:4,7 58:7
**personally** 20:25
**person's** 15:23
**perspective** 33:22
**pertain** 8:14
**pharmacy** 13:14
**phases** 12:9
**phrase** 11:17
**physical** 13:2 30:4
42:22 51:23
**physically** 14:7
**physician** 11:6 22:7
61:1,2
**PI** 22:24
**pick** 17:23
**picture** 46:11
**piece** 35:2,3 46:5
**PIOG** 44:5
**Pittsburgh** 1:20
**place** 21:12,14 26:16
27:25 28:6,17 30:6
30:12 31:6 36:14
47:13 48:13,15,23
49:3,9 58:15 62:9
**placed** 26:1 33:19
47:11,23,23 61:11
**Plaintiff** 1:3 3:12
**Plaintiffs** 1:15
**plan** 59:14
**please** 5:22 59:16
**plus** 23:8
**point** 10:15,22 17:4
22:13 28:14 37:8
43:5 62:21

**pointed** 21:25 22:13
**policy** 60:10
**poor** 46:17
**population** 12:5 38:8
**portion** 13:3 26:15
39:24 51:18 54:18
55:21
**position** 5:3,7 7:24,25
8:1,2,3
**possibility** 56:13
**possible** 25:20 42:12
44:17 48:22
**possibly** 22:4,7 24:1,2
25:17 28:7 43:14
47:9 49:3 53:13
62:20
**post** 56:20,22
**posterior** 34:8,16
**postoperative** 44:5
**practice** 5:1 6:17,20,21
6:24 7:4,14,15 32:17
32:19 50:21 62:2,4,7
62:8,12
**practitioner** 6:10 7:19
22:8 61:1
**preparation** 56:19
**prepared** 56:23
**prescribe** 22:20
**prescribed** 46:21
**prescription** 44:10
**present** 24:17 28:5,24
31:20 43:10,11 63:14
**presentation** 30:4
**presented** 9:25 29:21
48:4
**presently** 55:19
**press** 23:10 34:14
**pressed** 23:13 43:16
**presumably** 51:18
**previous** 37:20
**previously** 63:1
**primarily** 9:5 22:18
23:12
**print** 37:6
**prior** 32:11,18 53:24
57:11,16 58:4
**prison** 1:21 13:21
57:21,23 62:5,6
**prisoner** 10:14 14:6,24
**prisoners** 3:8,9
**Prisons** 5:7,8,23 7:11
15:5 36:4 37:9 42:14
**private** 5:1 6:17,21,23
7:3,14 62:1,3,7,8,12
**probably** 19:12 43:6
**problem** 4:9 10:15 11:4
11:7 14:6,13,20
17:19 18:9 21:9 22:9
23:21 24:10 25:5
26:18 27:2,6 28:1,9

28:12 29:13,18 33:5
33:6,11,14 38:25
39:6 43:8 45:17 49:8
58:9 62:24 63:17,20
**problems** 12:21,21,22
12:22,22 16:14,14,15
46:3,3 54:22 59:18
63:1
**procedure** 10:16 14:5
14:18 15:17 28:20
34:3,7,11 41:7,11
42:20 43:19 48:8
56:1,17,20 62:18
**proceeded** 10:2 11:22
48:12
**produce** 37:9,10,11,11
37:12,13
**produced** 36:17
**program** 4:22 36:15
37:24 38:7 39:3,21
40:10 55:5,22
**progressed** 28:14 48:11
48:20
**prophy** 51:3
**prophylactic** 51:5,6
**proposed** 38:2
**prosthetic** 41:6
**prosthetics** 40:15
**protect** 35:6 42:17
**protects** 34:20
**protocol** 53:17
**provide** 10:12 36:4
42:15 46:19
**provided** 41:15 53:20
59:15
**provider** 14:22 60:24
60:25
**providers** 22:7
**providing** 8:12
**provisions** 40:5
**provocation** 35:2
**proximity** 48:25
**PS-6000.05** 39:10
**Public** 1:10
**pull** 14:14,14
**pulled** 14:21
**pulp** 23:25 24:1,4,23
25:5,18,21 26:23
28:1,15,23 29:1,18
34:3,4,24 46:16,18
46:23 48:24 49:2,3,6
**pulpitis** 24:22 27:16,20
29:10,25 30:5 33:2
33:16,23 42:9,21
43:1,2,3,13,14 45:13
45:13,14 46:1,8 57:6
**purely** 33:21
**purposes** 3:10 39:4
**purview** 8:15 12:16
**put** 4:1 15:12,22,23,25

16:1,4 23:7 28:6 32:4
36:8 43:23 46:20
47:13 48:12,23 49:2
49:9 55:3
**puts** 19:13
**putting** 63:21

**Q**

**question** 4:3 11:10
30:17,17,22 36:20
37:2 39:25,25 40:24
42:20 55:25 56:4
58:22,23 60:1 61:17
63:7
**questionable** 29:5,22
**questioned** 54:14
**questioning** 39:7 50:5
57:1
**questions** 3:24 14:1
25:11,16 36:11 37:20
40:12 45:12 54:5,12
57:9 60:16,18 61:10
62:15 64:5
**quiet** 4:15
**quite** 21:15 24:4 32:13
34:23 36:13 37:22
43:14 50:19 57:18
58:18
**quotations** 21:24
**quote** 51:20,21 54:18

**R**

**R** 1:15
**rate** 57:4
**rated** 23:2
**rather** 15:6 27:9
**reached** 24:24 63:20
**reaction** 22:21
**read** 16:1,9 39:2,13
40:15,19,19,20,24
50:22 51:1 55:6,7
59:16
**reading** 40:13 50:19
55:11
**reads** 55:22
**realize** 20:23
**really** 4:25 8:10 29:25
31:6 32:14,14 33:9
33:25 40:9 41:25
42:5,11 45:16 46:19
46:24 48:19 53:13
57:18 62:3 63:16
**reask** 4:3
**reason** 3:25 11:10 24:2
27:5 33:5
**reasonable** 43:6
**reasons** 62:16 63:9
**recall** 9:3 18:11 21:4
30:21 32:14 44:23
50:14,16,19 54:25

57:20 58:7,14
receive 11:5
receives 51:16
recollect 29:5 44:19
recollection 17:9,25
18:1 21:6,9 32:16
42:7,8
recommendation 34:13
record 5:11 13:23 14:3
14:11,13,14,14,21
17:1 19:18,24 20:11
21:13 22:15,24 26:25
31:23 32:7,23,23
37:1,18 40:8,20 45:8
45:11 47:1,5 57:10
records 17:2,3,10,11
17:12 19:2,5,8 45:3
recover 46:16 49:3,6
Recross-examination
2:7 60:4
Redirect 2:8 60:13
redundant 54:1
refer 15:19 21:13 24:23
55:18
reference 38:9,14 39:3
51:19 52:3,3 54:13
55:5
referenced 48:6
referencing 38:12
referred 15:20 40:5
50:7
referring 17:7 59:4
refers 41:3
regard 60:2
regarding 19:1
regional 55:25 62:19
regular 38:3 62:11
related 6:6
relates 55:14
relation 49:1
relationship 13:6
remain 44:1 52:23
remaining 26:17
remember 17:11 18:5
21:11 22:4 30:16
32:13,20 44:24,25
55:1,10
removed 34:4 36:10
44:1 48:9,10
removing 49:7
repetitive 54:2
rephrase 63:8
replace 26:19 44:20
45:2,5
replaced 35:20
report 58:20
Reported 1:24
reporter 4:6 20:10
49:24
Reporting 1:25

represent 3:8
represented 21:18
22:15
represents 22:25
request 4:4 15:10
41:16,21,23 49:14
50:25 51:17
requested 50:10
requesting 15:10
require 16:3 44:4
required 15:7 62:24
resides 35:13
resolved 62:24
respect 45:13
respond 3:24
response 31:24 41:24
59:15,16,21 60:8
61:10
responses 63:9
responsibilities 8:6
11:14
responsible 8:8,10,12
rest 13:17
restate 29:7 63:7
restorable 47:4,7,10,17
48:18 49:5
restoration 23:24
25:17,22
restraints 62:4
restrictions 33:19
result 25:7 33:19 46:2
46:7 53:18 58:10
retire 6:4
retired 6:19 8:4,25
retirement 6:12
return 36:9
reveal 31:19
reverse 24:25
reversible 43:1,2,3,14
45:13 46:1
review 16:18,21 17:10
22:16 32:11,17 39:24
45:8
reviewed 16:22 17:2
50:14
reviewing 15:18,21
47:5
right 4:11,16 15:2
20:16 22:13 29:23,23
33:1 38:22 41:9
42:13 43:19 47:15
51:6 53:12 59:18,19
61:10,24 63:2,17
right-hand 19:14
Roman 38:11
roof 31:8
room 4:8 13:11,19,21
13:24 14:8,10
root 23:14 29:4,22 34:2
34:21 35:9,10,11,23

36:3,6,7 42:10,11,17
43:12,16 56:18,21
57:2 62:25
Rose 19:23 26:8 28:17
32:12 46:13 47:6,8
47:14 48:21 49:5
64:3
Rose's 32:22 47:2,15
rough 61:14
rounds 22:8 61:3,3
round-through 3:20
routine 8:13,13 10:4
14:24 15:2,15 16:12
38:1 50:7,10 51:10
51:11,15 53:4
RPR 1:24
rules 3:19
running 8:12
R-B 9:18

S

S 3:1
safely 46:15
saliva 28:3
same 4:8,14 12:6,12,16
12:17,25 13:8 14:20
16:15 19:7,11,23
28:21 39:21 49:20
63:18,18
save 48:21
saved 47:9
saw 18:11 30:11 37:15
47:24 61:15,25 62:6
saying 48:17
says 20:1 23:6 36:12
48:5
scale 22:25
school 4:24 6:12
screened 53:21,23
seals 34:6
second 9:9 13:16 19:22
20:6 26:8,24 34:2
36:24 48:8 49:17,19
52:3
secondary 25:4,6
Section 40:18
secured 5:3 8:22 9:1,9
sedative 26:23
see 4:2 15:25 19:12
23:11,17,20 34:13
45:3 50:24 51:17
57:15,17,19 59:21
62:22
seeing 32:18
seems 36:14
seen 10:3 15:13,19
17:13 53:4,17,22
64:3
seepage 28:9 29:14
segregated 22:3,8

send 17:20 18:10
Sennett 1:16
sensation 43:15
sense 45:15
sensitive 23:15 24:9,16
24:16 31:5,5,7,25,25
32:1 45:24 54:16,21
55:1,2
sensitivity 23:9,12
31:11 43:11,15
sentence 40:25 59:16
59:17
separate 17:11 51:9
September 18:7 38:10
39:9 58:17
series 3:9
serves 36:1
sessions 57:20,22
set 9:20 13:1 15:3
49:10
setup 10:8
several 3:8
severe 11:7 23:1
shape 24:18
shell 46:5
shock 45:23 46:2
short 51:5,6
shortly 27:15
show 15:3
showed 22:16 23:8
showing 31:17
shown 14:21 15:15
sic 44:14
sick 8:12 9:25 10:3
12:10,25 13:1 14:5
14:18 16:13 17:20
18:10,12,14 22:2
52:7 57:15,17 58:12
58:20 59:18,19 60:20
60:23
side 4:7 20:17 35:10
sign 25:4
signal 4:2
Signature 64:6
signed 59:6
significant 16:3
signs 23:21
silver 26:12 45:22
similarly 31:21
simply 4:20 12:22
23:18 24:23 36:8
40:19 47:10 49:5
51:7,10 61:14
simulates 30:25
since 6:5 28:6 30:24
41:25 64:3
sincerity 13:19
single 21:11 38:21
sir 60:19
situation 33:4

six 9:4 46:21,22
size 43:10
slightest 35:1
slightly 9:22 12:2
slowly 4:6
socket 35:12,13
soda 43:5 45:20
solely 29:24
solo 7:19
some 3:24 8:6 14:20
15:8 29:22 35:3,4
43:5 53:8 62:14
someone 7:20 52:17
something 18:6 46:9
56:25
sometime 47:17
sometimes 12:3 34:10
52:21,22
sorry 5:21 14:1 38:2
49:18
sort 12:8,16 13:4 26:12
28:21 30:25 31:16
35:12 54:1
sounds 18:19 39:14
South 1:11
space 13:2
spatially 13:6
speak 4:6,11 14:3
speaking 18:13
special 60:19
specialized 7:16 34:5
specific 18:1 32:16
specifically 7:12 29:12
30:16,18 38:13 54:17
spell 9:15 35:14
spelled 9:18
spoken 17:21 22:5,6
44:9
sports 37:13
staff 8:17 10:21,25
11:4 15:10 49:14
61:2
stage 24:24
staggered 12:8,8
stamp 19:10,15
standard 14:18 57:7
standing 37:6
stands 44:5
start 3:25 4:20
started 8:18 57:18
starts 19:20
stasis 44:3,3
state 7:2,7 8:5 14:12
22:1 27:3 40:9 43:4,6
43:9 56:11 63:21
stated 21:24 23:1,7,14
24:1
statement 38:7 39:3,21
44:8 55:6,8,13,22
statements 37:25 40:10

54:24
states 1:1,11,19 48:7
  59:17
stating 15:11
stationed 5:24,25
step 11:23 23:10 51:10
Sterba 9:8,12,15
still 9:14 11:5 34:13,24
  35:7
stop 4:3 25:10 26:24
  43:5
Street 1:16,19,22
strong 56:13
structures 28:10
subject 34:22 36:8 53:7
subjective 54:18,18
submits 15:10
subsequently 5:7
successful 57:3
suffer 46:8
suffered 28:13
suffering 24:22 29:1
  33:24 56:12
sufficient 28:19
sufficiently 46:19
suggested 31:9
Suite 1:11,19
supervisor 10:11 11:20
super-cold 45:19
supply 46:17
support 8:17
sure 6:16 18:18 21:17
  29:8 37:21 51:13
Surely 25:14
sutures 44:4,5
swelling 23:11
sworn 3:2
system 62:5
S-T 9:18

_____

T

take 14:13 21:20 23:16
  24:6,7 33:12 34:1
  38:20 56:8
taken 1:9 23:19 24:3
  33:10 41:22 46:13
  53:3,10 63:11,12
taking 21:12,14 43:17
talking 3:25 4:3
tall 9:18
tap 31:13
tapped 23:5,7 30:24
  31:8
tea 28:3
technician 14:13
technicians 13:23 14:3
  14:12
techniques 31:19
teeth 15:11 26:2 31:1
  34:7,8,8,11,11,21

37:9,10,17 38:4 45:4
  45:9,21 51:8,23
tell 11:1 27:19 29:23
  33:3 35:5 40:20
  54:21 57:12 58:4
  63:11
temperature 45:24
Temple 4:24 5:11
temporarily 53:22
temporary 26:1,4,6,10
  26:11 27:10 28:18
  47:23 48:12,14,22,23
  49:2 51:19 52:1,12
  52:18,21
tend 12:20 34:22 44:19
  44:25
tends 35:12
terms 25:23
testified 3:2 63:1
testimony 2:3 48:2
  51:22 61:9
thank 27:1,7 54:6,7
their 14:14,21 33:4,5
  38:4 45:20,21,25
themselves 31:19
therapy 34:21 35:9,11
  36:6,7 57:2
thermal 46:2
thermally 45:23
thing 4:4 14:20 23:3
  24:8,15 27:2 28:11
  54:2 62:11
things 29:14,16 30:19
  30:20 31:5 32:2,5
  38:1 40:14
think 5:19 18:19 22:4
  25:15 26:9 30:24
  46:15 61:15,21,25
  63:5
thinking 28:21
third 13:17 51:19,19
though 59:18
thought 5:14,16
three 13:12 17:21
  18:11 43:7
through 4:21 10:8
  21:21 27:13 32:9
  35:20,20,21 36:15
  40:13 41:8,11 43:17
  55:24 56:9 62:18,20
  64:6
time 5:5,6 6:4 8:8,10,11
  8:22 9:3,23 10:7,12
  10:16,19 11:21,24
  12:3,3,6 13:25,25
  15:12,15,22,24 16:9
  16:11,13,15 17:3
  18:9,15 21:4,12 22:1
  22:2,11 24:6 25:9
  26:18 27:3 28:19,25

30:7,10 35:5 36:21
  36:23 37:14,24,25
  41:20,22 42:23 43:6
  43:22 45:18 46:16
  47:8,22,24 50:4 52:5
  52:11 54:3 56:2,7,7
  57:18 58:19 59:21
  60:20 61:5,11 62:5
  62:21,23 63:13,15
times 11:6 12:11 26:22
  30:18,19
timing 63:10
tissue 23:12
today 3:13
together 31:1
told 17:19 18:9 42:6,8
  42:14 54:19
tools 27:14
tooth 17:5,14 18:9
  20:21 21:7,25,25
  23:3,6,11,13,14,17
  23:19,19,20,22,24,25
  24:9,11,11,12,13,16
  24:21,24 25:4,5,18
  25:21,22 26:5,7,24
  27:10,21,24 28:1,4,5
  28:7,10,15,18,25
  29:4,13,14,19 30:4,8
  30:13,15,24 31:12,13
  31:24 32:11 33:9,13
  34:1,2,3,4,9,15,16,16
  34:19,20,20,23,24
  35:6,7,8,11,11,19
  36:5,8,9,21,23 42:17
  42:23 43:3,4,22,24
  44:21,25 45:2,6,6,17
  45:21,23,23 46:8,16
  46:17 47:9,11,16,19
  47:22,24 48:4,11,14
  48:18,22,24 51:25
  52:4,5,11,13 54:19
  54:21,25 56:14,16,19
  56:20 57:6,13 58:6
  61:12 62:9,25
top 15:14 19:10
trained 52:17
transfer 53:17,18
transferred 53:9,20
transpires 15:9
trauma 46:6,6
treat 10:2,4 11:7
treated 36:5 56:21
treating 21:10 32:18
  56:2
treatment 14:17 15:6,7
  15:16 20:11 24:25
  38:1,4 39:19,20 40:3
  40:4,21 43:8 55:7,8
  55:23 56:5,6 57:7
  58:4

treatments 41:15,18
triggering 28:7
try 3:25 4:3 10:17 41:8
  62:20
trying 40:13
Tuesday 1:10
turn 46:25
twice 40:1,10
two 16:24 18:19,20
  25:3 33:25 35:16,22
  43:7 49:13
two-page 19:18 20:11
type 7:15,20 32:17
  33:23 34:5
types 30:20

_____

U

umbrella 12:17
Um-hum 52:2
unclear 63:6
under 3:13 8:15 12:16
  22:14,22 24:20 27:22
  32:4 33:20 43:19
  48:6,7 50:25 55:4,21
undergraduate 4:21
understand 9:6 12:13
  14:5 25:12 29:8
  51:22 61:9
understandable 50:20
understanding 21:20
  29:7 32:15 35:22
  39:11 40:2 41:21
  42:21,24 47:4,5 63:8
understood 6:16 44:8
  56:1
UNICOR 1:21
unique 26:7
unit 10:10,19 22:3,9
  60:20
United 1:1,11,19
Unity 6:9
University 4:23
unlike 9:12
until 3:24 6:12,19,21
  7:1,6,10 8:4,20,25
  10:21 17:14 26:18
upward 11:22
use 14:12 18:2 26:14
  41:17 56:5
used 26:8 50:7
USP 19:23 20:6 32:12
  53:16 54:3 64:3
usual 22:2
usually 10:18,20 11:19
  30:21 31:4,9 33:4,6
  34:7 35:19 38:7
  42:15 47:12 53:19
utilizing 27:14

_____

V

v 1:4
variance 12:12
varied 11:9 12:2
various 27:13,14
verbally 44:6
version 39:10
versus 56:6
very 24:17 26:13 28:24
  31:20 35:2,9 45:18
  45:24 46:12,17,17
  48:5,11 57:8 61:14
via 3:20
viable 46:19
video 1:9 3:20,21
view 37:8
visit 21:7,14,18,22 52:7
  57:15,17
voice 4:10

_____

W

W 1:3 3:1
wait 3:24 36:24 62:23
  63:15,21
waiting 13:11,11,19,21
  13:23,24 14:8,10,16
waived 64:6
want 3:25 8:5 14:25
  19:7 22:19 24:7 29:8
  37:21 54:12 55:18
wanted 5:16 11:10
  21:16 22:10
warden 11:14,23,24
  55:25 62:20,20
warranted 40:21 41:7
  55:9,23
Washington 1:22 5:1
  6:24 7:3,8
wasn't 21:18 29:24
  56:5 63:16,16
water 45:20
way 13:1 24:3,5 31:23
  61:17
Wayne 9:17
wear 26:16
wearing 53:1
week 9:4,12
weeks 18:12 46:22
well 11:19 18:4,9,14
  20:5 22:17 23:20
  25:20 26:11 27:9
  31:22 37:7 38:2
  40:11,12 43:3,23
  44:7 45:1 48:16
  52:13 54:1 56:7
  61:23 62:16 63:20
well-placed 28:24
went 4:25 20:23
were 4:22 5:24 6:23 7:2
  7:7,11,14,19,19 9:23
  10:2,16 11:13 12:4

12:11,25 14:12,24
23:11,21 27:8 29:16
32:4 36:18,18,21
37:25 41:2 42:17
53:4,9,21,21 54:13
54:15 56:2 61:14,16
62:1,8,12
**West** 1:16
**WESTERN** 1:1
**we'll** 55:19
**we're** 3:13,20 4:15 19:7
20:24 30:8 37:5 64:6
**while** 7:14 9:20 61:10
61:16 62:8,12
**whim** 9:23
**whole** 12:17 34:6 44:24
**WILLIAM** 1:9 2:3
**willing** 39:1
**window** 13:22 14:2,11
**wintertime** 45:25
**wished** 14:6
**Witness** 39:23 54:7
**word** 5:20 47:3,4,6
51:1,2
**words** 28:2 30:11 63:6
**work** 6:2,13,13 7:23
8:20 9:12,13 15:4
28:20 59:13
**worked** 5:4 6:3,9 9:4,5
**working** 7:2,7,11 8:16
8:19 9:14,20 13:13
**works** 3:18
**worse** 51:21 53:2
**worsen** 33:10,11,14
63:23
**worsening** 56:12 64:3
**wouldn't** 55:16
**write** 47:12
**written** 44:7,10 47:14
**wrong** 24:8 63:12
**wrote** 47:8 49:5

_____
**X**

**X** 2:1
**x-ray** 23:16,18,18,21
23:23 24:3 29:3,21
31:16,16,19 33:10
46:12,13

_____
**Y**

**year** 6:8 8:4 37:16
61:16
**years** 5:2,2,5 9:1

_____
**Z**

**zero** 22:25 23:1

_____
**0**

**02** 18:3 60:9
**03-323** 1:3

**03-355** 1:4
**03-368** 1:4
**04-011** 1:5
**05-160** 1:3
**06** 19:15
**08:50** 20:7

_____
**1**

**1** 2:11 20:12,13,17 47:1
54:13
**10** 5:2,2 22:25 23:1
50:17
**10th** 1:16
**10:00** 1:10
**100** 46:15
**11** 53:13
**11/27** 19:25 54:13
**11/27/2002** 20:18
**11:58** 64:8
**12** 53:13
**12/3/2001** 49:19
**12/31/01** 49:17
**12:00** 10:22,24 11:3
**120** 1:16
**13** 5:5 21:25 22:14
23:14 24:21 27:10
34:17 47:3 48:8 52:1
52:7 57:13
**14:00** 20:1,18 22:1
**15** 38:10 39:9,20 40:4
55:17,20
**15219** 1:20
**16501** 1:12,17
**17** 1:11
**17th** 5:9,24 6:3 7:6
**184** 51:1 53:5
**1969** 4:23
**1971** 4:24
**1976** 5:12,22 6:17,23
7:15
**1985** 6:17,19,23 7:1,15
**1991** 6:22 7:1,6
**1996** 4:25,25 36:18
38:10 39:9
**1999** 5:8,9,24 6:3 7:6
7:10 8:18

_____
**2**

**2** 2:12 39:10,15,18 55:5
55:17,20 59:4
**20** 2:11
**2000** 8:21
**2001** 9:2 20:7 47:16,18
48:17 50:11
**2002** 19:6,20 20:20
21:7,22 43:18 47:18
49:20 50:11,24 51:17
51:24 57:12,16 58:5
58:19 59:5,22,22
**2003** 6:19 57:23

**2004** 9:11
**2005** 6:4,5,13 7:10 8:5
36:19 37:16
**2006** 1:10 6:8,8
**20534** 1:22
**24-hour** 10:22
**27** 18:3 19:20 38:11,18
39:9 40:5,12,19
43:18 55:6
**27th** 17:15 19:6 20:20
21:7,22 47:18,25
57:12,16 59:22 61:8

_____
**3**

**3** 2:4,13 49:24 50:1
59:5
**3rd** 6:3,5 7:10 8:5
50:11
**3(b)** 55:21
**3/26/03** 19:21
**30** 9:12
**30-minute** 12:12
**39** 2:12

_____
**4**

**400** 1:22
**4000** 1:19

_____
**5**

**5** 1:10
**50** 2:13 56:15
**54** 2:5
**59** 2:6

_____
**6**

**6:30** 9:24
**60** 2:7,8
**6000.05** 38:10

_____
**7**

**7:30** 9:25
**700** 1:19

_____
**8**

**8th** 49:18,20 50:11,24
51:17 59:5,22 60:9
**8:00** 10:1
**8:30** 10:1

_____
**9**

**92** 6:22
**96** 5:16,18,21
**99** 46:15,15