Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2
 3   MICHAEL W. HILL, et al.,    : C.A. No. 05-160 Erie
         Plaintiff     : C.A. No. 03-323 Erie
 4                      : C.A. No. 03-355 Erie
         v.             : C.A. No. 03-368 Erie
 5                      : C.A. No. 04-011 Erie
     JOHN J. LAMANNA, et al.,    :
 6       Defendants     :
 7
 8
 9       Video Conference Deposition of DENISE TANNER,
     taken before and by Janis L. Ferguson, Notary
10   Public in and for the Commonwealth of Pennsylvania,
     on Tuesday, December 5, 2006, commencing at 1:15
11   p.m., at the offices of the United States Attorney,
     17 South Park Avenue, Suite A330, Erie, Pennsylvania
12   16501.
13
14
15   For the Plaintiffs:
         Neal R. Devlin, Esquire
16       Knox McLaughlin Gornall & Sennett, PC
         120 West 10th Street
17       Erie, PA 16501
18   For the Defendants:
         Michael C. Colville, Esquire, AUSA
19       Office of the United States Attorney
         700 Grant Street, Suite 4000
20       Pittsburgh, PA 15219
21       Douglas Goldring, Esquire
         Federal Prison Industries (UNICOR)
22       400 First Street NW
         Washington, DC 20534
23
24
              Reported by Janis L. Ferguson, RPR
25            Ferguson & Holdnack Reporting, Inc.
```

Page 2

```
 1              I N D E X
 2
 3   TESTIMONY OF DENISE TANNER
 4       Direct examination by Mr. Devlin . . . . . . . . 3
 5       Cross-examination by Mr. Colville . . . . . . . 19
 6       Redirect examination by Mr. Devlin  . . . . . . 23
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1        MR. DEVLIN:  At our location, so you know, I'm
 2   here, Neal Devlin.  My paralegal, Lorie Watson, is
 3   in the room as well.  Also in the room is Janis
 4   Ferguson.  She's a court reporter.  She's going to
 5   be taking down everything everyone says and
 6   putting it into a transcript.
 7        This is about the hardest type of deposition
 8   Janis can do now, because she's with me, but can't
 9   see you.  So I'm going to ask that we do our best,
10   you and I, to not talk over one another and to
11   speak as slowly as you can, only because Janis is
12   not going to be able to see, quite frankly, your
13   lips as you're speaking, which is occasionally
14   helpful in transcribing.
15        The other point, because we can't see each
16   other, but we're over a video connection, there is
17   a delay.  It is a short delay, but there's
18   definitely is a delay between what I say -- when I
19   talk and when you hear it.  Because of that, I
20   will do my best to pause when I'm done with a
21   question, and I would ask you to do the same when
22   you're done with your answer.  Or even go so far
23   as to say that you're done with your answer.  That
24   will prevent us from talking over one another.
25        If we start talking over one another, let's
```

Page 4

```
 1   just agree that we'll both do our best to stop,
 2   and if that occurs -- if that ever occurs, I will
 3   be the first one to talk.  I will get back and
 4   either ask you to continue your answer or continue
 5   my question or wherever we were.
 6        Is that fair enough?
 7   THE WITNESS:  Yes.
 8
 9   D E N I S E   T A N N E R, first having
10   been duly sworn, testified as follows:
11
12        DIRECT EXAMINATION
13   BY MR. DEVLIN:
14
15   Q.  Ms. Tanner, I represent Michael Hill and a number
16   of other inmates, former inmates or current inmates at FCI
17   McKean in a number of lawsuits involving -- generally
18   involving allegations arising out of these inmates' work in
19   the UNICOR facility, and in Michael Hill's case, also
20   involving some allegations involving some dental treatment
21   Mr. Hill received while an inmate at FCI McKean.
22        We have asked for you to be deposed here today to
23   ask you some questions regarding your responsibility as what
24   I believe to be a records custodian or in the medical clinic
25   at FCI McKean.
```

1 (Pages 1 to 4)

Page 5

1      Before we get into the substance of the
2  deposition, have you ever been deposed before?
3      A.  Yes, sir.
4      Q.  Good.  Then you have the general guidelines down.
5  Try to keep all of your answers audible.  Especially in this
6  situation, nods of the head aren't going to work because we
7  can't see you.  And we'll do our best not to talk over one
8  another.
9      If at any point in time I ask you a question that
10  you don't understand, just let me know that, and I will
11  rephrase the question and try to make it understandable.
12  And, also, if I ask you a question and you simply don't know
13  the answer, that's fine.  I'm not -- I don't want you to
14  guess or speculate in this deposition.  I simply want to get
15  your own personal knowledge, the full extent of it, but
16  nothing more than that.  Okay?
17      A.  Yes, sir.
18      Q.  All right.  Ms. Tanner, can you tell me where
19  you're currently employed.
20      A.  FCI McKean, health services unit.
21      Q.  And what is your current position?
22      A.  Health information technician.
23      Q.  Okay.  How long have you held that position?
24      A.  15 years, sir.
25      Q.  And how long have you been employed at FCI McKean?

Page 6

1      A.  16 years.
2      Q.  What did you do for the one year in which you were
3  not a health information technician?
4      A.  For four months I was a unit secretary, and
5  prior -- or after that, the last eight months, I was a
6  health services secretary.
7      Q.  Was that at the beginning of your employment at
8  FCI McKean?
9      A.  Yes, sir.
10      Q.  Okay.  Were you employed prior to being employed
11  at FCI McKean?
12      A.  Yes, sir.
13      Q.  And how were you employed and by whom?
14      A.  I was employed at WRK as an intake timekeeper for
15  the computer services.
16      Q.  And any employment before that?
17      A.  Yeah.
18      Q.  Well, take me back one more.
19      A.  I worked at the Chamber of Commerce in Bradford,
20  Pennsylvania.
21      Q.  Okay.  Other than your employment as a health
22  information technician at FCI McKean, have you had any other
23  employment involving the provision of medical care or in a
24  medical office or a hospital?
25      A.  No, sir.

Page 7

1      Q.  What are your job duties as a health information
2  technician at FCI McKean?
3      A.  I'm responsible for maintaining the inmates'
4  medical records.  I check in all the inmates as they come
5  into the health clinic for appointments.  I do scheduling on
6  the computer, filing of the records.  Just general
7  recordkeeping information.
8      Q.  Okay.  With respect to checking inmates in when
9  they come to the medical clinic for an appointment, am I
10  correct that the medical clinic has a central waiting room?
11      A.  Yes, sir.
12      Q.  Okay.  And is that where all inmates come in to
13  request medical attention, whether it be a routine request,
14  an emergency request, or a sick call request?
15      A.  Yes, sir.
16      Q.  Okay.  And as far as the physical layout of that
17  room goes, where are you located in or next to that room?
18      A.  When you come into the first door, through the
19  front sallyport of health services, I have a window that
20  opens to that room to the right of that doorway as soon as
21  you walk into health services.
22      Q.  How many health information technicians are on
23  staff at any one point in time?
24      A.  There would be two of us.
25      Q.  Okay.  Is that consistent -- are there always two

Page 8

1  of you when the waiting room is open?
2      A.  Well, when we're both working, yes.
3      Q.  Are there points in time when only one of you is
4  working?
5      A.  Yes, sir.
6      Q.  Do you have set hours for your position?
7      A.  We work four 10-hour days.  Our days off switch
8  from Friday to Monday or Wednesday of the following week.
9  We alternate between myself and Miss Petruzzi, who works
10  with me.
11      Q.  You and Miss Petruzzi, are you the only two health
12  information technicians at FCI McKean?
13      A.  Yes, sir.
14      Q.  Between the two of you, whether working at the
15  same time or only one of you, how often, or what are the
16  hours in which the waiting room has a person -- has one of
17  you available at the window to check in an inmate?
18      A.  Monday through Friday, there's somebody there from
19  7:30 -- or 7:00 in the morning -- I'm sorry -- until 3:00 in
20  the afternoon.
21      Q.  I take it, then, on Saturdays and Sundays, no
22  one's there?
23      A.  No, sir.
24      Q.  If an inmate requires medical attention at a point
25  in time when the waiting room, let's say, is not open, I

2 (Pages 5 to 8)

e3e31768-5153-4e21-abf9-b2b26da653e7

Page 9

1 understand that there are avenues by which inmates can

2 request that -- that medical attention. How do they

3 physically get to see the doctor in that instance?

4     A. They have to have their unit officer or their job

5 supervisor call on the radio to the duty PA. And he or she

6 will decide when and at what time they can be seen by the --

7 by themselves.

8     Q. Okay. With respect to an inmate coming in for an

9 appointment, am I -- well, it's my understanding that Monday

10 through Fridays, there's a period of time called sick call

11 in which inmates can come in with emergent problems to seek

12 treatment. Is that correct?

13     A. Yes, sir.

14     Q. Okay. Describe for me the procedure in general

15 that an inmate would go through if he showed up for sick

16 call on any given day.

17     A. Sick call for the medical side is Monday, Tuesday,

18 Thursday, and Friday from 7:10 a.m. until 7:40 a.m., at

19 which time an inmate can walk into health services, talk to

20 the PA or the paramedic at that window at medical records

21 and request to be seen. They have to give him -- they --

22 the paramedic will give them a sick call slip, it's called.

23 It's just a piece of paper having the inmate request the

24 reason why he needs to be seen. The inmate will fill it

25 out, and that paramedic or PA will determine whether he

Page 10

1 needs to be seen today or an appointment to be scheduled.

2     If they are there to be seen by the dentist, then

3 they are scheduled that day, and the dental people call them

4 in and see them one on one as necessary.

5     Q. Okay. So that I make sure I understand, with

6 respect to the dental side of it, is there also the

7 possibility that the initial person doing the intake and

8 reviewing the complaint could make the determination that

9 they would be seen at a later time, or are all people who

10 show up for sick call for the dental seen that day?

11     A. All people that show up for dental are seen that

12 day.

13     Q. Okay. How about routine care? How does that

14 work?

15     A. For the dentist?

16     Q. Yes, let's start with the dentist.

17     A. I do believe they have -- routine care for the

18 dental, they have to go through the process of having their

19 teeth cleaned and to be checked by the dentist. And then

20 they schedule for an appointment as time permits for their

21 scheduling.

22     Q. How about for the nondental?

23     A. For medical side? It -- it depends on

24 their -- what is wrong with them; that they are having pain,

25 fever, bleeding. They are seen immediately if it's --

Page 11

1 certain conditions that are determined by Dr. Olsten, the

2 clinical director, are seen within 72 hours, and other

3 conditions can be put out to 14 days, such as rashes -- you

4 know, nonemergent conditions.

5     Q. Where does the cop-out form fall within that

6 procedure? That's something that we've heard about a little

7 bit in other depositions.

8     A. An inmate can fill out a sick call cop-out form,

9 and there is a box right outside to the left of my window

10 when they walk -- when an inmate would walk into health

11 services, and they can put that slip either in that box, or

12 they can hand it to that paramedic or PA that is triaging

13 the sick call to be reviewed by them. If it is placed in

14 the box, either myself or Miss Petruzzi gets it out two or

15 three times a day, and we schedule them within that 14-day

16 time frame.

17     Q. How about for dental claims raised in a cop-out

18 form?

19     A. The dental people schedule their own, sir.

20     Q. Okay. And who would the dental people be?

21     A. The dental assistants, the hygienist, and the

22 dentist that currently contracts with us.

23     Q. Okay. What you've just described for me is the

24 present procedure; is that correct?

25     A. Yes, sir.

Page 12

1     Q. Okay. Back in --

2     A. Present and past.

3     Q. Okay. And that was my question. Back in 2001,

4 was there any difference in the procedure specifically with

5 respect to the cop-out form?

6     A. No, sir.

7     Q. Okay. Let me ask this question: And this is a

8 question where us not seeing each other may present a

9 problem. But I know that Attorney Colville and Attorney

10 Goldring have this document. There is a document that

11 unfortunately, ma'am, I can't show you, and I apologize for

12 that. The only reason I can't show you is because we don't

13 have the video hooked up.

14     But there was a document introduced in a previous

15 deposition of Dr. Collins marked Deposition Exhibit No. 3.

16     MR. DEVLIN: Mike and Doug, do you still have

17     that?

18     MR. COLVILLE: Yes.

19     Q. Ma'am, that document is an Inmate Request to Staff

20 form. It was submitted -- or it purports to be submitted by

21 Michael Hill on December 3rd, 2001, and it is, in general

22 terms -- and Mike and Doug can certainly raise an objection

23 if they think I'm misstating this. It discusses his request

24 for some dental treatment related to two cavities. That

25 form was signed -- it appears to be signed by you. It's

Ferguson & Holdnack Reporting, Inc.

e3e31768-5153-4e21-abf9-b2b26da653e7

Page 13

1 signed D. Tanner, HIT.
2     The reason I'm asking you about that is I want to
3 make sure I have an understanding as to how cop-out forms
4 are handled on the dental side. And based on your previous
5 testimony, it was my understanding that they would go
6 directly to a hygienist, an assistant, or the dentist on
7 call.
8     So I want to know how it is that you ended up
9 signing the signature of the staff member for this cop-out
10 form.
11     A. There was a time frame where the dental did not
12 have a dental assistant, and in order to keep up with the
13 paperwork, I was helping with the cop-outs as they -- you
14 know, telling them they would be seen on sick call, come to
15 sick call, where they are at on the sick call list, if they
16 signed up for dental cleaning, et cetera.
17     Q. Okay. And, in fact, in the interest of full
18 disclosure here, the other cop-out form that I have, which
19 is dated April 8th, 2002, is signed by Amber Douglas, which
20 is CDA. Is that a certified dental assistant?
21     A. Yes, sir.
22     Q. All right. So am I correct, then, that at least
23 as of December 3rd of 2001, if someone were to submit a
24 dental cop-out form, it would be reviewed by either you or
25 Ms. Petruzzi?

Page 14

1     A. Yes, sir.
2     Q. Okay. And what would you --
3     A. Only me.
4     Q. Okay. And what would you do with that form? What
5 would your review be, and then based upon sort of whatever
6 options on that review, what would happen?
7     A. Well, it depends on what was on the sick call --
8 or what was on the cop-out form. If it was talking of
9 routine care, he would be told to come to sick call or he
10 would be given the procedure on how to obtain dental
11 cleaning. If it talks about pain, he would be referred,
12 again, to sick call and given a time to come to sick call.
13     Q. Okay. Would you generally send these cop-out
14 forms on to Dr. Collins for his review?
15     A. Yes, sir.
16     Q. When you did that, would that occur before or
17 after you made a disposition of the cop-out form?
18     A. Before, sir.
19     Q. Okay. Would you send it to him with a
20 recommendation or your initial review, or would it simply go
21 to him, and then you two would talk about what to do?
22     A. It would go to him, and then he would -- he would
23 tell me what to write for him.
24     Q. All right. If a person submitted -- again, only
25 on the dental side of this, although I will want to ask you

Page 15

1 some questions about medical. But on the dental side, if an
2 inmate submitted a dental cop-out form in which it was
3 determined that they did not require immediate care and,
4 therefore, would be put on a routine list, how did that
5 work? How was that list compiled? Where would they fall
6 in, and then what would happen?
7     A. If their name went on the routine care list for
8 whatever date that you received it, I would enter it into
9 the Century system, the computer system that the Bureau of
10 Prisons uses, and their name would go to the bottom of the
11 waiting list. And as their name came to the top of the
12 list, as they took people off the dental cleaning, their
13 name would move up on that list.
14     Q. And is it your understanding that in order to have
15 routine care done, the first step from a care perspective
16 would be to have a cleaning on the dental side? Is that
17 right?
18     A. That's my understanding, sir.
19     Q. All right. Ma'am, do you have -- do you recall
20 Michael Hill as an inmate at FCI McKean?
21     A. No, sir, I don't.
22     Q. Were there times at FCI McKean when an inmate
23 would be abusing either sick call or the cop-out procedure?
24 And by abusing, what I mean is using that procedure or
25 attempting to get medical care sort of on systematic basis

Page 16

1 that you felt was frivolous or unnecessary.
2     MR. COLVILLE: I'll object to the form, but you
3     can answer, Miss Tanner.
4     A. Could you repeat the question?
5     Q. Sure. What I'm trying to get at is, I'm trying to
6 understand if it ever occurred where an inmate would just
7 keep coming to try to get care, to the point where it became
8 a problem and something had to happen. I'm asking if that
9 ever occurred.
10     MR. COLVILLE: Same objection.
11     MR. DEVLIN: Mike, what is the objection, just so
12     I know?
13     MR. COLVILLE: Form.
14     Q. Go ahead. You can answer, Miss Tanner.
15     MR. COLVILLE: You can answer.
16     A. Well, I don't really see the patients, so I really
17 can't answer whether -- you know, in my opinion or not, no.
18     Q. Okay. Not necessarily your opinion. But in your
19 capacity as the -- I guess for lack of a better word, person
20 handling the intake on folks with sick call, would there be
21 people who simply repeatedly showed up for sick call all the
22 time?
23     A. Yes, we have certain inmates that come more often
24 than others.
25     Q. Okay. And those inmates that come more often, is

4 (Pages 13 to 16)

Page 17

1  there any procedure or any practice that's been employed to
2  address that?
3      A.  No.  They are all -- they are all treated the
4  same, sir.
5      Q.  Okay.  If an inmate comes in on sick call with a
6  complaint -- I know you've already told me that that comes
7  in and a determination is made as to whether that person --
8  that inmate will be seen that day or at some subsequent
9  time.  Is that correct?
10     A.  Yes, sir.
11     Q.  Okay.  So regardless of whether an inmate came
12 every day to sick call with the same complaint, that
13 complaint would be looked at, and if they were going to be
14 placed on a -- scheduled for an appointment at a later date,
15 that would occur, and that's the end of it?
16     A.  Yes, sir.
17     Q.  With respect to inmates in the special housing
18 unit, how is their medical care arranged for?
19     A.  They are seen every day by the paramedic or the
20 PA.  That's Monday through Sunday.  If they have a medical
21 complaint, that complaint is addressed at that point.  If
22 they have a dental complaint, the PA or paramedic brings the
23 name and the number of the inmate over to the dental clinic,
24 and they schedule as appropriate.
25     Q.  Ma'am, have you ever personally advised anyone or

Page 18

1  ever seen anyone be advised that as a result of coming into
2  the waiting room or seeking care, they would be placed in
3  the special housing unit?
4      A.  No, sir.
5      Q.  You have never -- and you have never heard anyone
6  else say that?
7      A.  No, sir.
8      Q.  Okay.  Do you know if there's any procedure
9  whereby if an inmate is deemed to be abusing their ability
10 to seek medical treatment through sick call, they would be
11 placed in the special housing unit?
12     A.  No, sir.
13     Q.  And it was a poor question, which is why I have to
14 ask the follow-up.  You don't know if there's a procedure,
15 or there is not such a procedure?
16     A.  There's no procedure.
17     Q.  Okay.  So to the best of your knowledge, no inmate
18 is ever -- has ever been placed in the special housing unit
19 due to seeking medical treatment, regardless of how often or
20 how frivolous, through sick call.
21     A.  No, sir.
22        MR. DEVLIN:  Ma'am, those are all the questions
23        that I have.  I don't know if Mike or Doug have
24        any.
25        MR. COLVILLE:  Yeah, I think I have a couple

Page 19

1      follow-up questions, but it won't take long.
2
3            CROSS-EXAMINATION
4  BY MR. COLVILLE:
5
6      Q.  Miss Tanner, in this case, Mr. Hill previously
7  testified that during one of his visits to the medical
8  clinic, that there were two records employees -- let me see
9  exactly how he describes -- records office ladies is how he
10 describes the two people.  And he claims that the two -- one
11 of the two records ladies in the medical clinic told him
12 that if he came back, that they were going to put him in the
13 SHU.
14        Now, with that -- with that background information
15 available to you, let me ask you this:  Back in 2001 and
16 2002, how many people worked in the records office?
17     A.  There was two of us, sir.
18     Q.  All right.  And who were they?
19     A.  Myself and Miss Petruzzi.
20     Q.  Were there any other people in the records office
21 other than you and Miss Petruzzi?
22     A.  Working in the records office?
23     Q.  Well, yes.
24     A.  Not working in there, sir.  But the records office
25 is a common area that numerous people come in and out, and

Page 20

1  they talk to the inmates at that window.
2      Q.  But were you and Miss Petruzzi the only two people
3  who were employed as office records custodians?
4      A.  Yes, sir.
5      Q.  All right.  Did you or Miss Petruzzi ever make a
6  statement to Mr. Hill that if he came back, he would be put
7  in the SHU?
8      A.  Not that I recall, sir.
9      Q.  All right.  If Mr. Hill or any other inmate, for
10 that matter, were to show up at the medical clinic in the
11 morning for sick call, would that be documented?
12     A.  No, sir, we don't document it.
13     Q.  All right.  How, then, would anybody -- would
14 anybody be able to tell if Mr. Hill came on any given day to
15 medical clinic to complain about a problem with his tooth?
16     A.  If he was to be seen by the dentist, it would be
17 documented in his medical record.
18     Q.  Okay.  If Mr. Hill or any other inmate, for that
19 matter, came to sick call and complained about pain with
20 regard to a tooth, do you know of any circumstance or any
21 incident where that person was told he couldn't see the
22 dentist that day at sick call?
23     A.  No, sir.
24     Q.  If an inmate came to sick call and complained
25 about pain, is it then fair to say that that person would be

5 (Pages 17 to 20)

Ferguson & Holdnack Reporting, Inc.

e3e31768-5153-4e21-abf9-b2b26da653e7

Page 21

1  seen that day, no matter what; whether the complaint was an
2  accurate complaint or an inaccurate complaint?
3      A.  Yes, sir.
4      Q.  Do you know of any other -- do you know of any
5  incident where that did not occur, where somebody complained
6  of pain and wasn't seen that day?
7      A.  No, sir.
8      Q.  The cop-out forms that were referenced that you
9  would have signed off on, would an inmate have to prepare a
10  cop-out form if he wanted to be seen in sick call?
11      A.  No, sir.
12      Q.  And when an inmate is in the SHU, you stated
13  earlier that he or she is seen every day by some medical
14  professional.  Is that right?
15      A.  Yes.  If they requested -- apparently, it's my
16  understanding that they have to put a note or they have to
17  stand by the door -- the SHU doors have a window in it, and
18  they have to be standing by the door when the PA comes
19  through.  When he goes down range, he hollers "sick call",
20  and that's an indication to them that the medical staff is
21  on board.
22      Q.  Now, let's just say, for instance, that on one
23  day, some inmate that's in SHU during that time that sick
24  call is called by the medical personnel in the SHU, if that
25  person complains about pain or says, I have -- I need to go

Page 22

1  to sick call, would they be seen that day?
2      A.  Yes.  The paramedic or PA talks to them at that
3  time, figures out -- figures out with them what the
4  complaint is, and then it is addressed at that time.  If it
5  is for dental, the paramedic or PA brings that name and
6  number of the inmate back to the dental clinic, and then the
7  dental clinic people will take care of it from there.
8      Q.  All right.  Let me pose a hypothetical to you.
9  Let's just say that -- and I'll go back to you and
10  Miss Petruzzi.  Let's say an inmate came in one day at sick
11  call time and said, Miss Tanner, I have a -- I have a
12  toothache, and you, in your heart, believe that this person
13  is faking it; that he didn't have any pain and was just
14  making it up.  Would you be able to send that patient back
15  to his cell or tell him that he couldn't see the dentist
16  that day, or would you be required to forward that patient
17  on to the dentist by virtue of the fact that he was
18  complaining of pain, whether you believed it or not?
19      A.  We have to forward him on to the dentist, sir.
20      Q.  Do you know whether or not that's the same
21  situation in the SHU unit; where if somebody in the SHU
22  complained of pain, even though he may have been making it
23  up or it may not have been an accurate statement, would the
24  PA be required to take the patient to the dentist to be
25  seen?

Page 23

1      A.  They don't physically bring him over.  They take
2  their name and number and bring it to the dentist.
3      Q.  I see.  Do you know what -- does the dentist then
4  go to the SHU?
5      A.  No.  If he feels that the condition is warranted,
6  then they have the inmate brought to the dental clinic.
7      Q.  So there would be documentation that would exist
8  that the PA would have to take to the dentist and say, I
9  have somebody in SHU who is complaining about pain?
10      A.  It might just be a slip of paper that they write
11  down what the -- you know, how the dentist documents it and
12  keeps that information, I -- I couldn't tell you, sir.
13      Q.  Okay.
14          MR. COLVILLE:  That's all I have.  Thanks, Miss
15          Tanner.
16          THE WITNESS:  Thank you.
17          (Discussion held off the record.)
18          MR. DEVLIN:  Miss Tanner, I do have a few
19          follow-ups.
20
21          REDIRECT EXAMINATION
22  BY MR. DEVLIN:
23
24      Q.  In your capacity as being there in sick call and
25  seeing the complaints, were there ever any recurring medical

Page 24

1  complaints that happened more often than others?
2      A.  Can you clarify that, please?
3      Q.  Sure.  Sure.
4      A.  Are you talking the medical side or the dental?
5      Q.  Now I'm talking the medical side.  On the medical
6  side, was there ever any -- for instance, was there a high
7  incidence of people coming in with respiratory complaints or
8  with skin complaints or with complaints about chest pain or
9  any -- any specific ailment that during your period of time
10  at FCI McKean has been more prevalent than other ailments?
11          MR. COLVILLE:  I'll object to the form.  You can
12          answer, Miss Tanner.
13      A.  No.  During cold and flu season, of course, you
14  have the colds, the flu.  During the summertime, it's mainly
15  heat rashes.  Nothing that stands out in my memory as
16  something that is over and over and over again, no, sir.
17      Q.  Okay.  This may be a dumb question, and if it is,
18  I apologize.  But the medical clinic -- the employees of the
19  prison, are they ever seen in the medical clinic?
20      A.  If they get injured on the job, they are brought
21  over, but then they are referred out to the local hospital
22  or to their physicians.
23      Q.  Okay.  Okay.
24      A.  But they are not treated here, no.
25      Q.  Okay.

6 (Pages 21 to 24)

Page 25

1    MR. DEVLIN:  Those are all the questions I have,
2    ma'am.
3    MR. COLVILLE:  We'll waive signature also.
4
5    (Deposition concluded at 1:50 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Ferguson & Holdnack Reporting, Inc.

e3e31768-5153-4e21-abf9-b2b26da653e7

| A | | | | |
|---|---|---|---|---|

**A**

ability 18:9
able 3:12 20:14 22:14
about 3:7 10:13,22
 11:6,17 13:2 14:11
 14:21 15:1 20:15,19
 20:25 21:25 23:9
 24:8
abusing 15:23,24 18:9
accurate 21:2 22:23
address 17:2
addressed 17:21 22:4
advised 17:25 18:1
after 6:5 14:17
afternoon 8:20
again 14:12,24 24:16
agree 4:1
ahead 16:14
ailment 24:9
ailments 24:10
al 1:3,5
allegations 4:18,20
already 17:6
alternate 8:9
although 14:25
always 7:25
Amber 13:19
another 3:10,24,25 5:8
answer 3:22,23 4:4
 5:13 16:3,14,15,17
 24:12
answers 5:5
anybody 20:13,14
anyone 17:25 18:1,5
apologize 12:11 24:18
apparently 21:15
appears 12:25
appointment 7:9 9:9
 10:1,20 17:14
appointments 7:5
appropriate 17:24
April 13:19
area 19:25
arising 4:18
arranged 17:18
asked 4:22
asking 13:2 16:8
assistant 13:6,12,20
assistants 11:21
attempting 15:25
attention 7:13 8:24 9:2
Attorney 1:11,19 12:9
 12:9
audible 5:5
AUSA 1:18
available 8:17 19:15
Avenue 1:11
avenues 9:1
a.m 9:18,18

**A330** 1:11

**B**

back 4:3 6:18 12:1,3
 19:12,15 20:6 22:6,9
 22:14
background 19:14
based 13:4 14:5
basis 15:25
became 16:7
before 1:9 5:1,2 6:16
 14:16,18
beginning 6:7
being 6:10 23:24
believe 4:24 10:17
 22:12
believed 22:18
best 3:9,20 4:1 5:7
 18:17
better 16:19
between 3:18 8:9,14
bit 11:7
bleeding 10:25
board 21:21
both 4:1 8:2
bottom 15:10
box 11:9,11,14
Bradford 6:19
bring 23:1,2
brings 17:22 22:5
brought 23:6 24:20
Bureau 15:9

**C**

C 1:18
call 7:14 9:5,10,16,17
 9:22 10:3,10 11:8,13
 13:7,14,15,15 14:7,9
 14:12,12 15:23 16:20
 16:21 17:5,12 18:10
 18:20 20:11,19,22,24
 21:10,19,24 22:1,11
 23:24
called 9:10,22 21:24
came 15:11 17:11
 19:12 20:6,14,19,24
 22:10
capacity 16:19 23:24
care 6:23 10:13,17 14:9
 15:3,7,15,15,25 16:7
 17:18 18:2 22:7
case 4:19 19:6
cavities 12:24
CDA 13:20
cell 22:15
central 7:10
Century 15:9
certain 11:1 16:23
certainly 12:22
certified 13:20

cetera 13:16
Chamber 6:19
check 7:4 8:17
checked 10:19
checking 7:8
chest 24:8
circumstance 20:20
claims 11:17 19:10
clarify 24:2
cleaned 10:19
cleaning 13:16 14:11
 15:12,16
clinic 4:24 7:5,9,10
 17:23 19:8,11 20:10
 20:15 22:6,7 23:6
 24:18,19
clinical 11:2
cold 24:13
colds 24:14
Collins 12:15 14:14
Colville 1:18 2:5 12:9
 12:18 16:2,10,13,15
 18:25 19:4 23:14
 24:11 25:3
come 7:4,9,12,18 9:11
 13:14 14:9,12 16:23
 16:25 19:25
comes 17:5,6 21:18
coming 9:8 16:7 18:1
 24:7
commencing 1:10
Commerce 6:19
common 19:25
Commonwealth 1:10
compiled 15:5
complain 20:15
complained 20:19,24
 21:5 22:22
complaining 22:18
 23:9
complains 21:25
complaint 10:8 17:6,12
 17:13,21,21,22 21:1
 21:2,2 22:4
complaints 23:25 24:1
 24:7,8,8
computer 6:15 7:6 15:9
concluded 25:5
condition 23:5
conditions 11:1,3,4
Conference 1:9
connection 3:16
consistent 7:25
continue 4:4,4
contracts 11:22
cop-out 11:5,8,17 12:5
 13:3,9,18,24 14:8,13
 14:17 15:2,23 21:8
 21:10
cop-outs 13:13

correct 7:10 9:12 11:24
 13:22 17:9
couple 18:25
course 24:13
court 1:1 3:4
Cross-examination 2:5
 19:3
current 4:16 5:21
currently 5:19 11:22
custodian 4:24
custodians 20:3
C.A 1:3,3,4,4,5

**D**

D 2:1 4:9 13:1
date 15:8 17:14
dated 13:19
day 9:16 10:3,10,12
 11:15 17:8,12,19
 20:14,22 21:1,6,13
 21:23 22:1,10,16
days 8:7,7 11:3
DC 1:22
December 1:10 12:21
 13:23
decide 9:6
deemed 18:9
Defendants 1:6,18
definitely 3:18
delay 3:17,17,18
DENISE 1:9 2:3
dental 4:20 10:3,6,10
 10:11,18 11:17,19,20
 11:21 12:24 13:4,11
 13:12,16,20,24 14:10
 14:25 15:1,2,12,16
 17:22,23 22:5,6,7
 23:6 24:4
dentist 10:2,15,16,19
 11:22 13:6 20:16,22
 22:15,17,19,24 23:2
 23:3,8,11
depends 10:23 14:7
deposed 4:22 5:2
deposition 1:9 3:7 5:2
 5:14 12:15,15 25:5
depositions 11:7
Describe 9:14
described 11:23
describes 19:9,10
determination 10:8
 17:7
determine 9:25
determined 11:1 15:3
Devlin 1:15 2:4,6 3:1,2
 4:13 12:16 16:11
 18:22 23:18,22 25:1
difference 12:4
Direct 2:4 4:12
directly 13:6

director 11:2
disclosure 13:18
discusses 12:23
Discussion 23:17
disposition 14:17
DISTRICT 1:1,1
doctor 9:3
document 12:10,10,14
 12:19 20:12
documentation 23:7
documented 20:11,17
documents 23:11
doing 10:7
done 3:20,22,23 15:15
door 7:18 21:17,18
doors 21:17
doorway 7:20
Doug 12:16,22 18:23
Douglas 1:21 13:19
down 3:5 5:4 21:19
 23:11
Dr 11:1 12:15 14:14
due 18:19
duly 4:10
dumb 24:17
during 19:7 21:23 24:9
 24:13,14
duties 7:1
duty 9:5

**E**

E 2:1 4:9,9,9
each 3:15 12:8
earlier 21:13
eight 6:5
either 4:4 11:11,14
 13:24 15:23
emergency 7:14
emergent 9:11
employed 5:19,25 6:10
 6:10,13,14 17:1 20:3
employees 19:8 24:18
employment 6:7,16,21
 6:23
end 17:15
ended 13:8
enough 4:6
enter 15:8
Erie 1:3,3,4,4,5,11,17
Especially 5:5
Esquire 1:15,18,21
et 1:3,5 13:16
even 3:22 22:22
ever 4:2 5:2 16:6,9
 17:25 18:1,18,18
 20:5 23:25 24:6,19
every 17:12,19 21:13
everyone 3:5
everything 3:5
exactly 19:9

| | | | | |
|---|---|---|---|---|
| **examination** 2:4,6 4:12 23:21<br>**Exhibit** 12:15<br>**exist** 23:7<br>**extent** 5:15<br><br>**F**<br>**facility** 4:19<br>**fact** 13:17 22:17<br>**fair** 4:6 20:25<br>**faking** 22:13<br>**fall** 11:5 15:5<br>**far** 3:22 7:16<br>**FCI** 4:16,21,25 5:20,25 6:8,11,22 7:2 8:12 15:20,22 24:10<br>**Federal** 1:21<br>**feels** 23:5<br>**felt** 16:1<br>**Ferguson** 1:9,24,25 3:4<br>**fever** 10:25<br>**few** 23:18<br>**figures** 22:3,3<br>**filing** 7:6<br>**fill** 9:24 11:8<br>**fine** 5:13<br>**first** 1:22 4:3,9 7:18 15:15<br>**flu** 24:13,14<br>**folks** 16:20<br>**following** 8:8<br>**follows** 4:10<br>**follow-up** 18:14 19:1<br>**follow-ups** 23:19<br>**form** 11:5,8,18 12:5,20 12:25 13:10,18,24 14:4,8,17 15:2 16:2 16:13 21:10 24:11<br>**former** 4:16<br>**forms** 13:3 14:14 21:8<br>**forward** 22:16,19<br>**four** 6:4 8:7<br>**frame** 11:16 13:11<br>**frankly** 3:12<br>**Friday** 8:8,18 9:18<br>**Fridays** 9:10<br>**frivolous** 16:1 18:20<br>**from** 3:24 8:8,18 9:18 15:15 22:7<br>**front** 7:19<br>**full** 5:15 13:17<br><br>**G**<br>**general** 5:4 7:6 9:14 12:21<br>**generally** 4:17 14:13<br>**gets** 11:14<br>**give** 9:21,22<br>**given** 9:16 14:10,12 20:14 | **go** 3:22 9:15 10:18 13:5 14:20,22 15:10 16:14 21:25 22:9 23:4<br>**goes** 7:17 21:19<br>**going** 3:4,9,12 5:6 17:13 19:12<br>**Goldring** 1:21 12:10<br>**Good** 5:4<br>**Gornall** 1:16<br>**Grant** 1:19<br>**guess** 5:14 16:19<br>**guidelines** 5:4<br><br>**H**<br>**hand** 11:12<br>**handled** 13:4<br>**handling** 16:20<br>**happen** 14:6 15:6 16:8<br>**happened** 24:1<br>**hardest** 3:7<br>**having** 4:9 9:23 10:18 10:24<br>**head** 5:6<br>**health** 5:20,22 6:3,6,21 7:1,5,19,21,22 8:11 9:19 11:10<br>**hear** 3:19<br>**heard** 11:6 18:5<br>**heart** 22:12<br>**heat** 24:15<br>**held** 5:23 23:17<br>**helpful** 3:14<br>**helping** 13:13<br>**high** 24:6<br>**Hill** 1:3 4:15,21 12:21 15:20 19:6 20:6,9,14 20:18<br>**Hill's** 4:19<br>**him** 9:21 14:19,21,22 14:23 19:11,12 22:15 22:19 23:1<br>**HIT** 13:1<br>**Holdnack** 1:25<br>**hollers** 21:19<br>**hooked** 12:13<br>**hospital** 6:24 24:21<br>**hours** 8:6,16 11:2<br>**housing** 17:17 18:3,11 18:18<br>**hygienist** 11:21 13:6<br>**hypothetical** 22:8<br><br>**I**<br>**immediate** 15:3<br>**immediately** 10:25<br>**inaccurate** 21:2<br>**Inc** 1:25<br>**incidence** 24:7<br>**incident** 20:21 21:5<br>**indication** 21:20 | **Industries** 1:21<br>**information** 5:22 6:3 6:22 7:1,7,22 8:12 19:14 23:12<br>**initial** 10:7 14:20<br>**injured** 24:20<br>**inmate** 4:21 8:17,24 9:8,15,19,23,24 11:8 11:10 12:19 15:2,20 15:22 16:6 17:5,8,11 17:23 18:9,17 20:9 20:18,24 21:9,12,23 22:6,10 23:6<br>**inmates** 4:16,16,16,18 7:3,4,8,12 9:1,11 16:23,25 17:17 20:1<br>**instance** 9:3 21:22 24:6<br>**intake** 6:14 10:7 16:20<br>**interest** 13:17<br>**introduced** 12:14<br>**involving** 4:17,18,20,20 6:23<br><br>**J**<br>**J** 1:5<br>**Janis** 1:9,24 3:3,8,11<br>**job** 7:1 9:4 24:20<br>**JOHN** 1:5<br>**just** 4:1 5:10 7:6 9:23 11:23 16:6,11 21:22 22:9,13 23:10<br><br>**K**<br>**keep** 5:5 13:12 16:7<br>**keeps** 23:12<br>**know** 3:1 5:10,12 11:4 12:9 13:8,14 16:12 16:17 17:6 18:8,14 18:23 20:20 21:4,4 22:20 23:3,11<br>**knowledge** 5:15 18:17<br>**Knox** 1:16<br><br>**L**<br>**L** 1:9,24<br>**lack** 16:19<br>**ladies** 19:9,11<br>**LAMANNA** 1:5<br>**last** 6:5<br>**later** 10:9 17:14<br>**lawsuits** 4:17<br>**layout** 7:16<br>**least** 13:22<br>**left** 11:9<br>**let** 5:10 12:7 19:8,15 22:8<br>**let's** 3:25 8:25 10:16 21:22 22:9,10<br>**lips** 3:13<br>**list** 13:15 15:4,5,7,11 | 15:12,13<br>**little** 11:6<br>**local** 24:21<br>**located** 7:17<br>**location** 3:1<br>**long** 5:23,25 19:1<br>**looked** 17:13<br>**Lorie** 3:2<br><br>**M**<br>**made** 14:17 17:7<br>**mainly** 24:14<br>**maintaining** 7:3<br>**make** 5:11 10:5,8 13:3 20:5<br>**making** 22:14,22<br>**many** 7:22 19:16<br>**marked** 12:15<br>**matter** 20:10,19 21:1<br>**may** 12:8 22:22,23 24:17<br>**ma'am** 12:11,19 15:19 17:25 18:22 25:2<br>**McKean** 4:17,21,25 5:20,25 6:8,11,22 7:2 8:12 15:20,22 24:10<br>**McLaughlin** 1:16<br>**mean** 15:24<br>**medical** 4:24 6:23,24 7:4,9,10,13 8:24 9:2 9:17,20 10:23 15:1 15:25 17:18,20 18:10 18:19 19:7,11 20:10 20:15,17 21:13,20,24 23:25 24:4,5,5,18,19<br>**member** 13:9<br>**memory** 24:15<br>**Michael** 1:3,18 4:15,19 12:21 15:20<br>**might** 23:10<br>**Mike** 12:16,22 16:11 18:23<br>**Miss** 8:9,11 11:14 16:3 16:14 19:6,19,21 20:2,5 22:10,11 23:14,18 24:12<br>**misstating** 12:23<br>**Monday** 8:8,18 9:9,17 17:20<br>**months** 6:4,5<br>**more** 5:16 6:18 16:23 16:25 24:1,10<br>**morning** 8:19 20:11<br>**move** 15:13<br>**myself** 8:9 11:14 19:19<br><br>**N**<br>**N** 2:1 4:9,9,9<br>**name** 15:7,10,11,13 17:23 22:5 23:2 | **Neal** 1:15 3:2<br>**necessarily** 16:18<br>**necessary** 10:4<br>**need** 21:25<br>**needs** 9:24 10:1<br>**never** 18:5,5<br>**next** 7:17<br>**nods** 5:6<br>**nondental** 10:22<br>**nonemergent** 11:4<br>**Notary** 1:9<br>**note** 21:16<br>**nothing** 5:16 24:15<br>**number** 4:15,17 17:23 22:6 23:2<br>**numerous** 19:25<br>**NW** 1:22<br><br>**O**<br>**object** 16:2 24:11<br>**objection** 12:22 16:10 16:11<br>**obtain** 14:10<br>**occasionally** 3:13<br>**occur** 14:16 17:15 21:5<br>**occurred** 16:6,9<br>**occurs** 4:2,2<br>**off** 8:7 15:12 21:9 23:17<br>**office** 1:19 6:24 19:9,16 19:20,22,24 20:3<br>**officer** 9:4<br>**offices** 1:11<br>**often** 8:15 16:23,25 18:19 24:1<br>**Okay** 5:16,23 6:10,21 7:8,12,16,25 9:8,14 10:5,13 11:20,23 12:1,3,7 13:17 14:2,4 14:13,19 16:18,25 17:5,11 18:8,17 20:18 23:13 24:17,23 24:23,25<br>**Olsten** 11:1<br>**one** 3:10,24,25 4:3 5:7 6:2,18 7:23 8:3,15,16 10:4,4 19:7,10 21:22 22:10<br>**one's** 8:22<br>**only** 3:11 8:3,11,15 12:12 14:3,24 20:2<br>**open** 8:1,25<br>**opens** 7:20<br>**opinion** 16:17,18<br>**options** 14:6<br>**order** 13:12 15:14<br>**other** 3:15,16 4:16 6:21 6:22 11:2,7 12:8 13:18 19:20,21 20:9 20:18 21:4 24:10 |

**others** 16:24 24:1
**out** 4:18 9:25 11:3,8,14 19:25 22:3,3 24:15 24:21
**outside** 11:9
**over** 3:10,16,24,25 5:7 17:23 23:1 24:16,16 24:16,21
**own** 5:15 11:19

---

**P**

**PA** 1:17,20 9:5,20,25 11:12 17:20,22 21:18 22:2,5,24 23:8
**pain** 10:24 14:11 20:19 20:25 21:6,25 22:13 22:18,22 23:9 24:8
**paper** 9:23 23:10
**paperwork** 13:13
**paralegal** 3:2
**paramedic** 9:20,22,25 11:12 17:19,22 22:2 22:5
**Park** 1:11
**past** 12:2
**patient** 22:14,16,24
**patients** 16:16
**pause** 3:20
**PC** 1:16
**Pennsylvania** 1:1,10,11 6:20
**people** 10:3,9,11 11:19 11:20 15:12 16:21 19:10,16,20,25 20:2 22:7 24:7
**period** 9:10 24:9
**permits** 10:20
**person** 8:16 10:7 14:24 16:19 17:7 20:21,25 21:25 22:12
**personal** 5:15
**personally** 17:25
**personnel** 21:24
**perspective** 15:15
**Petruzzi** 8:9,11 11:14 13:25 19:19,21 20:2 20:5 22:10
**physical** 7:16
**physically** 9:3 23:1
**physicians** 24:22
**piece** 9:23
**Pittsburgh** 1:20
**placed** 11:13 17:14 18:2,11,18
**Plaintiff** 1:3
**Plaintiffs** 1:15
**please** 24:2
**point** 3:15 5:9 7:23 8:24 16:7 17:21
**points** 8:3

**poor** 18:13
**pose** 22:8
**position** 5:21,23 8:6
**possibility** 10:7
**practice** 17:1
**prepare** 21:9
**present** 11:24 12:2,8
**prevalent** 24:10
**prevent** 3:24
**previous** 12:14 13:4
**previously** 19:6
**prior** 6:5,10
**prison** 1:21 24:19
**Prisons** 15:10
**problem** 12:9 16:8 20:15
**problems** 9:11
**procedure** 9:14 11:6,24 12:4 14:10 15:23,24 17:1 18:8,14,15,16
**process** 10:18
**professional** 21:14
**provision** 6:23
**Public** 1:10
**purports** 12:20
**put** 11:3,11 15:4 19:12 20:6 21:16
**putting** 3:6
**p.m** 1:11 25:5

---

**Q**

**question** 3:21 4:5 5:9 5:11,12 12:3,7,8 16:4 18:13 24:17
**questions** 4:23 15:1 18:22 19:1 25:1
**quite** 3:12

---

**R**

**R** 1:15 4:9
**radio** 9:5
**raise** 12:22
**raised** 11:17
**range** 21:19
**rashes** 11:3 24:15
**really** 16:16,16
**reason** 9:24 12:12 13:2
**recall** 15:19 20:8
**received** 4:21 15:8
**recommendation** 14:20
**record** 20:17 23:17
**recordkeeping** 7:7
**records** 4:24 7:4,6 9:20 19:8,9,11,16,20,22 19:24 20:3
**recurring** 23:25
**Redirect** 2:6 23:21
**referenced** 21:8
**referred** 14:11 24:21
**regard** 20:20

**regarding** 4:23
**regardless** 17:11 18:19
**related** 12:24
**repeat** 16:4
**repeatedly** 16:21
**rephrase** 5:11
**Reported** 1:24
**reporter** 3:4
**Reporting** 1:25
**represent** 4:15
**request** 7:13,13,14,14 9:2,21,23 12:19,23
**requested** 21:15
**require** 15:3
**required** 22:16,24
**requires** 8:24
**respect** 7:8 9:8 10:6 12:5 17:17
**respiratory** 24:7
**responsibility** 4:23
**responsible** 7:3
**result** 18:1
**review** 14:5,6,14,20
**reviewed** 11:13 13:24
**reviewing** 10:8
**right** 5:18 7:20 11:9 13:22 14:24 15:17,19 19:18 20:5,9,13 21:14 22:8
**room** 3:3,3 7:10,17,17 7:20 8:1,16,25 18:2
**routine** 7:13 10:13,17 14:9 15:4,7,15
**RPR** 1:24

---

**S**

**S** 4:9
**sallyport** 7:19
**same** 3:21 8:15 16:10 17:4,12 22:20
**Saturdays** 8:21
**says** 3:5 21:25
**schedule** 10:20 11:15 11:19 17:24
**scheduled** 10:1,3 17:14
**scheduling** 7:5 10:21
**season** 24:13
**secretary** 6:4,6
**see** 3:9,12,15 5:7 9:3 10:4 16:16 19:8 20:21 22:15 23:3
**seeing** 12:8 23:25
**seek** 9:11 18:10
**seeking** 18:2,19
**seen** 9:6,21,24 10:1,2,9 10:10,11,25 11:2 13:14 17:8,19 18:1 20:16 21:1,6,10,13 22:1,25 24:19
**send** 14:13,19 22:14

**Sennett** 1:16
**services** 5:20 6:6,15 7:19,21 9:19 11:11
**set** 8:6
**short** 3:17
**show** 10:10,11 12:11 12:12 20:10
**showed** 9:15 16:21
**SHU** 19:13 20:7 21:12 21:17,23,24 22:21,21 23:4,9
**sick** 7:14 9:10,15,17,22 10:10 11:8,13 13:14 13:15,15 14:7,9,12 14:12 15:23 16:20,21 17:5,12 18:10,20 20:11,19,22,24 21:10 21:19,23 22:1,10 23:24
**side** 9:17 10:6,23 13:4 14:25 15:1,16 24:4,5 24:6
**signature** 13:9 25:3
**signed** 12:25,25 13:1 13:16,19 21:9
**signing** 13:9
**simply** 5:12,14 14:20 16:21
**sir** 5:3,17,24 6:9,12,25 7:11,15 8:5,13,23 9:13 11:19,25 12:6 13:21 14:1,15,18 15:18,21 17:4,10,16 18:4,7,12,21 19:17 19:24 20:4,8,12,23 21:3,7,11 22:19 23:12 24:16
**situation** 5:6 22:21
**skin** 24:8
**slip** 9:22 11:11 23:10
**slowly** 3:11
**some** 4:20,20,23 12:24 15:1 17:8 21:13,23
**somebody** 8:18 21:5 22:21 23:9
**someone** 13:23
**something** 11:6 16:8 24:16
**soon** 7:20
**sorry** 8:19
**sort** 14:5 15:25
**South** 1:11
**speak** 3:11
**speaking** 3:13
**special** 17:17 18:3,11 18:18
**specific** 24:9
**specifically** 12:4
**speculate** 5:14
**staff** 7:23 12:19 13:9

21:20
**stand** 21:17
**standing** 21:18
**stands** 24:15
**start** 3:25 10:16
**stated** 21:12
**statement** 20:6 22:23
**States** 1:1,11,19
**step** 15:15
**still** 12:16
**stop** 4:1
**Street** 1:16,19,22
**submit** 13:23
**submitted** 12:20,20 14:24 15:2
**subsequent** 17:8
**substance** 5:1
**Suite** 1:11,19
**summertime** 24:14
**Sunday** 17:20
**Sundays** 8:21
**supervisor** 9:5
**sure** 10:5 13:3 16:5 24:3,3
**switch** 8:7
**sworn** 4:10
**system** 15:9,9
**systematic** 15:25

---

**T**

**T** 4:9
**take** 6:18 8:21 19:1 22:7,24 23:1,8
**taken** 1:9
**taking** 3:5
**talk** 3:10,19 4:3 5:7 9:19 14:21 20:1
**talking** 3:24,25 14:8 24:4,5
**talks** 14:11 22:2
**Tanner** 1:9 2:3 4:15 5:18 13:1 16:3,14 19:6 22:11 23:15,18 24:12
**technician** 5:22 6:3,22 7:2
**technicians** 7:22 8:12
**teeth** 10:19
**tell** 5:18 14:23 20:14 22:15 23:12
**telling** 13:14
**terms** 12:22
**testified** 4:10 19:7
**testimony** 2:3 13:5
**Thank** 23:16
**Thanks** 23:14
**their** 9:4,4 10:18,20,24 11:19 15:7,10,11,12 17:18 18:9 23:2 24:22

Page 4

| | | |
|---|---|---|
| themselves 9:7 | W 1:3 | **10th** 1:16 |
| think 12:23 18:25 | waiting 7:10 8:1,16,25 | **10-hour** 8:7 |
| though 22:22 |   15:11 18:2 | **120** 1:16 |
| three 11:15 | waive 25:3 | **14** 11:3 |
| through 7:18 8:18 9:10 | walk 7:21 9:19 11:10 | **14-day** 11:15 |
|   9:15 10:18 17:20 |   11:10 | **15** 5:24 |
|   18:10,20 21:19 | want 5:13,14 13:2,8 | **15219** 1:20 |
| Thursday 9:18 |   14:25 | **16** 6:1 |
| time 5:9 7:23 8:3,15,25 | wanted 21:10 | **16501** 1:12,17 |
|   9:6,10,19 10:9,20 | warranted 23:5 | **17** 1:11 |
|   11:16 13:11 14:12 | Washington 1:22 | **19** 2:5 |
|   16:22 17:9 21:23 | wasn't 21:6 | |
|   22:3,4,11 24:9 | Watson 3:2 | **2** |
| timekeeper 6:14 | Wednesday 8:8 | **2001** 12:3,21 13:23 |
| times 11:15 15:22 | week 8:8 |   19:15 |
| today 4:22 10:1 | well 3:3 6:18 8:2 9:9 | **2002** 13:19 19:16 |
| told 14:9 17:6 19:11 |   14:7 16:16 19:23 | **2006** 1:10 |
|   20:21 | went 15:7 | **20534** 1:22 |
| tooth 20:15,20 | were 4:5 6:2,10,13 | **23** 2:6 |
| toothache 22:12 |   13:23 15:22 17:13 | |
| top 15:11 |   19:8,12,18,20 20:2,3 | **3** |
| transcribing 3:14 |   20:10 21:8 23:25 | **3** 2:4 12:15 |
| transcript 3:6 | West 1:16 | **3rd** 12:21 13:23 |
| treated 17:3 24:24 | WESTERN 1:1 | **3:00** 8:19 |
| treatment 4:20 9:12 | we'll 4:1 5:7 25:3 | |
|   12:24 18:10,19 | we're 3:16 8:2 | **4** |
| triaging 11:12 | we've 11:6 | **400** 1:22 |
| try 5:5,11 16:7 | while 4:21 | **4000** 1:19 |
| trying 16:5,5 | window 7:19 8:17 9:20 | |
| Tuesday 1:10 9:17 |   11:9 20:1 21:17 | **5** |
| two 7:24,25 8:11,14 | WITNESS 4:7 23:16 | **5** 1:10 |
|   11:14 12:24 14:21 | word 16:19 | |
|   19:8,10,10,11,17 | work 4:18 5:6 8:7 | **7** |
|   20:2 |   10:14 15:5 | **7:00** 8:19 |
| type 3:7 | worked 6:19 19:16 | **7:10** 9:18 |
| | working 8:2,4,14 19:22 | **7:30** 8:19 |
| **U** |   19:24 | **7:40** 9:18 |
| understand 5:10 9:1 | works 8:9 | **700** 1:19 |
|   10:5 16:6 | write 14:23 23:10 | **72** 11:2 |
| understandable 5:11 | WRK 6:14 | |
| understanding 9:9 | wrong 10:24 | **8** |
|   13:3,5 15:14,18 | | **8th** 13:19 |
|   21:16 | **X** | |
| unfortunately 12:11 | X 2:1 | |
| UNICOR 1:21 4:19 | | |
| unit 5:20 6:4 9:4 17:18 | **Y** | |
|   18:3,11,18 22:21 | Yeah 6:17 18:25 | |
| United 1:1,11,19 | year 6:2 | |
| unnecessary 16:1 | years 5:24 6:1 | |
| until 8:19 9:18 | | |
| uses 15:10 | **0** | |
| using 15:24 | 03-323 1:3 | |
| | 03-355 1:4 | |
| **V** | 03-368 1:4 | |
| v 1:4 | 04-011 1:5 | |
| video 1:9 3:16 12:13 | 05-160 1:3 | |
| virtue 22:17 | | |
| visits 19:7 | **1** | |
| | 1:15 1:10 | |
| **W** | 1:50 25:5 | |

Ferguson & Holdnack Reporting, Inc.