# EXHIBITS "B-1 thru 3"

*Previously Submitted Exhibits Referenced in Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss of in the Alternative Motion for Summary Judgment filed February 16, 2006.*