# EXHIBIT "2c"

*This Exhibit (OSHA Videos) will be forwarded, via Federal Express, to Plaintiffs' counsel, Richard A. Lanzillo, Esquire, and Magistrate Judge Baxter.*