IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. HILL, et al., : C.A. No. 05-160 Erie
Plaintiff : C.A. No. 03-323 Erie
: C.A. No. 03-355 Erie
v. : C.A. No. 03-368 Erie
: C.A. No. 04-011 Erie
JOHN J. LAMANNA, et al., :
Defendants :

Deposition of MARTIN SAPKO, taken before and by Janis L. Ferguson, Notary Public in and for the Commonwealth of Pennsylvania, on Tuesday, December 19, 2006, commencing at 11:51 a.m., at the offices of Knox McLaughlin Gornall & Sennett, PC, 120 West 10th Street, Erie, Pennsylvania 16501.

For the Plaintiffs:
Richard A. Lanzillo, Esquire
Knox McLaughlin Gornall & Sennett, PC
120 West 10th Street
Erie, PA 16501

For the Defendants:
Michael C. Colville, Esquire, AUSA
Office of the United States Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Douglas Goldring, Esquire
Federal Prison Industries (UNICOR)
400 First Street NW
Washington, DC 20534

Reported by Janis L. Ferguson, RPR, CRR
Ferguson & Holdnack Reporting, Inc.



INDEX

TESTIMONY OF MARTIN SAPKO
Direct examination by Mr. Lanzillo ...... 3
Cross-examination by Mr. Colville ....... 28
Redirect examination by Mr. Lanzillo ..... 32



M A R T I N S A P K O, first having been duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. LANZILLO:

Q. Mr. Sapko, my name is Rich Lanzillo. I represent the Plaintiffs in these various related actions. I have scheduled your deposition today to ask you some questions primarily concerning conditions at the UNICOR facility at FCI McKean.

Both my questions and your responses will ultimately be transcribed by Janis, our court reporter. To ensure that the transcript is clear, I would ask that you respond to each of my questions verbally, as opposed to shaking your head. Janis can miss that, and we could end up with an incomplete transcript.

Also, if you're going to answer my question in the affirmative, I'd ask you to use the word "yes", and if you're going to answer in the negative, use the word "no". Words or phrases like "uh-huh" or "huh-uh" are often ambiguous on the record.

And, finally, most importantly, if at any time you do not hear my question clearly or if you do not understand it, because of the way I phrased it, let me know that. I'll



be happy to repeat or rephrase the question. Is that fair enough?
A. Yes, sir.
Q. Would you state your full name, please.
A. Martin Andrew Sapko.
Q. What is your current address?
A. 603 West Gordon Street, Bradford, Pennsylvania.
Q. How are you presently employed?
A. I'm employed at the -- I'm presently the superintendent of industries at FCI McKean.
Q. How long have you held the position of superintendent of industries?
A. Two weeks.
Q. How long have you been employed at FCI McKean?
A. 17 -- about -- over 17 and a half years. I think 1989.
Q. Prior to becoming the superintendent of industries, what was your job title?
A. I was a factory manager.
Q. And how long were you factory manager?
A. Approximately seven years. Since 2000.
Q. What was your title prior to factory manager?
A. Assistant factory manager.
Q. How long did you hold that position?
A. I think three years.





a2bb66ee-5d0d-4e85-86d2-a2642e553556

Page 5

Q. And prior to being -- becoming the assistant factory manager, did you have a position?
A. I was a warehouse supervisor.
Q. The position of superintendent of industries, was that a promotion?
A. Yes.
Q. What is the extent of your education?
A. I had high school, I had one year of college, and then I went to a vocational community college.
Q. Where did you graduate from high school?
A. Bradford Central Christian High School.
Q. When did you graduate from high school?
A. 1973.
Q. You indicated that you attended one year of college?
A. Yes.
Q. Where did you go?
A. Lock Haven State College.
Q. What did you study when you were there?
A. I was in physical education.
Q. And then you attended vocational college?
A. Yes. Williamsport Community College.
Q. Did you receive a degree, certificate --
A. Certificate degree.
Q. And what was the subject matter of your

Page 6

certificate?
A. Constructional carpentry.
Q. Was that a two-year program?
A. Yes.
Q. Prior to joining FCI McKean, did you receive any training in the area of safety and health?
A. Probably at one of my other -- my other jobs at Witco Chemical Corporation.
Q. Yeah. Where did you work before you joined FCI McKean?
A. Right prior to?
Q. Yes. Witco?
A. Witco. Witco Chemical.
Q. What was your position there?
A. I worked at the baggage plant, packaging up oil products, shipping and receiving.
Q. You weren't responsible for occupational health or safety, were you?
A. No. At there? No.
Q. Basically a laborer's position?
A. Yes.
Q. Prior to Witco Chemical, where did you work?
A. I worked for the Bradford City water department.
Q. What was your position there?
A. Variety of things. I was a laborer mostly. I

Page 7

operated the filtration to the water system, chlorination to the water system.
Q. How long did you work at Witco Chemical?
A. I think a little over five years.
Q. How long did you work at Bradford City water?
A. Off and on. I think the longest I worked was seven years. Some of it was part-time, some of it was full-time.
Q. Was there any formal safety and health training at either Witco Chemical or Bradford City water department?
A. I don't remember it at the water department. I don't really remember it at Witco, but there possibly could have been.
Q. What were your job responsibilities as the factory manager at FCI McKean?
A. Production, scheduling, ordering materials.
Q. Did you have any responsibilities relative to Occupational Safety and Health?
A. No. Everybody has to make sure the place is safe.
Q. Who is your immediate supervisor?
A. Debbie Forsyth.
Q. And did you have any employees who reported directly to you?
A. Yes.
Q. Who were they?

Page 8

A. All the foremen on the floor. Except for the -- well, the night shift, there was a supervisor of the night shift crew.
Q. Relative to Mr. Housler, where did you fit into the organizational chart at FCI McKean, UNICOR facility, when you were factory manager?
A. To Mr. Housler?
Q. Yeah. Did you have any direct reporting or --
A. Just if we had any kind of safety issues or anything. He didn't exactly work for UNICOR.
Q. Okay. If you had safety issues, though, was it policy or procedure that you would report them to Mr. Housler?
A. I would report it to my supervisor, and I would report it to Mr. Housler, if there was anything.
Q. And by your supervisor, you mean Miss Forsyth?
A. Miss Forsyth.
Q. During your tenure as factory manager at the UNICOR facility, did you ever report any occupational health or safety issues to Ms. Forsyth or Mr. Housler?
A. The only one that I reported was the one that Mr. English wrote about with Mr. Bevevino.
Q. And to whom did you report that?
A. I reported it to Miss Forsyth.
Q. Did you discuss it with Mr. Housler?





a2bb66ee-5d0d-4e85-86d2-a2642e553556

Page 9

A. Not that I can remember.
Q. And in your own words, what was the nature of the issue that Mr. English reported to you regarding Mr. Bevevino?
A. Well, that he had -- that OSHA had come in on -- like around April 16th, and they were looking for certain MSDS sheets in our MSDS book, and they couldn't find them in the right place. So Mr. English talked to Mr. Bevevino when he came in that night and told them that they couldn't find them, and he said that Mr. Bevevino got very defensive, and that you guys were all pussies around here, and if you guys aren't going to do something about it, I am.
Q. Was it related to you by Mr. English that Mr. Bevevino had concerns about materials being released from Micore board when it was being used in the facility?
A. I don't know if he specifically said Micore board or not. He just said there's materials here that have carcinogenic in it.
Q. And after Mr. English reported that information to you, did you convey it to Ms. Forsyth?
A. I think Mr. English conveyed it to both of us in a memo.
Q. And did you discuss it with Miss Forsyth?
A. I would have discussed it with Miss Forsyth.
Q. And what did she say in response to the

Page 10

information?
A. I don't remember specifically.
Q. Did you report that information to Ms. Forsyth shortly after Mr. English conveyed it to you?
A. I think Mr. English had given Miss Forsyth a memo, so she would have had it also.
Q. Did you discuss that information with Ms. Forsyth shortly after you received the memo from Mr. English?
A. I possibly could have. I don't remember it offhand.
Q. You don't remember the timing?
A. No.
Q. Do you remember any of the substance of your conversation with Ms. Forsyth regarding the information conveyed by Mr. English, either verbally or in the form of a memo?
A. No.
Q. When the UNICOR facility at FCI McKean manufactured furniture products --
A. Um-hum.
Q. -- it utilized materials known as Micore board --
A. Yes.
Q. -- is that correct?
A. Yes.
Q. And the inmates within the facility would work,

Page 11

regularly work with that Micore board, would they not?
A. Certain areas would.
Q. Sawing and cutting of Micore board took place within the facility?
A. Yes, it did.
Q. Did you ever observe those operations while you were plant manager?
A. Well --
Q. Factory manager.
A. Sometimes I would be walking through the factory and --
Q. Do you have an office?
A. Yes.
Q. Where was that located?
A. Up in the mezzanine, above the factory floor.
Q. And how often were you present on the factory floor itself?
A. I'd try to get down to the floor a couple times a day. Usually first thing in the morning when I got there, I'd try to go around and see what the night shift might have done. And then probably sometime after lunch I would try to get down, if I had enough time.
Q. Did your responsibilities include monitoring production and schedules and the like?
A. Yes.

Page 12

Q. On the occasions that you were present on the factory floor, you did periodically see inmates cutting the Micore board?
A. Yes.
Q. All right. On the occasions that you observed inmates cutting the Micore board, did you notice how many boards at a time they would cut?
A. I think they could cut anywhere from one to four boards, depending on the thickness that they would cut, depending on -- we had two different sizes of Micore that we used different times throughout the --
Q. So the number of boards would vary?
A. Yes.
Q. And when you observed the inmates cutting the Micore board, were the inmates wearing any type of a mask?
A. Some of them would wear a dust mask, if they wanted it.
Q. You say "if they wanted it". What do you mean by that?
A. It was optional. If they wanted it. Because we had a dust-collection system.
Q. The inmates were not required to wear a mask? It was purely their option?
A. No, I think OSHA, after they came in, they said they could recommend that they could wear a mask.





a2bb66ee-5d0d-4e85-86d2-a2642e553556

Page 13

Q. What about goggles? Were they required to wear goggles?
A. They are supposed to wear safety glasses, steel-toed shoes, and in certain places, hearing protection.
Q. By safety glasses, I'm contrasting that with goggles that form-fit around the eye. These were just the standard safety glasses, plastic, that would sit on the face?
A. Yes.
Q. All right. Prior to OSHA's inspection, which I believe commenced in or around April of 2003, what did you know about Micore board?
A. Probably not a lot of it.
Q. Did you receive any training regarding the composition of Micore board?
A. No.
Q. In your observations of inmates working with Micore board, particularly in a sawing type of operation, did you notice that that operation generated dust?
A. I never saw any dust.
Q. You never saw any dust from the cutting of Micore board?
A. Not when I was around there, no.
Q. Did you ever see dust on the clothing of an inmate?

Page 14

A. No.
Q. How about on the table saw itself?
A. There could be possibly some dust, but not very much.
Q. Did you ever see inmates sweeping up dust from the floor around the tables?
A. Yeah, they would be sweeping.
Q. Okay. And when they would sweep it up, would they put it into piles?
A. They could sweep it into piles and put it in the dumpster.
Q. Where did you think that dust was coming from?
A. Could be coming from particle board, could be coming from Micore, I guess.
Q. And did you ever see dust in the hair, on the face of an inmate?
A. No.
Q. Did you ever see inmates using the pneumatic or air pressure devices to blow the dust off of equipment or themselves?
A. No, I didn't. But the foremen told me they could blow dust from underneath some of the bigger machines.
Q. What about on top of the machines? Could they do that?
A. I never saw them doing it, no.

Page 15

Q. Do you have any reason to believe that that occurred?
A. I imagine it could have occurred, yes.
Q. There was no -- you're not aware of any policy prohibiting that, are you?
A. No. I don't think they were supposed to, but I don't think there was anything in policy.
Q. What about blowing dust off of their clothing? Was there any policy in place to prohibit that?
A. They weren't supposed to, but I never saw it.
Q. Did you ever sit in on any training sessions or attend any training sessions where there was a discussion that that was not appropriate?
A. Not that I can remember.
Q. Did you ever review the MSDS sheet for Micore board?
A. Yes.
Q. When is the first time that you reviewed the MSDS sheet for Micore board?
A. When there was a complaint about it.
Q. When was there a complaint?
A. When Michael Hill complained.
Q. Do you recall the year that that occurred?
A. It would have been right around the OSHA time.
Q. Prior to Michael Hill's complaint, had you

Page 16

reviewed the MSDS sheet for Micore board?
A. No.
Q. Prior to Michael Hill's complaint, what, if anything, did you know regarding any health hazards or health effects associated with silica dust, Perlite, or any other material that could be generated from the cutting of Micore board?
A. Can you state that again? I missed the first part.
Q. Sure. What knowledge did you have, if any, regarding any health hazards or health effects associated with Micore board prior to Mr. Hill's Complaint?
A. Just whatever I would hear on TV or something about silica dust.
Q. You understood at least generally that silica dust could cause health problems?
A. Yes.
Q. And you were aware, were you not, that silica dust was one of the by-products from cutting Micore board, weren't you?
A. Yes. After reading the report, yes.
Q. Did you know that silica dust was a by-product of Micore board prior to the OSHA inspection?
A. No.
Q. Prior to Mr. Hill's complaint, had there been any

Page 17

complaints regarding dust, air quality, or anything associated with Micore board?

A. There was a complaint. I believe it was an anonymous complaint back in 2001.

Q. Do you know who originated the complaint back in 2001?

A. No idea.

Q. After the complaint in 2001, and before the OSHA inspections, did you review any of the MSDS sheets?

A. Before when?

Q. Between the Complaint that was received in 2001 and the OSHA inspection in 2003, did you review any MSDS sheets?

A. No.

Q. Am I correct that to your knowledge, the UNICOR facility did not provide any training to inmates regarding any potential health hazards associated with the cutting of Micore board?

A. Not that I can remember.

Q. The use of masks in the facility, that was purely optional on the part of the --

A. Yes. They were available to anybody that wanted one.

Q. But it was purely their option, was it not?

A. Yes.

Page 18

Q. And am I correct that there was no training provided to inmates regarding the circumstances under which they might want to use a mask?

A. That would also be in our safety videos or through the foremen themselves.

Q. But, to your knowledge, there was nothing in the safety videos dealing with when to use a mask and when not to, was there?

A. I don't know. I didn't watch a lot of videos. I was usually working, and they are showing them every month.

Q. So if that's in there, you're not personally aware of it.

A. No.

Q. And you have no personal knowledge of any supervisor providing any training regarding when an inmate would want to utilize a mask during operations at UNICOR. Is that a correct statement?

A. Yes.

Q. Were there any policies in place at UNICOR regarding requirements for clothing?

A. Requirements for clothing?

Q. Um-hum.

A. They had to wear tight-fitting clothing.

Q. To avoid --

A. Around -- working around machinery.

Page 19

Q. So loose-fitting clothing could get caught in the operational part of the machine --

A. Yes.

Q. -- and pull the person's arm into --

A. Yes.

Q. Okay. Other than that, were there any other requirements for clothing?

A. No, not that I can think of.

Q. Are you familiar with a material known as Lokweld 860/861?

A. Yes.

Q. Okay. What is your understanding as far as that substance?

A. It's a glue we use for our post forming line.

Q. And in what area or areas of the UNICOR facility was Lokweld utilized?

A. In our midwest -- midwest post forming machine.

Q. Where is that located?

A. It was located right below the mezzanine on the factory floor.

Q. And explain to me how the Lokweld was utilized in the post forming operation with that machine.

A. We had drums, 55-gallon drums, and we kept them in a flammable cabinet. And it was pumped from there into the spray booth, where automatic heads sprayed the glue onto the

Page 20

particle board and onto the laminate. And then it would go through a drying tunnel, and then they would put the piece of laminate on top of the particle board and send it down the line, put it through a pinch roller, where it would pinch the two together, and it would go down the line further, and then there would be a -- heaters in the post forming part of the machine where it would bend the laminate around the edge of the particle board. It was a rounded edge.

Q. Was Lokweld used in any other area of the facility?

A. It was used in another part of the factory. Special projects area.

Q. How was it utilized there?

A. We would make furniture for different parts of the institution, and they would get some of the Lokweld and put it in -- a small amount in a five-gallon bucket, and they would take a roller and roll it onto the laminate or -- and glue it onto the particle board that way.

Q. So the Lokweld would be transferred to a five-gallon bucket, and then that five-gallon bucket would be positioned in the special projects area?

A. Yes.

Q. And how did the inmates apply the Lokweld? Did they take a brush, dip it in the bucket?





a2bb66ee-5d0d-4e85-86d2-a2642e553556

A. Took a roller, usually a small roller, dipped it in the bucket, then rolled it onto the laminate or onto the particle board.

Q. Was there any requirement that inmates use any type of a mask in that operation?

A. No.

Q. To your knowledge, was there any specific training provided regarding the use of Lokweld?

A. No.

Q. Did you ever have any conversations with Robin Bevevino regarding air quality, Micore board, or Lokweld?

A. No. The only thing was that memo that Mr. English did.

Q. And by "that memo", let me just have you identify that.

(Discussion held off the record.)

Q. I'm going to show you what was previously marked as Housler Deposition Exhibit 2. And tell me if that's the memo to which you're referring. And for clarification --

A. The date is not right.

Q. The date is wrong?

A. Yeah, the date is wrong.

Q. That memo, am I correct, would have been dated sometime in April of 2003?

A. Yes.



Q. All right. And as I understand it from counsel, what happens is when that memo is reprinted from the computer system, there's an automatic date update. That's why you're seeing a 2006 date.

So with that clarification and that correction, is that the memo --

A. Yes.

Q. -- that you're referring to?

A. It looks like it, yes.

Q. Okay. Did you personally investigate or look into any of the matters described in the memo that's been marked as Housler Exhibit 2?

A. I would have talked to Miss Forsyth about that, because I know she got one.

Q. And other than discussing this memo with Ms. Forsyth, did you take any further action regarding the content of the memo?

A. With Mr. Bevevino?

Q. With anyone.

A. I ordered -- I called and got new -- new upgraded MSDS sheets on the Micore, the Lokweld, and -- I forget what the other one was now.

Q. There was some other material? Go ahead. If you would like to look at Exhibit 2 to try to refresh your recollection.



A. (Witness complies.) I can't think what the other one was right now. I thought there was a third one. It might come to me.

Q. Okay. In any case, your recollection is that after you received a copy of the memo that's been marked as Housler Exhibit 2, you ordered new MSDS sheets for Micore board and for Lokweld.

A. Yes.

Q. Other than that, did you take any other action?

A. No.

Q. I'm going to show you what was previously marked as Housler Exhibit 1. This is a document received from the U.S. Department of Labor, Occupational Safety and Health Administration. And, actually, there's three pages, I think, to that document. Let me put those together for you. Take a minute and review Housler Exhibit 1 and tell me if you have ever seen that before.

A. (Witness complies.) No, I haven't seen -- this is all together?

Q. Yes.

A. Oh.

(Discussion held off the record.)

A. No, I -- I have never seen this.

Q. Take a look at the first page of Housler Exhibit 1. You'll see that there's a handwritten narrative there



describing conditions at the UNICOR facility. And if you'd review that and then tell me if there's anything in that description with which you would disagree factually.

A. (Witness complies.) I don't -- what -- what is that right there (indicating)?

Q. BOP. Bureau of Prisons staff.

A. I didn't -- I never heard about any complaining about any irritation of their eyes or their skin. I mean, we had a dust-collection system in there that would suck everything out of the air that I ever saw.

Q. Do you have any knowledge, Mr. Sapko, of any complaints of skin, eye, or respiratory irritation?

A. No. I never heard anybody complain about it. Until Michael Hill.

Q. You learned of Mr. Hill. Did you learn of any other complaints?

A. There was a few others after Mr. Hill. I think Mr. -- another Mr. Hill, Mr. Ward, and Mr. Kelly. Mr. Siggers.

Q. I understand that there was some air testing done in connection with the OSHA inspection. Do you have any knowledge of that?

A. Some, yes.

Q. What is the extent of your knowledge regarding the air quality testing?

A. That they came in and didn't really find very much.
Q. Prior to the -- let me ask you, do you have any knowledge of any air quality testing prior to 2003, when OSHA inspected?
A. Just Microbac Labs in 2001.
Q. And that was testing performed after an OSHA complaint?
A. I believe it was.
Q. Did the staff at UNICOR make an effort to essentially clean up the facility prior to the air quality testing in 2001 and then again in 2003?
A. No. No.
Q. When did furniture manufacturing end at the UNICOR facility at McKean?
A. I think it might have been a year ago.
Q. Is the dust control system that was in place at the time furniture was manufactured still there?
A. Yes.
Q. Is it utilized for the current operations?
A. One -- one of them is and one of them is not. We still --
Q. Which one is still there and in use?
A. I don't know how you want me to describe that.
Q. Were there two -- two dust-collection systems?



A. Yes.
Q. Were they identical in design?
A. Yes.
Q. All right. And now there's only one system in use?
A. They are both still there. The one, we took out a lot of the ductwork, but it still can be hooked up and be used.
Q. And the other dust-collection system that was in place during furniture manufacturing, it's still there and still being used.
A. Yes.
Q. All right. Has there been any modification to its design?
A. No. Just different ductwork, might be, to put it to different types of machines. We moved machinery around.
Q. Okay. Are table saws still used in connection with manufacturing operations?
A. There's a table saw, radial arm saw.
Q. Okay.
(Discussion held off the record.)
Q. Who was principally responsible for matters of occupational safety and health at the UNICOR facility? In let's say, you know, 2001 through the end of 2003?
A. Steve Housler was the head of the safety



department.
Q. And you indicated that everyone involved in the management there and the staff, they would have had some responsibility for safety and health.
A. Yes.
Q. All right. Did you ever have any discussions with Ms. Forsyth regarding air quality testing?
A. Just -- you mean from the reports from Microbac or --
Q. Well, let me ask you the more specific question. Did you ever discuss whether air quality testing should be performed?
A. In what time frame? I mean --
Q. At any time. But let's --
A. No.
Q. I'll narrow it between 2001 and the end of 2003.
A. I did not, no.
Q. Did she ever express any views to you as to whether she thought air quality testing was necessary or appropriate?
A. Well, I think once they got the report, anonymous, that went into OSHA, they decided we would have it voluntarily tested.
Q. Do you know -- well, I take it you are surmising that. My question is, did you actually discuss that



matter --
A. No.
Q. -- with Miss Forsyth?
A. No.
(Discussion held off the record.)
MR. LANZILLO: That's all I have, Mr. Sapko. Thank you.

CROSS-EXAMINATION

BY MR. COLVILLE:

Q. Mr. Sapko, let me ask you just a couple questions. The memorandum from Mr. English concerning the Bevevino discussion, did that memorandum reach your desk before or after the OSHA investigation of 2003?
A. It would have got to me --
(Witness asked for clarification by the reporter.)
A. I said it would have been after, because Mr. Clabaugh came in on the 16th, and Mr. --
Q. So when you were asked about what actions you took or what investigation you did as a result of that, contemporaneously with receiving that memo you had an understanding that OSHA was there investigating the very complaints that are identified in the memorandum.
A. Yes.

Q. Okay. And then did you at some point receive a summary of OSHA's investigation, its findings, citations, et cetera?

A. Yes, we did. And we posted it in the UNICOR factory so all the inmates could see it.

Q. Now, there were a number of citations, and I guess there was also a set of recommendations that OSHA provided to BOP.

A. Yes.

Q. Were you involved in implementing or making any of the corrections that were -- regarding the citations or the recommendations that OSHA provided?

A. Through the staff in our department, we got all of the recommendations completed.

Q. It was your understanding of the recommendations that they were required or --

A. No, they were only recommendations. OSHA came in and said, you know, everything we were doing was right and these were just recommendations. Some of them -- some of them were to do with the machinery, which I thought OSHA should have taken that to the machine maker.

Q. Now, in spite of that, do you know whether or not any of the recommendations were implemented?

A. They were all implemented.

Q. That's, again, voluntarily.



A. Voluntarily, yes.

Q. Now, with regard to the citations that were issued, concerning their findings or the investigation, do you know of any citation issued that wasn't corrected by BOP?

A. No, I do not. No, they were all corrected.

Q. At any time prior to Michael Hill coming and complaining to you, did any inmate or staff member ever complain to you about their belief that they were injured while working on the work floor as a result of Micore products or Lokweld products?

A. No.

Q. Did anybody come to you, staff or inmate, and ask that they be provided with a respirator while working with Lokweld or Micore board?

A. No. No one ever came to me.

Q. When Michael Hill came to complain to you about -- what did he complain to you about?

A. He didn't actually complain to me personally. He sent a BP-8, I think, to -- I don't know who it actually went to. But we had a meeting up -- up in one of the units. They called all the -- called the safety department, his unit manager, myself, Miss Fantasky, and we went over his complaint.

Q. And was Michael Hill's complaint made before or



after the OSHA investigation?

A. I think it was made after.

Q. All right. Do I take it his complaint was the complaint we're all here about today; that he believed he was being exposed to hazardous --

A. Yes.

Q. -- air quality; Micore product, Lokweld?

A. Yes.

Q. All right. As a result of those complaints, what did you do?

A. At that meeting, I didn't do anything. Mr. Housler did all the talking at that meeting. I was there to give any information that he would have had about UNICOR.

Q. What happened ultimately?

A. Mr. Housler told him that if you -- you know, he told him we did testing in 2001, and we have a dust-collection system there that is twice the size that we actually need for the factory, and he -- but if he still thought that he had a complaint, that we would take him out of UNICOR until we -- OSHA would come in and do their testing.

Q. So then his complaint was before OSHA came in?

A. No. It was after OSHA. Because OSHA was going to be coming in.



Q. I'm not following that. If you told him that he could -- that we would take him off the work floor until OSHA came in and did their testing --

A. Because we knew OSHA was coming in to test.

Q. Okay. I see.

A. And we knew OSHA was coming in to test, and we actually, I think -- a couple days later they told him that he could come back to work, but he did not want to come back to work until he -- until the OSHA tests were in.

Q. All right. Ultimately, the OSHA tests were conducted, and we have those results.

A. Yes.

Q. Were those results shared with Mr. Hill?

A. I believe so, yes.

Q. And did -- was he offered or allowed to come back at that point?

A. Well, yes, after that. But, I mean, he came back before that and wanted to get hired back in UNICOR. And we told him -- I told him that the OSHA report wasn't in. Miss Forsyth later told me that he could come in and work.

MR. COLVILLE: That's all I have. Doug, do you have anything?

MR. GOLDRING: No, nothing.

REDIRECT EXAMINATION





a2bb66ee-5d0d-4e85-86d2-a2642e553556

Page 33

BY MR. LANZILLO:

Q. Just a quick follow-up to make sure I'm clear on the sequence here.

There was a Complaint to OSHA in 2001, correct?

A. Yes.

Q. Then there was some other complaint prior to OSHA notifying you that they were coming in, in 2003. Correct?

A. I'm not sure. I know there was an anonymous one, but I don't know what the time frame was.

Q. All right. Well, you've got a 2001 complaint, and then there was an OSHA inspection commencing in April of 2003. Right?

A. (Witness nods head.)

Q. You have to say yes.

A. Oh. Yes. Sorry.

Q. Is it your understanding that that OSHA inspection was prompted by someone's complaint?

A. Yes.

Q. Okay. And then after you learned that OSHA was coming in to inspect, you received a complaint from Kenny Hill.

A. I think it was Michael Hill.

Q. Michael Hill, excuse me. Michael Hill. Yes.

A. Yes.

Page 34

Q. Okay. And you also received, after that point, complaints from other inmates similar to Michael Hill's complaint.

A. Yes.

Q. Now, in response to one of Mr. Colville's questions, you indicated that the folks at OSHA told you -- and this is a quote, I think. Quote, everything we were doing was all right -- or was right, but they had some recommendations to make?

A. They didn't actually tell me that, you know. They just -- there was recommendations. I just thought everything was okay, if they were only recommendations.

Q. Would you agree with me that OSHA issued a number of citations to the facility?

A. Yes.

Q. Many of which were classified as serious violations.

A. What do you mean by "serious"?

Q. That OSHA described a number of violations as serious violations in their report to you. Are you aware of that?

A. I didn't realize they were that serious, no.

Q. Okay. Did you consider any of the violations identified in the OSHA report to be serious violations?

A. Some possibly could be, yes.

Page 35

Q. And certain violations dealing with the lack of a system for notification of hazards associated with products such as Lokweld and Micore board, they were described as "other"? Do you remember that?

A. No.

Q. Okay. When is the last time you reviewed the OSHA report?

A. Probably after we had all of the recommendations.

MR. LANZILLO: That's all. Thank you.

MR. COLVILLE: No other questions. We'll waive.

(Deposition concluded at 12:40 p.m.)





a2bb66ee-5d0d-4e85-86d2-a2642e553556

**A**

**about** 4:15 8:22 9:12 9:14 13:1,12 14:2,23 15:8,20 16:14 22:13 24:7,8,13 28:20 30:9 30:17,18 31:4,13
**above** 11:15
**action** 22:16 23:9
**actions** 3:8 28:20
**actually** 23:14 27:25 30:19,20 31:19 32:7 34:10
**address** 4:6
**Administration** 23:14
**affirmative** 3:19
**after** 9:19 10:4,8 11:21 12:24 16:21 17:8 23:5 24:17 25:7 28:15,18 31:1,2,24 32:17 33:20 34:1 35:8
**again** 16:8 25:12 29:25
**ago** 25:16
**agree** 34:13
**ahead** 22:23
**air** 14:19 17:1 21:11 24:10,20,25 25:4,11 27:7,11,19 31:7
**al** 1:3,5
**allowed** 32:15
**ambiguous** 3:22
**amount** 20:17
**Andrew** 4:5
**anonymous** 17:4 27:21 33:9
**another** 20:12 24:18
**answer** 3:18,20
**anybody** 17:22 24:13 30:13
**anyone** 22:19
**anything** 8:10,15 15:7 16:4 17:1 24:2 31:11 32:22
**anywhere** 12:8
**apply** 20:24
**appropriate** 15:13 27:20
**Approximately** 4:21
**April** 9:6 13:11 21:24 33:12
**area** 6:6 19:15 20:10 20:13,22
**areas** 11:2 19:15
**arm** 19:4 26:19
**around** 9:6,11 11:20 13:6,11,23 14:6 15:24 18:25,25 20:8 26:16
**asked** 28:17,20
**assistant** 4:23 5:1
**associated** 16:5,11 17:2 17:17 35:2
**attend** 15:12
**attended** 5:14,21
**Attorney** 1:19
**AUSA** 1:18
**automatic** 19:25 22:3
**available** 17:22
**avoid** 18:24
**aware** 15:4 16:18 18:11 34:20
**a.m** 1:10

**B**

**back** 17:4,5 32:8,8,15 32:17,18
**baggage** 6:15
**Basically** 6:20
**becoming** 4:17 5:1
**before** 1:9 6:9 17:8,10 23:17 28:14 30:25 31:23 32:18
**being** 5:1 9:14,15 26:11 31:5
**belief** 30:9
**believe** 13:11 15:1 17:3 25:9 32:14
**believed** 31:4
**below** 19:19
**bend** 20:7
**between** 17:11 27:16
**Bevevino** 8:22 9:4,8,10 9:14 21:11 22:18 28:13
**bigger** 14:22
**blow** 14:19,22
**blowing** 15:8
**board** 9:15,16 10:21 11:1,3 12:3,6,15 13:12,15,18,22 14:13 15:16,19 16:1,7,12 16:19,23 17:2,18 20:1,3,8,19 21:3,11 23:7 30:15 35:3
**boards** 12:7,9,12
**book** 9:7
**booth** 19:25
**BOP** 24:6 29:8 30:5
**both** 3:12 9:21 26:6
**BP-8** 30:20
**Bradford** 4:7 5:11 6:23 7:5,10
**brush** 20:25
**bucket** 20:17,21,21,25 21:2
**Bureau** 24:6
**by-product** 16:22
**by-products** 16:19

**C**

**C** 1:18
**cabinet** 19:24
**called** 22:20 30:22,22
**came** 9:9 12:24 25:1 28:19 29:17 30:16,17 31:23 32:3,17
**carcinogenic** 9:18
**carpentry** 6:2
**case** 23:4
**caught** 19:1
**cause** 16:16
**Central** 5:11
**certain** 9:6 11:2 13:4 35:1
**certificate** 5:23,24 6:1
**cetera** 29:3
**chart** 8:5
**Chemical** 6:8,13,22 7:3 7:10
**chlorination** 7:1
**Christian** 5:11
**circumstances** 18:2
**citation** 30:4
**citations** 29:2,6,11 30:2 34:14
**City** 6:23 7:5,10
**Clabaugh** 28:19
**clarification** 21:19 22:5 28:17
**classified** 34:16
**clean** 25:11
**clear** 3:14 33:3
**clearly** 3:24
**clothing** 13:24 15:8 18:20,21,23 19:1,7
**college** 5:8,9,15,18,21 5:22
**Colville** 1:18 2:5 28:10 32:21 35:10
**Colville's** 34:5
**come** 9:5 23:3 30:13 31:21 32:8,8,15,20
**coming** 14:12,13,14 30:7 31:25 32:4,6 33:8,21
**commenced** 13:11
**commencing** 1:10 33:12
**Commonwealth** 1:10
**community** 5:9,22
**complain** 24:13 30:9,17 30:18,19
**complained** 15:22
**complaining** 24:7 30:8
**complaint** 15:20,21,25 16:3,12,25 17:3,4,5,8 17:11 25:8 30:24,25 31:3,4,20,23 33:5,7 33:11,18,21 34:3
**complaints** 17:1 24:12 24:16 28:24 31:9 34:2
**completed** 29:14
**complies** 23:1,18 24:4
**composition** 13:15
**computer** 22:3
**concerning** 3:10 28:13 30:3
**concerns** 9:14
**concluded** 35:12
**conditions** 3:10 24:1
**conducted** 32:11
**connection** 24:21 26:17
**consider** 34:23
**Constructional** 6:2
**contemporaneously** 28:22
**content** 22:17
**contrasting** 13:5
**control** 25:17
**conversation** 10:14
**conversations** 21:10
**convey** 9:20
**conveyed** 9:21 10:4,15
**copy** 23:5
**Corporation** 6:8
**correct** 10:23 17:15 18:1,17 21:23 33:5,8
**corrected** 30:4,6
**correction** 22:5
**corrections** 29:11
**counsel** 22:1
**couple** 11:18 28:12 32:7
**court** 1:1 3:13
**crew** 8:3
**Cross-examination** 2:5 28:9
**CRR** 1:24
**current** 4:6 25:20
**cut** 12:7,8,9
**cutting** 11:3 12:2,6,14 13:21 16:6,19 17:17
**C.A** 1:3,3,4,4,5

**D**

**D** 2:1
**date** 21:20,21,22 22:3,4
**dated** 21:23
**day** 11:19
**days** 32:7
**DC** 1:22
**dealing** 18:7 35:1
**Debbie** 7:21
**December** 1:10
**decided** 27:22
**Defendants** 1:6,18
**defensive** 9:10
**degree** 5:23,24
**department** 6:23 7:10 7:11 23:13 27:1 29:13 30:22
**depending** 12:9,10
**deposition** 1:9 3:9 21:18 35:12
**describe** 25:24
**described** 22:11 34:19 35:3
**describing** 24:1
**description** 24:3
**design** 26:2,14
**desk** 28:14
**devices** 14:19
**different** 12:10,11 20:15 26:15,16
**dip** 20:25
**dipped** 21:1
**direct** 2:4 3:4 8:8
**directly** 7:23
**disagree** 24:3
**discuss** 8:25 9:23 10:7 27:11,25
**discussed** 9:24
**discussing** 22:15
**discussion** 15:12 21:16 23:22 26:21 28:5,14
**discussions** 27:6
**DISTRICT** 1:1,1
**document** 23:12,15
**doing** 14:25 29:18 34:8
**done** 11:21 24:20
**Doug** 32:21
**Douglas** 1:21
**down** 11:18,22 20:3,5
**drums** 19:23,23
**drying** 20:2
**ductwork** 26:7,15
**duly** 3:2
**dumpster** 14:11
**during** 8:18 18:16 26:10
**dust** 12:16 13:19,20,21 13:24 14:3,5,12,15 14:19,22 15:8 16:5 16:14,15,18,22 17:1 25:17
**dust-collection** 12:21 24:9 25:25 26:9 31:18

**E**

**E** 2:1
**each** 3:15
**edge** 20:8,9
**education** 5:7,20
**effects** 16:5,11
**effort** 25:10
**either** 7:10 10:15

**employed** 4:8,9,14
**employees** 7:22
**end** 3:16 25:14 26:24 27:16
**English** 8:22 9:3,8,13 9:19,21 10:4,5,8,15 21:12 28:13
**enough** 4:2 11:22
**ensure** 3:14
**equipment** 14:19
**Erie** 1:3,3,4,4,5,11,17
**Esquire** 1:15,18,21
**essentially** 25:11
**et** 1:3,5 29:2
**ever** 8:19 11:6 13:24 14:5,15,18 15:11,15 21:10 23:17 24:10 27:6,11,18 30:8,16
**every** 18:10
**Everybody** 7:19
**everyone** 27:2
**everything** 24:10 29:18 34:7,12
**exactly** 8:10
**examination** 2:4,6 3:4 32:25
**Except** 8:1
**excuse** 33:24
**Exhibit** 21:18 22:12,24 23:6,12,16,24
**explain** 19:21
**exposed** 31:5
**express** 27:18
**extent** 5:7 24:24
**eye** 13:6 24:12
**eyes** 24:8

**F**

**face** 13:8 14:15
**facility** 3:10 8:5,19 9:15 10:18,25 11:4 17:16,20 19:15 20:11 24:1 25:11,15 26:23 34:14
**factory** 4:19,20,22,23 5:2 7:14 8:6,18 11:9 11:10,15,16 12:2 19:20 20:12 29:5 31:19
**factually** 24:3
**fair** 4:1
**familiar** 19:9
**Fantasky** 30:23
**far** 19:12
**FCI** 3:11 4:10,14 6:5,9 7:15 8:5 10:18
**Federal** 1:21
**Ferguson** 1:9,24,25
**few** 24:17
**filtration** 7:1
**finally** 3:23
**find** 9:7,9 25:1
**findings** 29:2 30:3
**first** 1:22 3:1 11:19 15:18 16:8 23:24
**fit** 8:4
**five** 7:4
**five-gallon** 20:17,21,21
**flammable** 19:24
**floor** 8:1 11:15,17,18 12:2 14:6 19:20 30:10 32:2
**folks** 34:6
**following** 32:1
**follows** 3:2
**follow-up** 33:3
**foremen** 8:1 14:21 18:5
**forget** 22:21
**form** 10:15
**formal** 7:9
**forming** 19:14,17,22 20:7
**form-fit** 13:6
**Forsyth** 7:21 8:16,17 8:20,24 9:20,23,24 10:3,5,7,14 22:13,16 27:7 28:3 32:20
**four** 12:8
**frame** 27:13 33:10
**from** 5:10,12 9:15 10:8 12:8 13:21 14:5,12 14:13,14,22 16:6,19 19:24 22:1,2 23:12 27:8,8 28:13 33:21 34:2
**full** 4:4
**full-time** 7:8
**furniture** 10:19 20:15 25:14,18 26:10
**further** 20:6 22:16

**G**

**generally** 16:15
**generated** 13:19 16:6
**give** 31:13
**given** 10:5
**glasses** 13:3,5,7
**glue** 19:14,25 20:19
**go** 5:17 11:20 20:1,5 22:23
**goggles** 13:1,2,6
**going** 3:18,20 9:12 21:17 23:11 31:24
**Goldring** 1:21 32:23
**Gordon** 4:7
**Gornall** 1:11,16
**graduate** 5:10,12
**Grant** 1:19
**guess** 14:14 29:6
**guys** 9:11,11

**H**

**hair** 14:15
**half** 4:15
**handwritten** 23:25
**happened** 31:15
**happens** 22:2
**happy** 4:1
**Haven** 5:18
**having** 3:1
**hazardous** 31:5
**hazards** 16:4,11 17:17 35:2
**head** 3:16 26:25 33:14
**heads** 19:25
**health** 6:6,17 7:9,18 8:19 16:4,5,11,11,16 17:17 23:13 26:23 27:4
**hear** 3:24 16:13
**heard** 24:7,13
**hearing** 13:4
**heaters** 20:6
**held** 4:11 21:16 23:22 26:21 28:5
**high** 5:8,10,11,12
**Hill** 1:3 15:22 24:14,15 24:17,18 30:7,17 32:13 33:22,23,24,24
**Hill's** 15:25 16:3,12,25 30:25 34:2
**him** 31:16,17,20 32:1,2 32:7,19,19
**hired** 32:18
**hold** 4:24
**Holdnack** 1:25
**hooked** 26:7
**Housler** 8:4,7,13,15,20 8:25 21:18 22:12 23:6,12,16,24 26:25 31:12,16
**huh-uh** 3:21

**I**

**idea** 17:7
**identical** 26:2
**identified** 28:24 34:24
**identify** 21:14
**imagine** 15:3
**immediate** 7:20
**implemented** 29:23,24
**implementing** 29:10
**importantly** 3:23
**Inc** 1:25
**include** 11:23
**incomplete** 3:17
**indicated** 5:14 27:2 34:6
**indicating** 24:5
**industries** 1:21 4:10,12 4:18 5:4
**information** 9:19 10:1 10:3,7,14 31:13
**injured** 30:9
**inmate** 13:25 14:16 18:15 30:8,13
**inmates** 10:25 12:2,6 12:14,15,22 13:17 14:5,18 17:16 18:2 20:24 21:4 29:5 34:2
**inspect** 33:21
**inspected** 25:5
**inspection** 13:10 16:23 17:12 24:21 33:12,17
**inspections** 17:9
**institution** 20:16
**investigate** 22:10
**investigating** 28:23
**investigation** 28:15,21 29:2 30:3 31:1
**involved** 27:2 29:10
**irritation** 24:8,12
**issue** 9:3
**issued** 30:3,4 34:13
**issues** 8:9,11,20

**J**

**J** 1:5
**Janis** 1:9,24 3:13,16
**job** 4:18 7:14
**jobs** 6:7
**JOHN** 1:5
**joined** 6:9
**joining** 6:5
**just** 8:9 9:17 13:6 16:13 21:14 25:6 26:15 27:8 28:12 29:19 33:3 34:11,11

**K**

**K** 3:1
**Kelly** 24:18
**Kenny** 33:21
**kept** 19:23
**kind** 8:9
**knew** 32:4,6
**know** 3:25 9:16 13:12 16:4,22 17:5 18:9 22:14 25:24 26:24 27:24 29:18,22 30:4 30:20 31:16 33:9,10 34:10
**knowledge** 16:10 17:15 18:6,14 21:7 24:11 24:22,24 25:4
**known** 10:21 19:9
**Knox** 1:11,16

**L**

**L** 1:9,24
**Labor** 23:13
**laborer** 6:25
**laborer's** 6:20
**Labs** 25:6
**lack** 35:1
**LAMANNA** 1:5
**laminate** 20:1,3,7,18 21:2
**Lanzillo** 1:15 2:4,6 3:5 3:7 28:6 33:1 35:9
**last** 35:6
**later** 32:7,20
**learn** 24:15
**learned** 24:15 33:20
**least** 16:15
**let** 3:25 21:14 23:15 25:3 27:10 28:12
**let's** 26:24 27:14
**like** 3:21 9:6 11:24 22:9 22:24
**line** 19:14 20:4,5
**little** 7:4
**located** 11:14 19:18,19
**Lock** 5:18
**Lokweld** 19:9,16,21 20:10,16,20,24 21:8 21:11 22:21 23:7 30:11,15 31:7 35:3
**long** 4:11,14,20,24 7:3 7:5
**longest** 7:6
**look** 22:10,24 23:24
**looking** 9:6
**looks** 22:9
**loose-fitting** 19:1
**lot** 13:13 18:9 26:7
**lunch** 11:21

**M**

**M** 3:1
**machine** 19:2,17,22 20:7 29:21
**machinery** 18:25 26:16 29:20
**machines** 14:22,23 26:16
**made** 30:25 31:2
**make** 7:19 20:15 25:10 33:3 34:9
**maker** 29:21
**making** 29:10
**management** 27:3
**manager** 4:19,20,22,23 5:2 7:15 8:6,18 11:7 11:9 30:23
**manufactured** 10:19 25:18
**manufacturing** 25:14 26:10,18
**many** 12:6 34:16

**marked** 21:17 22:11 23:5,11
**Martin** 1:9 2:3 4:5
**mask** 12:15,16,22,25 18:3,7,16 21:5
**masks** 17:20
**material** 16:6 19:9 22:23
**materials** 7:16 9:14,17 10:21
**matter** 5:25 28:1
**matters** 22:11 26:22
**McKean** 3:11 4:10,14 6:5,10 7:15 8:5 10:18 25:15
**McLaughlin** 1:11,16
**mean** 8:16 12:18 24:8 27:8,13 32:17 34:18
**meeting** 30:21 31:11,12
**member** 30:8
**memo** 9:22 10:5,8,16 21:12,14,19,23 22:2 22:6,11,15,17 23:5 28:22
**memorandum** 28:13,14 28:24
**mezzanine** 11:15 19:19
**Michael** 1:3,18 15:22 15:25 16:3 24:14 30:7,17,25 33:23,24 33:24 34:2
**Micore** 9:15,16 10:21 11:1,3 12:3,6,10,15 13:12,15,18,21 14:14 15:15,19 16:1,7,12 16:19,23 17:2,18 21:11 22:21 23:6 30:10,15 31:7 35:3
**Microbac** 25:6 27:8
**midwest** 19:17,17
**might** 11:20 18:3 23:3 25:16 26:15
**minute** 23:16
**miss** 3:16 8:16,17,24 9:23,24 10:5 22:13 28:3 30:23 32:19
**missed** 16:8
**modification** 26:13
**monitoring** 11:23
**month** 18:10
**more** 27:10
**morning** 11:19
**most** 3:23
**mostly** 6:25
**moved** 26:16
**MSDS** 9:7,7 15:15,18 16:1 17:9,12 22:21 23:6
**much** 14:4 25:2
**myself** 30:23

**N**

**N** 2:1 3:1
**name** 3:7 4:4
**narrative** 23:25
**narrow** 27:16
**nature** 9:2
**necessary** 27:19
**need** 31:19
**negative** 3:20
**never** 13:20,21 14:25 15:10 23:23 24:7,13
**new** 22:20,20 23:6
**night** 8:2,2 9:9 11:20
**nods** 33:14
**Notary** 1:9
**nothing** 18:6 32:23
**notice** 12:6 13:19
**notification** 35:2
**notifying** 33:8
**number** 12:12 29:6 34:13,19
**NW** 1:22

**O**

**O** 3:1
**observations** 13:17
**observe** 11:6
**observed** 12:5,14
**occasions** 12:1,5
**occupational** 6:17 7:18 8:19 23:13 26:23
**occurred** 15:2,3,23
**off** 7:6 14:19 15:8 21:16 23:22 26:21 28:5 32:2
**offered** 32:15
**offhand** 10:10
**office** 1:19 11:12
**offices** 1:10
**often** 3:21 11:16
**Oh** 23:21 33:16
**oil** 6:15
**okay** 8:11 14:8 19:6,12 22:10 23:4 26:17,20 29:1 32:5 33:20 34:1 34:12,23 35:6
**once** 27:21
**one** 5:8,14 6:7 8:21,21 12:8 16:19 17:23 22:14,22 23:2,2 25:21,21,21,23 26:4 26:6 30:16,21 33:9 34:5
**only** 8:21 21:12 26:4 29:17 34:12
**onto** 19:25 20:1,18,19 21:2,2
**operated** 7:1
**operation** 13:18,19 19:22 21:5
**operational** 19:2
**operations** 11:6 18:16 25:20 26:18
**opposed** 3:15
**option** 12:23 17:24
**optional** 12:20 17:21
**ordered** 22:20 23:6
**ordering** 7:16
**organizational** 8:5
**originated** 17:5
**OSHA** 9:5 12:24 15:24 16:23 17:8,12 24:21 25:5,7 27:22 28:15 28:23 29:7,12,17,20 31:1,21,23,24,24 32:3,4,6,9,10,19 33:5 33:7,12,17,20 34:6 34:13,19,24 35:6
**OSHA's** 13:10 29:2
**other** 6:7,7 16:6 19:6,6 20:10 22:15,22,23 23:1,9,9 24:16 26:9 33:7 34:2 35:4,10
**others** 24:17
**out** 24:10 26:6 31:20
**over** 4:15 7:4 30:23
**own** 9:2

**P**

**P** 3:1
**PA** 1:17,20
**packaging** 6:15
**page** 23:24
**pages** 23:14
**part** 16:9 17:21 19:2 20:7,12
**particle** 14:13 20:1,3,8 20:19 21:3
**particularly** 13:18
**parts** 20:15
**part-time** 7:7
**PC** 1:11,16
**Pennsylvania** 1:1,10,11 4:7
**performed** 25:7 27:12
**periodically** 12:2
**Perlite** 16:5
**personal** 18:14
**personally** 18:11 22:10 30:19
**person's** 19:4
**phrased** 3:25
**phrases** 3:21
**physical** 5:20
**piece** 20:2
**piles** 14:9,10
**pinch** 20:4,5
**Pittsburgh** 1:20
**place** 7:19 9:8 11:3 15:9 18:19 25:17 26:10
**places** 13:4
**Plaintiff** 1:3
**Plaintiffs** 1:15 3:8
**plant** 6:15 11:7
**plastic** 13:7
**please** 4:4
**pneumatic** 14:18
**point** 29:1 32:16 34:1
**policies** 18:19
**policy** 8:12 15:4,7,9
**position** 4:11,24 5:2,4 6:14,20,24
**positioned** 20:22
**possibly** 7:12 10:9 14:3 34:25
**post** 19:14,17,22 20:6
**posted** 29:4
**potential** 17:17
**present** 11:16 12:1
**presently** 4:8,9
**pressure** 14:19
**previously** 21:17 23:11
**primarily** 3:10
**principally** 26:22
**prior** 4:17,22 5:1 6:5 6:11,22 13:10 15:25 16:3,12,23,25 25:3,4 25:11 30:7 33:7
**Prison** 1:21
**Prisons** 24:6
**probably** 6:7 11:21 13:13 35:8
**problems** 16:16
**procedure** 8:12
**product** 31:7
**production** 7:16 11:24
**products** 6:16 10:19 30:11,11 35:2
**program** 6:3
**prohibit** 15:9
**prohibiting** 15:5
**projects** 20:13,22
**promotion** 5:5
**prompted** 33:18
**protection** 13:4
**provide** 17:16
**provided** 18:2 21:8 29:7,12 30:14
**providing** 18:15
**Public** 1:9
**pull** 19:4
**pumped** 19:24
**purely** 12:23 17:20,24
**pussies** 9:11
**put** 14:9,10 20:2,4,16 23:15 26:15
**p.m** 35:12

**Q**

**quality** 17:1 21:11 24:25 25:4,11 27:7 27:11,19 31:7
**question** 3:18,24 4:1 27:10,25
**questions** 3:9,12,15 28:12 34:6 35:10
**quick** 33:3
**quote** 34:7,7

**R**

**R** 3:1
**radial** 26:19
**reach** 28:14
**reading** 16:21
**realize** 34:22
**really** 7:12 25:1
**reason** 15:1
**recall** 15:23
**receive** 5:23 6:5 13:14 29:1
**received** 10:8 17:11 23:5,12 33:21 34:1
**receiving** 6:16 28:22
**recollection** 22:25 23:4
**recommend** 12:25
**recommendations** 29:7 29:12,14,15,17,19,23 34:9,11,12 35:8
**record** 3:22 21:16 23:22 26:21 28:5
**Redirect** 2:6 32:25
**referring** 21:19 22:8
**refresh** 22:24
**regard** 30:2
**regarding** 9:3 10:14 13:14 16:4,11 17:1 17:16 18:2,15,20 21:8,11 22:16 24:24 27:7 29:11
**regularly** 11:1
**related** 3:8 9:13
**relative** 7:17 8:4
**released** 9:14
**remember** 7:11,12 9:1 10:2,9,11,13 15:14 17:19 35:4
**repeat** 4:1
**rephrase** 4:1
**report** 8:12,14,15,19 8:23 10:3 16:21 27:21 32:19 34:20,24 35:7
**reported** 1:24 7:22 8:21,24 9:3,19
**reporter** 3:13 28:17
**reporting** 1:25 8:8
**reports** 27:8

**represent** 3:7
**reprinted** 22:2
**required** 12:22 13:1 29:16
**requirement** 21:4
**requirements** 18:20,21 19:7
**respirator** 30:14
**respiratory** 24:12
**respond** 3:15
**response** 9:25 34:5
**responses** 3:12
**responsibilities** 7:14,17 11:23
**responsibility** 27:4
**responsible** 6:17 26:22
**result** 28:21 30:10 31:9
**results** 32:11,13
**review** 15:15 17:9,12 23:16 24:2
**reviewed** 15:18 16:1 35:6
**Rich** 3:7
**Richard** 1:15
**right** 6:11 9:8 12:5 13:10 15:24 19:19 21:20 22:1 23:2 24:5 26:4,13 27:6 29:18 31:3,9 32:10 33:11 33:13 34:8,8
**Robin** 21:10
**roll** 20:18
**rolled** 21:2
**roller** 20:4,18 21:1,1
**rounded** 20:8
**RPR** 1:24

S

**S** 3:1
**safe** 7:19
**safety** 6:6,18 7:9,18 8:9 8:11,20 13:3,5,7 18:4 18:7 23:13 26:23,25 27:4 30:22
**Sapko** 1:9 2:3 3:7 4:5 24:11 28:6,12
**saw** 13:20,21 14:2,25 15:10 24:10 26:19,19
**sawing** 11:3 13:18
**saws** 26:17
**scheduled** 3:9
**schedules** 11:24
**scheduling** 7:16
**school** 5:8,10,11,12
**see** 11:20 12:2 13:24 14:5,15,18 23:25 29:5 32:5
**seeing** 22:4
**seen** 23:17,18,23
**send** 20:3
**Sennett** 1:11,16
**sent** 30:20
**sequence** 33:4
**serious** 34:16,18,20,22 34:24
**sessions** 15:11,12
**set** 29:7
**seven** 4:21 7:7
**shaking** 3:16
**shared** 32:13
**sheet** 15:15,19 16:1
**sheets** 9:7 17:9,13 22:21 23:6
**shift** 8:2,3 11:20
**shipping** 6:16
**shoes** 13:4
**shortly** 10:4,8
**show** 21:17 23:11
**showing** 18:10
**Siggers** 24:19
**silica** 16:5,14,15,18,22
**similar** 34:2
**Since** 4:21
**sir** 4:3
**sit** 13:7 15:11
**size** 31:18
**sizes** 12:10
**skin** 24:8,12
**small** 20:17 21:1
**some** 3:9 7:7,7 12:16 14:3,22 20:16 22:23 24:20,23 27:3 29:1 29:19,19 33:7 34:8 34:25
**someone's** 33:18
**something** 9:12 16:13
**sometime** 11:21 21:24
**Sometimes** 11:10
**Sorry** 33:16
**special** 20:13,22
**specific** 21:7 27:10
**specifically** 9:16 10:2
**spite** 29:22
**spray** 19:25
**sprayed** 19:25
**staff** 24:6 25:10 27:3 29:13 30:8,13
**standard** 13:7
**state** 4:4 5:18 16:8
**statement** 18:17
**States** 1:1,19
**steel-toed** 13:4
**Steve** 26:25
**still** 25:18,22,23 26:6,7 26:10,11,17 31:19
**Street** 1:11,16,19,22 4:7
**study** 5:19
**subject** 5:25
**substance** 10:13 19:13
**suck** 24:9
**Suite** 1:19
**summary** 29:2
**superintendent** 4:10,12 4:17 5:4
**supervisor** 5:3 7:20 8:2 8:14,16 18:15
**supposed** 13:3 15:6,10
**sure** 7:19 16:10 33:3,9
**surmising** 27:24
**sweep** 14:8,10
**sweeping** 14:5,7
**sworn** 3:2
**system** 7:1,2 12:21 22:3 24:9 25:17 26:4,9 31:18 35:2
**systems** 25:25

T

**T** 3:1
**table** 14:2 26:17,19
**tables** 14:6
**take** 20:18,25 22:16 23:9,16,24 27:24 31:3,20 32:2
**taken** 1:9 29:21
**talked** 9:8 22:13
**talking** 31:12
**tell** 21:18 23:16 24:2 34:10
**tenure** 8:18
**test** 32:4,6
**tested** 27:23
**testified** 3:2
**TESTIMONY** 2:3
**testing** 24:20,25 25:4,7 25:12 27:7,11,19 31:17,22 32:3
**tests** 32:9,10
**Thank** 28:7 35:9
**their** 12:23 15:8 17:24 24:8,8 30:3,9 31:21 32:3 34:20
**themselves** 14:20 18:5
**thickness** 12:9
**thing** 11:19 21:12
**things** 6:25
**think** 4:15,25 7:4,6 9:21 10:5 12:8,24 14:12 15:6,7 19:8 23:1,15 24:17 25:16 27:21 30:20 31:2 32:7 33:23 34:7
**third** 23:2
**though** 8:11
**thought** 23:2 27:19 29:20 31:20 34:11
**three** 4:25 23:14
**through** 11:10 18:4 20:2,4 26:24 29:13
**throughout** 12:11
**tight-fitting** 18:23
**time** 3:23 11:22 12:7 15:18,24 25:18 27:13 27:14 30:7 33:10 35:6
**times** 11:18 12:11
**timing** 10:11
**title** 4:18,22
**today** 3:9 31:4
**together** 20:5 23:15,19
**told** 9:9 14:21 31:16,17 32:1,7,19,19,20 34:6
**top** 14:23 20:3
**training** 6:6 7:9 13:14 15:11,12 17:16 18:1 18:15 21:7
**transcribed** 3:13
**transcript** 3:14,17
**transferred** 20:20
**try** 11:18,20,21 22:24
**Tuesday** 1:10
**tunnel** 20:2
**TV** 16:13
**twice** 31:18
**two** 4:13 12:10 20:5 25:25,25
**two-year** 6:3
**type** 12:15 13:18 21:5
**types** 26:16

U

**uh-huh** 3:21
**ultimately** 3:13 31:15 32:10
**Um-hum** 10:20 18:22
**under** 18:2
**underneath** 14:22
**understand** 3:24 22:1 24:20
**understanding** 19:12 28:23 29:15 33:17
**understood** 16:15
**UNICOR** 1:21 3:10 8:5 8:10,19 10:18 17:15 18:16,19 19:15 24:1 25:10,14 26:23 29:4 31:14,21 32:18
**unit** 30:23
**United** 1:1,19
**units** 30:21
**until** 24:14 31:21 32:2 32:9,9
**update** 22:3
**upgraded** 22:20
**use** 3:19,20 17:20 18:3 18:7 19:14 21:4,8 25:23 26:5
**used** 9:15 12:11 20:10 20:12 26:8,11,17
**using** 14:18
**usually** 11:19 18:10 21:1
**utilize** 18:16
**utilized** 10:21 19:16,21 20:14 25:20
**U.S** 23:13

V

**v** 1:4
**Variety** 6:25
**various** 3:8
**vary** 12:12
**verbally** 3:15 10:15
**very** 9:10 14:3 25:1 28:23
**videos** 18:4,7,9
**views** 27:18
**violations** 34:17,19,20 34:23,24 35:1
**vocational** 5:9,21
**voluntarily** 27:23 29:25 30:1

W

**W** 1:3
**waive** 35:10
**walking** 11:10
**want** 18:3,16 25:24 32:8
**wanted** 12:17,18,20 17:22 32:18
**Ward** 24:18
**warehouse** 5:3
**Washington** 1:22
**wasn't** 30:4 32:19
**watch** 18:9
**water** 6:23 7:1,2,5,10 7:11
**way** 3:25 20:19
**wear** 12:16,22,25 13:1 13:3 18:23
**wearing** 12:15
**weeks** 4:13
**well** 8:2 9:5 11:8 27:10 27:21,24 32:17 33:11
**went** 5:9 27:22 30:21 30:23
**were** 4:20 5:19 6:18 7:14,25 8:6 9:6,11 11:7,16 12:1,15,22 13:1,6 15:6 16:18,18 17:22 18:19 19:6 25:25 26:2 28:20 29:6,10,11,16,17,18 29:19,20,23,24 30:2 30:6,9 32:9,10,13 33:8 34:7,12,16,22 35:3
**weren't** 6:17 15:10

16:20
**West** 1:11,16 4:7
**WESTERN** 1:1
**We'll** 35:10
**we're** 31:4
**while** 11:6 30:10,14
**Williamsport** 5:22
**Witco** 6:8,12,13,13,22 7:3,10,12
**Witness** 23:1,18 24:4 28:17 33:14
**word** 3:19,20
**words** 3:21 9:2
**work** 6:9,22 7:3,5 8:10 10:25 11:1 30:10 32:2,8,9,20
**worked** 6:15,23 7:6
**working** 13:17 18:10 18:25 30:10,14
**wrong** 21:21,22
**wrote** 8:22

**X**

**X** 2:1

**Y**

**Yeah** 6:9 8:8 14:7 21:22
**year** 5:8,14 15:23 25:16
**years** 4:15,21,25 7:4,7

**0**

**03-323** 1:3
**03-355** 1:4
**03-368** 1:4
**04-011** 1:5
**05-160** 1:3

**1**

**1** 23:12,16,25
**10th** 1:11,16
**11:51** 1:10
**12:40** 35:12
**120** 1:11,16
**15219** 1:20
**16th** 9:6 28:19
**16501** 1:11,17
**17** 4:15,15
**19** 1:10
**1973** 5:13
**1989** 4:16

**2**

**2** 21:18 22:12,24 23:6
**2000** 4:21
**2001** 17:4,6,8,11 25:6 25:12 26:24 27:16 31:17 33:5,11
**2003** 13:11 17:12 21:24 25:4,12 26:24 27:16 28:15 33:8,13
**2006** 1:10 22:4
**20534** 1:22
**28** 2:5

**3**

**3** 2:4
**32** 2:6

**4**

**400** 1:22
**4000** 1:19

**5**

**55-gallon** 19:23

**6**

**603** 4:7

**7**

**700** 1:19

**8**

**860/861** 19:10