

| | S.A. OFFICE | UNICOR BUSINESS OFFICE MEZANINE | | PRIVACY SCREEN |

T.M.
BORING MACH.
ASSEMBLY DEPT.
TENNON
POST FORM LINE
SANDER
NOTES AREA
PIN ROUTERS
E.B.
BRANDT
CONTOUR BANDING
Z-32 PANEL SAW
HOLZMA PANEL SAW
C.N.C.
WEEKE
C.N.C.
78'  66'  77'
REAR DOCK AREA
PACKING DEPARTMENT
PACKING DEPARTMENT

○ 3841

● 3842    LAST UPDATE 2/3/05

● 3843