```
   BOPUK  531.01 *              INMATE HISTORY              *       09-08-2006
   PAGE 001          *               WRK DETAIL             *       07:44:54

   REG NO..: 17110-016 NAME....: HILL, KENNY
   CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME

PET    ORD CAR H  ORD CAR H                    04-17-2006 0001 CURRENT
PET    VACATION   ALL VACATIONS                04-11-2006 0001 04-17-2006 0001

PET    ORD CAR H  ORD CAR H                    01-18-2005 0001 04-11-2006 0001

PET    ORD EDUC   EDUCATION ORDERLY            09-29-2004 0001 01-18-2005 0001

PET    UNASSG     UNASSIGNED WORK DETAIL       09-27-2004 1552 09-29-2004 0001

PET    A/O        NEEDS A/O PROCESSING         08-27-2004 1239 09-27-2004 1552

PEM    UNASSG     UNASSG                       08-25-2004 1447 08-27-2004 1216

PHL    UNASSG     UNASSG                       08-23-2004 1658 08-25-2004 0650

LEW    UNASSG     UNASSIGNED WORK DETAIL       08-20-2004 1429 08-23-2004 0927

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          04-17-2004 0001 08-20-2004 1045

MCK    VACATION   VACATION                     04-16-2004 0001 04-17-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          03-25-2004 0001 04-16-2004 0001

MCK    VACATION   VACATION                     03-24-2004 0001 03-25-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          03-13-2004 0001 03-24-2004 0001

MCK    VACATION   VACATION                     03-12-2004 0001 03-13-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          02-14-2004 0001 03-12-2004 0001

MCK    VACATION   VACATION                     02-13-2004 0001 02-14-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          01-21-2004 0001 02-13-2004 0001

MCK    VACATION   VACATION                     01-20-2004 0001 01-21-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          11-29-2003 0001 01-20-2004 0001

MCK    VACATION   VACATION                     11-26-2003 0001 11-29-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          10-24-2003 0001 11-26-2003 0001

MCK    VACATION   VACATION                     10-23-2003 0001 10-24-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          09-16-2003 0001 10-23-2003 0001

MCK    VACATION   VACATION                     09-15-2003 0001 09-16-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          07-19-2003 0001 09-15-2003 0001

MCK    VACATION   VACATION                     07-17-2003 0001 07-19-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM          04-17-2003 0001 07-17-2003 0001

MCK    VACATION   VACATION                     04-14-2003 0001 04-17-2003 0001
```

```
MCK    I LAYUP 2   3:00 PM TO 11:00 PM          12-21-2002 0001 04-14-2003 0001

MCK    VACATION    VACATION                     12-20-2002 0001 12-21-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          10-12-2002 0001 12-20-2002 0001

MCK    VACATION    VACATION                     10-10-2002 0001 10-12-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          08-19-2002 0001 10-10-2002 0001

MCK    UNASSG      UNASSIGNED                   08-15-2002 1125 08-19-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED               08-12-2002 1657 08-15-2002 1125

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          06-21-2002 0001 08-12-2002 1657

MCK    VACATION    VACATION                     06-17-2002 0001 06-21-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          05-08-2002 0001 06-17-2002 0001

MCK    UNASSG      UNASSIGNED                   04-29-2002 0754 05-08-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED               04-07-2002 1917 04-29-2002 0754




G0002         MORE PAGES TO FOLLOW . . .
```

```
   BOPUK  531.01 *          INMATE HISTORY          *     09-08-2006
 PAGE 002 OF 002 *            WRK DETAIL            *     07:44:54

   REG NO..: 17110-016 NAME....: HILL, KENNY
   CATEGORY: WRK         FUNCTION: PRT         FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME

 MCK    I LAYUP 2   3:00 PM TO 11:00 PM           02-16-2002 0001 04-07-2002 1917

 MCK    VACATION    VACATION                      02-14-2002 0001 02-16-2002 0001

 MCK    I LAYUP 2   3:00 PM TO 11:00 PM           08-25-2001 0001 02-14-2002 0001

 MCK    VACATION    VACATION                      08-24-2001 0001 08-25-2001 0001

 MCK    I LAYUP 2   3:00 PM TO 11:00 PM           07-05-2001 0001 08-24-2001 0001

 MCK    I PACK 1    PACKING 1                     06-19-2001 0001 07-05-2001 0001

 MCK    ORD B A     ORDERLY BA                    04-12-2001 0001 06-19-2001 0001

 MCK    UNASSG      UNASSIGNED                    04-11-2001 0001 04-12-2001 0001
```

LAYOP 2                                    TERMINATION                         TRANSFER

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 3 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| 3 | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4.** Register Number   **5.** Resident Name (Last, First, Middle)   **6.** Institution Code

1 7 1 1 0 - 0 1 6      M I T C H E L L        8 3 1

**Action Recommended**

**From:**

**7.** Job Number   **8.** Grade 1 - 4   **9.** Industry Code   **10.** Wage Plan   **11.** Dot Code   **12.** Position Title

0 1 2   4      M C F T   1   7 6 9 6 8 7 0 5 4      W O O D W K R   H E L P E R

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

**To:**

**13.** Job Number   **14.** Grade 1 - 4   **15.** Industry Code   **16.** Wage Plan   **17.** Dot Code   **18.** Position Title

**19.** Effective Date Month, Day, Year   **20.** Time Of Action   **21.** Check One:   AM   PM

0 8 - 2 0 - 0 4      0 7 1 0      X

| 3 | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| 2 | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no        (For use only when termination is for release (MR or parole). |

| | - | - | | **24.** Date Of Enrollment Month, Day, Year |

| | | | | **25.** Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper        Date: _____

FPI Revised Form 96
October 1, 1982

Distribution:   White-------------------- Business office      Green---------------- Placement
                Canary------------------ Terminal operator    Pink------------------ Foreman

PACKING                                    NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 1 7 1 1 0 — 0 1 6 | H I L L , K E N N Y | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 9 0 5 4 | W D W R K S H O P H A N D |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM   PM |
|---|---|---|
| 0 6 — 1 9 — 0 1 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole). |

| | — | | — | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|---|

| | | | 25. Total Inmate Hours Involved |
|---|---|---|---|

26. **Signatures:**

Recommended By _____ Foreman               Date: _____

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.  Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

FPI Form 96 (9/98)

Distribution:     White (Business Office)     Canary (Terminal Operator)     Pink (Placement)     Goldenrod (Foreman)

# FACTORY RULES AND REGULATIONS

NAME _Kenny Hill_____ UNIT _BA-235-L_ LOCKER# _____ CHIT# _____

1.    INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2.    ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3.    SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4.    HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5.    INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6.    INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7.    OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8.    HORSEPLAY WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9.    FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. DO NOT RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10.   REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11.   ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12.   ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13.   THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14.   THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15.   WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16.   INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17.   INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.

Signature: _Kenny Hill_____   Register No: _17110-016_   Date: _6-19-01_

FEDERAL PRISON INDUSTRIES, Inc.

UNICOR - McKEAN

P.O. BOX 8000                                    MEMORANDUM

Phone #(814) 362-8900
Fax #(814) 362-4151

---

DATE:    September 30, 1999

REPLY TO:
  ATTN OF  Martin Sapko, Factory Manager.

SUBJECT:  Issuance of Safety Glasses

     TO:  New UNICOR Inmate Workers


Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.


I received one (1) pair of safety glasses on  6/19/01
and I agree to the above conditions.


Signature: _Kenny Hill_____

Name: _KENNI HILL_____

Reg. Number: __17110-016_____

# Production Worker's Training Record

### (CHECKLIST)
### for

Inmate Name _Kerry Hill_          Reg. Number _17110-016_

☑ 1.) I have had a department orientation by my department supervisor.

☑ 2.) I have read and understand the Factory Rules and Safety Regulations.

☑ 3.) I have read and understand the department procedures for my assigned area.

☑ 4.) I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.) I have had on the job training with an experienced production worker.

☑ 6.) I have read and understand my Job Description.

☑ 7.) I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.) I have familiarized  myself  with ISO-9001-2000 standards, Unicor McKeans Q.M.S.,
and the role I play in the system.

_Kerry Hill    # 17110.016_          _6-23-03_
Inmate Signature  &  Reg. Number                    Date

_____          _6/23/03_
Woodworking Supervisor Signature                    Date

| TITLE:     TRAINING RECORD | CONTROL NO.   1403 | DATE: 6/11/03 |
|---|---|---|
| Production -   UNICOR MCKEAN | REV:    Original Issue | SHEET    1 OF 1 |

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name:  **Kenny Hill**          Register Number:  **17110-016**

Institution Code:          **231**          Industry Code:          **MCFT**

Job Description:  **Woodwork Shophand**          Department:  **Packing**

> *Duties: Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes.  All other duties as assigned in UNICOR.*

I have instructed inmate    **Kenny Hill**    Reg. No.    **17110-016**

in the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

_____          7/17/01
        Foreman                          Date

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____    17110-016       7-17-01
   Signature of Inmate      Register Number       Date

```
  MCK2G  531.01 *              INMATE HISTORY          *      08-30-2006
PAGE 001          *               WRK DETAIL           *      14:59:09

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK        FUNCTION: PRT          FORMAT:

FCL   ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
PET   ORD CAR H  ORD CAR H                     04-17-2006 0001 CURRENT
PET   VACATION   ALL VACATIONS                 04-11-2006 0001 04-17-2006 0001
PET   ORD CAR H  ORD CAR H                     01-18-2005 0001 04-11-2006 0001
PET   ORD EDUC   EDUCATION ORDERLY             09-29-2004 0001 01-18-2005 0001
PET   UNASSG     UNASSIGNED WORK DETAIL        09-27-2004 1552 09-29-2004 0001
PET   A/O        NEEDS A/O PROCESSING          08-27-2004 1239 09-27-2004 1552
PEM   UNASSG     UNASSG                        08-25-2004 1447 08-27-2004 1216
PHL   UNASSG     UNASSG                        08-23-2004 1658 08-25-2004 0650
LEW   UNASSG     UNASSIGNED WORK DETAIL        08-20-2004 1429 08-23-2004 0927
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           04-17-2004 0001 08-20-2004 1045
MCK   VACATION   VACATION                      04-16-2004 0001 04-17-2004 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           03-25-2004 0001 04-16-2004 0001
MCK   VACATION   VACATION                      03-24-2004 0001 03-25-2004 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           03-13-2004 0001 03-24-2004 0001
MCK   VACATION   VACATION                      03-12-2004 0001 03-13-2004 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           02-14-2004 0001 03-12-2004 0001
MCK   VACATION   VACATION                      02-13-2004 0001 02-14-2004 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           01-21-2004 0001 02-13-2004 0001
MCK   VACATION   VACATION                      01-20-2004 0001 01-21-2004 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           11-29-2003 0001 01-20-2004 0001
MCK   VACATION   VACATION                      11-26-2003 0001 11-29-2003 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           10-24-2003 0001 11-26-2003 0001
MCK   VACATION   VACATION                      10-23-2003 0001 10-24-2003 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           09-16-2003 0001 10-23-2003 0001
MCK   VACATION   VACATION                      09-15-2003 0001 09-16-2003 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           07-19-2003 0001 09-15-2003 0001
MCK   VACATION   VACATION                      07-17-2003 0001 07-19-2003 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           04-17-2003 0001 07-17-2003 0001
MCK   VACATION   VACATION                      04-14-2003 0001 04-17-2003 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           12-21-2002 0001 04-14-2003 0001
MCK   VACATION   VACATION                      12-20-2002 0001 12-21-2002 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           10-12-2002 0001 12-20-2002 0001
MCK   VACATION   VACATION                      10-10-2002 0001 10-12-2002 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           08-19-2002 0001 10-10-2002 0001
MCK   UNASSG     UNASSIGNED                    08-15-2002 1125 08-19-2002 0001
MCK   SHU UNASSG SHU UNASSIGNED                08-12-2002 1657 08-15-2002 1125
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           06-21-2002 0001 08-12-2002 1657
MCK   VACATION   VACATION                      06-17-2002 0001 06-21-2002 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM           05-08-2002 0001 06-17-2002 0001
MCK   UNASSG     UNASSIGNED                    04-29-2002 0754 05-08-2002 0001
MCK   SHU UNASSG SHU UNASSIGNED                04-07-2002 1917 04-29-2002 0754
```

G0002        MORE PAGES TO FOLLOW . . .

```
  MCK2G  531.01 *              INMATE HISTORY          *     08-30-2006
  PAGE 002 OF 002 *              WRK DETAIL            *     14:59:09

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK          FUNCTION: PRT          FORMAT:

FCL   ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
MCK   I LAYUP 2  3:00 PM TO 11:00 PM       02-16-2002 0001 04-07-2002 1917
MCK   VACATION   VACATION                  02-14-2002 0001 02-16-2002 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM       08-25-2001 0001 02-14-2002 0001
MCK   VACATION   VACATION                  08-24-2001 0001 08-25-2001 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM       07-05-2001 0001 08-24-2001 0001
MCK   I PACK 1   PACKING 1                 06-19-2001 0001 07-05-2001 0001
MCK   ORD B A    ORDERLY BA                04-12-2001 0001 06-19-2001 0001
MCK   UNASSG     UNASSIGNED                04-11-2001 0001 04-12-2001 0001
MCK   A&O        ADMISSION & ORIENTATION   04-06-2001 0845 04-11-2001 0001
LEW   UNASSG     UNASSIGNED WORK DETAIL    04-02-2001 1905 04-06-2001 0603
OKL   UNASSG     UNASSIGNED HOLDOVER       03-28-2001 1715 04-02-2001 0810
THA   IND FIN PM INDUSTRIES FINISH P.M.    11-06-2000 0001 03-28-2001 0800
THA   IND FINISH INDUSTRIES FINISH         09-22-2000 0001 11-06-2000 0001
THA   ORD C      ORD                       08-04-2000 0001 09-22-2000 0001
THA   UNASSG     UNASSIGNED WORK DETAIL    07-06-2000 1000 08-04-2000 0001
OKL   UNASSG     UNASSIGNED HOLDOVER       07-03-2000 1640 07-06-2000 0710
```

```
MCK    UNASSG      UNASSIGNED                     08-15-2002 1125 08-19-2002 0001
MCK    SHU UNASSG  SHU UNASSIGNED                 08-12-2002 1657 08-15-2002 1125
MCK    I LAYUP 2   3:00 PM TO 11:00 PM            06-21-2002 0001 08-12-2002 1657
MCK    VACATION    VACATION                       06-17-2002 0001 06-21-2002 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM            05-08-2002 0001 06-17-2002 0001
MCK    UNASSG      UNASSIGNED                     04-29-2002 0754 05-08-2002 0001
MCK    SHU UNASSG  SHU UNASSIGNED                 04-07-2002 1917 04-29-2002 0754
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  MCK2G  531.01 *          INMATE HISTORY          *      08-30-2006
PAGE 002 OF 002 *            WRK DETAIL            *      14:59:54
```

```
  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK          FUNCTION: PRT       FORMAT:
```

```
FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             02-16-2002 0001 04-07-2002 1917
MCK    VACATION   VACATION                        02-14-2002 0001 02-16-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             08-25-2001 0001 02-14-2002 0001
MCK    VACATION   VACATION                        08-24-2001 0001 08-25-2001 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM             07-05-2001 0001 08-24-2001 0001
MCK    I PACK 1   PACKING 1                       06-19-2001 0001 07-05-2001 0001
MCK    ORD B A    ORDERLY BA                      04-12-2001 0001 06-19-2001 0001
MCK    UNASSG     UNASSIGNED                      04-11-2001 0001 04-12-2001 0001
MCK    A&O        ADMISSION & ORIENTATION         04-06-2001 0845 04-11-2001 0001
LEW    UNASSG     UNASSIGNED WORK DETAIL          04-02-2001 1905 04-06-2001 0603
OKL    UNASSG     UNASSIGNED HOLDOVER             03-28-2001 1715 04-02-2001 0810
THA    IND FIN PM INDUSTRIES FINISH P.M.          11-06-2000 0001 03-28-2001 0800
THA    IND FINISH INDUSTRIES FINISH               09-22-2000 0001 11-06-2000 0001
THA    ORD C      ORD                             08-04-2000 0001 09-22-2000 0001
THA    UNASSG     UNASSIGNED WORK DETAIL          07-06-2000 1000 08-04-2000 0001
OKL    UNASSG     UNASSIGNED HOLDOVER             07-03-2000 1640 07-06-2000 0710
```

```
G0000          TRANSACTION  SUCCESSFULLY  COMPLETED
```



**UNITED STATES GOVERNMENT**

# memorandum

**FEDERAL BUREAU OF PRISONS**
**UNICOR FEDERAL PRISON**
**INDUSTRIES**
**Federal Correctional Institution, McKean**
**Bradford, Pennsylvania**

September 1, 2006

MEMORANDUM FOR DOUG GOLDRING, ASSISTANT GENERAL COUNSEL, FPI

FROM:          Tim Holohan, System Accountant

SUBJECT:       FPI Form 96

The original (attached) Form 96 dated August 20, 2004 for Inmate
Hill, Kenny, reg. no. 17110-016 was a carbon form and is not
legible.  We are attaching a hand written replication of the Form
96 which can be easily read.

Please advise us if you would like us to proceed differently.



**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. | Register Number | 5. | Resident Name (Last, First, Middle) | 6. | Institution Code |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |

```
1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.
```

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:     AM     PM |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no        (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |

| | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman                    Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.  Date: _____

Entered On Payroll Records _____ Timekeeper     Date: _____

FPI Revised Form 96          Distribution:     White·············· Business office          Green············· Placement
                                               Terminal operator                            Pink·············· Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **3** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **3** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number** 1 7 1 1 0 - 0 1 6   **5. Resident Name (Last, First, Middle)** HILL KENNY   **6. Institution Code** 2 3 1

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C A T | 1 | 7 6 9 6 8 7 0 5 4 | MOOD WRK SHOPAAWO |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date** Month, Day, Year  0 8 - 2 0 - 0 4   **20. Time of Action**  0 7 1 0   **21. Check One:  AM  PM**  X ☐

| | | |
|---|---|---|
| **3** | 22. **Reason For Termination Of Employment Or Withdrawal** | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request<br>5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |
| ☐ | 23. **Continuation of Longevity Status** | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| ☐☐-☐☐-☐☐ | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| ☐☐☐☐ | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**3**  1. Type of Report:  UNICOR Action = 1  IPRS Action = 2  Both = 3

**1**  2. If UNICOR Action  
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26  
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26  
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**2**  3. If IPRS Action  
Enter 2 For Enrollment, Complete Items 4-6, 19  
Enter 3 For Completion, Complete Items 4-6, 19  
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code

`1 7 1 1 0 — 0 1 6`   `H I L L , K E R R Y`   `2 3 1`

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|

`0 1 2`  `4`  `M C F T`  `1`  `7 6 9 6 8 7 9 9 4`  `W D W R K S H O P H A N D`

1 = Hourly  
2 = G.P.W.   — X = Apprentice  
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|

`0 1`

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|

`0 6 — 1 9 — 0 1`   `0 7 1 0`   `X`

**22. Reason For Termination Of Employment Or Withdrawal**  
1 = Released  2 = Transferred  3 = Program Change  4 = Inmate Request  
5 = Program Discontinued  6 = Control Purposes  7 = Institutional Needs

**23. Continuation of Longevity Status**  
1 = yes  0 = no  2 = no  (For use only when termination is for release (MR or parole).

`| — | — |`  24. Date Of Enrollment Month, Day, Year

`| | | |`  25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _M. _____ Foreman  Date: 6/21/01

Approved By _Debora A Forsyth_ Plant Superintendent  Date: 6/28/01

Approved By _T. _____ Ass't Supt. Or Business Mgr.  Date: 6/27/01

Entered On Payroll Records _R. K. Kerr_ Timekeeper  Date: 6/27/01

FPI Form 96 (9/98)

Distribution:  White (Business Office)  Canary (Terminal Operator)  Pink (Placement)  Goldenrod (Foreman)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

*LAY UP II*
DEPARTMENT

*3-23-04*
DATE

*11:09*

NAME: *HILL*
          LAST

*KEVIN*
FIRST

REGISTRATION NUMBER *17110 - 016*

I REQUEST VACATION FROM *4-16* TO *4-17* *(1-DAY)*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:

_____
WORK SUPERVISOR

APPROVED BY:

_____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19* 19*2001*, AND

HAS ACCUMULATED *11:09 HRS* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7:15 HRS* PER MONTH.

(½)  (1)

COMPUTED BY:

_____
TIMEKEEPER

REVIEWED BY:

_____
ACCOUNTANT

FINAL APPROVED BY:

_____
SUPERINTENDENT

UNIT TEAM ACTION:                    APPROVED:_____              DISAPPROVED_____

                                                                      PLEASE STATE REASONS WHY IF
                                                                      DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

U. S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT: _L-Unit II_

DATE: _3-8-04_

NAME: _HILL_ LAST _KENNY_ FIRST

REGISTRATION NUMBER: _#17110-016_

I REQUEST VACATION FROM _3-24_ TO _3-25_ _1-DAY_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____ (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE _Kenny Hill_

APPROVED BY: _W. ____
WORK SUPERVISOR

APPROVED BY: _T. ____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19_2001_, AND HAS ACCUMULATED _18:24_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED AT _7:15_ DAYS PER MONTH.

(I)

COMPUTED BY: _____
TIMEKEEPER

REVIEWED BY: _____
ACCOUNTANT

FINAL APPROVED BY: _T. ____
SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE. (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



**UNICOR**
Federal Prison Industries, Inc.

*LAY UP 2*

~~PRECISE II~~

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT

**2-18-04**
DATE

Z 80
10:54

*HILL JENNY*

NAME:        LAST            FIRST

**#19110-016**
REGISTRATION NUMBER

I REQUEST VACATION FROM _3-12_ TO _3-13_  1-DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                    APPROVED BY:

_____                        _____
WORK SUPERVISOR                                DEPARTMENT HEAD

BUSINESS OFFICE:
THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19 _2004_, AND
HAS ACCUMULATED _10:54_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT _7:15_ DAY PER MONTH.
(½)   (1)

COMPUTED BY:              REVIEWED BY:                   FINAL APPROVED BY:

_____          _____                _____
TIMEKEEPER               ACCOUNTANT                      SUPERINTENDENT

UNIT TEAM ACTION:              APPROVED:_____           DISAPPROVED_____
                                                          PLEASE STATE REASONS WHY IF
                                                          DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

**NOTE: THIS FORM MUST BE SUBMITTED TWO (2) WEEKS IN ADVANCE.**

U. S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

*Layup 2*

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT

DATE *1-22-04*

*2/2*
*11:09*

NAME: *HILL* LAST *KENNY* FIRST

REGISTRATION NUMBER *#17110-016*

I REQUEST VACATION FROM *2-13* TO *2-17* *1-DAY*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

*Kenny Hill*

INMATES SIGNATURE

APPROVED BY: _____

WORK SUPERVISOR

APPROVED BY: _____

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19/2001*, AND

HAS ACCUMULATED *11.09* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.15 hrs* PER MONTH.

(½) (1)

COMPUTED BY: _____

TIMEKEEPER

REVIEWED BY: _____

ACCOUNTANT

FINAL APPROVED BY: _____

SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:_____ DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED TWO (2) WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

_LAY UP II_
DEPARTMENT

DATE _1-9-04_

NAME: _HILL_    _FINN_
      LAST      FIRST

REGISTRATION NUMBER _17110-016_

I REQUEST VACATION FROM _1-21_ TO _1-22_   _1-DAY_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19/2001_, AND

HAS ACCUMULATED _25.24_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15 hrs_ PER MONTH.

(½)  (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:    APPROVED:_____    DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

LAy up -2

DEPARTMENT

DATE 1/5/09

1 8
25.24

NAME: HILL    FWDI
         LAST        FIRST

REGISTRATION NUMBER #17110-016

I REQUEST VACATION FROM 1-20 TO 1-21  1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19 2004, AND

HAS ACCUMULATED 25.24 WKS DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7.15 WKS DAY PER MONTH.

(½)   (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED **2**
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

*Lay-up*
*Not valid*
*assignment?*

**REQUEST FOR INMATE VACATION**

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT

DATE *11-7-03*

*2-DAYS*

NAME: _____ LAST *Hill* FIRST *Kenny* _____

REGISTRATION NUMBER *#17110-016*

*413*
*25.24*

I REQUEST VACATION FROM *1-26* TO *1-28* *2 DAYS*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY: _____
WORK SUPERVISOR

APPROVED BY: _____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19/2001*, AND

HAS ACCUMULATED *25.24 hrs* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.15 hrs* DAY PER MONTH.

(½) (1)

COMPUTED BY: _____
TIMEKEEPER

REVIEWED BY: _____
ACCOUNTANT

FINAL APPROVED BY: _____
SUPERINTENDENT

UNIT TEAM ACTION: _____ APPROVED:_____ DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**From:**        Tim Holohan
**To:**          Mincemoyer, Chris
**Date:**        10/22/03 10:20AM
**Subject:**     Award Day

Chris,

Can you accept this as granting an on the spot award day fro Kenny Hill (2nd shift)?

He suggested a safety issue to us on the lay-up line regarding placing non-skid material on either side of the elevated platform.

I told Hill he could use this on Thursday, October 23, 2003.    *VAc*

Thanks,
Tim

*17110 - 016*

*lay 2*

*10:54*
*9:15*
*17:69*

*18:09*

*File*



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

_Inust~_

DEPARTMENT

DATE  8-29-03

NAME:  _Hill  Kane_   LAST   FIRST

REGISTRATION NUMBER  _17110-018_

I REQUEST VACATION FROM _9-15_ TO _9-16_ 03   1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_Kamey Hill_

INMATES SIGNATURE

_____

APPROVED BY:

_W. Mt___

WORK SUPERVISOR

APPROVED BY:

_____

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19/2001_, AND

HAS ACCUMULATED _5.34_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7.15 hrs_ ~DAY~ PER MONTH.

(½)  (1)

COMPUTED BY:

_____

TIMEKEEPER

REVIEWED BY:

_____

ACCOUNTANT

FINAL APPROVED BY:

_____

SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____         DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_Lamp 2_

DEPARTMENT

6-19 03

DATE

18:09

_Hill, Kenny_

NAME:        LAST        FIRST

_17110-016_

REGISTRATION NUMBER

I REQUEST VACATION FROM _7/17/03_ TO _7/18/03 (2 days)_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_Kenny Hill_

INMATES SIGNATURE

APPROVED BY:

_____

WORK SUPERVISOR

APPROVED BY:

_____

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19_2001_, AND

HAS ACCUMULATED _18:09_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:05_ DAY PER MONTH.

(½)   (1)

COMPUTED BY:

_____

TIMEKEEPER

REVIEWED BY:

_____

ACCOUNTANT

FINAL APPROVED BY:

_____

SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SU..._ITED 2
WEEKS IN ADVANCE.**

**U.S. Department of Justice**

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_____

**DEPARTMENT**                                    **DATE**

_____    _____

NAME:            LAST            FIRST            REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____

**INMATES SIGNATURE**

APPROVED BY:                                    APPROVED BY:

_____                _____

**WORK SUPERVISOR**                            **DEPARTMENT HEAD**

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY:            REVIEWED BY:            FINAL APPROVED BY:

_____    _____    _____

**TIMEKEEPER**            **ACCOUNTANT**            **SUPERINTENDENT**

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____

                                    PLEASE STATE REASONS WHY IF
                                    DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

Case 1:05-cv-08823 Document 107-22 Filed 02/02/2007



**UNICOR**
Federal Prison Industries, Inc.

**REQUEST FOR INMATE VACATION**

Federal Correctional Institution
Ray Brook, NY 12977

*LAYUP*
*Factory II*

DEPARTMENT

DATE *12-6-02*

NAME: *HILL* *KENNY*
LAST FIRST

REGISTRATION NUMBER *17110-016*

I REQUEST VACATION FROM *12-20* TO *12-23*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE)

*Kenny Hill*
INMATES SIGNATURE

APPROVED BY: _____

WORK SUPERVISOR

APPROVED BY: *T. Hulahan*

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19/2001*, AND
HAS ACCUMULATED *25:24 hrs* ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT *7:15 hrs* ~~DAY~~ PER MONTH.

(½) (1)

COMPUTED BY: _____

TIMEKEEPER

REVIEWED BY: _____

ACCOUNTANT

FINAL APPROVED BY: *T. Hulahan*

SUPERINTENDENT

UNIT TEAM ACTION: APPROVED:_____ DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

9/30/02

_I_ Layup 2

REQUEST FOR INMATE VACATION

9-16-02
DATE

DEPARTMENT

NAME:        LAST        FIRST

REGISTRATION NUMBER

I REQUEST VACATION FROM _10-10_ TO _10-12_   2 days

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6_/_19_ _2001_, AND

HAS ACCUMULATED _18.09 hrs_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7.15 hrs_ DAY PER MONTH.

(½)   (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: **THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

<u>REQUEST FOR INMATE VACATION</u>

DEPARTMENT _____      DATE _____

NAME: _____      REGISTRATION NUMBER _____
LAST          FIRST

I REQUEST VACATION FROM _____ TO _____   / DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF ~~_____~~
 (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                     APPROVED BY:

_____
WORK SUPERVISOR                                  DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _____ , AND

HAS ACCUMULATED _____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _____ ~~DAY~~ PER MONTH.

(½)   (1)

COMPUTED BY:              REVIEWED BY:              FINAL APPROVED BY:

_____          _____          _____
TIMEKEEPER               ACCOUNTANT               SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____

                                                  PLEASE STATE REASONS WHY IF
                                                  DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White)   Unit (Green)   Timekeeper (Canary)   Factory (Pink)   Inmate (Goldenrod)



U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_____
DEPARTMENT

_____
DATE

NAME: _____  LAST  FIRST

_____
REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                    APPROVED BY:

_____                        _____
WORK SUPERVISOR                                DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19_____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY:              REVIEWED BY:                FINAL APPROVED BY:

_____   _____   _____
TIMEKEEPER                ACCOUNTANT                 SUPERINTENDENT

UNIT TEAM ACTION:         APPROVED:_____          DISAPPROVED_____
                                                     PLEASE STATE REASONS WHY IF
                                                     DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2**
**WEEKS IN ADVANCE.**



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

*LAY UP*

_____
**DEPARTMENT**

_____  **25.34**
**DATE**

_____          _____
**NAME:**    LAST    FIRST              **REGISTRATION NUMBER**

I REQUEST VACATION FROM _____ TO _____   *2 DAYS*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

_____

**APPROVED BY:**                          **APPROVED BY:**

_____        _____
**WORK SUPERVISOR**                  **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19_2001_, AND

HAS ACCUMULATED _25.35_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7.15_ DAY PER MONTH.

(½)   (I)

**COMPUTED BY:**          **REVIEWED BY:**                    **FINAL APPROVED BY:**

_____    _____    _____
**TIMEKEEPER**              **ACCOUNTANT**                  **SUPERINTENDENT**

**UNIT TEAM ACTION:**          **APPROVED:_____**                **DISAPPROVED_____**
                                                                **PLEASE STATE REASONS WHY IF**
                                                                **DISAPPROVED.**

_____

_____

_____

_____

_____

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

**F.P.I. Form 39**      Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE: 6-22-01

TO: Mr. Sapko, Factory Manager
(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to move to the P.M. shift due to my Am. Drug & Alcohol 40 hr. program with Ms. Jessica Hayes. That program is twice a week. Also, I have to attend the G.E.D. Class everyday from 2 p.m. to 3 p.m. recall. Mr. Sapko I am hoping you take this in consideration.

Respectfully Yours.

POSTED

Name: Kenny Hill

No.: 17110-016

Work assignment: Packing Department

Unit: BA-235L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        DATE:_____

OK
AH
6/22/01

OK.
D. English
Lay-up-2

MOVE FROM
PACK I
TO
LAYUP 2
7/5/01

Original - File
Copy - Inmate

Officer

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

DEPARTMENT _____  DATE _____

NAME: _____ LAST _____ FIRST _____   REGISTRATION NUMBER _____

I REQUEST VACATION FROM _____ TO _____  1 day

\*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                              APPROVED BY:

_____                        _____
WORK SUPERVISOR                                  DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _____ 19 _____, AND

HAS ACCUMULATED _____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _____ DAY PER MONTH.

(½)   (1)

COMPUTED BY:                    REVIEWED BY:                    FINAL APPROVED BY:

_____      _____      _____
TIMEKEEPER                        ACCOUNTANT                        SUPERINTENDENT

UNIT TEAM ACTION:              APPROVED: _____              DISAPPROVED _____

                                                                    PLEASE STATE REASONS WHY IF
                                                                    DISAPPROVED.

_____

_____

_____

_____

SIGNATURE _____

\*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39       Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

INST: MC    FACT: FT      GROUP: ft D          CREW: PACKING

Name: HILL, KENNY                              Grade: 5
Reg-num: 17110-016

```
                    Amount    Hours
Standard Pay      $  12.13   52:45    Date Computed           07/02/01
Group Incentive Pay  0.00    0:00     Anniversary Date        06/19/01
Indiv. Incentive Pay 0.00    0:00     Longevity Months               8
Overtime Premium Pay 0.00    0:00     UNICOR Work Months             1
Holiday Pay          0.00    0:00     Accrued Vacation Hours    003:45
Administrative Pay   0.58    2:30     Prev Yrs Vacation Hours   000:00
Vacation Taken Pay   0.00    0:00     Unpaid Call-out Hours      12:15
Vacation Cashed Pay  0.00    0:00     Rework Hours               0:00
Lost Time Wage       0.00    0:00     Unpaid Off-std Hours       0:00
Premium Pay          0.00            Final Pay?                   NO
Longevity Pay        0.00
Gross Pay           12.71
Adjustments          0.00
                  --------- -------
Net Pay          $  12.71   55:15
```

Chris / Davis —

Please check
Grade. Was Grade 4
prior. If not
correct, please get with
him.

Thanks,
Tim H.

P.S. Can Davis check
his longevity also.

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO**

DATE: 6-2x

TO: _Mr. Sapko,    Factory Manager_
(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be do

_I would like to move to the P.M. due to my Am. Drug + Alcohol A.O. h.j with Ms. Jessica Hayes. That program is twice a week. Also, I have to attend the G.E.D. Class everyday from 2 pm to 3 pm well Mr. Sapko I hoping you take this in Consideration._

_Respectfully yours,_

Name: _Kenny Hill_    No.: 17110-016

Work assignment: _Packing Department_    Unit: 8A-235 L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    DATE: _____

OK
H 6/22/01

OK.
D. English
Lay-up-2

MOVE FROM
PACK I
TO
LAYUP 2
7/5/01

Original - File
Copy - Inmate

Officer

# UNICOR
## (FCI McKean)
## "Notice of Unsatisfactory Work Performance"

To:  __Hill, Kenny_____    Number:  __17110-016___    Date:  __9-22-03__

     *(Name Last, First)*

UNICOR McKean start date:  _____ Current Grade:  __4_____    Unit:  __B-A_____

This is to advise you of your unsatisfactory work performance on:    __9-22-03_____

Specifically:  Inmate Hill #17110-016, was late returning from the evening meal. The return time to report back to work was 5:40pm, inmate Hill did not return to work until 5:47pm, this making him 7 minutes late.

_____

_____

_____

Supervisor's Recommendation:

    1) Written Warning    ___YES_____

    2) Grade Reduction from ____to _____; No. of days _____

    3) Job Change          _____

    4)  Removal * _____

    5) Other _____

*   Third offenses, whether related acts, or not, automatically require the recommendation for "Removal." All recommendations for "Removal" must be approved by the Superintendent of Industries.

_____          _____  9-22-03___
Inmate signature      Date            Staff signature      Date

Final disposition : _____

_____

_____

_____

_____

_____

                                        _____
                                        Superintendent of Industries      Date

# *U N I C O R*

## *(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: _Hill Kenny_                Number: _17110-016_        Date: _9/8/03_
      (Last, First)

UNICOR McKean start date:_____ Current Grade:_____ Unit:_____ This is to
advise you of your unsatisfactory work performance on:_____

Specifically: _On 9/4/03 At 10:40pm, Inmate Hill_
_Attempted to leave Unicor with a 16 oz_
_Bottle of pine oil. He said he was going to_
_Use this to clean his room._
_____
_____
_____
_____
_____
_____
_____
_____

Supervisor's Recommendation:

   1) Written Warning _____✓_____

   2) Grade Reduction from _____ to _____; No. of days _____

   3) Job Change _____

   4) Removal ** _____

   5) Other: _____

**   Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
    All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE: Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
    this matter.

_Kenny Hill_ 9-8-03                              _Dave Engel_ 9/8/03
Inmate Signature    Date                          Staff Signature    Date

Final disposition: _____
_____
_____

_____
Superintendent of Industries    Date

### Employee Work History

NAME: _Hill, Kenny_          NO. _# 17110-016_

HIRE DATE: _06/19/61_          Prior UNICOR Credit Accepted: _07_ Months

Year _2002_

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 15 | 7:15 | | 25:39 | |
| Feb | 16 | 7:15 | 14:30 | 25:39 | VAC 7/9, 7/15 Ecee + 7:30 on March |
| Mar | 17 | 7:15 | 7:30 | 25:24 | |
| Apr | 18 | 7:15 | | 32:39 | |
| May | 19 | 7:15 | | 39:54 | |
| Jun | 20 | 7:15 | 29:00+7:15 | 10:54 | VAC 6/7 6/18 6/19 6/20  6/12 |
| Jul | 21 | 7:15 | 7:15 | 10:54 | VAC 7/5 |
| Aug | 22 | 7:15 | | 18:09 | |
| Sep | 23 | 7:15 | 7:15 | 18:09 | VAC 9/16 |
| Oct | 24 | 7:15 | 14:30 | 10:54 | VAC 10/11, 10/2 |
| Nov | 25 | 7:15 | | 18:09 | |
| Dec | 26 | 7:15 | 7:15+7:15 | 10:54 | VAC 12/20 23 |

Year _2003_

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 27 | 7:15+ 7:15 | | Exas 18:09 | |
| Feb | 28 | 7:15+ 7:15 | 7:15+7:15 | 7:15+ 10:54 | VAC 2/4 2/5 |
| Mar | 29 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Apr | 30 | 7:15+ 7:15 | 21:45 | 7:15 3:39 | VAC 4/14 4/15 4/16 |
| May | 31 | 7:15+ 7:15 | | 7:15+ 10:54 | |
| Jun | 32 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Jul | 33 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 7/17 7/18 |
| Aug | 34 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Sep | 35 | 7:15+ 7:15 | 7:30 + 7:15 | 7:15+ 10:54 | VAC 9/15 9/26 |
| Oct | 36 | 7:15+ 7:15 | 7:15 | 7:15+ 18:09 | VAC 10/3 |
| Nov | 37 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 11/26 11/28 |
| Dec | 38 | 7:15+ 7:15 | | 7:15+ 18:09 | |

Year _2004_

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 39 | 7:15+ 7:15 | 7:15+7:15 | 7:15+ 10:54 | VAC 1/30 1/31 |
| Feb | 40 | 7:15+ 7:30 | 7:15 | 7:15+ 10:54 11:09 | VAC 2/13 J4k |
| Mar | 41 | 7:15+ 7:15 | 7:15 7:15 | 7:15+ 3:54 | VAC 3/12 3/14 |
| Apr | 42 | 7:15+ 7:15 | 7:15 | 7:15+ 3:54 | VAC 4/16 |
| May | 43 | 7:15+ 7:15 | | 7:15+ 11:09 | |
| Jun | 44 | 7:15+ 7:15 | 7:15 | 7:15+ 11:09 | VAC 6/23 |
| Jul | 45 | 7:15 7:15 | | 7:15 19:24 | |
| Aug | | | 7:15 + 7:15 | | VAC 8/3 8/30 |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

## Employee Work History

Name: **Hill, Kenny** _____ No. #17110-016

Hire Date: 06/19/01 _____ Prior UNICOR Credit Accepted: 07 _____ Months

Year: 2000

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | | | | | |
| Jul | | | | | |
| Aug | | | | | |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

Year: 2001

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | | | | | |
| Feb | | | | | |
| Mar | | | | | |
| Apr | | | | | |
| May | | | | | |
| Jun | 08 | 3:45 | | 3:45 | |
| Jul | 9 | 3:45 | | 7:30 | |
| Aug | 10 | 3:38 | 7:15 | 3:53 | VAC 8/14 |
| Sep | 11 | 3:38 | | 7:31 | |
| Oct | 12 | 3:38 | | 11:09 | |
| Nov | 13 | 7:15 | 7:15 | 11:09 | VAC 11/26 |
| Dec | 14 | 7:15 | | 18:24 | |

GED N    L 7    Enrolled HED Class 5-14-01

```
  MCK2G  531.01 *           INMATE HISTORY        *    06-15-2001
PAGE 001 OF 001 *            WRK DETAIL           *    14:48:22

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK        FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME

MCK    ORD B A    ORDERLY BA               04-12-2001 0001 CURRENT
MCK    UNASSG     UNASSIGNED               04-11-2001 0001 04-12-2001 0001

MCK    A&O        ADMISSION & ORIENTATION  04-06-2001 0845 04-11-2001 0001

LEW    UNASSG     UNASSIGNED WORK DETAIL   04-02-2001 1905 04-06-2001 0603

OKL    UNASSG     UNASSIGNED HOLDOVER      03-28-2001 1715 04-02-2001 0810

THA    IND FIN PM INDUSTRIES FINISH P.M.   11-06-2000 0001 03-28-2001 0800

THA    IND FINISH INDUSTRIES FINISH        09-22-2000 0001 11-06-2000 0001

THA    ORD C      ORD                      08-04-2000 0001 09-22-2000 0001

THA    UNASSG     UNASSIGNED WORK DETAIL   07-06-2000 1000 08-04-2000 0001

OKL    UNASSG     UNASSIGNED HOLDOVER      07-03-2000 1640 07-06-2000 0710
```

PAUL I    OK

6/19/01    PAUL

```
  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
MCK2G            *        INMATE DISCIPLINE DATA          *      06-15-2001
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD     *      14:48:07

REGISTER NO: 17110-016 NAME..: HILL, KENNY
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 06-15-2001
```

```
G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```