```
  BOPUK  531.01 *               INMATE HISTORY            *     09-08-2006
PAGE 001 OF 001 *                WRK DETAIL               *     07:45:10

  REG NO..: 05967-084 NAME....: WARD, MYRON ARVEL
  CATEGORY: WRK          FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME

PET    PRINT 2    PRINT FACTORY-2              03-27-2006 0001 CURRENT
PET    CCS COMPND CORR SVCS COMPOUND           10-31-2005 1342 03-27-2006 0001

PET    ORD CCS    ORD CCS                      06-01-2004 0001 10-31-2005 1342

PET    CONV IDLE  CONVALESCE IDLE              05-21-2004 0831 06-01-2004 0001

PET    ORD CCS    ORD CCS                      05-20-2004 1442 05-21-2004 0831

PET    ORD CCS    ORD CCS                      11-11-2003 0001 05-20-2004 0749

PET    UNASSG     UNASSIGNED WORK DETAIL       11-03-2003 1658 11-11-2003 0001

PET    A/O        NEEDS A/O PROCESSING         10-24-2003 1033 11-03-2003 1658

PEM    UNASSG     UNASSG                       10-22-2003 1442 10-24-2003 0950

PHL    UNASSG     UNASSG                       10-20-2003 1800 10-22-2003 0655

LEW    UNASSG     UNASSIGNED WORK DETAIL       10-17-2003 1304 10-20-2003 1010

MCK    I ASEMBLY2 ASSEMBLY 2 - 3:50PM - 11:00PM 09-03-2002 0001 10-17-2003 0925

MCK    I LAYUP 1  LAYUP 1                      04-09-2002 0001 09-03-2002 0001

MCK    CMSLANDIN2 INSIDE LANDSCAPE FULL-TIME   09-08-2001 0001 04-09-2002 0001

MCK    CMSLANDIN1 INSIDE LANDSCAPE FULL-TIME   07-27-2001 0001 09-08-2001 0001

MCK    CMS FACL   FACILITIES OFFICE            07-26-2001 0001 07-27-2001 0001

MCK    UNASSG     UNASSIGNED                   07-25-2001 1213 07-26-2001 0001

MCK    A&O        ADMISSION & ORIENTATION      07-20-2001 0845 07-25-2001 1213

LEW    UNASSG     UNASSIGNED WORK DETAIL       07-13-2001 1836 07-20-2001 0518

LOR    ADM DET    ADMINISTRATIVE DETENTION     05-18-2001 1323 07-13-2001 0900

LOR    DIS SEG    DISCIPLINARY SEGREGATION     04-19-2001 1522 05-18-2001 1323

LOR    ADM DET    ADMINISTRATIVE DETENTION     03-23-2001 1915 04-19-2001 1522

LOR    CABLE 11   PRODUCTION/                  02-09-2001 0001 03-23-2001 1915

LOR    F/SVC PM   FOOD SERVICE WORKER (PM)     02-07-2001 1015 02-09-2001 0001

LOR    F/SVC AM   FOOD SERVICE WORKER (AM)     02-06-2001 0001 02-07-2001 1015

LOR    A&O COMP   A&O PROGRAM COMPLETE         01-11-2001 1402 02-06-2001 0001

LOR    A&O        A&O UNASSIGNED               01-05-2001 0845 01-11-2001 1402

LEW    UNASSG     UNASSIGNED WORK DETAIL       01-02-2001 2101 01-05-2001 0545

CUM    FPI SHOP 3 UNICOR SHOP 3                05-30-2000 0001 01-02-2001 1023
```

```
MCK2G  531.01 *           INMATE HISTORY              *      08-30-2006
PAGE 001 OF 001 *           WRK DETAIL                *      15:00:24

    REG NO..: 05967-084 NAME....: WARD, MYRON ARVEL
    CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
PET    PRINT 2    PRINT FACTORY-2             03-27-2006 0001 CURRENT
PET    CCS COMPND CORR SVCS COMPOUND          10-31-2005 1342 03-27-2006 0001
PET    ORD CCS    ORD CCS                     06-01-2004 0001 10-31-2005 1342
PET    CONV IDLE  CONVALESCE IDLE             05-21-2004 0831 06-01-2004 0001
PET    ORD CCS    ORD CCS                     05-20-2004 1442 05-21-2004 0831
PET    ORD CCS    ORD CCS                     11-11-2003 0001 05-20-2004 0749
PET    UNASSG     UNASSIGNED WORK DETAIL      11-03-2003 1658 11-11-2003 0001
PET    A/O        NEEDS A/O PROCESSING        10-24-2003 1033 11-03-2003 1658
PEM    UNASSG     UNASSG                      10-22-2003 1442 10-24-2003 0950
PHL    UNASSG     UNASSG                      10-20-2003 1800 10-22-2003 0655
LEW    UNASSG     UNASSIGNED WORK DETAIL      10-17-2003 1304 10-20-2003 1010
MCK    I ASEMBLY2 ASSEMBLY 2 - 3:50PM - 11:00PM 09-03-2002 0001 10-17-2003 0925
MCK    I LAYUP 1  LAYUP 1                     04-09-2002 0001 09-03-2002 0001
MCK    CMSLANDIN2 INSIDE LANDSCAPE FULL-TIME  09-08-2001 0001 04-09-2002 0001
MCK    CMSLANDIN1 INSIDE LANDSCAPE FULL-TIME  07-27-2001 0001 09-08-2001 0001
MCK    CMS FACL   FACILITIES OFFICE           07-26-2001 0001 07-27-2001 0001
MCK    UNASSG     UNASSIGNED                  07-25-2001 1213 07-26-2001 0001
MCK    A&O        ADMISSION & ORIENTATION     07-20-2001 0845 07-25-2001 1213
LEW    UNASSG     UNASSIGNED WORK DETAIL      07-13-2001 1836 07-20-2001 0518
LOR    ADM DET    ADMINISTRATIVE DETENTION    05-18-2001 1323 07-13-2001 0900
LOR    DIS SEG    DISCIPLINARY SEGREGATION    04-19-2001 1522 05-18-2001 1323
LOR    ADM DET    ADMINISTRATIVE DETENTION    03-23-2001 1915 04-19-2001 1522
LOR    CABLE 11   PRODUCTION/                 02-09-2001 0001 03-23-2001 1915
LOR    F/SVC PM   FOOD SERVICE WORKER (PM)    02-07-2001 1015 02-09-2001 0001
LOR    F/SVC AM   FOOD SERVICE WORKER (AM)    02-06-2001 0001 02-07-2001 1015
LOR    A&O COMP   A&O PROGRAM COMPLETE        01-11-2001 1402 02-06-2001 0001
LOR    A&O        A&O UNASSIGNED              01-05-2001 0845 01-11-2001 1402
LEW    UNASSG     UNASSIGNED WORK DETAIL      01-02-2001 2101 01-05-2001 0545
CUM    FPI SHOP 3 UNICOR SHOP 3               05-30-2000 0001 01-02-2001 1023
CUM    FPI SHOP 8 UNICOR SHOP 8               08-23-1999 0001 05-30-2000 0001
CUM    F PLUMBER  FCI PLUMBER                 06-08-1999 0001 08-23-1999 0001
CUM    F MECH SVC FCI MECHANICAL SVC          06-07-1999 0001 06-08-1999 0001
CUM    F UNASSIGN UNASSIGNED INMATES          05-24-1999 0001 06-07-1999 0001
CUM    F A&O      FCI A&O INMATES             05-19-1999 0001 05-24-1999 0001
CUM    F UNASSIGN UNASSIGNED INMATES          05-17-1999 2246 05-19-1999 0001
CUM    F A&O      FCI A&O INMATES             04-26-1999 1902 05-17-1999 2246
OKL    UNASSG     UNASSIGNED HOLDOVER         04-05-1999 1515 04-26-1999 0725
```

G0000          TRANSACTION SUCCESSFULLY COMPLETED

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | | |
|---|---|---|---|
| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 0 5 9 6 7 — 0 8 4 | W A R D , M Y R O N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 1 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 1 0 — 1 7 — 0 3 | 0 7 1 0 | X |

| | | |
|---|---|---|
| **2** | 22. | **Reason For Termination Of Employment Or Withdrawal** |
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | | |
|---|---|---|
| **C** | 23. | **Continuation of Longevity Status** |
| | | 1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| \|  \| — \|  \| — \|  \| | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| \|  \|  \|  \| | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|
| **1** | | |

| | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| **2** | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|
| **☐** | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 0 5 9 6 7 - 0 8 4 | W A R D  M Y R O N  A R V E L | 2 3 1 |

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| | 2 | M C F T 1 | | 7 6 9 6 8 7 0 5 4 | W O O D W R K  S H O P H A N D |

10/6/02

**To:**

1 = Hourly
2 = G.P.W.
3 = P.W.
X = Apprentice

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 1 | M C F T 1 | | 7 6 9 6 8 7 0 5 4 | W O O D W R K  S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: | AM | PM |
|---|---|---|---|---|
| 0 1 - 0 4 - 0 3 | 1 5 3 0 | | | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| **☐** | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| **☐** | 1 = yes  0 = no  2 = no     (For use only when termination is for release (MR or parole). |

| | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|

| | | 25. Total Inmate Hours Involved |
|---|---|---|

### 26. Signatures:

Recommended By _____ Foreman     Date: _____

Approved By _____ Plant Superintendent     Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.     Date: _____

Entered On Payroll Records _____ Timekeeper     Date: 1/16/03

FPI Revised Form 96
October 1, 1982

Distribution:
White —— Business office
Canary —— Terminal operator
Green —— Placement
Pink —— Foreman

# Production Worker's Training Record

(CHECKLIST)
for

Inmate Name  __Myron Ward__          Reg. Number  __0596 7 - 084__

☑ 1.) I have had a department orientation by my department supervisor.

☑ 2.) I have read and understand the Factory Rules and Safety Regulations.

☑ 3.) I have read and understand the department procedures for my assigned area.

☑ 4.) I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.) I have had on the job training with an experienced production worker.

☑ 6.) I have read and understand my Job Description.

☑ 7.) I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.) I have familiarized  myself  with ISO-9001-2000 standards, Unicor McKeans Q.M.S.,
and the role I play in the system.

__Myron Ward   05967-084__                    __6/23/03__
Inmate Signature  &  Reg. Number                    Date

__Mrly B__                              __6/27/03__
Woodworking Supervisor Signature                    Date

| TITLE: | TRAINING RECORD | CONTROL NO.  1403 | DATE: | 6/11/03 |
|---|---|---|---|---|
| Production - | UNICOR MCKEAN | REV:      Original Issue | SHEET | 1 OF 1 |

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT



Inmate's Name: __WARD, MYRON__                Register Number: __05967-084__

Institution Code: __231__                     Industry Code: __MCFT__

---

Job Description: __Woodworking Shophand__          Department: __Layup 1__

> *Duties: Performs any combination of the following: cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Responsible for the quantity and quality of all parts handled. **All workers will clean their tools and work area when there is no production work. Failure to do so will result in an "Unsatisfactory Work Performance" warning.** All other duties as assigned in UNICOR.*

I have instructed inmate __WARD, MYRON__ Reg. No. __05967-084__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____                    __3-21-02__
Foreman                                         Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    __05967-084__        __4/9/02__
Signature of Inmate            Register Number       Date

Federal Prison Industries, Inc.
UNICOR - McKean

P.O. Box 8000
Phone #(814) 362-8900
Fax #(814) 362-4151

# M E M O R A N D U M

DATE:    March 27, 2002

REPLY TO:
ATTN OF:    Martin Sapko, Factory Manager

SUBJECT:    Issuance of Safety Glasses

TO:    New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store your issued safety glass, it is your responsibility and must be well cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for **all** production workers and **must** be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _____, and I agree to the above conditions.

Signature: _Myran Ward_____

Print Name: _MYRAN WARD_____

Reg. Number: _05967-084_____

# F.C.I. McKean

## UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

NAME: ~~Myron Ward~~ MYRON WARD        UNIT: CB   LOCKER#_____   CHIT#_____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR SUPERVISOR.   WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE.   INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND AFTER RETURNING FORM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES AT ALL TIMES WHILE IN THE FACTORY.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH-NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM.   OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR IS STRICTLY FORBIDDEN.   VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN.   FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED, AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY.   <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

10) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT.   DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCK.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR, OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS WITH UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS.   ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN AND ALSO TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAS BEEN TRANSFERRED FROM ANOTHER INSTITUTION FOR DISCIPLINARY PURPOSES, SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND ALSO UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE RULES SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: Myron Ward        REG. # 05967-084   DATE: 4/9/02

ASSIGNED DEPARTMENT: _____

LAYUP 1                              NEW HIRE

# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|

| 1 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| 2 | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number** `0 5 9 5 7 - 0 5 4`   **5. Resident Name (Last, First, Middle)** `WARD, MYRON`   **6. Institution Code** `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `B C F F 1` | `1` | `7 6 9 5 8 7 0 5 4` | `WD WRK SHOP HAND` |

```
1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| `0 4 - 0 9 - 0 2` | `0 7 0` | X |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no     (For use only when termination is for release (MR or parole).

| | | | | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman _____ Date: _____

Approved By _____ Plant Superintendent _____ Date: _____

Approved By _____ Ass't Supt. Or Business Mgr. _____ Date: _____

Entered On Payroll Records _____ Timekeeper _____ Date: _____

FPI Revised Form 96    Distribution:    White——————— Business office    Green——————— Placement

LAYUP 1                         GRADE CHANGE

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|
| **2** | | | |

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| **2** | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   `0 5 9 6 7 - 0 8 4`

**5. Resident Name (Last, First, Middle)**   `W A R D , M Y R O N`

**6. Institution Code**   `2 3 1`

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `WD WRK SHOP HAND` |

```
1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `9 1 2` | `3` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `WD WRK SHOP HAND` |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: | AM | PM |
|---|---|---|---|---|
| `0 7 - 0 8 - 0 2` | `0 7 1 0` | | `X` | |

| | 22 . **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

`| | - | | - | |`   24. Date Of Enrollment Month, Day, Year

`| | | | |`   25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____ Foreman          Date: **7/16/02**

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: _____

FPI Form 96 (9/98)

Distribution:   White (Business Office)   Canary (Terminal Operator)   Pink (Placement)   Goldenrod (Foreman)

ASSEMBLY 2                GRADE CHANGED            LED 5/5/99

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 2 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number** 0 5 9 6 7 - 0 8 4

**5. Resident Name (Last, First, Middle)** M A R I , M Y R O N A R V I L L

**6. Institution Code** 2 3 1

## Action Recommended
**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| | 3 | M C F T | 1 | 7 6 9 8 8 7 0 5 4 | W D W R K S H O P HAN D |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 2 | M C F T | 1 | 7 6 9 8 8 7 0 5 4 | W D W R K S H O P H A D |

**19. Effective Date Month, Day, Year** 1 0 - 0 6 - 0 2

**20. Time of Action** 1 5 9

**21. Check One: AM PM** X

## 22. Reason For Termination Of Employment Or Withdrawal
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

## 23. Continuation of Longevity Status
1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

| | - | - | 24. Date Of Enrollment Month, Day, Year |

| | | 25. Total Inmate Hours Involved |

## 26. Signatures:

Recommended By _____ Foreman    Date: 10/6/02

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 10/8/02

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type of Report:** `3`
UNICOR Action = 1   IPRS Action = 2   Both = 3

**2. If UNICOR Action** `3`
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**3. If IPRS Action** `3`
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

**4. Register Number:** `0 5 9 6 7 - 0 8 4`

**5. Resident Name (Last, First, Middle):** `W A R D , M Y R O N`

**6. Institution Code:** `2 3 1`

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 1 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D W R K S H O P H A N D |

1 = Hourly
2 = G.P.W.
3 = P.W.
X = Apprentice

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year:** `1 0 - 1 7 - 0 3`

**20. Time of Action:** `0 7 1 0`

**21. Check One:** AM ☒   PM ☐

**22. Reason For Termination Of Employment Or Withdrawal** `2`
1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

**23. Continuation of Longevity Status** `C`
1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year:** `| | - | | - | |`

**25. Total Inmate Hours Involved:** `| | | | |`

## 26. Signatures:

| | | |
|---|---|---|
| Recommended By _Mike Haxx, Jr_ Foreman | Date: _10/17/03_ |
| Approved By _____ Plant Superintendent | Date: _____ |
| Approved By _____ Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ Timekeeper | Date: _10/21/03_ |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number**  05967-054

**5. Resident Name (Last, First, Middle)**  WARD MERON ARVEL

**6. Institution Code**  231

## Action Recommended

### From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| | 2 | MCFT 1 | 7 | 6 9 68 7 0 5 4 | WOODWRK SHOPHAND |

10/6/02

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

### To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 1 | MCFT 1 | 7 | 6 96 8 7 0 5 4 | WOODWRK SHOPHAND |

**19. Effective Date** Month, Day, Year  01 - 04 - 03

**20. Time Of Action**  1 5 3 0

**21. Check One:**  AM ___ PM [X]

### 22. Reason For Termination Of Employment Or Withdrawal

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

### 23. Continuation of Longevity Status

1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment** Month, Day, Year

**25. Total Inmate Hours Involved**

### 26. Signatures:

Recommended By _____ Foreman    Date: 1/4/03

Approved By  Debra Forsyth  Plant Superintendent    Date: 1/8/03

Approved By  T. Nalahan  Ass't Supt. Or Business Mgr.    Date: 1/16/03

Entered On Payroll Records  Linda K. Kerr  Timekeeper    Date: 1/16/03

FPI Revised Form 96
October 1, 1982

Distribution:    White——————— Business office    Green——————— Placement
Canary——————— Terminal operator    Pink——————— Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **1** | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 | |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number: C 5 9 6 7 - 0 8 4
5. Resident Name (Last, First, Middle): W A R D   M Y R O N   A R V I L L
6. Institution Code: 2 3 1

## Action Recommended
### From:

7. Job Number: 
8. Grade 1 - 4: 1
9. Industry Code: M C F T
10. Wage Plan: 1
11. Dot Code: 7 9 9 8 8 7 0 5 4
12. Position Title: W D   W R K   S H O P   H A N D

1 = Hourly
2 = G.P.W.
3 = P.W.
X = Apprentice

### To:

13. Job Number: 
14. Grade 1 - 4: 2
15. Industry Code: M C F T
16. Wage Plan: 1
17. Dot Code: 7 6 9 6 8 7 0 5 4
18. Position Title: W D   W R K   S H O P   H A N D

19. Effective Date Month, Day, Year: 1 9 - 9 9 - 9 2
20. Time of Action: 1 5 3 0
21. Check One: AM [ ] PM [XX]

22. **Reason For Termination Of Employment Or Withdrawal**
   1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
   5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**
   1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).)

24. Date Of Enrollment Month, Day, Year: | | - | | - | |

25. Total Inmate Hours Involved: | | | |

26. **Signatures:**

Recommended By _[signature]_ Foreman    Date: 10/6/02

Approved By _[signature]_ Plant Superintendent    Date: 10/28/02

Approved By _[signature]_ Ass't Supt. Or Business Mgr.    Date: 10/28/02

Entered On Payroll Records _[signature]_ Timekeeper    Date: 10/28/02

FPI Form 96 (9/98)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **2** | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 | |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 0 5 9 6 7 - 0 8 4 | W A R D , M Y R O N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D W R K S H O P H N D |

1 = Hourly
2 = G.P.W.   X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D W R K S H O P H N D |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM PM |
|---|---|---|
| 0 7 - 0 8 - 0 2 | 0 7 1 0 | **X** ☐ |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).

| | - | - | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

**26. Signatures:**

Recommended By _____ Foreman   Date: 7/16/02

Approved By _____ Plant Superintendent   Date: 7/18/02

Approved By _____ Ass't Supt. Or Business Mgr.   Date: 7/17/02

Entered On Payroll Records _____ Timekeeper   Date: 7/17/12

FPI Form 96 (9/98)

LAYUP 1                    NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| 3 | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| 1 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| 2 | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number**  0 5 9 6 7 - 0 8 4

**5. Resident Name (Last, First, Middle)**  W A R D   B Y R O N

**6. Institution Code**  2 3 1

**Action Recommended**

**From:**

**7. Job Number**  0 1 2

**8. Grade 1 - 4**  4

**9. Industry Code**  S C F T 1

**10. Wage Plan**  7

**11. Dot Code**  6 9 6 8 7 0 5 4

**12. Position Title**  W D   W R K   S H O P H A N D

1 = Hourly
2 = G.P.W.   — X = Apprentice
3 = P.W.

**To:**

**13. Job Number**

**14. Grade 1 - 4**

**15. Industry Code**

**16. Wage Plan**

**17. Dot Code**

**18. Position Title**

**19. Effective Date Month, Day, Year**  0 4 - 0 9 - 0 2

**20. Time Of Action**  0 7 1 0

**21. Check One:  AM  PM**  X ☐

| | |
|---|---|
| | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | |
|---|---|
| | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures**

Recommended By _____  Foreman    Date: 4-11-02

Approved By  T Helahan  _____  Plant Superintendent    Date:

Approved By  T Helahan  _____  Ass't Supt. Or Business Mgr.    Date:

Entered On Payroll Records  CL Minamai  ___  Timekeeper    Date: 4/15/2

FPI Revised Form 96
October 1, 1982

Distribution:    White---------- Business office
Canary---------- Terminal operator

Green---------- Placement
Pink---------- Foreman

Employee Work History

NAME: __Ward, Myron Arvel__          NO. __#05967-084__

HIRE DATE: __04/09/02__          Prior UNICOR Credit Accepted: __00__ Months

Year __2002__

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr | 1 | 3:45 |  | 3:45 |  |
| May | 2 | 3:75 |  | 7:36 |  |
| Jun | 3 | 3:45 |  | 11:15 |  |
| Jul | 4 | 3:45 |  | 15:00 |  |
| Aug | 5 | 3:53 |  | 16:53 |  |
| Sep | 6 | 3:38 |  | 20:31 |  |
| Oct | 7 | 3:38 |  | 24:09 |  |
| Nov | 8 | 3:38 |  | 27:47 |  |
| Dec | 9 | 3:38 |  | 31:25 |  |

Year __2003__

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 10 | 3:38 |  | 35:03 |  |
| Feb | 11 | 3:38 |  | 38:41 |  |
| Mar | 12 | 3:38 |  | 42:19 |  |
| Apr | 13 | 7:15 |  | 49:34 |  |
| May | 14 | 7:15 |  | 56:49 |  |
| Jun | 15 | 7:15 | 42:19 Pav | 21:45 |  |
| Jul | 16 | 7:15 |  | 29:00 |  |
| Aug | 17 | 7:15 |  | 36:15 |  |
| Sep | 18 | 7:15 |  | 43:30 |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year __2004__

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

```
  MCK2G  531.01 *              INMATE HISTORY           *     04-06-2002
  PAGE 001 OF 001 *              WRK DETAIL             *     13:58:46

  REG NO..: 05967-084 NAME....: WARD, MYRON ARVEL
  CATEGORY: WRK         FUNCTION: PRT        FORMAT:

  FCL     ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME

  MCK     CMSLANDIN2 INSIDE LANDSCAPE FULL-TIME   09-08-2001 0001 CURRENT
  MCK     CMSLANDIN1 INSIDE LANDSCAPE FULL-TIME   07-27-2001 0001 09-08-2001 0001

  MCK     CMS FACL   FACILITIES OFFICE            07-26-2001 0001 07-27-2001 0001

  MCK     UNASSG     UNASSIGNED                   07-25-2001 1213 07-26-2001 0001

  MCK     A&O        ADMISSION & ORIENTATION      07-20-2001 0845 07-25-2001 1213

  LEW     UNASSG     UNASSIGNED WORK DETAIL       07-13-2001 1836 07-20-2001 0518

  LOR     ADM DET    ADMINISTRATIVE DETENTION     05-18-2001 1323 07-13-2001 0900

  LOR     DIS SEG    DISCIPLINARY SEGREGATION     04-19-2001 1522 05-18-2001 1323

  LOR     ADM DET    ADMINISTRATIVE DETENTION     03-23-2001 1915 04-19-2001 1522

  LOR     CABLE 11   PRODUCTION/                  02-09-2001 0001 03-23-2001 1915

  LOR     F/SVC PM   FOOD SERVICE WORKER (PM)     02-07-2001 1015 02-09-2001 0001

  LOR     F/SVC AM   FOOD SERVICE WORKER (AM)     02-06-2001 0001 02-07-2001 1015

  LOR     A&O COMP   A&O PROGRAM COMPLETE         01-11-2001 1402 02-06-2001 0001

  LOR     A&O        A&O UNASSIGNED               01-05-2001 0845 01-11-2001 1402

  LEW     UNASSG     UNASSIGNED WORK DETAIL       01-02-2001 2101 01-05-2001 0545

  CUM     FPI SHOP 3 UNICOR SHOP 3                05-30-2000 0001 01-02-2001 1023
  CUM     FPI SHOP 8 UNICOR SHOP 8                08-23-1999 0001 05-30-2000 0001

  CUM     F PLUMBER  FCI PLUMBER                  06-08-1999 0001 08-23-1999 0001

  CUM     F MECH SVC FCI MECHANICAL SVC           06-07-1999 0001 06-08-1999 0001

  CUM     F UNASSIGN UNASSIGNED INMATES           05-24-1999 0001 06-07-1999 0001

  CUM     F A&O      FCI A&O INMATES              05-19-1999 0001 05-24-1999 0001

  CUM     F UNASSIGN UNASSIGNED INMATES           05-17-1999 2246 05-19-1999 0001

  CUM     F A&O      FCI A&O INMATES              04-26-1999 1902 05-17-1999 2246

  OKL     UNASSG     UNASSIGNED HOLDOVER          04-05-1999 1515 04-26-1999 0725
```

G0000          TRANSACTION SUCCESSFULLY COMPLETED

```
 MCK2G          *        INMATE DISCIPLINE DATA           *      04-06-2002
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD   *      13:59:20
```

REGISTER NO: 05967-084 NAME..: WARD, MYRON ARVEL
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 04-06-2002

---------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 868922 - SANCTIONED  INCIDENT DATE/TIME: 03-23-2001 1730

DHO HEARING DATE/TIME: 04-19-2001 1230
FACL/CHAIRPERSON.....: LOR/LINDEN J
APPEAL CASE NUMBER(S): 239792
REPORT REMARKS.......: DURING A ROUTINE SEARCH, A 5 1/2 SHARPENED TOOTHBRUSH
                       WAS FOUND TAPED UNDER THE INMATE'S LOCKER.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:    FROM 04-19-01 THROUGH 05-18-01.
        TRANSFER   / CS
        COMP:    LAW:    RECOMMEND A DISCIPLINARY TRANSFER.
---------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 802179 - SANCTIONED  INCIDENT DATE/TIME: 07-29-2000 1100

UDC HEARING DATE/TIME: 08-02-2000 1540
FACL/UDC/CHAIRPERSON.: CUM/UNIT C/D HOLLER
REPORT REMARKS.......: I/M ADMITTED GUILT.
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP PHONE   / 180 DAYS / CS
        COMP:    LAW:    6 MONTHS LOSS OF PHONE;
                         TO EXPIRE ON 02/03/2000.

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
MCK2G                       INMATE EDUCATION DATA              10-28-2002
PAGE 001            *           TRANSCRIPT            *        14:18:47

REGISTER NO: 05967-084    NAME..: WARD                    FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: MCK-MCKEAN FCI

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT       05-28-1999 0001 CURRENT
MCK  GED HAS    COMPLETED GED OR HS DIPLOMA  05-05-1999 0001 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE  EVNT AC LV  HRS
MCK        FOOD SERV MGMT VT M-F 730-130  10-08-2002 CURRENT
MCK        CULINARY VT M-F 7:30-9:30  07-10-2002 10-08-2002  C  W  I    0
MCK        ACE-FINANCE 1            06-24-2002 08-10-2002  P  C  P   63
MCK        ACE-BUSINESS DEVELOPMENT  03-18-2002 06-11-2002  P  C  P  106
MCK        ACE-BUS. MATH&ENG WED.630-830  11-28-2001 05-22-2002  P  C  P   60
MCK        ACE STOCK MARKET        01-14-2002 02-16-2002  P  C  P   57
MCK        HYDROPONICS VT,M-F, 9:30-11:30  08-22-2001 09-26-2001  P  C  E   50
LOR        PERSONAL TRAINER CERT-EDUC  02-06-2001 04-10-2001  P  C  P  121
CUM        MICRO APPLICATIONS      09-07-2000 12-12-2000  P  C  P   45

G0002      MORE PAGES TO FOLLOW . . .
```

BP-S148.055  **INMATE REQUEST TO STAFF CDFRM**
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Forsyth, S.O.I. (Unicor) | 8/12/02 |
| FROM: WARD, Myron | REGISTER NO.: 05967-084 |
| WORK ASSIGNMENT: Lay up 1 | UNIT: CB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am currently on Unicor Day shift. I have a conflict in my schedule. The vocational class that I take is from 7:30 A.m - 1:30 PM. (I've been taking it for over a month). If possible, I would like to switch ~~swift~~ to the night shift. My attempts have been unsuccessful thus far.

POSTED
Thank you

(Do not write below this line)        DOT 7696870S4

DISPOSITION:

MOVE FROM LAYUP I TO ASSM 2
9/3/02

GED  5/5/99

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94