```
BOPUK  531.01 *                INMATE HISTORY             *      09-08-2006
PAGE 001        *                 WRK DETAIL              *      07:45:18

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL     ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME

BEN     DW CMPND   CMPND DETAIL                   05-25-2006 0001 CURRENT
BEN     UNASSG     UNASSIGNED                     12-22-2005 1352 05-25-2006 0001

BEN     FCI A&O    ADMISSION AND ORIENTATION      12-01-2005 1100 12-22-2005 1352

ATL     DCU UNASSG DETENTION CENTER UNASSIGNED    11-30-2005 1411 12-01-2005 0414

TAL     JAIL       WORK ASSG (A-PRE/A-HLD)        11-23-2005 0900 11-30-2005 0454

JES     HVAC 2     HEAT/VENT/AC DETAIL            09-29-2005 0001 11-23-2005 0724

JES     UNASSG     UNASSIGNED                     09-23-2005 1457 09-29-2005 0001

JES     UNASSG     UNASSIGNED                     09-13-2005 1044 09-23-2005 0834

JES     SHU        SPECIAL HOUSING UNIT           09-12-2005 1334 09-13-2005 1044

JES     HVAC 2     HEAT/VENT/AC DETAIL            06-09-2005 0001 09-12-2005 1334

JES     IDLE2      IDLE - 2 DAYS                  06-08-2005 0730 06-09-2005 0001

JES     HVAC 2     HEAT/VENT/AC DETAIL            03-04-2005 0001 06-08-2005 0730

JES     MED CONV   MEDICAL CONVALESCENCE          03-02-2005 0001 03-04-2005 0001

JES     HVAC 2     HEAT/VENT/AC DETAIL            10-05-2004 0001 03-02-2005 0001

JES     CMS        CMS CLERK                      10-01-2004 0001 10-05-2004 0001

JES     ORDERLY C1 C1 UNIT ORDERLY               08-10-2004 0800 10-01-2004 0001

JES     UNASSG     UNASSIGNED                     08-09-2004 1603 08-10-2004 0800

JES     A&O        ADMISSION & ORIENTATION PGM    08-03-2004 1315 08-09-2004 1603

JES     UNASSG     UNASSIGNED                     08-02-2004 1256 08-03-2004 1315

JES     SHU        SPECIAL HOUSING UNIT           07-16-2004 0715 08-02-2004 1256

TAL     JAIL       WORK ASSG (A-PRE/A-HLD)        06-29-2004 1700 07-16-2004 0305

OKL     UNASSG     UNASSIGNED HOLDOVER            05-24-2004 1755 06-29-2004 0800

LEW     UNASSG     UNASSIGNED WORK DETAIL         05-21-2004 1457 05-24-2004 1033

MCK     VACATION   VACATION                       05-14-2004 0001 05-21-2004 1100

MCK     REC        RECREATION ORDERLY             03-23-2004 0001 05-14-2004 0001

MCK     CONV       CONVALESCENT                   03-17-2004 1123 03-23-2004 0001

MCK     REC        RECREATION ORDERLY             06-15-2003 0001 03-17-2004 1123

MCK     IDLE       IDLE                           06-13-2003 1021 06-15-2003 0001

MCK     REC        RECREATION ORDERLY             05-08-2003 0001 06-13-2003 1021
```

```
MCK    UNASSG      UNASSIGNED              04-25-2003 0001 05-08-2003 0001
MCK    I ASEMBLY1  ASSEMBLY 1              10-03-2002 0001 04-25-2003 0001
MCK    I LAYUP 1   LAYUP 1                 09-03-2002 0001 10-03-2002 0001
MCK    ORD B B     ORDERLY B B             07-30-2002 0001 09-03-2002 0001
MCK    UNASSG      UNASSIGNED              07-24-2002 0001 07-30-2002 0001
MCK    A&O         ADMISSION & ORIENTATION 07-19-2002 0825 07-24-2002 0001
LEW    PAINT 2     PAINT 2                 06-12-2002 0001 07-19-2002 0520
LEW    INS GM1     INSIDE GENERAL MAINT 1  06-04-2002 0001 06-12-2002 0001
LEW    INS FA      INSIDE FACILITY ASSISTANT 06-01-2002 0001 06-04-2002 0001
LEW    UNASSG      UNASSIGNED WORK DETAIL  05-24-2002 0826 06-01-2002 0001
LEW    PAINT 2     PAINT 2                 11-24-2001 0001 04-18-2002 1214
LEW    IDLE 3      IDLE #3 - 3 DAYS        11-21-2001 1510 11-24-2001 0001
```

G0002          MORE PAGES TO FOLLOW . . .

```
BOPUK  531.01 *            INMATE HISTORY        *      09-08-2006
PAGE 002 OF 002 *            WRK DETAIL          *      07:45:18
REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| LEW | PAINT 2 | PAINT 2 | 05-30-2001 0001 | 11-21-2001 1510 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-12-2001 0712 | 05-30-2001 0001 |
| LEW | PAINT 2 | PAINT 2 | 04-18-2001 0001 | 05-12-2001 0712 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-19-2001 2114 | 04-18-2001 0001 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 02-21-2001 1910 | 03-19-2001 1113 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 08-11-1999 1645 | 08-17-1999 0730 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1200 | 08-11-1999 1125 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1155 | 08-03-1999 1159 |

G0000          TRANSACTION SUCCESSFULLY COMPLETED

ASSEMBLY-PART                    TERMINATION                    PROGRAM CHANGE



# Industrial Employment/IPRS Action Report

**UNICOR** Federal Prison Industries, Inc.

| 3 | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|

| 3 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| 3 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number**  2 6 9 9 4 - 0 3 9

**5. Resident Name (Last, First, Middle)**  K E L L Y , L E S L I E

**6. Institution Code**  2 3 1

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| d d d d | d | M C F T | 1 | 7 0 6 6 8 7 0 1 0 | A S S E M B L E R |

1 = Hourly
2 = G.P.W.
3 = P.W.

X = Apprentice

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date** Month, Day, Year   9 4 - 2 9 - 9 3

**20. Time Of Action**   0 7 1 0

**21. Check One:**   AM   PM   ☒ ☐

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no       (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment** Month, Day, Year

**25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman        Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper        Date: _____

FPI Revised Form 96        Distribution:   White————— Business office    Green————— Placement
                                           Canary————— Terminal operator  Pink————— Foreman

LAYUP 1                    INTERDEPARTMENTAL CHANGE                    FROM LAYUP 1 TO ASSEMBLY 1

## UNICOR
### Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 2 | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 2 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
| 2 5 8 6 4 — 0 3 9 | K E L L Y , L E S L I E | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P F A N D |

1 = Hourly
2 = G.P.W.      ⎤ X = Apprentice
3 = P.W.        ⎦

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
| 0 4 4 | 4 | M C F T | 1 | 7 0 6 5 8 7 0 1 0 | C O M P  A S S E M B L Y  L I N E |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM   PM |
| 1 0 — 0 3 — 0 2 | 0 7 1 0 | X |

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
| | | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | | — | | | — | | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

26. Signatures:

Recommended By _____ Foreman              Date: 10/2/02

Approved By _____ Plant Superintendent         Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper      Date: 10/3/02

FPI Form 96 (9/98)

LAYUP 1                        INTERDEPARTMENTAL CHANGE        FROM LAYUP 1  TO LAYUP PART

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 2 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. | Register Number | 5. | Resident Name (Last, First, Middle) | 6. | Institution Code |

2 6 8 6 4 — 0 3 9      K E L L Y , L E S L I E              2 3 1

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |

0 1 2    4    M C F T    1    7 6 9 6 8 7 0 5 4    W D W R K S H O P H A N D

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |

0 9 — 1 1 — 0 2      0 7 1 0                    x

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
| | | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | | — | | — | | 24. Date Of Enrollment Month, Day, Year |

| | | | 25. Total Inmate Hours Involved |

26. Signatures:

Recommended By _____ Foreman          Date: 9-18-02

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 9/9/02

FPI Form 96 (9/98)

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Leslie Kelly_____    Register Number: __26864-039_____

Institution Code:_____231_____    Industry Code:_____MCFT_____

Job Description: __Woodworking Shophand_____    Department: __Layup 1_____

*Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate ___Leslie Kelly_____ Reg. No.___26864-039_____

in the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

_____                    ___9-11-02___
Foreman                                          Date

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____          __26864039_____          __9-11-02__
Signature of Inmate              Register Number              Date

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   **5. Resident Name (Last, First, Middle)**   **6. Institution Code**

`2 6 8 6 4 — 0 3 9`   `K E L L Y , L E S L I E`   `2 3 1`

## Action Recommended
### From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |

`0 1 2`   `4`   `M C F T`   `1`   `7 6 9 6 8 7 0 5 4`   `W D  W R K  S H O P H A N D`

1 = Hourly
2 = G.P.W.  — X = Apprentice
3 = P.W.

### To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |

**19. Effective Date** Month, Day, Year    **20. Time of Action**    **21. Check One:  AM   PM**

`0 9 — 0 3 — 0 2`    `0 7 1 0`    `X`  `_`

---

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

---

### 26. Signatures:

Recommended By _____ Foreman         Date: 9-3-0

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.  Date: _____

Entered On Payroll Records _____ Timekeeper   Date: 9-3-02

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# F.C.I. McKean

## UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

NAME: _LESLie Kelly_____    UNIT:_____    LOCKER#_____    CHIT#_____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR SUPERVISOR.  WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE.  INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND AFTER RETURNING FORM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES AT ALL TIMES WHILE IN THE FACTORY.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH-NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM.  OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR IS STRICTLY FORBIDDEN.  VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN.  FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED, AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY.  <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

10) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT.  DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCK.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR, OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS WITH UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS.  ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN AND ALSO TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAS BEEN TRANSFERRED FROM ANOTHER INSTITUTION FOR DISCIPLINARY PURPOSES, SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND ALSO UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE RULES SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: _LESLiE Kelly_____    REG.# _26864059_____    DATE: _9-3=02_____

ASSIGNED DEPARTMENT: _1-LAY up -1_____

Federal Prison Industries, Inc.
UNICOR - McKean

P.O. Box 8000
Phone #(814) 362-8900
Fax #(814) 362-4151

# M E M O R A N D U M

---

DATE:    March 27, 2002

REPLY TO:
ATTN OF:    Martin Sapko, Factory Manager

SUBJECT:    Issuance of Safety Glasses

TO:    New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store your issued safety glass, it is your responsibility and must be well cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for **all** production workers and **must** be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _____, and I agree to the above conditions.

Signature: _Leslie Kelly_

Print Name: _LESLIE KELLY_

Reg. Number: _26864039_

```
  MCK2G  531.01 *            INMATE HISTORY          *      08-30-2006
PAGE 001          *              WRK DETAIL          *      15:00:33

  REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
  CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL     ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
BEN     DW CMPND   CMPND DETAIL                    05-25-2006 0001 CURRENT
BEN     UNASSG     UNASSIGNED                      12-22-2005 1352 05-25-2006 0001
BEN     FCI A&O    ADMISSION AND ORIENTATION       12-01-2005 1100 12-22-2005 1352
ATL     DCU UNASSG DETENTION CENTER UNASSIGNED     11-30-2005 1411 12-01-2005 0414
TAL     JAIL       WORK ASSG (A-PRE/A-HLD)         11-23-2005 0900 11-30-2005 0454
JES     HVAC 2     HEAT/VENT/AC DETAIL             09-29-2005 0001 11-23-2005 0724
JES     UNASSG     UNASSIGNED                      09-23-2005 1457 09-29-2005 0001
JES     UNASSG     UNASSIGNED                      09-13-2005 1044 09-23-2005 0834
JES     SHU        SPECIAL HOUSING UNIT            09-12-2005 1334 09-13-2005 1044
JES     HVAC 2     HEAT/VENT/AC DETAIL             06-09-2005 0001 09-12-2005 1334
JES     IDLE2      IDLE - 2 DAYS                   06-08-2005 0730 06-09-2005 0001
JES     HVAC 2     HEAT/VENT/AC DETAIL             03-04-2005 0001 06-08-2005 0730
JES     MED CONV   MEDICAL CONVALESCENCE           03-02-2005 0001 03-04-2005 0001
JES     HVAC 2     HEAT/VENT/AC DETAIL             10-05-2004 0001 03-02-2005 0001
JES     CMS        CMS CLERK                       10-01-2004 0001 10-05-2004 0001
JES     ORDERLY C1 C1 UNIT ORDERLY                 08-10-2004 0800 10-01-2004 0001
JES     UNASSG     UNASSIGNED                      08-09-2004 1603 08-10-2004 0800
JES     A&O        ADMISSION & ORIENTATION PGM     08-03-2004 1315 08-09-2004 1603
JES     UNASSG     UNASSIGNED                      08-02-2004 1256 08-03-2004 1315
JES     SHU        SPECIAL HOUSING UNIT            07-16-2004 0715 08-02-2004 1256
TAL     JAIL       WORK ASSG (A-PRE/A-HLD)         06-29-2004 1700 07-16-2004 0305
OKL     UNASSG     UNASSIGNED HOLDOVER             05-24-2004 1755 06-29-2004 0800
LEW     UNASSG     UNASSIGNED WORK DETAIL          05-21-2004 1457 05-24-2004 1033
MCK     VACATION   VACATION                        05-14-2004 0001 05-21-2004 1100
MCK     REC        RECREATION ORDERLY             03-23-2004 0001 05-14-2004 0001
MCK     CONV       CONVALESCENT                    03-17-2004 1123 03-23-2004 0001
MCK     REC        RECREATION ORDERLY             06-15-2003 0001 03-17-2004 1123
MCK     IDLE       IDLE                            06-13-2003 1021 06-15-2003 0001
MCK     REC        RECREATION ORDERLY             05-08-2003 0001 06-13-2003 1021
MCK     UNASSG     UNASSIGNED                      04-25-2003 0001 05-08-2003 0001
MCK     I ASEMBLY1 ASSEMBLY 1                      10-03-2002 0001 04-25-2003 0001
MCK     I LAYUP 1  LAYUP 1                         09-03-2002 0001 10-03-2002 0001
MCK     ORD B B    ORDERLY B B                     07-30-2002 0001 09-03-2002 0001
MCK     UNASSG     UNASSIGNED                      07-24-2002 0001 07-30-2002 0001
MCK     A&O        ADMISSION & ORIENTATION         07-19-2002 0825 07-24-2002 0001
LEW     PAINT 2    PAINT 2                         06-12-2002 0001 07-19-2002 0520
LEW     INS GM1    INSIDE GENERAL MAINT 1          06-04-2002 0001 06-12-2002 0001
LEW     INS FA     INSIDE FACILITY ASSISTANT       06-01-2002 0001 06-04-2002 0001
LEW     UNASSG     UNASSIGNED WORK DETAIL          05-24-2002 0826 06-01-2002 0001
LEW     PAINT 2    PAINT 2                         11-24-2001 0001 04-18-2002 1214
LEW     IDLE 3     IDLE #3 - 3 DAYS                11-21-2001 1510 11-24-2001 0001
```

G0002        MORE PAGES TO FOLLOW . . .

```
   MCK2G  531.01 *              INMATE HISTORY           *    08-30-2006
 PAGE 002 OF 002 *               WRK DETAIL             *    15:00:33

   REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
   CATEGORY: WRK         FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
LEW    PAINT 2    PAINT 2                       05-30-2001 0001 11-21-2001 1510
LEW    UNASSG     UNASSIGNED WORK DETAIL        05-12-2001 0712 05-30-2001 0001
LEW    PAINT 2    PAINT 2                       04-18-2001 0001 05-12-2001 0712
LEW    UNASSG     UNASSIGNED WORK DETAIL        03-19-2001 2114 04-18-2001 0001
ATL    UNASSG     UNASSIGNED WORK DETAIL        02-21-2001 1910 03-19-2001 1113
OKL    UNASSG     UNASSIGNED HOLDOVER           08-11-1999 1645 08-17-1999 0730
MIL    UNASSG     UNASSIGNED WORK DETAIL        08-03-1999 1200 08-11-1999 1125
MIL    UNASSG     UNASSIGNED WORK DETAIL        08-03-1999 1155 08-03-1999 1159
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED

ASSEMBLY PART                    TERMINATION A                    PROGRAM CHANGE

 **UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type Of Report:** `[3]`    UNICOR Action = 1  IPRS Action = 2  Both = 3

**2. If UNICOR Action** `[3]`    Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3. If IPRS Action** `[3]`    Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

**4. Register Number** `2 6 8 6 4 - 0 3 9`  **5. Resident Name (Last, First, Middle)** `K E L L Y , L E S L E E`  **6. Institution Code** `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 4 4 4` | | `M C F T 1` | `1` | `7 0 6 6 8 7 0 1 0` | `A S S E M B L E R` |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year** `0 4 - 2 5 - 0 3`  **20. Time Of Action** `0 7 1 0`  **21. Check One: AM PM** `[X] [ ]`

**22. Reason For Termination Of Employment Or Withdrawal** `[ ]`
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status** `[ ]`
1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year** `| | | - | - | |`

**25. Total Inmate Hours Involved** `| | | | |`

**26. Signatures:**

Recommended By _____ Foreman    Date: 4/25/03

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't. Supt. Or Business Mgr.    Date: 4/25/03

Entered On Payroll Records _____ Timekeeper    Date: 4/25/03

FPI Revised Form 96
October 1, 1982    Distribution:    White ————— Business office    Green ————— Placement
Canary ————— Terminal operator    Pink ————— Foreman

LAYUP 1                 INTERDEPARTMENTAL CHANGE              FROM LAYUP 1 TO ASSEMBLY 1

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type of Report:**  [2]    UNICOR Action = 1  IPRS Action = 2  Both = 3

**2. If UNICOR Action**  [2]
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**3. If IPRS Action**  [ ]
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

**4. Register Number**  2 5 8 6 4 - 0 3 9

**5. Resident Name (Last, First, Middle)**  K E L L Y , L E S L I E

**6. Institution Code**  2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 4 4 | 4 | M C F T | 1 | 7 0 6 6 8 7 0 1 0 | C O M P   A S S E M B L Y   L I N E |

**19. Effective Date Month, Day, Year**  1 0 - 0 3 - 0 2

**20. Time of Action**  0 7 1 0

**21. Check One:**  AM [X]  PM [ ]

**22. Reason For Termination Of Employment Or Withdrawal**  [ ]
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**  [ ]
1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**  [ ] [ ] - [ ] [ ] - [ ] [ ]

**25. Total Inmate Hours Involved**  [ ] [ ] [ ] [ ]

**26. Signatures:**

Recommended By _____ Foreman          Date: 10/2/02

Approved By _____ Plant Superintendent   Date: 10/ /02

Approved By _____ Ass't Supt. Or Business Mgr.   Date: 10/ /02

Entered On Payroll Record _Linda K. Kerr_ Timekeeper   Date: 10/3/02

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

LAYUP 1                INTERDEPARTMENTAL CHANGE    FROM LAYUP 1  TO LAYUP PART

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **1** | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number   5. Resident Name (Last, First, Middle)   6. Institution Code

`2 6 8 6 4 — 0 3 9`   `K E L L Y , L E S L I E`   `2 3 1`

### Action Recommended
**From:**

7. Job Number  8. Grade 1 - 4  9. Industry Code  10. Wage Plan  11. Dot Code  12. Position Title

`0 1 2`  `4`  `M C F T`  `1`  `7 6 9 6 8 7 0 5 4`  `W D  W R K  S H O P H A N D`

1 = Hourly
2 = G.P.W.  ⎤— X = Apprentice
3 = P.W.  ⎦

**To:**

13. Job Number  14. Grade 1 - 4  15. Industry Code  16. Wage Plan  17. Dot Code  18. Position Title

19. Effective Date Month, Day, Year   20. Time of Action   21. Check One:  AM  PM

`0 9 — 1 1 — 0 2`   `0 7 1 0`   `X`

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. Signatures:

Recommended By _____ Foreman   Date: 9-10-02

Approved By ____Debora Forsyth____ Plant Superintendent   Date: 9/10/02

Approved By _____ Ass't Supt. Or Business Mgr.   Date: 9/9/02

Entered On Payroll Records ____Linda K. Kern____ Timekeeper   Date: 9/9/02

FPI Form 96 (9/98)

Distribution:   White (Business Office)   Canary (Terminal Operator)   Pink (Placement)   Goldenrod (Foreman)



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   **5. Resident Name (Last, First, Middle)**   **6. Institution Code**

2 6 8 6 4 — 0 3 9    K E L L Y ,  L E S L I E    2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date** Month, Day, Year   **20. Time of Action**   **21. Check One:  AM   PM**

0 9 — 0 3 — 0 2    0 7 1 0    X ☐

| ☐ | 22. | **Reason For Termination Of Employment Or Withdrawal** |
|---|---|---|
| | | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| ☐ | 23. | **Continuation of Longevity Status** |
|---|---|---|
| | | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| ☐ ☐ — ☐ ☐ — ☐ ☐ | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| ☐ ☐ ☐ ☐ | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _W. hill_ Foreman           Date: _9-3-02_

Approved By _T. Kalahan_ Plant Superintendent   Date: _9/?/?_

Approved By _T. Kalahan_ Ass't Supt. Or Business Mgr.   Date: _9/?/02_

Entered On Payroll Records _Lynda K. Korr_ Timekeeper   Date: _9-3-02_

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# *U N I C O R*

Cay Berle
BB

## *(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: _Kelly, Leslie_     Number: _26364-039_     Date: _4-11-03_
     (Last, First)

UNICOR McKean start date:_____     Current Grade: _4_   Unit:_____ This is to
advise you of your unsatisfactory work performance on:_____

Specifically: _found NOT wearing safety glasses at_
_9:11 Am in Assembly dept_

Supervisor's Recommendation:

  1) Written Warning _____

  2) Grade Reduction from _____ to _____; No. of days _____

  3) Job Change _____

  4) Removal ** _Constant Supervision problem_

  5) Other: _____

**    Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
      All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
        this matter.

_____     _____ _4-11-03_
Inmate Signature     Date              Staff Signature       Date

Final disposition: _Removal due to chronic Management issues_
_and progressive ~~dis~~ unsatisfactory work_
_performance._

_Tim Halahan_ _for_ _4/23/03_
Superintendent of Industries     Date

# *UNICOR*

### (FCI McKEAN)

## "Notice of Unsatisfactory Work Performance"

Name: Kelly, Leslie _____ Number: 26864-039 _____ Date: 3-26-03

(Last, First)

UNICOR McKean start date:_____ Current Grade:_____ Unit: B-B _____ This is to advise you of your unsatisfactory work performance on:_____

Specifically: MR KELLY hAS bEEN pREVIOUSLY VERbALLY WARNED ABOUT CROWDING IN LINE to ExiT ThE FACTORY. HE AgAiN CROWDED to the FRONT ON 3-25-03 At 3:07 pm. MR. KELLY iS A MANAGEMENT pRObLEM, AND NEEDS CONSTANT SupERVISION, my RECOMMENDATION iS thEREFORE REMOVAL AS hE hAS 3-WRITTEN WARNING IN ADDITiON To SEVERAl VERbAl _____

_____
_____
_____
_____
_____
_____

Supervisor's Recommendation:

   1) Written Warning _____

   2) Grade Reduction from _____ to _____; No. of days _____

   3) Job Change _____

   4) Removal ** _____

   5) Other: _____

**   Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:**   Your signature is not an admission of guilt. It merely indicates that you have been counseled concerning this matter.

_____          _____ 3-26-03
   Inmate Signature     Date          Staff Signature    Date

Final disposition: _____
_____
_____


_____
Superintendent of Industries    Date

# *U N I C O R*

### (FCI McKEAN)

## "Notice of Unsatisfactory Work Performance"

Name: KELLY LESLIE          Number: 26864-039      Date: 12/13
_____
(Last, First)

UNICOR McKean start date:_____      Current Grade:_____     Unit: B-04 This is to
advise you of your unsatisfactory work performance on: 12-13-02

Specifically: HAS been previously WARNED AbOUT leaving
his AREA WHEN work NEEDS TO BE DONE. IN this
CASE hE WAS AbSENT, thus I hAD TO LocATE him TO gET
TO his AREA. At this TimE hE pROCEEDED TO ARgUE with
mE.
_____
_____
_____
_____
_____
_____
_____

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

**    Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
this matter.

X  REFUSED                                    _____  12/13/02
Inmate Signature       Date                   Staff Signature      Date

Final disposition: _____
_____
_____


_____
Superintendent of Industries      Date

# *UNICOR*

### *(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: Kelly, Leslie          Number: 26864-039          Date: 9-18-02
(Last, First)

UNICOR McKean start date: _____ Current Grade: _____ Unit: B-B This is to
advise you of your unsatisfactory work performance on: 9-18-02

Specifically: RETURNED late from Lunch

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE: Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
this matter.

X _Leslie Kelly_ 9-18-02          _Donald Cook_ 9-18-02
Inmate Signature    Date                Staff Signature    Date

Final disposition: _____
_____
_____

_____
Superintendent of Industries    Date

Employee Work History

NAME: ___Kelly, Leslie_____  NO. ___#26864-039_____

HIRE DATE: ___09/03/02_____  Prior UNICOR Credit Accepted: ___15___ Months

Year _2002_

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep | 16 | 7:30 |  | 7130 |  |
| Oct | 17 | 3:45 |  | 11:15 |  |
| Nov | 18 | 3:45 |  | 15:00 |  |
| Dec | 19 | 3:45 |  | 18:45 |  |

Year _2003_

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 20 | 3:45 |  | 22:30 |  |
| Feb | 21 | 3:45 |  | 26:15 |  |
| Mar | 22 | 3:45 |  | 30:00 |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year _2004_

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

*L15* *4*

GED Progress Satisfactory @ 5/1/01
NON Promotable   4/19/01

```
MCK2G  531.01 *              INMATE HISTORY              *    08-28-2002
PAGE 001 OF 001 *               WRK DETAIL               *    20:16:02

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME

MCK   ORD B B    ORDERLY B B              07-30-2002 0001 CURRENT
MCK   UNASSG     UNASSIGNED               07-24-2002 0001 07-30-2002 0001

MCK   A&O        ADMISSION & ORIENTATION  07-19-2002 0825 07-24-2002 0001

LEW   PAINT 2    PAINT 2                  06-12-2002 0001 07-19-2002 0520    2

LEW   INS GM1    INSIDE GENERAL MAINT 1   06-04-2002 0001 06-12-2002 0001

LEW   INS FA     INSIDE FACILITY ASSISTANT 06-01-2002 0001 06-04-2002 0001

LEW   UNASSG     UNASSIGNED WORK DETAIL   05-24-2002 0826 06-01-2002 0001

LEW   PAINT 2    PAINT 2                  11-24-2001 0001 04-18-2002 1214    5

LEW   IDLE 3     IDLE #3 - 3 DAYS         11-21-2001 1510 11-24-2001 0001

LEW   PAINT 2    PAINT 2                  05-30-2001 0001 11-21-2001 1510   6

LEW   UNASSG     UNASSIGNED WORK DETAIL   05-12-2001 0712 05-30-2001 0001

LEW   PAINT 2    PAINT 2                  04-18-2001 0001 05-12-2001 0712    2

LEW   UNASSG     UNASSIGNED WORK DETAIL   03-19-2001 2114 04-18-2001 0001

ATL   UNASSG     UNASSIGNED WORK DETAIL   02-21-2001 1910 03-19-2001 1113

OKL   UNASSG     UNASSIGNED HOLDOVER      08-11-1999 1645 08-17-1999 0730

MIL   UNASSG     UNASSIGNED WORK DETAIL   08-03-1999 1200 08-11-1999 1125

MIL   UNASSG     UNASSIGNED WORK DETAIL   08-03-1999 1155 08-03-1999 1159
```

S11
LAYUP I    5917/21
                PRIOR
DoT            9/1/02
769687054              OK

G0000        TRANSACTION SUCCESSFULLY COMPLETED

```
   MCK2G          *          INMATE DISCIPLINE DATA          *      08-28-2002
   PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD    *      20:16:10

   REGISTER NO: 26864-039 NAME..: KELLY, LESLIE ROMILE
   FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 08-28-2002

   ------------------------------------------------------------------------

   REPORT NUMBER/STATUS.: 883347 - SANCTIONED  INCIDENT DATE/TIME: 05-12-2001 0705

   DHO HEARING DATE/TIME: 05-22-2001 1300
   FACL/CHAIRPERSON.....: LEW/EMORY D
   REPORT REMARKS.......: ADMITS
       307  REFUSING TO OBEY AN ORDER - FREQ: 1
            DIS GCT    / 7 DAYS / CS
            COMP:010 LAW:P
            DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
            COMP:    LAW:
```

```
   G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
MCK2G                  *      INMATE EDUCATION DATA        *      08-29-2002
PAGE 001               *             TRANSCRIPT            *      14:11:01


REGISTER NO: 26864-039      NAME..: KELLY                      FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: MCK-MCKEAN FCI


----------------------- EDUCATION INFORMATION ------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT            03-20-2001 1334 CURRENT
MCK  GED EN     ENROLL GED NON-PROMOTABLE     04-19-2001 1317 CURRENT
MCK  GED SAT    GED PROGRESS SATISFACTORY     05-01-2001 1028 CURRENT


------------------------- EDUCATION COURSES --------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
MCK        GED CLASSROOM 6,0930-1130, M-F 07-29-2002 CURRENT
LEW        READING CLASS M-F 9-11AM    06-19-2001 04-18-2002  P   W  I  324
LEW        GED SELF STUDY              05-01-2001 06-19-2001  C   W  I    0


------------------------- HIGH TEST SCORES ---------------------------
TEST          SUBTEST         SCORE     TEST DATE     TEST FACL   FORM      STATE
ABLE          LANGUAGE         4.0     06-06-2001     LEW         E
              NUMBER OPR       4.1     06-06-2001     LEW         E

G0002      MORE PAGES TO FOLLOW . . .
```

```
  MCK2G                    * INMATE EDUCATION DATA *        08-29-2002
PAGE 001              *          TRANSCRIPT        *        14:11:01

REGISTER NO: 26864-039    NAME..: KELLY                  FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: MCK-MCKEAN FCI

--------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT          03-20-2001 1334 CURRENT
MCK  GED EN     ENROLL GED NON-PROMOTABLE   04-19-2001 1317 CURRENT
MCK  GED SAT    GED PROGRESS SATISFACTORY   05-01-2001 1028 CURRENT

--------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
MCK        GED CLASSROOM 6,0930-1130, M-F 07-29-2002 CURRENT
LEW        READING CLASS M-F 9-11AM      06-19-2001 04-18-2002  P  W  I  324
LEW        GED SELF STUDY                05-01-2001 06-19-2001  C  W  I    0

--------------------- HIGH TEST SCORES ---------------------------
TEST        SUBTEST        SCORE    TEST DATE     TEST FACL   FORM    STATE
ABLE        LANGUAGE         4.0    06-06-2001    LEW         E
            NUMBER OPR       4.1    06-06-2001    LEW         E

G0002       MORE PAGES TO FOLLOW . . .
```

```
MCK2G                   *    INMATE EDUCATION DATA        *      08-29-2002
PAGE 002 OF 002  *              TRANSCRIPT               *      14:11:01


REGISTER NO: 26864-039     NAME..: KELLY                    FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: MCK-MCKEAN FCI

---------------------------- HIGH TEST SCORES ----------------------------
TEST           SUBTEST          SCORE     TEST DATE      TEST FACL    FORM      STATE
ABLE           PROB SOLV         4.9     06-06-2001      LEW           E
               READ COMP         3.7     06-06-2001      LEW           E
               SPELLING          3.0     06-06-2001      LEW           E
               VOCABULARY        5.3     06-06-2001      LEW           E




G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

DATE ___0 10/1/C2___

TO: _Cook_

(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details):

_I would APPRECIATE being REASIGN to_
_ASSEMbly I thank you in Advance for your_
_time & Consideration_

ASAP
RCook
10-1-02

(Use other side of page if more space is needed)

NAME: _KELLY, Leslie_    26864    NO: _039_

WORK ASSIGNMENT: _LAYUP_        UNIT: _BB_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:  Do not write in this space)

Entered into IPS 10/2/02

Effective into IPS
10/3/02,
_Linda K. Kerr_

DATE _____

MOVE FROM
LAYUP I
TO
ASSM I    10/3/02

_____
Officer

Record Copy - File; Copy - Inmate

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA.  16701

### FACSIMILE TRANSMITTAL COVER SHEET

Date:  09/03/02

To:  UNICOR Business Office

FPI   USP LEWISBURG

From:  Chris Mincemoyer, Accountant
FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location.  Thank you in advance for your prompt reply!

Name:  KELLY, LESLIE                              .

Number:  #26864-039                          .

Last Grade Received: _____   Longevity Upon Leaving: _____.

Inmate Left Your Facility on or about: __07_ / _19_ / _02_ .

Number Of Pages _____ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
Commercial Number: 814-362-8900 Ext. __3510__.
UNICOR FAX Number: 814-362-4151
Institution FAX Number: 814-362-3287

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA. 16701

### FACSIMILE TRANSMITTAL COVER SHEET

Date:  09/03/02

To:   UNICOR Business Office

FPI   USP LEWISBURG

From:  Chris Mincemoyer, Accountant
FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location.  Thank you in advance for your prompt reply!

Name:  KELLY, LESLIE                                    .

Number:  #26864-039                          .

Last Grade Received: _____   Longevity Upon Leaving: _____.

Inmate Left Your Facility on or about:  07 / 19 / 02 .

Number Of Pages _____ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
  Commercial Number: 814-362-8900 Ext.  3510  .
  UNICOR FAX Number: 814-362-4151
  Institution FAX Number: 814-362-3287