```
BOPUK  531.01 *              INMATE HISTORY           *      09-08-2006
PAGE 001       *                WRK DETAIL            *      07:45:01

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK         FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | I CABLE 1 | CABLE 1 | 06-19-2006 0001 | CURRENT |
| MCK | I MILL 1 | MILL 1 | 09-28-2005 0001 | 06-19-2006 0001 |
| MCK | VACATION | VACATION | 09-26-2005 0001 | 09-28-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 07-27-2005 0001 | 09-26-2005 0001 |
| MCK | VACATION | VACATION | 07-26-2005 0001 | 07-27-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 05-05-2005 0001 | 07-26-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-12-2005 0001 | 05-05-2005 0001 |
| MCK | VACATION | VACATION | 02-10-2005 0001 | 02-12-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 09-28-2004 0001 | 02-10-2005 0001 |
| MCK | VACATION | VACATION | 09-24-2004 0001 | 09-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-28-2004 0001 | 09-24-2004 0001 |
| MCK | IDLE | IDLE | 02-26-2004 0800 | 02-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 01-12-2004 0001 | 02-26-2004 0800 |
| MCK | UNASSG | UNASSIGNED | 12-23-2003 1021 | 01-12-2004 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 11-18-2003 1200 | 12-23-2003 1021 |
| MCK | I MILL 1 | MILL 1 | 03-14-2003 0001 | 11-18-2003 1200 |
| MCK | IDLE | IDLE | 03-12-2003 0707 | 03-14-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 02-04-2003 0001 | 03-12-2003 0707 |
| MCK | IDLE | IDLE | 02-03-2003 0649 | 02-04-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 11-24-2001 0001 | 02-03-2003 0649 |
| MCK | VACATION | VACATION | 11-23-2001 0001 | 11-24-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 09-10-2001 0001 | 11-23-2001 0001 |
| MCK | IDLE | IDLE | 09-07-2001 0853 | 09-10-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 08-24-2001 0001 | 09-07-2001 0853 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-22-2001 0001 | 08-24-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 06-20-2001 1123 | 06-22-2001 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 05-24-2001 0826 | 06-20-2001 1123 |
| MCK | I PROD.1 | PRODUCTION 1 | 03-06-2001 0001 | 05-24-2001 0826 |
| MCK | I MILL 1 | MILL 1 | 01-10-2001 0001 | 03-06-2001 0001 |

```
MCK   UNASSG      UNASSIGNED              01-09-2001 1000 01-10-2001 0001

MCK   SHU UNASSG  SHU UNASSIGNED          12-21-2000 1059 01-09-2001 1000

MCK   I MILL 1    MILL 1                  09-20-2000 0001 12-21-2000 1059

MCK   I PROD.1    PRODUCTION 1            08-17-2000 0001 09-20-2000 0001

MCK   IDLE        IDLE                    08-15-2000 0834 08-17-2000 0001

MCK   I PROD.1    PRODUCTION 1            06-29-2000 0001 08-15-2000 0834

MCK   KITCHEN AM  KITCHEN AM              02-15-2000 1421 06-29-2000 0001

MCK   DIN RM AM   DINING ROOM AM          12-31-1999 0001 02-15-2000 1421

MCK   CONV        CONVALESCENT            12-27-1999 0839 12-31-1999 0001

MCK   DIN RM AM   DINING ROOM AM          12-17-1999 0001 12-27-1999 0839

MCK   IDLE        IDLE                    12-16-1999 0826 12-17-1999 0001

MCK   DIN RM AM   DINING ROOM AM          11-19-1999 1007 12-16-1999 0826
```

G0002        MORE PAGES TO FOLLOW . . .

```
  BOPUK  531.01 *          INMATE HISTORY        *      09-08-2006
PAGE 002 OF 002 *            WRK DETAIL          *      07:45:01

  REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
  CATEGORY: WRK          FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME

MCK   FD SVC      FOOD SERVICE            11-18-1999 0001 11-19-1999 1007

MCK   UNASSG      UNASSIGNED              11-09-1999 1110 11-18-1999 0001

MCK   SHU UNASSG  SHU UNASSIGNED          09-29-1999 2320 11-09-1999 1110

MCK   I ASEMBLY1  ASSEMBLY 1              09-28-1999 0001 09-29-1999 2320

MCK   VACATION    VACATION                09-27-1999 0001 09-28-1999 0001

MCK   I ASEMBLY1  ASSEMBLY 1              06-09-1999 0001 09-27-1999 0001

MCK   IDLE        IDLE                    06-08-1999 0958 06-09-1999 0001

MCK   I ASEMBLY1  ASSEMBLY 1              05-25-1999 0001 06-08-1999 0958
```

```
MCK   I LAYUP 1   LAYUP 1                       04-13-1999 1304 05-25-1999 0001
MCK   LAYUP 1     LAYUP 1                       03-23-1999 0001 04-13-1999 1304
MCK   KITCHEN AM  KITCHEN AM                    01-14-1999 0001 03-23-1999 0001
MCK   IDLE        IDLE                          01-13-1999 0716 01-14-1999 0001
MCK   KITCHEN AM  KITCHEN AM                    12-02-1998 0001 01-13-1999 0716
MCK   DIN RM AM   DINING ROOM AM                11-20-1998 1348 12-02-1998 0001
MCK   FD SVC      FOOD SERVICE                  11-19-1998 0001 11-20-1998 1348
MCK   LAND IN 1   INSIDE LANDSCAPE FULL-TIME    11-05-1998 0001 11-19-1998 0001
MCK   LAND IN 2   INSIDE LANDSCAPE FULL-TIME    11-04-1998 0001 11-05-1998 0001
MCK   FACL        FACILITIES OFFICE             11-03-1998 0001 11-04-1998 0001
MCK   UNASSG      UNASSIGNED                    10-28-1998 0001 11-03-1998 0001
MCK   A&O         ADMISSION & ORIENTATION       10-21-1998 1015 10-28-1998 0001
LEW   UNASSG      UNASSIGNED WORK DETAIL        10-13-1998 1921 10-21-1998 0516
OKL   UNASSG      UNASSIGNED HOLDOVER           09-23-1998 1800 10-13-1998 0830
ATL   UNASSG      UNASSIGNED WORK DETAIL        05-06-1998 0050 05-06-1998 0818
OKL   UNASSG      UNASSIGNED HOLDOVER           05-01-1998 1915 05-05-1998 0830
RCH   UNASSG      UNASSIGNED WORK DETAIL        03-26-1998 1851 05-01-1998 1508
OKL   UNASSG      UNASSIGNED HOLDOVER           03-18-1998 1815 03-26-1998 0920
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
   BOPUK  540*23  *            SENTENCE MONITORING          *    09-13-2006
PAGE 001          *            COMPUTATION DATA             *    09:47:20
                                 AS OF 09-13-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


FBI NO...........: 240532MA5       DATE OF BIRTH: 08-22-1970
ARS1.............: MCK/A-DES
UNIT.............: C               QUARTERS.....: C03-129L
DETAINERS........: NO              NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 12-18-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ----------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:97CR329
JUDGE...........................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 08-05-1998
DATE COMMITTED..................: 10-21-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $200.00         $00.00          $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $1,268.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------

OFFENSE CODE....: 554
OFF/CHG: 18:2113(A)&(D) - ARMED BANK ROBBERY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  57 MONTHS
 TERM OF SUPERVISION............:   5 YEARS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 10-08-1997




 G0002        MORE PAGES TO FOLLOW . . .
```

```
BOPUK  540*23 *              SENTENCE MONITORING          *      09-13-2006
PAGE 002        *              COMPUTATION DATA            *      09:47:20
                                 AS OF 09-13-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


-----------------------CURRENT OBLIGATION NO: 020 -------------------------

OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE................: 10-08-1997

-----------------------CURRENT COMPUTATION NO: 030 -----------------------


COMPUTATION 030 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010, 030 020

DATE COMPUTATION BEGAN..........: 08-05-1998
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   117 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS      9 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 10-08-1997

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-14-1997    08-04-1998
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
MCK2G  531.01 *            INMATE HISTORY        *    08-30-2006
PAGE 001        *            WRK DETAIL          *    15:00:43

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK        FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
MCK    I CABLE 1  CABLE 1                    06-19-2006 0001 CURRENT
MCK    I MILL 1   MILL 1                     09-28-2005 0001 06-19-2006 0001
MCK    VACATION   VACATION                   09-26-2005 0001 09-28-2005 0001
MCK    I MILL 1   MILL 1                     07-27-2005 0001 09-26-2005 0001
MCK    VACATION   VACATION                   07-26-2005 0001 07-27-2005 0001
MCK    I MILL 1   MILL 1                     05-05-2005 0001 07-26-2005 0001
MCK    I PROD.1   PRODUCTION 1               02-12-2005 0001 05-05-2005 0001
MCK    VACATION   VACATION                   02-10-2005 0001 02-12-2005 0001
MCK    I PROD.1   PRODUCTION 1               09-28-2004 0001 02-10-2005 0001
MCK    VACATION   VACATION                   09-24-2004 0001 09-28-2004 0001
MCK    I PROD.1   PRODUCTION 1               02-28-2004 0001 09-24-2004 0001
MCK    IDLE       IDLE                       02-26-2004 0800 02-28-2004 0001
MCK    I PROD.1   PRODUCTION 1               01-12-2004 0001 02-26-2004 0800
MCK    UNASSG     UNASSIGNED                 12-23-2003 1021 01-12-2004 0001
MCK    SHU UNASSG SHU UNASSIGNED             11-18-2003 1200 12-23-2003 1021
MCK    I MILL 1   MILL 1                     03-14-2003 0001 11-18-2003 1200
MCK    IDLE       IDLE                       03-12-2003 0707 03-14-2003 0001
MCK    I MILL 1   MILL 1                     02-04-2003 0001 03-12-2003 0707
MCK    IDLE       IDLE                       02-03-2003 0649 02-04-2003 0001
MCK    I MILL 1   MILL 1                     11-24-2001 0001 02-03-2003 0649
MCK    VACATION   VACATION                   11-23-2001 0001 11-24-2001 0001
MCK    I MILL 1   MILL 1                     09-10-2001 0001 11-23-2001 0001
MCK    IDLE       IDLE                       09-07-2001 0853 09-10-2001 0001
MCK    I MILL 1   MILL 1                     08-24-2001 0001 09-07-2001 0853
MCK    I PROD.1   PRODUCTION 1               06-22-2001 0001 08-24-2001 0001
MCK    UNASSG     UNASSIGNED                 06-20-2001 1123 06-22-2001 0001
MCK    SHU UNASSG SHU UNASSIGNED             05-24-2001 0826 06-20-2001 1123
MCK    I PROD.1   PRODUCTION 1               03-06-2001 0001 05-24-2001 0826
MCK    I MILL 1   MILL 1                     01-10-2001 0001 03-06-2001 0001
MCK    UNASSG     UNASSIGNED                 01-09-2001 1000 01-10-2001 0001
MCK    SHU UNASSG SHU UNASSIGNED             12-21-2000 1059 01-09-2001 1000
MCK    I MILL 1   MILL 1                     09-20-2000 0001 12-21-2000 1059
MCK    I PROD.1   PRODUCTION 1               08-17-2000 0001 09-20-2000 0001
MCK    IDLE       IDLE                       08-15-2000 0834 08-17-2000 0001
MCK    I PROD.1   PRODUCTION 1               06-29-2000 0001 08-15-2000 0834
MCK    KITCHEN AM KITCHEN AM                 02-15-2000 1421 06-29-2000 0001
MCK    DIN RM AM  DINING ROOM AM             12-31-1999 0001 02-15-2000 1421
MCK    CONV       CONVALESCENT               12-27-1999 0839 12-31-1999 0001
MCK    DIN RM AM  DINING ROOM AM             12-17-1999 0001 12-27-1999 0839
MCK    IDLE       IDLE                       12-16-1999 0826 12-17-1999 0001
MCK    DIN RM AM  DINING ROOM AM             11-19-1999 1007 12-16-1999 0826
```

G0002        MORE PAGES TO FOLLOW . . .

```
   MCK2G  531.01 *              INMATE HISTORY        *     08-30-2006
   PAGE 002 OF 002 *              WRK DETAIL          *     15:00:43

   REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: WRK        FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| MCK | FD SVC | FOOD SERVICE | 11-18-1999 0001 | 11-19-1999 1007 |
| MCK | UNASSG | UNASSIGNED | 11-09-1999 1110 | 11-18-1999 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 09-29-1999 2320 | 11-09-1999 1110 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 09-28-1999 0001 | 09-29-1999 2320 |
| MCK | VACATION | VACATION | 09-27-1999 0001 | 09-28-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 06-09-1999 0001 | 09-27-1999 0001 |
| MCK | IDLE | IDLE | 06-08-1999 0958 | 06-09-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 05-25-1999 0001 | 06-08-1999 0958 |
| MCK | I LAYUP 1 | LAYUP 1 | 04-13-1999 1304 | 05-25-1999 0001 |
| MCK | LAYUP 1 | LAYUP 1 | 03-23-1999 0001 | 04-13-1999 1304 |
| MCK | KITCHEN AM | KITCHEN AM | 01-14-1999 0001 | 03-23-1999 0001 |
| MCK | IDLE | IDLE | 01-13-1999 0716 | 01-14-1999 0001 |
| MCK | KITCHEN AM | KITCHEN AM | 12-02-1998 0001 | 01-13-1999 0716 |
| MCK | DIN RM AM | DINING ROOM AM | 11-20-1998 1348 | 12-02-1998 0001 |
| MCK | FD SVC | FOOD SERVICE | 11-19-1998 0001 | 11-20-1998 1348 |
| MCK | LAND IN 1 | INSIDE LANDSCAPE FULL-TIME | 11-05-1998 0001 | 11-19-1998 0001 |
| MCK | LAND IN 2 | INSIDE LANDSCAPE FULL-TIME | 11-04-1998 0001 | 11-05-1998 0001 |
| MCK | FACL | FACILITIES OFFICE | 11-03-1998 0001 | 11-04-1998 0001 |
| MCK | UNASSG | UNASSIGNED | 10-28-1998 0001 | 11-03-1998 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 10-21-1998 1015 | 10-28-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-13-1998 1921 | 10-21-1998 0516 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 09-23-1998 1800 | 10-13-1998 0830 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 05-06-1998 0050 | 05-06-1998 0818 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-01-1998 1915 | 05-05-1998 0830 |
| RCH | UNASSG | UNASSIGNED WORK DETAIL | 03-26-1998 1851 | 05-01-1998 1508 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-18-1998 1815 | 03-26-1998 0920 |

G0000        TRANSACTION SUCCESSFULLY COMPLETED

PRODUCTION-1

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **1** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number — `5 1 6 2 7 - 0 6 0`

5. Resident Name (Last, First, Middle) — `S I G G E R S  K E V I N`

6. Institution Code — `2 3 1`

**Action Recommended**

From:

7. Job Number — `0 1 2`
8. Grade 1 - 4 — `2`
9. Industry Code — `M C F T`
10. Wage Plan — `1`
11. Dot Code — `7 6 9 6 8 7 0 5 4`
12. Position Title — `W D  W R K  S H O P H A N D`

1 = Hourly
2 = G.P.W. ⎫ X = Apprentice
3 = P.W.  ⎭

To:

13. Job Number
14. Grade 1 - 4
15. Industry Code
16. Wage Plan
17. Dot Code
18. Position Title

19. Effective Date Month, Day, Year — `0 1 - 1 2 - 0 4`

20. Time of Action — `M C F T`

21. Check One:   AM `X`   PM

22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____ Foreman        Date: _1-17-0 4_

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: _1-13-04_

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 3 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 3 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**

5 1 6 2 7 – 0 6 9

**5. Resident Name (Last, First, Middle)**

S I G G E R S , K E V I N

**6. Institution Code**

2 3 1

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
| 1 2 – 1 9 – 0 3 | 0 7 1 0 | X |

| 3 | 22. | **Reason For Termination Of Employment Or Withdrawal** |
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| 0 | 23. | **Continuation of Longevity Status** |
| | | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

**26. Signatures:**

Recommended By _____ Foreman          Date: 12 17 03

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: 12 19 03

FPI Form 96 (9/98)

Distribution:          White (Business Office)          Canary (Terminal Operator)          Pink (Placement)          Goldenrod (Foreman)

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Kevin Siggers__          Register Number: __51627-060__

Institution Code: _____231_____     Industry Code: _____MCFT_____

Job Description: __Industrial Cleaner__          Department: __Production__

> *Duties: Responsible for cleaning assigned areas including loading platform and outside rear of factory. Loads dumpsters and removes trash from throughout the factory. Removes off-fall from panel saws and maintains saw dust dumpster. Other duties include snow removal and material recycle. All other duties as assigned in UNICOR.*

I have instructed inmate ___Kevin Siggers___    Reg. No. ___51627-060___

in the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

_____                    ___4-27-01___
         Foreman                                        Date

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____        __5162706O__        __4-26-01__
   Signature of Inmate              Register Number            Date

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __SIGGERS, KEVIN__          Register Number: __51627-060__

Institution Code: _____231_____          Industry Code: _____MCFT_____

Job Description: __Boring Machine Operator (Hori 1)__          Department: __Assembly 1__

> *Duties: Responsible for the proper set-up and operation of the multiple spindles boring machine. Bores holes in laminated particleboard. responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate __SIGGERS__ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

__Chas. — Mc__
Foreman

__JULY 13, 1999__
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

__Kevin Siggers__
Signature of inmate

__51627-060__
Register Number

__7-13-99__
Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__      Register Number: __51627-060__

Institution Code: __231__      Industry Code: __MCFT__

Job Description: __Woodworking Shophand__      Department: __Layup 1__

> **Duties:  Responsible for stacking, cushioning and wrapping product.  Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes.  All other duties as assigned in UNICOR.**

I have instructed inmate _Kevin L. Siggers Sr._ Reg. No. _51627.060_ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____      __4-12-99__
Foreman                                          Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    __51627.060__    __4-12-99__
Signature of Inmate                 Register Number           Date

**FEDERAL PRISON INDUSTRIES, Inc.**

**UNICOR - McKEAN**

**P.O. BOX 8000**

Phone #(814) 362-8900
Fax #(814) 362-4151

**MEMORANDUM**

DATE:    September 30, 1999

REPLY TO:
  ATTN OF    Martin Sapko, Factory Manager.

SUBJECT:    Issuance of Safety Glasses

    TO:    New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on ___6 - 29 - 00___,
and I agree to the above conditions.

Signature: _____

Name: ___Kevin L. Siggens Jr.___

Reg. Number: ___5162706 6___

*production*

# FACTORY RULES AND REGULATIONS

NAME _Kevin L Siggers_   UNIT _CA_     LOCKER#_____   CHIT#_____

1. INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2. ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3. SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4. HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5. INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6. INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7. OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8. **HORSEPLAY** WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9. FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. **DO NOT** RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. **DO NOT** CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY **NO SMOKING** IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: _Kevin L Siggers_     Register No: _5 1627010_  Date: _6·29·12_

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: _Rogers Kim_     UNIT: _CA_     DATE: _8/15/00_

DETAIL: _warea_     REG. NO. _51617 060_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _8/16_ 19 _00_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:
( ) FULL DUTY: _No Rec /month_

_____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restriction because of physical, medical or mental disability

# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number:** 5 1 6 2 7 _ 0 6 0

**5. Resident Name (Last, First, Middle):** S I G G E R S , K E V I N

**6. Institution Code:** 2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 2 | 7 6 9 6 8 0 0 5 4 | P P W R K S H O P H A N D |

1 = Hourly
2 = G.P.W.  — X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | P P W R K S H O P H A N D |

**19. Effective Date Month, Day, Year:** 0 4 - 1 1 - 0 2

**20. Time Of Action:** 0 7 1 0

**21. Check One:** AM [X]  PM [ ]

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

## 26. Signatures:

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Revised Form 96    Distribution:    White—————— Business office    Green—————— Placement
Pink—————— Foreman



# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

| 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|

```
1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.
```

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM    PM |
|---|---|---|

**22. Reason For Termination Of Employment Or Withdrawal**

```
1 = Released      2 = Transferred      3 = Program Change      4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs
```

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no        (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

**26. Signatures:**

Recommended By _____ Foreman        Date: _____

Approved By _____ Plant Superintendent        Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.        Date: _____

Entered On Payroll Records _____ Timekeeper        Date: _____

HILL 1                                        GRADE CHANGE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| **2** | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D M R K S H O P H A N D |

1 = Hourly
2 = G.P.W.    ⎤ X = Apprentice
3 = P.W.      ⎦

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 2 | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM PM |
|---|---|---|
| 0 1 – 2 7 – 0 1 | 0 7 1 0 | X |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole).

| | | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _____ Foreman            Date: 1-29.01

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't. Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper         Date: 1-29-01

FPI Form 96 (9/98)

MILL 1                                              GRADE CHANGE

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.     — X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 3 | 7 5 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 1 0 – 2 9 – 0 0 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | | 24. Date Of Enrollment Month, Day, Year |

| | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _____ Foreman            Date: 10-13-00

Approved By _____ Plant Superintendent    Date:

Approved By _____ Ass't Supt. Or Business Mgr.   Date:

Entered On Payroll Records _____ Timekeeper       Date:

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed Inmate:  Siggers, Kevin                    Reg. No.  51627-060

in the proper operation of the:      *  CNC ANDI TRAINEE
including safety procedures, routine use, and standard maintenance.

Chuck Nolan
Foreman

Date:  2/18/03

Dept:  Mill 1

### INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No.  51627060
2-18-03

### FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate   __Siggers, Kevin__   Reg. No.   __51627-060__

in the proper operation of the:_____ __PANEL SAW Z-32 (SCMI)_____

including safety procedures, routine use, and standard maintenance.

Foreman

Date:  _1-31-02_

Dept:  Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No. _51627060_

_1/31/02_

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: _____ Siggers,  Kevin _____   Register Number: ___ 51627-060 ___

Institution Code: _____ 231 _____   Industry Code: ___ MCFT ___

**#2.**

Job Description: _Saw Operator (Z-32 Panel Saw)_   Department: __Mill 1__

*Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate ____ Siggers,  Kevin ____ Reg. No. ___ 51627-060 ___ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____   6-4-02
Foreman                          Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____   5162706O   3-15-02
Signature of Inmate        Register Number        Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, Pa. 16701

## CERTIFICATATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed inmate:  Kevin Siggers                    Reg. No:   51627-060

in the proper use of the:    Tennon Machine

including safety procedures, routine use, and standard maintenance.

_____
Foreman

Date: July 14, 2003
Department: Mill 1

### INMATE

I have received the proper instructions on how to operate the above-mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_____
Signature of Inmate

Reg. No. 5162 7060

### FACTORY FOREMAN

I am certain that the above inmate is qualified for operating the equipment listed above and that he understands the proper and safe procedures that are necessary for the operation of the equipment.

_____
Factory Foreman

PRODUCTION                    NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 _ 0 6 0 | S I G G E R S ,  K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R X  S H O P H A N D |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 6 — 2 9 — 0 0 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|
| _ — _ — _ | |

| | 25. Total Inmate Hours Involved |

26. **Signatures:**

| Recommended By  *Chuck ~ Nolan*  Foreman | Date: 7-3-00 |
| Approved By _____ Plant Superintendent | Date: _____ |
| Approved By _____ Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ Timekeeper | Date: 7/5/00 |

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER** CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**     FEDERAL BUREAU OF PRISONS

DATE _May 19, 1999_

TO: _Mr. Pigrotto_
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I would like my Job changed to_
_the Vertical Boring Machine on the Assembly_
_line. I've spoke to Mr. Nolan and was told_
_to have you sign this Inmate Request form_
_Releasing me to work in the Assembly Dept. I thank_
_you for time concerning this matters._

_OK or Refused_

**POSTED**

(Use other side of page if more space is needed)

NAME: _Kevin C. Siggers Sr._     NO.: _51627-060_

WORK ASSIGNMENT: _Lay Up I_     UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

DATE _5-19-99_

_Layup I_
_to_
_Assm I_

_Ok with me_

_Charles_ Officer

_5/25/99_

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)   Replaces BP-148 of Oct 86

# UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

Name: _Kevin L. Siggens Sr._    Unit: _3 A_    Locker # _____    Chit # _____

1) INMATE WORKERS ARE **FORBIDDEN** TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2) ALL INMATES **MUST** WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3) SAFETY GLASSES **MUST** BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION **MUST** BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH NOISE LEVEL AREAS.

5) INMATES **SHALL** PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR, IS STRICTLY FORBIDDEN. VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN. FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT. DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCKS.

10) **REPORT** ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY. **DO NOT** CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE **PROHIBITED** FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY **NO SMOKING** IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS. ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16) INMATES WHO RECEIVE A **DISCIPLINARY SEGREGATION** SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE AND SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAVE BEEN DISCIPLINARY TRANSFERRED FROM ANOTHER INSTITUTION SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: _Kevin L. Siggens Sr._    REG. # _51627-060_    DATE: _3-22-90_

# M E M O R A N D U M

F.P.I. McKEAN, PA

DATE:

Y TO
N OF: Debora Forsyth, Factory Manager

ECT: Issuance of Safety Glasses

TO: New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _March 22, 1999_, and I agree to the above conditions.

Signature _Kevin L. Siggens Sr._

Name _Kevin L. Siggens Sr._

Reg. Number _51627-060_

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate: ___Siggers, Kevin___    Reg. No. ___51627-060___

in the proper operation of the:    ___*___ ___CNC ANDI TRAINEE___

including safety procedures, routine use, and standard maintenance.

___Chuck Nolan___
Foreman

Date: ___2/18/03___

Dept: Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment. In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

___Kevin Siggers___
Signature of Inmate

Reg. No. ___51627060___
___2-18-03___

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

___Chuck Nolan___
Factory Foreman .

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__    Register Number: __51627-060__

Institution Code: ____231____    Industry Code: ____MCFT____

Job Description: __Router Operator Trainee - CNC__ ANDI    Department: __Mill 1__

> *Duties: Responsible for learning the proper procedures for setting up and operating the multiple spindle CNC routing machine. Assists CNC Operator to cut slats, grooves, designs or recesses in laminated particleboard. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate __Siggers, Kevin__ Reg. No. __51627-060__, in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____    2-18-03
Foreman                                  Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    51627060    2-18-03
Signature of Inmate        Register Number        Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__          Register Number: __51627-060__

Institution Code: ____231____          Industry Code: ____MCFT____

Job Description: __Woodworking Shophand__          Department: __Production__

> **Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for belmishes or defects. Off loads machines and fill in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.**

I have instructed inmate __Siggers, Kevin__ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman

__7-6-00__
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____
Signature of Inmate

__51627060__
Register Number

__7-6-00__
Date



# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

**1**

| | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

**2**

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M G T T | 1 | 7 6 9 6 8 7 0 5 4 | W D   V R S   S H O R H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M G T T | 1 | 7 6 9 6 8 7 0 5 4 | W D   V R S   S H O R H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM  PM |
|---|---|---|
| 0 4 - 2 3 - 0 1 | 0 7 1 0 | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no       (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

### 26. Signatures:

Recommended By _____ Foreman _____ Date: _____

Approved By _____ Plant Superintendent _____ Date: _____

Approved By _____ Ass't Supt. Or Business Mgr. _____ Date: _____

Entered On Payroll Records _____ Timekeeper _____ Date: _____



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **1** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19<br>Enter 3 For Completion, Complete Items 4 - 6, 19<br>Enter 4 For Withdrawal, Complete Items 4 - 6, 19   22 |

**4. Register Number** 5 1 6 2 7 - 0 6 0   **5. Resident Name (Last, First, Middle)** S I G G E R S , K E V I N   **6. Institution Code** 2 3 1

### Action Recommended
**From:**

7. Job Number: 0 1 2 3   8. Grade 1 - 4   9. Industry Code M C F T   10. Wage Plan 1   11. Dot Code 7 6 9 6 8 7 0 5 4   12. Position Title W D W R K S H O P H A N D

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

**To:**

13. Job Number 14. Grade 1 - 4   15. Industry Code   16. Wage Plan   17. Dot Code   18. Position Title

**19. Effective Date** Month, Day, Year 0 3 - 2 3 - 9 9   **20. Time Of Action** 0 7 1 0   **21. Check One:** AM ☒ PM ☐

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes 0 = no 2 = no   (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment** Month, Day, Year

**25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman   Date: 3-23-99
Approved By _____ Plant Superintendent   Date: _____
Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____
Entered On Payroll Records _____ Timekeeper   Date: _____

FPI Revised Form 96   Distribution: White——Business office  Canary——Terminal operator   Green——Placement  Pink——Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number:** 5 1 6 2 Z 0 6 0

**5. Resident Name (Last, First, Middle):** S I G G E R S  K E V I N

**6. Institution Code:** 2 3 1

## Action Recommended

**From:**

**7. Job Number:** 0 1 5

**8. Grade 1 - 4:** 4

**9. Industry Code:** M C F T 1

**10. Wage Plan:** 6

**11. Dot Code:** 5 6 3 8 2 0 1 0

**12. Position Title:** B O R I N G  M A C H.  O P E R.

```
1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.
```

**To:**

**13. Job Number 1 - 4:** 0 1 5

**14. Grade 1 - 4:** 3

**15. Industry Code:** M C F T 1

**16. Wage Plan:** 6

**17. Dot Code:** 5 6 3 8 2 0 1 0

**18. Position Title:** B O R I N G  M A C H.  O P E R.

**19. Effective Date Month, Day, Year:** 0 6 0 1 9 9

**20. Time Of Action:** 0 9 0 0

**21. Check One:** AM  PM  [X]

| 22. **Reason For Termination Of Employment Or Withdrawal** | | |
|---|---|---|
| 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request | | |
| 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs | | |

| 23. **Continuation of Longevity Status** | |
|---|---|
| 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). | |

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

## 26. Signatures:

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

# Production Worker's Training Record

(CHECKLIST)
for

Inmate Name  _Siggers, Kevin_          Reg. Number  _51627-060_

☑ 1.) I have had a department orientation by my department supervisor.

☑ 2.) I have read and understand the Factory Rules and Safety Regulations.

☑ 3.) I have read and understand the department procedures for my assigned area.

☑ 4.) I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.) I have had on the job training with an experienced production worker.

☑ 6.) I have read and understand my Job Description.

☑ 7.) I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.) I have familiarized myself with ISO-9001-2000 standards, Unicor McKeans Q.M.S., and the role I play in the system.

_Kevin Siggers  51627060_                     _6-16-03_
Inmate Signature  &  Reg. Number                   Date

_Charl. m. M_                                  _6-16-03_
Woodworking Supervisor Signature                   Date

| TITLE:     TRAINING RECORD | CONTROL NO.  1403 | DATE: 6/11/03 |
|---|---|---|
| Production -  UNICOR MCKEAN | REV:     Original Issue | SHEET   1 OF 1 |

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: ___Siggers, Kevin___    Register Number: ___51627-060___

Institution Code: ___231___    Industry Code: ___MCFT___

Job Description: __Wood Working Shophand__    Department: __Mill 1__

> *Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate ___Siggers, Kevin___ Reg. No. ___51627-060___ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____     ___9-20-00___
Foreman                                                    Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____   ___51627060___   ___9-20-00___
Signature of Inmate                    Register Number              Date

PRODUCTION-1                    JOB CHANGE

**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **2** | 1. Type of Report | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19<br>Enter 3 For Completion, Complete 4-6, 19<br>Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number** `5 1 6 2 7 - 0 6 0`    **5. Resident Name (Last, First, Middle)** `S I G G E R S   K E V I N`    **6. Institution Code** `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 0 2 2` | `P A N E L   S A W   O P E R A T` |

1= Hourly
2= G.P.W.        X = Apprentice
3= P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L   C O O R D I N` |

**19. Effective Date** Month, Day, Year `0 4 - 0 7 - 0 5`    **20. Time of Action** `0 7 1 0`    **21. Check One:** AM `X`  PM

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institution Needs

**23. Continuation of Longevity Status**

1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole).

| | | |
|---|---|---|
| ` - - ` | **24. Date Of Enrollment Month, Day, Year** | |

| | |
|---|---|
| ` ` | **25. Total Inmate Hours Involved** |

**26. Signatures:**

Recommended By _____ Foreman    Date: `4-7-05`

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: `4/7/05`

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: _____Siggers, Kevin_____     Register Number: __51627-060__

Institution Code: _____231_____     Industry Code: _____MCFT_____

Job Description: **Woodworking Shophand** *(LABOR)*     Department: ___Mill 1___

> *Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quality and quantity of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate _____Siggers, Kevin_____ Reg. No. ___51627-060___ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman

_8/24/01_
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____
Signature of Inmate

51627-060
Register Number

8/24/01
Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate __Siggers, Kevin__ Reg. No. __51627-060__

in the proper operation of the: __PANEL SAW Z-32 (SCMI)__

including safety procedures, routine use, and standard maintenance.

Foreman

Date: _1-31-02_

Dept: Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment. In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No. 51627060

1/31/02

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers,    Kevin__      Register Number: __51627-060__

Institution Code: __231__      Industry Code: __MCFT__

---

NUMBER 2

Job Description: __Saw Operator (Z-32 Panel Saw)__      Department: __Mill 1__

> *Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate __Siggers,    Kevin__ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          __11-13-01__
Foreman                                              Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____          __51627060__          __11-13-01__
Signature of Inmate              Register Number            Date

PRODUCTION-1                                    JOB CHANGE

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 2 | 1. Type of Report | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|

| 2 | 2  If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26 |
|---|---|---|
| | | Enter 2 For Change in Employment Status, Complete Items 4-21, and 26 |
| | | Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3. If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number**   5 1 6 2 7 - 0 6 0

**5. Resident Name (Last, First, Middle)**   S I G G E R S   K E V I N

**FILE COPY**

**6. Institution Code**   2 3 1

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 1 | 2 | M C F T | 1 | 6 6 7 6 8 2 0 2 2 | P A N E L   S A W   O P E R A T |

1= Hourly
2= G.P.W.         X = Apprentice
3= P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 4 | 2 | M C F T | 1 | 2 2 1 1 6 7 0 1 4 | M A T E R I A L   C O O R D I N |

**19. Effective Date** Month, Day, Year   0 4 - 0 7 - 0 5

**20. Time of Action**   \   0 7 1 0

**21. Check One:**   AM   PM   [X]   [ ]

| 22. Reason For Termination Of Employment Or Withdrawal |
|---|
| 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |

| 23. Continuation of Longevity Status |
|---|
| 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _____ Foreman   Date: 4-7-05

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: 4/7/05

FPI Form 96 (9/98)

Distribution:   1. Business Office   2. Terminal Operator   3. Placement   4. Foreman

PRODUCTION-1
REHIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 <br> Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 <br> Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
| **1** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 <br> Enter 3 For Completion, Complete Items 4-6, 19 <br> Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 1 – 1 2 – 0 4 | M C F T | X |

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

Recommended By _____ Foreman            Date: 1-12-04

Approved By _____ Plant Superintendent       Date: 1/12/

Approved By _____ Ass't Supt. Or Business Mgr.   Date: 1/12/

Entered On Payroll Records _____ Timekeeper        Date: 1-12-04

FPI Form 96 (9/98)

| Distribution: | White (Business Office) | Canary (Terminal Operator) | Pink (Placement) | Goldenrod (Foreman) |
|---|---|---|---|---|

MTWIJ                    TERMINATION.               3C DAYS N/W SHU

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number:** 5 1 6 2 7 - 0 6 9

**5. Resident Name (Last, First, Middle):** S I G G E R S , K E V I N

**6. Institution Code:** 2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 1 2 — 1 9 — 0 3 | 0 7 1 0 | X |

| **3** | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| **D** | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

### 26. Signatures:

| Recommended By | _Chehula_ | Foreman | Date: 12-19-03 |
|---|---|---|---|
| Approved By | | Plant Superintendent | Date: |
| Approved By | | Ass't Supt. Or Business Mgr. | Date: |
| Entered On Payroll Records | | Timekeeper | Date: 12/19/03 |

FPI Form 96 (9/98)

**Distribution:**   White (Business Office)     Canary (Terminal Operator)     Pink (Placement)     Goldenrod (Foreman)

# UNICOR
### Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

**2. If UNICOR Action**
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3. If IPRS Action**
Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

**4. Register Number**  5 1 6 2 7 - 0 6 0

**5. Resident Name (Last, First, Middle)**  S I G G E R S , K E V I N

**6. Institution Code**  3 3 3

### Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
| 0 1 2 | 3 | N C F T | 2 | 7 6 9 6 8 0 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.  — X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
| 0 1 2 | 2 | N C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

**19. Effective Date Month, Day, Year**  0 4 - 1 1 - 9 2

**20. Time Of Action**  0 7 1 0

**21. Check One:**  AM  PM   [X]

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman   Date: 4-11-02

Approved By _____ Plant Superintendent   Date: 4/16/02

Approved By _____ Ass't Supt. Or Business Mgr.   Date: 4/16/02

Entered On Payroll Records _____ Timekeeper   Date: 4/15/02

FPI Revised Form 96    Distribution:   White............... Business office   Green............... Placement
Canary............ Terminal operator   Pink............... Foreman

GRADE CHANGE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **1** | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 _ 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

```
1 = Hourly
2 = G.P.W.    ↕  X = Apprentice
3 = P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 3 - 1 1 - 0 2 | 0 7 1 0 | X |

| | |
|---|---|
| 22. **Reason For Termination Of Employment Or Withdrawal** | |
| 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request | |
| 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs | |

| | |
|---|---|
| 23. **Continuation of Longevity Status** | |
| 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). | |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. Signatures:

| | | Date: |
|---|---|---|
| Recommended By | Foreman | 3-21-02 |
| Approved By  Debra A. Forsyth | Plant Superintendent | 3/22/02 |
| Approved By | Ass't Supt. Or Business Mgr. | 3/22/02 |
| Entered On Payroll Records | Timekeeper | 3/2/02 |

FPI Revised Form 96        Distribution:    White—————— Business office
                                          Green—————— Placement
                                          Pink————— Foreman

MILL 1    GRADE CHANGE

# UNICOR    Industrial Employment/IPRS Action Report
Federal Prison Industries, Inc.

**[1]** 1. Type of Report:    UNICOR Action = 1 IPRS Action = 2 Both = 3

**[2]** 2. If UNICOR Action    Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**[ ]** 3. If IPRS Action    Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 — 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W. ⎱ X = Apprentice
3 = P.W. ⎰

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 2P | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM   PM |
|---|---|---|
| 0 1 — 2 7 — 0 1 | 0 7 1 0 | [X]   [ ] |

**[ ]** 22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**[ ]** 23. **Continuation of Longevity Status**
1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

Recommended By _____ Foreman    Date: 1-29.01

Approved By _Deborah Forsyth_ Plant Superintendent    Date: 2/2/01

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 1/29/01

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

MILL I    GRADE CHANGE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 — 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 3 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM PM |
|---|---|---|
| 1 0 — 2 9 — 0 0 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. Signatures:

| Recommended By | X _____ Foreman | Date: 10-13-00 |
|---|---|---|
| Approved By | X _____ Plant Superintendent | Date: 10/14/00 |
| Approved By | T-Malahar Ass't Supt. Or Business Mgr. | Date: 10/14/00 |
| Entered On Payroll Records | Mineman Timekeeper | Date: 10/16/00 |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

PRODUCTION                           NEW HIRE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type of Report:** `3`    UNICOR Action = 1 IPRS Action = 2 Both = 3

**2. If UNICOR Action** `1`
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**3. If IPRS Action** `2`
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

**4. Register Number:** `5 1 6 2 7 — 0 6 0`

**5. Resident Name (Last, First, Middle):** `S I G G E R S , K E V I N`

**6. Institution Code:** `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D   W R K   S H O P   H A N D` |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year:** `0 6 — 2 9 — 0 0`

**20. Time of Action:** `0 7 1 0`

**21. Check One:** AM `X`  PM `☐`

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole).)

**24. Date Of Enrollment Month, Day, Year** `|   |   — |   |   — |   |`

**25. Total Inmate Hours Involved** `|   |   |   |   |`

**26. Signatures:**

Recommended By _Chris ~ Nolen_ _____ Foreman          Date: _7-3-00_

Approved By _Deboa O Forsyth_ _____ Plant Superintendent    Date: _7/5/00_

Approved By _G Halahan_ _____ Ass't Supt. Or Business Mgr.   Date: _7/5/0_

Entered On Payroll Records _Chi Newman_ _____ Timekeeper    Date: _7/5/00_

FPI Form 96 (9/98)

Distribution:       White (Business Office)        Canary (Terminal Operator)        Pink (Placement)        Goldenrod (Foreman)

# UNICOR
### Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type Of Report: | UNICOR Action = 1    IPRS Action = 2    Both = 3 |
|---|---|---|

**3**

| | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

**3**

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19    22 |

**3**

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 0 2 7 - 0 6 0 | S I G G E R S , K E V I N | 1 1 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | N C F T | 1 | 6 6 6 3 8 2 0 1 0 | B O R I N G  M A C H  O P E R |

```
              1 = Hourly
              2 = G.P.W.  ──── X = Apprentice
              3 = P.W.
```

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM    PM |
|---|---|---|
| 1 0 - 2 5 - 9 9 | 0 7 1 0 | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|

**3**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

| | 23. Continuation of Longevity Status |
|---|---|

**0**

1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _____ Foreman    Date: _11-4-99_

Approved By    Debora A Forsyth    Plant Superintendent    Date: _11/8/99_

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _11/9/99_

Entered On Payroll Records _____ Timekeeper    Date: _11/3/99_

Distribution:    White ———— Business office    Green ———— Placement
                 Canary ———— Terminal operator    Pink ———— Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **1** | **1.** Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | **2.** If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| | **3.** If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 6 7   0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 5   4 | | M C F T  1 | | 6 6 6 3 8 2 0 1 0 | B O R I N G  M A C H .  O P E R . |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 5   3 | | M C F T  2 | | 6 6 5 3 8 2 0 1 0 | B O R I N G  M A C H .  O P E R . |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM   PM |
|---|---|---|
| 0 6   0 1  9 9 | 7/21/99  3/16  0 9 0 0 | X |

| | **22.** Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | **23.** Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | **24.** Date Of Enrollment Month, Day, Year |
|---|---|

| | **25.** Total Inmate Hours Involved |
|---|---|

**26.** Signatures:

| | | |
|---|---|---|
| Recommended By _____ Charles Mole_____ | Foreman | Date: 6-24-99 |
| Approved By _____ | Plant Superintendent | Date: 6/28/9 |
| Approved By _____ Holahan _____ | Ass't Supt. Or Business Mgr. | Date: 6/25/99 |
| Entered On Payroll Records _____ Chr Mooney _____ | Timekeeper | Date: 6/25/99 |

Distribution:  White----------- Business office    Green----------- Placement
Canary----------- Terminal operator    Pink----------- Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type Of Report:**   `1`   UNICOR Action = 1 IPRS Action = 2 Both = 3

**2. If UNICOR Action**   `2`
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3. If IPRS Action**
Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

**4. Register Number**   `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**   `S I G G E R S , K E V I N`

**6. Institution Code**   `2 3 1`

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `5` | `M C A T` | `1` | `7 6 9 6 8 7 0 5 4` | `WD WRK SHORHAND` |

1 = Hourly
2 = G.P.W.   ⎱ X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C A T` | `1` | `7 6 9 6 8 7 0 5 4` | `WD WRK SHORHAND` |

**19. Effective Date Month, Day, Year**   `0 4 - 2 2 - 9 9`

**20. Time Of Action**   `0 7 1 0`

**21. Check One:**   AM  `X`   PM  ` `

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes 0 = no 2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

| | | |
|---|---|---|
| Recommended By _[signature]_ | Foreman | Date: 4-13-99 |
| Approved By _Debora Forsyth_ | Plant Superintendent | Date: 4/16/99 |
| Approved By _Tim Halahan_ | Ass't Supt. Or Business Mgr. | Date: 6/12/99 |
| Entered On Payroll Records _Cin Muncamayor_ | Timekeeper | Date: 4/13/99 |

Distribution:   White -------------- Business office    Green --------------- Placement
Canary ------------ Terminal operator    Pink ---------------- Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **1.** | **Type Of Report:** | UNICOR Action = 1 IPRS Action = 2 Both = 3 | `3` |

**2.    If UNICOR Action**    Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

`1`

**3.    If IPRS Action**    Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

`2`

**4.    Register Number**

`5 1 6 2 7 - 0 6 0`

**5.    Resident Name (Last, First, Middle)**

`S I G G E R S   K E V I N`

**6.    Institution Code**

`7 3 1`

## Action Recommended
### From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `5` | `M C R 1` | `1` | `7 6 9 6 8 7 0 5 4` | `WD WRK SHORTHAND` |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

### To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:    AM    PM |
|---|---|---|
| `0 3 - 2 3 - 9 9` | `0 7 1 0` | `x` |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released        2 = Transferred        3 = Program Change        4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes  0 = no  2 = no        (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

### 26. Signatures:

| | | | Date: |
|---|---|---|---|
| Recommended By | _[signature]_ | Foreman | 3-23-99 |
| Approved By | _[signature]_ | Plant Superintendent | 3/25/99 |
| Approved By | _[signature]_ | Ass't Supt. Or Business Mgr. | 3/25/99 |
| Entered On Payroll Records | _[signature]_ | Timekeeper | 3/23/99 |

Distribution:    White............... Business office    Green............... Placement
Canary............... Terminal operator    Pink............... Foreman

NOTE: THIS FORM MUST BE SU~~~~TTED
2 WEEKS IN ADVANCE.

U.S. Department of Justice
**UNICOR**
Federal Prison Industries, Inc.

ENTERED
9/6     36:15

**REQUEST FOR INMATE VACATION**

**September 6, 2005**
( DATE )

_____Mill-1_____
( DEPARTMENT )

NAME: **SIGGERS, KEVIN**                    **51627-060**
( LAST )          ( FIRST )                    ( REGISTRATION NUMBER )

*FILE COPY*

I REQUEST TO TAKE   **2**   DAY(S) OFF!          STARTING ON: **September 26, 2005**
( DATE )

| AWARD DAYS ?   (NO) |
|---|

I REQUEST TO CASH IN MY VACATION:  (O  YES )    (◉  NO )
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE: _____

                              APPROVED BY: _T. Nalahan_ _____
_____                    ( DEPARTMENT HEAD )
( WORK SUPERVISOR )

---

## BUSINESS OFFICE USE ONLY! !

THE ABOVE NAMED INMATE STARTED UNICOR ON:    **January 12, 2004**   , AND HAS ACCUMULATED

____**36.15**____  HOURS VACATION.   AND _____**0.00**_____  AWARD HOURS.

| 36.15 | BEGINNING HOURS. |
|---|---|
| 0.00 | AWARD HOURS USED. |
| 36.15 | ENDING HOURS. |

COMPUTED BY:  **Glen Rencher**                    REVIEWED BY: _____
( TIMEKEEPER )                              ( ACCOUNTANT )

APPROVED: _____    DISAPPROVED: _____

* * * PLEASE STATE REASONS WHY IF DISAPPROVED. * * *

SIGNATURE: _____
( Superintendent of Industries )

CC:  INMATE (1)
     FACTORY OFFICE (1)
     BUSINESS OFFICE (2)

F.P.I Form 39

NOTE: THIS FORM MUST BE SUBMITTED
2 WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.



43:30

### REQUEST FOR INMATE VACATION

__Mill-1__
( DEPARTMENT )

__July 18, 2005__
( DATE )

NAME: __SIGGERS, KEVIN__
( LAST )          ( FIRST )

__51627-060__
( REGISTRATION NUMBER )

I REQUEST TO TAKE ___1___ DAY(S) OFF!          STARTING ON: __July 26, 2005__
( DATE )

**AWARD DAYS ?     (NO)**

I REQUEST TO CASH IN MY VACATION: (O  YES)     (◉  NO)
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE: _Kevin T. Siggers, Sr._          **FILE COPY**

_M. Lewis_
( WORK SUPERVISOR )

APPROVED BY:

_T. Walsham_
( DEPARTMENT HEAD )

### BUSINESS OFFICE USE ONLY! !

THE ABOVE NAMED INMATE STARTED UNICOR ON: __January 12, 2004__, AND HAS ACCUMULATED

__43.30__ HOURS VACATION.  AND __0.00__ AWARD HOURS.

| | |
|---|---|
| 43.30 | BEGINNING HOURS. |
| 0.00 | AWARD HOURS USED. |
| 43.30 | ENDING HOURS. |

COMPUTED BY: __Glen Rencher__
( TIMEKEEPER )

REVIEWED BY: _____
( ACCOUNTANT )

APPROVED: ___✓___          DISAPPROVED: _____

*** PLEASE STATE REASONS WHY IF DISAPPROVED. ***

SIGNATURE: _T. Walsham_
( Superintendent of Industries )

CC:  INMATE (1)
     FACTORY OFFICE (1)
     BUSINESS OFFICE (2)

F.P.I Form 39

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBE

DATE: 4-14-05

TO: Mr. COOK

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details

I would like to work in Mill I
"Notes Dept." on the first Table. Keeping
my grade (2) two.

Thank you.

Name: SIGGERS, KEVIN                    No.: 51627060

Work assignment: A.M UNICORE              Unit: CB

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be
interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result
in no action being taken.

DISPOSITION: (Do not write in this space)          DATE:

MOVED FROM
PROD.1 TO MILL1          OK WITH MR
5/5/05                   Chende 4-14-05
OK Rlook
4-14-05                  EFFECTIVE ~~~~~~ 4-19-05

Original - File
Copy -   Inmate                                    Officer

NOTE: THIS FORM MUST BE ~~SUBMITTED~~ 2
WEEKS IN ADVANCE.



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_2 ~~w~~ I_
**DEPARTMENT**

_10/18/00_        _pov 30:00_    10/27
**DATE**

_Siggins        Kevin_        _81627060_
**NAME:**    **LAST**    **FIRST**    **REGISTRATION NUMBER**

I REQUEST VACATION FROM_____—____TO___—___    C A C H   I N —
_pov 30:00_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
   (MUST BE ANNIVERSARY DATE).

_Kevin Siggins_
**INMATES SIGNATURE**

**APPROVED BY:**                        **APPROVED BY:**

_____            _____
**WORK SUPERVISOR**                     **DEPARTMENT HEAD**

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _1/12/~~06~~ 2004_ AND

HAS ACCUMULATED _30:00 HRS_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15 HRS_ DAY PER MONTH.

(½)    (1)

COMPUTED BY:            REVIEWED BY:            FINAL APPROVED BY:

_____        _____        _____
**TIMEKEEPER**             **ACCOUNTANT**            **SUPERINTENDENT**

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____
                                PLEASE STATE REASONS WHY IF
                                DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE ( )MITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

9/19
37.15

Pod I
DEPARTMENT

8/17/04
DATE

NAME: _____ SIGGERS    KEVIN _____    S160 7060
            LAST        FIRST           REGISTRATION NUMBER

I REQUEST VACATION FROM 9/24 TO 9/28          2 dAYS

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                          APPROVED BY:

_____            _____
WORK SUPERVISOR                       DEPARTMENT HEAD

---

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 1/12 19 2004, AND

HAS ACCUMULATED 37.15 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7.15 DAY PER MONTH.

(½)  (1)

COMPUTED BY:              REVIEWED BY:              FINAL APPROVED BY:

_____    _____    _____
TIMEKEEPER               ACCOUNTANT               SUPERINTENDENT

---

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____
                                                        PLEASE STATE REASONS WHY IF
                                                        DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**

**UNICOR**

Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_Mill I_

**DEPARTMENT**

_11/13/63_

**DATE**

_37:30_

_SIGGERS, KEVIN_

**NAME:**       **LAST**       **FIRST**

_51627-060_

**REGISTRATION NUMBER**

I REQUEST VACATION FROM _____ TO _____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _CACH 37:30_
  (MUST BE ANNIVERSARY DATE).

**INMATES SIGNATURE**

**APPROVED BY:**

**WORK SUPERVISOR**

**APPROVED BY:**

**DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19  2000_ AND

HAS ACCUMULATED _37.30_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:30_ DAY PER MONTH.

(½)   (1)

**COMPUTED BY:**

**TIMEKEEPER**

**REVIEWED BY:**

**ACCOUNTANT**

**FINAL APPROVED BY:**

**SUPERINTENDENT**

**UNIT TEAM ACTION:**       **APPROVED:_____**       **DISAPPROVED_____**

**PLEASE STATE REASONS WHY IF DISAPPROVED.**

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39       Business Office (White) - Timekeeper (Green) - Unit (Yellow) - Factory (Pink) - Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.



U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

**REQUEST FOR INMATE VACATION**

Federal Correctional Institution
Ray Brook, NY 12977

Mill T
DEPARTMENT

6/2/63
DATE

6/16
52:30

SIGGERS, KEVIN
NAME:        LAST        FIRST

51627-060
REGISTRATION NUMBER

I REQUEST VACATION FROM ___X___ TO ___Y___

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _52:30 CASH_
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

T. Calahan for
DEPARTMENT HEAD

---

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE __6/25__ 19_2000_, AND

HAS ACCUMULATED _52:30 hrs_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:30_ DAYS PER MONTH.

(½)   (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

T. Calahan for
SUPERINTENDENT

---

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_____
**DEPARTMENT**

DATE _6/?00_    _oo_
_7:30 in July_

_O'Gorme    Kevin_                    _1127060_
**NAME:**    **LAST**    **FIRST**    **REGISTRATION NUMBER**

I REQUEST VACATION FROM _7-___ TO _7-6_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

**APPROVED BY:**                    **APPROVED BY:**

_____            _____
**WORK SUPERVISOR**                **DEPARTMENT HEAD**

_____

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/29_ _2000_, AND

HAS ACCUMULATED _____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**            **REVIEWED BY:**                **FINAL APPROVED BY:**

_____        _____            _____
**TIMEKEEPER**            **ACCOUNTANT**                **SUPERINTENDENT**

**UNIT TEAM ACTION:**        **APPROVED:**_____        **DISAPPROVED**_____
                                        **PLEASE STATE REASONS WHY IF**
                                        **DISAPPROVED.**

_____

_____

_____

_____

**SIGNATURE**_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) - Timekeeper (Green) - Unit (Yellow) - Factory (Pink) - Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_MILL I_
DEPARTMENT

_6-03-02_
DATE

_6/70_
_67:30_

_SIGGENS_            _KEVIN_
NAME:        LAST            FIRST

_S16 27060_
REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF__ _X ALL_
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                    APPROVED BY:

_____            _____
WORK SUPERVISOR                          DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____ _29_ 19_ _0 0_, AND

HAS ACCUMULATED_ _67:30 hrs_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_ _7.30 hr_ DAY PER MONTH.

(½)    (1)

COMPUTED BY:                REVIEWED BY:                     FINAL APPROVED BY:

_____        _____        _____
TIMEKEEPER                  ACCOUNTANT                     SUPERINTENDENT

_____

UNIT TEAM ACTION:            APPROVED:_____        DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SU___TTED 2
WEEKS IN ADVANCE.

**U.S. Department of Justice**

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_Mill I_
**DEPARTMENT**

_11-19-01_
**DATE**

_Snyers      Kenn_
**NAME:**          **LAST**          **FIRST**

_5162060_
**REGISTRATION NUMBER**

I REQUEST VACATION FROM _1/23_ TO _1/24_ ( _1 DAY_ )

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

**APPROVED BY:**                              **APPROVED BY:**

_____         _____
**WORK SUPERVISOR**                       **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**              **REVIEWED BY:**              FINAL APPROVED BY:

_____        _____        _____
**TIMEKEEPER**              **ACCOUNTANT**              **SUPERINTENDENT**

**UNIT TEAM ACTION:**              **APPROVED:**_____              **DISAPPROVED**_____

                                                    PLEASE STATE REASONS WHY IF
                                                    DISAPPROVED.

_____

_____

_____

_____

**SIGNATURE**_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39       Business Office (White) • Timekeeper (Green) • Unit (Yellow) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_MILI_

DEPARTMENT

_9/19/01_    15:00.

DATE

_SIKENS - Kenn_

NAME:          LAST          FIRST

_51137060_

REGISTRATION NUMBER

I REQUEST VACATION FROM _9/1_ TO _9/1_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:                                   APPROVED BY:

_____

WORK SUPERVISOR                               DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/29_ 19_2001_, AND

HAS ACCUMULATED _1800_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____ DAY PER MONTH.

(½)     (1)

COMPUTED BY:              REVIEWED BY:              FINAL APPROVED BY:

_____           _____           _____

TIMEKEEPER                ACCOUNTANT                SUPERINTENDENT

UNIT TEAM ACTION:         APPROVED:_____         DISAPPROVED_____
                                                   PLEASE STATE REASONS WHY IF
                                                   DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE                    INMATE REQUEST TO STAFF MEMBER
Federal Bureau of Prisons

DATE: _8-5-01_

TO: _Mr. ~~xxxx~~ Parotti_

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to switch to
the Panel saw position you Have
open

Thanks !!!

**POSTED**

Name: _Siggers, Kevin_          No.: _51627060_

Work assignment: _R.M Unicor_ ᵍ     Unit: _CA_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE: _____

OK
with or
Chalgren Mal
8-6-01

OK

PROD I
-IC
Mill !
8/24/01

Original - File
Copy - Inmate

Officer

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

*Prod. I*
**DEPARTMENT**

**DATE**

**NAME:**          **LAST**          **FIRST**          **REGISTRATION NUMBER**

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF___ *All*___
 (MUST BE ANNIVERSARY DATE).

**INMATES SIGNATURE**

**APPROVED BY:**                                    **APPROVED BY:**

_____                          _____
**WORK SUPERVISOR**                               **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19_____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**                 **REVIEWED BY:**                 **FINAL APPROVED BY:**

_____          _____          _____
**TIMEKEEPER**                    **ACCOUNTANT**                    **SUPERINTENDENT**

**UNIT TEAM ACTION:**              **APPROVED:_____**          **DISAPPROVED_____**

                                                                   **PLEASE STATE REASONS WHY IF DISAPPROVED.**

_____

_____

_____

_____

_____

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE                                    INMATE REQUEST TO STAFF MEMBER
Federal Bureau of Prisons

DATE: 3-02-01

TO: Mr. Parrott. (Mill I Supervisor)

*(Name and title of officer)*

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Sir, I would Like to change work Departments.
I have tried to get along with my co-worker, But things
Just Keep flairing up Mr. Nolan said He can use me
In His Department. Im just trying to Avoid A conflect
with this guy. I thank you for your help
with this matter.

Name: Kevin L. Siggers                    No.: 51627060

Work assignment: AM Unicors          Unit: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE:

Mill I
To
Prod I
3/6/01

ok with me
e. Nolan
Charlie Nolan

Original - File
Copy -   Inmate                                    Officer

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

**MILL I**
_9-20-00_        3/20 15:00
DEPARTMENT                                    DATE

_____ _SIGGINS    Kevin_____    -_06-7-060_
NAME:       LAST        FIRST            REGISTRATION NUMBER

I REQUEST VACATION FROM _9/8c_ TO _9/9_ (2 Days) CASH IN

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

_____        _____

APPROVED BY:                          APPROVED BY:

_____        _____
WORK SUPERVISOR                       DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/25_ 19_00_ , AND

HAS ACCUMULATED _____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY:                REVIEWED BY:                FINAL APPROVED BY:

_____       _____       _____
TIMEKEEPER                  ACCOUNTANT                  SUPERINTENDENT

_____

UNIT TEAM ACTION:            APPROVED:_____            DISAPPROVED_____

                                                          PLEASE STATE REASONS WHY IF
                                                          DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARTMENT OF JUSTICE    **INMATE REQUEST TO STAFF MEMBER**
Federal Bureau of Prisons

DATE: SEPT. 18 ~~Oct 22~~ 2000

TO: Mr. PEROTTI (MILL I Supervisor)
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done(Give Details).

Sir I would like to change my Job, to work in Mill I Departmente I have gotten the permission from Mr. Nolan to change Jobs.

Name: Kevin. L. Siggers Sr.        No: 5162060

Work Assignment: Unicore A.m        Unit: CA

NOTE:    If you follow instructions in preparing your request, it can be disposes of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        Date:_____

OK
Check. Me
9-18-00

MOVE
FROM PROD F
TO
MILL I
Officer
9/20/00

Original-File
Canary-Inmate

FCI Mckean            Previously BP-Admin-70            BP-148(70)
July 1°

L1

## Employee Work History

Name:  Siggers, Kevin _____   No.  #51627~060 _____

Hire Date: ___03/23/99_____   Prior UNICOR Credit Accepted:___00_____ Months

Year: __1999__

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|------|------|------|------|------|------|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar | 1 | 3:45 |  | 3:45 |  |
| Apr | 2 | 3:45 |  | 7:30 |  |
| May | 3 | 3:45 | Pov 11:15 | 0:00 |  |
| Jun | 4 | 3:45 |  | 3:45 |  |
| Jul | 5 | 3:45 |  | 7:30 |  |
| Aug | 6 | 3:45 |  | 11:15 |  |
| Sep | 7 | 3:45 | 7:30 | 7:30 | VAC 9/27 |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year: __2000__

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|------|------|------|------|------|------|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year: __2001__

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|------|------|------|------|------|------|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

```
   MCK2G  531.01 *          INMATE HISTORY          *    03-22-1999
   PAGE 001 OF 001 *           WRK DETAIL            *    13:27:07
                                                      POSTED
   REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: WRK      FUNCTION: PRT       FORMAT:

   FCL    ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
   MCK    KITCHEN AM KITCHEN AM                01-14-1999 0001 CURRENT
   MCK    IDLE       IDLE                      01-13-1999 0716 01-14-1999 0001
   MCK    KITCHEN AM KITCHEN AM                12-02-1998 0001 01-13-1999 0716
   MCK    DIN RM AM  DINING ROOM AM            11-20-1998 1348 12-02-1998 0001
   MCK    FD SVC     FOOD SERVICE              11-19-1998 0001 11-20-1998 1348
   MCK    LAND IN 1  INSIDE LANDSCAPE FULL-TIME 11-05-1998 0001 11-19-1998 0001
   MCK    LAND IN 2  INSIDE LANDSCAPE FULL-TIME 11-04-1998 0001 11-05-1998 0001
   MCK    FACL       FACILITIES OFFICE         11-03-1998 0001 11-04-1998 0001
   MCK    UNASSG     UNASSIGNED                10-28-1998 0001 11-03-1998 0001
   MCK    A&O        ADMISSION & ORIENTATION   10-21-1998 1015 10-28-1998 0001
   LEW    UNASSG     UNASSIGNED WORK DETAIL    10-13-1998 1921 10-21-1998 0516
   OKL    UNASSG     UNASSIGNED HOLDOVER       09-23-1998 1800 10-13-1998 0830
   ATL    UNASSG     UNASSIGNED WORK DETAIL    05-06-1998 0050 05-06-1998 0818
   OKL    UNASSG     UNASSIGNED HOLDOVER       05-01-1998 1915 05-05-1998 0830
   RCH    UNASSG     UNASSIGNED WORK DETAIL    03-26-1998 1851 05-01-1998 1508
   OKL    UNASSG     UNASSIGNED HOLDOVER       03-18-1998 1815 03-26-1998 0920
```

```
DATE: 10/28/99 07:23    INMATES NOT WORKING FOR 30 DAYS    PAGE:   1
INMATE PAYROLL               REPORT DATE: 10/30/99          USER ID: sa1cl
```

| Name | Reg-num | Fact | Group | Crew | Last Lbr LT |
|------|---------|------|-------|------|-------------|
| SIGGERS, KEVIN | 51627-060 | FT | ft130 | Assembly 1 | 09/29/99 |

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_____

**DEPARTMENT**

_____    **DATE**    7/14/7

_____

**NAME:**    **LAST**    **FIRST**    **REGISTRATION NUMBER**

7 30

I REQUEST VACATION FROM _____ TO _____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____

**INMATES SIGNATURE**

---

**APPROVED BY:**

_____

**WORK SUPERVISOR**

**APPROVED BY:**

_____

**DEPARTMENT HEAD**

---

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _____ 19_99_, AND

HAS ACCUMULATED _7 30_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _3 45_ DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**

_____

**TIMEKEEPER**

**REVIEWED BY:**

_____

**ACCOUNTANT**

**FINAL APPROVED BY:**

_____

**SUPERINTENDENT**

---

**UNIT TEAM ACTION:**    **APPROVED:**_____

**DISAPPROVED**_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

**SIGNATURE**_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISONS**

DATE _May 19, 1999_

TO: _Mr. Pigrotto_
_____
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I would like my Job changed to
The Vertical Boring Machine on the Assembly
line. I've spoke to Mr. Nolan and was told
to have you sign this Inmate Request ~~this~~ form
Releasing me to work in the Assembly Dept. I thank
you for Time concerning this matters._

_OK OR Refused_

**POSTED**

(Use other side of page if more space is needed)

NAME: _Kevin L. Siggers Sr._        NO.: _51627-060_

WORK ASSIGNMENT: _Lay up I_        UNIT: _3 A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

DATE _5-19-99_

_Lay up I
TO
ASSM I_

_OK with me_

_Charles Nolan_
_____
Officer

_5/25/99_

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)   Replaces BP-148 of Oct 86

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin_____    Register Number: __51627-060__

Institution Code: _____231_____    Industry Code: _____MCFT_____

---

Job Description: __Woodworking Shophand_____    Department: __Layup 1__

> **Duties: *Responsible for stacking, cushioning and wrapping product.  Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes.  All other duties as assigned in UNICOR.***

I have instructed inmate *Kevin L. Siggers Sr.*  Reg. No. *51627.060*  in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____           4-12-99
Foreman                                    Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    5/627.060         4-12-99
Signature of Inmate              Register Number      Date

# Pre-Industrial Training Roster

Date:    April 23, 1999

| Name | Number | Department | SOI | Fact. | Safety | Prod. | Work | Q.A. | Bus Or |
|------|--------|-----------|-----|-------|--------|-------|------|------|--------|
| Davila-Bajana, Juan | 47580-053 | Prod 1 | | | | | | | |
| Luna-Navarro, Bernardo | 05659-032 | Laup 1 | | | | | | | |
| Hamilton, James | 09140-055 | Pack 1 | | | | | | | |
| Siggers, Kevin | 51627-060 | Laup 1 | | | | | | | |
| Kowalski, Paul | 08930-055 | Q.A. 1 | | | | | | | |
| Carter, Claude | 19735-039 | Main 1 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| ALTERNATES | | | | | | | | | |
| Gonzalez, William | 21331-038 | Mill 2 | | | | | | | |
| Wills, Eric | 52511-060 | Pack 1 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

DATE _3-21-99_

TO: _Unicor Supervison_
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

_I have the realease By my_
_current supervisor to work in the_
_unicor factory_

_Kitchen Supervisor_

(Use other side of page if more space is needed)

NAME: _Kevin L Siggens Sr_   NO.: _51627-060_

WORK ASSIGNMENT: _Veg. Prep_   UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to specifically state your problem may result in no action being taken.

DISPOSITION:    Do not write in this space)

DATE _3-22-99_

_M. Henry   Cook Supervisor_

_M. Henry_
Officer

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)  Replaces BP-148 of Oct 86

PRODUCTION-1                          REHIRE



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **1** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number     5. Resident Name (Last, First, Middle)     6. Institution Code

`5 1 6 2 7 - 0 6 0`     `S I G G E R S   K E V I N`     `2 3 1`

**Action Recommended**
From:

7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title

`0 1 2` | `2` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D   W R K   S H O P   H A N D`

1 = Hourly
2 = G.P.W.    ⎤ X = Apprentice
3 = P.W.      ⎦

To:

13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title

19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM

`0 1 - 1 2 - 0 4` | `M C F T` | `X`

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____ Foreman     Date: 1-12-04

Approved By _____ Plant Superintendent     Date: 1/12/04

Approved By _____ Ass't Supt. Or Business Mgr.     Date: 1/12/04

Entered On Payroll Record _____ Timekeeper     Date: 1-12-04

FPI Form 96 (9/98)

Distribution:     White (Business Office)     Canary (Terminal Operator)     Pink (Placement)     Goldenrod (Foreman)

PRODUCTION-1                          JOB CHANGE

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 2 | 1. | Type of Report | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| 2 | 2 | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
|---|---|---|---|

| 2 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19<br>Enter 3 For Completion, Complete 4-6, 19<br>Enter 4 For Withdrawal, Complete 4-6, 19, 22 |
|---|---|---|---|

**4. Registration Number** `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)** `S I G G E R S  K E V I N`

**6. Institution Code** `2 3 1`

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 2 0 2 2` | `P A N E L  S A W  O P E R A T` |

**POSTED**

1 = Hourly
2 = G.P.W.     ⎤ X = Apprentice
3 = P.W.       ⎦

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L  C O O R D I N` |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM PM |
|---|---|---|
| `0 4 - 0 7 - 0 5` | `0 7 1 0` | AM `X`  PM `[ ]` |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institution Needs

**23. Continuation of Longevity Status**

1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole).

`| | - | | - | |` **24. Date Of Enrollment Month, Day, Year**

`| | | | |` **25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman        Date: 4-7-05

Approved By _____ Plant Superintendent        Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.        Date: _____

Entered On Payroll Records _____ Timekeeper        Date: 4/7/05

FPI Form 96 (9/98)

Distribution:    1. Business Office    2. Terminal Operator    3. Placement    4. Foreman

# *UNICOR*

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Sigers Kevin_        Number: _51627-060_        Date: _3/11/02_
   *(Name: Last, First)*

UNICOR McKean start date:_____ Current Grade: _2_ Unit: _CA_
This is to advise you of your unsatisfactory work performance on: _3/4/02_

Specifically: _Inmate Sigers was observed on the production floor lighting matches. Inmate Sigers was attempting to melt the plastic tip of a cigar. This behavior is unsafe because of the flammable materials on the factory floor_

Supervisor's Recommendation:

1) Written Warning _____

(2) Grade Reduction from _2_ to _3_ ; No. of days _30_

3) Job Change _____

4) Removal * _____

5) Other _____

*Third offenses, whether related acts, or not , automatically require the recommendation for "Removal." All recommendation for "Removal" must be approved by the Superintendent of Industries.

_____    _____    _3/11/02_
Inmate Signature   Date   Staff Signature      Date

Final disposition: _____
_____
_____
_____
_____
_____

_3/11 → 4/11_

_____
Superintendent of Industries      Date

# UNICOR

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Siggers, Kevin_    Number: _51622-060_    Date: _3/6/02_

(Name: Last, First)

UNICOR McKean start date: _____    Current Grade: _____    Unit: _CA_

This is to advise you of your unsatisfactory work performance on: _____

Specifically: _Inmate Siggers had in his possession, AVIATOR playing cards in the Unicor Factory. Inmate Siggers had signed a Rules & reg. letter paper when he started UNICOR stating that Inmate workers are prohibited from bringing personal property into the factory (Rule # 12)_

Supervisor's Recommendation:

(1) Written Warning _____

2) Grade Reduction from ____ to ____; No. of days ____

3) Job Change_____

4) Removal *_____

5) Other _____

*Third offenses, whether related acts, or not , automatically require the recommendation for "Removal." All recommendation for "Removal" must be approved by the Superintendent of Industries.

_____    _____    _____    _3/6/02_

Inmate Signature    Date    Staff Signature    Date

Final disposition: _____

_____
_____
_____
_____
_____
_____
_____

_____    _____

Superintendent of Industries    Date

*JOB EFFICIENCY TRAINING   -SSION NUMBER -- [01]*

# FACTORY RULES AND REGULATIONS

NAME *Kevin L. Siggers*   UNIT *CA*   LOCKER#_____   CHIT#_____

1. INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2. ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3. SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4. HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5. INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6. INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7. OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8. HORSEPLAY WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9. FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. DO NOT RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ~~ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF UNICOR.~~

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: _Kevin L. Siggers_   Register No: _5 1627060_   Date: _6-29-02_