IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE KELLY,

    PLAINTIFF,

V.                             03-368E

JOHN LAMANNA, ET AL.,

    DEFENDANTS.

DEPOSITION OF:  LESLIE KELLY

LOCATION:  696 MUCKERMAN ROAD

          BENNETTSVILLE, SOUTH CAROLINA

DATE:  TUESDAY, OCTOBER 31, 2006

TIME:  2:02 P.M. - 2:45 P.M.

COURT REPORTER:  ROGER R. WILLIAMSON

THE DEPOSITION IS TAKEN PURSUANT TO NOTICE AND/OR AGREEMENT, IN THE ABOVE-ENTITLED CAUSE PENDING IN THE ABOVE-NAMED COURT AND PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE.

Q & A COURT REPORTING SERVICES

POST OFFICE BOX 4563 (29502)

FLORENCE, SOUTH CAROLINA

TOLL FREE (866) 673-9845    LOCAL (843) 673-9845

FAX (843)661-2960

E-MAIL:  INFO@QACOURTREPORTING.COM

VISIT:  WWW.QACOURTREPORTING.COM

Page 2

```
 1        APPEARANCES
 2  FOR THE PLAINTIFF:
    NEAL DEVLIN, ESQ.
 3  120 W. 10TH STREET
    ERIE, PA 16501
 4
 5  FOR THE DEFENDANT:
    MICHAEL C. COLVILLE
 6  ASSISTANT U.S. ATTORNEY
    WESTERN DISTRICT OF PA
 7  U.S. POST OFFICE & COURTHOUSE
    700 GRANT STREET, SUITE 4000
 8  PITTSBURGH, PA 15219
 9
    FOR THE DEFENDANT:
10  DOUG GOLDRING, ESQ.
    400 FIRST STREET, NW
11  WASHINGTON, DC 20534
12  ALSO PRESENT: LORIE WATSON
13
14        INDEX
15  EXAMINATION BY MR. COLVILLE    3
    EXAMINATION BY MR. GOLDRING   30
16
17        EXHIBITS
18  PG/LN EX.    DESCRIPTION
    (NO EXHIBITS WERE PROFFERED.)
19
20
21
22
23
24  ** UH-HUH = AFFIRMATIVE
25     HUH-UH = NEGATIVE
```

Page 3

```
 1        STIPULATIONS
 2     IT IS STIPULATED AMONG COUNSEL THAT THIS
 3  DEPOSITION IS BEING TAKEN PURSUANT TO THE FEDERAL
 4  RULES OF CIVIL PROCEDURE; AND THAT ALL OBJECTIONS,
 5  EXCEPT AS TO THE FORM OF THE QUESTION, ARE
 6  RESERVED UNTIL THE TIME OF TRIAL.
 7     IT IS ALSO STIPULATED AMONG COUNSEL FOR THE
 8  RESPECTIVE PARTIES AND THE DEPONENT THAT THE
 9  DEPONENT WILL EXERCISE THE RIGHT TO READ AND SIGN
10  THIS TRANSCRIPT.
11  THEREUPON,
12         LESLIE KELLY,
13  BEING FIRST DULY SWORN BY THE COURT REPORTER, AS
14  HEREINAFTER CERTIFIED, TESTIFIED AS FOLLOWS:
15        EXAMINATION
16  BY MR. COLVILLE:
17    Q  MR. KELLY, MY NAME IS MIKE COLVILLE AND
18  I'M THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS
19  CASE. AND THE PURPOSE OF THIS DEPOSITION TODAY IS
20  TO HELP ME GATHER SOME FACTS AND INFORMATION ABOUT
21  YOUR LAWSUIT. I'M GOING TO ASK YOU A COUPLE OF
22  QUESTIONS AND AGAIN I REMIND YOU TO WAIT FOR MY
23  QUESTIONS TO FINISH BEFORE YOU BEGIN YOUR ANSWER
24  THAT WAY WE WON'T TALK OVER EACH OTHER AND THIS
25  WILL GO A LITTLE QUICKER. IF YOU DON'T UNDERSTAND
```

Page 4

```
 1  A QUESTION OR YOU WANT TO TAKE A BREAK, LET ME
 2  KNOW AND WE CAN ACCOMMODATE BOTH REQUESTS. BUT I
 3  WILL ASSUME THAT IF YOU ANSWER -- AND I'M GOING TO
 4  ASK YOU TO ANSWER, NOT WITH A NOD OF A HEAD, BUT
 5  VERBAL RESPONSE. SO IF YOU DO ANSWER MY SPECIFIC
 6  QUESTION WE'LL MOVE FORWARD FROM THERE.
 7     MR. KELLY, MY UNDERSTANDING FROM THE RECORDS I
 8  HAVE IS THAT YOU WORKED FOR UNI CORP FOR
 9  APPROXIMATELY EIGHT MONTHS. IS THAT ABOUT WHAT
10  YOU RECALL?
11    A  YES, SIR. YES.
12    Q  WOULD YOU DO ME A FAVOR AND JUST BRIEFLY
13  DESCRIBE FOR ME WHAT YOU DID FOR UNI CORP DURING
14  THOSE EIGHT MONTHS AND IF YOU COULD DO IT
15  CHRONOLOGICALLY. THAT IS, TAKE ME THROUGH THE
16  FIRST JOB YOU HAD AND IF THERE WERE OTHER JOBS
17  AFTER THAT, THOSE JOBS AND WHAT DUTIES WERE
18  INVOLVED WITH EACH OF THE JOBS?
19    A  OKAY. WHEN I FIRST STARTED WORKING AT
20  UNI CORP I WORKED IN FRONT -- IT WAS A MACHINE
21  LIKE A GLUE MACHINE THAT GLUED PANELING TOGETHER.
22  RIGHT. SO WE PICKED THE BOARDS AND SENT THEM
23  THROUGH THE MACHINE THAT GLUED THE PANEL TOGETHER
24  AND IT COME OUT ON THE OTHER END. AND SOMETIMES I
25  WORKED ON THE OTHER SIDE OF THAT AND WE'LL LIFT IT
```

Page 5

```
 1  UP AND SIT THEM ON THE SIDE. THEN AFTER I WORKED
 2  THERE I WORKED THERE ON -- I SHIFTED MY JOB, I
 3  WORKED -- I DON'T KNOW THE NAME OF THE JOB, WHAT
 4  DEPARTMENT THAT WAS, BUT WE DRILLED THE MICRO
 5  BOARD, WE PUT THEM TOGETHER AND PACKED THEM UP AND
 6  SHIPPED THEM OUT. AND THEN I WORKED STACKING UP
 7  TAC BOARDS AND WE CUT THEM. WE WAS CUTTING THEM.
 8  I WAS WORKING AT -- WHEN I -- THIS WAS ALL AT ONCE
 9  IN THE SAME DEPARTMENT RIGHT HERE WITH THE TAC
10  BOARDS AND THE MICRO BOARDS. THAT'S ALL IN THE
11  SAME DEPARTMENT. AND SO I WAS CUTTING TAC BOARDS
12  TOO AND I WAS STACKING THEM. THEN HE SWITCHED MY
13  JOB TO SWEEPING, SO I STARTED SWEEPING FOR A
14  MINUTE. AND HE TOOK ME BACK OFF THE SWEEPING AND
15  PUT ME BACK ON TO PUTTING -- THE MICRO BOARDS, TO
16  PUTTING THEM BACK TOGETHER AND SHIPPING THEM OUT.
17    Q  ARE THEY ALL THE JOBS THAT YOU HAD?
18    A  YES, SIR.
19    Q  ALL RIGHT. LET ME GO THROUGH EACH ONE
20  OF THEM. HOW LONG DID YOU WORK AT THE GLUE
21  MACHINE?
22    A  I WORKED AT THE GLUE MACHINE ABOUT --
23  ABOUT -- ABOUT TWO OR THREE MONTHS, SOMETHING LIKE
24  THAT I BELIEVE.
25    Q  NOW, DO I TAKE IT THAT THIS GLUE
```

Page 6

1  MACHINE, IT WAS IN A CASE, A CLOSED MACHINE WHERE
2  THE PRODUCT, THE BOARD WOULD STAY IN AND YOU WERE
3  ON THE OUTSIDE OF THE MACHINE, THE BOARD WENT IN
4  AND THAT'S WHERE THE ADHESIVE WAS APPLIED?
5     A  YEAH, THE BOARD -- BOARD GOES THROUGH
6  THE MACHINE AND IT COMES BACK OUT FROM AN OPPOSITE
7  END WHERE OTHER GUYS PICK IT UP AND LIFT IT AND
8  SIT IT TO THE SIDE.
9     Q  WAS -- WHEN -- WHEN THE PERSON -- WHEN
10 YOU PUT THE BOARD INTO THE MACHINE OBVIOUSLY THERE
11 WASN'T ANY GLUE.  BUT WHEN YOU TOOK THE MACHINE --
12 WHEN YOU TOOK THE BOARD OUT OF THE MACHINE, WAS --
13 WAS THE GLUE EXPOSED OR SOMETHING ALREADY PUT ON
14 TOP OF THE GLUE THAT --
15    A  NO, NO THE -- YOU PUT A -- ONCE YOU PUT
16 IT THROUGH THE MACHINE THE GLUE GOES ON THE BOARD
17 AND THE OTHER GUY ON THE OTHER SIDE TAKES THE
18 PANELING AND SIT IT ON TOP OF THERE AND EVEN IT ON
19 THERE TOGETHER.  THEN ONCE THAT IS DONE, ONCE YOU
20 GET ENOUGH OF THEM THEY STICK THEM TOGETHER AND
21 PUT SOMETHING ON TOP OF THEM AND MAKE THEM STICK
22 TOGETHER LIKE THIS TABLE RIGHT HERE.
23    Q  I UNDERSTAND.
24    A  UH-HUH.
25    Q  NOW, DID YOU EVER WORK ON THAT SIDE OF

Page 7

1  THE MACHINE OR DID YOU ONLY WORK ON THE SIDE OF
2  THE MACHINE WHERE YOU WERE PUTTING THE BOARD IN?
3     A  YES, I WORKED -- YES, I WORKED ON BOTH
4  SIDES OF THE MACHINE BECAUSE WE SWITCHED -- WE
5  SWITCHED POSITIONS.
6     Q  AND HOW MUCH OF YOUR TIME WOULD HAVE
7  BEEN ON THE FRONT END OF THE MACHINE AND HOW MUCH
8  OF YOUR TIME WOULD HAVE BEEN ON THE BACK END OF
9  THE MACHINE?
10    A  IN A DAY'S -- IN A DAY'S WORK?  IN A DAY
11 OF WORK?
12    Q  YES.
13    A  I -- I'M NOT QUITE SURE.
14    Q  OKAY.  LET ME ASK YOU THIS BEFORE WE GO
15 ANY FURTHER WITH YOUR JOBS, DURING THE EIGHT
16 MONTHS YOU WORKED FOR UNI CORP HOW MANY DAYS A
17 WEEK DID YOU WORK AND HOW MANY HOURS A DAY DID YOU
18 WORK?
19    A  I WORKED -- I WAS GOING TO SCHOOL.  I
20 WOULD GO TO SCHOOL FOR ONE HOUR A DAY AND I WAS
21 WORKING FIVE DAYS A WEEK.  AND I WOULD WORK FROM
22 -- I WOULD WORK FROM 7:40 I BELIEVE TO 3:30.
23    Q  AND THAT'S FIVE DAYS A WEEK?
24    A  YES, SIR.  YES, SIR.
25    Q  OKAY.  LET ME MOVE ON TO THE NEXT JOB

Page 8

1  THAT YOU DESCRIBED.  YOU MENTIONED SOMETHING ABOUT
2  YOU DRILLED MICRO BOARD OR MICRO BOARD.  AND THEN
3  YOU ALSO SAID SOMETHING ABOUT YOU CUT AND STACKED
4  TAC BOARD.  IS TAC BOARD THE SAME THING AS MICRO
5  BOARD OR IS IT TWO SEPARATE THINGS?
6     A  WELL, THEY'RE TWO -- THEY ARE TWO
7  SEPARATE THINGS.
8     Q  OKAY.  LET'S TALK ABOUT YOUR WORKING
9  WITH THE MICRO BOARD.  EXPLAIN TO ME IN MAYBE A
10 LITTLE MORE DETAIL, BECAUSE I DON'T KNOW, WHAT IT
11 IS YOU WERE DOING WITH THE MICRO BOARD?
12    A  OKAY.  SOMETIMES WE'LL -- WE'LL SCREW
13 THE -- WE'LL SCREW THE PADDING ON THERE.  AND
14 WE'LL SCREW THE -- IT'S A LITTLE ROUND THING THAT
15 THE -- THE MOUSE SIT ON, WE'LL SCREW THAT
16 TOGETHER.  WE'LL PUT THAT IN THERE TOGETHER AND
17 WE'LL SHIFT THEM.  THEN WE PUT IT TO THE SIDE.
18 WE'LL DO ABOUT EIGHT -- EIGHT TO A THOUSAND OF
19 THEM A DAY.
20    Q  IS IT FAIR TO SAY THAT YOU WEREN'T
21 OPERATING A MACHINE, BUT YOU WERE ASSEMBLING THE
22 PRODUCTS THAT HAD COME OFF OF THE MACHINES?
23    A  YES, SIR.
24    Q  OKAY.  AND THEN YOU MENTIONED SOMETHING
25 ABOUT A MOUSE PAD.  WHAT WERE YOU BUILDING, DESKS

Page 9

1  OR CHAIRS OR WHAT?
2     A  NO, WE WAS -- NO, WE WAS PUTTING THE --
3  WHAT THE -- WHAT THE KEYBOARD SIT ON TOP OF FOR
4  THE -- FOR THE COMPUTER.
5     Q  THE ONE THAT SWINGS OUT FROM UNDERNEATH
6  THE DESK?  I THINK I KNOW WHAT YOU'RE TALKING
7  ABOUT.
8     A  YES, SIR.  YES.
9     Q  AND HOW MANY OF THOSE -- HOW MANY OF
10 THOSE A DAY WOULD YOU DO?
11    A  SOME DAYS WE'LL DO 800, 800 OF THEM A
12 DAY.
13    Q  WHERE WOULD YOU DO THIS IN RELATION TO
14 THE PANEL SAWS THAT WERE CUTTING OUT PIECES OF THE
15 MICRO BOARD?
16    A  I WOULD SAY ABOUT TEN FEET BEHIND US.
17    Q  HOW DO THE MICRO BOARDS GET FROM THE
18 PANEL SAW OVER TO YOU WHERE YOU'RE ASSEMBLING
19 THEM?
20    A  OKAY.  OKAY.  THEY WOULD CUT THEM.  IT
21 WOULD BE A BIG BOARD, THEY'LL CUT ABOUT AS LONG AS
22 THIS TABLE OR WIDE AS THIS TABLE.  THEY'LL CUT IT
23 UP AND THEN THEY'LL SHIP IT TO THIS ONE GUY THAT'S
24 SITTING RIGHT NEXT TO HIM AND HE'LL CUT IT UP SOME
25 MORE.  RIGHT?  THEN ONCE THEY GET A -- A BIG LOAD

Page 10

1  OF THEM THEY'LL SHIP THEM STRAIGHT OVER THERE TO
2  US AND WE'LL ASSEMBLE THEM TOGETHER AND THEN WE'LL
3  PACK THEM UP AND SHIP THEM OUT. BUT FIRST THEY
4  HAVE TO -- FIRST THEY HAVE TO BE GETTING --
5  THERE'S ANOTHER GUY RIGHT BESIDE US THAT WORKED
6  WITH US THAT'LL DRILL ANOTHER HOLE THROUGH THERE
7  WHERE THE SCREWS CAN GO THROUGH. HE WORKED IN OUR
8  DEPARTMENT. DO YOU UNDERSTAND?
9     Q  WAS THAT --
10    A  I'M SORRY?
11    Q  WAS THAT WITH A MACHINE OR WAS THAT HAND
12 DRILLED?
13    A  IT WAS LIKE A -- IT WAS JUST A -- IT WAS
14 LIKE A MACHINE -- IT WAS A MACHINE DRILL. IT WAS
15 LIKE A REGULAR HAND MACHINE -- IT WAS A REGULAR
16 HAND DRILL, BUT IT WAS JUST LIKE A MACHINE THAT
17 JUST SITS DOWN AND YOU JUST SEND IT THROUGH --
18 SEND IT THROUGH THERE LIKE THIS (INDICATING) AND
19 TAKE IT BACK OUT.
20    Q  NOW, PART OF THAT MACHINE, WAS THERE ANY
21 DUST COLLECTION SYSTEM ATTACHED TO OR NEAR THE
22 DRILL SO WHEN IT WENT DOWN THROUGH THE MICRO BOARD
23 IT SUCKED SOME OF THE DUST UP?
24    A  NO, NOT ON THAT MACHINE, NO, SIR. NO.
25    Q  OKAY. NOW, YOU ALSO MENTIONED BEING

Page 11

1  INVOLVED WITH CUTTING AND STACKING TAC BOARD. WAS
2  THIS DONE IN THE SAME AREA AS THE WORK WITH THE
3  MICRO BOARD, DRILLING IT AND ASSEMBLING IT?
4     A  YES. YES, IT WAS LIKE RIGHT --
5     Q  TELL ME WHAT YOU DID WITH THE TAC
6  BOARDS. TELL ME WHAT YOU DID WITH THE TAC BOARDS.
7     A  OKAY. WE WOULD TAKE THEM TO THE -- IT'S
8  A SAW MACHINE RIGHT NEXT TO OUR DEPARTMENT. WE'LL
9  TAKE THEM AND STACK -- SIT IT UP, STACK THEM UP
10 OVER THERE. WE'LL TAKE ONE AT A TIME AND CUT THEM
11 UP. IT'S LIKE A, YOU KNOW, A BOARD YOU PUT YOUR
12 NOTES ON. WE'LL CUT THEM UP INTO A SQUARE AND SIT
13 THEM TO THE SIDE. AND THEN WE'LL, ONCE WE CUT
14 THEM ALL UP, WE'LL SEND THEM TO THE OTHER SIDE SO
15 THE OTHER DEPARTMENT CAN TAKE -- DO THE REST OF
16 THE JOB.
17    Q  AND OTHER THAN THOSE JOBS WE JUST TALKED
18 ABOUT, THE ONLY OTHER ONE YOU MENTIONED WAS YOU
19 DID SOME SWEEPING?
20    A  YES, SIR. HE TOOK ME OFF MY JOB AND HE
21 GAVE ME A SWEEPING JOB AND THAT LASTED FOR ABOUT A
22 WEEK OR TWO. BUT THEN HE PUT ME BACK ONTO MY
23 REGULAR JOB.
24    Q  AND WHAT -- WHEN YOU SAY REGULAR JOB,
25 ARE YOU TALKING ABOUT THE JOB AT THE TAC BOARD AND

Page 12

1  THE MICRO BOARD?
2     A  YES, SIR. YES, SIR.
3     Q  ANY OTHER JOBS YOU HAD WHILE WORKING
4  WITH UNI CORP FOR THOSE EIGHT MONTHS THAT YOU
5  HAVEN'T ALREADY DESCRIBED?
6     A  IT'S -- IT'S ANOTHER -- IT'S ANOTHER
7  MACHINE THERE THAT I HAVE WORKED ON, BUT I -- I'VE
8  KIND OF FORGOT HOW -- WHAT WE WAS DOING WITH THAT
9  MACHINE. NO, IT'S LIKE -- I FORGOT WHAT KIND OF
10 MACHINE IT WAS AT THE TIME.
11    Q  OKAY. LET ME ASK YOU THEN TO NOW FOCUS
12 ON THE INJURIES YOU CLAIM HAVE OCCURRED AS A
13 RESULT OF YOUR WORKING IN THE UNI CORP FACTORY.
14 AND LET ME ASK YOU TO DO THIS, TELL ME, LIST THEM
15 IN ORDER WHAT INJURIES DO YOU HAVE AND LET ME --
16 WELL, JUST LET ME KNOW WHAT INJURIES YOU HAVE
17 RIGHT NOW. I'LL GO THROUGH EACH ONE OF THEM
18 AFTERWARDS WITH YOU.
19       MR. DEVLIN: JUST TO THE WORK RELATED
20 INJURIES HE HAS RIGHT NOW --
21       MR. COLVILLE: NO.
22       MR. DELVIN: -- OR THE INJURIES HE'S HAD
23 SINCE UNI CORP?
24 BY MR. COLVILLE:
25    Q  MR. KELLY, WHAT I WANT TO FIND OUT IS

Page 13

1  WHAT YOU'RE CLAIMING -- WHAT INJURIES YOU'RE
2  CLAIMING HAVE OCCURRED TO YOU, WHETHER YOU STILL
3  HAVE THEM OR WHETHER YOU HAD THEM BEFORE AND
4  THEY'VE GONE AWAY. AND I NEED TO KNOW EVERY
5  SINGLE ONE OF THEM. AND WHAT I WANT YOU TO DO IS
6  LIST THEM FOR ME, I'LL WRITE THEM DOWN AND I'LL GO
7  BACK WITH -- OVER THEM WITH YOU AND YOU CAN TELL
8  ME IF THEY'RE RESOLVED THEMSELVES IF YOU STILL
9  HAVE THE PROBLEMS. FAIR ENOUGH?
10    A  CLEAR ENOUGH. SO YOU'D LIKE ME TO START
11 FROM BACK WHEN I FIRST STARTED HAVING PROBLEMS? I
12 WAS HAVING --
13    Q  YES, SIR.
14    A  HUH? WHAT DID YOU SAY, SIR?
15    Q  YES.
16    A  OKAY.
17    Q  YES, SIR.
18    A  WHEN I WAS IN -- WHEN I WAS WORKING IN
19 UNI CORP I WAS ALWAYS GETTING THESE NOSE BLEEDS
20 AND I DIDN'T NEVER KNOW WHERE THEY WAS COMING
21 FROM. MY NOSE WOULD START BLEEDING FOR NO
22 PARTICULAR -- FOR NO -- FOR NO REASON. AND IT WAS
23 DOING THAT QUITE A FEW TIMES, BUT I NEVER WENT IN
24 FOR IT OR NOTHING LIKE THAT BECAUSE I'D NEVER KNOW
25 WHERE IT WAS COMING FROM. SO THEN ONE TIME I GOT

Page 14

1 REAL SICK UP IN THERE AND I HAD TO GO TO THE
2 HOSPITAL. I HAD TO GET PERMISSION TO GO TO THE
3 HOSPITAL BECAUSE I WAS SO SICK I DIDN'T KNOW WHAT
4 WAS WRONG WITH ME. SO THEY GAVE ME A SICK LEAVE
5 FOR ABOUT THREE OR FOUR DAYS. AND THEN -- AND
6 THEN AFTER THEN I WAS -- STARTED HAVING REAL BAD
7 HEADACHES THAT WAS LASTING ME ALL DAY LONG AND
8 THEY WAS GIVING ME MEDICATION FOR THEM AND THEY
9 WOULD NEVER GO AWAY. I WAS TAKING ALL KIND OF
10 IBUPROFENS AND MOTRINS AND THEY WAS -- I WOULD
11 TAKE THEM AND THEY WOULD GO AWAY FOR ABOUT AN HOUR
12 AND COME RIGHT BACK AND LAST ALL DAY LONG. AND
13 WHEN I'D GO TO SLEEP AND WAKE UP IN THE MORNING, I
14 -- I WOULD WAKE UP WITH A HEADACHE. AND THEN I
15 WAS HAVING CHEST PAINS AND, YOU KNOW, WAKING UP AT
16 NIGHT WITH SHORTNESS OF BREATH AND STUFF.
17 THINGS -- AND NOW -- AND AT THIS TIME I -- I BE
18 HAVING A LITTLE CHEST PAIN AND SHORTNESS OF BREATH
19 LIKE WHEN I WAKE UP AND LIKE -- I -- I CAN'T
20 BREATH. I'VE BEEN HAVING INFECTIONS IN MY NECK, I
21 DON'T -- I DON'T KNOW WHERE IT COMES FROM. I
22 ASKED THEM, THEY DON'T -- AND INFECTIONS IN MY
23 NOSE. MY NOSE HAS BEEN HAVING SORES IN IT. AND
24 THEY DON'T -- THEY DON'T KNOW THEY JUST GIVE ME
25 IBUPROFEN AND SEND ME ON MY WAY. I'VE BEEN TAKING

Page 15

1 BLOOD TESTS AND THEY HAVEN'T SAID NOTHING.
2   Q  ARE THEY ALL THE SYMPTOMS OR THE
3 INJURIES THAT YOU'VE HAD SINCE BEGINNING WORK WITH
4 UNI CORP?
5   A  YES. I HAVEN'T BEEN HAVING -- I HAVEN'T
6 BEEN HAVING NO INJURIES BEFORE I WAS WORKING AT --
7 BEFORE I -- I WAS HAVING SLIGHT HEADACHES BEFORE I
8 STARTED WORKING AT UNI CORP AND MCKEAN. BUT I
9 WASN'T HAVING BAD HEADACHES LIKE I WAS HAVING
10 AFTER I STARTED WORKING THERE, REAL BAD HEADACHES.
11 I MEAN, THAT WAS LASTING ALL DAY LONG LIKE THEM
12 AND SHORTNESS OF BREATH AT NIGHT AND DURING THE
13 DAY AND CHEST PAINS AND STUFF.
14   Q  OKAY. NOW, LET ME GO BACK OVER WHAT --
15 THE LINE ITEMS YOU JUST TALKED ABOUT. I WANT TO
16 ASK YOU SOME QUESTIONS. LET ME ASK YOU ABOUT THE
17 NOSE BLEEDS FIRST.
18   A  YES, SIR.
19   Q  DO YOU PRESENTLY GET NOSE BLEEDS?
20   A  NO, I HAVEN'T BEEN HAVING NOSE BLEEDS
21 LATELY, BUT I STILL HAVE BEEN HAVING LIKE SORES --
22 MY NOSE -- SORES ALL UP IN MY NOSE AND THINGS LIKE
23 THAT.
24   Q  HOW SOON AFTER YOU STARTED WORKING WITH
25 UNI CORP DID YOU START TO HAVE NOSE BLEEDS?

Page 16

1   A  WELL, I -- I WAS NEVER HAVING NOSE
2 BLEEDS.
3   Q  WELL, AFTER YOU STARTED WORKING FOR UNI
4 CORP, MR. KELLY, DID YOU AT SOME POINT AFTER YOU
5 STARTED WORKING WITH UNI CORP BEGIN TO HAVE NOSE
6 BLEEDS?
7   A  IT WAS LIKE WHEN I WAS -- ABOUT FOUR
8 MONTHS WHILE I WAS WORKING IN -- IT WASN'T -- IT
9 DIDN'T START AS SOON AS I GOT THERE. IT STARTED
10 WHILE I WAS WORKING AT UNI CORP THAT MY NOSE WOULD
11 JUST START BLEEDING FOR NO PARTICULAR REASON.
12   Q  ALL RIGHT. WHEN THAT HAPPENED DID YOU
13 DO -- DID YOU TELL YOUR SUPERVISOR AND/OR DID YOU
14 GO TO THE MEDICAL UNIT AND TELL THEM THAT YOU WERE
15 HAVING NOSE BLEEDS?
16   A  NO, AT THE TIME I DIDN'T -- I DIDN'T
17 TELL THE SUPERVISOR NOTHING OR I DIDN'T GO TO
18 MEDICAL, I JUST DID THE OLD REMEDY, HELD MY HEAD
19 BACK.
20   Q  AT ANY POINT DID YOU AT SOME POINT IN
21 TIME GO AND TELL YOUR SUPERVISOR OR TELL THE
22 MEDICAL UNIT THAT YOU WERE HAVING NOSE BLEEDS?
23   A  NO, NOT ON THE NOSE BLEEDS, SIR. NO,
24 SIR.
25   Q  OKAY. HOW OFTEN WOULD THE NOSE BLEEDS

Page 17

1 OCCUR ONCE YOU STARTED TO HAVE THEM?
2   A  I'D SAY IT HAPPENED ABOUT THREE TO FOUR
3 TIMES, SOMEWHERE AROUND IN THERE. MY NOSE JUST
4 STARTED BLEEDING, JUST BLOOD JUST COMING FROM
5 EVERYWHERE.
6   Q  JUST SO I'M CLEAR ARE YOU TELLING ME
7 THAT YOU HAD THREE OR FOUR NOSE BLEEDS THROUGHOUT
8 THE ENTIRE PERIOD OF TIME YOU WORKED FOR UNI CORP?
9   A  YES, SIR.
10   Q  OKAY. THE NEXT THING YOU MENTIONED WHEN
11 YOU SAID YOU WENT TO THE HOSPITAL ONCE AND YOU
12 WERE OUT FOR THREE OR FOUR DAYS BECAUSE YOU WERE
13 SICK. I WASN'T CLEAR AS TO WHAT YOU WERE -- WHAT
14 -- WHAT THE SICKNESS WAS ABOUT. WAS IT THE NOSE
15 BLEEDS OR WAS IT SOMETHING ELSE?
16   A  LIKE IT WAS SOMETHING ELSE AND THEY
17 DIDN'T KNOW WHAT IT WAS EITHER.
18   Q  CAN YOU DESCRIBE FOR ME WHAT THE
19 SICKNESS --
20   A  DESCRIBE -- DESCRIBE WHAT --
21   Q  DO YOU BELIEVE THAT THE SICKNESS -- CAN
22 YOU DESCRIBE FOR ME WHAT THE SICKNESS FELT LIKE
23 AND WHAT THE SYMPTOMS WERE?
24   A  I WAS REAL WEAK AND I WAS LIKE
25 SHIVERING. IT WAS LIKE A -- IT WAS LIKE I WAS

Page 18

1  JUST -- I WAS REAL SICK REAL BAD, SOMETHING I
2  NEVER FELT BEFORE. AND PEOPLE WAS ASKING ME -- I
3  WAS LOOKING LIKE I WAS DYING OR SOMETHING AND I
4  DIDN'T KNOW WHAT WAS WRONG WITH ME. I WENT TO THE
5  HOSPITAL, THEY DIDN'T -- THEY JUST GIVE YOU A
6  COUPLE OF MOTRINS, A COUPLE OF PILLS AND SEND YOU
7  ON TO THE BLOCK AND YOU'VE GOT TO TAKE CARE OF
8  YOURSELF.
9     Q   DO YOU REMEMBER WHEN THIS WAS, WHAT TIME
10 OF YEAR OR A DATE?
11    A   I BELIEVE IT WAS LIKE IN DECEMBER OR
12 JANUARY, DECEMBER 2002, JANUARY 2003.
13    Q   NOW, MR. KELLY, THAT IS THE COLD AND FLU
14 SEASON. WHAT YOU WERE FEELING WAS IT WORSE THAN
15 THE FLU OR SOMETHING LIKE THE FLU?
16    A   NO, SIR. NO, I HAVEN'T BEEN SICK.
17    Q   NOW, THE NEXT THING YOU TALKED ABOUT IS
18 YOUR HEADACHES AND YOU MENTIONED AT THE END HERE
19 THAT YOU HAD, HAD THAT PRIOR TO WORKING WITH UNI
20 CORP, PRIOR TO COMING TO MCKEAN, YOU HAD HAD SOME
21 TYPES OF HEADACHES. DID YOU EVER SEEK TREATMENT
22 FOR -- WERE YOU EVER TREATED FOR HEADACHES PRIOR
23 TO COMING TO MCKEAN?
24    A   YES, SIR. YES, SIR, IN LEWISBURG.
25    Q   WHERE -- WHERE -- THAT WAS GOING TO BE

Page 19

1  MY NEXT QUESTION. WHERE WERE YOU -- WERE YOU
2  INCARCERATED PRIOR TO COMING TO MCKEAN?
3     A   YES, SIR, I WAS IN LEWISBURG, U.S.P.
4        (OFF THE RECORD DISCUSSION.)
5  BY MR. COLVILLE:
6     Q   HOW -- HOW LONG -- WELL, HOW LONG HAD
7  YOU BEEN HAVING HEADACHES AT LEWISBURG PRIOR TO
8  COMING OUT TO MCKEAN?
9     A   IT WAS OFF AND ON. WELL, I'D SAY EVERY
10 OTHER MONTH OR SOMETHING LIKE THAT.
11    Q   DID ANYBODY IN LEWISBURG -- DID ANYBODY
12 IN LEWISBURG TELL YOU WHY THEY THOUGHT YOU WERE
13 HAVING THE HEADACHES?
14    A   NO, SIR.
15    Q   OKAY. WERE YOU HAVING ANY OTHER TYPES
16 OF PROBLEMS, SUCH AS NOSE BLEEDS OR ANY OTHER
17 SYMPTOMS AND BEING TREATED FOR THOSE SYMPTOMS WHEN
18 AT LEWISBURG?
19    A   NO, NOT AT -- NO, NOT AT LEWISBURG.
20    Q   HOW ABOUT ANYWHERE ELSE?
21    A   FOR A SICKNESS OR ANYTHING, NO, SIR.
22 DETENTION CENTER, NO. I PROBABLY HAD SOME
23 HEADACHES OR SOMETHING BEFORE AND THAT WAS JUST AT
24 THE DETENTION CENTER AND THAT WAS IT.
25    Q   PRIOR TO BEING INCARCERATED, DID YOU

Page 20

1  EVER RECEIVE MEDICAL ATTENTION AT ANY HOSPITAL OR
2  A CLINIC?
3     A   ON THE OUTSIDE?
4     Q   YES.
5     A   YOU'RE TALKING ABOUT BEFORE I EVER GOT
6  TO MCKEAN?
7     Q   YES.
8     A   NO, SIR.
9     Q   ARE YOU CURRENTLY HAVING HEADACHES?
10    A   AT THE TIME THEY COME AND GO, THEY BE
11 LITTLE HEADACHES, BUT THEY COME AND GO.
12    Q   ARE YOU CONTINUING TO SEEK TREATMENT FOR
13 THE HEADACHES BECAUSE OF THE PAIN THAT THEY'RE
14 CAUSING?
15    A   YES.
16    Q   HAS ANYBODY DIAGNOSED YOU OR DIAGNOSED
17 WHY YOU'RE HAVING THESE HEADACHES AT MCKEAN?
18    A   THEY -- THEY GAVE ME SOME HIGH BLOOD
19 PRESSURE PILLS WHEN I DIDN'T -- I DIDN'T EVEN HAVE
20 HIGH BLOOD PRESSURE. THEY JUST PUT ME ON SOME --
21 THEY PUT ME ON ABOUT THREE OR FOUR DIFFERENT KIND
22 OF MEDICATIONS TO TRY TO CURE THE PROBLEMS. AND
23 THEY NEVER KNEW WHERE WAS IT COMING FROM. SO THEY
24 WERE JUST TRYING ALL KIND OF MEDICATION ON ME. I
25 TRIED OUT ABOUT FOUR OR FIVE DIFFERENT MEDICATIONS

Page 21

1  AT MCKEAN WHEN THE -- AND THE HEADACHES WOULDN'T
2  GO AWAY.
3     Q   WHY DON'T YOU TELL ME ABOUT THE
4  SHORTNESS OF BREATH? WHEN DID THE SHORTNESS OF
5  BREATH SYMPTOMS BEGIN?
6     A   IT BEGAN ON LIKE -- WHEN I WAS AT
7  MCKEAN. AT NIGHT I WOULD GET UP AND -- AND
8  SOMETIMES I COULDN'T BREATH. I'D BE LIKE
9  SHORTENING OF BREATH AND TRYING TO CATCH MY BREATH
10 AT NIGHT.
11    Q   AND YOU SAID IT STARTED WHEN YOU WERE AT
12 MCKEAN. WELL, YOU'VE BEEN AT MCKEAN A WHILE NOW.
13 WHAT PERIOD OF TIME, A MONTH, A YEAR DID IT BEGIN
14 TO MANIFEST ITSELF?
15    A   I'D SAY ABOUT A MONTH.
16    Q   SO IN THE PAST MONTH?
17    A   CAN YOU -- CAN YOU -- CAN YOU REPEAT
18 THAT?
19    Q   I'M TRYING -- YES. I'M TRYING TO FIND
20 OUT WHEN YOUR SHORTNESS OF BREATH SYMPTOM BEGAN.
21 YOU STATED EARLIER THAT IT STARTED WHEN YOU WERE
22 AT MCKEAN. YOU'VE BEEN AT MCKEAN FOR A WHILE NOW.
23 I'M TRYING TO FIGURE OUT WHEN DID IT BEGIN?
24    A   IT BEGAN IN -- AROUND ABOUT IN THE
25 SUMMER OF -- IN THE BEGINNING OF 2003, IN THE

Page 22

1  MIDDLE, AROUND UP IN THERE.
2     Q  WHEN YOU -- WHEN YOU HAVE THE SYMPTOM OF
3  SHORTNESS OF BREATH, DID YOU SEEK MEDICAL
4  ATTENTION OR DID YOU TELL YOUR SUPERVISOR ABOUT
5  IT?
6        MR. DEVLIN: OBJECT TO THE FORM. YOU
7  CAN ANSWER IT.
8        THE DEPONENT: CAN YOU REPEAT THAT?
9        MR. DEVLIN: YOU CAN GO AHEAD AND ANSWER
10 IT, MR. KELLY, I JUST HAD AN OBJECTION TO THE
11 FORM.
12       THE DEPONENT: CAN YOU REPEAT THE
13 QUESTION?
14 BY MR. COLVILLE:
15    Q  WHEN -- YOU SAID THAT YOU HAD SYMPTOMS
16 OF SHORTNESS OF BREATH IN THE SUMMER OF 2003. MY
17 QUESTION WAS, WHEN YOU HAD THOSE SYMPTOMS AT THAT
18 TIME DID YOU TELL YOUR SUPERVISOR OR DID YOU
19 REPORT IT TO THE MEDICAL UNIT?
20    A  I REPORTED IT -- EVERY TIME I HAD A
21 SHORTNESS OF BREATH I REPORTED IT TO THE MEDICAL.
22    Q  ALL RIGHT. WELL, THAT ANSWERS A COUPLE
23 OF QUESTIONS. AND JUST SO I'M CLEAR, ARE YOU
24 TELLING ME THAT EVERY TIME YOU HAD SHORTNESS OF
25 BREATH YOU WENT TO THE MEDICAL UNIT AND REPORTED

Page 23

1  IT?
2     A  EVERY -- EVERY TIME SOMETHING HAPPENED
3  TO ME AND WHEN I WAS SICK OR SOMETHING WAS WRONG I
4  REPORTED IT TO MEDICAL, YES, SIR.
5     Q  HAS ANYBODY TOLD YOU WHY THEY THINK YOU
6  HAVE SHORTNESS OF BREATH?
7     A  NO, NO, NO, SIR. I -- I WENT TO AN
8  OUTSIDE DOCTOR WHEN I WAS IN JESSUP, GEORGIA AND
9  THEY -- BUT THAT WASN'T FOR SHORTNESS OF BREATH
10 THOUGH.
11    Q  WHY DID YOU GO TO A DOCTOR IN JESSUP,
12 GEORGIA?
13    A  IT WAS FROM THE -- IT WAS FROM THE CHEST
14 PAINS I KEPT GETTING. I KEPT RECEIVING CHEST
15 PAINS AND SHORTNESS OF BREATH THERE TOO. BUT THEY
16 JUST TOOK ME ON THE OUTSIDE FOR THEM TO EXAMINE MY
17 CHEST AND MY HEART RATE.
18    Q  AND WHAT DID THOSE RESULTS SHOW?
19    A  HE -- HE -- HE SAID MY CHEST WAS OKAY
20 AND MY HEART WAS IN PRETTY GOOD SHAPE. BUT I'M
21 STILL ON HEART -- I'M STILL ON HEART MEDICATION
22 RIGHT NOW AT THE TIME.
23    Q  HOW LONG HAVE YOU BEEN ON HEART
24 MEDICATION?
25    A  I BELIEVE IT WAS SINCE MCKEAN. I --

Page 24

1  THEY PUT ME ON THREE DIFFERENT TYPES OF
2  MEDICATIONS AT MCKEAN. IT WAS HEART MEDICATION,
3  IBUPROFEN AND I TOLD YOU THEY WAS GIVING ME THE
4  HIGH BLOOD PRESSURE PILLS, BUT I WASN'T EVEN -- I
5  DIDN'T EVEN HAVE HIGH BLOOD PRESSURE AND THEY WAS
6  GIVING ME THEM PILLS TO TAKE FOR MY PAIN, FOR MY
7  HEADACHES AND STUFF TOO.
8     Q  MR. KELLY, IS THERE A HISTORY OF HEART
9  PROBLEMS IN YOUR FAMILY?
10    A  NO, SIR.
11    Q  SO I TAKE IT YOU'RE STILL EXPERIENCING
12 CHEST PAINS?
13    A  YES.
14    Q  HOW OFTEN?
15    A  THEY COME EVERY NOW AND THEN. MY -- MY
16 CHEST WILL START JUST BEING IN PAIN AND I DON'T --
17 I DON'T KNOW WHERE IT WAS COMING FROM AND THE
18 DOCTOR HERE SAID IT COULD BE A COUPLE OF THINGS.
19 AND THEY HAVE PUT ME ON A MACHINE A FEW TIMES.
20 BUT THEY NEVER GAVE ME NO REAL ANSWER OR NOTHING.
21    Q  YOU MENTIONED HAVING INFECTIONS IN YOUR
22 NECK AND YOUR NOSE. COULD YOU TELL ME ABOUT
23 THOSE?
24    A  YES, THAT WAS AT JESSUP I -- WHEN I
25 STARTED GETTING INFECTIONS IN MY NECK. IT WAS

Page 25

1  JUST LIKE A LUMP UNDER MY -- RIGHT UNDER MY CHIN.
2  SO THEY JUST GAVE ME SOME ANTIBIOTICS AND I -- AND
3  THEY JUST SENT ME ON MY WAY. AND THEN THE
4  INFECTIONS I BEEN HAVING IN MY NOSE --
5     Q  HAVE -- I'M SORRY I INTERRUPTED YOU.
6  PLEASE COMPLETE YOUR ANSWER IF YOU NEED TO.
7     A  I SAID THE INFECTIONS THAT I BE HAVING
8  IN MY -- LIKE IN MY NOSE TOO, THEY JUST GIVE ME
9  CREAM OR SOME ANTIBIOTICS AND THEY JUST SEND ME ON
10 MY WAY.
11    Q  NOW, ARE THERE ANY OTHER INJURIES OR
12 SYMPTOMS THAT YOU'VE EXPERIENCED SUBSEQUENT OR
13 DURING THE TIME PERIOD YOU WORKED FOR UNI CORP?
14    A  ARE THERE ANY MORE, NO, SIR.
15    Q  OKAY. NOW, AS I UNDERSTAND IT YOU
16 CONTEND THAT ALL OF THESE INJURIES AND SYMPTOMS
17 HAVE BEEN CAUSED BY YOUR EXPOSURE TO THE MICRO
18 BOARD THAT WOULD BE CUT AND THE DUST THAT WAS IN
19 THE AIR AT THE UNI CORP FACTORY. IS THAT AN
20 ACCURATE STATEMENT?
21    A  YES.
22    Q  DO YOU BELIEVE -- DO YOU BELIEVE THAT
23 THESE INJURIES OR SYMPTOMS WERE CAUSED BY ANYTHING
24 OTHER THAN THE MICRO BOARD AND THE DUST THAT WAS
25 CAUSED BY CUTTING THE MICRO BOARD?

Page 26

1    A   CAN YOU REPEAT THAT?
2    Q   DO YOU BELIEVE THAT THESE INJURIES OR
3  THESE SYMPTOMS THAT WE'VE JUST GONE THROUGH WERE
4  CAUSED BY ANYTHING OTHER THAN THE CUTTING OF THE
5  MICRO BOARD OR THE DUST ASSOCIATED WITH THE
6  CUTTING OF THE MICRO BOARD?
7    A   I BELIEVE THAT COME FROM THE STUFF FROM
8  THE MICRO BOARD AND THE PRODUCTS THAT WE WAS
9  MAKING INSIDE OF UNI CORP.
10   Q   SUCH AS WHAT?
11   A   THE GLUE MACHINE, THE TAC BOARD AND THE
12 MICRO BOARDS.
13   Q   OKAY.  WHAT IS IT ABOUT THE TAC BOARD
14 THAT YOU THINK IS CAUSED OR HAS CAUSED YOUR
15 SYMPTOMS OR INJURIES?
16   A   THE CHEMICALS THAT'S IN IT, SIR.
17   Q   MR. KELLY, I KNOW THAT -- WELL, I KNOW
18 MCKEAN IS A NONSMOKING FACILITY.  IS JESSUP A
19 NONSMOKING FACILITY?
20   A   AT THE TIME MCKEAN WAS NOT A NONSMOKING
21 FACILITY.  MCKEAN WAS VERY SMOKING FACILITY, VERY
22 -- A LOT OF SMOKING GOING ON IN THERE.
23   Q   BUT IT'S NONSMOKING NOW?
24   A   RIGHT.
25   Q   ARE YOU A SMOKER OR WERE YOU A SMOKER?

Page 27

1    A   NO, SIR.  NO, SIR.
2    Q   HAVE YOU EVER SMOKED?
3    A   I HAVE BEFORE, YES.
4    Q   ALL RIGHT.  WHEN DID YOU SMOKE?
5    A   I HAVE SMOKED -- I SMOKED OFF AND ON IN
6  LEWISBURG.  AND -- AND I QUIT SMOKING -- I QUIT
7  SMOKING, I THINK I WAS IN MCKEAN.
8    Q   SO WHEN WOULD YOU HAVE QUIT SMOKING AT
9  MCKEAN, LET'S START WITH THAT?  THAT'S USUALLY A
10 DATE SMOKERS REMEMBER, THE DAY THEY QUIT.
11   A   I -- I -- I -- I STOPPED SMOKING AT
12 MCKEAN FOR ABOUT A YEAR.  I HAD STOPPED SMOKING --
13   Q   WHEN WAS THAT, CAN YOU GIVE ME A DATE OF
14 WHEN --
15   A   NO, SIR.
16   Q   -- YOU STOPPED SMOKING AT MCKEAN?
17   A   NO, SIR.
18   Q   HOW LONG HAD YOU SMOKED PRIOR TO WHEN
19 YOU STOPPED AT MCKEAN?
20   A   BEFORE MCKEAN?
21   Q   UH-HUH, YES.
22   A   I HAVE -- I HAVE SMOKED AT LEWISBURG
23 BEFORE, YES, SIR.
24   Q   HOW LONG OF A PERIOD OF TIME DID YOU
25 SMOKE?

Page 28

1    A   I BEEN SMOKING FOR ABOUT -- PRIOR BEFORE
2  THEN, LET ME SEE HERE, I HAVE -- WHEN I GOT TO
3  LEWISBURG THAT'S WHEN I HAD JUST STARTED SMOKING.
4  I WASN'T SMOKING BEFORE THEN.  I HAD STOPPED
5  SMOKING BEFORE THEN TOO.  I HAD STOPPED SMOKING
6  FOR TWO YEARS BEFORE I GOT TO LEWISBURG.
7    Q   WHEN YOU WERE SMOKING, HOW MUCH DID YOU
8  SMOKE?
9    A   I COULD SMOKE TWO CIGARETTES A DAY, TWO
10 OR THREE CIGARETTES.  I'M NOT A HEAVY SMOKER.
11   Q   DID YOU EVER SMOKE -- WELL, WHAT DID YOU
12 SMOKE, DID YOU SMOKE CIGARETTES?
13   A   YES, SIR, THAT'S IT.
14   Q   DID YOU SMOKE CIGARS?
15   A   NO, SIR.
16   Q   DID YOU SMOKE MARIJUANA?
17   A   NOT IN JAIL, OUT ON THE STREETS I HAVE
18 BEFORE.
19   Q   I KNEW THAT ANSWER.
20   A   I -- I HAVE BEFORE.
21   Q   HOW LONG OF A PERIOD OF TIME WERE YOU
22 SMOKING MARIJUANA AND HOW LONG A PERIOD OF TIME
23 WERE YOU SMOKING CIGARETTES, THAT'S ALL I'M TRYING
24 TO GET TO?
25   A   I SMOKED MARIJUANA FOR ABOUT TEN YEARS,

Page 29

1  SOMETHING AROUND UP IN THERE.  AND CIGARETTES --
2    Q   AND CIGARETTES?
3    A   BEFORE I CAME TO PRISON I WASN'T SMOKING
4  CIGARETTES.  I HAVE SMOKED BEFORE, BUT I HAD
5  STOPPED.
6    Q   DO YOU REMEMBER WHETHER ANY OF THE
7  MEDICAL PERSONNEL AT MCKEAN HOSPITAL EVER ASKED
8  YOU IF YOU SMOKED CIGARETTES?
9    A   NO, SIR.  NO, SIR.
10   Q   WITH REGARD TO -- TO YOUR WORKING AROUND
11 THE GLUE, WHAT IS THAT YOU CONTEND SHOULD HAVE
12 BEEN DONE, BUT WASN'T DONE BY THE DEFENDANTS IN
13 THIS CASE?
14   A   WHAT DO I THINK THAT SHOULD HAVE BEEN
15 DONE ABOUT THE GLUE MACHINE OR ALL IN ALL?
16   Q   YES.
17   A   JUST THE GLUE MACHINE OR THE WHOLE --
18   Q   YES.
19   A   THEY COULD HAVE OPERATED IT MORE -- A
20 SAFER ENVIRONMENT FOR US.  THE GLUE MACHINE WAS
21 JUST -- IT'S JUST OUT THERE.  YOU -- IT'S JUST UP
22 IN THE AIR, YOU CAN JUST SMELL IT.
23   Q   WELL, WHAT COULD THEY HAVE DONE THAT
24 THEY DIDN'T DO?
25   A   THEY COULD HAVE MADE IT WHERE THE FUMES

Page 30

1  WAS KIND OF -- YOU KNOW, THE FUMES -- THE FUMES
2  WAS VERY HEAVY UP IN UNI CORP. AND THEY HAD THE
3  FANS BLOWING AT THE SAME TIME. THEY HAD THE BIG
4  DRUM FANS, LIKE A HUNDRED DRUM FANS BLOWING UP ON
5  TOP OF US THAT'S BLOWING ALL AROUND UNI CORP. SO
6  YOU'RE GOING TO SMELL EVERYTHING. AND THEY COULD
7  HAVE PUT A GUARD OR SOMETHING ON THERE SO WE
8  COULDN'T SMELL THE GLUE OR SOMETHING OR AN
9  EXHAUST.
10      MR. COLVILLE: ANYTHING ELSE THAT YOU
11 WANT TO ASK?
12      MR. GOLDRING: JUST A COUPLE OF
13 CLARIFICATIONS.
14      MR. COLVILLE: MR. GOLDRING IS GOING TO
15 ASK A COUPLE OF QUESTIONS.
16      E X A M I N A T I O N
17 BY MR. GOLDRING:
18   Q  JUST A COUPLE OF CLARIFICATIONS,
19 MR. KELLY. WITH RESPECT TO THE NOSE BLEEDS YOU
20 SAID THAT YOU HAD THREE OR FOUR NOSE BLEEDS DURING
21 THE TIME THAT YOU WERE ASSIGNED TO UNI CORP. IS
22 THAT CORRECT?
23   A  YES. YES.
24   Q  AND SO YOU HAD NO NOSE BLEEDS -- AFTER
25 YOU LEFT UNI CORP, YOU'VE HAD NO FURTHER NOSE

Page 31

1  BLEEDS?
2   A  NO, I HAVEN'T BEEN HAVING NO NOSE BLEEDS
3  LIKE THAT, BUT I'VE BEEN HAVING LIKE SORES HAVE
4  BEEN BEING IN MY NOSE LATELY AND THEY STILL HAVE
5  BEEN BEING IN MY NOSE AND I'VE BEEN COMING THE
6  DOCTOR AND ASKING HIM ABOUT IT. AND THEY JUST
7  GIVE ME ANTIBIOTIC CREAM.
8   Q  OKAY. THAT WAS ONE OF THE OTHER
9  QUESTIONS I MEANT TO ASK YOU WITH RESPECT TO THE
10 SORES YOU MENTIONED ON YOUR NOSE AND ON YOUR NECK.
11 YOU SAID THAT THEY GAVE YOU ANTIBIOTIC CREAM. DID
12 THAT PRETTY MUCH CLEAR IT UP?
13   A  NO. NO, THE ANTIBIOTIC CREAM DOESN'T
14 CLEAR IT UP BECAUSE I'VE STILL BEEN HAVING TO COME
15 BACK AND THEY JUST GIVE ME SOME CREAM FOR MY NOSE
16 OR SOME -- SOME KIND OF PENICILLIN. BUT FOR THE
17 NECK, IT WAS LIKE AN INFECTION IN MY NECK AND IT
18 WAS HURTING REAL BAD. AND THEY -- THEY JUST SAID
19 IT WAS AN INFECTION. I DONE HAD IT A FEW TIMES
20 AND THEY JUST GIVE ME ANTIBIOTICS AND SEND YOU ON
21 YOUR WAY, THAT'S ALL THEY DO.
22   Q  OKAY. SO ARE YOU STILL HAVING ANY
23 PROBLEMS WITH THE SORES ON YOUR NECK OR THE
24 INFECTION ON YOUR NECK?
25   A  NOT -- NOT LATELY I HAVEN'T, NOT LATELY.

Page 32

1   Q  OKAY. OKAY. AMD WHEN YOU -- JUST FOR
2  CLARIFICATION, YOU SAID THAT YOU WERE SICK AND YOU
3  WENT TO THE HOSPITAL, YOU'RE TALKING ABOUT THE
4  PRISON HEALTH SERVICES UNIT, CORRECT, NOT A
5  HOSPITAL OUTSIDE OF PRISON?
6   A  AT WHAT -- WHAT FACILITY, SIR?
7   Q  WHEN YOU WERE -- YOU SAID YOU GOT SICK
8  AT MCKEAN, YOU WERE VERY, VERY SICK AND YOU WENT
9  TO THE HOSPITAL. I'M JUST ASKING, WERE YOU
10 REFERRING THERE TO THE HEALTH SERVICES INSIDE THE
11 PRISON OR DID THEY ACTUALLY TAKE YOU TO A HOSPITAL
12 OUTSIDE OF THE PRISON?
13   A  YOU AIN'T -- YOU ONLY -- YOU ONLY
14 STAYING INSIDE THE PRISON, YOU AIN'T GOING ON THE
15 OUTSIDE OR NOTHING. YOU HAVE TO BE --
16   Q  THAT WAS MY QUESTION.
17   A  OKAY. YEAH, YOU'RE NOT GOING ON THE
18 OUTSIDE.
19   Q  THAT'S MY QUESTION, I WAS JUST
20 CLARIFYING WHAT YOU WERE REFERRING TO WHEN YOU
21 SAID HOSPITAL.
22   A  OKAY. YEAH, JUST ON THE INSIDE, YES.
23      MR. GOLDRING: OKAY. THAT'S ALL I HAVE.
24 THANK YOU.
25      MR. DELVIN: I HAVE NO QUESTIONS.

Page 33

1      MR. COLVILLE: THANK YOU, MR. KELLY.
2      (DEPONENT EXCUSED.)
3      (WHEREUPON, AT 2:45 P.M., THE
4      TAKING OF THE FOREGOING
5      DEPOSITION WAS CONCLUDED.)

Page 34

1    CERTIFICATE OF REPORTER
2    STATE OF SOUTH CAROLINA
3    COUNTY OF FLORENCE
4
5    I, ROGER R. WILLIAMSON, COURT REPORTER AND
6    NOTARY PUBLIC FOR THE STATE OF SOUTH CAROLINA, DO
7    HEREBY CERTIFY THAT THE DEPONENT IN THE FOREGOING
8    DEPOSITION WAS, BY ME, FIRST DULY SWORN TO TESTIFY
9    TO THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE
10   TRUTH; THAT SAID DEPOSITION TRANSCRIPT WAS TAKEN
11   VIA STENOMASK WITH BACKUP; THAT THE FOREGOING
12   TRANSCRIPT CONTAINS A TRUE RECORD OF THE
13   DEPOSITION OF SAID DEPONENT.
14   I FURTHER CERTIFY THAT I AM NEITHER ATTORNEY
15   NOR COUNSEL FOR, NOR RELATED TO OR EMPLOYED BY ANY
16   OF THE PARTIES CONNECTED TO THE ACTION, NOR AM I
17   FINANCIALLY INTERESTED IN THE ACTION.
18   WITNESS MY HAND AT FLORENCE, SOUTH CAROLINA,
19   THIS THE 14TH DAY OF DECEMBER, 2006.
20
21   _____
22   ROGER R. WILLIAMSON
23
24   NOTARY PUBLIC FOR SOUTH CAROLINA
25   MY COMMISSION EXPIRES: MARCH 18, 2012

Page 35

1    STATE OF SOUTH CAROLINA
2    COUNTY OF _____
3
4    I HEREBY CERTIFY THAT I HAVE READ THE
5    FOREGOING DEPOSITION BY ME GIVEN AND THAT THE
6    STATEMENTS CONTAINED THEREIN ARE TRUE AND CORRECT
7    (AS STATED) (AS CORRECTED), TO THE BEST OF MY
8    KNOWLEDGE AND BELIEF.
9
10   _____
11   LESLIE KELLY
12
13
14   SWORN TO AND SUBSCRIBED BEFORE ME,
15   THIS ____ DAY OF _____, 2006.
16
17
18   _____
19   NOTARY PUBLIC STATE OF SOUTH CAROLINA
20   MY COMMISSION EXPIRES:
21
22
23
24
25

Page 36

1    ERRATA SHEET
2    PAGE/LINE #      CORRECTION      REASON
3    _____
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25

### A
**ABOVE-ENTITLED** 1:17
**ABOVE-NAMED** 1:18
**ACCOMMODATE** 4:2
**ACCURATE** 25:20
**ACTION** 34:16,17
**ADHESIVE** 6:4
**AFFIRMATIVE** 2:24
**AGREEMENT** 1:17
**AHEAD** 22:9
**AIN'T** 32:13,14
**AIR** 25:19 29:22
**AL** 1:6
**AMD** 32:1
**AND/OR** 1:16 16:13
**ANSWER** 3:23 4:3,4,5 22:7,9 24:20 25:6 28:19
**ANSWERS** 22:22
**ANTIBIOTIC** 31:7,11 31:13
**ANTIBIOTICS** 25:2,9 31:20
**ANYBODY** 19:11,11 20:16 23:5
**APPLIED** 6:4
**APPROXIMATELY** 4:9
**AREA** 11:2
**ASKED** 14:22 29:7
**ASKING** 18:2 31:6 32:9
**ASSEMBLE** 10:2
**ASSEMBLING** 8:21 9:18 11:3
**ASSIGNED** 3:18 30:21
**ASSISTANT** 2:6 3:18
**ASSOCIATED** 26:5
**ASSUME** 4:3
**ATTACHED** 10:21
**ATTENTION** 20:1 22:4
**ATTORNEY** 2:6 3:18 34:14

### B
**B** 2:17
**BACK** 5:14,15,16 6:6 7:8 10:19 11:22 13:7 13:11 14:12 15:14 16:19 31:15
**BACKUP** 34:11
**BAD** 14:6 15:9,10 18:1 31:18
**BEGAN** 21:6,20,24
**BEGINNING** 15:3 21:25
**BELIEF** 35:8
**BELIEVE** 5:24 7:22 17:21 18:11 23:25 25:22,22 26:2,7
**BENNETTSVILLE** 1:11
**BEST** 35:7
**BIG** 9:21,25 30:3
**BLEEDING** 13:21 16:11 17:4
**BLEEDS** 13:19 15:17 15:19,20,25 16:2,6 16:15,22,23,25 17:7 17:15 19:16 30:19,20 30:24 31:1,2
**BLOCK** 18:7
**BLOOD** 15:1 17:4 20:18,20 24:4,5
**BLOWING** 30:3,4,5
**BOARD** 5:5 6:2,3,5,5 6:10,12,16 7:2 8:2,2 8:4,4,5,9,11 9:15,21 10:22 11:1,3,11,25 12:1 25:18,24,25 26:5,6,8,11,13
**BOARDS** 4:22 5:7,10 5:10,11,15 9:17 11:6 11:6 26:12
**BOX** 1:22
**BREAK** 4:1
**BREATH** 14:16,18,20 15:12 21:4,5,8,9,9,20 22:3,16,21,25 23:6,9 23:15
**BRIEFLY** 4:12
**BUILDING** 8:25

### C
**C** 2:1,5
**CARE** 18:7
**CAROLINA** 1:11,23 34:2,6,18,24 35:1,19
**CASE** 3:19 6:1 29:13
**CATCH** 21:9
**CAUSE** 1:17
**CAUSED** 25:17,23,25 26:4,14,14
**CAUSING** 20:14
**CENTER** 19:22,24
**CERTIFICATE** 34:1
**CERTIFIED** 3:14
**CERTIFY** 34:7,14 35:4
**CHAIRS** 9:1
**CHEMICALS** 26:16
**CHEST** 14:15,18 15:13 23:13,14,17,19 24:12 24:16
**CHIN** 25:1
**CHRONOLOGICA...** 4:15
**CIGARETTES** 28:9 28:10,12,23 29:1,2,4 29:8
**CIGARS** 28:14
**CIVIL** 1:19 3:4
**CLAIM** 12:12
**CLAIMING** 13:1,2
**CLARIFICATION** 32:2
**CLARIFICATIONS** 30:13,18
**CLARIFYING** 32:20
**CLEAR** 13:10 17:6,13 22:23 31:12,14
**CLINIC** 20:2
**CLOSED** 6:1
**COLD** 18:13
**COLLECTION** 10:21
**COLVILLE** 2:5,15 3:16,17 12:21,24 19:5 22:14 30:10,14 33:1
**COME** 4:24 8:22 14:12 20:10,11 24:15 26:7 31:14
**COMES** 6:6 14:21
**COMING** 13:20,25 17:4 18:20,23 19:2,8 20:23 24:17 31:5
**COMMISSION** 34:25 35:20
**COMPLETE** 25:6
**COMPUTER** 9:4
**CONCLUDED** 33:5
**CONNECTED** 34:16
**CONTAINED** 35:6
**CONTAINS** 34:12
**CONTEND** 25:16 29:11
**CONTINUING** 20:12
**CORP** 4:8,13,20 7:16 12:4,13,23 13:19 15:4,8,25 16:4,5,10 17:8 18:20 25:13,19 26:9 30:2,5,21,25
**CORRECT** 30:22 32:4 35:6
**CORRECTED** 35:7
**CORRECTION** 36:2
**COUNSEL** 3:2,7 34:15
**COUNTY** 34:3 35:2
**COUPLE** 3:21 18:6,6 22:22 24:18 30:12,15 30:18
**COURT** 1:1,14,18,22 3:13 34:5
**COURTHOUSE** 2:7
**CREAM** 25:9 31:7,11 31:13,15
**CURE** 20:22
**CURRENTLY** 20:9
**CUT** 5:7 8:3 9:20,21,22 9:24 11:10,12,13 25:18
**CUTTING** 5:7,11 9:14 11:1 25:25 26:4,6

### D
**D** 2:14
**DATE** 1:12 18:10 27:10,13
**DAY** 7:10,17,20 8:19 9:10,12 14:7,12 15:11,13 27:10 28:9 34:19 35:15
**DAYS** 7:16,21,23 9:11 14:5 17:12
**DAY'S** 7:10,10
**DC** 2:11
**DECEMBER** 18:11,12 34:19
**DEFENDANT** 2:5,9
**DEFENDANTS** 1:7 29:12
**DELVIN** 12:22 32:25
**DEPARTMENT** 5:4,9 5:11 10:8 11:8,15
**DEPONENT** 3:8,9 22:8,12 33:2 34:7,13
**DEPOSITION** 1:9,16 3:3,19 33:5 34:8,10 34:13 35:5
**DESCRIBE** 4:13 17:18 17:20,20,22
**DESCRIBED** 8:1 12:5
**DESCRIPTION** 2:18
**DESK** 9:6
**DESKS** 8:25
**DETAIL** 8:10
**DETENTION** 19:22,24
**DEVLIN** 2:2 12:19 22:6,9
**DIAGNOSED** 20:16 20:16
**DIFFERENT** 20:21,25 24:1
**DISCUSSION** 19:4
**DISTRICT** 1:1,1 2:6
**DOCTOR** 23:8,11 24:18 31:6
**DOING** 8:11 12:8 13:23
**DOUG** 2:10
**DRILL** 10:6,14,16,22
**DRILLED** 5:4 8:2 10:12
**DRILLING** 11:3
**DRUM** 30:4,4
**DULY** 3:13 34:8
**DUST** 10:21,23 25:18 25:24 26:5
**DUTIES** 4:17
**DYING** 18:3

### E
**E** 2:1,1,14,17 3:15 30:16
**EARLIER** 21:21
**EIGHT** 4:9,14 7:15 8:18,18 12:4
**EITHER** 17:17
**EMPLOYED** 34:15
**ENTIRE** 17:8
**ENVIRONMENT** 29:20
**ERIE** 2:3
**ERRATA** 36:1
**ESQ** 2:2,10
**ET** 1:6
**EX** 2:18
**EXAMINATION** 2:15 2:15
**EXAMINE** 23:16
**EXCUSED** 33:2
**EXERCISE** 3:9
**EXHAUST** 30:9
**EXHIBITS** 2:18
**EXPERIENCED** 25:12
**EXPERIENCING** 24:11
**EXPIRES** 34:25 35:20
**EXPLAIN** 8:9
**EXPOSED** 6:13
**EXPOSURE** 25:17
**E-MAIL** 1:24

### F
**FACILITY** 26:18,19 26:21,21 32:6
**FACTORY** 12:13 25:19
**FACTS** 3:20
**FAIR** 8:20 13:9
**FAMILY** 24:9
**FANS** 30:3,4,4
**FAVOR** 4:12
**FAX** 1:24
**FEDERAL** 1:19 3:3
**FEELING** 18:14
**FEET** 9:16
**FELT** 17:22 18:2
**FIGURE** 21:23
**FINANCIALLY** 34:17
**FIND** 12:25 21:19

**FINISH** 3:23
**FIRST** 2:10 3:13 4:16 4:19 10:3,4 13:11 15:17 34:8
**FIVE** 7:21,23 20:25
**FLORENCE** 1:23 34:3 34:18
**FLU** 18:13,15,15
**FOCUS** 12:11
**FOLLOWS** 3:14
**FOREGOING** 33:4 34:7,11 35:5
**FORGOT** 12:8,9
**FORM** 3:5 22:6,11
**FORWARD** 4:6
**FOUR** 14:5 16:7 17:2,7 17:12 20:21,25 30:20
**FREE** 1:23
**FRONT** 4:20 7:7
**FUMES** 29:25 30:1,1
**FURTHER** 7:15 30:25 34:14

**G**
**GATHER** 3:20
**GEORGIA** 23:8,12
**GETTING** 10:4 13:19 23:14 24:25
**GIVE** 14:24 18:5 25:8 27:13 31:7,15,20
**GIVEN** 35:5
**GIVING** 14:8 24:3,6
**GLUE** 4:21 5:20,22,25 6:11,13,14,16 26:11 29:11,15,17,20 30:8
**GLUED** 4:21,23
**GO** 3:25 5:19 7:14,20 10:7 12:17 13:6 14:1 14:2,9,11,13 15:14 16:14,17,21 20:10,11 21:2 22:9 23:11
**GOES** 6:5,16
**GOING** 3:21 4:3 7:19 18:25 26:22 30:6,14 32:14,17
**GOLDRING** 2:10,15 30:12,14,17 32:23
**GOOD** 23:20
**GRANT** 2:7
**GUARD** 30:7
**GUY** 6:17 9:23 10:5
**GUYS** 6:7

**H**
**H** 2:17
**HAND** 10:11,15,16 34:18
**HAPPENED** 16:12 17:2 23:2

**HEAD** 4:4 16:18
**HEADACHE** 14:14
**HEADACHES** 14:7 15:7,9,10 18:18,21 18:22 19:7,13,23 20:9,11,13,17 21:1 24:7
**HEALTH** 32:4,10
**HEART** 23:17,20,21 23:21,23 24:2,8
**HEAVY** 28:10 30:2
**HELD** 16:18
**HELP** 3:20
**HEREINAFTER** 3:14
**HE'LL** 9:24
**HIGH** 20:18,20 24:4,5
**HISTORY** 24:8
**HOLE** 10:6
**HOSPITAL** 14:2,3 17:11 18:5 20:1 29:7 32:3,5,9,11,21
**HOUR** 7:20 14:11
**HOURS** 7:17
**HUH** 13:14
**HUH-UH** 2:25
**HUNDRED** 30:4
**HURTING** 31:18

**I**
**IBUPROFEN** 14:25 24:3
**IBUPROFENS** 14:10
**INCARCERATED** 19:2,25
**INDICATING** 10:18
**INFECTION** 31:17,19 31:24
**INFECTIONS** 14:20 14:22 24:21,25 25:4 25:7
**INFORMATION** 3:20
**INFO@QACOURT...** 1:24
**INJURIES** 12:12,15,16 12:20,22 13:1 15:3,6 25:11,16,23 26:2,15
**INSIDE** 26:9 32:10,14 32:22
**INTERESTED** 34:17
**INTERRUPTED** 25:5
**INVOLVED** 4:18 11:1
**ITEMS** 15:15

**J**
**JAIL** 28:17
**JANUARY** 18:12,12
**JESSUP** 23:8,11 24:24 26:18
**JOB** 4:16 5:2,3,13 7:25

11:16,20,21,23,24,25
**JOBS** 4:16,17,18 5:17 7:15 11:17 12:3
**JOHN** 1:6

**K**
**KELLY** 1:4,9 3:12,17 4:7 12:25 16:4 18:13 22:10 24:8 26:17 30:19 33:1 35:11
**KEPT** 23:14,14
**KEYBOARD** 9:3
**KIND** 12:8,9 14:9 20:21,24 30:1 31:16
**KNEW** 20:23 28:19
**KNOW** 4:2 5:3 8:10 9:6 11:11 12:16 13:4 13:20,24 14:3,15,21 14:24 17:17 18:4 24:17 26:17,17 30:1
**KNOWLEDGE** 35:8

**L**
**L** 3:1
**LAMANNA** 1:6
**LASTED** 11:21
**LASTING** 14:7 15:11
**LATELY** 15:21 31:4 31:25,25
**LAWSUIT** 3:21
**LEAVE** 14:4
**LEFT** 30:25
**LESLIE** 1:4,9 3:12 35:11
**LET'S** 8:8 27:9
**LEWISBURG** 18:24 19:3,7,11,12,18,19 27:6,22 28:3,6
**LIFT** 4:25 6:7
**LINE** 15:15
**LIST** 12:14 13:6
**LITTLE** 3:25 8:10,14 14:18 20:11
**LOAD** 9:25
**LOCAL** 1:23
**LOCATION** 1:10
**LONG** 5:20 9:21 14:7 14:12 15:11 19:6,6 23:23 27:18,24 28:21 28:22
**LOOKING** 18:3
**LORIE** 2:12
**LOT** 26:22
**LUMP** 25:1

**M**
**M** 3:15 30:16
**MACHINE** 4:20,21,23 5:21,22 6:1,3,6,10

6:11,12,16 7:1,2,4,7 7:9 8:21 10:11,14,14 10:15,16,20,24 11:8 12:7,9,10 24:19 26:11 29:15,17,20
**MACHINES** 8:22
**MAKING** 26:9
**MANIFEST** 21:14
**MARCH** 34:25
**MARIJUANA** 28:16 28:22,25
**MCKEAN** 15:8 18:20 18:23 19:2,8 20:6,17 21:1,7,12,12,22,22 23:25 24:2 26:18,20 26:21 27:7,9,12,16 27:19,20 29:7 32:8
**MEAN** 15:11
**MEANT** 31:9
**MEDICAL** 16:14,18 16:22 20:1 22:3,19 22:21,25 23:4 29:7
**MEDICATION** 14:8 20:24 23:21,24 24:2
**MEDICATIONS** 20:22,25 24:2
**MENTIONED** 8:1,24 10:25 11:18 17:10 18:18 24:21 31:10
**MICHAEL** 2:5
**MICRO** 5:4,10,15 8:2 8:2,4,9,11 9:15,17 10:22 11:3 12:1 25:17,24,25 26:5,6,8 26:12
**MIDDLE** 22:1
**MIKE** 3:17
**MINUTE** 5:14
**MONTH** 19:10 21:13 21:15,16
**MONTHS** 4:9,14 5:23 7:16 12:4 16:8
**MORNING** 14:13
**MOTRINS** 14:10 18:6
**MOUSE** 8:15,25
**MOVE** 4:6 7:25
**MUCKERMAN** 1:10

**N**
**N** 2:1,14 3:1,15,15 30:16,16
**NAME** 3:17 5:3
**NEAL** 2:2
**NEAR** 10:21
**NECK** 14:20 24:22,25 31:10,17,17,23,24
**NEED** 13:4 25:6
**NEGATIVE** 2:25
**NEITHER** 34:14

**NEVER** 13:20,23,24 14:9 16:1 18:2 20:23 24:20
**NIGHT** 14:16 15:12 21:7,10
**NOD** 4:4
**NONSMOKING** 26:18 26:19,20,23
**NOSE** 13:19,21 14:23 14:23 15:17,19,20,22 15:22,25 16:1,5,10 16:15,22,23,25 17:3 17:7,14 19:16 24:22 25:4,8 30:19,20,24 30:25 31:2,4,5,10,15
**NOTARY** 34:6,24 35:19
**NOTES** 11:12
**NOTICE** 1:16
**NW** 2:10

**O**
**O** 3:1,15 30:16
**OBJECT** 22:6
**OBJECTION** 22:10
**OBJECTIONS** 3:4
**OBVIOUSLY** 6:10
**OCCUR** 17:1
**OCCURRED** 12:12 13:2
**OCTOBER** 1:12
**OFFICE** 1:22 2:7
**OKAY** 4:19 7:14,25 8:8,12,24 9:20,20 10:25 11:7 12:11 13:16 15:14 16:25 17:10 19:15 23:19 25:15 26:13 31:8,22 32:1,1,17,22,23
**OLD** 16:18
**ONCE** 5:8 6:15,19,19 9:25 11:13 17:1,11
**OPERATED** 29:19
**OPERATING** 8:21
**OPPOSITE** 6:6
**ORDER** 12:15
**OUTSIDE** 6:3 20:3 23:8,16 32:5,12,15 32:18

**P**
**P** 2:1,1 3:1
**PA** 2:3,6,8
**PACK** 10:3
**PACKED** 5:5
**PAD** 8:25
**PADDING** 8:13
**PAGE/LINE** 36:2
**PAIN** 14:18 20:13 24:6

24:16
PAINS 14:15 15:13 23:14,15 24:12
PANEL 4:23 9:14,18
PANELING 4:21 6:18
PART 10:20
PARTICULAR 13:22 16:11
PARTIES 3:8 34:16
PENDING 1:17
PENICILLIN 31:16
PENNSYLVANIA 1:1
PEOPLE 18:2
PERIOD 17:8 21:13 25:13 27:24 28:21,22
PERMISSION 14:2
PERSON 6:9
PERSONNEL 29:7
PG/LN 2:18
PICK 6:7
PICKED 4:22
PIECES 9:14
PILLS 18:6 20:19 24:4 24:6
PITTSBURGH 2:8
PLAINTIFF 1:4 2:2
PLEASE 25:6
POINT 16:4,20,20
POSITIONS 7:5
POST 1:22 2:7
PRESENT 2:12
PRESENTLY 15:19
PRESSURE 20:19,20 24:4,5
PRETTY 23:20 31:12
PRIOR 18:19,20,22 19:2,7,25 27:18 28:1
PRISON 29:3 32:4,5 32:11,12,14
PROBABLY 19:22
PROBLEMS 13:9,11 19:16 20:22 24:9 31:23
PROCEDURE 1:19 3:4
PRODUCT 6:2
PRODUCTS 8:22 26:8
PROFFERED 2:18
PUBLIC 34:6,24 35:19
PURPOSE 3:19
PURSUANT 1:16,18 3:3
PUT 5:5,15 6:10,13,15 6:15,21 8:16,17 11:11,22 20:20,21 24:1,19 30:7
PUTTING 5:15,16 7:2 9:2
P.M 1:13,13 33:3

Q
QUESTION 3:5 4:1,6 19:1 22:13,17 32:16 32:19
QUESTIONS 3:22,23 15:16 22:23 30:15 31:9 32:25
QUICKER 3:25
QUIT 27:6,6,8,10
QUITE 7:13 13:23

R
R 1:14 2:1 34:5,22
RATE 23:17
READ 3:9 35:4
REAL 14:1,6 15:10 17:24 18:1,1 24:20 31:18
REASON 13:22 16:11 36:2
RECALL 4:10
RECEIVE 20:1
RECEIVING 23:14
RECORD 19:4 34:12
RECORDS 4:7
REFERRING 32:10 32:20
REGARD 29:10
REGULAR 10:15,15 11:23,24
RELATED 12:19 34:15
RELATION 9:13
REMEDY 16:18
REMEMBER 18:9 27:10 29:6
REMIND 3:22
REPEAT 21:17 22:8 22:12 26:1
REPORT 22:19
REPORTED 22:20,21 22:25 23:4
REPORTER 1:14 3:13 34:1,5
REPORTING 1:22
REQUESTS 4:2
RESERVED 3:6
RESOLVED 13:8
RESPECT 30:19 31:9
RESPECTIVE 3:8
RESPONSE 4:5
REST 11:15
RESULT 12:13
RESULTS 23:18
RIGHT 3:9 4:22 5:9,19 6:22 9:24,25 10:5 11:4,8 12:17,20 14:12 16:12 22:22 23:22 25:1 26:24

27:4
ROAD 1:10
ROGER 1:14 34:5,22
ROUND 8:14
RULES 1:19 3:4

S
S 2:1,17 3:1,1
SAFER 29:20
SAW 9:18 11:8
SAWS 9:14
SCHOOL 7:19,20
SCREW 8:12,13,14,15
SCREWS 10:7
SEASON 18:14
SEE 28:2
SEEK 18:21 20:12 22:3
SEND 10:17,18 11:14 14:25 18:6 25:9 31:20
SENT 4:22 25:3
SEPARATE 8:5,7
SERVICES 1:22 32:4 32:10
SHAPE 23:20
SHEET 36:1
SHIFT 8:17
SHIFTED 5:2
SHIP 9:23 10:1,3
SHIPPED 5:6
SHIPPING 5:16
SHIVERING 17:25
SHORTENING 21:9
SHORTNESS 14:16 14:18 15:12 21:4,4 21:20 22:3,16,21,24 23:6,9,15
SHOW 23:18
SICK 14:1,3,4 17:13 18:1,16 23:3 32:2,7,8
SICKNESS 17:14,19 17:21,22 19:21
SIDE 4:25 5:1 6:8,17 6:25 7:1 8:17 11:13 11:14
SIDES 7:4
SIGN 3:9
SINGLE 13:5
SIR 4:11 5:18 7:24,24 8:23 9:8 10:24 11:20 12:2,2 13:13,14,17 15:18 16:23,24 17:9 18:16,24 19:3,14 19:21 20:8 23:4,7 24:10 25:14 26:16 27:1,1,15,17,23 28:13,15 29:9,9 32:6
SIT 5:1 6:8,18 8:15 9:3

11:9,12
SITS 10:17
SITTING 9:24
SLEEP 14:13
SLIGHT 15:7
SMELL 29:22 30:6,8
SMOKE 27:4,25 28:8 28:9,11,12,12,14,16
SMOKED 27:2,5,5,18 27:22 28:25 29:4,8
SMOKER 26:25,25 28:10
SMOKERS 27:10
SMOKING 26:21,22 27:6,7,8,11,12,16 28:1,3,4,5,5,7,22,23 29:3
SOON 15:24 16:9
SORES 14:23 15:21,22 31:3,10,23
SORRY 10:10 25:5
SOUTH 1:11,23 34:2,6 34:18,24 35:1,19
SPECIFIC 4:5
SQUARE 11:12
STACK 11:9,9
STACKED 8:3
STACKING 5:6,12 11:1
START 13:10,21 15:25 16:9,11 24:16 27:9
STARTED 4:19 5:13 13:11 14:6 15:8,10 15:24 16:3,5,9 17:1,4 21:11,21 24:25 28:3
STATE 34:2,6 35:1,19
STATED 21:21 35:7
STATEMENT 25:20
STATEMENTS 35:6
STATES 1:1
STAY 6:2
STAYING 32:14
STENOMASK 34:11
STICK 6:20,21
STIPULATED 3:2,7
STOPPED 27:11,12,16 27:19 28:4,5 29:5
STRAIGHT 10:1
STREET 2:3,7,10
STREETS 28:17
STUFF 14:16 15:13 24:7 26:7
SUBSCRIBED 35:14
SUBSEQUENT 25:12
SUCKED 10:23
SUITE 2:7
SUMMER 21:25 22:16
SUPERVISOR 16:13 16:17,21 22:4,18

SURE 7:13
SWEEPING 5:13,13 5:14 11:19,21
SWINGS 9:5
SWITCHED 5:12 7:4 7:5
SWORN 3:13 34:8 35:14
SYMPTOM 21:20 22:2
SYMPTOMS 15:2 17:23 19:17,17 21:5 22:15,17 25:12,16,23 26:3,15
SYSTEM 10:21

T
T 2:17 3:1,1,15 30:16
TABLE 6:22 9:22,22
TAC 5:7,9,11 8:4,4 11:1,5,6,25 26:11,13
TAKE 4:1,15 5:25 10:19 11:7,9,10,15 14:11 18:7 24:6,11 32:11
TAKEN 1:16 3:3 34:10
TAKES 6:17
TALK 3:24 8:8
TALKED 11:17 15:15 18:17
TALKING 9:6 11:25 20:5 32:3
TELL 11:5,6 12:14 13:7 16:13,14,17,21 16:21 19:12 21:3 22:4,18 24:22
TELLING 17:6 22:24
TEN 9:16 28:25
TESTIFIED 3:14
TESTIFY 34:8
TESTS 15:1
THANK 32:24 33:1
THING 8:4,14 17:10 18:17
THINGS 8:5,7 14:17 15:22 24:18
THINK 9:6 23:5 26:14 27:7 29:14
THOUGHT 19:12
THOUSAND 8:18
THREE 5:23 14:5 17:2 17:7,12 20:21 24:1 28:10 30:20
TIME 1:13 3:6 7:6,8 11:10 12:10 13:25 14:17 16:16,21 17:8 18:9 20:10 21:13 22:18,20,24 23:2,22 25:13 26:20 27:24

LESLIE KELLY

Page 4

| | | |
|---|---|---|
| 28:21,22 30:3,21 | 15:15 30:11 | **120** 2:3 |
| **TIMES** 13:23 17:3 | **WASHINGTON** 2:11 | **14TH** 34:19 |
| 24:19 31:19 | **WASN'T** 6:11 15:9 | **15219** 2:8 |
| **TODAY** 3:19 | 16:8 17:13 23:9 24:4 | **16501** 2:3 |
| **TOLD** 23:5 24:3 | 28:4 29:3,12 | **18** 34:25 |
| **TOLL** 1:23 | **WATSON** 2:12 | |
| **TOP** 6:14,18,21 9:3 | **WAY** 3:24 14:25 25:3 | **2** |
| 30:5 | 25:10 31:21 | **2:02** 1:13 |
| **TRANSCRIPT** 3:10 | **WEAK** 17:24 | **2:45** 1:13 33:3 |
| 34:10,12 | **WEEK** 7:17,21,23 | **2002** 18:12 |
| **TREATED** 18:22 | 11:22 | **2003** 18:12 21:25 22:16 |
| 19:17 | **WENT** 6:3 10:22 13:23 | **2006** 1:12 34:19 35:15 |
| **TREATMENT** 18:21 | 17:11 18:4 22:25 | **2012** 34:25 |
| 20:12 | 23:7 32:3,8 | **20534** 2:11 |
| **TRIAL** 3:6 | **WEREN'T** 8:20 | **29502** 1:22 |
| **TRIED** 20:25 | **WESTERN** 1:1 2:6 | |
| **TRUE** 34:12 35:6 | **WE'LL** 4:6,25 8:12,12 | **3** |
| **TRUTH** 34:9,9,10 | 8:13,14,15,16,17,18 | **3** 2:15 |
| **TRY** 20:22 | 9:11 10:2,2 11:8,10 | **3:30** 7:22 |
| **TRYING** 20:24 21:9 | 11:12,13,14 | **30** 2:15 |
| 21:19,19,23 28:23 | **WE'VE** 26:3 | **31** 1:12 |
| **TUESDAY** 1:12 | **WIDE** 9:22 | |
| **TWO** 5:23 8:5,6,6 | **WILLIAMSON** 1:14 | **4** |
| 11:22 28:6,9,9 | 34:5,22 | **400** 2:10 |
| **TYPES** 18:21 19:15 | **WITNESS** 34:18 | **4000** 2:7 |
| 24:1 | **WORK** 5:20 6:25 7:1 | **4563** 1:22 |
| | 7:10,11,17,18,21,22 | |
| **U** | 11:2 12:19 15:3 | **6** |
| **U** 3:1 | **WORKED** 4:8,20,25 | **673-9845** 1:23,23 |
| **UH-HUH** 2:24 6:24 | 5:1,2,3,6,22 7:3,3,16 | **696** 1:10 |
| 27:21 | 7:19 10:5,7 12:7 17:8 | |
| **UNDERNEATH** 9:5 | 25:13 | **7** |
| **UNDERSTAND** 3:25 | **WORKING** 4:19 5:8 | **7:40** 7:22 |
| 6:23 10:8 25:15 | 7:21 8:8 12:3,13 | **700** 2:7 |
| **UNDERSTANDING** | 13:18 15:6,8,10,24 | |
| 4:7 | 16:3,5,8,10 18:19 | **8** |
| **UNI** 4:8,13,20 7:16 | 29:10 | **800** 9:11,11 |
| 12:4,13,23 13:19 | **WORSE** 18:14 | **843** 1:23 |
| 15:4,8,25 16:3,5,10 | **WOULDN'T** 21:1 | **843)661-2960** 1:24 |
| 17:8 18:19 25:13,19 | **WRITE** 13:6 | **866** 1:23 |
| 26:9 30:2,5,21,25 | **WRONG** 14:4 18:4 | |
| **UNIT** 16:14,22 22:19 | 23:3 | |
| 22:25 32:4 | **WWW.QACOURT...** | |
| **UNITED** 1:1 | 1:25 | |
| **USUALLY** 27:9 | | |
| **U.S** 2:6,7 3:18 | **X** | |
| **U.S.P** 19:3 | **X** 2:14,17 3:15 30:16 | |
| | | |
| **V** | **Y** | |
| **V** 1:5 | **YEAH** 6:5 32:17,22 | |
| **VERBAL** 4:5 | **YEAR** 18:10 21:13 | |
| **VISIT** 1:25 | 27:12 | |
| | **YEARS** 28:6,25 | |
| **W** | | |
| **W** 2:3 | **0** | |
| **WAIT** 3:22 | **03-368E** 1:5 | |
| **WAKE** 14:13,14,19 | | |
| **WAKING** 14:15 | **1** | |
| **WANT** 4:1 12:25 13:5 | **10TH** 2:3 | |