```
 BOPUK  531.01 *                INMATE HISTORY                *    01-29-2007
PAGE 001         *                  QUARTERS                  *    11:23:24
 REG NO..: 40428-133 NAME....: HILL, MICHAEL W
 CATEGORY: QTR         FUNCTION: PRT         FORMAT:
 FCL   ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP  DATE/TIME

 GIL   C02-102U   HOUSE C/RANGE 02/BED 102U        08-06-2006 1257 11-28-2006 0935
 GIL   C02-220U   HOUSE C/RANGE 02/BED 220U        08-04-2006 1731 08-06-2006 1257
 GIL   Z02-107UDS HOUSE Z/RANGE 02/BED 107U DS     08-03-2006 1915 08-04-2006 1731
 GIL   Z01-107LDS HOUSE Z/RANGE 01/BED 107L DS     08-03-2006 1915 08-03-2006 1915
 GIL   Z02-107UDS HOUSE Z/RANGE 02/BED 107U DS     07-13-2006 2207 08-03-2006 1915
 GIL   Z04-001L   HOUSE Z/RANGE 04/BED 001L        07-13-2006 1459 07-13-2006 2207
 GIL   C02-102U   HOUSE C/RANGE 02/BED 102U        04-12-2006 1737 07-13-2006 1459
 GIL   C02-102U   HOUSE C/RANGE 02/BED 102U        04-06-2006 0900 04-12-2006 1232
 GIL   C02-120U   HOUSE C/RANGE 02/BED 120U        03-30-2006 1305 04-06-2006 0900
 GIL   Z02-110LDS HOUSE Z/RANGE 02/BED 110L DS     03-08-2006 1841 03-30-2006 1305
 GIL   Z02-116UDS HOUSE Z/RANGE 02/BED 116U DS     02-12-2006 0831 03-08-2006 1841
 GIL   Z02-116LDS HOUSE Z/RANGE 02/BED 116L DS     02-01-2006 1944 02-12-2006 0831
 GIL   Z03-103UAD HOUSE Z/RANGE 03/BED 103U AD     01-25-2006 1325 02-01-2006 1944
 GIL   Z04-001L   HOUSE Z/RANGE 04/BED 001L        01-25-2006 1210 01-25-2006 1325
 GIL   C02-130L   HOUSE C/RANGE 02/BED 130L        12-29-2005 0833 01-25-2006 1210
 GIL   C02-209U   HOUSE C/RANGE 02/BED 209U        12-13-2005 1557 12-29-2005 0833
 GIL   C02-209U   HOUSE C/RANGE 02/BED 209U        12-07-2005 1752 12-13-2005 1200
 GIL   C02-209U   HOUSE C/RANGE 02/BED 209U        10-03-2005 1152 12-07-2005 1206
 GIL   C02-209U   HOUSE C/RANGE 02/BED 209U        09-22-2005 0847 10-03-2005 0655
 GIL   C02-209L   HOUSE C/RANGE 02/BED 209L        09-20-2005 1519 09-22-2005 0847
 GIL   C02-205L   HOUSE C/RANGE 02/BED 205L        09-01-2005 1255 09-20-2005 1519
 GIL   Z03-207UAD HOUSE Z/RANGE 03/BED 207U AD     08-31-2005 1913 09-01-2005 1255
 GIL   Z04-001L   HOUSE Z/RANGE 04/BED 001L        08-31-2005 1648 08-31-2005 1913
 GIL   C02-205L   HOUSE C/RANGE 02/BED 205L        08-15-2005 1833 08-31-2005 1648
 GIL   C02-205L   HOUSE C/RANGE 02/BED 205L        05-23-2005 1554 08-15-2005 1405
 GIL   C02-205L   HOUSE C/RANGE 02/BED 205L        05-09-2005 1508 05-23-2005 1106
 GIL   C02-227U   HOUSE C/RANGE 02/BED 227U        03-23-2005 1722 05-09-2005 1508
 GIL   C02-227U   HOUSE C/RANGE 02/BED 227U        01-20-2005 1848 03-23-2005 1026
 GIL   Z01-101LDS HOUSE Z/RANGE 01/BED 101L DS     01-20-2005 1845 01-20-2005 1848
```

```
GIL    Z01-101LDS  HOUSE Z/RANGE 01/BED 101L DS    01-19-2005 2200 01-20-2005 0713
GIL    C02-227U    HOUSE C/RANGE 02/BED 227U       12-02-2004 1410 01-19-2005 2200
GIL    C02-115L    HOUSE C/RANGE 02/BED 115L       11-10-2004 1728 12-02-2004 1410
GIL    C02-115L    HOUSE C/RANGE 02/BED 115L       09-29-2004 1057 11-10-2004 1016
GIL    C02-219U    HOUSE C/RANGE 02/BED 219U       09-09-2004 1625 09-29-2004 1057
GIL    C02-219U    HOUSE C/RANGE 02/BED 219U       09-02-2004 1441 09-09-2004 1359
GIL    Z01-101LDS  HOUSE Z/RANGE 01/BED 101L DS    09-02-2004 1439 09-02-2004 1441
GIL    Z01-101LDS  HOUSE Z/RANGE 01/BED 101L DS    09-01-2004 0940 09-02-2004 0814
GIL    C02-219U    HOUSE C/RANGE 02/BED 219U       07-19-2004 1453 09-01-2004 0940
GIL    C02-219U    HOUSE C/RANGE 02/BED 219U       06-14-2004 0817 07-19-2004 0911
GIL    Z01-110UDS  HOUSE Z/RANGE 01/BED 110U DS    06-11-2004 0815 06-14-2004 0817
GIL    C02-219U    HOUSE C/RANGE 02/BED 219U       03-24-2004 1513 06-11-2004 0815


G0002       MORE PAGES TO FOLLOW . . .



   BOPUK   531.01  *              INMATE HISTORY            *     01-29-2007
 PAGE 002           *                 QUARTERS              *      11:23:24
        REG NO..: 40428-133  NAME....: HILL, MICHAEL W
        CATEGORY: QTR         FUNCTION: PRT        FORMAT:
   FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
GIL    C02-219U    HOUSE C/RANGE 02/BED 219U       01-28-2004 0932 03-24-2004 1305
GIL    Z03-110LAD  HOUSE Z/RANGE 03/BED 110L AD    01-22-2004 2030 01-28-2004 0932
GIL    C02-219U    HOUSE C/RANGE 02/BED 219U       01-06-2004 1516 01-22-2004 2030
GIL    C02-227U    HOUSE C/RANGE 02/BED 227U       12-23-2003 1121 01-06-2004 1516
GIL    R01-001L    HOUSE R/RANGE 01/BED 001L       12-23-2003 1031 12-23-2003 1121
MCK    A01-109L    HOUSE A/RANGE 01/BED 109L       11-17-2003 1137 12-23-2003 0340
MCK    A01-109U    HOUSE A/RANGE 01/BED 109U       10-16-2003 2015 11-17-2003 1137
```

| | | | | |
|---|---|---|---|---|
| MCK | A02-229U   | HOUSE A/RANGE 02/BED 229U    | 04-17-2003 2020 | 10-16-2003 2015 |
| MCK | A01-133L   | HOUSE A/RANGE 01/BED 133L    | 04-09-2003 1502 | 04-17-2003 2020 |
| MCK | A02-231U   | HOUSE A/RANGE 02/BED 231U    | 02-27-2003 1312 | 04-09-2003 1502 |
| MCK | Z05-110UAD | HOUSE Z/RANGE 05/BED 110U AD | 02-25-2003 0937 | 02-27-2003 1312 |
| MCK | A01-109L   | HOUSE A/RANGE 01/BED 109L    | 01-22-2003 1127 | 02-25-2003 0937 |
| MCK | A02-237U   | HOUSE A/RANGE 02/BED 237U    | 12-28-2002 0857 | 01-22-2003 1127 |
| MCK | A03-131L   | HOUSE A/RANGE 03/BED 131L    | 12-27-2002 1317 | 12-28-2002 0857 |
| MCK | Z07-210UAD | HOUSE Z/RANGE 07/BED 210U AD | 12-16-2002 1414 | 12-27-2002 1317 |
| MCK | Z07-207UAD | HOUSE Z/RANGE 07/BED 207U AD | 11-15-2002 1306 | 12-16-2002 1414 |
| MCK | A01-102U   | HOUSE A/RANGE 01/BED 102U    | 10-03-2002 1106 | 11-15-2002 1306 |
| MCK | Z05-114LAD | HOUSE Z/RANGE 05/BED 114L AD | 09-25-2002 0959 | 10-03-2002 1106 |
| MCK | Z05-113UAD | HOUSE Z/RANGE 05/BED 113U AD | 09-07-2002 1049 | 09-25-2002 0959 |
| MCK | Z05-115LAD | HOUSE Z/RANGE 05/BED 115L AD | 08-30-2002 1753 | 09-07-2002 1049 |
| MCK | Z05-114LAD | HOUSE Z/RANGE 05/BED 114L AD | 08-24-2002 1745 | 08-30-2002 1753 |
| MCK | A01-102U   | HOUSE A/RANGE 01/BED 102U    | 08-19-2002 1341 | 08-24-2002 1745 |
| MCK | A02-230U   | HOUSE A/RANGE 02/BED 230U    | 08-13-2002 0804 | 08-19-2002 1341 |
| MCK | A01-119L   | HOUSE A/RANGE 01/BED 119L    | 11-21-2001 0904 | 08-13-2002 0804 |
| MCK | B01-103L   | HOUSE B/RANGE 01/BED 103L    | 10-25-2001 1200 | 11-21-2001 0904 |
| MCK | B01-903U   | HOUSE B/RANGE 01/BED 903U    | 10-18-2001 1939 | 10-25-2001 1200 |
| MCK | R01-001L   | HOUSE R/RANGE 01/BED 001L    | 10-18-2001 1710 | 10-18-2001 1939 |
| LEW | M03-101L   | HOUSE M/RANGE 03/BED 101L    | 10-10-2001 0823 | 10-18-2001 0746 |
| LEW | M04-101L   | HOUSE M/RANGE 04/BED 101L    | 10-09-2001 2104 | 10-10-2001 0823 |
| LEW | R01-001L   | HOUSE R/RANGE 01/BED 001L    | 10-09-2001 1808 | 10-09-2001 2104 |
| OKL | C09-317L   | HOUSE C/RANGE 09/BED 317L    | 09-26-2001 1630 | 10-09-2001 0910 |
| LOM | Z07-011UAD | HOUSE Z/RANGE 07/BED 011U AD | 07-24-2001 1814 | 09-26-2001 0948 |
| LOM | Z13-002LAD | HOUSE Z/RANGE 13/BED 002L AD | 07-24-2001 1655 | 07-24-2001 1814 |
| LOM | E05-013L   | HOUSE E/RANGE 05/BED 013L    | 07-11-2001 1417 | 07-24-2001 1655 |
| LOM | E07-002L   | HOUSE E/RANGE 07/BED 002L    | 06-19-2001 1328 | 07-11-2001 1417 |
| LOM | Z01-003LAD | HOUSE Z/RANGE 01/BED 003L AD | 06-13-2001 2131 | 06-19-2001 1328 |
| LOM | Z01-004LAD | HOUSE Z/RANGE 01/BED 004L AD | 04-02-2001 1839 | 06-13-2001 2131 |
| LOM | Z01-004LAD | HOUSE Z/RANGE 01/BED 004L AD | 04-02-2001 1839 | 06-13-2001 0844 |
| LOM | Z01-001LAD | HOUSE Z/RANGE 01/BED 001L AD | 04-02-2001 1817 | 04-02-2001 1839 |
| LOM | E07-004L   | HOUSE E/RANGE 07/BED 004L    | 03-11-2001 0324 | 04-02-2001 1817 |

```
LOM     E07-006L    HOUSE E/RANGE 07/BED 006L       02-20-2001 1604 03-11-2001 0324




G0002          MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   531.01 *                 INMATE HISTORY              *     01-29-2007
   PAGE 003 OF 003 *                  QUARTERS                  *     11:23:24
   REG NO..: 40428-133 NAME....: HILL, MICHAEL W
   CATEGORY: QTR          FUNCTION: PRT        FORMAT:

   FCL     ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP  DATE/TIME

   LOM     E10-001L    HOUSE E/RANGE 10/BED 001L   02-15-2001 0924 02-20-2001 1604

   LOM     K03-004L    HOUSE K/RANGE 03/BED 004L   01-12-2001 1432 02-15-2001 0924

   LOM     K01-005L    HOUSE K/RANGE 01/BED 005L   01-12-2001 1304 01-12-2001 1432

   LOM     Z05-015LDS  HOUSE Z/RANGE 05/BED 015L DS 01-04-2001 1716 01-12-2001 1304

   LOM     R01-001L    HOUSE R/RANGE 01/BED 001L   01-04-2001 1251 01-04-2001 1716

   OKL     E11-505L    HOUSE E/RANGE 11/BED 505L   01-03-2001 0850 01-04-2001 0700

   OKL     C07-305L    HOUSE C/RANGE 07/BED 305L   01-02-2001 2215 01-03-2001 0850

   PET     RICH 3H     RICHMOND HALL HOLDOVERS     02-11-1992 2026 03-12-1992 0541

   PET     ADM DET     ADM DET                     02-05-1992 2035 02-11-1992 2026

   PET     R/D         RECEIVING AND DISCHARGE     02-05-1992 1813 02-05-1992 2035

   LEW     HOSP-1      HOLDOVER HOUSING UNIT       01-27-1992 1707 02-05-1992 0832

   LEW     R/D         RECEIVING & DISCHARGE       01-27-1992 1532 01-27-1992 1707

   MCK     1 A         1 A                         01-27-1992 1052 01-27-1992 1053

   MCK     1 B         1 B                         01-16-1992 1550 01-27-1992 1051

   MCK     1 B         1 B                         11-08-1991 1006 01-14-1992 2051

   MCK     SHU AD      SPECIAL HOUSING UNIT AD     11-01-1991 1323 11-08-1991 1006

   MCK     1 B         1 B                         11-16-1990 0930 11-01-1991 1323

   LEW     K           HOLDOVER HOUSING UNIT       11-14-1990 1819 11-16-1990 0551
```

```
LEW     R/D         RECEIVING & DISCHARGE       11-14-1990 1620 11-14-1990 1819
ERE     R&D         RECEIVING & DISCHARGE       11-14-1990 0108 11-14-1990 0730
ERE     AR1         ARKANSAS UNIT #1            11-08-1990 1151 11-14-1990 0108
ERE     OK          OKLAHOMA W/CELL ASSGN       11-02-1990 2030 11-08-1990 1151
PHX     JAIL UNIT   JAIL UNIT (YUMA)            10-19-1990 1800 11-02-1990 1255
PHX     ADMIN DET   ADMIN DETENTION             10-15-1990 1745 10-19-1990 1800
PHX     MOJAVE A    MOJAVE UNIT A SIDE          11-16-1989 2106 10-15-1990 1745
PHX     JAIL UNIT   JAIL UNIT (YUMA)            11-16-1989 1600 11-16-1989 2106
ERE     AR1         ARKANSAS UNIT #1            11-13-1989 1500 11-16-1989 0545
TDG     BETA A      BETA DORMITORY - A SIDE     11-08-1989 1016 11-13-1989 0343
TDG     BETA B      BETA DORMITORY - B SIDE     10-27-1989 1018 11-08-1989 1016
TDG     GAMMA B     GAMMA DORMITORY - B SIDE    10-11-1989 1852 10-27-1989 1018
TDG     BETA A      BETA DORMITORY - A SIDE     10-11-1989 0930 10-11-1989 1852
PET     RICH 3H     RICH HALL HOLDOVERS         09-28-1989 2033 10-10-1989 0620
PET     R/D         RECEIVING AND DISCHARGE     09-28-1989 1716 09-28-1989 2033
PET     ADM DET     ADMINISTRATIVE DETENTION    08-25-1982 0953 08-27-1982 1003
PET     CAR HALL    CAROLINA HALL HOUSING       05-12-1982 1600 08-25-1982 0953
PET     A&O         ADMISSION & ORIENTATION     05-06-1982 1834 05-12-1982 1600
PET     E           E DORM                      05-06-1982 1707 05-06-1982 1834
PET     ADM DET     ADMINISTRATIVE DETENTION    04-27-1982 1935 05-06-1982 1707
PET     A&O         ADMISSION & ORIENTATION     04-22-1982 1530 04-27-1982 1935
NYM     5N          FIFTH FLOOR NORTH           03-24-1982 1950 04-21-1982 1505
NYM     9N          NINTH FLOOR NORTH           03-23-1982 1615 03-24-1982 1950



G0000           TRANSACTION SUCCESSFULLY COMPLETED
```