```
 BOPUK   531.01  *              INMATE HISTORY                *     01-29-2007
 PAGE 001         *                 QUARTERS                  *       11:23:37

   REG NO..: 51627-060   NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: QTR         FUNCTION: PRT            FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                         START DATE/TIME STOP  DATE/TIME

 MCK    C03-130U    HOUSE C/RANGE 03/BED 130U          12-18-2006 1113 12-21-2006 0800
 MCK    C03-130U    HOUSE C/RANGE 03/BED 130U          11-12-2006 0656 12-07-2006 1255
 MCK    C04-247U    HOUSE C/RANGE 04/BED 247U          11-08-2006 1226 11-12-2006 0656
 MCK    Z07-205UAD  HOUSE Z/RANGE 07/BED 205U AD       11-03-2006 1325 11-08-2006 1226
 MCK    C03-133L    HOUSE C/RANGE 03/BED 133L          09-27-2006 1129 11-03-2006 1325
 MCK    C03-129L    HOUSE C/RANGE 03/BED 129L          08-10-2006 0828 09-27-2006 1129
 MCK    C04-234U    HOUSE C/RANGE 04/BED 234U          05-31-2006 1156 08-10-2006 0828
 MCK    C03-131U    HOUSE C/RANGE 03/BED 131U          05-16-2006 0755 05-31-2006 1156
 MCK    C03-130U    HOUSE C/RANGE 03/BED 130U          04-11-2006 1608 05-16-2006 0755
 MCK    C03-102U    HOUSE C/RANGE 03/BED 102U          03-08-2006 1620 04-11-2006 1608
 MCK    C04-208U    HOUSE C/RANGE 04/BED 208U          03-28-2005 0949 03-08-2006 1620
 MCK    C04-222L    HOUSE C/RANGE 04/BED 222L          03-16-2005 0839 03-28-2005 0949
 MCK    C01-120U    HOUSE C/RANGE 01/BED 120U          01-05-2005 1124 03-16-2005 0839
 MCK    C02-235L    HOUSE C/RANGE 02/BED 235L          09-21-2004 1102 01-05-2005 1124
 MCK    C02-236L    HOUSE C/RANGE 02/BED 236L          09-02-2004 1227 09-21-2004 1102
 MCK    C02-207L    HOUSE C/RANGE 02/BED 207L          08-20-2004 0746 09-02-2004 1227
 MCK    C02-207U    HOUSE C/RANGE 02/BED 207U          12-24-2003 0735 08-20-2004 0746
 MCK    C02-207L    HOUSE C/RANGE 02/BED 207L          12-23-2003 1020 12-24-2003 0735
 MCK    Z07-212UAD  HOUSE Z/RANGE 07/BED 212U AD       12-12-2003 1236 12-23-2003 1020
 MCK    Z07-206UAD  HOUSE Z/RANGE 07/BED 206U AD       11-24-2003 1051 12-12-2003 1236
 MCK    Z07-207UAD  HOUSE Z/RANGE 07/BED 207U AD       11-18-2003 1200 11-24-2003 1051
 MCK    C02-228L    HOUSE C/RANGE 02/BED 228L          08-22-2001 1010 11-18-2003 1200
 MCK    C02-228U    HOUSE C/RANGE 02/BED 228U          06-21-2001 0923 08-22-2001 1010
 MCK    C02-240L    HOUSE C/RANGE 02/BED 240L          06-20-2001 1123 06-21-2001 0923
 MCK    Z07-215LAD  HOUSE Z/RANGE 07/BED 215L AD       06-17-2001 1355 06-20-2001 1123
 MCK    Z07-201LAD  HOUSE Z/RANGE 07/BED 201L AD       05-24-2001 0827 06-17-2001 1355
 MCK    C01-125U    HOUSE C/RANGE 01/BED 125U          02-09-2001 0840 05-24-2001 0827
 MCK    C02-235L    HOUSE C/RANGE 02/BED 235L          01-24-2001 1302 02-09-2001 0840
 MCK    C02-235U    HOUSE C/RANGE 02/BED 235U          01-09-2001 1028 01-24-2001 1302
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | C02-238U | HOUSE C/RANGE 02/BED 238U | 01-08-2001 1033 | 01-09-2001 1028 |
| MCK | Z05-109UAD | HOUSE Z/RANGE 05/BED 109U AD | 12-21-2000 1059 | 01-08-2001 1033 |
| MCK | C02-222L | HOUSE C/RANGE 02/BED 222L | 09-07-2000 1948 | 12-21-2000 1059 |
| MCK | C02-228L | HOUSE C/RANGE 02/BED 228L | 07-24-2000 0934 | 09-07-2000 1948 |
| MCK | C02-228U | HOUSE C/RANGE 02/BED 228U | 11-09-1999 1149 | 07-24-2000 0934 |
| MCK | C04-228U | HOUSE C/RANGE 04/BED 228U | 11-09-1999 1110 | 11-09-1999 1149 |
| MCK | Z02-102UDS | HOUSE Z/RANGE 02/BED 102U DS | 10-26-1999 1649 | 11-09-1999 1110 |
| MCK | Z07-207UAD | HOUSE Z/RANGE 07/BED 207U AD | 10-17-1999 1243 | 10-26-1999 1649 |
| MCK | Z07-206UAD | HOUSE Z/RANGE 07/BED 206U AD | 09-29-1999 2318 | 10-17-1999 1243 |
| MCK | C04-235U | HOUSE C/RANGE 04/BED 235U | 09-23-1999 1026 | 09-29-1999 2318 |
| MCK | C02-228U | HOUSE C/RANGE 02/BED 228U | 09-05-1999 1310 | 09-23-1999 1026 |
| MCK | C01-129L | HOUSE C/RANGE 01/BED 129L | 08-29-1999 0825 | 09-05-1999 1310 |

G0002          MORE PAGES TO FOLLOW . . .

```
  BOPUK   531.01 *                INMATE HISTORY           *    01-29-2007
PAGE 002 OF 002 *                   QUARTERS               *    11:23:37
       REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
       CATEGORY: QTR         FUNCTION: PRT         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | C02-236L | HOUSE C/RANGE 02/BED 236L | 08-11-1999 1447 | 08-29-1999 0825 |
| MCK | C01-132U | HOUSE C/RANGE 01/BED 132U | 08-09-1999 1419 | 08-11-1999 1447 |
| MCK | C02-234U | HOUSE C/RANGE 02/BED 234U | 07-08-1999 1403 | 08-09-1999 1419 |
| MCK | C02-207L | HOUSE C/RANGE 02/BED 207L | 11-27-1998 0921 | 07-08-1999 1403 |
| MCK | C02-207U | HOUSE C/RANGE 02/BED 207U | 11-03-1998 1341 | 11-27-1998 0921 |
| MCK | C02-235U | HOUSE C/RANGE 02/BED 235U | 10-21-1998 1015 | 11-03-1998 1341 |
| LEW | HOSP-3 | HOLDOVER HOUSING UNIT | 10-13-1998 2048 | 10-21-1998 0516 |

```
LEW    R/D        RECEIVING & DISCHARGE         10-13-1998 1921 10-13-1998 2048

OKL    3C         HOLDOVER GENERAL POPULATION   09-23-1998 1800 10-13-1998 0830

ATL    R/D        R/D OUT COUNT                 05-06-1998 0050 05-06-1998 0818

OKL    SHU        SPECIAL HOUSING UNIT          05-01-1998 1915 05-05-1998 0830

RCH    SECL AD    SECLUSION ADMIN DET.          04-29-1998 1055 05-01-1998 1508

RCH    1/2        BUILDING 1, 2ND FLOOR         03-27-1998 1234 04-29-1998 1055

RCH    SECL AD    SECLUSION ADMIN DET.          03-26-1998 2331 03-27-1998 1234

RCH    R/D        RECEIVING & DISCHARGE         03-26-1998 1851 03-26-1998 2331

OKL    SHU        SPECIAL HOUSING UNIT          03-18-1998 1815 03-26-1998 0920




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```