# EXHIBITS "B-1 thru 4"

*Previously Submitted Exhibits Referenced in Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss of in the Alternative Motion for Summary Judgment filed February 16, 2006.*