IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL W. HILL, | ) | |
|            Plaintiff, | ) | |
|       v. | ) | C.A. No. 03-323 Erie |
| | ) | |
| JOHN LAMANNA, et al., | ) | Magistrate Judge Baxter |
|            Defendants. | ) | |

**O R D E R**

AND NOW, this 16th day of March, 2007;

In light of the settlement of the remaining FTCA claim in this matter,

IT IS HEREBY ORDERED that the U.S. Marshal fees for the initial service of the complaint be bourne by the United States.

IT IS FURTHER ORDERED that the Clerk of Courts is directed to close this case.


           S/ Susan Paradise Baxter
           SUSAN PARADISE BAXTER
           Chief United States Magistrate Judge