**DEPARTMENT OF CORRECTIONS**

**ERIE COUNTY PRISON**
**1618 ASH STREET  ERIE, PA 16503**

Name: Michael Hill
I.D. # 25531

ERIE PA 165
27 MAR 2007 PM 2 L

Office of The Clerk
U.S. District Courthouse
Erie, Pa. 16501
17 South Park Row

16501/1173

**RECEIVED**

MAR 28 2007

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA