IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. HILL, | ) Docket No. 03-323E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) MOTION TO WITHDRAW AS COUNSEL |
| UNITED STATES OF AMERICA, | ) |
| JOHN J. LAMANNA, | ) Filed on behalf of:  Plaintiff |
| WILLIAM K. COLLINS, | ) |
| MARTY SAPKO, | ) Counsel of record for this party: |
| STEPHEN HOUSLER, | ) Richard A. Lanzillo, Esq. |
| ROBERT KLARK, | ) Knox McLaughlin Gornall |
| ROBERT REOME, | ) & Sennett, P.C. |
| BETH FANTASKEY, and | ) 120 West 10th Street |
| DEBORAH FORSYTH, | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| Defendants | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |

## MOTION TO WITHDRAW AS COUNSEL

AND NOW COMES Plaintiff, Michael Hill, by and through his attorneys Knox McLaughlin Gornall & Sennett, PC, and submit the following:

1. On February 23, 2007, the Magistrate Judge issued Reports and Recommendations [Doc 115] and [Doc 116] relative to the above case.

2. On March 12, 2007, the District Court adopted the Opinion and Report and Recommendation [Doc 115] and granted the Motion for Summary Judgment in its entirety.

3. On March 12, 2007, the District Court adopted the Opinion and Report and Recommendation [Doc 116] and granted in part, and denied in part the Motion for Summary Judgment relating to the FTCA dental claim of plaintiff, Michael Hill.

4. The parties have reached a negotiated resolution of the FTCA claim that the parties intend on memorializing in a formal settlement agreement.

5. Plaintiff's counsel's appointment in this matter was limited to the representation of the interests of Plaintiff through the District Court proceedings.

6. Presently, the District Court proceedings are concluded.

7. Plaintiff's counsel has advised Plaintiff of his fulfillment of his appointment and that counsel would be filing this motion to withdraw his representation of Plaintiff.  Additionally, counsel has advised Plaintiff of Plaintiff's appellate rights.

WHEREFORE, counsel respectfully requests that this Court issue an order granting this Motion to Withdraw as Counsel.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

BY:_____/s/ Richard A. Lanzillo_____
     Richard A. Lanzillo, Esquire
      120 West Tenth Street
     Erie, Pennsylvania 16501
     (814) 459-2800

     Attorneys for Plaintiff,
     Michael Hill

# 720293