IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HILL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 03-323E |
| | ) |
| v. | ) JUDGE McLAUGHLIN |
| | ) |
| JOHN LAMANNA, et al., | ) (Electronic Filing) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

_____
RICHARD A. LANZILLO, ESQUIRE
120 West 10th Street
Erie, PA 16501
PA ID No. 53811

Attorney for Plaintiff

MARY BETH BUCHANAN
United States Attorney

/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
PA ID No. 56668

Attorney for Defendant

**O R D E R**

AND NOW, to wit, this _____ day of _____, 2007, it is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE